# Exhibit A



## Provider Ethical Agreement

Bella Health & Wellness strives to provide excellent, evidenced based care that is also morally sound. Providers and staff of Bella have agreed to follow the Ethical and Religious Directives for Catholic Health Care Services as issued by the United States Conference of Catholic Bishops.

- Providers (MD, DO, CNM, PA, NP) employed by Bella agree to not provide or refer for abortion, sterilization, contraception (OCP, injectable or implantable), assisted suicide, or invitro-fertilization.
- In an effort to best meet the goals to provide excellent, evidenced based care that is morally sound, as well as to provide consistent care within Bella, providers further agree to identify treatment plans that work in cooperation with the body and that do not alter healthy natural processes.
- In the rare case that oral contraception is needed to treat an identified pathology, providers agree to consult and document consultation with one other provider of Bella prior to prescribing oral contraceptive pills.

In circumstances which challenge the providers at Bella both medically and ethically, providers will be assisted to consult with our available bioethicist.

Provider Name: _____ Title: _____

Signed: _____ Date: _____

1