# Exhibit D

# FREQUENTLY ASKED QUESTIONS

**B** **bellawellness.org**/faq



## CLINIC OPERATIONS FAQS

### WHAT IS BELLA'S TAX ID?

46-2578248

### CAN I SCHEDULE MY APPOINTMENT ONLINE?

Not at this time. Please call the office at 303.789.4968.

### WHAT IF I'D LIKE TO CALL OR EMAIL TO BOOK AN APPOINTMENT INSTEAD?

Please call our office at 303.789.4968 to make an appointment at any of our Bella clinics.

You can also email us at info@bellawellness.org.

**WHAT ARE BELLA'S CLINIC HOURS?**

Monday-Friday, 7:30 am - 5:00 pm

One Saturday / Month, 8:00 am - 1:00 pm

**WHAT IS BELLA'S CONTACT INFORMATION?**

**PHONE |** 303.789.4968

**PARKING LOT (SICK CLINIC) ARRIVAL LINE |** 303.908.2209

**FLCCC ALLIANCE COVID TREATMENT |** 719.435.7070

**PATIENT EMAIL |** INFO@BELLAWELLNESS.ORG

**FERTILITY EDUCATION EMAIL |** FERTILITY@BELLAWELLNESS.ORG

**DONOR EMAIL |** GIVE@BELLAWELLNESS.ORG

**ADDRESS |** 180 E. HAMPDEN AVE, STE. 100, ENGLEWOOD, COLORADO 80113

**WHERE DOES BELLA PRACTICE MEDICINE?**

Bella's primary campus is in Englewood, Colorado. Bella also offers medical care from the Marisol Health Offices in Lafayette and Denver (East).

**WHOM DOES BELLA TREAT AS PATIENTS?**

Bella treats men, women and children. We offer obstetrics, gynecology, family medicine, pediatrics, and functional medicine.

**ARE VISITORS ALLOWED AT BELLA?**

Yes, but we do ask for caution. Before the pandemic, we welcomed visitors of every age in any number to our clinic. Now, we ask that patients consider carefully whom they invite to their appointments. While we do not want to limit your important appointments (say a gender reveal ultrasound) to just the patient, we do ask your help in reducing outside traffic in our clinics during this time of heightened illness.

**WHEN SHOULD I ARRIVE FOR MY APPOINTMENT?**

We ask that patients arrive at least 15 minutes early to all appointments. This ensures a couple extra minutes to park, complete necessary paperwork, finalize time of service payments, and grab a urine specimen (when appropriate).

Patients arriving for ultrasound should be extra prompt. The time needed to do a complete scan means every minute counts.

Same-day sick visits should also be on time, as it is highly probably the provider has added you to their schedule to ensure you receive prompt care. We do not want you to be alone when you're not feeling well.

Bella does have a late arrival policy. Patients who arrive late risk having their appointment rescheduled.

Patients who do not show for their appointments or who do not provide at least one business day notice of a cancellation will be charged per office policy.


**WHERE SHOULD I PARK AT THE ENGLEWOOD CAMPUS?**

Patients are welcome to park in our parking lot (directly south of the building). When parking is limited, please feel free to park along the street. You can also find parking a short walk up behind Mango Coffee.


**DOES BELLA OFFER LANGUAGE TRANSLATIONS FOR PATIENTS WHO STRUGGLE TO UNDERSTAND ENGLISH?**

We do. We have several fluent Spanish speakers on staff in every department. We also have a Spanish-only phone line. Many of our patient packets have been translated to Spanish as well.

Patients whose first language is one other than English should alert us before their appointments of any language translation needs. We can arrange to have a medical translation service as part of the appointment via a secure conference call or video conferencing session.


**DOES BELLA OFFER TELEMEDICINE?**

Yes. Bella is pleased to offer the convenience and reassurance of telemedicine to our patients. Not all appointments are appropriate for telehealth, but visits like lab reviews, anxiety and depression consultations, and fertility consulation appointments are perfect telemed opportunities.

Bella's telemed platform is fully secure and HIPPA compliant.

You will receive a link via an SMS text on your smart mobile device. Please click the link to submit vital patient information that will allow the provider to access your chart. You will then be placed in a virtual waiting room. When your provider is ready, he or she will join the appointment.

