# Exhibit E

**Bella Health + Wellness**
April 12, 2018 · 🌐

"Director of Women's Clinic: Abortion pill REVERSAL is safe and effective" Catholic News Agency shares the life-giving truth of this largely unknown procedure!

https://www.catholicnewsagency.com/.../director-of-womens...





Director of women's clinic: Abortion pill reversal is safe and effective

Director of women's clinic: Abortion pill reversal is safe and effective

👍❤️ 13

5 shares

# BELLA
health + wellness

## Bella Health + Wellness

@Bella.BeWhole · ⭐ 4.7 49 reviews ⊙ · Nonprofit organization



Home    Services    Reviews    Photos    More ▾                🖒 Liked    💬 Message    🔍    •••

---

Bella Health + Wellness
May 13, 2015 · ⊙

Dear friends,

This week as I walked through our beautiful office of Bella Natural Women's Care I was so moved by what I saw:

A patient days from the delivery of her eighth child sat in our chapel in joyful tears as she prayed for the child who would be born very soon and asked for strength from the Lord as their family would make a trek across the country to begin a new chapter just a few short weeks after the birth.

Abby held a young mom who mourned the life and hopes for the baby she had miscarried.

Robin sat and laughed with a menopausal woman who now had a plan to tackle her crazy symptoms.

Carol patiently worked with some rambunctious children as she toured a woman around Bella, sharing our vision and options for care during her pregnancy.

Stephanie was working with String of Pearls, the Perinatal Hospice program we use for our families who are walking the painful journey of carrying a pregnancy for a child with a known terminal prognosis and strategizing her ultrasound care for these patients.

Kim was scheduling 5 surgical cases ranging from infertility to endometriosis, to polycystic ovaries to hysterectomy.

Dr. Hickner was at the microscope with a couple showing them the hopeful signs for future pregnancy.

Kelly and Meghan were working on the records reconciling the incoming payments with the actual contracts of the many insurance payors we are contracted with.

Kat was hugging her fifth couple of the day that she had worked with on their natural family planning fertility education.

As I smiled at the wonders the Lord was working at Bella, one of our patients who is in the midst of a successful reversal from the abortion pill she had taken a few months ago, smiled as she confidently walked in our back door to share the joys of her new dream job and that she and her husband would like to share their testimony of their pregnancy and journey through abortion pill reversal at our Summer Soiree fundraising event at Cherry Hills Country Club in June.

Who would have known, six months after the start up of a brand new women's practice modeled on reverence, dignity and compassion for life while providing cutting edge, scientific care in accord with the teachings of the Church, would be hopping with life, with truth, with joy and with sorrow. Bustling with activity; yet grounded in peace that surpasses understanding.

Words cannot describe the humbling honor it is to be so intimately connected to the plan of God for women, for families, for our world. He, asked us. Wow. It did take a handful of worker bees with the financial support of a handful of committed families to get us through the two years it took to open Bella. But the Lord does not want this humbling honor for the few of us - He is calling many to be a part of the Bella community that is committed to reclaiming our world by standing up for life through the work done at Bella. Our Summer Soiree is a night to bring the Lord's people together who have a passion for life - those who were anointed with the vision, those who have worked to make it happen and those who are being called to join the forces of prayer, patients and financial support that ensures the growth of healthcare delivered with dignity to all.

Our Summer Soiree will be a night to remember!
Please join Kenny and I and our co-chairs: Craig and Shelly Saeman, Mike and Shari Sullivan and Tom and Lynne Bissmeyer as we highlight the amazing things that the Lord is doing at BELLA and beyond! Great food, great drinks, enchanting company -
You can RSVP online or via US mail. Our space is limited so please respond now!

Blessings!
dede

http://www.bellanwc.org/reservation

👍 43

🖒 Like          💬 Comment          ↪ Share




**2**

**Bella Health + Wellness**
February 22, 2017 · 🌐

···

Our Executive Director, Dede Chism, had the opportunity to testify last week in support of ensuring women considering an abortion with the abortion pill were also given literature to educate them on the abortion pill reversal. Check out this amazing success story about the reversal pill!

https://l.facebook.com/l.php...



LIVEACTIONNEWS.ORG
After abortion reversal that saved her son, Amy says: 'Every time I look at him, I'm just so thankful'

 51

6 comments  7 shares

**3**



19:58

**bella_healthandwellness**



      

**88 likes**

**bella_healthandwellness** One of our favorite parts of our mission is walking with our families to support and care for their needs. Today thanks to our partnership with @betheirvillage and @christineyeargin we threw a baby shower for a young couple who did an Abortion Pill Reversal! Their sweet baby will be making his grand arrival in a few weeks! Thank you to all who supported this shower.

View all 2 comments

January 2

**bella_healthandwellness**



                

5

20:17

bella_healthandwellness                    •••



                      

**20 likes**

**bella_healthandwellness** "Director of Women's Clinic: Abortion Pill Reversal is Safe and Effective" Thanks for sharing the truth of this largely unknown procedure @catholicnewsagency !! Link in bio: https://www.catholicnewsagency.com/news/director-of-womens-clinic-abortion-pill-reversal-is-safe-and-effective-97693

View all 3 comments

**massprolife** We love this image and the way it conveys hope in a hip visual.

>   **bella_healthandwellness** @massprolife thanks!!

April 12, 2018

    

**6**