# Exhibit G:

# Excerpts from Press Conference on the Introduction of SB 23-190

Page 1

1

2

3

4

5

6

7

8

9

10

11   Colorado Floor Debate Hearing

12

13   Press Conference

14   Safe Access to Protected Health Care Package

15   March 9, 2023

16

17

18

19

20

21

22

23

24

25

Page 2

1          DUSTI GURULE:  For the past 25 years --
2     this is our 25th anniversary year --
3     (indiscernible) has stewarded the only Latina
4     (indiscernible) reproductive justice organization
5     in the State of Colorado.  Our mission is to
6     ensure that all people are able to lead healthy,
7     safe, and self-determined lives.
8          We have expanded access to birth
9     control for Coloradans, regardless of immigration
10    status.  And in the wake of Roe v. Wade being
11    overturned, we co-led in the passage of the
12    Reproductive Health Equity Act along with our
13    partners, Cobalt, also known as RHEA, to protect
14    the fundamental rights to abortion access.
15          And this year we're working alongside
16    our colleagues within our coalition for a
17    collective approach to safe access to protected
18    healthcare coverage.  And that's our package
19    title.  We want to address opportunities where we
20    can go even further to protect abortion rights
21    and the rights of patients and providers to
22    tackle misinformation in our communities
23    perpetrated by fake clinics and to make more
24    affordable by closing the gaps in insurance
25    coverage.  These bills were curated together with

Page 3

1  providers, patients, community to ensure that we

2  are addressing the needs most critical to our

3  communities.  And for decades, Cobalt has worked

4  to ensure that the policies we advocate for

5  include reproductive justice values.

6           This package represents another step to

7  ensure that the needs of our communities are

8  being addressed.

9           And next weekend we'll be back here

10  with 300 Latinos from throughout the state for

11  the 17th Annual Latino/Latina Advocacy Day to see

12  these policies through the finish line.

13           So thank you all for being here and

14  thanks to all our partners.

15           Next, Arianna Morales.

16           ARIANNA MORALES:  Hi, everyone.  Yes, I

17  am Arianna.  I am the policy manager of New Era

18  Colorado.

19           A new generation has been mobilized by

20  the overturn of Roe v. Wade and the unrelenting

21  attacks on bodily autonomy.  Abortion now rises

22  as a key issue for young people and we hear time

23  and time again that protecting abortion care and

24  expanding safe, affordable, and accessible

25  reproductive healthcare is a top priority for

Page 4

1   young people.

2           We value the autonomy to make informed

3   decisions, which means the healthcare information

4   people receive must be accurate and presented

5   without shame.

6           The Safe Access to Protected Healthcare

7   package is why young people turned out in

8   historic levels in 2022 to see our elected

9   officials cement Colorado as a reproductive

10  healthcare safe haven and address areas where we

11  could better serve our communities.

12          Since we began (indiscernible) to

13  destigmatize abortion on their campuses through

14  our student-led program, the Brazen Project, we

15  heard loud and clear that anti-abortion centers

16  are a threat to their bodily autonomy.  That's

17  why we've partnered with student governments and

18  campuses across the state to pass resolutions

19  condemning the actions of anti-abortion centers,

20  also known as fake clinics.  And that's why we

21  are here today, to make sure that the healthcare

22  young people receive is accessible, accurate, and

23  presented without shame.

24          We know the attacks on essential

25  healthcare won't stop, so neither will we.  Thank

Page 5

1   you so much.

2          And I would like to invite Senator

3   Janice Marchman now.

4          SENATOR JANICE MARCHMAN:  Well, thank

5   you so much.  Hello and good afternoon.  It is

6   such a pleasure to be with you all today to talk

7   about our Safe Access to Reproductive Healthcare

8   package that will improve access to and

9   availability of reproductive healthcare.

10          I am Senator Janice Marchman, and I

11   represent Senate District 15, covering Larimer

12   County and parts of Boulder County.

13          This is my first session serving in the

14   state house.  And I just want to take a moment to

15   share how special it is to be a part of a team

16   that is so dedicated to fighting for Colorado.

17   Where no matter what, everyone has safe and equal

18   access to all types of healthcare.  So thank you

19   for allowing me to join (indiscernible).

20          I am proud to announce today that I am

21   joining Senator Winter on a bill to crack down on

22   what we know as anti-abortion centers, or crisis

23   pregnancy centers, which use manipulation and

24   deception to influence people seeking

25   reproductive healthcare.

Page 6

```
 1          Anti-abortion centers represent the on-
 2   the-ground presence of the national anti-abortion
 3   movement, offering dangerous, sometimes life-
 4   threatening medical procedures like so-called
 5   abortion pill reversals.  These centers are found
 6   all across our state.  They outnumber legitimate
 7   abortion providing clinics 51 to 20.  Even worse,
 8   they often target marginalized communities,
 9   sometimes posting Spanish-language billboards in
10   neighborhoods with large immigrant populations or
11   offering free services to low-income communities.
12          Right now, these ideologically-driven
13   centers are free to present themselves as
14   legitimate family planning reproductive
15   healthcare clinics.  But the reality is these are
16   fake clinics that lure in vulnerable people
17   seeking care.  They peddle biased and inaccurate
18   information about abortion care and
19   contraceptives, and they take advantage of people
20   during some of their most vulnerable moments.
21   Simply put, they lie.  And that's unacceptable.
22   People seeking out healthcare should never be met
23   with shame or bias.  In fact, that's the opposite
24   of the (indiscernible) accurate care that
25   everyone in Colorado deserves and that we as
```

Page 7

1  elected officials are beholden to protect.

