# Exhibit I:

# Excerpts from Senate Second and Third Reading of SB 23-190



# THE COLORADO STATE SENATE
SB23-190 Deceptive Trade Practice Pregnancy-related Service

## Legislative Day 072 Part 1

**[00:00:00] Chairman:** -Marchman.

**[00:00:01] Senator Marchman:** Thank you, Mr. Chair. We were going to speak to the bill and then move the amendments. Can we do that?

**[00:00:10] Chairman:** Go ahead and proceed.

**[00:00:17] Senator Marchman:** We're gonna withdraw. Okay.

**[00:00:24] Chairman:** Senator Marchman.

**[00:00:25] Senator Marchman:** Thank you, Mr. Chair. In Colorado, there are 50-plus pregnancy resource or medical centers. Two national organizations provide training and support for these centers. Over 40 are affiliated with CareDash Net and the rest are affiliated with Heartbeat International. These clinics sprung up in the '60s and '70s, and now are located near college campuses and in low-income neighborhoods across Colorado. Of the 50-plus centers, about half are considered medical. Meaning, they have insurance and operate under the license of a physician.

These pregnancy medical centers are the only ones that can prescribe abortion pill reversal. These clinics provide first-trimester care. Some provide prenatal care, none provide birth control or contraceptives. There are three choices for pregnant people, parenting, adoption, or abortion. These pregnancy medical centers do not refer-refer for abortion services, but some refer for adoption and prenatal care. The other half are considered pre-pregnancy resource centers. They primarily provide resources for pregnant people like diapers, formula, and clothes.

In Colorado and across America, maternal outcomes are declining. We need healthcare. Pregnant people need care. Where do pregnant people go for first-trimester healthcare, OBGYNs, family physicians, ERs, and some go to these clinics. We welcome quality, safe, effective, comprehensive, first-trimester care. Please hear me. This bill does not shut down these clinics. This bill does not regulate goods and most services offered by these clinics. This bill does not quiet the pro-life backers who operate these clinics or infringe on their free speech rights.

But in any segment, there are some bad actors. This bill addresses the deceptive practices used by some of these bad actors. Across the nation, the majority of abortions that are being done are medication abortions, a two-step process with three days in between the first dose of mifepristone and the second dose of misoprostol. These are abortions are done in the first 10 weeks of pregnancy and require no surgery. I'm sure



Let's make sure we're talking about choice, that women have all the information available to them, and that they have the right to make that choice themselves. I would urge a no votes on this bill. It's deceptive.

**[01:18:29] Chairman:** Senator Win-- Senator--

**[01:18:32] ?Speaker 3:** Go ahead.

**[01:18:33] Chairman:** Senator Winter.

**[01:18:35] Senator Winter:** Thank you, Mr Chair. Um, just two- two quick points. And thank you to the good center from Weld County. For those abortion center, I mean, pregnancy centers that have those disclaimers and those disclosures on their website, they're in compliance with this bill, right? Again, this is not about shutting down those pregnancy centers. And so if they are being truthful and clear about their mission, about what services they offer and do not offer, and we do know that within the past couple weeks many of these centers have changed their websites just by having this conversation around transparency.

And we welcome that transparency. That's what we're asking for, is that transparency, that honesty in what you serve, what your mission is, and the-- and what you're offering. Um, and again, this is not about progesterone. This is about saying abortion reversal is unethical and experimental. This is not about progesterone. We know that progesterone has many valid medical uses. This is about the unethical and experimental use of saying that it can reverse an abortion, which is not possible. And deceiving patients to tell them that's possible is unethical and experimental.

**[01:20:11] Chairman:** Senator Kirkmeyer. Senator?

**[01:20:16] Senator Kirkmeyer:** Thank you, Mr. Chairman. **[unintelligible 01:20:20]**. I- I'm just gonna say I find it hard to believe that, um, they changed their-their webpages just in the last two weeks, but apparently planned parenthood didn't change their webpage. Because they talk about crisis pregnancy centers and also called CPCs or fake clinics. And they go on to basically talk about what specifically you put in your legislative declaration, which what- which-- what was put into the legislative declaration.

