# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BELLA HEALTH AND WELLNESS et al. *Plaintiffs*, v. PHIL WEISER, in his official capacity as Attorney General of Colorado, et al; *Defendants*. | Case No. 1:23-cv-939 |

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and

I appear in this case as counsel for:

BELLA HEALTH AND WELLNESS,
DEDE CHISM, ABBY SINNETT, and
KATHLEEN SANDER, on behalf of themselves and their patients.


DATED: April 14, 2023.

/s/ Daniel M. Vitagliano
Daniel M. Vitagliano*
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave, N.W.
Suite 400
Washington, D.C. 20006
(202) 955-0095
dvitagliano@becketlaw.org

* Admitted only in New York. Practice limited to cases in federal court. Supervised by a member of the D.C. Bar.

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants by mail:

PHIL WEISER
ROLAND FLORES
AMANDA MIXON
JENNIFER BLAIR
BECKETT CZARNECKI
ROBERT M. MAULITZ
SAUGHAR SAMALI
ALAN E. SHACKELFORD
KIELY M. SCHULTZ
AMY E. COLEN
ANITA KUMAR
DONALD LEFKOWITS
MAIDUL MEHMUD
KIAN MODANLOU
SCOTT C. STRAUSS
CHRISTOPHER A. BATES
JULIE ANN HARPER
HIEN H. LY
JOSEPH FRANTA
LORI RAE HAMILTON
KARRIE TOMLIN
LENNY ROTHERMUND
HAYLEY HITCHCOCK
ALISSA M. SHELTON
PHYLLIS GRAHAM-DICKERSON
BRANDY VALDEZ MURPHY
DIANE REINHARD
NICHELE BRATTON
AECIAN PENDLETON
JOHN KELLNER
MICHAEL DOUGHERTY
BETH McCANN

/s/ Daniel M. Vitagliano