# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BELLA HEALTH AND WELLNESS et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.,<br><br>*Defendants*. | Case No. 1:23-cv-939<br><br>**[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |

Daniel D. Domenico, District Judge:

Upon consideration of the Verified Complaint of Plaintiffs Bella Health and Wellness, Denise "Dede" Chism, Abby Sinnett, and Kathleen Sander, the exhibits attached thereto, and Plaintiffs' Emergency Motion for a Temporary Restraining Order and Preliminary Injunction, and good and sufficient cause appearing to me therefor, including for the reasons set forth in Plaintiffs' Emergency Motion for a Temporary Restraining Order and Preliminary Injunction:

**IT IS HEREBY ORDERED** that Defendants Phil Weiser, Roland Flores, Jr., Amanda Mixon, Jennifer Blair, Beckett Czarnecki, Robert M. Maulitz, Saughar Samali, Alan E. Shackelford, Kiely M. Schultz, Amy E. Colen, Anita Kumar, Donald J. Lefkowits, Maidul (May) Mehmud, Kian A. Modanlou, Scott C. Strauss, Christopher A. Bates, Julie Ann Harper, Hien (Adam) H. Ly, Bernard Joseph Franta, Lori Rae Hamilton, Karrie Tomlin, Lenny Rothermund, Hayley Hitchcock, Alissa M. Shelton, Phyllis Graham-Dickerson, Brandy Valdez Murphy, Diane Reinhard,

Nichele Bratton, Aecian Pendleton, John Kellner, Michael Dougherty, and Beth McCann (collectively, "Defendants") shall show cause before this Court on April _____, 2023, at _____ ___.M. in Courtroom _____, or as soon thereafter as counsel may be heard, why an order should not be issued, pursuant to Federal Rule of Civil Procedure 65, (1) preliminarily enjoining Defendants from enforcing SB 23-190 during the pendency of this action; and (2) awarding to Plaintiffs such other relief as the Court may deem equitable, just, and proper.

**IT IS FURTHER ORDERED** that, good and sufficient reason having been shown therefor, pending the hearing of Plaintiffs' motion for a preliminary injunction, pursuant to Federal Rule of Civil Procedure 65, Defendants are temporarily restrained and enjoined from enforcing SB 23-190.

**IT IS FURTHER ORDERED** that this order is binding on all Defendants and their officers, agents, servants, employees, and attorneys, as well as all persons who are in active concert or participation with any of the foregoing.

**IT IS FURTHER ORDERED** that, in accordance with Federal Rule of Civil Procedure 65(c), this temporary restraining order shall be effective immediately without security from Plaintiff.

**IT IS FURTHER ORDERED** that Plaintiffs shall effect personal delivery of a copy of this order and supporting papers to Defendants on or before April _____, 2023, at _____ ___.M.

**IT IS FURTHER ORDERED** that Defendants' response papers on the motion for a preliminary injunction, if any, shall be filed with the Clerk of this Court and

served upon the attorneys for Plaintiffs via ECF on or before April _____, 2023, and that any reply by Plaintiffs shall be filed and served by ECF on or before April _____, 2023.

**IT IS FURTHER ORDERED** that this temporary restraining order shall expire in fourteen days, unless extended by further order of this Court.

Dated: _____  _____
    Denver, CO  The Honorable Daniel D. Domenico
                                                             United States District Judge