# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-939

BELLA HEALTH AND
WELLNESS, et al.

        Plaintiff(s),

v.

PHIL WEISER, et al.

        Defendant(s).

## INFORMATION FOR TEMPORARY RESTRAINING ORDER

Attorney for Plaintiff: Mark Rienzi, The Becket Fund for Religious Liberty

Telephone number: 202-955-0995

Attorney for Defendant: Chief Deputy AG Natalie Hanlon Leh (720-508-600), DA John Kellner (720-874-8500) DA Dougherty (303-441-3700) DA Beth McCann (720-913-9000)   Telephone number: _____

Concise statement as to type of claim: Violations of the Free Exercise and Free Exercise Speech Clauses of the First Amendment and the Due Process and Equal Protection Clauses of the Fourteenth Amendment to the United States Constitution.

Jurisdiction (cite statute) 28 U.S.C. §§ 1331 and 1343

1

Hearing:  See D.C.COLO.LCivR.7.1A

Date Motion for Temporary Restraining Order filed __April 14, 2023__

Estimated length of hearing __1 hour__

Request hearing be set for _____ today __X__ tomorrow _____ within one week
*and held by teleconference or videoconference*

Reason why immediate action is __Plaintiffs are suffering irreparable harm through the deprivation of their First Amendment rights.  Plaintiffs are currently caring for patients__ patients with ongoing medical needs.

Notice:

Has opposing party and/or attorney been notified? __X__ Yes _____ No

If "yes," state when __April 14, 2023__ and by what means __E-mail__

If "no," state reason _____

(Rev. 11/04)

2