IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00939-DDD-SKC

BELLA HEALTH AND WELLNESS, on behalf of itself and its patients, *et. al.*

    Plaintiffs,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et. al.

    Defendants.
_____

### NOTICE OF ENTRY OF APPEARANCE
_____

    Andrew D. Ringel, Esq., of Hall & Evans, L.L.C., enters his appearance on behalf of Defendant Beth McCann, in her official capacity as District Attorney for the Second Judicial District of Colorado.

    Dated this 20th day of April, 2023,

        Respectfully submitted,

        */s/ Andrew D. Ringel*
        Andrew D. Ringel, Esq.
        of Hall & Evans, L.L.C.
        1001 17th Street, Suite 300
        Denver, CO 80202
        Phone:  303-293-3220
        Fax:     303-628-3368
        ringela@hallevans.com

        **ATTORNEY FOR DEFENDANT**
        **BETH MCCANN**

## CERTIFICATE OF SERVICE (CM/ECF)

  I HEREBY CERTIFY that on the 20th day of April, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to via email to all counsel of record in this matter.

                */s/ Nicole Marion*, Legal Assistant of
                Andrew D. Ringel