IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00939-DDD-SKC

BELLA HEALTH AND WELLNESS, on behalf of itself and its patients, *et. al.*

    Plaintiffs,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et. al.

    Defendants.

_____

### NOTICE OF NON-PARTICIPATION FROM DEFENDANT BETH MCCANN
_____

    Defendant Beth McCann, in her official capacity as District Attorney of the Second Judicial District of Colorado, by and through her counsel, Andrew D. Ringel, Esq., of Hall & Evans, L.L.C., hereby respectfully submits this Notice of Non-Participation, as follows:

    1.    On April 15, 2023, this Court issued its Order Granting in Part Plaintiffs' Motion for Temporary Restraining Order.  [ECF 8].  In its Order, this Court set a preliminary injunction hearing for April 24, 2023, at 9:30 a.m. and directed Defendants to file responses to Plaintiffs' Emergency Motion for a Temporary Restraining Order and Preliminary Injunction by April 20, 2023, at 5:00 p.m.  [ECF 8].

    2.    Defendant Beth McCann does not intend to file a Response to Plaintiffs' Motion or participate in the preliminary injunction hearing based on the conclusion the issues before this Court will be appropriate litigated by the Office of the Attorney General. Defendant McCann understands she will be bound by any Order issued by this Court as a result of the preliminary injunction hearing.

WHEREFORE, Defendant Beth McCann hereby respectfully submits the foregoing Notice of Non-Participation.

Dated this 20th day of April, 2023,

Respectfully submitted,

*/s/ Andrew D. Ringel*
Andrew D. Ringel, Esq.
of Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Phone:  303-293-3220
Fax:      303-628-3368
ringela@hallevans.com

**ATTORNEY FOR DEFENDANT BETH MCCANN**

**CERTIFICATE OF SERVICE (CM/ECF)**

      I HEREBY CERTIFY that on the 20th day of April, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to via email to all counsel of record in this matter.

                                               */s/ Nicole Marion*, Legal Assistant of
                                               Andrew D. Ringel