EXHIBIT
2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-939-DDD-SKC

BELLA HEALTH AND WELLNESS, et al.,
    Plaintiffs,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.,
    Defendants.

## DECLARATION OF SAMUEL DELP

I, Samuel Delp, pursuant to 28 U.S.C. § 1746, state as follows:

1. I am the Senior Program Director for the Division of Professions and Occupations within the Colorado Department of Regulatory Agencies. In this role, among other responsibilities, I supervise the directors and staff for eleven professional boards, including the Colorado Medical Board. I have also supervised other boards, including the Board of Nursing, when other senior management is not available. Part of my job responsibilities include serving as a spokesperson and representative for professional boards in judicial proceedings. I have served in this role since 2016.

2. From approximately 2016 to 2018 I served as the program director for the Colorado Board of Nursing. In this role, among other responsibilities, I was responsible for attending Board of Nursing meetings for rulemaking and for disciplinary and licensing matters, managing Board of Nursing investigations of potentially unprofessional conduct, and managing the Board of Nursing's rulemaking process. Part of my job responsibilities also included serving as a representative for the Colorado

Board of Nursing in quasi-judicial licensing discipline proceedings at the Office of Administrative Courts.

3. The statements in this declaration are all based on my own personal knowledge or information.

4. I recently became aware of the above-captioned lawsuit challenging the constitutionality of SB 23-190. On April 17, 2023, the Colorado Medical Board held an emergency meeting to discuss issues related to this lawsuit. I was present at this meeting. At that meeting, the Medical Board voted unanimously to delegate authority to me to act in support of the Medical Board and its members in this litigation, including the authority to testify on its behalf. I am providing this declaration on behalf of the Colorado Medical Board pursuant to this delegation.

5. On April 19, 2023, the Colorado Board of Nursing held an emergency meeting to discuss issues related to this lawsuit. I was present at this meeting. At that meeting, the Board of Nursing voted unanimously to delegate authority to me to act in support of the Board of Nursing and its members in this litigation, including the authority to testify on its behalf. I am providing this declaration on behalf of the Colorado Board of Nursing pursuant to this delegation.

6. I have reviewed the plaintiffs' complaint in this action. It is my understanding the plaintiffs operate a medical center that, among other services, provides progesterone therapy in the context of so-called abortion pill reversal therapy. I am also aware that SB 23-190 (the "Act"), signed into law on April 14, 2023, added § 12-30-120, C.R.S., which includes "medication abortion reversal" as a basis for discipline for healthcare professions and occupations. Specifically, the bill defines

"medication abortion reversal" as unprofessional conduct "unless the Colorado Medical Board...and the state Board of Nursing..., in consultation with each other, each have in effect rules finding that it is a generally accepted standard of practice to engage in medication abortion reversal." SB 23-190, § 3.  The Act requires the Medical Board and the Nursing Board to engage in rulemaking by October 1, 2023.  SB 23-190, § 3.

7. The Medical Practice Act authorizes the Medical Board to engage in rulemaking to adopt rules necessary to administer the program. § 12-20-204(1); 12-240-106(1)(a), C.R.S.  The Medical Board is comprised of thirteen licensed medical professionals and four public members.  § 12-240-105(1)(a), C.R.S.   The thirteen licensed medical professional members of the Medical Board represent different areas of expertise in medical practice.  *Id*. Because the Medical Board is comprised of diverse individuals with subject matter expertise, the Medical Board is uniquely qualified to be the government agency that adopts rules which may impact its application of disciplinary violations to its licensees.

8. The Nurse and Nurse Aide Practice Act authorizes the Board of Nursing to engage in rulemaking to adopt rules necessary to administer the program. § 12-20-204(1); 12-255-107(1)(j), C.R.S. The Board of Nursing is comprised of nine licensed nurses and two public members.  § 12-255-105(1)(a), C.R.S.   The nine nurse members of the Nursing Board represent different areas of expertise in nursing education, practice, and administration.  *Id*.  Because the Board of Nursing is comprised of diverse individuals with subject matter expertise, the Board of Nursing is uniquely qualified to be the government agency that adopts rules which may impact its application of disciplinary violations to its licensees.

