THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00939-DDD-SKC

BELLA HEALTH AND WELLNESS, on behalf of itself and its patients; DENISE "DEDE" CHISM, on behalf of herself and her patients; ABBY SINNETT, on behalf of herself and her patients; and KATHLEEN SANDER, on behalf of herself and her patients,

    Plaintiffs,

v.

    PHIL WEISER, in his official capacity as Attorney General of Colorado, et. al,
Defendants

---

### DEFENDANT Michael Dougherty, 20th Judicial District Attorney's RESPONSE TO MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

---

Michael Dougherty, District Attorney for the 20th Judicial District, through counsel, files this Response. In response to the motion, the District Attorney joins and incorporates the State Defendants' Response to Emergency Motion for Temporary Restraining Order and Preliminary Injunction.

    Dated: April 20, 2023

        Respectfully submitted,

        BOULDER COUNTY ATTORNEY

By: */s/ Catherine "Trina" Ruhland*
    Catherine "Trina" Ruhland
    Deputy County Attorney
    David Hughes
    Deputy County Attorney
    P.O. Box 471
    Boulder, CO 80306
    (303) 441-3190
    truhland@bouldercounty.org
    dhughes@bouldercounty.org

*Counsel for the Twentieth Judicial District Attorney*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2023, I served a true and complete copy of the foregoing **DEFENDANT Michael Dougherty, 20th Judicial District Attorney's RESPONSE TO MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email.

 s/*Nicole Leadens*_____
Administrative Deputy