## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

|  |  |
|---|---|
| BELLA HEALTH AND WELLNESS et al.,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.,<br><br>    *Defendants.* | Case No.  1:23-cv-939-DDD-SKC |

### SUPPLEMENTAL DECLARATION OF PLAINTIFF DENISE CHISM

I, Denise "Dede" Chism, pursuant to 28 U.S.C. 28 U.S.C. § 1746, hereby declare as follows:

1.  I am over the age of 18 and have personal knowledge of all contents of this declaration. This declaration supplements Plaintiffs' verified complaint, verified by me and filed on April 14, 2023. *See* ECF No. 1.

2.  Prior to filing this lawsuit, in light of the potentially crippling penalties imposed by SB 23-190, Bella Health and Wellness removed any mention of abortion pill reversal from its website and social media accounts. *See* Compl. ¶¶110-12, 114, 178, 218. This included a FAQ page that provided questions and answers related to abortion pill reversal. Compl. ¶¶111-12 & Ex. D.

3.  This Court entered a temporary restraining order, enjoining Defendants from enforcing SB 23-190 against Bella, on April 15, 2023, at 12:29 AM. ECF 8. Later that day, Bella restored the abortion pill reversal FAQ to its website, which can be found

at https://bellawellness.org/faq. A true and correct copy of this FAQ is attached as Exhibit A.

4.   Bella also restored additional website content concerning abortion pill reversal, which is available at https://bellawellness.org/abortion-pill-reversal. A true and correct copy is attached as Exhibit B.

5.   Bella's website now states that "[i]f you've initiated a chemical abortion, we may be able to save the life of your child if we initiate treatment quickly" and notes that "if we are able to treat a patient within 72 hours of taking the first medication (mifepristone), we may be able to successfully reverse the course of the abortion." Ex. B.

6.   After the Court entered the temporary restraining order, Bella also began to post again on its social media accounts about abortion pill reversal. A true and accurate copy of these social media posts is attached as Exhibit C.

7.   Because of the temporary restraining order, Bella and its providers were also free to follow our religious commitments and continue our work of providing abortion pill reversal to women who seek our help in maintaining their pregnancies, and do so without fear of committing unprofessional conduct or putting our licenses at risk.

8.   On April 14, 2023, hours before Governor Polis signed SB 23-190 into law, I was contacted by a pregnant woman who desired to undergo abortion pill reversal treatment. Compl. ¶175. I administered this treatment just before the law went into effect. *Id.*

9.  Because of the temporary restraining order, I have been able to lawfully continue treating this patient. I have been in daily contact with her through texts and phone conversations since her initial appointment on April 14.

10. The April 14 patient remains in our care and continues to receive progesterone under a prescription I wrote for her. To date, mother and baby are thriving.

11. On April 18, I supervised the ultrasound on this patient, performed by one of Bella's ultrasound technicians, which confirmed the continued presence of a healthy, living human embryo of approximately nine weeks gestation. In my experience, a patient this far along in her pregnancy and receiving regular progesterone is likely to be able to give birth to a healthy and living baby, despite having initially taken mifepristone. True and accurate copies of an image and video from the April 18 ultrasound are attached as Exhibits D and E, respectively.

12. On April 19, 2023, Bella received a call from a second abortion pill reversal patient who also requested our assistance in helping to maintain her pregnancy after she had taken mifepristone. The second patient was originally treated with progesterone at another pregnancy center in Colorado, but was transferred to Bella because that center was unable to continue caring for her after SB 23-190 was signed into law.

13. On April 19, the second patient came to Bella for an appointment and ultrasound, which confirmed the continued presence of a healthy, living human fetus of approximately 16 weeks gestation. The patient has transferred her ongoing OB-GYN care to Bella, where she expects to deliver her baby.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this _21_ day of April, 2023.

Denise Chism