# Exhibit B

Case No. 1:23-cv-00939-DDD-SBP   Document 34-2   filed 04/21/23   USDC Colorado   pg 2 of 5

4/20/23, 3:26 PM                                            Abortion Pill Reversal (APR) - Safe. Confidential. Loved. - Bella Health + Wellness

# Abortion Pill Reversal (APR) - Safe. Confidential. Loved. - Bella Health + Wellness

**B** bellawellness.org/abortion-pill-reversal/



## ABORTION PILL REVERSALS (APRs)

## WHAT ABORTION METHOD CAN BE REVERSED?

### MIFEPRISTONE (Mifeprex or RU-486)

If you've initiated a chemical abortion, we may be able to save the life of your child if we initiate treatment quickly. We care for many patients who, after thinking about it, change their minds.

Pregnancy can be daunting. Sometimes, we make quick decisions, or decisions we reconsider later. Our medical team is not here to judge or condemn. We're here to confidentially support you and your baby and provide expert medical care. Medicine can do incredible things.

Case No. 1:23-cv-00939-DDD-SBP   Document 34-2   filed 04/21/23   USDC Colorado   pg 3 of 5

4/20/23, 3:26 PM                         Abortion Pill Reversal (APR) - Safe. Confidential. Loved. - Bella Health + Wellness

Insurance covers Abortion Pill Reversal (APR), but financial assistance is available for the uninsured or those out-of-network at Bella.

## WHAT will i have to tell my medical provider?

The patients we treat for Abortion Pill Reversals (APRs) initiate abortions for many reasons, from finances, to strained relationships, to lack of family support, to fear of disappointing their families, to fear of how to raise another child when there are so many already at home.

Your reasons for initiating an abortion are personal and confidential. Your reasons for changing your mind are also your own. You may share with your provider as many or as few of these details as you feel comfortable. Like any medical procedure we perform, the important details are only those facts which inform patient care. All patients are protected by HIPAA.

## HOW QUICKLY MUST I BEGIN AN abortion pill reversal?

Time is a big factor in how successful an Abortion Pill Reversal will be after taking mifepristone (also known as Mifeprex or RU-486) the first of two medications administered during a chemical abortion.

If we are able to treat a patient within 72 hours of taking the first medication (mifepristone), we may be able to successfully reverse the course of the abortion.

Please call our office right away, including overnight or on the weekend, if you are interested in this treatment. This is a good reason to page a Bella doctor, any time of day.

call for immediate treatment

## WHAT IF I'VE JUST HAD ANOTHER KIND OF ABORTION?

Although we cannot reverse non-chemical abortions, women often need follow-up care after an abortion. This can be because of a faulty procedure, heavy bleeding or cramping, or mental health struggles - such as depression, anxiety, suicidal thoughts, or fear.

Many patients seek post-abortion care at Bella. Women are valued and safe here, and confidential medical care is guaranteed. The important thing is your continued health and wellbeing.

## HOW MUCH WILL AN ABORTION PILL REVERSAL COST?

In most cases, insurance covers all costs associated with Abortion Pill Reversal, but we are more than happy to assist those without insurance or out-of-network.

Case No. 1:23-cv-00939-DDD-SBP   Document 34-2   filed 04/21/23   USDC Colorado   pg 4 of 5

4/20/23, 3:26 PM                                    Abortion Pill Reversal (APR) - Safe. Confidential. Loved. - Bella Health + Wellness

## WHAT DOES ABORTION PILL REVERSAL involve?

Mifepristone (the first pill administered in a chemical abortion) blocks progesterone from being absorbed by the body in the womb. Progesterone is essential to sustaining pregnancy. Your provider may be able to reverse this effect by offering your body enough progesterone to outcompete mifepristone.

Abortion Pill Reversal is low-risk and non-invasive.

## IS BELLA health + wellness A CRISIS PREGNANCY CENTER?

No, we are not. Bella Health + Wellness is a multi-specialty medical group offering OB-GYN, Family Medicine, Pediatrics, and Functional Medicine from three offices in the Denver Metro area. Our primary medical campus is in Englewood, with satellite offices in Lafayette and Denver.

We are a faith-based medical team, with a professional commitment to offering life-affirming health care. We specialize in natural reproductive health care.

Patients from all backgrounds and beliefs are welcome at our practice. Prior medical histories will never prevent any patient's access to care at Bella.

## ARE THERE ANY ADDITIONAL SOCIAL SERVICES or pregnancy support AVAILABLE THROUGH BELLA?

We've been in practice a long time, and so we are well-connected with groups of people who help our patients when they need more than just medical care. This can range from financial assistance, to housing arrangements, to baby supplies, to adoption services.

We only refer patients to people we trust, those who respect patient privacy and honor patient journeys as much as we do.

additional support

## Patient Stories

