# Exhibit E

# Electronic copy of video submitted separately to Defendants and the Court.