CASE CAPTION: <u>Bella Health and Wellness et al. v. Phil Weiser et al.</u>

CASE NO.: <u>1:23-cv-939-DDD-SKC</u>

EXHIBIT LIST OF: <u>Bella Health and Wellness et al., Plaintiffs</u>
(Name and Party Designation)

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 1 | Denise Chism | Verified Complaint | | | | | |
| 2 | Denise Chism | Provider Ethical Agreement (Ex. A to Verified Complaint) | | | | | |
| 3 | Denise Chism | 2022 Practice Agreements & Financial Policies (Ex. B to Verified Complaint) | | | | | |
| 4 | Denise Chism | Mission Story, BellaWellness.org (Ex. C to Verified Complaint) | | | | | |
| 5 | Denise Chism | FAQs, BellaWellness.org (Ex. D to Verified Complaint) | | | | | |
| 6 | Denise Chism | Bella Social Media Posts (Ex. E to Verified Complaint) | | | | | |
| 7 | Denise Chism | Supplemental Declaration of Dede Chism | | | | | |
| 8 | Denise Chism | FAQs, BellaWellness.org (Ex. A to Supplemental Declaration) | | | | | |
| 9 | Denise Chism | APR Information Page, BellaWellness.org (Ex. B to Supplemental Declaration) | | | | | |
| 10 | Denise Chism | Bella Social Media Posts (Ex. C to Supplemental Declaration) | | | | | |
| 11 | Denise Chism | Ultrasound Photo (Ex. D to Supplemental Declaration) | | | | | |
| 12 | Denise Chism | Ultrasound Video (Ex. E to Supplemental Declaration) | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |