CASE CAPTION: Bella Health & Wellness, et al. v. Weiser, et al.

CASE NO.: 1:23-cv-00939-DDD-SKC

EXHIBIT LIST OF: State Defendants

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 101 | | SB 23-190 | | | | | |
| 102 | | Delp Dec. | | | | | |
| 103 | | Hanlon Leh Dec. | | | | | |
| 104 | | Russell Dec. | | | | | |
| 105 | | Day Dec. | | | | | |
| 106 | | 2022 Practice Agreements & Financial Policies | | | | | |
| | | | | | | | |
| | | Any exhibit needed for cross-examination or impeachment of witnesses disclosed by Plaintiffs or other Defendants | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |