IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Judge Daniel D. Domenico**

Case No. 1:23-cv-939-DDD-SKC          Date: 04/21/2023

Case Title: Bella Health and Wellness et al. v. Phil Weiser et al.

Plaintiffs' WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Denise Dede Chism | 15 minutes (cross) / 15 minutes (redirect) |
| Samuel Delp | 20 minutes (cross) |
| Natalie Hanlon Leh | 10 minutes (cross) |
| Ryan Day | 7 minutes (cross) |
| Robert Russel | 7 minutes (cross) |