IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

<u>BELLA HEALTH AND WELLNESS et al.</u>

   *Plaintiffs*

      v.                              Civil Action No. 1:23-cv-00939

<u>PHIL WEISER, in his official capacity as</u>
<u>Attorney General of Colorado, et al;</u>

   *Defendants*

### STATUS REPORT DEF DA KELLNER

JOHN KELLNER, District Attorney for the 18th Judicial District, by and through his duly appointed Chief Deputy District Attorney and counsel of record, Ann B. Tomsic, is not calling any witnesses and not submitting any exhibits. While we anticipate little if any cross examination, we would like to reserve ten minutes for cross examination for Denise Chism and ten minutes for Samuel Delp.

Dated this 21st day of April, 2023.

                                                 Respectfully submitted,
                                                 John Kellner, in his official capacity,
                                                 District Attorney,

                                                 <u>By</u> */s/ Ann B. Tomsic*
                                                 Ann B. Tomsic Reg. #19393
                                                 Chief Deputy District Attorney
                                                 18th Judicial District Attorney's Office
                                                 6450 S. Revere Parkway
                                                 Centennial, CO 80111
                                                 Phone: 720-874-8500
                                                 Email atomsic@da18.state.co.us
                                                 Attorney and counsel of record for
                                                 Defendant John Kellner

## Certificate of Service

This is to certify that on this 21st day of April 2023, I served the foregoing STATUS REPORT with the Clerk of the Court and using the electronic filing system and send notification of the filing to counsel for all parties:

PLAINTIFFS:
BELLA HEALTH AND WELLNESS -
REBEKAH PERRRY RICKETTS, MARK LEONARD RIENZI, LAURA WOLK SLAVIS, DANIEL MATTHEW VITAGLIANO

DEFENDANTS:
PHIL WEISER - MICHAEL T. KOTLARCZYK, GRANT T. SULLIVAN, BRIAN URANKAR, ABILGAIL HINCHCLIFF, ELIZABETH KENNY
ROLAND FLORES
AMANDA MIXON
JENNIFER BLAIR
BECKETT CZARNECKI
ROBERT M. MAULITZ
SAUGHAR SAMALI
ALAN E. SHACKELFORD
KIELY M. SCHULTZ
AMY E. COLEN
ANITA KUMAR
DONALD LEFKOWITS
MAIDUL MEHMUD
KIAN MODANLOU
SCOTT C. STRAUSS
CHRISTOPHER A. BATES
JULIE ANN HARPER
HIEN H. LY
JOSEPH FRANTA
LORI RAE HAMILTON
KARRIE TOMLIN
LENNY ROTHERMUND
HAYLEY HITCHCOCK
ALISSA M. SHELTON
PHYLLIS GRAHAM-DICKERSON
BRANDY VALDEZ MURPHY
DIANE REINHARD
NICHELE BRATTON
AECIAN PENDLETON
MICHAEL DOUGHERTY - DAVID HUGHES, CATHERINE RUHLAND
BETH McCANN - ANDREW D. RINGEL