# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## Judge Daniel D. Domenico

Case No. 1:23-cv-00939-DDD-SKC

Date: 4/21/2023

Case Title: Bella Health and Wellness v. Phil Weiser, official capacity as Attorney General of Colorado

Def DA-Kellner

**WITNESS LIST**

(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Denise Chisolm | 10 minutes for cross examination |
| Samuel Delp | 10 minutes for cross examination |