CASE CAPTION: Bella Health and Wellness v. Phil Weiser, in his official capacity, Attorney General of Colorado
_____

CASE NO.: 1:23-cv-00939-DDSKC
_____

EXHIBIT LIST OF: DA-Kellner
_____

(Name and Party Designation)

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
|  |  | None |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
|         |         |                   |             |         |          |         |                |
|         |         |                   |             |         |          |         |                |
|         |         |                   |             |         |          |         |                |
|         |         |                   |             |         |          |         |                |
|         |         |                   |             |         |          |         |                |
|         |         |                   |             |         |          |         |                |
|         |         |                   |             |         |          |         |                |
|         |         |                   |             |         |          |         |                |
|         |         |                   |             |         |          |         |                |
|         |         |                   |             |         |          |         |                |
|         |         |                   |             |         |          |         |                |