IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00939-DDD-SKC

BELLA HEALTH AND WELLNESS, on behalf of itself and its patients, *et. al.*

    Plaintiffs,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et. al.

    Defendants.

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFFS' VERIFIED COMPLAINT AND DEMAND FOR JURY
TRIAL FROM DEFENDANT BETH MCCANN**
_____

    Defendant Beth McCann, in her official capacity as District Attorney of the Second Judicial District of Colorado, by and through her counsel, Andrew D. Ringel, Esq., of Hall & Evans, L.L.C., hereby respectfully submits this Unopposed Motion for Extension of Time to Respond to Plaintiffs' Verified Complaint and Demand for Jury Trial, as follows:

    1.    Pursuant to D.C.Colo.LCiv.R. 7.1(A), prior to filing this Motion, the undersigned counsel conferred with counsel for the Plaintiffs, Rebekah P. Ricketts, Esq. Ms. Ricketts indicated Plaintiffs do not object to this Motion.

    2.    Defendant Beth McCann was served with a summons and the Plaintiffs' Verified Complaint and Demand for Jury Trial ("Plaintiffs' Complaint") on April 17, 2023. [ECF 18]. Accordingly, pursuant to the applicable Federal Rules of Civil Procedure, Defendant McCann's response to Plaintiffs' Complaint is due on or before May 8, 2023.

3. The undersigned counsel requires some additional time to further investigate the allegations in the Plaintiffs' Complaint, develop a strategy for the continued defense of this matter with Defendant McCann, and implement that strategy. Accordingly, Defendant McCann respectfully requests an extension of twenty-two (22) days until and including May 30, 2023, to respond to Plaintiffs' Complaint.

4. No party will be prejudiced by this extension of time. In particular, all the State of Colorado Defendants waived service and their responses to the Plaintiffs' Complaint are not due until June 15, 2023. [ECF 15].

5. Pursuant to D.C.Colo.LCiv.R. 6.1(c), the undersigned counsel has served his client with a copy of this Motion as reflected on the certificate of service.

WHEREFORE, for all the foregoing reasons, Defendant Beth McCann hereby respectfully requests an extension of time until and including May 30, 2023, to respond to Plaintiffs' Verified Complaint and Demand for Jury Trial, and for all other and further relief as this Court deems just and appropriate.

Dated this 2nd day of May, 2023,

Respectfully submitted,

*/s/ Andrew D. Ringel*
Andrew D. Ringel, Esq.
of Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Phone:  303-293-3220
Fax:     303-628-3368
ringela@hallevans.com

**ATTORNEY FOR DEFENDANT BETH MCCANN**

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 2nd day of May, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to via email to all counsel of record in this matter.

and also served the following non-CM/ECF participant via email:

Beth McCann

*/s/ Nicole Marion*, Legal Assistant of
Andrew D. Ringel