**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-939-DDD-SKC

BELLA HEALTH AND WELLNESS, et al.,

    Plaintiffs,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.,

    Defendants.

## COLORADO MEDICAL AND NURSING BOARDS' JOINT STATUS REPORT

The members of the Colorado Medical Board and Colorado State Board of Nursing, each in their official capacities, file this status report in accordance with this Court's Order [Doc. 48], stating as follows:

On May 18, the Colorado Medical Board and Board of Pharmacy voted to open stakeholder engagement and possible rulemaking related to SB 23-190. The Medical Board, Board of Nursing, and Board of Pharmacy will hold a joint stakeholder meeting on June 5, 2023. The Boards anticipate holding a second stakeholder meeting on August 4, 2023.

Dated: May 22, 2023

PHILIP J. WEISER
Attorney General

s/ Brian Urankar

*Brian Urankar*, Assistant Attorney General
Counsel to the Colorado Medical Board
*Elizabeth Kenny*, Assistant Attorney General
Counsel to the Colorado State Board of Nursing
1300 Broadway
Denver, Colorado 80203
Telephone: (720) 508-6407
Email: brian.urankar@coag.gov
elizabeth.kenny@coag.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on May 22, 2023, I served a true and complete copy of the foregoing **COLORADO MEDICAL AND NURSING BOARDS' JOINT STATUS REPORT** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email.


      *s/* Xan Serocki
      *Xan Serocki*