IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00939-DDD-SKC

BELLA HEALTH AND WELLNESS, on behalf of itself and its patients, *et. al.*

    Plaintiffs,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et. al.

    Defendants.

## SECOND DECLARATION OF BETH MCCANN

I, Beth McCann, pursuant to 28 U.S.C. § 1746, state as follows:

1. This Second Declaration supplements the Declaration dated April 20, 2023, filed in this matter [ECF 32-5] and the Declaration of Robert M. Russel dated April 21, 2023, also filed in this matter. [ECF 35].

2. I am the elected District Attorney for the Second Judicial District of Colorado. I have previously articulated my review of SB 23-190 and how it amended the Colorado Consumer Protection Act ("CCPA") and specifically C.R.S. § 6-1-734. [*See* Declaration of Beth McCann, ¶¶ 5-12, ECF 32-5].

3. As a District Attorney, my primary responsibility, and the responsibility of all the prosecutors in my Office, is to enforce Colorado criminal law. While District Attorneys have the ability to enforce the CCPA civilly under Colorado law, since I became the District Attorney on January 10, 2017, my office has not initiated a civil proceeding to enforce the CCPA. In addition, while I have heard anecdotally prior to my becoming the District

Attorney the Office may have initiated a civil CCPA action at some point in the past, I am not aware of one the Office has in fact specifically pursued.

4.  Because my office focuses on criminal actions, I do not believe that it would be an appropriate use of public resources to enforce SB 23-190 through a civil action under the CCPA. Instead, were my office to receive a complaint of a CCPA violation for the activities covered by SB 23-190, I would refer that complaint to the Office of the Attorney General.

5.  In sum, I have no intent to investigate or prosecute an action under the CCPA for the purpose of enforcing SB 23-190, either against the Plaintiffs or anyone else.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 26 day of May, 2023.

Beth McCann
District Attorney