IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00939-DDD-SKC

BELLA HEALTH AND WELLNESS, et al.

      Plaintiff(s),

v.

PHIL WEISER, in his official capacity as Attorney General
of Colorado, et al.

      Defendant(s).

---

**DEFENDANT JOHN KELLNER'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

---

Defendant John Kellner, District Attorney for the 18th Judicial District, ("Kellner") by and through undersigned counsel, Josh A. Marks of Berg Hill Greenleaf Ruscitti LLP, and pursuant to D.C.COLO.LCivR 6.1(b), hereby requests a 3-week extension of time to file its Response to Plaintiffs' Complaint (#1), up through and including June 20, 2023, as follows:[1]

1.    Plaintiffs filed their Complaint on April 14, 2023 and service was completed on April 17, 2023, making Kellner's Answer due on or before May 8, 2023. Co-counsel Ann B. Tomsic filed an Unopposed Motion for Extension of Time to Respond to Plaintiffs' Verified

---

[1] **Certificate of Conferral:** Pursuant to D.C.COLO.LCivR 7.1(a), the undersigned certifies he conferred with counsel for all parties regarding the requested extension of time, and is authorized to state this motion is <u>unopposed</u>.

Complaint on May 3, 2023 (#53), and the Order granting same to was entered on May 3, 2023 (#55), making Kellner's Response to the Plaintiffs' Complaint due on or before May 30, 2023.

2. The undersigned, who will be lead counsel for Kellner in this matter, was only recently retained on May 24, 2023. Additional time is required for counsel to review the proceedings to date, analyze the legal and factual issues, and prepare an appropriate response to the Complaint. In addition, on May 25, 2023, Mr. Marks left the country on previously scheduled family travel, largely in remote areas without internet or cellular phone access. He is scheduled to return on June 12, 2023.

3. Based on the above, an additional 3-week extension of time is, respectfully, needed to file Defendant Kellner's responsive pleading.

4. No party will be prejudiced by the requested extension, and Plaintiff does not oppose this motion.

WHEREFORE, Defendant Kellner respectfully requests that this Court grant him an additional 3 weeks, to and including June 20, 2023, to file his Response to Plaintiffs' Complaint.

Respectfully submitted this 30th day of May 2023.

BERG HILL GREENLEAF RUSCITTI LLP

*s/ Josh A. Marks*

_____
Josh A. Marks
1712 Pearl Street
Boulder, CO  80302
Phone:  (303) 402-1600
Fax:  (303) 402-1601
Email:  jam@bhgrlaw.com

*Attorney for Defendant John Kellner,
District Attorney for the 18th Judicial District*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May 2023, I electronically filed the foregoing **DEFENDANT JOHN KELLNER'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses,

Daniel M. Vitagliano
Laura W. Slavis
Rebekah P. Ricketts
Mark L. Rienzi
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW
Suite 400
Washington, DC 20006
dvitagliano@becketlaw.org
lwolk@becketlaw.org
rricketts@becketlaw.org
mrienzi@becketlaw.org

Ann Tomsic
18th Judicial District Attorney's Office
Appeals Unit
6450 S. Revere Parkway
Centennial, CO  80111
atomsic@da18.state.co.us

Catherine R. Ruhland
David E. Hughes
Boulder County Attorney's Office
P.O. Box 471
Boulder, CO  80302
truhland@bouldercounty.org
dhughes@bouldercounty.org

Abigail M. Hinchcliff
Grant T. Sullivan
Michael T. Kotlarczyk
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO  80203
abigail.hinchcliff@coag.gov
grant.sullivan@coag.gov
mike.kotlarczyk@coag.gov

Brian J. Urankar
Colorado Department of Law
1300 Broadway
Ralph Carr Judicial Center
Denver, CO  80203
brian.urankar@coag.gov

Elizabeth V. Kenny
Colorado Department of Law
1300 Broadway
Ralph Carr Judicial Center
Denver, CO  80203
elizabeth.kenny@coag.gov

Andrew Ringel
Hall & Evans LLC
1001 - 17th Street, Suite 300
Denver, CO  80202
ringela@hallevans.com

*s/ Cheryl Stasiak*
_____
Cheryl Stasiak

3