IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00939-DDD-SKC

BELLA HEALTH AND WELLNESS, et al.

      Plaintiff(s),

v.

PHIL WEISER, in his official capacity as Attorney General
of Colorado, et al.

      Defendant(s).

---

## ENTRY OF APPEARANCE

---

Geoffrey C. Klingsporn of the law firm of Berg Hill Greenleaf Ruscitti LLP hereby enters his appearance as counsel for the Defendant John Kellner, District Attorney for the 18th Judicial District, in the above-captioned matter.

Respectfully submitted this 30th day of May 2023.

BERG HILL GREENLEAF RUSCITTI LLP

*s/ Geoffrey C. Klingsporn*

_____

Josh A. Marks
Geoffrey C. Klingsporn
1712 Pearl Street
Boulder, CO  80302
Phone:  (303) 402-1600
Fax:  (303) 402-1601
Email:  jam@bhgrlaw.com
geoff.klingsporn@bhgrlaw.com

*Attorneys for Defendant John Kellner,*
*District Attorney for the 18th Judicial District*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May, 2023, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses,

Daniel M. Vitagliano
Laura W. Slavis
Rebekah P. Ricketts
Mark L. Rienzi
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW
Suite 400
Washington, DC 20006
dvitagliano@becketlaw.org
lwolk@becketlaw.org
rricketts@becketlaw.org
mrienzi@becketlaw.org

Ann Tomsic
18th Judicial District Attorney's Office
Appeals Unit
6450 S. Revere Parkway
Centennial, CO  80111
atomsic@da18.state.co.us

Catherine R. Ruhland
David E. Hughes
Boulder County Attorney's Office
P.O. Box 471
Boulder, CO  80302
truhland@bouldercounty.org
dhughes@bouldercounty.org

Abigail M. Hinchcliff
Grant T. Sullivan
Michael T. Kotlarczyk
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO  80203
abigail.hinchcliff@coag.gov
grant.sullivan@coag.gov
mike.kotlarczyk@coag.gov

Brian J. Urankar
Colorado Department of Law
1300 Broadway
Ralph Carr Judicial Center
Denver, CO  80203
brian.urankar@coag.gov

Elizabeth V. Kenny
Colorado Department of Law
1300 Broadway
Ralph Carr Judicial Center
Denver, CO  80203
elizabeth.kenny@coag.gov

Andrew Ringel
Hall & Evans LLC
1001 - 17th Street, Suite 300
Denver, CO  80202
ringela@hallevans.com

*s/ Cheryl Stasiak*

Cheryl Stasiak

2