# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BELLA HEALTH AND WELLNESS et al., *Plaintiffs*, v. PHIL WEISER, in his official capacity as Attorney General of Colorado, et al., *Defendants*. | Case No. 1:23-cv-939-DDD-SKC **PLAINTIFFS' AGREED MOTION FOR EXTENSION** |

Plaintiffs Bella Health and Wellness, Denise Chism, Abby Sinnett, and Kathleen Sander, by their undersigned counsel, respectfully move this Court to extend the briefing deadlines that govern the pending motion to dismiss by Defendant Beth McCann, Dkt. 58, and any additional motions to dismiss other Defendants may file. All parties have agreed to the proposed briefing schedule set forth below, which would align the relevant deadlines and avoid a staggered briefing schedule.

Pursuant to the waivers of service filed on April 17 and 19, 2023, the State Defendants' deadline to answer or respond to the complaint is June 15, 2023. *See* Dkts. 15, 22. Pursuant to this Court's order entered on May 31, 2023, Defendant John Kellner's deadline to answer or respond to the complaint is June 20, 2023. *See* Dkt. 61. Pursuant to Local Civil Rule 7.1(d), Plaintiffs' deadline to respond to Defendant McCann's motion to dismiss is June 20, 2023.

In the interest of judicial economy and convenience to the Court and the parties, Plaintiffs respectfully request that the Court enter the following master briefing schedule:

- The deadline for the State Defendants to answer or respond to the complaint shall be extended to June 20, 2023 (to align with Defendant Kellner's response deadline);

- Plaintiffs' response to Defendant McCann's motion to dismiss and any other motions to dismiss shall be due July 11, 2023; and

- Any replies shall be due July 25, 2023.

All parties have consented to this proposed schedule.

Dated: June 7, 2023

Respectfully submitted,

/s/ Mark L. Rienzi
Mark L. Rienzi
Rebekah P. Ricketts*
Laura W. Slavis
Daniel M. Vitagliano**
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave, N.W.
Suite 400
Washington, D.C. 20006
(202) 955-0095
mrienzi@becketlaw.org

*Admitted only in Texas; supervised by a member of the D.C. Bar.

**Admitted only in New York; supervised by a member of the D.C. Bar.

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Civil Rule 7.1(a), I hereby certify that on June 5, 2023, counsel for Plaintiffs conferred with counsel for all Defendants, and all Defendants confirmed their agreement with the briefing schedule set forth herein.

/s/ Mark L. Rienzi
Mark L. Rienzi

**CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing motion complies with the type-volume limitation set forth in Judge Domenico's Civil Practice Standard III.A.1.

/s/ Mark L. Rienzi
Mark L. Rienzi

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2023, I electronically filed the above motion with the Clerk of Court via CM/ECF, which will provide electronic copies to counsel of record.

s/ Mark L. Rienzi
Mark L. Rienzi
