**IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-939-DDD-SKC

BELLA HEALTH AND WELLNESS, et al.,

    Plaintiffs,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.,

    Defendants.

## COLORADO MEDICAL AND NURSING BOARDS' JOINT STATUS REPORT

The members of the Colorado Medical Board and Colorado State Board of Nursing, each in their official capacities, file this status report in accordance with this Court's Order [Doc. 48], stating as follows:

The Board of Nursing and Board of Pharmacy have announced the following dates for board discussion of rule-making related to SB23-190:

- Board of Nursing – July 26, 2023;
- Board of Pharmacy – July 20, 2023.

The Medical Board and Board of Nursing have announced the following dates for final rule-making hearings related to SB23-190:

- Medical Board – August 17, 2023;

- Board of Nursing – September 20, 2023.

Dated: June 8, 2023

PHILIP J. WEISER
Attorney General

s/ Elizabeth Kenny

*Elizabeth Kenny*, Assistant Attorney General
Counsel to the Colorado State Board of Nursing
*Brian Urankar*, Assistant Attorney General
Counsel to the Colorado Medical Board
1300 Broadway
Denver, Colorado 80203
Telephone: (720) 508-6407
Email: brian.urankar@coag.gov
elizabeth.kenny@coag.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on June 8, 2023, I served a true and complete copy of the foregoing **COLORADO MEDICAL AND NURSING BOARDS' JOINT STATUS REPORT** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email.

                                              *s/* Xan Serocki
                                              *Xan Serocki*