IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00939-DDD-SKC

BELLA HEALTH AND WELLNESS, et al.

    Plaintiff(s),

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.

    Defendant(s).

---

**ENTRY OF APPEARANCE**

---

Geoffrey C. Klingsporn of the law firm of Berg Hill Greenleaf Ruscitti LLP hereby enters his appearance as counsel for Defendant John E. Kellner in the above-captioned matter.

Respectfully submitted this 20th day of June 2023.

    BERG HILL GREENLEAF RUSCITTI LLP

    *s/ Geoffrey C. Klingsporn*
    _____
    Josh A. Marks
    Geoffrey C. Klingsporn
    1712 Pearl Street
    Boulder, CO  80302
    Phone: (303) 402-1600
    Fax: (303) 402-1601
    jam@bhgrlaw.com
    geoff.klingsporn@bhgrlaw.com
    *Attorneys for Defendant John E. Kellner*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2023, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses:

Daniel M. Vitagliano
Laura W. Slavis
Rebekah P. Ricketts
Mark L. Rienzi
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW
Suite 400
Washington, DC 20006
dvitagliano@becketlaw.org
lwolk@becketlaw.org
rricketts@becketlaw.org
mrienzi@becketlaw.org

Ann Tomsic
18th Judicial District Attorney's Office
Appeals Unit
6450 S. Revere Parkway
Centennial, CO  80111
atomsic@da18.state.co.us

Catherine R. Ruhland
David E. Hughes
Boulder County Attorney's Office
P.O. Box 471
Boulder, CO  80302
truhland@bouldercounty.org
dhughes@bouldercounty.org

Abigail M. Hinchcliff
Grant T. Sullivan
Michael T. Kotlarczyk
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO  80203
abigail.hinchcliff@coag.gov
grant.sullivan@coag.gov
mike.kotlarczyk@coag.gov

Brian J. Urankar
Colorado Department of Law
1300 Broadway
Ralph Carr Judicial Center
Denver, CO  80203
brian.urankar@coag.gov

Elizabeth V. Kenny
Colorado Department of Law
1300 Broadway
Ralph Carr Judicial Center
Denver, CO  80203
elizabeth.kenny@coag.gov

Andrew Ringel
Hall & Evans LLC
1001 - 17th Street, Suite 300
Denver, CO  80202
ringela@hallevans.com

*s/ Geoffrey C. Klingsporn*
Geoffrey C. Klingsporn