IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-939-DDD-SKC

BELLA HEALTH AND WELLNESS, et al.,
Plaintiffs,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.,
Defendants.

## DECLARATION OF JOHN E. KELLNER

I, John E. Kellner, pursuant to 28 U.S.C. § 1746, state as follows:

1. I am the District Attorney for 18th Judicial District of Colorado. I was sworn in as the elected District Attorney on January 12, 2021.

2. The statements in this declaration are all based on my own personal knowledge, experience, authority, duties, discretion, and power as the District Attorney pursuant to Article IV, Section 13 of the Colorado Constitution and C.R.S. § 20-1-101 *et seq*.

3. Pursuant to § 6-1-103, C.R.S., Colorado's district attorneys and its attorney general have concurrent authority to enforce the Colorado Consumer Protection Act (CCPA).

4. The 18th Judicial District Attorney's Office is primarily focused on the prosecution of criminal offenses and has not historically enforced the CCPA. I am not aware of any current or former CCPA enforcement by this office.

5. I am aware of the above-captioned lawsuit and that I have been named in my official capacity as a Defendant. The lawsuit challenges the constitutionality of SB 23-190.

This bill amended the CCPA with the addition of C.R.S. § 6-1-734 which specifically defines as a deceptive trade practice for a person to advertise abortion or emergency contraception services if that person does not actually offer those services. The CCPA provides for civil enforcement and penalties.

6. I have reviewed the Plaintiffs' Complaint in this action. It is my understanding the Plaintiffs operate a medical center, within the 18th Judicial District, that provides reproductive services. This includes providing progesterone in the context of abortion pill reversal therapy. Based on exhibits provided by the Plaintiffs I am informed that the medical services and treatment philosophies provided by Plaintiffs are both governed by medical science and faith. I am also informed that the Plaintiffs do not advertise or offer abortions and emergency contraceptives.

7. I understand that the Plaintiffs are asserting that SB 23-190 infringes on aspects of their First Amendment Rights including the guaranties of the Free Speech and Free Exercise clauses. As such, it is my intention to completely disavow any enforcement of SB 23-190 against the Plaintiffs until and unless this Court determines the statute does not violate their First Amendment rights. Further, I disavow enforcement during the pendency of any appeal of the above-captioned case.

8. As District Attorney my paramount obligation is the enforcement of the Colorado criminal laws. I will not enforce this civil penalty statute against these Plaintiffs. Further, any person who complains about an advertisement that is believed a violation of this statute will be advised to contact the Attorney General's Office. I

do not have staff that specialize in this area of the law, as the focus of my office must remain violations of criminal law rather than civil enforcement actions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 20th day of June 2023.

*[signature: John Kellner]*

John Kellner
District Attorney