# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BELLA HEALTH AND WELLNESS et al., *Plaintiffs*, v. PHIL WEISER, in his official capacity as Attorney General of Colorado, et al., *Defendants*. | Case No. 1:23-cv-939-DDD-SKC **PLAINTIFFS' AGREED MOTION TO EXCEED WORD LIMITATION** |

Plaintiffs Bella Health and Wellness, Denise Chism, Abby Sinnett, and Kathleen Sander, by their undersigned counsel, respectfully move this Court for leave to file a consolidated response of up to 5,000 words to the motions to dismiss filed by Defendants Phil Weiser, John Kellner, and Beth McCann. Dkts.58, 67, 68. Defendants Weiser, McCann, and Kellner do not oppose this motion.

Defendants Weiser, McCann, and Kellner have separately moved to dismiss under Rule 12(b). Pursuant to this Court's order entered on June 7, 2023, Plaintiffs' response to these motions is due on July 11, 2023. Dkt. 61.

This Court's practice standards provide that response briefs to motions to dismiss shall not exceed 4,000 words. DDD Civ. P.S. III.A. Rather than file three separate responses of up to 4,000 words each, Plaintiffs intend to file a single response to the three pending motions to avoid duplicative briefing on the overlapping factual and legal issues presented.

Plaintiffs respectfully request leave to enlarge the word limitation by 1,000 words to file a single response of up to 5,000 words to all three motions. An additional 1,000 words is necessary to respond adequately to the three motions given the various jurisdictional and merits arguments raised. Defendants Weiser, McCann, and Kellner have consented to this request.

Dated: June 29, 2023

Respectfully submitted,

/s/ Mark L. Rienzi
Mark L. Rienzi
Rebekah P. Ricketts*
Laura W. Slavis
Daniel M. Vitagliano**
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave, N.W.
Suite 400
Washington, D.C. 20006
(202) 955-0095
mrienzi@becketlaw.org

*Admitted only in Texas; supervised by a member of the D.C. Bar.

**Admitted only in New York; supervised by a member of the D.C. Bar.

## CERTIFICATE OF CONFERENCE

Pursuant to Local Civil Rule 7.1(a), I hereby certify that on June 26, 2023, counsel for Plaintiffs conferred with counsel for Defendants Weiser, McCann, and Kellner, who each confirmed their consent to this motion.

/s/ Mark L. Rienzi
Mark L. Rienzi

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the type-volume limitation set forth in Judge Domenico's Civil Practice Standard III.A.1.

/s/ Mark L. Rienzi
Mark L. Rienzi

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2023, I electronically filed the above motion with the Clerk of Court via CM/ECF, which will provide electronic copies to counsel of record.

s/ Mark L. Rienzi
Mark L. Rienzi