# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-939-DDD-SKC

BELLA HEALTH AND WELLNESS, et al.,

    Plaintiffs,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.,

    Defendants.

## COLORADO MEDICAL BOARD'S STATUS REPORT

The members of the Colorado Medical Board, each in their official capacities, file this status report in accordance with this Court's Order [Doc. 48], stating as follows:

On July 14, 2023, the Medical Board filed its notice of a rulemaking hearing with the Secretary of State, which includes the draft language of its proposed rules.[1] The hearing on the proposed rules is scheduled for August 17, 2023.

---

[1] The notice and proposed rules are available here: https://www.coloradosos.gov/CCR/eDocketDetails.do?trackingNum=2023-00397 (last visited July 14, 2023).

Dated: July 17, 2023

        PHILIP J. WEISER
        Attorney General

        <u>s/ Brian Urankar</u>
        *Brian Urankar*, Assistant Attorney General
        Counsel to the Colorado Medical Board
        1300 Broadway
        Denver, Colorado 80203
        Telephone: (720) 508-6407
        Email: brian.urankar@coag.gov

## CERTIFICATE OF SERVICE

   I hereby certify that on July 17, 2023, I served a true and complete copy of the foregoing **COLORADO MEDICAL BOARD'S STATUS REPORT** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email.

                   *s/* Xan Serocki
                   *Xan Serocki*