**IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-939-DDD-SKC

BELLA HEALTH AND WELLNESS, et al.,

    Plaintiffs,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.,

    Defendants.

**COLORADO BOARD OF NURSING'S STATUS REPORT**

The members of the Colorado Board of Nursing, each in their official capacities, file this status report in accordance with this Court's Order [Doc. 48], stating as follows:

On August 15, 2023, the Boards of Nursing and Pharmacy filed their notices of rulemaking hearings with the Secretary of State, which included the draft language of their proposed rules.[1]

---

[1] The notice and proposed rules are available here:
Board of Nursing:
https://www.coloradosos.gov/CCR/eDocketDetails.do?trackingNum=2023-00533
(last visited August 15, 2023)
Board of Pharmacy:
https://www.coloradosos.gov/CCR/eDocketDetails.do?trackingNum=2023-00536
(last visited August 15, 2023).

The Board of Nursing's hearing on the proposed rules is scheduled for September 20, 2023. The Board of Pharmacy's hearing on the proposed rules is scheduled for September 21, 2023.

Dated: August 16, 2023

PHILIP J. WEISER
Attorney General

s/ Elizabeth Kenny
*Elizabeth Kenny*, Assistant Attorney General
Counsel to the Colorado Board of Nursing
1300 Broadway
Denver, Colorado 80203
Telephone: (720) 508-6383
Email: elizabeth.kenny@coag.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on August 16, 2023, I served a true and complete copy of the foregoing **COLORADO BOARD OF NURSING'S STATUS REPORT** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email.

                                                *s/* Xan Serocki
                                                *Xan Serocki*