**IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-939-DDD-SKC

BELLA HEALTH AND WELLNESS, et al.,

    Plaintiffs,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.,

    Defendants.

## COLORADO MEDICAL BOARD'S SECOND STATUS REPORT

The members of the Colorado Medical Board, each in their official capacities, file this status report in accordance with this Court's Order [Doc. 48], stating as follows:

On August 17, 2023, the Medical Board held a rulemaking hearing and adopted final rules implementing SB 23-190 on a permanent and emergency basis.[1] The rules are effective October 1, 2023.

---

[1] The permanent rule filing is available here: https://www.sos.state.co.us/CCR/eDocketDetails.do?trackingNum=2023-00397 (last visited August 21, 2023). The rule adopted on an emergency basis is available here: https://www.coloradosos.gov/CCR/eDocketDetails.do?trackingNum=2023-00547 (last visited August 21, 2023).

During the rulemaking hearing, the Board modified the proposed rule to say the following:

> The Board evaluates generally accepted standards of medical practice on a case-by-case basis. Each instance of medical care will involve its own unique set of facts that the Board must evaluate against the backdrop of evidence-based practice standards when available.
>
> …
>
> Although the Board will not treat medication abortion reversal as a *per se* act of unprofessional conduct, the Board does not consider administering, dispensing, distributing, or delivering progesterone with the intent to interfere with, reverse, or halt a medication abortion undertaken through the use of mifepristone and/or misoprostol to meet generally accepted standards of medical practice under section 12-240-121(1)(j), C.R.S. For other conduct that could meet the definition of medication abortion reversal, the Board will investigate such deviation on a case-by-case basis. Licensees are expected to practice evidence-based medicine, and any licensee who provides unscientific treatments that fall below the generally accepted standard of care may be subject to discipline.

Dated: August 21, 2023

                                    PHILIP J. WEISER
                                    Attorney General

                                    s/ Brian Urankar
                                    *Brian Urankar*, Assistant Attorney General
                                    Counsel to the Colorado Medical Board
                                    1300 Broadway
                                    Denver, Colorado 80203
                                    Telephone: (720) 508-6407
                                    Email: brian.urankar@coag.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on August 21, 2023, I served a true and complete copy of the foregoing **COLORADO MEDICAL BOARD'S SECOND STATUS REPORT** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email.

                                          *s/ Brian Urankar*
                                          *Brian Urankar*