IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00939-DDD-SKC

BELLA HEALTH AND WELLNESS, et al.,

    Plaintiffs,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.,

    Defendants.

## NOTICE OF SUBSTITUTION OF PARTIES

Notice is hereby given that ALISSA M. SHELTON and HAYLEY HITCHCOCK, sued in their official capacities as members of the Colorado State Board of Nursing, and DONALD LEFKOWITS and ANITA KUMAR, sued in their official capacities as members of the Colorado Medical Board, no longer hold those positions.

Pursuant to Fed. R. Civ. P. 25(d)(1), undersigned counsel requests that the successor board members, MACKENZIE ARMANI, member of the Colorado State Board of Nursing, and Ms. Hitchcock, Dr. Lefkowits and Dr. Kumar's successors, when named, be substituted as parties and that the case caption and subsequent proceedings reflect the substitution.

DATED this 28th day of August, 2023.

        PHILIP J. WEISER
        Attorney General

        /s/ Elizabeth V Kenny
        *Elizabeth V Kenny*, Assistant Attorney General
        Counsel to the Colorado State Board of Nursing
        *Brian Urankar*, Assistant Attorney General
        Counsel to the Colorado Medical Board
        1300 Broadway
        Denver, Colorado 80203
        Telephone: (720) 508-6407
        Email: brian.urankar@coag.gov
        elizabeth.kenny@coag.gov

CERTIFICATE OF SERVICE

      I hereby certify that on August 28, 2023, I served a true and complete copy of the foregoing NOTICE OF SUBSTITUTION OF PARTIES upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email.

/s/ Allison Niekerk