**IN THE UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-939-DDD-SKC

BELLA HEALTH AND WELLNESS, et al.,

    Plaintiffs,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.,

    Defendants.

## MOTION TO WITHDRAW AS COUNSEL

First Assistant Attorney General Abigail Hinchcliff respectfully moves to withdraw as counsel for Defendant, Philip J. Weiser, in his official capacity as Attorney General for the State of Colorado. In support of this motion, Ms. Hinchcliff states as follows:

1. Under Local Rule 7.1(b)(4), undersigned counsel was not required to confer with Plaintiff before filing this Motion.

2. The withdrawing attorney certifies that she has complied with all outstanding orders of the Court.

3. The withdrawing attorney will no longer be affiliated with the Colorado Attorney General's Office after Friday, September 1, 2023.

4. Senior Assistant Attorney General Michael Kotlarczyk and Assistant Solicitor General Grant T. Sullivan remain as active counsel for Defendant Weiser.

WHEREFORE, Defendant respectfully requests that this Court enter an order approving the withdrawal of First Assistant Attorney General Abigail Hinchcliff as counsel of record and that electronic service to Ms. Hinchcliff in this matter via the CM/ECF system be terminated.

Respectively submitted this 31st day of August, 2023.

PHILIP J. WEISER
Attorney General

s/ Abigail Hinchcliff
s/ Grant T. Sullivan
s/ Michael T. Kotlarczyk
ABIGAIL HINCHCLIFF*
First Assistant Attorney General
 GRANT T. SULLIVAN*
Assistant Solicitor General
MICHAEL T. KOTLARCZYK*
Senior Assistant Attorney General

Consumer Fraud Unit
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone:  (720) 508- 6205
            (720) 508-6349
            (720) 508-6187
Email: Abigail.Hinchcliff@coag.gov
            Grant.Sullivan@coag.gov
            Mike.Kotlarczyk@coag.gov
Attorneys for Defendant Philip J. Weiser
*Counsel of Record

2

## CERTIFICATE OF SERVICE

      I hereby certify that on August 31, 2023, I served a true and complete copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email.

                                                 s/ Xan Serocki
                                                XAN SEROCKI