**IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-939-DDD-SKC

BELLA HEALTH AND WELLNESS, et al.,

    Plaintiffs,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.,

    Defendants.

## COLORADO MEDICAL BOARD'S THIRD STATUS REPORT

The members of the Colorado Medical Board, each in their official capacities, file this status report in accordance with its position in the Joint Status Report [Doc. 85], stating as follows:

On September 6, 2023, the Medical Board held an emergency meeting. At this meeting, the Board voted to not enforce SB 23-190 or Rule 1.32 against any licensee through October 23, 2023. The non-enforcement period expires at 12:00AM on October 24, 2023.

Dated: September 8, 2023

PHILIP J. WEISER
Attorney General


s/ Brian Urankar

*Brian Urankar*, Assistant Attorney General
Counsel to the Colorado Medical Board
1300 Broadway
Denver, Colorado 80203
Telephone: (720) 508-6407
Email: brian.urankar@coag.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on September 8, 2023, I served a true and complete copy of the foregoing **COLORADO MEDICAL BOARD'S THIRD STATUS REPORT** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email.

                                                          s/ Xan Serocki
                                                          Xan Serocki