# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BELLA HEALTH AND WELLNESS et al., *Plaintiffs*, v. PHIL WEISER, in his official capacity as Attorney General of Colorado, et al., *Defendants*. | Case No. 1:23-cv-939-DDD-SKC **JOINT STATUS REPORT** |

Plaintiffs and Defendants in this case, by their undersigned counsel, hereby submit this joint status report pursuant to this Court's order dated September 14, 2023. Dkt. 87.

In accordance with the positions in the Joint Status Report [Dkt. 85], on September 6, 2023, the Medical Board voted to not enforce SB 23-190 or Rule 1.32 against any licensee through October 23, 2023. On September 20, 2023, the Board of Nursing voted to not enforce SB 23-190 or Rule 1.35 against any licensee through October 23, 2023. The non-enforcement periods approved by the Boards expire at 12:00 AM on October 24, 2023.

Because the Attorney General only brings professional licensure actions involving doctors or nurses when matters are referred to him by the respective licensing boards, the Attorney General also agrees not to enforce the statute or rules prior to 12:00 AM on October 24, 2023.

Accordingly, Plaintiffs and the State Defendants have agreed to the briefing schedule identified in their Joint Status Report, Dkt. 85:

- Plaintiffs shall seek leave to amend their complaint and file their renewed motion for preliminary injunction no later than **September 22**.
- Defendants shall respond to the motion for preliminary injunction no later than **October 3**.
- Plaintiffs shall file any reply in support of the motion for preliminary injunction no later than **October 9**.

If the Court deems a hearing necessary to resolve Plaintiffs' motion for a preliminary injunction, Plaintiffs and the State Defendants respectfully request the Court convene such a hearing on **October 11**. The parties would respectfully request a ruling on the preliminary injunction motion no later than **October 23**.

As set forth in their motions to dismiss, District Attorney Kellner and District Attorney McCann have already informed the Court that they will not enforce the statute at issue against these Plaintiffs. For this reason, their view is that no injunctive relief is necessary against the DAs, and no purpose would be served by having the DAs file separate (and potentially duplicative) briefs opposing a preliminary injunction or participate in an evidentiary hearing.

District Attorney Dougherty does not have the authority to enforce the implementing Board rules of SB 23-190 against any licensee and therefore does not intend to enforce them. DA Dougherty has agreed not to bring a CCPA claim against Plaintiffs before October 23, 2023.

Plaintiffs continue to disagree that the District Attorneys should be exempt from the upcoming preliminary injunction briefing based on their pending motions to dismiss, which do not address either the constitutionality of the law or the plans or commitments of their offices in light of their respective upcoming elections. The District Attorneys' participation in preliminary injunction briefing would be unnecessary if they were to agree to an injunction.

To the extent the Court determines the participation of the District Attorney Defendants is necessary and appropriate at the preliminary injunction hearing, counsel for the District Attorney Defendants are also available on **October 11, 2023.**

Dated: September 22, 2023

Respectfully submitted,

/s/ Michael T. Kotlarczyk
Michael T. Kotlarczyk
Grant T. Sullivan
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
(720) 508-6205
mike.kotlarczyk@coag.gov

*Counsel for Defendant
Philip J. Weiser*

/s/ Mark L. Rienzi
Mark L. Rienzi
Rebekah P. Ricketts*
Laura W. Slavis
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave, N.W.
 Suite 400
Washington, D.C. 20006
(202) 955-0095
mrienzi@becketlaw.org

*Admitted only in Texas; supervised by a member of the D.C. Bar.

*Counsel for Plaintiffs*

3

/s/ Brian J. Urankar
Brian J. Urankar
Colorado Department of Law
1300 Broadway
Ralph Carr Judicial Center
Denver, CO 80203
(720) 508-6407
brian.urankar@coag.gov

*Counsel for Defendants*
*Colorado Medical Board Members*

/s/ Elizabeth V. Kenny
Elizabeth V. Kenny
Colorado Department of Law
1300 Broadway
Ralph Carr Judicial Center
Denver, CO 80203
(303) 508-6383
elizabeth.kenny@coag.gov

*Counsel for Defendants*
*Colorado State Board of Nursing Members*

/s/ Andrew D. Ringel
Andrew D. Ringel
Hall & Evans LLC
1001 Seventeenth Street
  Suite 300
Denver, CO 80202
(303) 628-3300
ringela@hallevans.com

*Counsel for Defendant*
*Beth McCann*

/s/ Geoffrey C. Klingsporn
Geoffrey C. Klingsporn
Josh A. Marks
Berg Hill Greenleaf Ruscitti LLP
1712 Pearl Street
Boulder, CO 80302
(303) 402-1600
geoff.klingsporn@bhgrlaw.com

*Counsel for Defendant*
*John Kellner*

/s/ David Evan Hughes
David Evan Hughes
Catherine R. Ruhland
Boulder County Attorney's Office
  P.O. Box 471
Boulder, CO 80306
(303) 441-4794
truhland@bouldercounty.org

*Counsel for Defendant*
*Michael Dougherty*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2023, I electronically filed the above joint status report with the Clerk of Court via CM/ECF, which will provide electronic copies to counsel of record.

/s/ Mark L. Rienzi
Mark L. Rienzi
