# Exhibit C:

# Bella Website Abortion Pill Reversal FAQs

# Abortion Pill Reversal

 bellawellness.org/abortion-pill-reversal



Of course women can change their minds!

## I took the abortion pill, but I've changed my mind. Is there anything you can do to help?

If you've initiated a chemical abortion by taking the first abortion pill (mifepristone, also known as Mifeprex or RU-486), we may be able to save the life of your child. If we act quickly, there is a possibility we can save your baby through a safe, painless therapy known as Abortion Pill Reversal (APR). We've helped dozens of women just like you. No judgment. No questions. Just excellent medical care and complete support. We are here for you.

We care for many patients who, after thinking about it, change their minds.

Pregnancy can be daunting. Sometimes, we make quick decisions, or decisions we reconsider later. Our medical team is not here to judge or condemn. We're here to confidentially support you and your baby and provide expert medical care. Medicine can do incredible things.

Insurance may cover Abortion Pill Reversal (APR), but financial assistance is available for the uninsured or those out-of-network at Bella.

**1**

**Time is key, please call Bella today: 303.789.4968**

After hours, please call 844.538.2162 to be connected with our team.

## FAQs

**What will I have to tell my provider?**

The patients we treat for Abortion Pill Reversals (APRs) initiate abortions for many reasons, from finances, to strained relationships, to lack of family support, to fear of disappointing their families, to fear of how to raise another child when there are so many already at home.

Your reasons for initiating an abortion are personal and confidential. Your reasons for changing your mind are also your own. You may share with your provider as many or as few of these details as you feel comfortable. Like any medical procedure we perform, the important details are only those facts which inform patient care. All patients are protected by HIPAA.

**What happens during an APR?**

Mifepristone—also known as Mifeprex or RU-486—is the first pill administered in a chemical abortion. It blocks progesterone from being absorbed by the body in the womb. Progesterone is essential to sustaining pregnancy. Your provider may be able to reverse this effect by offering your body enough progesterone to undo the effects of mifepristone.

Abortion Pill Reversal is low-risk and non-invasive.

**How quickly must I begin an APR?**

Time is a big factor in how successful an Abortion Pill Reversal will be after taking mifepristone (also known as Mifeprex or RU-486) the first of two medications administered during a chemical abortion.

If we act quickly, there is a possibility we can save your baby through a safe, painless therapy known as Abortion Pill Reversal (APR). We've helped dozens of women just like you. No judgment. No questions. Just excellent medical care and complete support. We are here for you.

If we are able to treat a patient within 72 hours of taking the first abortion pill (mifepristone), we may be able to successfully reverse its effects.

Please call our office right away. If you are seeing this service overnight or on the weekend, please call 844-538-2162 to be connected with our team. This is a good reason to page a Bella provider, any time of day!

- **How much will it cost?**

  In most cases, insurance covers all costs associated with Abortion Pill Reversal, but we are more than happy to assist those without insurance or out-of-network. No matter how much the insurance pays, Bella is committed to cover all costs associated with an Abortion Pill Reversal, should finances be an issue.

- **What if I've just had another kind of abortion?**

  Although we cannot reverse non-chemical abortions such as surgical abortions, women often need follow-up care after an abortion. This can be because of a faulty procedure, heavy bleeding or cramping, or mental health struggles such as depression, anxiety, suicidal thoughts, or fear.

  Many patients seek post-abortion care at Bella. Women are valued and safe here, and confidential medical care is guaranteed. The important thing is your continued health and wellbeing.

- **Does Bella provide additional services or support?**

  We are a life-affirming, full-service Family Medicine and OB-GYN medical center. And we've been in practice a long time, so we are well-connected with groups of people who help our patients when they need more than just medical care. This can range from financial assistance, to housing arrangements, to baby supplies, to adoption services.

  We only refer patients to people we trust, those who respect patient privacy and honor patient journeys as much as we do. Click HERE for additional support.

- **Is Bella a Crisis Pregnancy Center?**

  No, we are not. Bella Health + Wellness is a multi-specialty medical group offering OB-GYN, Family Medicine, Pediatrics, and Functional Medicine from two offices in the Denver Metro area. Our primary medical campus is in Englewood, with a satellite office in Denver.

  We are a faith-based medical team, with a professional commitment to offering life-affirming health care. Because of our life-affirming charism, we strive to save mothers and babies through sound medical counseling and Abortion Pill Reversal. We specialize in natural reproductive health care.

  Patients from all backgrounds and beliefs are welcome at our practice. Prior medical histories will never prevent any patient's access to care at Bella.

# Patient Stories



Watch Video At: https://youtu.be/jgRG2y-KzFg



Watch Video At: https://youtu.be/L8Ed1No95ak