# Exhibit D:
# Bella Website – Homepage

# Bella Newsletter Updates

B bellawellness.org



## DIGNIFIED AND LIFE AFFIRMING MEDICINE

OB-GYN. Family Medicine. Pediatrics. Functional Medicine. Fertility Education.



## Making people whole- body, mind and soul.

At Bella Health + Wellness, we take a mission approach to medicine and serve all people, no matter their life circumstances, with high-quality care that honors their dignity. We believe that patients should be heard, providers should demonstrate medical conscience, and all people can be made whole.

We are proud to be one of Denver's leading multi-specialty medical clinic's offering full OB-GYN care with a specialization in NaPRO Technologies, Family Primary Care including Pediatrics, and Functional Medicine.



## Dignity in the Details

Good medicine treats the soul, especially while attending the body. At Bella we use cloth instead of paper, robes instead of hospital gowns, and soft light, real wood and beautiful art instead of harsh lights and cold features. When you're at Bella, you're in your health care home.



## Take Action

Bella is a non-profit medical clinic. We raise 25% of our annual budget to serve over 13,000 patients with the care that they need to be made whole.

Your tax-deductible donation ensures that we can continue to grow our mission to reclaim dignified healthcare, protect life, and strengthen families to fight the battle in our culture today.

Join our Mission
Sign up with your email to receive Bella stories, event invitations, and our ministry updates.

We respect your privacy and will never share or sell your name and email address.