# Exhibit F:

# Bella Website – Our Team

# Our Team — Bella Health + Wellness

bellawellness.org/our-team



## Our Team

A Multi-specialty Medical Group

1

- 

- 

- 

Item 1 of 6

## Obstetrics - Gynecology, Family Medicine, Pediatrics, and Functional Medicine

United by a common purpose: dignity

We are a life-affirming, full-service Family Medicine and OB-GYN medical center.

Bella is proud to offer a full continuum of care and comprehensive health care at every stage of life.

Our Providers

Our Educators

4