# Exhibit M:

# Transcript of House Third Reading of SB 23-190 (excerpts)




# Certificate of Accuracy

## Transcription of **Colorado House 2023 Legislative Day 081_2023-03-30-09.05.25_39339_14455_20.mp4** in **English**

As an authorized representative of GoTranscript LTD, a professional transcription services agency, I, Mindaugas Caplinskas hereby certify that the above-mentioned document has been transcribed by an experienced, qualified and competent professional transcriber, fluent in the above-mentioned language and that, in my best judgement, the transcribed text truly reflects the content, meaning, and style of the original audio file and constitutes in every respect a complete and accurate transcription of the original audio. This audio file has not been transcribed for a family member, friend, or business associate.

This is to certify the correctness of the transcription only. I do not make any claims or guarantees about the authenticity of the content of the original audio file. Further, GoTranscript LTD assumes no liability for the way in which the transcription is used by the customer or any third party, including end-users of the transcription.

A copy of this transcription is attached to this certification.

Signed on **01 April 2023**

Signed MindCaplin

Name Mindaugas Caplinskas

Position CEO

Mindaugas Caplinskas, CEO of GoTranscript LTD

**Address:** 166, College Road, Harrow, Middlesex, HA11BH, United Kingdom
**Phone number:** +1 (831) 222-8398 **Email:** support@gotranscript.com **Website:** www.gotranscript.com



**COLORADO HOUSE JUDICIARY COMMITTEE HEARING**
**MARCH 30, 2023**

**[02:14:18] Madam Chair:** The committee will come to order. Mr. Schiebel, please read it. No, uh, it's unanimous consent. Oh, sorry, I've jumped the gun. Uh, with your unanimous consent, the bills will be read by title unless there was a request for reading a bill at length. Committee reports are printed and in your bill folders. Floor amendments will be shown on the screen and on your iPads. Bills will be laid over upon the motion of the majority leader. The court rule is definitely relaxed. Mr. Schiebel, please, please read the title to Senate Bill 190.

**[02:14:58] Mr. Schiebel:** Senate Bill 190 by Senators Winter F. and Marchment also representatives McCormick and Epps. Concerning policies to make punishable deceptive actions regarding pregnancy-related services.

**[02:15:09] Madam Chair:** Uh, the debate will be starting today at 11:20. Representative McCormick?

**[02:15:25] Rep. McCormick:** Uh, thank you Madam Chair. I move Senate Bill 23-190.

**[02:15:33] Madam Chair:** That's a proper motion to the bill.

**[02:15:36] Rep. McCormick:** Thank you, Madam Chair. So today we are hearing Senate Bill 23-190, as we all know, and, uh, its short title is Deceptive Trade Practice Pregnancy-related Service. And I want to just outline what this bill does and does not do. We all know that since protections for access to safe abortion care have been stripped from many, many states, uh, around the country after the Supreme Court decision last June, we have seen a significant rise in crisis pregnancy centers that are using advertisements that give consumer the impression that they do offer full reproductive care.

Uh, in this manner, they are luring folks in with deceptive ads. They are not offering all options for reproductive care. And they are targeting certain members of our communities that already face multiple barriers to reproductive care and healthcare in general, honestly. And there are many, many thousands, honestly thousands of people that are coming to our state from other states that don't have, uh, the ability to freely access, uh, these reproductive health care, um, issues. And they are mistakingly finding themselves at these centers and I definitely do see this as, uh, a problem of bait and switch, it is harmful and it is wrong.

Comprehensive reproductive care includes the following; access to contraception, emergency con-contraception which is sometimes known as the morning-after pill, testing and treatment for, um, sexually transmitted, um, infections, pregnancy testing, ultrasound, prenatal advice, abortion or referral for abortion and a complete range of sound, science-based medical advice by licensed medical professionals. When a




person seeks a full range of services in this space, and they are fooled or deceived or- or honestly outright lied to by what is stated in an advertisement, that is not a form of free speech protected by the First Amendment.

Instead, it does qualify as deceptive trade practice, restricting this form of speech is regulated by Consumer Protection Law. Senate Bill 190 does two things. It states that if one of these centers advertises that they offer, or implies that they offer abortion care or emergency contraception, and they know that they do not offer these services, then they have engaged in deceptive trade practice and the Attorney General can step in to stop this form of false advertising.

