# Exhibit X:

# Nursing Board Final Rule

**DEPARTMENT OF REGULATORY AGENCIES**

**Division of Professions and Occupations - State Board of Nursing**

**NURSING RULES AND REGULATIONS**

**3 CCR 716-1**

[Editor's Notes follow the text of the rules at the end of this CCR Document.]

_____

…

**1.35   RULES AND REGULATIONS REGARDING GENERALLY ACCEPTED STANDARDS OF NURSING PRACTICE REGARDING PREGNANCY-RELATED SERVICES**

A.   <u>Basis:</u> The authority for promulgation of Rule 1.35 ("these Rules") by the Colorado Board of Nursing ("Board") is set forth in sections 24-4-103, 12-255-107(1)(j), and 12-30-120(2), C.R.S.

B.   <u>Purpose:</u> The purpose of these rules and regulations is to implement the requirements of section 12-30-120(2), C.R.S.

C.   Definitions

   1.   "Abortion" has the meaning set forth in section 25-6-402(1), C.R.S.

   2.   "License" has the meaning set forth in section 24-4-102(7), C.R.S.

   3.   "Medication abortion" has the meaning set forth in section 12-30-120(1)(b), C.R.S.

   4.   "Medication abortion reversal" has the meaning set forth in section 12-30-120(1)(c), C.R.S.

D.   Standard of Practice Considerations

   1.   Compliance with generally accepted standards of nursing practice requires a licensee to exercise the same degree of knowledge, skill, and care as exercised by licensees in the same field of nursing at the time care is rendered.  Substandard practice cannot be excused on the grounds that other licensees provided care which deviates from generally accepted standards.  Ascertaining the objectively reasonable standard of practice is more than just a factual finding of what all, most, or even a "respectable minority" of licensees do.  Rather, licensees will be judged according to the tenets of the school of practice to which the licensee is certified, licensed, registered, and/or authorized to practice.

   2.   The Board evaluates generally accepted standards of nursing practice on a case-by-case basis.  Each instance of nursing care will involve its own unique set of facts that the Board must evaluate against the backdrop of evidence-based practice standards. For that reason, the Board does not regularly adopt rules establishing a single standard of practice applicable to all situations.

   3.   In evaluating whether a licensee's provision, prescription, administration, or attempt at any of the preceding conduct with respect to medication abortion reversal meets generally accepted standards of nursing practice, the Board will evaluate the scope and nature of information exchanged between the licensee and patient, if relevant, the scope

and nature of information exchanged between the licensee and the prescribing provider and/or delegating licensee, prior to services being provided.  The Board anticipates that a fully informed consent will include, at a minimum, information about the risks, benefits, likelihood of intended outcome of the proposed treatment, and likelihood of achieving the intended outcome without the proposed treatment in order for the patient to make an informed decision about whether to undertake the treatment.  The Board anticipates that the licensee will document the substance of all informed consent discussions and will place a copy of all written informed consent disclosures within the patient's chart.

4. The Board will not treat medication abortion reversal provision, prescription, administration, or attempt at any of the preceding conduct with respect to medication abortion reversal as a *per se* act subjecting a licensee to discipline pursuant to Title 12, C.R.S. Rather, the Board will investigate all complaints related to medication abortion reversal in the same manner that it investigates other alleged deviations from generally accepted standards of nursing practice under section 12-255-120(1), C.R.S.

Emergency Rule Adopted on 9/20/23 and Effective on 10/1/23; Permanent Rule Adopted on 9/20/23 and Effective on 11/14/23;

…

_____

**Editor's Notes**

**History**

Chapter 1 eff. 07/02/2007.
Chapters XIII; XX eff 10/01/2007. Chapter XVIII repealed eff. 10/01/2007.
Chapters I, IX, XI eff. 12/31/2007.
Chapter XII repealed eff. 06/01/2008.
Chapters I, VII, XVI eff. 10/01/2008.
Chapters I, XIV, XV eff. 12/30/2008.
Chapter X eff. 03/30/2009.
Chapters IX, XX eff. 06/30/2009.
Chapter XXI emergency rule eff. 07/14/2009
Chapter XXI eff. 10/14/2009.
Chapter II eff. 10/30/2009.
Chapter I eff. 12/30/2009.
Chapter XIX repealed eff. 12/30/2009.
Chapters II, III eff. 03/31/2010.
Chapter XIII eff. 06/30/2010. Chapter XXI repealed eff. 06/30/2010.
Chapters XIV, XV eff. 07/01/2010.
Chapters XII, XIX eff. 01/01/2010.
Chapter VII repealed eff. 03/17/2011.
Chapter I eff. 09/14/2011.

