# Exhibit G:

# Bella Social Media Post, Brochure, and Welcome Card



**Bella Health + Wellness**
4d

Did you know that after taking the abortion pill there is an option to try to reverse it? Know that our medical team is here to help in those situations with the abortion pill reversal protocol. It is safe for both mama and baby!



 24  4 comments  12 shares

**bella_healthandwellness**

# THE TRUTH about ABORTION PILL REVERSAL

160 likes

**bella_healthandwellness** Did you know that after taking the abortion pill there is an option to try to reverse it? Know that our medical team is here to help in those situations with abortion pill reversal protocol. It is safe for both mama and baby!

**2**



bella_healthandwellness

160 likes

**bella_healthandwellness** Did you know that after taking the abortion pill there is an option to try to reverse it? Know that our medical team is here to help in those situations with abortion pill reversal protocol. It is safe for both mama and baby!



**bella_healthandwellness**

    

**160 likes**

**bella_healthandwellness** Did you know that after taking the abortion pill there is an option to try to reverse it? Know that our medical team is here to help in those situations with abortion pill reversal protocol. It is safe for both mama and baby!

4



**bella_healthandwellness**

# ABORTION PILL REVERSAL

APR is safe for the mother and baby.

It is been shown to be most effective within 72 hours of taking the first pill.

Bella has worked with numerous moms who have reversed their abortions safely & successfully, and now have strong, healthy babies.

**BELLA**
health + wellness
WOMEN • MEN • CHILDREN

160 likes

bella_healthandwellness Did you know that after taking the abortion pill there is an option to try to reverse it? Know that our medical team is here to help in those situations with abortion pill reversal protocol. It is safe for both mama and baby!



# ABORTION PILL REVERSAL

APR uses progesterone to to reverse the effects of the chemical abortion pill.

Progesterone is a pro-gestation hormone that women naturally produce.

OB-GYNs have been using progesterone to support pregnancy loss and prevent miscarriages for decades.



**160 likes**

**bella_healthandwellness** Did you know that after taking the abortion pill there is an option to try to reverse it? Know that our medical team is here to help in those situations with abortion pill reversal protocol. It is safe for both mama and baby!

**6**




bella_healthandwellness •••

160 likes

**bella_healthandwellness** Did you know that after taking the abortion pill there is an option to try to reverse it? Know that our medical team is here to help in those situations with abortion pill reversal protocol. It is safe for both mama and baby!

bella_healthandwellness

# NOT NEAR US?

Find someone near you who can help at abortionpillreversal.com

160 likes

bella_healthandwellness Did you know that after taking the abortion pill there is an option to try to reverse it? Know that our medical team is here to help in those situations with abortion pill reversal protocol. It is safe for both mama and baby!





**9**

# LIFE-AFFIRMING, DIGNIFIED HEALTH CARE

**MULTI-SPECIALTY PRACTICE**
Obstetrics & Gynecology
NaPRO Technology | Infertility
Primary Care | Family Medicine
Pediatrics
Functional Medicine
Hormone Replacement Therapy
Medical Weight Loss
Fertility Awareness Education - Creighton & Marquette
Abortion Pill Reversal

HOURS: Mon- Fri, 7:30-5:00 & Select Saturdays
PHONE: 303-789-4968
EMAIL: info@bellawellness.org
DONATE: Text "BellaHope" to 44-321




**BELLA**
health + wellness

180 E. HAMPDEN AVE STE 100
ENGLEWOOD, CO 80113



**10**

# ABORTION PILL REVERSAL (APR)

APR is an effective technique that uses progesterone to reverse the effects of chemical abortion pills. This method is safe for the mom and baby.



**BELLA**
health + wellness

Our team stands trained and to help in these circumstances, at all times!

### GET IN TOUCH

📞 303.789.4968

🌐 bellawellness.org

📍 180 E Hampden Ave, Englewood, CO 80113

## NEXT STEP?

Call Bella's office to be seen today! Time is crucial for an abortion pill reversal. APR can be effective when done before 72 hours after an abortion.

**11**

**BELLA**
health + wellness



# WHAT HAPPENS IN A CHEMICAL ABORTION

Mifepristone blocks progesterone, necessary to continue growing the baby. Misoprostol causes the uterus to empty and release the baby, often at home.

———————

**We have worked with numerous moms who have reversed their abortion. Their babies are growing, healthy, and strong. Call us, today!**

# THE BELLA PROMISE

Our licensed medical team of more than 17 providers, are trained and ready to help reverse the chemical abortion.

We have OB-GYNs to support the mom during her whole pregnancy and deliver her baby.

Once the baby is born, we have pediatricians and family doctors to take care of their families for their entire lives.

Thank you for trusting us with your care!