# Exhibit I:

# Transcript of Press Conference on the Introduction of SB 23-190 (excerpts)

Page 1

11  Colorado Floor Debate Hearing

13  Press Conference
14  Safe Access to Protected Health Care Package
15  March 9, 2023

Page 2

1  DUSTI GURULE: For the past 25 years --
2  this is our 25th anniversary year --
3  (indiscernible) has stewarded the only Latina
4  (indiscernible) reproductive justice organization
5  in the State of Colorado. Our mission is to
6  ensure that all people are able to lead healthy,
7  safe, and self-determined lives.
8       We have expanded access to birth
9  control for Coloradans, regardless of immigration
10 status. And in the wake of Roe v. Wade being
11 overturned, we co-led in the passage of the
12 Reproductive Health Equity Act along with our
13 partners, Cobalt, also known as RHEA, to protect
14 the fundamental rights to abortion access.
15      And this year we're working alongside
16 our colleagues within our coalition for a
17 collective approach to safe access to protected
18 healthcare coverage. And that's our package
19 title. We want to address opportunities where we
20 can go even further to protect abortion rights
21 and the rights of patients and providers to
22 tackle misinformation in our communities
23 perpetrated by fake clinics and to make more
24 affordable by closing the gaps in insurance
25 coverage. These bills were curated together with

Page 3

1  providers, patients, community to ensure that we
2  are addressing the needs most critical to our
3  communities.  And for decades, Cobalt has worked
4  to ensure that the policies we advocate for
5  include reproductive justice values.
6           This package represents another step to
7  ensure that the needs of our communities are
8  being addressed.
9           And next weekend we'll be back here
10 with 300 Latinos from throughout the state for
11 the 17th Annual Latino/Latina Advocacy Day to see
12 these policies through the finish line.
13          So thank you all for being here and
14 thanks to all our partners.
15          Next, Arianna Morales.
16          ARIANNA MORALES:  Hi, everyone.  Yes, I
17 am Arianna.  I am the policy manager of New Era
18 Colorado.
19          A new generation has been mobilized by
20 the overturn of Roe v. Wade and the unrelenting
21 attacks on bodily autonomy.  Abortion now rises
22 as a key issue for young people and we hear time
23 and time again that protecting abortion care and
24 expanding safe, affordable, and accessible
25 reproductive healthcare is a top priority for

Page 4

1  young people.
2       We value the autonomy to make informed
3  decisions, which means the healthcare information
4  people receive must be accurate and presented
5  without shame.
6       The Safe Access to Protected Healthcare
7  package is why young people turned out in
8  historic levels in 2022 to see our elected
9  officials cement Colorado as a reproductive
10 healthcare safe haven and address areas where we
11 could better serve our communities.
12      Since we began (indiscernible) to
13 destigmatize abortion on their campuses through
14 our student-led program, the Brazen Project, we
15 heard loud and clear that anti-abortion centers
16 are a threat to their bodily autonomy.  That's
17 why we've partnered with student governments and
18 campuses across the state to pass resolutions
19 condemning the actions of anti-abortion centers,
20 also known as fake clinics.  And that's why we
21 are here today, to make sure that the healthcare
22 young people receive is accessible, accurate, and
23 presented without shame.
24      We know the attacks on essential
25 healthcare won't stop, so neither will we.  Thank

Page 5

1  you so much.
2          And I would like to invite Senator
3  Janice Marchman now.
4          SENATOR JANICE MARCHMAN:  Well, thank
5  you so much.  Hello and good afternoon.  It is
6  such a pleasure to be with you all today to talk
7  about our Safe Access to Reproductive Healthcare
8  package that will improve access to and
9  availability of reproductive healthcare.
10         I am Senator Janice Marchman, and I
11 represent Senate District 15, covering Larimer
12 County and parts of Boulder County.
13         This is my first session serving in the
14 state house.  And I just want to take a moment to
15 share how special it is to be a part of a team
16 that is so dedicated to fighting for Colorado.
17 Where no matter what, everyone has safe and equal
18 access to all types of healthcare.  So thank you
19 for allowing me to join (indiscernible).
20         I am proud to announce today that I am
21 joining Senator Winter on a bill to crack down on
22 what we know as anti-abortion centers, or crisis
23 pregnancy centers, which use manipulation and
24 deception to influence people seeking
25 reproductive healthcare.

