# Exhibit P:

# Plaintiffs' Comment on Joint Rulemaking



# SB 23-190 Rulemaking Comment of Denise "Dede" Chism, MSN, PNNP, Abby Sinnett, MS, WHNP, and Kathleen Sander, MD, OB-GYN, Submitted on June 1, 2023

To the Members of the Colorado Medical Board, State Board of Nursing, and State Board of Pharmacy:

We, Denise "Dede" Chism, Abby Sinnett, and Kathleen Sander, submit this comment on behalf of ourselves and Bella Health and Wellness, a Colorado nonprofit, faith-based medical clinic that offers life-affirming, dignified health care to men, women, and children. We also submit separately an appendix with a copy of all sources cited in this comment and incorporate them into our written testimony.

Dede Chism, MSN, PNNP, earned her master's degree in nursing with a specialty as a perinatal nurse practitioner from Regis University in Denver. She has worked as a nurse practitioner specializing in high-risk pregnancies for over 25 years. Abby Sinnett, MS, WHNP, earned her master's degree in science from the University of Colorado and has 10 years' experience as a women's health nurse practitioner and 10 years' experience as a women's clinical preceptor. She worked as a labor and delivery nurse for seven years before becoming a nurse practitioner. Kathleen Sander, MD, OB-GYN, is a board-certified obstetrician and gynecologist who earned her medical degree from Florida State University. She completed the four-year OB-GYN Residency Training Program at Mercy Hospital St. Louis, as well as a year-long fellowship in medical and surgical NaProTechnology at the Pope Paul VI Institute.

On April 14, 2023, Governor Jared Polis signed into law Senate Bill 23-190. That same day, we filed a lawsuit and moved for an emergency temporary restraining order and preliminary injunction in the United States District Court for the District of Colorado, challenging SB 23-190 under the First and Fourteenth Amendments of the United States Constitution. Within hours, the court granted emergency relief, temporarily restraining state and local officials from enforcing SB 23-190 against us. The court found that we "are sufficiently likely to succeed on the merits" of our claims.[1] It also observed that abortion pill reversal "treatment does not appear to pose severe health risks to patients who receive it."[2] After a hearing, the court entered an order that declined to enter a preliminary injunction because Defendants "agreed to

---

[1] Order Granting in Part Plaintiffs' Motion for Temporary Restraining Order at 4, *Bella Health & Wellness v. Weiser*, No. 1:23-cv-939-DDD-SKC (D. Colo. Apr. 15, 2023), Dkt. 8.

[2] *Id.* at 5.



2

suspend any enforcement that would affect the plaintiffs" and to "treat[] SB 23-190 as if it were not yet in effect and has not changed preexisting law."[3]

We explain below why there is good scientific reason to believe that abortion pill reversal is safe and effective and why the claims about abortion pill reversal in SB 23-190 are unsupported by credible medical data.

*Progesterone*

Progesterone is a naturally occurring hormone that promotes gestation—hence its name.[4] Progesterone plays an essential role in regulating female reproductive function in the uterus, ovaries, mammary glands, and brain, and it is particularly critical to the achievement and maintenance of a healthy pregnancy.[5] Progesterone, among other things, prepares the endometrium to allow implantation, stimulates glands in the endometrium to secrete nutrients for the embryo, and suppresses uterine contractions prior to delivery.[6]

Progesterone has been used to support female fertility in a variety of ways for more than 50 years.[7] It is commonly prescribed for a host of uses in obstetrics and gynecology, including pregnancy support in patients with history of recurrent miscarriage, prevention of preterm birth, support of endometrial function during in vitro fertilization, treatment of secondary amenorrhea, treatment of excessive blood loss during menstruation, treatment of premenstrual syndrome, and prevention of endometrial hyperplasia during menopause.[8] There is no evidence that progesterone poses a safety risk to pregnant women or to their embryos or fetuses.

---

[3]   Order Denying Plaintiffs' Motion for a Preliminary Injunction at 1, 4, *Bella Health & Wellness v. Weiser*, No. 1:23-cv-939-DDD-SKC (D. Colo. Apr. 28, 2023), Dkt. 48.

