# EXHIBIT 1

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00939-DDD-SKC

BELLA HEALTH AND WELLNESS, on behalf of itself and its patients, et al,

    Plaintiffs,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al,

    Defendants.

---

**SECOND DECLARATION OF MICHAEL T. DOUGHERTY**

---

I, Michael T. Dougherty, pursuant to 28 U.S.C. § 1746, state as follows:

1. This Second Declaration supplements the Declaration dated April 20, 2023, filed in this matter [ECF 32-4] and the Declaration dated April 21, 2023, of Ryan Day, filed in this matter [ECF 36].

2. I am the elected District Attorney for the Twentieth Judicial District of Colorado. I have previously articulated my review of SB 23-190 and how it amended the Colorado Consumer Protection Act ("CCPA") and specifically C.R.S. § 6-1-734 [See ECF 32-4 ¶¶ 7-12].

3. I have reviewed the plaintiffs' First Amended Verified Complaint in this action. It is my understanding the plaintiffs operated a medical center in the City of Lafayette, which is within the Twentieth Judicial District, between 2017 and July 27, 2023. It is my understanding that among other services, the medical center in Lafayette provided progesterone in the context of abortion pill reversal therapy.

4. It is my understanding that Bella Health's other locations are outside of the jurisdiction of the Twentieth Judicial District.

5. In my Declaration dated April 20, 2023 [ECF 32-4], I stated that I did not understand SB 23-190 to create a per se violation of the CCPA for advertising or offering abortion pill reversal treatment. I further attested that my office would not bring an enforcement action that treats Bella Health's progesterone treatment for abortion pill reversal as a per se violation of the CCPA unless and until the relevant medical boards conclude their rulemaking on this treatment as contemplated by SB 23-190.

6. Consistent with my prior declaration, my office has not brought an enforcement action against Bella Health.

7. The Colorado Medical Board completed its rulemaking on August 17, 2023.

8. Because the Colorado Medical Board did not complete its rulemaking before Bella Health's Lafayette location closed and because Bella Health's remaining locations are not within the Twentieth Judicial District, I will not investigate or prosecute an action against Bella Health under the CCPA for the purpose of enforcing SB 23-190.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 28th day of September, 2023.

_____
Michael T. Dougherty
District Attorney