IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BELLA HEALTH AND WELLNESS et al.<br><br>    *Plaintiffs*,<br><br>    v.<br><br><br>PHIL WEISER, in his official capacity as Attorney General of Colorado, et al;<br><br>    *Defendants*. | Case No. 1:23-cv-939-DDD-SKC |

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

BELLA HEALTH AND WELLNESS,
DEDE CHISM, ABBY SINNETT, and
KATHLEEN SANDER,
On behalf of themselves and their patients.

DATED: October 9, 2023

/s/ Kelly R. Oeltjenbruns
Kelly R. Oeltjenbruns
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave, N.W.
Suite 400
Washington, D.C. 20006
(202) 955-0095
koeltjenbruns@becketlaw.org

1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2023, I electronically filed the foregoing Entry of Appearance with the Clerk of Court via CM/ECF, which will provide electronic copies to counsel of record.

<u>/s/ Kelly R. Oeltjenbruns</u>
Kelly R. Oeltjenbruns
