## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

BELLA HEALTH AND WELLNESS et al.,

    *Plaintiffs*,

    v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.,

    *Defendants*.

Case No. 1:23-cv-939-DDD-SKC

### PLAINTIFFS' MOTION TO RESTRICT PHOTOGRAPHS

Pursuant to Local Rule 7.2, Plaintiffs Bella Health & Wellness, Denise ("Dede") Chism, Abby Sinnett, and Kathleen Sander (collectively, "Plaintiffs") seek leave from this Court to restrict photographs of Plaintiff Dede Chism with a patient and her newborn baby. The patient transferred her care to Bella during the pendency of this lawsuit after beginning abortion pill reversal and recently gave birth to a healthy baby boy. In support of this motion, Plaintiffs state as follows:

1.    On September 22, 2023, Plaintiffs moved to enjoin SB 23-190 and its implementing regulations. SB 23-190 and its implementing regulations prohibit Plaintiffs from publicizing or providing abortion pill reversal, which refers to the use of progesterone to counteract the effects of mifepristone—the first drug used in the two-drug abortion-pill regime.

2.     In response, Defendants questioned the effectiveness of abortion pill reversal and argued that SB 23-190 and its regulations "do not impede" a woman's right to continue her pregnancy. *See* Dkt.99 at 4-7, 27-28.

3.     Plaintiffs intend to file a supplemental declaration from Dede Chism to update the Court on the status of Bella's current abortion pill reversal patients. One of those patients delivered a healthy baby boy on September 18, 2023.

4.     Plaintiffs intend to attach to this declaration three photographs of Ms. Chism, the new mother, and her baby. The faces of the patient and her baby are blurred to protect their privacy.

5.     Abortion is a deeply divisive issue about which people on all sides have very strong views. Disclosure of the patient's identity could result in public harassment or exposure in the press. Accordingly, to protect the patient from the disclosure of her photograph and information about her healthcare choices, Plaintiffs seek leave to file these photographs under a Level 1 restriction.

6.     Courts have granted motions to seal in similar circumstances. *See Roe v. Aware Woman Ctr. for Choice, Inc.*, 253 F.3d 678, 685 (11th Cir. 2001) (describing decisions concerning abortion as the "paradigmatic example of the type of highly sensitive and personal matter that warrants a grant of anonymity"); *Luo v. Wang*, 71 F.4th 1289, 1304 (10th Cir. 2023) (granting motion to seal sensitive identifying information); *Vance v. Microsoft Corp.*, No. C20-1082, 2022 WL 93332, at *2 (W.D. Wash.

Jan. 10, 2022) ("[T]he privacy interests of the unidentified non-parties is a compelling reason to maintain these images under seal").

7.     Since Plaintiffs seek only a Level 1 restriction, no party will be prejudiced by the relief sought in this motion.

8.      Plaintiffs attempted to meet and confer with Defendants regarding the filing of this motion on the evening of October 9, 2023. *See* D.C. Colo. L. Civ. R. 7.1(a). As of the filing of this motion, Defendants' position on the motion is unknown.

**CONCLUSION**

For the foregoing reasons, Plaintiffs respectfully request that this Court permit them to file photographs of Plaintiff Dede Chism with a patient and her newborn baby under a Level 1 restriction.

Dated: October 9, 2023               Respectfully submitted,

                                     /s/ Mark L. Rienzi
                                     Mark L. Rienzi
                                     Rebekah P. Ricketts*
                                     Laura W. Slavis
                                     Colten L. Stanberry
                                     Kelly R. Oeltjenbruns
                                     The Becket Fund for Religious Liberty
                                     1919 Pennsylvania Ave, N.W.
                                     Suite 400
                                     Washington, D.C. 20006
                                     (202) 955-0095
                                     mrienzi@becketlaw.org

                                     *Admitted only in Texas. Supervised by a
                                     member of the D.C. Bar.

## CERTIFICATE OF CONFERENCE

Pursuant to Local Civil Rule 7.1(a), I hereby certify that on the evening of October 9, 2023, counsel for Plaintiffs, Rebekah P. Ricketts, attempted to confer with counsel for Defendants. At the time of the filing of this motion, Defendants' position on the motion is unknown.

/s/ Mark L. Rienzi
Mark L. Rienzi

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with D.C. Colo. L. Civ. R. 7.2 and the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

/s/ Mark L. Rienzi
Mark L. Rienzi

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2023, I electronically filed the above motion with the Clerk of Court via CM/ECF, which will provide electronic copies to counsel of record.

/s/ Mark L. Rienzi
Mark L. Rienzi