# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-939-DDD-SKC

BELLA HEALTH AND WELLNESS, et al.,
    Plaintiffs,
v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.,
    Defendants.

## STATE DEFENDANTS' PARTIALLY UNOPPOSED MOTION TO SUBMIT ADDITIONAL EVIDENCE

Philip J. Weiser, Attorney General of Colorado, and members of the Colorado Medical Board and Colorado State Board of Nursing, each in their official capacities, file this motion to submit additional evidence, and as grounds therefore states as follows:

### CERTIFICATE OF CONFERRAL

Pursuant to D.C.Colo.LCivR 7.1(a), undersigned counsel conferred with counsel for the Plaintiffs. Plaintiffs do not oppose this motion with respect to Defendants' request to submit Dr. Cohen's supplemental declaration to the Court. Plaintiffs do oppose Defendants' alternative request for live cross-examination of their expert. Plaintiffs indicated that they would seek cross-examination of the Defendants' experts if the Court permits cross-examination of Dr. Chireau Wubbenhorst.

## BACKGROUND

Plaintiffs filed their second motion for a preliminary injunction on September 22. (Doc. 92.) Plaintiffs did not submit a declaration from an expert witness in support of their Motion. *See id*. The State Defendants filed their response on October 3 with declarations from two experts: Dr. Cohen and Dr. Cullen. (Doc. 99.) On October 9, Plaintiffs filed their reply, which included a declaration from Dr. Chireau Wubbenhorst. (Doc. 102, 102-1.) Dr. Chireau Wubbenhorst's declaration was a direct response to Dr. Cohen's declaration. (Doc. 102-1 at ¶ 5.) On October 11, the Court's chambers notified the parties that the preliminary injunction hearing would be for legal arguments only absent a motion by a party to submit additional evidence.

## ARGUMENT

When a hearsay statement is admitted into evidence, the declarant's credibility may be attacked by any evidence that would be admissible if the declarant had testified as a witness. Fed. R. Evid. 806. Here, Plaintiffs bear the burden of proof on their second motion for preliminary injunction. Despite having the burden, they did not submit expert testimony in support of it. Plaintiffs only disclosed Dr. Chireau Wubbenhorst's declaration in support of their reply, giving them the opportunity to provide otherwise unrebutted expert testimony directly addressing the State Defendants' expert opinions.

The State Defendants hereby move this Court to accept a brief rebuttal declaration from Dr. Cohen that responds to the most significant flaws in Dr. Chireau

2

Wubbenhorst's opinions. (**Exhibit A**, the Supplemental Declaration of Dr. Rebecca Cohen.) Doing so will still permit this Court to focus next week's hearing on legal argument while also affording the State Defendants some opportunity to challenge newly disclosed evidence proffered in support of a reply brief.

In the alternative, the State Defendants ask this Court to permit cross-examination of Dr. Wubbenhorst during the hearing. In the interests of judicial economy, the State Defendants believe the appropriate remedy is to admit Dr. Cohen's short rebuttal declaration rather than to order cross-examination of witnesses. The State Defendants do not believe cross-examination is necessary if the Court admits Dr. Cohen's supplemental declaration.

WHEREFORE, the State Defendants respectfully moves this Court to accept a rebuttal declaration from Dr. Cohen. In the alternative, the State Defendants ask this Court to permit the cross-examination of Dr. Chireau Wubbenhorst.

Respectfully submitted this October 12, 2023.

PHILIP J. WEISER
Attorney General

/s/ Brian Urankar
*Grant T. Sullivan*, Assistant Solicitor General
*Michael T. Kotlarczyk,* Sr. Assistant Attorney General
Counsel to Attorney General Philip J. Weiser

*Brian Urankar*, Assistant Attorney General
Counsel to the Colorado Medical Board

*Elizabeth Kenny*, Assistant Attorney General
Counsel to the Colorado State Board of Nursing

3

1300 Broadway
Denver, Colorado 80203
Telephone: (720) 508-6407
Email: grant.sullivan@coag.gov
michael.kotlarczyk@coag.gov
brian.urankar@coag.gov
elizabeth.kenny@coag.gov

**CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

5

## CERTIFICATE OF SERVICE

      I hereby certify that on October 12, 2023, I served a true and complete copy of the foregoing **STATE DEFENDANTS' MOTION TO SUBMIT ADDITIONAL EVIDENCE** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email.

      *s/Carmen Van Pelt*
Carmen Van Pelt
Senior Paralegal