IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-939-DDD-SKC

BELLA HEALTH AND WELLNESS, et al.,
    Plaintiffs,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.,
    Defendants.

## SUPPLEMENTAL DECLARATION OF REBECCA COHEN, M.D., M.P.H.

    I, Rebecca Cohen, pursuant to 28 U.S.C. § 1746, state as follows:

    1.    I have reviewed the declaration of Dr. Monique Chireau Wubbenhorst submitted in this matter dated October 9, 2023.

    2.    Dr. Chireau Wubbenhorst relies heavily on biologic plausibility and animal studies to defend use of progesterone after ingestion of mifepristone in humans. While animal studies can provide important foundational information about drug mechanisms, toxicity, and effectiveness, there are significant challenges in translation to human studies.[1] Many promising therapies from animal studies have been found to be ineffective or even toxic when given to people. Human and animal biology do not always mirror each other. For instance, thalidomide was extensively tested for safety in animals before it caused birth defects in thousands of

---

[1] Gail Van Norman et al., *Limitations of Animal Studies for Predicting Toxicity in Clinical Trials: is it Time to Rethink Our Current Approach?* 4(7) Journal of the American College of Cardiology Basic to Translational Science 845-854 (2019).

EXHIBIT A

people when taken for morning sickness. Animal studies cannot establish safety or efficacy of a treatment in humans.

3. Specifically, regarding the Camilleri et al study Dr. Chireau Wubbenhorst discusses in paragraph 38, there are important differences between rats and humans. First, a single dose of mifepristone induced a 100% termination rate in rats, whereas up to 46% of human pregnancies continue after mifepristone alone, which suggests the drug has different impacts on humans and rats. Additionally, researchers counted as a success any rat with at least one viable fetus in the litter – which obviously lacks parallel in human pregnancy, most of which have only one embryo.

4. Throughout her declaration, Dr. Chireau Wubbenhorst overstates the significance of progesterone therapy, both in statistical interpretation and in defense of Dr. Delgado's study design. In paragraph 57, she defends the use of including only patients with demonstrated fetal cardiac activity in studies of progesterone therapy after mifepristone. However, their historical controls are rates of ongoing pregnancy after mifepristone alone. By excluding patients whose pregnancies have stopped growing after mifepristone injection, they are inflating the success rates of progesterone therapy. Put another way, the rate of continuing pregnancies reported in Dr. Delgado's research may not in fact compare favorably to the baseline number specifically because they do not compare like with like. The baseline number reflects <u>all</u> women who ingest mifepristone and Dr. Delgado's research subjects are only

women for whom mifepristone was ineffective, as they were believed to have continuing pregnancies after ingesting mifepristone.

5. In paragraph 46, Dr. Chireau Wubbenhorst points out the small increase in ongoing pregnancies when patients receive depot medroxyprogesterone acetate ("DMPA" an injectable synthetic progesterone) at the same time as mifepristone. While this may at best demonstrate biological plausibility of interference, it is important to note that in this study, the progestin was given at the same time as the mifepristone. It is not surprising that mifepristone is less effective with simultaneous administration of DMPA because mifepristone takes time to work. It is not scientifically accurate to compare the effects of simultaneous injection of DMPA with the various protocols put forth by proponents of "medication abortion reversal," because "medication abortion reversal," as described in the literature cited by Dr. Wubbenhorst involves progesterone use many hours to days after consuming mifepristone. It is also worth noting that in the rare case where a patient changes their mind within 30 minutes of taking mifepristone, the standard of care is to induce vomiting so that the drug is expelled before it takes effect. In other words, simultaneous (or near simultaneous) administration of mifepristone and progesterone would never be a medication abortion reversal protocol in the clinical context.

6. While Dr. Delgado's case series do not describe the interval between mifepristone and progesterone, it is almost certainly more than the 90 minutes

3

needed for mifepristone to reach peak concentrations in the bloodstream.[2] I have personally spoken with the physicians who conducted this research because I wanted to know if I needed to modify my own clinical practices of administering DMPA at the same time as mifepristone. The researchers characterized the increased chance of ongoing pregnancy as not clinically significant. ACOG released this practice bulletin because conservative practitioners of evidence-based medicine should always counsel patients on risks associated with a treatment, even if the risk is minimal and far outweighed by the benefits. I continue to administer DMPA and mifepristone at the same time in my clinical practice, I just do so after counseling patients on the slightly elevated risk of ongoing pregnancy during the informed consent process.

7. Dr. Chireau Wubbenhorst notes correctly that 80% (4/5) patients in Dr. Creinin's study that received mifepristone and progesterone had ongoing pregnancy, versus 40% (2/5) had ongoing pregnancy after mifepristone and placebo. The facts noted by Dr. Wubbenhorst are not the same as evidence establishing causation. It is misleading to use these small sample sizes as Dr. Wubbenhorst does, and doing so is inconsistent with basic principles of sound statistical analysis. Dr. Creinin had calculated that 40 participants were needed to show the statistically significant difference in expected outcomes of progesterone vs placebo – stopping the study early due to safety concerns means that they only recruited 12, of whom 10 completed the

---

[2] N. N. Sarkar, *Mifepristone: Bioavailability, Pharmacokinetics and Use-Effectiveness*, 101(2) European Journal of Obstetrics and Gynecology 113-20 (2002).

study. Although the percentages appear vastly different, the small numbers of participants mean that there is a high possibility that the outcomes will be different just based on chance. Using the Fisher's exact statistical test appropriate for small sample sizes, the p-value is 0.52. This means that if the two groups were identical, you would find a difference of this magnitude by chance at least half of the time.

8. Similarly, Dr. Chireau Wubbenhorst overstates the results of progesterone therapy from the PRISM study – extrapolating from a small subset of patients with recurrent miscarriage who may benefit from supplemental progesterone to all patients. Importantly, women without a previous miscarriage – whose progesterone levels were assumed to be normal - had no benefit of progesterone supplementation when they experienced bleeding in early pregnancy. The conclusions stated in my October 3, 2023, declaration responded to the data reflecting all patients in the study, while Dr. Chireau Wubbenhorst's conclusions refer only to a subset of participants. Also importantly, none of the women in PRISM received mifepristone. It is a different situation when progesterone is available in the body, but unable to act upon blocked receptors. The PRISM study does not establish the safety or efficacy of using progesterone to attempt to reverse the effects of mifepristone.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of October, 2023.

*Rebecca H Cohen*

_____
Rebecca Cohen, M.D., M.P.H.