**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL D. DOMENICO**

| | |
|---|---|
| Civil Action No.: 1:23-cv-00939-DDD-SKC | Date:  October 17, 2023 |
| Courtroom Deputy:  Robert R. Keech | Court Reporter: Tammy Hoffschildt |

| *Parties:* | *Counsel:* |
|---|---|
| BELLA HEALTH AND WELLNESS, | Mark L. Rienzi |
| DENISE "DEDE" CHISM, | Kelly R. Oeltjenbruns |
| ABBY SINNETT, and | Colten L. Stanberry |
| KATHLEEN SANDER, on behalf of themselves | Rebekah P. Ricketts |
| and their patients, | Laura W. Slavis |
| | |
| Plaintiffs, | |
| | |
| v. | |
| | |
| PHIL WEISER, in his official capacity as | Michael T. Kotlarczyk |
| Attorney General of Colorado; | Brian J. Urankar |
| ROLAND FLORES, | Elizabeth V. Kenny |
| AMANDA MIXON, | Grant T. Sullivan |
| JENNIFER BLAIR, | David E. Hughes |
| BECKETT CZARNECKI, | Andrew D. Ringel |
| ROBERT M. MAULITZ, | Josh A. Marks |
| SAUGHAR SAMALI, | |
| ALAN E. SHACKELFORD, | |
| KIELY M. SCHULTZ, | |
| AMY E. COLEN, | |
| ANITA KUMAR, | |
| DONALD LEFKOWITS, | |
| MAIDUL MEHMUD, | |
| KIAN MODANLOU, | |
| SCOTT C. STRAUSS, | |
| CHRISTOPHER A. BATES, | |
| JULIE ANN HARPER, and | |
| HIEN H. LY, in their official capacity as | |
| members of the Colorado Medical Board; | |
| BERNARD JOSEPH FRANTA, | |
| LORI RAE HAMILTON, | |
| KARRIE TOMLIN, | |
| LENNY ROTHERMUND, | |

HAYLEY HITCHCOCK,
ALISSA M. SHELTON,
PHYLLIS GRAHAM-DICKERSON,
BRANDY VALDEZ MURPHY,
DIANE REINHARD,
NICHELE BRATTON, and
AECIAN PENDLETON, in their official capacity
as members of the Colorado State
Board of Nursing;
JOHN KELLNER, in his official capacity
as District Attorney of the 18th Judicial
District of Colorado;
MICHAEL DOUGHERTY, in his official
capacity as District Attorney of the 20th
Judicial District of Colorado; and
BETH McCANN, in her official capacity as
District Attorney of the 2nd Judicial District
of Colorado,

      Defendants.

---

# COURTROOM MINUTES

---

**MOTION HEARING**

**9:35 a.m.**      **Court in session.**

Appearances of counsel.

Court's opening remarks.

> Pending motions are raised for argument.
>
> Argument by Ms. Slavis, Mr. Marks, Mr. Ringel, Mr. Hughes, Ms. Slavis, Mr. Rienzi, Mr. Sullivan, Mr. Rienzi, Mr. Sullivan, Mr. Rienzi, Mr. Sullivan, and Mr. Urankar.

**11:01 a.m.**      **Court in recess.**

**11:18 a.m.**      **Court in session.**

> Argument by Mr. Rienzi, Mr. Urankar, Mr. Rienzi.

**ORDERED:** [58] Defendant's Motion to Dismiss from Beth McCann is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** [67] Defendant John Kellner's Motion to Dismiss is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** [95] Defendant District Attorney Michael Dougherty's Motion to Dismiss Amended Complaint is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** [68] Defendant Attorney General Weiser's Motion to Dismiss Under Fed. R. Civ. P. 12(b)(1) and 12(b)(6) is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** [107] Defendants Nursing Board's Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6) is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** [92] Plaintiffs' Motion for a Preliminary Injunction is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** [103] Plaintiffs' Motion to Restrict Photographs is **GRANTED.**

**12:52 p.m.**   Court in recess. <u>Hearing concluded. Total in court time:  3:00</u>