## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00939-DDD-SKC

BELLA HEALTH AND WELLNESS, on behalf of itself and its patients, et al,

     Plaintiffs,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.,

     Defendants.

---

## ANSWER TO FIRST AMENDED COMPLAINT

---

On September 27, 2023, Plaintiffs filed a First Amended Verified Complaint and Demand for Jury Trial (Doc. 94) (the "Complaint"). The members of the Colorado Medical Board, each in their official capacities, answer the First Amended Verified Complaint (Doc. 94), stating as follows:

### ANSWER TO NATURE OF THE ACTION

1. The Medical Board denies the allegations in paragraph 1.

2. The Medical Board admits that Senate Bill-190's implementing regulations define medication abortion reversal as inconsistent with the standard of care in Colorado and denies all remaining allegations in paragraph 2.

3. The Medical Board denies the allegations in paragraph 3.

4.      The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 4 and therefore denies them.

5.      The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 5 and therefore denies them.

6.      The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 6 and therefore denies them.

7.      The Medical Board is without sufficient knowledge and information to form a belief about the truth of the first sentence in paragraph 7 and therefore denies it. The Medical Board admits that Plaintiffs could be subject to discipline if they engage in conduct that violates the applicable standard of care. The remaining allegations in paragraph 7 are denied.

8.      The Medical Board admits the allegations in the first sentence but denies the remaining allegations in paragraph 8.

9.      The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 9 and therefore denies them.

10.     The Medical Board denies the allegations in paragraph 10.

11.     The Medical Board admits that providing, prescribing, administering, or attempting a "medication abortion reversal," as defined by Senate Bill 23-190, may be considered unprofessional conduct. All remaining allegations in paragraph 11 are denied.

12.     The Medical Board admits that the Department of Regulatory Agencies noticed a draft rule for public comment that included a statement that it would investigate any complaints about abortion pill reversal on a case-by-case basis and that it received comments and testimony from state legislators on the proposed rules. Those comments speak for themselves. The Medical Board denies the remaining allegations in paragraph 12.

13.     The Medical Board admits that it adopted a rule stating that the use of progesterone to reverse the effects of mifepristone is not a generally accepted standard of practice. The rule speaks for itself. All remaining allegations in paragraph 13 are denied.

14.     The Medical Board admits the first sentence of paragraph 14 and states that the Nursing Board's rules speak for themselves. All remaining allegations in paragraph 14 are denied.

15.     The Medical Board admits the first sentence of paragraph 15 and states that the Pharmacy Board's rules speak for themselves. All remaining allegations in paragraph 15 are denied.

3

16.     The Medical Board is without sufficient information to admit or deny allegations about the intent of the Pharmacy Board members and therefore denies them. The board members' statements speak for themselves. All remaining allegations in paragraph 16 are denied.

17.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 17, and therefore denies them.

18.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 18, and therefore denies them.

19.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 19, and therefore denies them.

20.     The Medical Board denies the allegations in paragraph 20.

21.     The Medical Board denies the allegations in paragraph 21.

22.     The Medical Board denies the allegations in paragraph 22.

23.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in the second sentence of paragraph 23. All remaining allegations in paragraph 23 are denied.

24.     The Medical Board denies the allegations in paragraph 24.

25.     The Medical Board admits that women have rights under the Fourteenth Amendment to make medical decisions affecting their bodily integrity but denies the remaining allegations in paragraph 25.

26.     The Medical Board denies the allegations in paragraph 26.

## JURISDICTION AND VENUE

27.     To the extent Plaintiffs have asserted cognizable and justiciable claims under the Constitution and the laws of the United States, this Court would have jurisdiction under 28 U.S.C. §§ 1331 and 1343.

28.     To the extent Plaintiffs have asserted cognizable and justiciable claims that would entitle them to declaratory or injunctive relief, this Court has authority to issue such relief under 28 U.S.C. §§ 2201 and 2202.

29.     To the extent Plaintiffs have asserted cognizable and justiciable claims, venue would lie in this district under 28 U.S.C. § 1391(b)(1) and (2).

## THE PARTIES

### *Plaintiffs*

30.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 30, and therefore denies them.

31.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 31, and therefore denies them.

5

32.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 32, and therefore denies them.

33.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 33, and therefore denies them.

34.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 34, and therefore denies them.

### *Defendants*

35.     The Medical Board admits that Philip Weiser is the Colorado Attorney General with the authority granted to him by the referenced statutes. Those statutes speak for themselves.

