## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00939-DDD-SKC

BELLA HEALTH AND WELLNESS, on behalf of itself and its patients, et al,

     Plaintiffs,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.,

     Defendants.

---

## ENTRY OF APPEARANCE

     Jennifer Hunt hereby enters her appearance on behalf of the Defendant, the Colorado Medical Board, in the above captioned matter. Ms. Hunt is a member in good standing of the bar of this Court. All parties shall copy all pleadings, motions, and briefs filed with the Court to the undersigned Jennifer Hunt, Senior Assistant Attorney General.

     Respectfully submitted this 23rd day of October 2023.

               PHILIP J. WEISER
               Attorney General


               *s/ Jennifer H. Hunt*
               JENNIFER H. HUNT, #29964*
               Senior Assistant Attorney General
               Ralph L. Carr Colorado Judicial Center
               1300 Broadway, 10th Floor

Denver, Colorado 80203
Telephone: (720) 508-6215
E-Mail:  Jennifer.hunt@coag.gov
*Attorneys for Defendants, The Colorado
  Medical Board Members*
*Counsel of Record

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 23, 2023, I served a true and complete copy of the foregoing ENTRY OF APPERANCE, upon all parties herein by e-filing with the CM/ECF system maintained by the court.


/s/ *Amanda Diaz*
Amanda Diaz