If your provider struggles with the connection, he or she will try to call you. This call will appear as a blocked number on your phone. Please answer the phone call.

Telemed visits are billable to insurance or cash pay.

Please note, you must be in Colorado at the time of your telemedicine appointment.

## PANDEMIC RESPONSE FAQS

### WHAT DOES BELLA'S COVID-19 READINESS RESPONSE LOOK LIKE?

We have emerged as Colorado's leading COVID-19 primary care provider due to our "first to the field" commitment during the pandemic.

We do offer drive-thru testing and treatment, travel and work documentation, and provide COVID-19 vaccines to those 18 and older.

We believe the decision to be vaccinated for COVID-19 is a highly personal one. While we will gladly administer the COVID-19 vaccine to those who believe it is the right decision for them, we do not pressure our patients to be vaccinated. This matter is at the core of personal and religious liberty. We respect your decision.

### ARE MASKS MANDATORY IN BELLA'S CLINICS?

We follow CDC and State of Colorado guidelines for primary health care clinics when it comes to wearing masks at Bella. Currently, masks are required for those who are sick.

### DOES BELLA OFFER THE COVID-19 VACCINE?

Yes. At this time, Bella offers the Pfizer vaccination.

### DOES BELLA OFFER PROPHYLACTIC (PREVENTATIVE) TREATMENT FOR COVID-19?

Yes! We remain current on all the latest research, including the FLCCC's I-MASK Protocol. Telemed visits are a great way for patients to receive COVID-19 prophylactic care. Please see our contact information for the phone number specific to this service.

### DOES BELLA "PRESSURE" PATIENTS TO BE VACCINATED FOR COVID?

Absolutely not. We understand this is a highly personal decision.

## MEDICAL SERVICES FAQS

### WHAT ARE BELLA'S MEDICAL SPECIALTIES?

Obstetrics and Gynecology, Family Medicine, Pediatrics and Functional Medicine.

### WHAT ARE BELLA'S ADDITIONAL SPECIAL SERVICES?

Bella leads in natural therapies to treat infertility, including SIS and follicle studies (advanced ultrasound imaging services for couples hoping to conceive).

Bella is one of the United States' leading NaPRO Technologies clinics, offering natural reproductive care, including robotic surgical options, for patients looking for restoration rather than a bandaid.

We offer BioTE Bioidentical Hormone Replacement Therapy and Medical Weight Loss. These are highly effective medical therapies, aiding patients in their journeys for improved overall wellness and healthy aging. At this time, insurance companies do not cover any or all of the expenses associated with these treatments. Patients should be prepared for out of pocket expenses at time of service.

### ARE THERE OUT-OF-POCKET COSTS FOR FUNCTIONAL MEDICINE? For patients with insurance, we will bill your insurance carrier and collect an additional investigational fee at your first visit. Subsequent visits are simply billed to insurance. For patients who wish to pay completely out-of-pocket, an initial investigation payment will be collected at time of service. Subsequent visits will be invoiced based on time spent with your provider.

**ARE THERE OUT-OF-POCKET COSTS FOR HORMONE PELLETS?** Insurance does not cover the costs associated with Hormone Pellet Treatments. Women typically receive treatment every 3-4 months at a rate of $399. Men have two treatment options: 1) a plan that involves pelleting every 6 months at $699 per treatment or 2) a plan that involves pelleting every 3-4 months at $599 per treatment.

**ARE THERE OUT-OF-POCKET COSTS FOR MEDICAL WEIGHT LOSS?** Bella utilizes a holistic approach to weight loss including lifestyle changes, hormone therapy, supplements and medications. Medications are prescription based and will be processed at Bella. Visits will be billed to your insurance, however we do offer discounted self pay pricing as well. Additional self-pay costs may include Labs: $175-$250, Injectable Medications: $250-$350, Oral Medications: $90 for 30 day supply.

learn more | highly specialized services

## PROVIDER FAQS

### WHICH BELLA PROVIDERS PRACTICE IN WHICH SPECIALTIES?

Please see the list of our providers below and their stated specialties.