2          Our bill will crack down on anti-

3  abortion centers by putting in place new

4  guardrails around their marketing and declaring

5  their deceptive practices illegal.  Transparency

6  and truth in advertising are essential to

7  informed medical decision-making, particularly

8  when it comes to time-sensitive services like

9  abortion and emergency contraception.

10          This is a critical step our legislature

11  can take to prevent any more Coloradans from

12  being victimized while seeking reproductive care.

13  I am so proud to be a part of this fantastic team

14  that is advancing this particular bill and the

15  others you're going to hear about today that

16  together are going to protect safe and equal

17  access to reproductive healthcare for all.

18          Thank you all again for being here.  I

19  would love to turn it over to my co-sponsor in

20  the house, Rep. Elizabeth Epps.

21          REPRESENTATIVE ELIZABETH EPPS:  So I am

22  Elizabeth Epps.  And my pronouns are she/hers.

23  And I represent House District Six.  And every

24  time you come to the capitol you get to come to

25  House District Six.

Page 8

1          Let's start with some good news, shall

2     we?  It's good news, y'all, that Colorado has

3     made a lot of progress in securing abortion

4     access.  It's good news that this legislature

5     passed RHEA in 2022.  And you know what it did,

6     to secure access to abortion care here in

7     Colorado.  And it's really good news that

8     Colorado voters have consistently rejected

9     abortion bans.

10          Abortion is legal in Colorado, but

11    legality does not equal accessibility.  Our

12    lower-income communities of Coloradans of color

13    face larger barriers and a disproportionate lack

14    of access to protected healthcare.

15          Ours is one of a few states that offers

16    abortion care in our region.  With many folks

17    across the mountain, the Midwest and the American

18    south relying on is, relying on Colorado to

19    access abortion without unnecessary and dangerous

20    restrictions.

21          But the news isn't all good.  And we

22    care so much about this issue that you're going

23    to hear about it twice today.  There are these

24    anti-abortion centers, crisis pregnancy centers,

25    and fake clinics that disguise themselves as

Page 9

1   healthcare clinics, but they aren't.  They claim

2   to provide abortion care, but they don't.  They

3   advertise free pregnancy tests, abortion

4   counseling, ultrasounds, prenatal care.  But in

5   reality, it's important to understand what

6   actually happens is they use disinformation,

7   intimidation, and delay tactics to prevent people

8   in need from actually accessing the essential and

9   time-sensitive care that they are seeking.

10            So many of these anti-abortion centers

11   are located in rural and lower-income

12   communities.  They market to folks like me.  They

13   market to marginalized Coloradans, black

14   Coloradans, indigenous folks, our immigrant

15   neighborhoods.  They advertise in languages other

16   than English specifically to target immigrant

17   communities that already have -- folks who

18   already have a harder time accessing healthcare

19   services.  And anti-abortion centers, they cause

20   and exacerbate -- they cause and exacerbate the

21   systemic inequities in access to protected

22   healthcare for people of color who already face

23   the greatest barriers to treatment, to

24   preventative reproductive care, to birth control,

25   and to abortion.

Page 10

1          What's more, these anti-abortion

2    centers, they push these -- you've heard of these

3    abortion reversal pills.  They push them.  And

4    after a patient, a person who has taken real

5    medication.  This practice is not only dangerous

6    and unregulated, but evidence shows that these

7    pills cannot even reverse an abortion.  But what

8    they do is impact the pregnant person's body and

9    harm us.

10          And so that's why I am honored to

11   introduce with my colleagues a bill that

12   prohibits the use of deceptive advertising by

13   these centers and that limits what they market,

14   what they want us to believe is an abortion

15   reversal pill.

16          Our legislation will make it illegal in

17   Colorado to use false advertising to lure

18   pregnant people into centers that force their

19   agendas upon the folks who come to them seeking

20   every option.  Preventing these clinics from

21   offering abortion pill reversal, so-called

22   abortion pill reversal, will protect Coloradans

23   from scientifically disproved practices and

24   ensures, most importantly, that we can make these

25   informed decisions about our own bodies and our

Page 23

```
 1              C E R T I F I C A T I O N

 2

 3   I, Sonya Ledanski Hyde, certify that the

 4   foregoing transcript is a true and accurate

 5   record of the proceedings.

 6

 7

 8

         <%12151,Signature%>

 9   _____

10

11   Veritext Legal Solutions

12

13

14

15

16   Date: March 29, 2023

17

18

19

20

21

22

23

24

25
```