But again, I find it difficult to understand how [clears throat] when the American Association of Pro-Life Obstetricians and Gynecologists talk about in their position paper from 2019, that the abortion pill rescue offers a medically sound choice to attempt to reverse the effects of mifepristone and they could save their baby. And there are 40 years- 40 years of history to show that by using the natural hormone progesterone would help the women to carry their pregnancy.

So there are doctors who disagree with the Senator from Westminster, who I'm pretty sure is not a doctor. So there are doctors who disagree with her. She wants to get up



**[01:27:57] Senator Smallwood:** Uh, thank you, Mr. Chair. Move Amendment 12.

**[01:28:00] Chair:** To Amendment 12. Senator Smallwood.

**[01:28:02] Senator Smallwood:** So colleagues, I think what I'd like to try to do, I mean, you've heard a lot of reasons to vote for or against this bill today, but I would- I would hope that if nothing else, the proponents take away from tonight what so many us-- of us feel is just an absolute blatant lack of written decorum. That is, to me, as close to inexcusable as I've seen in the seven years that I've been here. I mean, it is- it is as close to pure vitriolic dribble that I've ever seen. Like, there is no reason when that- that-- Just because you share a majority opinion that anybody I think should be this insulting to hundreds of thousands of people.

Can you imagine, colleagues? Can you imagine a bill that I've, uh- that I've run where I would start a legislative declaration talking about my political opponents in this manner? I mean, 10% of Democrats are-- c-- identify themselves as-as pro-life. It's not a lot. but it's 10%. 10% of your own constituents are reading this, and this is how you're addressing them. 40% of unaffiliated are pro-life, and this is what you're telling them. And now conversely, almost 25% of our side of the aisle considers themselves pro-choice. Therefore, I would never, ever consider running a bill and stating something like, you know, "Pro-death advocates want to see this, and pro-death this, and murderous this and that."

I mean, come on. Fake clinics? Fake clinics, that's what we've devolved to as a body. [silence] Anti-abortion centers are the ground-level presence of a well-coordinated anti-choice movement. So well coordinated in fact that none of us have ever been contacted by them. They're that well coordinated. That I've got-- I've yet to get a single email, voicemail, letter, postcard from this well-coordinated anti-choice movement. So what I'm suggesting, colleagues-- I mean, if this is-if this is how we want the rest of the legislative session to go, if-if we want to just move to pedantic name calling, and that's how we want to operate as a body-- The senator from Denver, I couldn't have said it better.

We've got bigger things to worry about than-than name-calling 'cause that's what this is. That's really all this is. The sheer lack of even thinly veiled neutrality is just appalling, and I am not trying to sound sanctimonious here, but I've seen a lot of alleged leg-decs. And I haven't even been here that long. This is- this is like truly jumping the shark. So what I would suggest is that we take a step back, and we try to at least be professional and adults and not demean our political opponents in this transparent, uh, way. Let's start by striking the term fake clinics, which at least they even have-- they have the courtesy to put in quotes.

At least they have that. At least they're not just stating it as material fact. Anti-abortion centers are the ground-level presence of a well-coordinated anti-choice move. It sounds like we live in North Korea. [silence] Colleagues, again, it's getting late. You've heard the concerns. Not even so much-- I mean, there's a lot of concerns about the bill itself,



but the-the lack of written decorum is something that I think we're better than and would encourage, and I vote on Amendment 12.

**[01:33:02] Chair:** Seeing no further discussion, the motion is the adoption of Amendment 12. All in favor, say aye.

**[01:33:07] Members:** Aye.

**[01:33:08] Chair:** Opposed, no.

**[01:33:09] Members:** No.

**[01:33:10] Chair:** The nos have it and L12 is lost. To the bill, there is an amendment at the desk. Will the clerk please read L11?