3

9. I am familiar with the manner in which the Colorado Medical Board and the Colorado Board of Nursing investigate and discipline licensees for unprofessional conduct. Pursuant to the Colorado Medical Practice Act, the Medical Board regulates the practice of medicine in Colorado, and has disciplinary oversight of physicians, physician assistants, and anesthesiologist assistants. § 12-240-101, C.R.S. *et seq.* The Colorado Medical Board does not regulate nurses, advanced practice nurses (i.e., nurse practitioners), or advanced practice nurses with prescriptive authority. Pursuant to the Nurse and Nurse Aide Practice Act, the Colorado Board of Nursing regulates the practice of nursing in Colorado, and has disciplinary oversight of nurses, advanced practice nurses, and advanced practice nurses with prescriptive authority. § 12-255-101, C.R.S. *et seq.*

10. In general, both the Medical Board and Board of Nursing evaluate all allegations of unprofessional conduct on a case-by-case basis. Consistent with this practice, the Medical Board voted unanimously during its April 17 emergency meeting to not enforce SB 23-190 prior to the Board's promulgation of rules as contemplated by the bill. Similarly, the Board of Nursing voted unanimously during its April 19 emergency meeting to not enforce SB 23-190 against its licensees prior to the Board's promulgation of rules as contemplated by the bill. It is unlikely that either board could promulgate final rules prior to September 2023.

11. By not enforcing SB 23-190 until after the rulemaking contemplated by SB 23-190 is complete, the Medical Board and Board of Nursing will avoid the untenable scenario of creating dual enforcement tracks—one where SB 23-190 is enforced pursuant to rules promulgated by subject matter experts, and one where it is not.

4

12. Prior to the filing of this lawsuit, neither the Medical Board nor the Board of Nursing received any communications from the plaintiffs in this case inquiring into whether the boards would enforce SB 23-190 before completing the rulemaking required by the bill.

13. Attached as **Exhibit 1** to this declaration is a true and accurate copy of the draft minutes of the Medical Board's emergency meeting on April 17. While the minutes will not be approved until the Medical Board's next meeting, the draft minutes accurately reflect the Medical Board's votes, including its unanimous vote to not enforce SB 23-190 until it can engage in the rulemaking process.

14. Attached as **Exhibit 2** to this declaration is a true and accurate copy of the draft minutes of the Board of Nursing's emergency meeting on April 19. While the minutes will not be approved until the Board of Nursing's next meeting on April 26, the draft minutes accurately reflect the Board of Nursing's votes, including its unanimous vote to not enforce SB 23-190 until it can engage in the rulemaking process.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 20th day of April 2023.

*/s/ Samuel Delp*

Samuel Delp



**EXHIBIT 2.1**
Exhibit 1 to Sam Delp's 4/20/23 declaration

**COLORADO MEDICAL BOARD
FULL BOARD
OPEN SESSION
MINUTES**

**MONDAY, APRIL 17, 2023**

Notice of this meeting was given in accordance with Division of Professions and Occupations Policy Number 80-17.

The agenda is subject to change. If changes occur, a revised agenda will be available at the meeting.

| CONVENE |
|---|

The Colorado Medical Board met Monday, April 17, 2023 via webinar, beginning at 12:00 PM. The meeting was noticed in accordance with Division Policy.

Roll Call: Dr. Christopher A. Bates; Dr. Jennifer Blair; Ms. Amy E. Colen, Vice President; Beckett Czarnecki; Dr. Roland Flores-President (Unavailable 12:00 to 12:30 PM, and 12:43-1:03 PM); Dr. Donald J. Lefkowits, Ms. Julie Ann Harper; Mr. Hien (Adam) Ly; Dr. Robert Maulitz, Ms. Maidul (May) Mehmud; Ms. Amanda Mixon, Inquiry Panel A Chair; Dr. Kian A. Modanlou (unavailable 12:00-12:13 PM); Dr. Saughar Samali (unavailable 12:00-12:13 PM); Dr. Alan E. Shackelford; Dr. Kiely M. Schultz, Inquiry Panel B Chair; Dr. Scott Strauss, Licensing Panel Chair.