The second part of the bill addresses what is being called abortion pill reversal. This so-called treatment has absolutely no basis in science, has not gone through safety studies, and in fact has been called out by the American Medical Association and the American College of Obstetricians and Gynecologists as unethical, unproven, and false. In other words, abortion pill reversal is not an actual thing in medicine. To be clear, it is known that when the second drug of this two-drug protocol for a medical abortion is not taken, it is possible that upwards of 50% of those patients may remain pregnant just by not taking the second pill, second drug. It is the second drug of the protocol that increases the success rate and the safety honestly, of a medical abortion up to 98%. That means if you do not take the second drug, there is a higher chance that you will remain pregnant, regardless of whether you're given a high dose of progesterone or a placebo. Giving someone a high dose of injectable progesterone, which is what is happening after only taking the first drug of the protocol does not, by any stretch of the imagination, prove that progesterone work as an abortion pill reversal.

The claim that a high dose of proge-progesterone reverses an abortion after taking the first drug of the protocol is completely false information. Giving pregnant people false information poses a potential danger. When this is done, it means that those folks are not receiving the legitimate information that they absolutely need after making the personal choice to not take the second drug in the protocol and they have that choice.

No one will make them take the second drug in the protocol if they do not want to, but people deserve honest, complete standard of care and medical information when they are making decisions about their own personal healthcare, including reproductive healthcare decisions, full stop. Science must prove cause and effect. This does not exist for this so-called abortion pill reversal. Science-based medical studies are critical to patient safety, and they are relied upon by ethical providers. Saying the bill takes away a person's choice makes no sense.

We should not allow these unproven therapies to trick people into believing they are getting something that they are absolutely not getting. This is being dishonest to people and it must be viewed as unprofessional conduct. The bill is calling out this activity in law so that the medical board can do its job and can specifically address when this



happens. That is what the bill does in Section 3. The-- here's what the bill does not do. [chuckles] The bill does not shut down these pregnancy centers. Faith-based counseling is absolutely wonderful for people who are seeking faith-based counseling.

Encouraging folks to continue their pregnancy without coercion is also completely fine. All we're asking is that they be transparent about the activity that they provide, the services they provide, and equally transparent about what they do not provide. The bill will help assure the public that these centers must say what they mean and mean what they say. Don't trick people, be transparent, be honest. Send people on their way.

If they end up in a crisis pregnancy center by mistake and are really searching for a full-service comprehensive reproductive care medical clinic. And to all the medical licensees, stop participa-participating in promoting a falsehood. Stop withholding, um, critical standards of care information and putting people in potentially harmful situation. We all deserve the truth. I encourage a yes vote on Senate Bill 190 today.

**[02:22:46] Madam Chair:** Rep Epps.

**[02:22:49] Rep. Epps:** Can I **[unintelligible 02:22:49]** for me here.

**[02:22:52] Madam Chair:** We can fix that.

**[02:22:53] Rep. Epps:** Thank you, Madam Chair. Colleagues, good morning. I would imagine there are-- well, maybe-maybe there are a couple, but there are not many issues or many legislative topics that we're gonna have the opportunity to deliberate and decide upon, um, that are likely to inspire the level of passion that some of the things touched by 190 does. And in opening remarks made by others today, um, as well as in-in House Judiciary Committee thinking about 190, I recognize and appreciate the caution that some of us may have and the reminders about decorum. These are really important.

I think I might be in the position of being even more optimistic or one of the more optimistic folks in terms of trusting how well this process can go. And what leads me to think that is that is not-- when I'm thinking about 190 that I'm particularly optimistic, in general, it's that I'm lucky enough and you're lucky enough to be in Colorado, and Colorado is a place that on many fronts has been a leader and a protector of civil liberties, of our rights, of our freedoms, of bodily autonomy. And so a state that can do that is a state whose legislature can deliberate and even the most contentious issues with care. Our colleagues shared with us just what 190 does. I wanna drill down on it just a bit. When the Dobbs decision came, when Roe fell, many of us understand that a possibility became-came to fruition. It became the case that Colorado was overnight a last line of defense for protecting access to protected care. And the second use of protected really matters here because, you know, as part of we're-we're-we're here to consider one bill, but we know that we're working on other things related to re-reproductive healthcare, and an operative word is already protected healthcare.




So our laws and our statutes already protect access to certain freedoms and care. And what 190 advances is making sure that we're being incredibly intentional with just how we're protecting those protections. I mentioned Dobbs and Roe because when we think about the focus of 190 on what happens at, some folks call them crisis pregnancy centers, some folks call them anti-abortion clinics because that's what many of them are.

Y'all, folks are not- folks are not-- let me frame this in affirmatively. Folks are coming to Colorado, folks who aren't as lucky as we are to be residents quite yet, coming here to access healthcare that has quickly become illegal and neighboring in nearby states. They're coming here for care, for counseling, for support with medical decisions, and with medical procedures. When you consider what we hear this afternoon, let's just frame and be really intentional about understanding that folks are not coming here in droves to just receive counseling.