Chapters I, IX eff. 07/01/2012.
Chapter XV eff. 09/14/2012.
Chapters 1, 5, 10, 16, 19 eff. 12/15/2012.
Chapters 1, 2, 5, 10, 19 eff. 03/18/2013.
Chapters 20, 22, 23 eff. 06/14/2013.
Chapters 2, 11, 13 eff. 06/14/2014.
Chapters 10, 13 emer. rules eff. 08/05/2015.
Chapter 15 emer. rule eff. 09/01/2015.
Chapters 10, 13 eff. 09/14/2015.
Chapter 15 eff. 11/14/2015.
Chapter 24 eff. 12/30/2015.
Chapter 2 eff. 06/30/2016.
Chapter 13 eff. 06/14/2017
Chapters 5, 6, 14, 15 eff. 09/14/2017.
Chapter 2 eff. 06/14/2018.
Chapters 1, 20 eff. 03/17/2019.
Rules 1.15 K.4, 1.15 L.2, 1.25 eff. 12/15/2019.
Rule 1.26 emer. rule eff. 05/01/2020; expired 08/29/2020.
Rule 1.27 emer. rule eff. 05/11/2020; expired 09/08/2020.
Rule 1.26 emer. rule eff. 08/30/2020.
Rule 1.27 emer. rule eff. 09/09/2020.
Rules 1.1-1.6, 1.10-1.17, 1.19-1.24 emer. rules eff. 10/28/2020.
Rule 1.26 emer. rule eff. 12/07/2020.
Rule 1.27 emer. rule eff. 12/28/2020.
Rules 1.1-1.6, 1.9 F.4, 1.10-1.17, 1.19-1.24, 1.28, Appendix A eff. 12/30/2020.
Rule 1.28 emer. rule eff. 01/11/2021.
Rule 1.26 emer. rule eff. 04/06/2021.
Rule 1.27 emer. rule eff. 04/27/2021.
Rule 1.28 emer. rule eff. 05/11/2021.
Rules 1.29, 1.30, Appendix A eff. 06/14/2021.
Rules 1.26, 1.27, 1.28 emer. rules eff. 07/12/2021.
Rule 1.31 emer. rule eff. 11/01/2021.
Rules 1.26, 1.27, 1.28 emer. rules eff. 11/02/2021.
Rules 1.1 F, G, 1.2 F, G, H, 1.5 A, 1.10 E, 1.13 H.7, 1.14 D, 1.15 B, F, G, 1.16 B, 1.31 eff. 12/15/2021.
Rules 1.26-1.28 emer. rules eff. 03/02/2022.
Rules 1.26-1.28 emer. rules eff. 05/24/2022; expired 09/21/2022.
Rules 1.26-1.28 emer. rules eff. 09/22/2022.
Rules 1.33, 1.34 emer. rules eff. 10/19/2022.
Rules 1.26-1.28 emer. rules eff. 11/11/2022.
Rules 1.26-1.28 emer. rules eff. 12/10/2022.
Rules 1.1 A,F, 1.10 A,E, 1.14 A,D, 1.31-1.34, Appendix B eff. 12/15/2022.
Rules 1.26-1.28 emer. rules eff. 01/09/2023; expired 05/09/2023.

**Annotations**

*CODE OF COLORADO REGULATIONS*  *3 CCR 716-1*
*State Board of Nursing*

Rule 1.28 E.4 (adopted 10/28/2020) was not extended by Senate Bill 21-152 and therefore expired 05/15/2021.

Rules 1.34 B. and 1.34 C. (adopted 10/19/2022) were not extended by Senate Bill 23-102 and therefore expired 05/15/2023.