1              Anti-abortion centers represent the on-
2    the-ground presence of the national anti-abortion
3    movement, offering dangerous, sometimes life-
4    threatening medical procedures like so-called
5    abortion pill reversals.  These centers are found
6    all across our state.  They outnumber legitimate
7    abortion providing clinics 51 to 20.  Even worse,
8    they often target marginalized communities,
9    sometimes posting Spanish-language billboards in
10   neighborhoods with large immigrant populations or
11   offering free services to low-income communities.
12             Right now, these ideologically-driven
13   centers are free to present themselves as
14   legitimate family planning reproductive
15   healthcare clinics.  But the reality is these are
16   fake clinics that lure in vulnerable people
17   seeking care.  They peddle biased and inaccurate
18   information about abortion care and
19   contraceptives, and they take advantage of people
20   during some of their most vulnerable moments.
21   Simply put, they lie.  And that's unacceptable.
22   People seeking out healthcare should never be met
23   with shame or bias.  In fact, that's the opposite
24   of the (indiscernible) accurate care that
25   everyone in Colorado deserves and that we as

Page 7

1  elected officials are beholden to protect.
2          Our bill will crack down on anti-
3  abortion centers by putting in place new
4  guardrails around their marketing and declaring
5  their deceptive practices illegal.  Transparency
6  and truth in advertising are essential to
7  informed medical decision-making, particularly
8  when it comes to time-sensitive services like
9  abortion and emergency contraception.
10         This is a critical step our legislature
11 can take to prevent any more Coloradans from
12 being victimized while seeking reproductive care.
13 I am so proud to be a part of this fantastic team
14 that is advancing this particular bill and the
15 others you're going to hear about today that
16 together are going to protect safe and equal
17 access to reproductive healthcare for all.
18         Thank you all again for being here.  I
19 would love to turn it over to my co-sponsor in
20 the house, Rep. Elizabeth Epps.
21         REPRESENTATIVE ELIZABETH EPPS:  So I am
22 Elizabeth Epps.  And my pronouns are she/hers.
23 And I represent House District Six.  And every
24 time you come to the capitol you get to come to
25 House District Six.

Page 8

1  Let's start with some good news, shall
2  we?  It's good news, y'all, that Colorado has
3  made a lot of progress in securing abortion
4  access.  It's good news that this legislature
5  passed RHEA in 2022.  And you know what it did,
6  to secure access to abortion care here in
7  Colorado.  And it's really good news that
8  Colorado voters have consistently rejected
9  abortion bans.
10  Abortion is legal in Colorado, but
11  legality does not equal accessibility.  Our
12  lower-income communities of Coloradans of color
13  face larger barriers and a disproportionate lack
14  of access to protected healthcare.
15  Ours is one of a few states that offers
16  abortion care in our region.  With many folks
17  across the mountain, the Midwest and the American
18  south relying on is, relying on Colorado to
19  access abortion without unnecessary and dangerous
20  restrictions.
21  But the news isn't all good.  And we
22  care so much about this issue that you're going
23  to hear about it twice today.  There are these
24  anti-abortion centers, crisis pregnancy centers,
25  and fake clinics that disguise themselves as

Page 9

1  healthcare clinics, but they aren't.  They claim
2  to provide abortion care, but they don't.  They
3  advertise free pregnancy tests, abortion
4  counseling, ultrasounds, prenatal care.  But in
5  reality, it's important to understand what
6  actually happens is they use disinformation,
7  intimidation, and delay tactics to prevent people
8  in need from actually accessing the essential and
9  time-sensitive care that they are seeking.
10             So many of these anti-abortion centers
11  are located in rural and lower-income
12  communities.  They market to folks like me.  They
13  market to marginalized Coloradans, black
14  Coloradans, indigenous folks, our immigrant
15  neighborhoods.  They advertise in languages other
16  than English specifically to target immigrant
17  communities that already have -- folks who
18  already have a harder time accessing healthcare
19  services.  And anti-abortion centers, they cause
20  and exacerbate -- they cause and exacerbate the
21  systemic inequities in access to protected
22  healthcare for people of color who already face
23  the greatest barriers to treatment, to
24  preventative reproductive care, to birth control,
25  and to abortion.

Page 10

1         What's more, these anti-abortion
2    centers, they push these -- you've heard of these
3    abortion reversal pills.  They push them.  And
4    after a patient, a person who has taken real
5    medication.  This practice is not only dangerous
6    and unregulated, but evidence shows that these
7    pills cannot even reverse an abortion.  But what
8    they do is impact the pregnant person's body and
9    harm us.
10         And so that's why I am honored to
11   introduce with my colleagues a bill that
12   prohibits the use of deceptive advertising by
13   these centers and that limits what they market,
14   what they want us to believe is an abortion
15   reversal pill.
16         Our legislation will make it illegal in
17   Colorado to use false advertising to lure
18   pregnant people into centers that force their
19   agendas upon the folks who come to them seeking
20   every option.  Preventing these clinics from
21   offering abortion pill reversal, so-called
22   abortion pill reversal, will protect Coloradans
23   from scientifically disproved practices and
24   ensures, most importantly, that we can make these
25   informed decisions about our own bodies and our

Page 23

```
 1                C E R T I F I C A T I O N
 2
 3   I, Sonya Ledanski Hyde, certify that the
 4   foregoing transcript is a true and accurate
 5   record of the proceedings.
 6
 7
 8
         <%12151,Signature%>
 9   _____
10
11   Veritext Legal Solutions
12
13
14
15
16   Date: March 29, 2023
17
18
19
20
21
22
23
24
25
```