[4]   *See* W. M. Allen et al., *Nomenclature of Corpus Luteum Hormone*, 136 Nature 303, 303 (1935) https://perma.cc/DV4P-W5BL (discussing identification of the "progestational hormone").

[5]   *See generally* Lucie Kolatorova et al., *Progesterone: A Steroid with Wide Range of Effects in Physiology as Well as Human Medicine*, 23 Int'l J. Molecular Scis., July 2022, https://perma.cc/V3JE-CGXF.

[6]   *See* Arri Coomarasamy et al., *PROMISE: first-trimester progesterone therapy in women with a history of unexplained recurrent miscarriages – a randomised, double-blind, placebo-controlled, international multicentre trial and economic evaluation*, Health Tech. Assessment, May 2016, at 1, https://perma.cc/4BZH-NUUN; N.E. Simons et al., *The long-term effect of prenatal progesterone treatment on child development, behaviour and health: a systematic review*, 128 Brit. J. of Obstetrics & Gynaecology 964, May 2021, https://bit.ly/3Ky7SGD.

[7]   *See* Gian Carlo Di Renzo et al., *Progesterone: History, facts, and artifacts*, 69 Best Practice & Rsch. Clinical Obstetrics & Gynaecology 2 (2020), https://bit.ly/3ZH1uAU.

[8]   *See* Kolatorova et al., *supra* note 5.



3

All uses of supplemental progesterone except two—treatment of endometrial hyperplasia and secondary amenorrhea—are considered "off-label" uses. The FDA has long recognized the freedom health care professionals enjoy to prescribe FDA-approved drugs off-label, stating that "[o]nce a [drug] product has been approved for marketing, a physician may prescribe it for uses or in treatment regimens or patient populations that are not included in approved labeling."[9] The FDA historically classified the drugs pregnant women might take into five risk categories (A, B, C, D, or X) to indicate the potential of a drug to cause adverse effects during pregnancy. Progesterone is classified as Category B—the same category as Tylenol, the most commonly used pain reliever during pregnancy.[10]

Two recent studies—the Progesterone in Recurrent Miscarriages (PROMISE) study and the Progesterone in Spontaneous Miscarriage (PRISM) study—documented the use of progesterone to treat unexplained recurrent miscarriage and early pregnancy bleeding.[11] In November 2021, the United Kingdom's National Institute of Health and Care Excellence (NICE) published new guidelines, based on a research review (including the PRISM study), recommending progesterone therapy for women with early pregnancy bleeding and at least one previous miscarriage.[12] NICE noted that "there was no evidence of harms for women or babies" from the use of progesterone, including "no increase in risk of stillbirth, ectopic pregnancy, congenital abnormalities or adverse drug reactions."[13]

### *The Abortion Pill*

The abortion pill, also known as medication abortion or chemical abortion, refers to the use of prescribed drugs to terminate pregnancy. The current FDA-approved abortion-pill regimen consists of two drugs: mifepristone and misoprostol. Under the

---

[9]   12 FDA Drug Bulletin, Apr. 1982, at 5, https://perma.cc/A5UJ-C5YL.

[10]  FDA, Prometrium Label, at 19, https://perma.cc/CR46-2FTS; *Prometrium Prescribing Information,* Drugs.com,  https://perma.cc/RDN3-WNQ8.

[11]  *See* Coomarasamy et al.,  *supra* note 6, at 1; Arri Coomarasamy et al., *A Randomized Trial of Progesterone in Women with Bleeding in Early Pregnancy*, 380 New Eng. J. Med. 1815 (2019), https://bit.ly/3m0dXCl.

[12]  *Ectopic pregnancy and miscarriage: diagnosis and initial management*, National Institute for Health and Care Excellence (NICE) (updated Nov. 24, 2021), https://perma.cc/Y9TE-KCY5 (Guideline NG126, Recommendation 1.5.2).