36.     The Medical Board admits that the individuals listed in paragraph 36 previously were or presently are members of the Colorado Medical Board. The Medical Board denies that Drs. Kumar and Lefkowits are presently members of the Medical Board but admits they both previously served as board members. The Medical Board admits that it has authority to regulate the practice of the healing arts pursuant to the Colorado Medical Practice Act, §§ 12-240-101, *et seq.*, C.R.S.

37.     The Medical Board admits that the individuals listed in paragraph 37 are members of the Colorado Board of Nursing but denies that Haley Hitchcock is a

board member. The Medical Board admits that the Board of Nursing has authority to regulate the practice of nursing pursuant to the Nurse and Nurse Aid Practice Act, §§ 12-255-101, *et seq*., C.R.S.

38.     The Medical Board admits that John Kellner is District Attorney of the 18th Judicial District of Colorado, which includes Arapahoe County. The Medical Board is without sufficient knowledge and information to form a belief about the truth of the remaining allegations in paragraph 38, and therefore denies them.

39.     The Medical Board admits that Michael Dougherty is District Attorney of the 20th Judicial District of Colorado, which includes Boulder County. The Medical Board is without sufficient knowledge and information to form a belief about the truth of the remaining allegations in paragraph 39, and therefore denies them.

40.     The Medical Board admits that Beth McCann is District Attorney of the 2nd Judicial District of Colorado, which includes Denver County. The Medical Board is without sufficient knowledge and information to form a belief about the truth of the remaining allegations in paragraph 40, and therefore denies them.

## FACTUAL ALLEGATIONS

### *Bella Health and Wellness*

41.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 41, and therefore denies them.

7

42.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 42, and therefore denies them.

43.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 43, and therefore denies them.

44.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 44, and therefore denies them.

45.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 45, and therefore denies them.

46.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 46, and therefore denies them.

47.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 47, and therefore denies them.

48.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 48, and therefore denies them.

49.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 49, and therefore denies them.

50.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 50 and its subparts, and therefore denies them.

51.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 51, and therefore denies them.

52.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 52, and therefore denies them.

53.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 53, and therefore denies them.

54.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 54, and therefore denies them.

55.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 55, and therefore denies them.

56.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 56, and therefore denies them.

57.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 57, and therefore denies them.

58.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 58, and therefore denies them.

59.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 59, and therefore denies them.

60.     The Medical Board admits that proponents of the practice of attempting to reverse the effects of mifepristone with progesterone commonly refer to it as "abortion pill reversal." The Medical Board denies that progesterone can reverse the effects of mifepristone or that using progesterone to attempt to "reverse" mifepristone comports with generally accepted standards of medical care.

### *Progesterone*

61.     The Medical Board admits the allegations in paragraph 61 but denies any allegations contained in the article cited in the footnote.

62.     The Medical Board admits the allegations in paragraph 62 but denies any allegations contained in the article cited in the footnote.

63.     The Medical Board admits the allegations in paragraph 63 but denies any allegations contained in the article cited in the footnote.

64.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 64, and therefore denies them.

65.     The Medical Board admits the allegations in paragraph 65 but denies any allegations contained in the article cited in the footnote.

66.     The Medical Board admits the allegations in paragraph 66 but denies any allegations contained in the article cited in the footnote.

67.     The Medical Board admits the allegations in paragraph 67 but denies any allegations contained in the article cited in the footnote.

68.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 68 and its related footnote 10, and therefore denies them.

69.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 69, and therefore denies them.

70.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 70 and its related footnote 11, and therefore denies them.

71.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 71 and footnote 12, and therefore denies them.

72.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 71 and footnote 12, and therefore denies them.

73.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 73, and therefore denies them.

74.     The Medical Board admits that physicians and other prescribing providers can prescribe medications for off-label use if such use meets generally accepted standards of medical practice. The Medical Board is without sufficient knowledge and information to form a belief about the truth of any remaining allegations in paragraph 74, and therefore denies them.

75.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 75, and therefore denies them.

76.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 76 and related footnote 14, and therefore denies them.

77.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 77 and footnote 15, and therefore denies them.

78.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 78 and footnote 16, and therefore denies them.

79.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 79 and footnote 17, and therefore denies them.

### *The Abortion Pill*

80.     The Medical Board admits that a "medication abortion" or "medical abortion" refers to the use of prescribed drugs to terminate a pregnancy. The Medical Board denies all remaining allegations of Paragraph 80.

81.     The Medical Board admits that a medication abortion can involve a two-drug regimen consisting of mifepristone and misoprostol. Any remaining allegations in paragraph 81 are denied.

13

82.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 82 and related footnote 18, and therefore denies them.