### WOMEN'S HEALTH

- Dr. Kathleen Sander
- Dr. Michael Hall
- Maria Domingue, CNM
- Lauren Hamilton, CNM
- Abby Sinnett, WHNP
- Dede Chism, PNNP
- Kristina Danovich, WHNP
- Drew Lawler, CNM
- Colleen Zarate-Linares, CNM
- Theresa Sullivan, WHNP

### FAMILY MEDICINE

- Dr. Sarah Hodack

- Carl White, FNP

- Stephanie Langford, FNP

- Nicky Attkisson, FNP

- Alissa Burkhalter, FNP

- Allison Pascale, FNP

**PEDIATRICS**

Dr. Michele Chetham

**FUNCTIONAL MEDICINE**

Dr. Dani Urcuyo

**WHAT DOES IT MEAN WHEN BELLA SAYS IT OFFERS A TEAM APPROACH TO CARE?**

We believe strongly that providers offer best patient care when they are consulting with one another. Multiple specialties within one practice allows providers to utilize like minded colleagues as a referral base and knowledge base!

Patients are welcome to request a specific provider at their appointments. We cannot always guarantee that provider will be available as quickly as you might hope, but do let our patient representative team know of any special requests when scheduling.

**WHAT IF MY PROVIDER IS AWAY DELIVERING A BABY AT MY SCHEDULED APPOINTMENT TIME?**

Babies certainly choose their own timing when it comes to labor and delivery. If you're scheduled provider is called away to deliver a baby during your scheduled appointment, we will often ask another provider to step in to oversee your care. This ensures minimal disruption.

Our delivering providers do try to return from the hospital as quickly as possible, however, so that they can see their scheduled appointments personally. If your delivering provider is returning from a delivery, there may be a delay in the start of your appointment. Our team will work to ensure you are well-informed of what's happening, that way we can decide together whether to continue with the planned appointment time or reschedule.

## WHAT IS A "DELIVERING PROVIDER?"

A delivering provider is a doctor or midwife who attends labor and delivery in a hospital setting on Bella's behalf.

Bella is pleased to have six delivering providers on staff. These providers split call responsibilities to ensure you have our team for your special day.

When you go into labor, the delivering provider on call that day will attend your delivery at either Swedish or Littleton hospital.

## WHICH PROVIDERS DELIVER BABIES AT BELLA?

- Dr. Kathleen Sander, OB-GYN

- Dr. Michael Hall, OB-GYN

- Dr. Sarah Hodack, FM

- Maria Domingue, CNM

- Lauren Hamilton, CNM

- Drew Lawler, CNM

Learn more | bella providers

# NATURAL SUPPLEMENTS FAQS

## ARE BELLA'S NATURAL SUPPLEMENTS DIFFERENT THAN THOSE FOUND IN MY LOCAL GROCERY OR SPECIALTY STORE?

Yes. Unfortunately there is little regulation of natural supplements in our country. And yet, countless studies show that when we proactively ensure our bodies have the right nutrients, we enjoy better health and mental clarity.

Bella carries supplements from Xymogen and BioTE, two companies committed to strict supply chain measures, thorough research, and product quality.

Many of the supplements in our local grocery stores come from questionable companies and problematic supply chains. For example, probiotics are live organisms. To work, probiotics must be either kept refrigerated or free from oxygen. Grocery story probiotics, even if refrigerated in store, are often transported in non-temperature controlled vehicles. Our probiotics are stored in individual nitrogen sealed pockets. Unfortunately, when it comes to natural supplements, you get what you pay for.

**DOES BELLA HAVE ANY READY-MADE NATURAL SUPPLEMENT KITS TO HELP THOSE JUST GETTING STARTED IN NATURAL SUPPLEMENTS?**

Yes. we offer three supplement kits, all with daily packets to make medication administration easy, both in terms of what to take and how to transport when traveling.

1. Foundational Nutrition

2. Fertility / Infertility / PCOS

3. Immune Boost

SHOP ONLINE | xymogen supplements

## FINANCIAL SERVICES FAQS

**WHEN IS PAYMENT DUE AT BELLA?**

We collect all co-pays, deductible contributions, self-pay, and payment plan installments at the time of service.

**IS THERE FINANCIAL ASSISTANCE AVAILABLE AT BELLA?**

Yes. For those who find themselves financially vulnerable, we have a short application process that will allow you to apply for financial aid. We are also happy to set up payment plans for those whom time would make a difference.