**[01:33:27] Clerk:** Amendment L.001 by Senator

**[01:33:28] Chair:** Senator Pelton B.

**[01:33:29] Senator Pelton:** Thank you, Mr. Chair. I move L011.

**[01:33:33] Chair:** To the amendment, Senator Pelton B.

**[01:33:36] Senator Pelton:** Yes. What this amendment does is it removes all, um, reference to medication abortion reversal. It takes away everything out of the bill. It also takes away the penalty for, um, doing it in the bill. Um, the reason why I brought this up is that when the sponsors had taught-- said earlier about how all progesterone is still used for pregnancy. Well, members, this is a two-pill regiment with medic-medical-medical or with, um, medication abortion. And after you take your first one, you're still pregnant. So using progesterone in the- in the way that they're using it, you're still pregnant. So this should be part of- part of what the-the sponsors have talked about.

The tragedy of chemical abortion, how common it is, growing in popularity and availability, chemical abortion often-ofte-often referred to as planned parenthood in other abortion clinics as medication abortion or abortion pill account for more than 50% of all abortions in the United States. Some women prefer chemical abortions to surgical abortions as it is often promised to be less invasive, advertised as more natural, and promoted as the abortion in the privacy of your own home. However, it is not without physical and emotional risk, and for many, a lot of regret. What happens when a woman changes her mind after being-- beginning a chemical abortion? It is possible to choose again.

Women often regret their abortion, and sometimes that regret sets in right away. Heartbeat International has a hotline where those who would like reversal of chemical abortion can seek help immediately. We connect callers with local providers. Every



# Certificate of Accuracy

Transcription of **Part 1 (Shortened).3gp** in **English**

As an authorized representative of GoTranscript LTD, a professional transcription services agency, I, Mindaugas Caplinskas hereby certify that the above-mentioned document has been transcribed by an experienced, qualified and competent professional transcriber, fluent in the above-mentioned language and that, in my best judgement, the transcribed text truly reflects the content, meaning, and style of the original audio file and constitutes in every respect a complete and accurate transcription of the original audio. This audio file has not been transcribed for a family member, friend, or business associate.

This is to certify the correctness of the transcription only. I do not make any claims or guarantees about the authenticity of the content of the original audio file. Further, GoTranscript LTD assumes no liability for the way in which the transcription is used by the customer or any third party, including end-users of the transcription.

A copy of this transcription is attached to this certification.

Signed on **29 March 2023**

Signed: *MindCaplin*
Name: Mindaugas Caplinskas
Position: CEO

Mindaugas Caplinskas, CEO of GoTranscript LTD

**Address:** 166, College Road, Harrow, Middlesex, HA11BH, United Kingdom
**Phone number:** +1 (831) 222-8398 **Email:** support@gotranscript.com **Website:** www.gotranscript.com

**5**



# Certificate of Accuracy

## Transcription of **Part 2 (Shortened).3gp** in **English**

As an authorized representative of GoTranscript LTD, a professional transcription services agency, I, Mindaugas Caplinskas hereby certify that the above-mentioned document has been transcribed by an experienced, qualified and competent professional transcriber, fluent in the above-mentioned language and that, in my best judgement, the transcribed text truly reflects the content, meaning, and style of the original audio file and constitutes in every respect a complete and accurate transcription of the original audio. This audio file has not been transcribed for a family member, friend, or business associate.

This is to certify the correctness of the transcription only. I do not make any claims or guarantees about the authenticity of the content of the original audio file. Further, GoTranscript LTD assumes no liability for the way in which the transcription is used by the customer or any third party, including end-users of the transcription.

A copy of this transcription is attached to this certification.

Signed on **30 March 2023**

Signed: *MindCaplin*
Name: Mindaugas Caplinskas
Position: CEO

Mindaugas Caplinskas, CEO of GoTranscript LTD

**Address:** 166, College Road, Harrow, Middlesex, HA11BH, United Kingdom
**Phone number:** +1 (831) 222-8398 **Email:** support@gotranscript.com **Website:** www.gotranscript.com

**6**