Conducting: Ms. Colen

Also present, Paula Martinez, Program Director; Samuel Delp, Senior Program Director; Ashley Moller, First Assistant Attorney General; Brian Urankar, Assistant Attorney General.

| NEW BUSINESS |
|---|

| AGENDA # | TITLE |
|---|---|
| #1 | Lawsuit filed by Bella Health and Wellness against Colorado Medical Board and other defendants, regarding SB23-190, captioned as Bella Health and Wellness et al. v. Phil Weiser et al., Case No. 1:23-CV-00939-DDD-SKC |
| | Following motion by Dr. Shultz, seconded by Ms. Mehmud, and carried unanimously, the Board met in executive session to receive legal advice on disputes that are subject to pending or imminent court actions, discussing specific claims or grievances, and |

**DORA is dedicated to preserving the integrity of the marketplace and is committed to promoting a fair and competitive business environment in Colorado.  Consumer protection is our mission.**

Colorado Medical Board Minutes
April 17, 2023                                                                                                                                          PEM
Page 1

1560 Broadway, Suite 1350, Denver, CO 80202    P 303.894.7800    F 303.894.7692    www.colorado.gov/dora/dpo

receiving legal advice on specific legal questions from the First Assistant Attorney General Ashley Moller, and Assistant Attorney General, Brian Urankar.

After discussion, a motion was made by Ms. Harper, seconded by Dr. Blair, and carried to not enforce SB23-190 prior to the Board's ability to engage in the rulemaking process.

A second motion was made by Dr. Shackelford, and seconded by Dr. Bates and carried to delegate authority to the Interim Division Director Karen McGovern or her delegate, including Sam Delp, Senior Program Director, and to Dr. Schultz, a licensee Board member to act in Support of the Board and its members related to the defense of the Bella Health lawsuit, including, but not limited to, executing declarations or affidavits, offering testimony, or other acts requested by counsel.

**EXECUTIVE SESSION**

Legal advice. Lawsuit filed by Bella Health and Wellness against Colorado Medical Board and other defendants, regarding SB23-190, captioned as Bella Health and Wellness et al. v. Phil Weiser et al., Case No. 1:23-CV-00939-DDD-SKC

At 12:13 PM, a motion was made by Dr. Schultz, seconded by Ms. Mehmud, and carried unanimously to enter executive session pursuant to Colorado Revised Statutes sections 24-6-402(3)(a)(II), to confer with counsel to receive legal advice imminent court action, for purposes of receiving legal advice on specific legal questions, and to discuss matters required to be kept confidential by state statutes.

Following receipt of legal advice, at 12:59 PM, the Board returned to open session.

**ATTESTATION OF BOARD MATTER CONFIDENTIALITY**

**"Do you attest and affirm that all conflicts of interest have been disclosed and that confidentiality of all board matters has been maintained since the previous board meeting?"**

**ADJOURN**

There being no further business, a motion was made by Dr. Schultz, and seconded by Dr. Modanlou, and carried to adjourn the OPEN SESSION of the Colorado Medical Board meeting at 1:03 PM on Monday, April 17, 2023.

As Program Director through Delegated Authority, I attest that these minutes of the open public meeting of the Colorado Medical Board substantially reflect the substance of the discussions and actions related to matters under the authority of the Panel.

_____
Paula E. Martinez
Program Director through Delegated Authority
Colorado Medical Board



**EXHIBIT 2.2**
Exhibit 2 to Sam Delp's 4/20/23 deposition

**BOARD OF NURSING**
**FULL BOARD EMERGENCY MEETING**
**OPEN SESSION**
**MINUTES**

**WEDNESDAY, APRIL 19, 2023**

Notice of this meeting was given in accordance with Division of Professions and Occupations Policy Number 80-17.

| CONVENE |
|---|

7:31 AM by webinar

Roll Call:

Present in addition to Bernard "Joe" Franta, RN, APN, RXN Board President were the following Board and staff members.