Folks are not road-tripping to Colorado to clinics that advertise and discuss abortion care on their websites because they just want options other than abortion. They are coming because they need that care. And it has to be, uh, as proud as we are of Colorado and where we are in so many fronts, it should be disturbing that we should have to legislate reminding our care providers that they have to tell the truth. They have to tell the truth. They have to tell the truth when asked. They have to tell the truth about questions a patient may not anticipate and they have to tell the truth in every moment.

When that doesn't happen, outcomes are dangerous at best. I'm incredibly proud to be here. Like a lot of us say, I wasn't born here, but I got here just as soon as I could. Um, and I'm gonna share as I prepare to-to turn this space over to our colleagues to share their own perspectives. I wanna share, um, I feel it's an anecdote is dumbing it down, but I wanna share part of my own story that some of you already know. I came to Colorado for a job. Um, I came to Denver, specifically moved here for my dream job. I do not dream of labor, but in this case, it was absolutely my dream job. Came straight from law school. I didn't even attend my own graduation. I skipped that.

Packed up a very big U-Haul, my child, our dog, and a car that wasn't running and towed it. And we drove 24 hours, 1,600 miles. Landed in Denver, started working in Jefferson County, protecting the rights that I'm still here to protect now. And that 190 helps advance. I'd never been to Colorado before flying out to interview for this job. Maybe I had a layover at DIA, I'm not even sure about that, but I certainly had never been here before. But life had set me up in a way to have almost come here before. And as I shared on Tuesday at-at our committee hearing about 190, uh, many of you are not old enough to remember, but plane tickets used to not be on your phone.

They used to be a printed physical thing and they had carbon copies, which is kind of like ink that used under the paper. And then there's another copy and you had this three-part thing. So you got a copy. Look it up. Um, but this is what plane tickets were



like. And the first time that I needed access to abortion care, I was a teenager. And, uh, I had been a student at Charlotte Christian School because just to be clear, little, you know, young women at Charlotte Christian School and other Christian schools need reproductive healthcare too. Deacons' daughters and pastors' daughters and wives need reproductive healthcare too. And in Charlotte, North Carolina, uh, went to school off Billy Graham Boulevard and it was known, I don't know how we knew 27 years ago, but we all knew, we all knew if you needed an abortion, you could go to Colorado. And the cost you had to worry about was the plane ticket, and you could come here and there were folks who would take care of you, who would house you, get you the care you needed. And so I mentioned the-the plane ticket being in triplicate because to this day, I still have in my scrapbook the plane ticket.

I didn't use the plane ticket. My family bought it and I didn't use it. I didn't come. And, um, I have a 26-year-old. Within a year, I needed access to abortion care again, and I made a different decision and both were just right. Both were just right. Like most people who have an abortion, I was already a parent and in both times, I needed in sought counseling at something very similar to what we would call often a crisis pregnancy center. It was-- I actually don't think I would've understood at 16. I-I was pretty precocious, but I don't think I would've understood what a big deal it was that they told me the truth.

What a huge deal it was that I understood my options, processes, I was safe. We've heard-- we have heard, and probably will hear again, testimony that abortion is traumatic for everyone. No, it's not y'all. No, it's not. Not having access to one is consistently traumatic. I was safe, I was loved, I was healthy, it was affordable, and I was okay. And I couldn't have appreciated how important it was that the care I got was honest and that someone told me the truth and equipped me well, equipped me well to make the best decisions for my body.

I mentioned Charlotte Christian School because I wanna just pause at that. There's a-- I started by saying that there-- I don't think there are many, many legislative policies or issues that some, but that are likely to inspire as much passion as this. I don't think I disagree with that. I think it's that important, but I also think political posturing and positioning excludes room for conversation about nuance that many of us hold, many of us understand in a more intense way that it's not as black as white as there's a lot of nuance around our bodies, how we identify who we understand can be pregnant.

But there are some areas, and I-I think you would probably agree. There's some areas where there's not room for nuance. There's not room for nuance when you are seeking medical care and there is an objective answer about, for example, can I get an abortion here? That is binary. Many things aren't. That is binary, yes or no, right? Can you refer me to get an abortion? Yes or no? How far along does the ultrasounds say I am? Is this treatment proven, safe, effective?



It's just not my place, and I refuse to do it. But I'm coming at the-- I'm coming to all of you with this from my perspective in agriculture and in the cattle business. If we've been doing this for 40 years with livestock, and we don't have a law that says this is some kind of deceptive untrained practice, but this amendment, well actually, reinforces the results of this study right here, and I can leave this on the table if anybody wants it. You can look at it. Then why wouldn't we? Why wouldn't we support this amendment, and say, "Yes, sir. Yes ma'am. Yes, Madam Chair, this is a good amendment. It follows the science."