[13]  *Ectopic pregnancy and miscarriage: diagnosis and initial management*, National Institute for Health and Care Excellence (NICE), at 16 (November 2021), https://perma.cc/4W4X-Q95Y (Guideline NG126 Update).

p. 303-789-4968 | f. 303-789-6018 | www.bellanwc.org | 180 E. Hampden Ave. Suite 100, Englewood, CO 80113



4

approved protocol, a woman takes mifepristone orally, followed up to 48 hours later by misoprostol.[14]

Mifepristone is a progesterone antagonist, meaning it binds to (and blocks) the same intracellular receptors as progesterone.[15] As the FDA explains, "Mifepristone is a drug that blocks a hormone called progesterone that is needed for a pregnancy to continue."[16] By blocking the progesterone receptors, mifepristone causes the uterine lining to deteriorate, blocking oxygen and nutrition to the developing embryo and rendering the uterus vulnerable to contractions.[17] Misoprostol then binds to smooth muscle cells in the uterine lining, thereby causing contractions that mechanically expel the embryo from a woman's uterus, completing the abortion process.

### *Abortion Pill Reversal*

Some women change their mind about terminating their pregnancies after taking mifepristone but before taking misoprostol. Other women do not want to take mifepristone in the first place, but rather take it under duress or because they were tricked.[18]

When a woman has taken mifepristone (willingly or not) and then decides to continue her pregnancy, it no longer makes sense for her to take misoprostol. So, halting the abortion pill process starts with the patient not taking misoprostol.

---

[14] FDA, Summary Review for Regulatory Action (Mar. 29, 2016), https://perma.cc/F468-UFEJ.

[15] *The Antiprogestin Steroid RU 486 and Human Fertility Control*, at 276 (Etienne-Emile Baulieu & Sheldon J. Segal eds., 1985) ("Our results confirm that RU 486 behaves as a progesterone antagonist at the receptor level.").

[16] FDA, Questions and Answers on Mifepristone for Medical Termination of Pregnancy Through Ten Weeks Gestation, https://perma.cc/5XDY-Q4T3.

[17] Mary L. Davenport et al., *Embryo Survival After Mifepristone: A Systematic Review of the Literature*, 32 Issues L. & Med. 3 (2017), https://bit.ly/3ZBFfMN.

[18] *See, e.g.*, Lauren Aratani, *Texas man faces charges for allegedly slipping abortion drug in wife's drink*, Guardian (Nov. 14, 2022), https://perma.cc/8NJD-3SSF; *Civil servant guilty of spiking drink with abortion drug*, BBC News (May 3, 2022), https://perma.cc/U43C-C2VU; Andy Wells, *NHS nurse struck off for supplying abortion pills to man who 'force-fed' them to pregnant partner*, Yahoo (Sept. 23, 2021), https://perma.cc/G88T-AXHX; Kevin Murphy, *Abortion-drug dealer pleads guilty, linked to Grand Rapids man accused of poisoning pregnant woman's drink*, Wis. Rapids Trib. (Mar. 5, 2020), https://perma.cc/4JSV-AJ64; Kristine Phillips, *A doctor laced his ex-girlfriend's tea with abortion pills and got three years in prison*, Wash. Post (May 19, 2018), https://perma.cc/W7QM-Q9VZ; Loulla-Mae Eleftheriou-Smith, *Man forced ex-girlfriend to miscarry after secretly feeding her abortion pills in a smoothie*, Independent (Mar. 13, 2015), https://perma.cc/KJF4-E9VX; Lateef Mungin, *Man pleads guilty to tricking pregnant girlfriend into taking abortion pill*, CNN (Sept. 10, 2013), https://perma.cc/RT4R-6LLL.



5

Health care providers can then prescribe progesterone in an attempt to overcome the progesterone-blocking effects of the mifepristone and maintain the pregnancy. Administering progesterone in these circumstances is commonly known as "abortion pill reversal."

The basic biochemical premise of abortion pill reversal is that the function of a receptor antagonist (*i.e.*, mifepristone) can be inhibited by increasing the concentration of the receptor agonist (*i.e.*, progesterone).[19] Abortion pill reversal therefore involves administering an influx of progesterone to curb and outlast, or outcompete, the effects of the mifepristone. Like most other uses of progesterone, its use in abortion pill reversal is off label.