83.    The Medical Board admits the allegations in paragraph 83 but denies any allegations in the related footnote 19.

84.    The Medical Board admits the allegations in paragraph 84 and states that the cited FDA document speaks for itself.

85.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 85 and footnote 21, and therefore denies them.

86.    The Medical Board admits the allegations in paragraph 86 but denies any allegations in article cited in the related footnote 22.

87.    The Medical Board admits the allegations in paragraph 87.

88.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 88 and footnotes 23 and 24, and therefore denies them.

89.    The Medical Board admits the allegations in paragraph 89 and states that the FDA document cited in the footnote speaks for itself.

***Abortion Pill Reversal***

90.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 90, and therefore denies them.

91.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 91 and footnote 26, and therefore denies them.

92.     The Medical Board denies the allegations in paragraph 92.

93.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 93 and footnote 27, and therefore denies them.

94.     The Medical Board admits that the use of progesterone to attempt to reverse or stop a medication abortion is an off-label use. Any remaining allegations in paragraph 94 are denied.

95.     The Medical Board denies the allegations in paragraph 95.

96.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 96 and footnote 28, and therefore denies them.

97.     The Medical Board admits Delgado published an observational case series in 2018. The Medical Board is without sufficient knowledge and information to form a belief about the truth of the remainder of the allegations in paragraph 97, and therefore denies them.

15

98.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 98 and footnotes 29 and 30, and therefore denies them.

99.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 99 and footnote 31, and therefore denies them.

100.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 100 and footnote 32, and therefore denies them.

101.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 101 and footnote 33, and therefore denies them.

102.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 102, and therefore denies them.

103.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 103, and therefore denies them.

104.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 104 and footnotes 34 and 35, and therefore denies them.

*Bella's Experience with Progesterone Therapy and Abortion Pill Reversal*

105.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 105, and therefore denies them.

106.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 106, and therefore denies them.

107.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 107, and therefore denies them.

108.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 108, and therefore denies them.

109.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 109, and therefore denies them.

110.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 110, and therefore denies them.

111.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 111, and therefore denies them.

112.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 112, and therefore denies them.

113.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 113, and therefore denies them.

114.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 114, and therefore denies them.

115.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 115, and therefore denies them.

116.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 116, and therefore denies them.

117.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 117, and therefore denies them.

118.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 118, and therefore denies them.

119.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 119, and therefore denies them.

120.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 120, and therefore denies them.

### Bella's Speech About Its Services

121.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 121, and therefore denies them.

122.    The Medical Board admits that Bella's website contains the quoted language. All remaining allegations in paragraph 122 are denied.

123.    The Medical Board admits that Bella's website contains the quoted language. All remaining allegations in paragraph 123 are denied.

124.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 124, and therefore denies them.

125.    The Medical Board admits that Bella's website contains the quoted language. All remaining allegations in paragraph 125 are denied.

126.    The Medical Board admits that Bella's website contains the quoted language. All remaining allegations in paragraph 126 are denied.

127.    The Medical Board admits that Bella's website contains the quoted language. All remaining allegations in paragraph 127 are denied.

128.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 128, and therefore denies them.

129.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 129, and therefore denies them.

130.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 130, and therefore denies them.

131.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 131, and therefore denies them.

### *Reproductive Health Equity Act*

132.    The Medical Board admits the factual allegations in paragraph 132.

133. The Medical Board admits that the RHEA contains the language quoted in paragraph 133, and further states that the statute speaks for itself.

134. The Medical Board admits that the RHEA prohibits a public entity from "deny[ing], restrict[ing], interfer[ing] with, or discriminat[ing] against an individual's fundamental right to use or refuse contraception or to continue a pregnancy and give birth or to have an abortion in the regulation or provision of benefits, facilities, services, or information." The Medical Board denies all remaining allegations in paragraph 134.

135. The Medical Board admits that the RHEA contains the statutory language quoted in paragraph 135, and further states that the statute speaks for itself.

136. The allegations in paragraph 136 are legal contentions to which no response is required.  To the extent a response is required, is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 136, and therefore denies them.

### *Colorado Medical and Nursing Licensing Regimes*

137. The Medical Board admits that it and the State Board of Nursing were created by the cited statutes, which speak for themselves. All remaining allegations in paragraph 137 are denied.

138. The Medical Board admits the allegations in paragraph 138.

139. The Medical Board admits the allegations in paragraph 139.

140. The Medical Board admits that it has investigative and disciplinary authority as articulated in §12-240-125, C.R.S., which speaks for itself. Any remaining allegations in paragraph 140 are denied.