**WHOM SHOULD I CONTACT TO REQUEST FINANCIAL ASSISTANCE?**

Our Billing team handles this process. Please email info@bellawellness.org and ask our team to direct you to the Billing Director, Meghan Vincent. She has been with Bella from the very beginning and has helped countless patients fund their care.

**DOES BELLA ASSESS FEES FOR NO SHOWS, LATE SHOWS, AND LATE CANCELLATIONS?**

Yes, when necessary, we do assess fees. We do our best to be understanding when life happens, but as a nonprofit, we must run an efficient clinic to ensure continued operations. Patients may be assessed a cancellation or no show fee when tardiness or absenteeism becomes a challenge. To avoid fees, please communicate with our team about changes in your availability.

Learn more | payment inforation

## OBSTETRICS FAQS

### I JUST FOUND OUT THAT I'M PREGNANT. WHEN DO I SCHEDULE MY FIRST APPOINTMENT?

Congratulations! We look forward to sharing this journey with you. Once you find out that you are pregnant, call our office to schedule a visit with a provider and an ultrasound with a sonographer. (Yes! We do offer in-house sonography!)

Your first visit will be approximately 7 weeks after the first day of your last period. If you have experienced a pregnancy loss in the past, you can call and schedule a visit sooner to discuss any questions or concerns you may have.

### Can you guarantee a Bella MIDWIFE OR DOCTOR will attend my delivery?

You will see a team of doctors, midwives, and nurse practitioners throughout your pregnancy. We prefer our entire medical team assess your progress, adopting a "the more eyes, the better" philosophy.

Our delivering providers share call. If we experience a moment of multiple births in a short time period, especially if they are at multiple hospitals, we will have a partner provider from a vetted practice take call for our patients.

All of the providers who attend our patient deliveries are highly qualified and compassionate. Our team will ensure your birth plan, be it natural or medicated, is honored.

### WHERE DOES BELLA DELIVER BABIES? WHICH HOSPITALS? WHAT ABOUT HOME BIRTHS?

Bella has privileges at both Swedish and Littleton Hospitals. We do not attend home births or birth center deliveries.

Both of our hospital partners have made significant investments in creating a birth center-like experience in their Labor & Delivery wards.

### WILL I FEEL ANY PRESSURE FROM YOUR TEAM RELATED TO MY PREFERRED BIRTH PLAN, BE THAT A "NATURAL" DELIVERY OR A MEDICATED CHILD BIRTH?

Absolutely not.

Although we will never compromise our medical oath should you or your baby's safety be in danger, we celebrate every woman's right to choose the plan that's best for her, be that natural or medicated child birth.

Our hospitals have invested in environments that provide an exceptional birth experience, including placing immersive tubs in many delivery rooms, labor balls and instruments, and even extra room for exercise during active labor.

We advocate for you with our hospital staff partners, we offer patience and attention throughout labor and delivery, and we celebrate the moment your child arrives as the latest member of the Bella family.

### I AM MISCARRYING. WHAT SHOULD I DO?

First, breathe. Know that you are not alone. Although one in four pregnancies ends in miscarriage, we regard all life as sacred. We will journey with you through the coming difficult hours. We will revere the precious soul of your baby.

We'd like you to call our office to get immediate medical advice and emotional and mental health support. We pray for each of our mothers by name.

When appropriate, we provide cups to allow for the dignified passing of your baby. We also offer beautiful garments for dignified burial.

In fact, we offer extensive services related to grief, burial, and mourning.

Every situation is different. The important thing is to know that we will be with you in this important time for your family.

## ABORTION PILL REVERSAL FAQS

### I TOOK THE "ABORTION PILL." BUT I'VE CHANGED MY MIND. IS THERE ANYTHING YOU CAN DO?

Good news!

If we act quickly, there is a possibility we can save your baby through a safe, painless therapy known as Abortion Pill Reversal (APR).

We've helped dozens of women just like you. No judgment. No questions. Just excellent medical care and complete support. We are here for you.

Time is important in these moments, so please call our office immediately, INCLUDING PAGING OUR NIGHT / WEEKEND PROVIDER, if you would like to begin an APR.