    LoriRae Hamilton, RN, MSN, LPN education Vice President
    Karrie Tomlin, RN, MSN, Nursing Care Facility (absent)
    Alissa Shelton BSN, RN Staff Nursing (absent)
    Lenny Rothermund, LPN (present)
    Hayley Hitchcock, Public Member (present)
    Nichele Bratton, LPN (present)
    Aecian Pendleton, RN Home Health (present)
    Phyllis Graham-Dickerson, PhD, RN Professional Nursing Education (present)
    Brandy Valdez-Murphy, Public Member (present)
    Diane Reinhard, DNP, MBA, RN Nursing Administrator (present)

Staff Members:
    Roberta Hills, Program Director
    Samuel Delp, Senior Program Director
    Elizabeth Kenny, Assistant Attorney General
    Felice Haas, Senior Assistant Attorney General II
    Annadella Duran, Complaints Manager
    Andrew Dose, Enforcement Manager

| NEW BUSINESS |
|---|

GENERAL BOARD BUSINESS
**AGENDA #**      **TITLE**

**DORA is dedicated to preserving the integrity of the marketplace and is committed to promoting a fair and competitive business environment in Colorado. Consumer protection is our mission.**

Board of Nursing Minutes
April 19, 2023      RH
Page 1      v 1.1
1560 Broadway, Suite 1350, Denver, CO 80202    P 303.894.7800    F 303.894.7692    www.colorado.gov/dora/dpo

| #1. | Bella Health and Wellness v. Members of the Colorado Nursing Board in their official capacity as board members and other defendants, regarding SB23-190, case formally captioned as Bella Health and Wellness et al. v. Phil Weiser et al., Case No. 1:23-CV-00939-DDD-SKC |
|---|---|

**The Board reviewed the Board memo and attachments.**

A motion was made by Nichele Bratton, seconded by Lori Rae Hamilton, and carried to refer the case to executive session for discussion and the legal basis for potential disciplinary action.

After executive session, a motion was made by Diane Reinhard, seconded by Lenny Rothermund, and carried to not enforce SB 23-190 until the Board has engaged in Rule Making on this matter.

After discussion, a second motion was made by Lenny Rothermund, seconded by Hayley Hitchcock and carried to delegate authority to the Interim Division Director Karen McGovern or her delegatee, or to Sam Delp, Senior Program Director, and to a licensee Board member to act in support of the Board and its members related to the defense of the Bella Health lawsuit, including but not limited to, executing declarations or affidavits, offering testimony, or other acts requested by counsel.

### EXECUTIVE SESSION

On April 19, 2023, at 7:39 A.M., the Board voted to enter into Executive Session in order to discuss information pertaining to the confidentiality of data as set forth in Colorado Revised Statutes section 24-6-402(3)(a)(III), which are confidential pursuant to Colorado Revised Statutes Title 25, Article 1, Part 12; and 13-90-107(1)(d), and 24-6-402(3)(a)(II) and (III); 24-6-402(4)(g); and 13-90-107(1)(b); including legal advice related to item #1.Bella Health and Wellness v. Members of the Colorado Nursing Board in their official capacity as board members and other defendants, regarding SB923-190, case formally captioned as Bella Health and Wellness, et.al. v. Phil Weiser et.al., Case No. 1:23-CV-00939-DDD-SKC. The executive session ended at 7:59 A.M., the Board concluded Executive Session and returned to Open Session to act on these cases.

### ATTESTATION OF BOARD MATTER CONFIDENTIALITY

**To be read by the Board President:**

**"Do you attest and affirm that all conflicts of interest have been disclosed and that confidentiality of all board matters has been maintained since the previous board meeting?"**

| ADJOURN |
|---|

There being no further business, a motion was made by Lori Rae Hamilton seconded by Joe Franta, and carried to adjourn the meeting of the State Board of Nursing at 8:07 AM on Wednesday April 19, 2023.

_____
Joe Franta, Board President
Colorado State Board of Nursing

**The next** Board of Nursing **meeting will take place on**
**April 26, 2023, via webinar.**

**PLEASE NOTE:**

**Board meeting agendas, dates, and locations may be accessed on our website at:**
**dpo.colorado.gov/Nursing**