It's medically accurate, statistically plus or minus maybe 3%. In fact, we could probably take the percent out of there. I could run a substitute amendment, Madam Chair, if you'd like to take that specific point out. But the bottom lies, this amendment is a good amendment. It's scientifically proven. It's sound, it's solid, it's accurate, it's not deceptive. It tells the truth about outcomes with a standard deviation, and possible an error of a few percentage points one way or the other, and there's nothing deceptive about it.

So, Madam Chair and colleagues, I'm in support of the truth, I'm in the support of science, and I'm in the support of being honest to Colorado and Colorado women about outcomes and choices. Therefore, Madam Chair, I am in strong support of this amendment, and I think I'll say yes the loudest when you call the vote. Thank you.

**[07:11:51] Madam Chair:** Representative McCormick.

**[07:11:56] Rep. McCormick:** Thank you, Madam Chair. And, um, except for the voting yes on the amendment, I agree completely with my colleagues' last sentence about being completely in support of truth, completely in support of science, completely in support of, uh, real choices. I wanted to go back a little bit on, um, we're discussing progesterone, and legitimate uses of progesterone. And, uh, there-there are absolutely legitimate uses of progesterone, and it has been around for decades, and is a very important hormonal treatment that is used both in veterinary medicine and human medicine for a variety of reasons.

And we, I, myself, and-and none of us in this discussion are, um, arguing that point as far as what are the legitimate uses of progesterone. Uh, some of them are, and I'm gonna stick with human medicine because that's what we're here to talk about today. Progesterone can be used to prevent abnormal changes in the uterus when people are taking estrogen after they've reached menopause. Um, and in so doing, this helps decrease the risk of uterine cancer. It can be used to regulate the menstrual cycle, and treat amenorrhea when menstrual cycles unusually stop, um, when they shouldn't have.

It is sometimes used in high risk pregnancies, um, to help support the natural production of progesterone when needed. Uh, and that is, again, in high-risk pregnancies where that extra amount of progesterone might be helpful. It is used in birth control pills to make the body kind of-- it's a way to kind of trick the body into thinking that it's pregnant



so that ovulation doesn't occur, and it's often used in fert-fertility treatments using-- uh, when you're using invitro-fertilization. What we are talking about here, and it-it doesn't have to do with the deceptive trade practice. I wanna bring us back to the-the-the part about progesterone that we are talking about, is in the-the part of the bill that talks about unprofessional conduct, not deceptive trade practices.

So I wanna be clear on that. That's what the bill is saying about, uh, the abortion pill reversal process. The use of progesterone after using Mifepristone is where there's an issue here. We do know that off-label prescribing in medicine, whether it's human medicine or veterinary medicine, is absolutely necessary. Uh, we wouldn't be able to do all the good that we do across this nation and across the world without o-off-label, um, prescribing. Um, but when that is done, it is based on legitimate science-based standard of care practices that have been reviewed generally over years, held up to scrutiny and testing, uh, to get to that point where a medical provider can rely on what has come before their ability to say, yes, I have so much proof that this is gonna work in this certain situation. I also wanted to go back and reference these studies that were talked about after I lower the mic.

There-there was some reference to a-a case series-- a case study, um, by a doctor named Delgado. Um, I wanna go a little deeper into the one physician that did start out with an attempt to do a true, um, controlled study on this issue. Uh, and it's a board certified family planning specialist and professor, an ob-obstetrician gynecologist, board certified. And he is actually the only investigator in this space who has ever studied Mifepristone reversal. There are-- there had been three studies, um, that had never been published, uh, that were related to some of these other things that we're hearing about, these numerous studies, and-and many people in these studies, um, that have no truth to them.

Um, two of the studies, uh, or what seems to qualify as studies are simply case reports. Case reports are different than studies. Um, these case reports had less than 10 patients each. There was also a study, um, which was a randomized trial, which is, uh, had to be stopped--

**[07:17:09] Madam Chair:** Rep McCormick, can I just have you pause for one moment? Members, can we please, uh, take our conversations off to the side and simmer down a little bit? Thank you. Back to Rep McCormick.

**[07:17:20] Rep. McCormick:** Thank you, Madam Chair. That's better than me trying to talk louder. So I appreciate that. Um, the study that I'm referring to now by this, uh, board certified obstetrician, um, was a randomized trial that he, uh, had to stop after enrolling 12 patients, uh, which was not enough to be-be st-statistically significant, but he had to stop due to safety concern. That is the only true evidence. The report that was referenced earlier by my colleague from Akron was a report with upwards of 750 people



who supposedly received, um, Mifepristone, and then supposedly received progesterone.

But the problem was that that-that doesn't qualify as a study. The basis for all this discussion over Mifepristone reversal is tethered on this one report. And to reach an evidence level of study at the- at the very lowest bar, a case study or case series, um, needs to report on the outcomes of all the individuals who were included, not just the individuals that had the desired result by the investigators. And that's what happened in this case. So, that's a larger report of 750 people. It's-it's not a study because they only recorded the outcomes for the people that had continuing pregnancies, which was about 50%.