The scientific literature demonstrates the ability of progesterone to counteract mifepristone. In 1989, researchers designed a study to investigate "the role of progesterone in the maintenance of pregnancy" by using groups of pregnant rats. After four days, only 33.3% of the rats who received mifepristone remained pregnant, but 100% who were given progesterone in addition to mifepristone remained pregnant.[20]

In 2018, Dr. George Delgado published an observational case series that followed 754 pregnant women who had taken mifepristone, but had not yet taken misoprostol, and were interested in reversing its effects. A total of 547 women met inclusion criteria and underwent progesterone therapy within 72 hours after taking mifepristone.[21] The overall success rate—247 live births, plus four viable pregnancies lost after 20 weeks gestation—was 48%.[22] The 2018 study showed even higher success rates when the patients were divided into treatment subgroups. It showed fetal survival rates of 64% for the subgroup that received progesterone intramuscularly and 68% for the subgroup that received a high dose of oral progesterone followed by

---

[19] *See generally* Barbara J. Pleuvry, *Receptors, agonists and antagonists*, 5 Neurosurgical Anaesthesia and Intensive Care, Pharmacology 350 (2004), https://bit.ly/439IXR4.

[20] Shingo Yamabe et al., *The Effect of RU486 and Progesterone on Luteal Function During Pregnancy*, 65 Folia Endocrinologica Japonica 497 (1989), https://perma.cc/FY3C-ADAD.

[21] George Delgado et al., *A Case Series Detailing the Successful Reversal of the Effects of Mifepristone Using Progesterone*, 33 Issues L. & Med. 21, 24-25 (2018), https://perma.cc/ZR33-UJWF. The 2018 study followed a 2012 case report, also published by Drs. Delgado and Davenport, that followed seven women who had taken mifepristone and then received progesterone therapy after "s[eeking] assistance to block the mifepristone effects." George Delgado et al., *Progesterone use to reverse the effects of mifepristone*, 46 Annals Pharmacotherapy 1723, 1723 (2012), https://perma.cc/3Z7Q-JBRT. Four of the six women who completed the study were able to carry their pregnancies to term.

[22] Delgado et al., *A Case Series*, *supra* note 21, at 25-26.



daily oral progesterone until the end of the first trimester.[23] These compare favorably with the baseline fetal survival rate of approximately 25% if no treatment is attempted after mifepristone is administered.[24] Notably, this 2018 study found no increased risk of birth defects after progesterone therapy. And the rate of preterm delivery was 2.7%, compared with a 10% average in the general population in the United States.[25]

In the case of a woman choosing to stop an abortion, the 2018 study recommended a protocol to reverse the effects of mifepristone by administering progesterone, either orally or by intramuscular injection, "as soon as possible" after taking mifepristone, followed by supplemental progesterone until the end of the first trimester (if taken orally) or for a series of additional intramuscular injections.[26]

The medical literature does not reveal a documented risk that taking mifepristone followed by progesterone leads to an increased incidence of either birth defects or preterm labor. The 2018 Delgado study found a preterm birth rate of only 2.5%, compared with a 10% rate in the general population.

Critics of abortion pill reversal commonly point to the fact that the use of progesterone to counteract mifepristone is an off-label use. But so are the majority of medications commonly used in obstetrics—including tocolytics such as Terbutaline, magnesium sulphate, nifedipine, and non-steroidal anti-inflammatory drugs (NSAIDs).

Critics of abortion pill reversal also rely on a 2020 study by Dr. Mitchell Creinin, who attempted to conduct a randomized study on the "efficacy and safety" of abortion pill reversal. The study was designed to enroll 40 pregnant women in two control groups—one receiving mifepristone followed by progesterone, and the other receiving mifepristone followed by a placebo. But Creinin stopped the study after 12 women were enrolled, and only 10 women completed it.

Creinin's study does not support the claim that abortion pill reversal is dangerous. Three women in Creinin's study had significant bleeding and sought emergency medical treatment—but of those three women, two had received the placebo, so the only drug they had taken was mifepristone. Those women required emergency suction aspiration abortions, and one of them required a blood transfusion. For the

---

[23] *Id.* at 26.

[24] *Id.*; *see also* Davenport et al., *supra* note 17.

[25] Delgado et al., *A Case Series*, *supra* note 21, at 26.