141. The Medical Board admits that the State Board of Nursing has investigative and disciplinary authority as articulated in §12-255-119, C.R.S., which speaks for itself. Any remaining allegations in paragraph 141 are denied.

142. The Medical Board admits that initiation of complaints regarding a licensee's conduct is governed by the applicable practice acts and statutory authority governing each type of licensee, including but not limited to the cited statutes, which speak for themselves. Any remaining allegations paragraph 142 are denied.

143. The Medical Board admits that it has adopted Policy 40-03, which speaks for itself, but denies that the policy is a rule. Any remaining allegations in paragraph 143 are denied.

144. The Medical Board admits that the language quoted in paragraph 144 is contained in Policy 40-03 but denies that the policy is a rule and states that the selective quotations do not provide the full context for the Medical Board's policy. Any remaining allegations in paragraph 144 are denied.

### *Colorado Consumer Protection Act*

145. The provisions of the Colorado Consumer Protection Act speak for themselves. To the extent a response is required, the Medical Board is without

sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 145, and therefore denies them.

146.    The provisions of the Colorado Consumer Protection Act speak for themselves. To the extent a response is required, the Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 146, and therefore denies them.

147.    The provisions of the Colorado Consumer Protection Act speak for themselves. To the extent a response is required, the Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 147, and therefore denies them.

148.    The provisions of the Colorado Consumer Protection Act speak for themselves. To the extent a response is required, the Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 148, and therefore denies them.

149.    The provisions of the Colorado Consumer Protection Act speak for themselves. To the extent a response is required, the Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 149, and therefore denies them.

150.    The provisions of the Colorado Consumer Protection Act speak for themselves. To the extent a response is required, the Medical Board is without

sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 150, and therefore denies them.

### Colorado Senate Bill 23-190

151.   The Medical Board admits that Governor Polis signed Senate Bill 23-190 into law on April 14, 2023 and that the full text of the bill is attached as Exhibit H, but denies the remaining allegations in paragraph 151.

152.   The Medical Board admits the allegations in paragraph 152.

153.   The Medical Board admits that Senate Bill 23-190 includes the quoted language and further states that the bill includes other language that provides additional context. Senate Bill 23-190 speaks for itself. All remaining allegations in paragraph 153 are denied.

154.   The Medical Board admits that Senate Bill 23-190 includes the quoted language and further states that the bill contains other language that provides additional context. Senate Bill 23-190 speaks for itself. All remaining allegations in paragraph 154 are denied.

155.   The Medical Board admits that Senate Bill 23-190 includes the quoted language and further states that the bill contains other language that provides additional context. Senate Bill 23-190 speaks for itself. All remaining allegations in paragraph 155 are denied.

156.   The Medical Board admits that Senate Bill 23-190 includes the quoted language and further states that the bill contains other language that provides

additional context. Senate Bill 23-190 speaks for itself. All remaining allegations in paragraph 156 are denied.

157.   The Medical Board admits that Senate Bill 23-190 includes the quoted language and further states that the bill contains other language that provides additional context. Senate Bill 23-190 speaks for itself. All remaining allegations in paragraph 157 are denied.

158.   The Medical Board admits that Senate Bill-23-190 includes the quoted language and further states that the bill contains other language that provides additional context. Senate Bill 23-190 speaks for itself. All remaining allegations in paragraph 158 are denied.

### Legislative Record

159.   The Medical Board denies the allegations in paragraph 159.

160.   The Medical Board admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Medical Board otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 160, and therefore denies them.

161.   The Medical Board admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Medical Board otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 161, and therefore denies them.

162.   The Medical Board admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Medical Board otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 162, and therefore denies them.

163.   The Medical Board admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Medical Board otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 163, and therefore denies them.

164.   The Medical Board admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Medical Board otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 164, and therefore denies them.

165.   The Medical Board admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Medical Board otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 165, and therefore denies them.

166.   The Medical Board admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Medical Board otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 166, and therefore denies them.

167.     The Medical Board admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Medical Board otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 167, and therefore denies them.

168.     The Medical Board admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Medical Board otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 168, and therefore denies them.

169.     The Medical Board admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Medical Board otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 169, and therefore denies them.

170.     The Medical Board admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Medical Board otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 170, and therefore denies them.

171.     The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 171, and therefore denies them.

172.     The Medical Board admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Medical

27

Board otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 172, and therefore denies them.

173.   The Medical Board admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Medical Board otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 173, and therefore denies them.

174.   The Medical Board admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Medical Board otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 174, and therefore denies them.