**FIRST LINE OF DEFENSE** | 303.789.4968

**IF YOU CAN'T REACH OUR OFFICE** | CEO, DEDE CHISM, 303.883.0746 OR COO, KATIE SMITH, 337.781.4748

We are happy to cover all costs associated with an Abortion Pill Reversal, should finances be an issue. Insurance does typically cover the treatment.

We also offer a network of social services for women in need.

And should we not be able to save the life of your baby, our position is that *you are still our patient*, and you will need us more than ever. Our provider team will still be there.

Bella is not a crisis pregnancy center. We are a life-affirming, full-service Family Medicine and OB-GYN medical center.

## GYN FAQS

**WHAT DOES "NATURAL CARE" MEAN TO BELLA?**

At Bella, we offer options that work in cooperation with the body. The body is brilliant in design and naturally made good; thus, our greatest goal is to support the body's natural processes.

Bella offers evidence-based natural family planning methods, including Creighton and Marquette, and is Denver's leading NaPRO Technology center.

Couples find new hope in NaPRO restorative medicine, which seeks to remove maladies at their point of origin, rather than merely "resurfacing" the womb temporarily. Bella believes in identifying and treating root cause for issues like PCOS and infertility. We aren't about quick fixes or toxic pills. We're about evidence-based solutions that work in harmony with the body.

Our medical philosophy means we generally do not prescribe artificial birth control or in vitro fertilization.

We are happy to remove IUDs.

**IS IT OKAY TO GET A PAP SMEAR IF I'M CURRENTLY ON MY PERIOD?**

In order to make sure we are collecting a sufficient sample, we do not want to collect a pap smear while you are bleeding heavily. If you are spotting or bleeding very lightly, we will be able to collect a pap smear. But it is optimal to have a pap smear when you are not on your period.

LEARN MORE | gynecology

## FERTILITY EDUCATION FAQS

### I am interested in family planning. Do you offer fertility awareness or natural family planning classes?

Bella specializes in health care that works in cooperation with the body. We offer both Marquette and Creighton education and fertility consulting. We are a NaPRO practice, with a Board-certified surgeon in NaPRO Technologies.

We recommend all women learn the biological clues the body reveals. This is done through fertility awareness charting. Bella offers many options for care, please see our Education tab for more information.

### do bella's classes count toward marriage preparation requirements?

Yes. Our consultations count toward any marriage preparation requirements for the Catholic Church.

### does bella offer postpartum fertility consultations?

Yes. Our consultations and classes count toward any marriage preparation requirements for the Catholic church.

### does bella offer any an alternative option for "sex ed" for teens? one that is life-affirming and presents a dignified view of the human body?

Yes. We believe the sooner kids understand the brilliance of their bodies, the more they'll celebrate the honor of being "wonderfully made."

- **MIDDLE SCHOOL |** Donuts & Dignity

- **HIGH SCHOOL |** Teen Boot Camp

Learn more | education

## PEDIATRIC FAQS

### CAN I PRE-REGISTER MY BABY FOR PEDIATRIC CARE AT BELLA, ENSURING MY CHILD'S SPOT IN YOUR PRACTICE?

Absolutely. We can't tell you how excited we are when a Bella Mom allows a Bella Baby to remain in our care. Simply call our office and request Newborn Pre-Registration.

### DO YOU TREAT CHILDREN 0 - 17 YEARS?

Yes. We love our Bella Babies and Bella Kids. We think it's pretty special that many of the children in our care have been entrusted to us since utero.

### DO YOU HAVE BOTH MALE AND FEMALE PROVIDERS?

Yes. We know some patients, especially our adolescent patients, prefer a particular sex provider for their annual well-child exams. We therefore offer both male and female providers in Pediatrics.

### DOES BELLA OFFER CLEAN VACCINES?

Yes. We will only carry vaccines free of aborted fetal stem cell material.

### WHAT'S BELLA'S POSITION ON CHILDHOOD VACCINATIONS?

Many vaccines are time-tested and proven. In this country, we've experienced the eradication of polio, the reduction of measles and mumps, and even the elimination of most chicken pox.

We encourage parents to think carefully before passing on any of the recommended childhood vaccinations.