And they didn't re-- they didn't include the other half because it didn't- it didn't fit the answer they were looking for. They said nothing about what happened to that other half. And that's really important here when we start to talk about science, and numbers, and facts. Therefore, that does not qualify as a study. We heard earlier from, uh, my colleague from Louisville about how, um, a true study is conducted, and the parameters that are needed, uh, to have that, uh- that scientific outcome, so all of this discussion about this treatment, um, that there are studies that back this up are just not true.

It's very misleading, and this doctor, this board certified obstetrician that tried to do this study, and I'll go into that a little bit more here in a minute, um, these are his words, not mine. He's calling this out as medical fraud, and that's all it's about. Um, it's-it's not about when life begins. It's not about abortion. It's about the ability of these centers to move forward with medical fraud, and-and that is just not right. That's not right for the medical community. It's not right for patients. It's not right for us, um, in this great country of ours.

**[07:20:25] Madam Chair:** We-we do wanna remember we're on the amendment representative.

**[07:20:28] Rep. McCormick:** We are on the amendment. Thank you, Madam Chair. It's getting off on a roll. So, do we? [chuckles] I-I certainly can continue with this, uh, later, because I do have a lot to say on this, but to respect process and protocol, I will just urge a no vote on this amendment, and, uh, we can move on to continue to talk about the amendment.

**[07:21:01] Madam Chair:** To the amendment. Representative Bradley?

**[07:21:03] Rep. Bradley:** Thank you, Madam Chair, to the amendment. A-are we really talking about truth and talking about a study with four patients? Is that our truth? Is that what the people of Colorado deserve? A study of four people? Gosh, you guys, please. We just talked about a study with 754 patients. It's called evidence-based medicine. We can't do random controlled trials in this instance. I have talked at nauseum about this, and it just falls on deaf ears. Like, I don't wanna keep circling back, and now we're




talking about medical fraud, because we're saving a baby, fraud? Wow. Okay, so, I'll pull something else. We-we've had so many people come up here and talk about ACOG, American College of Obstetrics and Gynecologists. They had a bulletin, further evidence point to the efficacy of APR is found in ACOG, who everyone's quoted, practice bulletin 225, published October, 2020.

The bulletin details ACOG's guidance on the provision of medication abortion. While they do claim in the bulletin, there is no evidence treatment with progesterone after taking Mifepristone increase the likelihood of the pregnancy continuing, but listen to this, they go onto warn abortion providers to avoid administering depot, medox-medroxyprogesterone acetate, progesterone birth control, so if you're in the middle of having a chemical abortion, ACOG is saying, "Don't you dare give these people progesterone birth control," cause you know why? The chances of embryonic and fetal survival by four times, even though the woman has taken the second drug, so which one is it, ACOG? Which one is it?

Progesterone doesn't work. Or it works so well that you should not give a patient birth control after you give them chemical abortion pills? You can't have it both ways. The progesterone provided in DMPA is notably less effective than natural progesterone, but still has a significant impact on fetal survival. I caution you guys to talk about truth under this golden dome, cause when you're talking about four patients, two of which almost died compared to 754 since the protocol was first used by physicians, George Degado and Matthew Harrison. Statistics now show that more than 2,500 babies have been saved using this protocol.

It is safe, and it is effective. And you guys quoting studies of four people is a disservice to the people of Colorado, in a hope that when we argue these other bills coming up, that you don't argue about puberty blockers and the use of progesterone for those. Cuase it's not FDA-approved for that either. Thank you.

**[07:23:53] Madam Chair:** Representative Luck.

**[07:23:56] Rep. Luck:** Thank you, Madam Chair. I almost called you Madam Speaker. I don't. Um, so, we're having conversation, uh, and just wanting to understand, you know, off-label FDA-FDA off-label use, it's an interesting conversation, we've been having it as a culture for a number of years, uh, just to-to sort of put us all in the same place unless this isn't an accurate understanding, in which case I welcome the bill sponsors to-to help me have an accurate understanding of this. But my understanding is, when a company goes to the FDA for approval, they go and i-it's a very costly process, and they go and they submit an application, and they say, "We want approval for this product, for this pur-purpose."

So, perhaps, they come in and they say, "We want you to approve this particular pill for heart attacks, for-for helping in the event of a heart attack." And the FDA goes through their review process, and they check a few boxes. One of those boxes is, does it



**[08:07:43] Mr. Chair:** Seeing no further discussion, the question before us is the adoption of amendment L30. All those in favor say aye.