[26] *Id.* at 29.

p. 303-789-4968 | f. 303-789-6018 | www.bellanwc.org | 180 E. Hampden Ave. Suite 100, Englewood, CO 80113



one woman who had taken mifepristone followed by progesterone and had significant bleeding, no intervention was required. Thus, Creinin does not even contend that progesterone itself is the danger, focusing instead on the claimed danger of not taking misoprostol.[27]

Creinin's study also undermines claims that abortion pill reversal is not effective. Four of the five women in the progesterone group successfully maintained their pregnancies, as documented by fetal cardiac motion. By contrast, only two of the women in the placebo group maintained their pregnancies. If anything, Creinin's study suggests that abortion pill reversal works.

### *Bella's Experience with Progesterone Therapy and Abortion Pill Reversal*

Bella's general practice is to consider progesterone therapy where a pregnant woman has any of the following risk factors: prior miscarriage, bleeding in the first trimester, prior pregnancy with preterm delivery, infertility, history of low luteal progesterone, and medications that block progesterone (*i.e.*, mifepristone). If a woman with one or more risk factors has abnormal progesterone levels, Bella offers progesterone therapy to reduce the risk of miscarriage and preterm birth. Bella and its providers have an ethical and religious obligation to treat all women at risk of miscarriage, whether that risk arises biologically, due to physical trauma, or because the woman ingested mifepristone.

When a woman contacts Bella seeking abortion pill reversal, a Bella provider will meet her at the clinic as soon as possible, including on nights, weekends, and holidays. After taking a thorough medical history, the Bella provider performs an ultrasound with state-of-the-art equipment to ensure the presence of an intrauterine pregnancy. Risks, benefits, and alternatives are discussed with the patient. Bella informs each woman that the use of progesterone to attempt to reverse the effects of mifepristone is an off-label use and that success is not guaranteed. If the woman chooses to continue her pregnancy, Bella offers progesterone therapy in order to counteract the effects of the mifepristone. Bella has treated dozens of abortion pill reversal patients who successfully maintained their pregnancies.

---

[27]   It is thus no surprise that, at the preliminary injunction hearing, Samuel Delp, Senior Program Director for the Division of Professions and Occupations within the Colorado Department of Regulatory Affairs, testified that he was unaware of any prior complaints against a doctor or nurse regarding their use of progesterone or harm caused by abortion pill reversal treatment. Transcript of Hearing on Motion for Preliminary Injunction at 42:6-17, *Bella Health & Wellness v. Weiser*, No. 1:23-cv-939-DDD-SKC (D. Colo. May 2, 2023), Dkt. 51.

**BELLA**
health + wellness
WOMEN · MEN · CHILDREN

8

\* \* \*

SB 23-190 instructs the Colorado Medical Board, State Board of Nursing, and State Board of Pharmacy to consider whether "it is a generally accepted standard of practice to engage in medication abortion reversal." A "generally accepted standard" of practice "refers to norms of conduct applicable to similar persons in like circumstances."[28] As to medical professionals, "compliance with 'generally accepted standards' requires the person to exercise that degree of knowledge, skill, and care exercised by other like professionals in the same or a similar community."[29]

Here, the "like circumstances" are those in which a pregnant woman has taken mifepristone but not misoprostol, decides to continue her pregnancy, and seeks medical assistance to do so. As explained above, there is good scientific evidence that administering supplemental progesterone to reverse the effects of mifepristone is both safe and effective. In fact, it is the only known treatment option to counter the effects of mifepristone. Thus, a reasonable medical professional who is aware of abortion pill reversal and the science behind it would administer supplemental progesterone in these circumstances to attempt to continue the pregnancy and save the unborn child. Indeed, it would be highly unethical—and contrary to our core religious convictions—to refuse to treat a pregnant woman at risk of miscarriage because she took mifepristone but then desires to continue her pregnancy.

The Boards should adopt rules and regulations to articulate that engaging in medication abortion reversal is a generally accepted standard of practice.

Sincerely,

_Denise Chism_ signature    6/1/2023
Denise "Dede" Chism        Date

_Abby Sinnett_ signature    6/1/2023
Abby Sinnett              Date

_Kathleen Sander_ signature 6/1/2023
Kathleen Sander           Date

---

[28] *Kibler v. State*, 718 P.2d 531, 534 (Colo. 1986).

[29] *Id.* at 534-35.