175.   The Medical Board admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Medical Board otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 175, and therefore denies them.

176.   The Medical Board admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Medical Board otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 176, and therefore denies them.

177.   The Medical Board admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Medical

Board otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 177, and therefore denies them.

178.   The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 178, and therefore denies them.

179.   The Medical Board admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Medical Board otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 179, and therefore denies them.

180.   The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 180, and therefore denies them.

181.   The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 181, and therefore denies them.

182.   The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 182, and therefore denies them.

183.   The Medical Board admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Medical

Board otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 183, and therefore denies them.

184.    The Medical Board admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Medical Board otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 184, and therefore denies them.

185.    The Medical Board admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Medical Board otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 185, and therefore denies them.

**Procedural History**

186.    The Medical Board admits the allegations in paragraph 186.

187.    The Medical Board admits that the Court held a hearing on Plaintiffs' preliminary injunction motion on April 24 and declined to enter a preliminary injunction at least in part based on the State's assurances about enforcement. Any remaining allegations in paragraph 187 are denied.

**Senate Bill 23-190 Rulemaking**

188.    The Medical Board admits the Department of Regulatory Agencies hosted a joint stakeholder meeting on behalf of the Medical Board, Board of Nursing, and Board of Pharmacy to gather feedback regarding the implementation of Senate Bill 23-190. Any remaining allegations in paragraph 188 are denied.

189.    The Medical Board admits that Plaintiffs submitted the attached public comment prior to the June 5 stakeholder meeting but is without sufficient knowledge and information to form a belief about the truth of any of the submitted comments and therefore denies the remaining allegations in paragraph 189.

190.    The Medical Board admits that the referenced public comments were made at the June 5 stakeholder meeting but denies that there is scientific evidence that abortion pill reversal is safe and effective. The Medical Board is without sufficient knowledge and information to form a belief about the truth of any of the remaining submitted comments and therefore denies the remaining allegations in paragraph 190.

191.    The Medical Board admits that several women submitted comments at the June 5 stakeholder meeting to urge the Boards not to adopt a rule banning medical abortion reversal but is without sufficient knowledge and information to form a belief about the truth of any of the testimony and therefore denies the remaining allegations in paragraph 191.

192.    The Medical Board admits that Dr. Creinin and others submitted comments at the stakeholder meetings in support of the proposed rule banning medication abortion reversal but is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 192, and therefore denies them.

193.    The Medical Board admits the allegations in paragraph 193.

194.   The Medical Board admits the allegations in paragraph 194.

195.   The Medical Board admits the allegations in paragraph 195.

196.   The Medical Board admits several stakeholders submitted written comments consistent with the quoted language. Any remaining allegations in paragraph 196 are denied.

197.   The Medical Board admits the allegations in paragraph 197.

198.   The Medical Board admits that Bella and other individuals submitted comments requesting that the Medical Board conclude that abortion pill reversal is a generally accepted practice but denies all remaining allegations paragraph 198.

199.   The Medical Board admits that two bill sponsors testified at the August 4 stakeholder meeting but denies the remaining allegations in paragraph 199.

200.   The Medical Board admits that Representative McCormick made the quoted public comments but lacks sufficient knowledge and information to form a belief about the context of or basis for those comments and, therefore, all remaining allegations in paragraph 200 are denied.

201.   The Medical Board admits that Senator Winter made the quoted public comments but lacks sufficient knowledge and information to form a belief about the context of or basis for those comments and, therefore, all remaining allegations in paragraph 201 are denied.

202.   The Medical Board admits it adopted a revised rule at its rulemaking hearing on August 17, the text of which can be found at 3 CCR 713-1, Rule 1.32, and speaks for itself. The Medical Board denies the remaining allegations in Paragraph 202.

203.   The Medical Board admits that the State Board of Nursing proposed a draft rule in the form attached as Exhibit R, which speaks for itself. All remaining allegations in paragraph 203 are denied.

204.   The Medical Board admits the Board of Nursing held its final rulemaking hearing on September 20, 2023, but is without sufficient knowledge and information to form a belief about the truth of the remaining allegations in paragraph 204, and therefore denies them.

205.   The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 205, and therefore denies them.

206.   The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 206, and therefore denies them.

207.   The Medical Board admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Medical Board otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 207, and therefore denies them.

208.    The Medical Board admits the rules promulgated by the Board of Nursing and Medical Board were effective October 1, 2023, and that all Defendants agreed to a non-enforcement period expiring at 12:00 A.M. on October 24. The Medical Board denies all remaining allegations in paragraph 208.