Having said that, there is sometimes good reason to delay (or space out) administration of some vaccines for some children, and we do fully support parents' right to make decisions right for their families.

Bella will issue medical exemption letters for children who qualify.

Bella will *not* issue non-medical exemption letters, as the State of Colorado has an excellent, straight-forward online program for this certification.

Learn more | pediatrics

## COLD & FLU SEASON FAQS

## DOES BELLA OFFER THE ANNUAL FLU SHOT?

We sure do. No flu shot can offer a 100% guarantee that we won't contract the illness in-season, but we do recognize it can reduce the chance of infection or lessen the effects of the illness when contracted.

## HEALTHY AGING FAQS

### I'M FEELING TIRED, CRANKY, AND MY HAIR AND NAILS ARE THINNING. Can I treat that in a natural way?

You know you, and you know when you don't feel like you!

Hormones are complex, and, sometimes, they can be a little "off" in both men and women, causing everything from weight gain, hair loss, thinning nails, fatigue, mental fog, low libido, and irritation.

We see these spirals often begin at age 35.

Bella specializes in getting to the root cause of these maladies by identifying abnormalities in hormones and helping to restore and optimize your body.

We will run a comprehensive set of labs that will give us precise indicators of your bodies current regulation.

We then have a variety of treatment methods, with a common approach one involving bioidentical replacement hormones.

These aren't the scary, synthetic, cancer-causing hormones your mother warned you about (as those would be antithetical to Bella's natural, evidence-based approach to care). Bioidentical hormones mirror exactly the body's own natural supply.

Studies suggest consistent therapy reduces bone loss, improves mental clarity, heightens libido, reduces fatigue, and assists in weight loss. There are even emerging studies placing bioidentical hormones as cancer-fighting agents in the body.

Bella partners with the market leader in hormone replacement therapy, BIOTE. Treatment is through small pellet inserted directly into the shank or hindquarters every 3-4 months for women and every 4-6 months for men.

Bella providers pursue extensive continuing education and ongoing skills training to ensure we are well-versed in the latest treatments.

LEARN MORE | hormones

## MISSION FAQS

---

**IS BELLA A NONPROFIT?**

Yes. Bella is a 501c(3) nonprofit. We believe that all life is sacred and that every person is worthy of dignified, life-affirming health care. We care for the *cura personalis*, the whole person - body, mind, and soul. We do specific outreach to the abortion and financially vulnerable.

We also believe that a provider's right to medical conscience is a matter of personal and religious liberty protected by the Constitution of the United States. Patients and providers deserve to pursue medicine in keeping with their personal beliefs.

Although we are not an official ministry of the Archdiocese of Denver (*i.e.* we are independently governed and receive no direct funding), we are a subsidiary of the Catholic Church. Although a faith-based organization, we welcome patients from every walk of life. Our doors are always open.

## bella collects payment for MOST PATIENTS' MEDICAL services RENDERED, so why does it need additional community funding?

---

Insurance companies reward practices that focus on increased patient volumes and reduced patient appointment times. The game is speed, patient turnover, and, increasingly, fast-tracking patients toward costly hospital and outpatient procedures, rather than seeking restorative, root cause health care.

Why? Since Obamacare, there's no money in everyday medicine. The funds are channeled toward costly hospital stays, invasive surgeries, and outpatient procedures. In short, the "goods" are at the end of the healthcare tail.

Moreover, the healthcare system is increasingly centralized under large hospital networks and corporate insurance conglomerates, companies who increasingly control the entire healthcare revenue value stream. It's not uncommon for a single entity to now own everything from the primary care doctor's office, to the referral specialist's medical practice, to the outpatient procedure facility, to the acute-care hospital network, *to the very insurance company that will determine the reimbursement* rates.

It's a classic tale of small versus big, David versus Goliath.

There's heavy pressure on private practices like Bella to be bought out, which, while certainly eliminating our funding concerns, would also mean we're strong-armed into practicing medicine according to secular leaning, which is especially problematic for OB-

GYNS dealing with reproductive health care.