**[08:07:49] Representatives:** Aye.

**[08:07:52] Mr. Chair:** All opposed, no.

**[08:07:53] Representatives:** No.

**[08:07:55] Mr. Chair:** The no's have it and the amendment fails. Representative V. Hill.

**[08:08:04] Rep. V. Hill:** Thank you, Mr. Chair. Is that the correct title right now? Thank you, Mr. Chair. Thank you, members. I-I have a whole, uh, whole bunch of material I prepared here. And then I-I heard something- I heard something in some remarks before me that I think might have skipped over some folks, saying that, uh, anyone who-who denies, uh, a-a fetal life forfeits their own right to life. And I just want to refute that in the strongest possible terms. No-no grown person in this world deserves to be the second most important person in their own body, even if we're gonna have a philosophical or medical debate about what counts, uh, when someone is pregnant.

So since we're talking so much about target-- targeted legislation, though, around this bill, uh, I'm happy to talk about some other targeted legislation. Uh, more than 20 states have regulations targeted specifically at clinics that provide abortion services with te-- 12 especially conservative states going to such extremes that virtually all abortion providers have been forced to close their doors. Legislation of this kind is meticulously designed to force closure, not to protect patient health and includes medically unnecessary and onerous requirements like admitting privileges to nearby hospitals where frequently those hospitals are u-under no obligation to accept that request and mandates on down-to-the-inch dimensions, not just for operating rooms, but also for hallways, HVAC systems, and even janitors closets.

**[08:09:32] Mr Chair:** Representative V. Hill, sorry to interrupt. I-- If I missed something when someone else was in the chair, I apologize, but I do think we wanna stick with this-

**[08:09:39] Rep. V. Hill:** Okay.

**[08:09:39] Mr. Chair:** -bill.

**[08:09:40] Rep. V. Hill:** Yep. Abortion providers and anti-choice states have even been legally required to recite misinformation to patients like the unsubstantiated claim of heightened breast cancer risk, but I wanna talk a little bit about the relationship between the movement that's in question and the crisis pregnancy centers, according to the alleged deck, since that was called into question. I just wanna invite everyone to just-just give this a try. I-I tried it on my own device just to see how it panned out.




If you search your city plus abortion services-- I just looked up Colorado Springs abortion services. The second hit was the Colorado Springs Crisic-- Crisis Pregnancy Center with the word abortion in all caps in the subheading. That's some really strong SEO. Search Engine Optimization like that is not accidental, it's not free, it is a-a very meticulous design choice.

So I've heard some opposition to this legislation that these centers are being un unfed-- un-unfairly categorizi-- categorized-- Categorized? Categorized. Thank you. Uh, as-as centers of an anti-choice movement, but the fact is, Colorado Springs Pregnancy Center is in fact owned and operated by an organization called Life Network that is explicitly religious and political in its aim to criminalize abortion and is bankrolled by groups like Womack Ministries, Focus on the Family and Charis Bible College.

So all I've heard from my colleague from El Paso County that, uh, only-only other members' positions are apparently associated with an ideology or an agenda. The reality is there is most definitely a movement to criminalize abortion in this country, and these centers are in fact deeply integrated in it. It is a massive, well-funded, and very intentional movement, and we cannot have a dialogue about this issue if we pretend otherwise.

**[08:11:39] Mr. Chair:** Represe-- I don't have a preference. Which of you wanna go? Representative DeGraaf?

**[08:11:43] Rep. DeGraaf:** He's trying to make up his mind about something. I would dispute the well-funded. The pro-life organization does not have body parts to fund its operations. When in the course of human events this is- this is to my colleagues' point on the on-on life, and I'm gonna tell you why, because it's very important to this argument-- to this- to this discussion. When in the course of human events, it becomes necessary for one people to-- and this is the basis for all of our laws. This is the basis for all of our laws. So this is germane to everything we do. I'm gonna skip this. Well, no I won't. Now I'm gonna skip it.

To dissolve the political bands which have connected them with another, to assume among the powers of earth that separate the equal station from which the laws of nature and nature's God entitle them. A decent respect to the opinions of mankind requires that they should declare the causes which impel their separation. So up until the imposition of moral relativism in the '40s, and then as it, uh, continued to spread, our laws were based on the na-- laws of nature and nature's God. We decided to liberate ourselves from the laws of nature and nature's God and go to moral relativity, and now we have school shootings. Those are not unrelated.