### *Harm to Bella and its Patients*

209.    The Medical Board denies the allegations in paragraph 209.

210.    The Medical Board denies the allegations in paragraph 210.

211.    The Medical Board denies that the harm is not speculative. The Medical Board is without sufficient knowledge and information to form a belief about the truth of the remaining allegations in paragraph 211, and therefore denies them.

212.    The Medical Board denies that any of its licensees are authorized to provide care which deviates from generally accepted standards of medical practice – either before or after the effective date of Senate Bill 23-190 and its implementing rule – without facing potential discipline under the Medical Practice Act. The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 212, and therefore denies them.

213.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 213, and therefore denies them.

34

214.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 214, and therefore denies them.

215.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 215, and therefore denies them.

216.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 216, and therefore denies them.

217.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 217, and therefore denies them.

218.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 218, and therefore denies them.

219.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 219, and therefore denies them.

220.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 220, and therefore denies them.

221.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 221, and therefore denies them.

222.    The Medical Board denies the allegations in paragraph 222.

## CLAIMS FOR RELIEF

### Count I

### 42 U.S.C. § 1983
### Violation of U.S. Const. Amend. I: Free Exercise Clause
### Not Generally Applicable

223.    The Medical Board incorporates by reference its answers to all preceding paragraphs.

224.    The allegations in paragraph 224 restate caselaw, which speaks for itself. The Medical Board denies any remaining factual allegations in paragraph 224.

225.    The allegations in paragraph 225 restate caselaw, which speaks for itself. The Medical Board denies any remaining factual allegations in paragraph 225.

226.    The allegations in paragraph 226 restate caselaw, which speaks for itself. The Medical Board denies any remaining factual allegations in paragraph 226.

227.    The Medical Board is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 227, and therefore denies them.

228.    The Medical Board admits that the quoted language is contained in Senate Bill 23-190 but denies any remaining factual allegations in paragraph 228.

229.    The Medical Board denies the allegations in paragraph 229.

230.    The Medical Board denies the allegations in paragraph 230.

231.    The Medical Board disagrees that Senate Bill 23-190 and its implementing regulations trigger strict scrutiny by a court and denies any remaining factual allegations.

232.    The Medical Board states that it is tasked with ensuring the proper exercise of the healing arts in Colorado and has a compelling interest in preventing Colorado patients from potential harm and denies the factual allegations in paragraph 232.

233.    The Medical Board denies the allegations in paragraph 233.

234.    The Medical Board denies the allegations in paragraph 234.

## Count II

### 42 U.S.C. § 1983
### Violation of U.S. Const. Amend. I: Free Exercise Clause
### Not Generally Applicable

235.    The Medical Board incorporates by reference its answers to all preceding paragraphs.

236.    The allegations in paragraph 236 restate caselaw, which speaks for itself. Any factual allegations in paragraph 236 are denied.

237.    The allegations in paragraph 237 restate caselaw, which speaks for itself. Any factual allegations in paragraph 237 are denied.

238.    The allegations in paragraph 238 restate caselaw, which speaks for itself. Any factual allegations in paragraph 238 are denied.

239.    The Medical Board denies the allegations in paragraph 239.

240.    The Medical Board admits that its rule states that the use of progesterone with the intent to reverse a medical abortion does not meet generally accepted standards of medical practice and that other treatments will be evaluated on a case-by-case basis as they arise. The Medical Board denies any remaining factual allegations in paragraph 240.

241.    The Medical Board admits that the Nursing and Pharmacy Board regulations permit the boards to evaluate all forms of abortion bill reversal on a case-by-case basis. All remaining factual allegations in paragraph 241 are denied.

242.    The Medical Board denies the allegations in paragraph 242.

243.    The Medical Board denies the allegations in paragraph 243.

244.    The Medical Board denies the allegations in paragraph 244.

245.    The Medical Board denies the allegations in paragraph 245.

## Count III

### 42 U.S.C. § 1983

### Violation of U.S. Const. Amend. I: Free Exercise Clause
### Not Neutral

246.    The Medical Board incorporates by reference its answers to all preceding paragraphs.

247.    The allegations in paragraph 247 restate caselaw, which speaks for itself. Any factual allegations in paragraph 247 are denied.

248.    The allegations in paragraph 248 restate caselaw, which speaks for itself. Any factual allegations in paragraph 248 are denied.

249.    The allegations in paragraph 249 restate caselaw, which speaks for itself. Any factual allegations in paragraph 249 are denied.