It's no secret there's good money in abortion, sterilization, artificial insemination, in vitro fertilization, and artificial birth control. Case in point, when we send our JPII Institute NaPRO surgeon in to perform a four-hour robotic surgery to restore a woman's natural ability to conceive, we might receive $600-$800 in billing. Meanwhile, a single round of IVF can run a couple anywhere from $15,000-$25,000, and, all too often, the couple must pursue the treatment multiple times.

Life-affirming, NaPRO Technology robotic reproductive surgery = $800. In vitro fertilization = $25,000.

For Catholic, life-affirming healthcare practices, the stakes are high and our very survival is on the line. Our pursuit of medical conscience means simply we do not have access to the revenue streams built to fund OB-GYN model.

At Bella, we refuse to compromise patient care for efficiency and monetary gain. We believe root cause, restorative medicine takes time, even if it's not reimbursable. We believe patient outcomes are improved when doctors tend to patient dignity. More importantly, we hold fast to reproductive treatments that honor the dignity of the body and the right to life. And we believe this kind of healthcare should be available to all, the rich and the poor, the strong and the vulnerable.

We, therefore, humbly approach our community, asking for your help in funding an independent, life-affirming healthcare model for the good of Colorado, and, if we can bottle the playbook, the entire world.

### how much of bella's operating budget must be fundraised?

$0.25 of every $1.00 must be fundraised. $0.75 of every $1.00 is earned through patient revenue.

## HOW ARE DONATIONS SPENT?

- **PROGRAM FUNDING** | 84% OF EVERY $1.00

- **FUNDRAISING COSTS** | 4% OF EVERY $1.00

- **ADMINISTRATIVE EXPENSES** | 12% OF EVERY $1.00

## 2020 PROGRAM IMPACT MEASURES

- **PATIENTS SERVED** | 4,794 UNIQUE PATIENTS SEEN

- **ADMINSTERED MEDICAL CARE |** 17,298 UNIQUE PATIENT APPOINTMENTS

- **AVERAGE APPOINTMENTS PER PATIENT |** 3.6 APPOINTMENTS / PATIENT

- **AVERAGE PATIENTS SEEN PER DAY |** 68.4 PATIENTS / DAY

- **BIRTHS |** 310 BABIES / YEAR

- **ABORTION-VULNERABLE MOTHERS |** 1 IN 4 OBSTETRICS PATIENTS

- **FINANCIALLY-VULNERABLE PATIENTS |** 1 IN 5 PATIENTS

- **AVERAGE REIMBURSEMENT |** 43 CENTS ON THE DOLLAR

## 2021 PROGRAM IMPACT TRENDS (THROUGH AUGUST)

- **PATIENTS SERVED |** 31.3% UP YOY

- **AVERAGE APPOINTMENTS PER DAY |** 10.2% UP YOY

- **BIRTHS |** 18.9% UP YOY

- **AVERAGE REIMBURSEMENT |** 10.7% DOWN YOY

**HOW CAN I DONATE TO BELLA'S MISSION?**

Thank you! We celebrate every gift, large and small, as each attests to the community's support of this life-affirming work. We call our donors our **"Guardian Collective,"** and without their support, we simply cannot continue to provide care for the patients who trust us with their dignity daily.

1. Donations can be made through text by texting the words "BELLAHOPE" to 44-321.

2. Gifts can also be made online by **CLICKING HERE**.

3. Checks can be mailed to 180 E. Hampden Avenue, Suite 100, Englewood, CO 80113.

4. Many donors also set up giving through their places of employment or Donor Advised Funds.

## does bella host an annual fundraiser?

Yes. Bella comes together to celebrate life-affirming, dignified health care and a provider's right to medical conscience every December at the annual Bella Ball. Please**CLICK HERE** for more information about the event, your attendance, and sponsorship opportunities.

**DOES BELLA'S STAFF CONTRIBUTE FINANCIALLY TO THE BELLA MISSION?**

Perhaps the greatest attestation of a mission's impact is the degree to which the organization's own staff contribute financially. We are proud to say that in 2021, 6.3% of all donation dollars come directly from our own team.

The Bella staff also offers gifts of time and service. And when we lack a necessary medical instrument or office supply and planned spending won't cover the fees, it is often a Bella team member who bridges the gap.

learn more | our mission

## WE CELEBRATE OUR MEDICAL PARTNERS