This is relevant. "That all men are created equal. That they're endowed by their creator with certain unalienable rights. That among these are life, liberty, and the pursuit of happiness. That to secure these rights, governments are instituted among men, deriving their just powers from the consent of the governed." So there's a lot else that's relevant




I think it's important to note that people are coming to Colorado from all over the country to get necessary reproductive care. And I'm really proud that Colorado is one of the places that they can come to get the care that they so desperately need. Um, we heard that a recent federal court decision in Texas has made it so that, uh, healthcare plans in many states are going to not have to cover a lot of different types of reproductive care, which means that very likely even more people are going to be coming to Colorado to require these kinds of-of reproductive treatments. And again, I'm proud that they'll be able to do this, but we need to make sure that Colorado can accommodate them and that they are not being deceived when they get here. People do not cross state lines to receive counseling and brow-beating. They cross state lines to receive care that is not legal in many other places. That is not offered at these crisis pregnancy centers. That's why I am so excited to vote yes on a bill that will make it illegal for these centers to lie to girls like me about the care that they so desperately need. So please vote yes. Thank you.

**[09:49:23] Madam Chair:** Representative McCormick.

**[09:49:29] Rep. McCormick:** Thank you, Madam Chair. I, um, wanted to share-- I-I think this might be my last time to speak, so I wanted to share, um, some information that we got from a faith-based, um, perspective that was, um, shared with us with a- in a letter. And we know that many of these crisis pregnancy centers are religiously affiliated. And, um, again, I said I think at the very beginning, that's fine. Faith-based counseling is absolutely fine. Um, the-the issue becomes, and this is the-the voice of this particular faith, um, that many times, the religious mentoring and counseling programs that are offered, uh, are riddled with, uh, guilt-inducing anti-abortion mess-messages.

And-and this particular faith feels, um, compelled to speak out that weapon-weaponizing their particular faith as justification for, uh, dubious and deceptive advertising tactics, um, is against a sacred principle that they have at the very heart of their faith. Uh, our deep faith, um, has a respect for the primacy of individual conscience. And that faith confirms that in all that we say and do, the human person is obliged to follow faithfully what they know to be just and right what you in your own self know to be just and right. And that a human being must always obey, the certain judgment of their own conscience.

If they were to deliberately act against your own conscience, then that would be, um, harmful to yourself. So that's back to us being able to make decisions for ourselves. This faith voice goes on to say that we believe we must use all the resources available to us to form our conscious decisions so that we can make the best possible decisions for ourselves. This means that all people deserve access to comprehensive, accurate medical information based in sound science, when making choices about sexual and reproductive health, ensuring that we can follow our own consciences and honor the rights of others to do the same.



There is a delay in the care that they're seeking. That delay when you're dealing with a medical condition, pre-pregnancy is a medical condition. When you're getting a del- a delay-a delay in care that you are seeking, there are all kinds of ramifications that can follow from that. And that's just the physical stuff. Not even talking about the psychological and mental and-and the time you took off from work and the-the, uh, childcare you had to take-take care of at home. The travel here, like, where are you gonna stay? I mean, the compound, all that stuff on top and-and we're just putting people in just an awful situation. That's why this bill is needed. Now, because we lost the protections under Roe, and I'm here and I-I ran for office to do and I, you know, I kind of saw this coming years ago honestly. I ran for office to do everything I could to protect that right for my kids. I want them to have the ability to make decisions for their life. To-to choose when and if they wanna have kids, to access accurate medical information whenever they go looking for it, and that's what this bill will help us do right here, right now.

We all have a reason to be here, and I do appreciate that we've been able to hear each other today. I-it-it-it feels- it feels good that we can listen to each other. I-I do appreciate that. I just wanna come back to this is so important for individuals to make sure that we are protecting their ability to access the care they need to not be tricked, to not be fooled. We want pregnancy centers to say what they mean to mean what they say, keep doing what you-you're doing to counsel people through the early parts of their pregnancy, to get them what they need, to support them.

I hope that even that support will extend to those folks after they give birth, help them with childcare, help them with all the-the things that they need after they give birth. That would be great. Do-do more in that space. Um, but please don't deceive people. Please don't trick them into coming to see you. Um, just be honest and be transparent, and I just urge a-a yes vote on this bill, uh, colleagues.

**[10:01:06] Mr. Chair:** Representative Epps.

**[10:01:16] Rep. Epps:** Thank you, Mr. Chair. I, uh-- there's gonna-- there may come a day when in this role or another role, there may come a day or I'm gonna be grown enough and healed enough and whole enough to not say anything back. When somebody stands in the well of the House of Representatives of the 74th General Assembly's first session and talks about Black babies and I don't say anything. There's a possibility that may come a day, where I will sit here and listen as someone uses violent rhetoric, I'm condemning the language, not the person, that is harmful to my trans neighbors, and that I listen and I don't say anything back.

There may come a day where I'm going to be able to sit still and listen as someone misappropriates my faith, my experiences, my womanhood, my Blackness, where someone speaks about the fate of my soul, and that of Coloradans, a day when I listen to that and I say nothing. That day is most definitely not today. Tomorrow is not looking




real good either. It occurs to me, we heard- we heard the representative from Arapahoe County tell us their story and as much as we all, I'm sure appreciate hearing from everybody in this body, if you're anything like me, sometimes you might perk up a little bit when we hear from someone who we don't hear from every day. We love hearing from folks who speak every day as well, but it feels to me just inevitable that we listen a little more closely, or at least I do when I get to hear from someone who doesn't gift us with that every day.