250.    The allegations in paragraph 250 restate caselaw, which speaks for itself. Any factual allegations in paragraph 250 are denied.

251.    The allegations in paragraph 251 restate caselaw, which speaks for itself. Any factual allegations in paragraph 251 are denied.

252.    The allegations in paragraph 252 restate caselaw, which speaks for itself. Any factual allegations in paragraph 252 are denied.

253.    The Medical Board denies the allegations in paragraph 253.

254.    The Medical Board denies the allegations in paragraph 254.

255.    The Medical Board admits Senate Bill 23-190 and its regulations lack a religious exemption but deny all remaining allegations of paragraph 255.

256.    The Medical Board denies the allegations in paragraph 256.

257.   The Medical Board denies the allegations in paragraph 257.

258.   The Medical Board denies the allegations in paragraph 258.

259.   The Medical Board denies the allegations in paragraph 259.

## Count IV

### 42 U.S.C. § 1983
### Violation of U.S. Const. Amend. I: Free Exercise Clause
### Content and Viewpoint Discrimination

260.   The Medical Board incorporates by reference its answers to all preceding paragraphs.

261.   The allegations in paragraph 261 restate caselaw, which speaks for itself. Any factual allegations in paragraph 261 are denied.

262.   The allegations in paragraph 262 restate caselaw, which speaks for itself. Any factual allegations in paragraph 262 are denied.

263.   The allegations in paragraph 263 restate caselaw, which speaks for itself. Any factual allegations in paragraph 263 are denied.

264.   The allegations in paragraph 264 restate caselaw, which speaks for itself. Any factual allegations in paragraph 264 are denied.

265.   The allegations in paragraph 265 restate caselaw, which speaks for itself. Any factual allegations in paragraph 265 are denied.

266.   The Medical Board denies the allegations in paragraph 266.

267.   The Medical Board denies the allegations in paragraph 267.

268.   The Medical Board denies the allegations in paragraph 268.

269.    The Medical Board denies the allegations in paragraph 269.

270.    The Medical Board denies the allegations in paragraph 270.

271.    The Medical Board denies the allegations in paragraph 271.

272.    The Medical Board denies the allegations in paragraph 272.

273.    The Medical Board denies the allegations in paragraph 273.

274.    The Medical Board denies the allegations in paragraph 274.

275.    The Medical Board denies the allegations in paragraph 275.

276.    The Medical Board denies the allegations in paragraph 276.

277.    The Medical Board denies the allegations in paragraph 277.


### Count V

### 42 U.S.C. § 1983
### Violation of U.S. Const. Amend. I: Free Speech Clause
### Patients' Right to Receive Information

278.    The Medical Board incorporates by reference its answers to all preceding paragraphs.

279.    The allegations in paragraph 279 restate caselaw, which speaks for itself. Any factual allegations in paragraph 279 are denied.

280.    The allegations in paragraph 280 restate caselaw, which speaks for itself. Any factual allegations in paragraph 280 are denied.

281.    The Medical Board denies the allegations in paragraph 281.

282.    The Medical Board denies the allegations in paragraph 282.

283.    The Medical Board denies the allegations in paragraph 283.

284.    The Medical Board denies the allegations in paragraph 284.

285.    The Medical Board denies the allegations in paragraph 285.

286.    The Medical Board denies the allegations in paragraph 286.

287.    The Medical Board denies the allegations in paragraph 287.

### Count VI

**42 U.S.C. § 1983**
**Violation of U.S. Const. Amend. XIV: Due Process Clause**
**Patients' Right to Medical Treatment**

288.    The Medical Board incorporates by reference its answers to all preceding paragraphs.

289.    The allegations in paragraph 289 restate caselaw, which speaks for itself. Any factual allegations in paragraph 289 are denied.

290.    The allegations in paragraph 290 restate caselaw, which speaks for itself. Any factual allegations in paragraph 290 are denied.

291.    The Medical Board admits that a woman has a fundamental right not to be forced to undergo or continue an abortion against her will. Any remaining factual allegations in paragraph 291 are denied.

292.    The Medical Board denies the allegations in paragraph 292.

293.    The Medical Board denies the allegations in paragraph 293.

294.    The Medical Board denies the allegations in paragraph 294.

295.    The Medical Board denies the allegations in paragraph 295.

296.   The Medical Board denies the allegations in paragraph 296.

297.   The Medical Board denies the allegations in paragraph 297.

298.   The Medical Board denies the allegations in paragraph 298.

299.   The Medical Board denies the allegations in paragraph 299.

## Count VII

### 42 U.S.C. § 1983
### Violation of U.S. Const. Amend. XIV: Equal Protection Clause
### Patients' Right to Medical Treatment

300.   The Medical Board incorporates by reference its answers to all preceding paragraphs.

301.   The allegations in paragraph 301 restate the Constitution, which speaks for itself. Any factual allegations in paragraph 301 are denied.