I heard her, she's telling the truth. While I wish she were, she's not an outlier. There wasn't a network of crisis pregnancy centers, anti-abortion clinics that were created to charm and deceive and complicate life for a future state representative from Arapahoe County, Colorado. That didn't happen. They didn't practice those tactics on her for the first time. She wasn't the test case. What's different about the representative from Arapahoe County and many of the Colorados we love is that she gets to be here to tell her story.

There is a-- it feels like a long time ago, but some hours ago, in thinking about 190 and you all know what's gonna happen in a few minutes I'm gonna ask you, we're gonna ask you to vote yes at some point. But some hours ago, I spoke about that violence that is often framed in religious language, that itself imparts trauma on pregnant people that lead folks to need those years of therapy. Imagine being a Coloradan. Imagine y'all being the a Coloradan who is the child of a parent who tells you, you can't bring that pregnancy in this house, single mother or not.

Imagine. 'Cause this is the experience of our neighbors. This is the experience of those who are most vulnerable and marginalized and whose access we are fighting to protect. Imagine being the child of a parent who says, "You can't bring that pregnancy or that single motherhood in this house." If you are that child, adult child, or otherwise, you are the reason why this bill is necessary. Because if you can't get full and accurate and honest information at home, God forbid, you can't get it at a local healthcare clinic.

Rhetoric that tells you, you are less or incomplete or broken because of the status of your uterus. Imagine being pregnant and strangers thinking it's their business. The child of parents who says you can't bring that single motherhood here. Those are the children I went to school with at Charlotte Christian School, who were sent to Iowa, and to Colorado to deal with it.

**[pause 10:04:46]**

We've heard it said in this chamber this week, and it connects directly to 190 that-that hate is hate. But there's a corollary, a compliment to that, that hate endangers us in a precise way. Some folks who have had unfettered access to certain weapons have become fixated on lies. I don't get to make the rules about when a gavel comes down or not, but y'all, it is a lie that clinics are selling body parts. That is not a thing. I would oppose it. We all would oppose it. We oppose it hypothetically. That is not a thing. It's




not a thing. The-the echo chamber of this chamber. Just know that Coloradans know better than that. Coloradans in every corner of this state know better than that and reject that. We spoke earlier about the physical dangers of pregnancy, of an unwanted pregnancy, of a pregnancy that you can't tell your daddy about 'cause he says don't bring that home. But the dangers of our healthcare workers and clinic assistors, who are working in a world were Coloradans are being told that babies, I mean I told you 12 minutes ago or something like that-that like the day where I can just not check that, it just hasn't come yet.

I like to pick up the special orders paper, as does a representative from El Paso County and when I come down many days to pick up the paperwork, I force myself to look at the dolls of little Black fetuses on desks. Some of the faces I'm seeing suggest you don't know that they're there but I look at them almost every day to remind myself, I'm not quitting today and I'm not quitting tomorrow. Now, I'll assess that every day. The rhetoric is violence. Coloradans, our guests, our neighbors deserve honest, accurate information about abortion but also about if your healthcare center, your clinic, your prayer room offers it.

Deserve honest and accurate information about if the center offers emergency contraception. Deserve to know there is a two-pill combination to have a medication abortion and you take the first one or a pregnant person takes the first pill and change your mind, and have continue a pregnancy that you want to have. The pregnancy continues because you didn't take the second pill, not because you took a Tylenol or a Viagra or a Juju Bean, or progesterone. It continues because you didn't take the second pill.

It is surreal that we should have to legislate clarifying that if you are a licensed medical professional and you say otherwise and our medical boards haven't assessed that you are in the right, then that is unprofessional conduct. It is-- the representative- a representative from Arapahoe County told us what they experienced. If what they experienced was like what I and others experienced, then there was some common visuals in this space where you go to get the free pregnancy test and the other things you need. And one of the common visuals are photos of babies.

I happen to know that 26 years ago, 27 years ago in Charlotte, North Carolina, if you had an induced abortion, you were getting that done on the maternity ward. And you were hearing babies being born. And when you go and visit one of these clinics, there are photos of babies. And so when a representative holds up and flashes at us, photos of babies while they're speaking about abortion, that is an example of the emotional violence inflicted upon pregnant people who are going to terminate a pregnancy and-and perhaps the most important point about that Colorado is that that is already protected healthcare in this state. We didn't make that call. Well, some of you may have been here to make that call actually, I wasn't here yet. That is already protected healthcare and it's gonna stay that way.