302.   The Medical Board denies the allegations in paragraph 302.

303.   The Medical Board denies the allegations in paragraph 303.

304.   The Medical Board denies the allegations in paragraph 304.

305.   The Medical Board denies the allegations in paragraph 305.

306.   The Medical Board denies the allegations in paragraph 306.

## Count VIII

### 42 U.S.C. § 1983
### Violation of U.S. Const. Amend. XIV: Equal Protection Clause
### Patients' Right to Medical Treatment

307.   The Medical Board incorporates by reference its answers to all preceding paragraphs.

308.    The allegations in paragraph 308 restate caselaw, which speaks for itself. Any factual allegations in paragraph 308 are denied.

309.    The allegations in paragraph 309 restate caselaw, which speaks for itself. Any factual allegations in paragraph 309 are denied.

310.    The allegations in paragraph 310 restate caselaw, which speaks for itself. Any factual allegations in paragraph 310 are denied.

311.    The Medical Board denies the allegations in paragraph 311.

312.    The Medical Board denies the allegations in paragraph 312.

313.    The Medical Board denies the allegations in paragraph 313.

314.    The Medical Board denies the allegations in paragraph 314.

315.    The Medical Board denies the allegations in paragraph 315.

316.    The Medical Board denies the allegations in paragraph 316.

317.    The Medical Board denies the allegations in paragraph 317.

318.    The Medical Board denies the allegations in paragraph 318.

319.    The Medical Board denies the allegations in paragraph 319.

## ANSWER TO PRAYER FOR RELEIF

Wherefore, the Medical Board denies that Plaintiffs are entitled to any of the relief they request.

## THE MEDICAL BOARD'S AFFIRMATIVE DEFENSES

The Medical Board asserts the following defenses, for which it does not concede that it bears the burden of persuasion or proof.

44

1.      Plaintiffs' First Amended Verified Complaint fails, in whole or in part, to state a claim upon which relief may be granted under any theory.

2.      The Medical Board affirmatively asserts that Plaintiffs' federal and state rights were not violated and that Plaintiffs have been afforded all the rights, privileges, and immunities granted by the United States Constitution and Colorado law.

3.      The Medical Board's actions, applicable regulations, and Senate Bill 23-190 are supported by compelling governmental interests, goals, and objectives.

4.      The Medical Board's actions, applicable regulations, and Senate Bill 23-190 are supported by important or substantial governmental interests, goals, and objectives.

5.      The Medical Board's actions, applicable regulations, and Senate Bill 23-190 are supported by legitimate governmental interests, goals, and objectives.

6.      The Medical Board affirmatively asserts that Senate Bill 23-190 is a valid law of neutral applicability, which is viewpoint and content neutral, and thus does not violation the First Amendment's Free Exercise Clause.

7.      The Medical Board  affirmatively asserts that Senate Bill 23-190 is not overly broad, vague, violative of the unbridled discretion doctrine, or otherwise violative of the Fourteenth Amendment's Due Process or Equal Protections Clauses.

8.      Plaintiffs' claims may be barred in whole or in part by a lack of standing and the absence of any injury in fact.

9.     Plaintiffs are not entitled to the relief being sought or claimed in the First Amended Complaint under the legal theories asserted therein.

10.     The Medical Board asserts, without limitation, each and every affirmative defense available under Fed. R. Civ. P. 8(c), and further reserves the right to assert additional affirmative defenses as discovery progresses in this case and facts become known.

## JURY DEMAND

The Medical Board demands a trial by jury of all issues so triable.

Respectfully submitted this 20th day of October 2023.

PHILIP J. WEISER
Attorney General

s/ *Brian Urankar*

BRIAN URANKAR, #47519*
Assistant Attorney General
JENNIFER H. HUNT, #29964
Senior Assistant Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 8th Floor
Denver, Colorado 80203
Telephone: (303) 508-6407
E-Mail:  brian.urankar@coag.gov;
    Jennifer.hunt@coag.gov
*Attorneys for Defendants, The Colorado
    Medical Board Members*
*Counsel of Record

46

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2023, I served a true and complete copy of the foregoing ANSWER TO FIRST AMENDED COMPLAINT, upon all parties herein by e-filing with the CM/ECF system maintained by the court.

*/s/ Amanda Diaz*