## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00939-DDD-SKC

BELLA HEALTH AND WELLNESS, on behalf of itself and its patients, et al,

      Plaintiffs,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.,

      Defendants.

---

## ANSWER TO FIRST AMENDED COMPLAINT

---

On September 27, 2023, Plaintiffs filed a First Amended Verified Complaint and Demand for Jury Trial (Doc. 94) (the "Complaint"). In that First Amended Complaint, the Plaintiffs alleged claims against the Phil Weiser, the Attorney General of Colorado, in his official capacity. The Attorney General now answers the First Amended Verified Complaint (Doc. 94), stating as follows:

### ANSWER TO NATURE OF THE ACTION

1. The Attorney General denies the allegations in paragraph 1.

2. The Attorney General admits that some of Senate Bill-190's implementing regulations define medication abortion reversal as inconsistent with the standard of care in Colorado and denies all remaining allegations in paragraph 2.

3. The Attorney General denies the allegations in paragraph 3.

4.    The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 4 and therefore denies them.

5.    The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 5 and therefore denies them.

6.    The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 6 and therefore denies them.

7.    The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 7 and therefore denies them.

8.    The Attorney General admits the allegations in the first sentence but denies the remaining allegations in paragraph 8.

9.    The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 9 and therefore denies them.

10.    The Attorney General denies the allegations in paragraph 10.

11.    The Attorney General admits that providing, prescribing, administering, or attempting a "medication abortion reversal," as defined by Senate

Bill 23-190, may be considered unprofessional conduct. All remaining allegations in paragraph 11 are denied.

12.     The Attorney General admits that the Department of Regulatory Agencies noticed a draft rule for public comment that included a statement that it would investigate any complaints about abortion pill reversal on a case-by-case basis and that it received comments and testimony from state legislators on the proposed rules. The Attorney General denies the remaining allegations in paragraph 12.

13.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 13 and therefore denies them.  The Attorney General also states that the Medical Board's rules speak for themselves.

14.     The Attorney General admits the first sentence of paragraph 14. All remaining allegations in paragraph 14 are denied.  The Attorney General also states that the Nursing Board's rules speak for themselves.

15.     The Attorney General admits the first sentence of paragraph 15.  All remaining allegations in paragraph 15 are denied. The Attorney General also states that the Pharmacy Board's rules speak for themselves.

16.     The Attorney General is without sufficient information to admit or deny allegations in Paragraph 16 and therefore denies them.

17.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 17, and therefore denies them.

18.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 18, and therefore denies them.

19.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 19, and therefore denies them.

20.     The Attorney General denies the allegations in paragraph 20.

21.     The Attorney General denies the allegations in paragraph 21.

22.     The Attorney General denies the allegations in paragraph 22.

23.     The Attorney General denies the allegations in paragraph 23.

24.     The Attorney General denies the allegations in paragraph 24.

25.     The Attorney General admits that women have rights under the Fourteenth Amendment to make medical decisions affecting their bodily integrity but denies the remaining allegations in paragraph 25.

26.     The Attorney General denies the allegations in paragraph 26.

## JURISDICTION AND VENUE

27.     To the extent Plaintiffs have asserted cognizable and justiciable claims under the Constitution and the laws of the United States, this Court would have jurisdiction under 28 U.S.C. §§ 1331 and 1343.

28.     To the extent Plaintiffs have asserted cognizable and justiciable claims that would entitle them to declaratory or injunctive relief, this Court has authority to issue such relief under 28 U.S.C. §§ 2201 and 2202.

29.     To the extent Plaintiffs have asserted cognizable and justiciable claims, venue would lie in this district under 28 U.S.C. § 1391(b)(1) and (2).

## THE PARTIES

### *Plaintiffs*

30.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 30, and therefore denies them.

31.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 31, and therefore denies them.

32.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 32, and therefore denies them.

33.    The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 33, and therefore denies them.

34.    The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 34, and therefore denies them.

**Defendants**

35.    The Attorney General admits that he is the Attorney General of the State of Colorado and that he is sued only in his official capacity. The Attorney General also states that the statutes speak for themselves.

36.    The Attorney General admits that the individuals listed in paragraph 36 previously were or presently are members of the Colorado Medical Board. The Attorney General denies that Drs. Kumar and Lefkowits are presently members of the Medical Board but admits they both previously served as board members. The Attorney General admits that the Medical Board has authority to regulate the practice of the healing arts pursuant to the Colorado Medical Practice Act, §§ 12-240-101, *et seq.*, C.R.S.

37.    The Attorney General admits that the individuals listed in paragraph 37 are members of the Colorado Board of Nursing but denies that Haley Hitchcock is a board member. The Attorney General admits that the Board of Nursing has

6

authority to regulate the practice of nursing pursuant to the Nurse and Nurse Aid Practice Act, §§ 12-255-101, *et seq.*, C.R.S.

38.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in the second sentence of paragraph 38, and therefore denies them. The Attorney General admits the remaining allegations in paragraph 38.

39.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in the second sentence of paragraph 39, and therefore denies them. The Attorney General admits the remaining allegations in paragraph 39.

40.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in the second sentence of paragraph 40, and therefore denies them. The Attorney General admits the remaining allegations in paragraph 40.

## FACTUAL ALLEGATIONS

### *Bella Health and Wellness*

41.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 41, and therefore denies them.

42.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 42, and therefore denies them.

43.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 43, and therefore denies them.

44.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 44, and therefore denies them.

45.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 45, and therefore denies them.

46.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 46, and therefore denies them.

47.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 47, and therefore denies them.

48.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 48, and therefore denies them.

49.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 49, and therefore denies them.

50.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 50 and its subparts, and therefore denies them.

51.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 51, and therefore denies them.

52.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 52, and therefore denies them.

53.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 53, and therefore denies them.

54.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 54, and therefore denies them.

55.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 55, and therefore denies them.

56.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 56, and therefore denies them.

57.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 57, and therefore denies them.

58.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 58, and therefore denies them.

59.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 59, and therefore denies them.

60.     The Attorney General admits that proponents of the practice of attempting to reverse the effects of mifepristone with progesterone commonly refer to it as "abortion pill reversal."

### *Progesterone*

61.     The Attorney General admits the allegations in paragraph 61 but denies any allegations contained in the article cited in the footnote.

62.     The Attorney General admits the allegations in paragraph 62 but denies any allegations contained in the article cited in the footnote.

63.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 63, and therefore denies them.

64.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 64, and therefore denies them.

65.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 65, and therefore denies them.

66.     The Attorney General admits the allegations in paragraph 66 but denies any allegations contained in the article cited in the footnote.

67.     The Attorney General admits the allegations in paragraph 67 but denies any allegations contained in the article cited in the footnote.

68.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 68 and its related footnote 10, and therefore denies them.

69.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 69, and therefore denies them.

70.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 70 and its related footnote 11, and therefore denies them.

71.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 71 and footnote 12, and therefore denies them.

72.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 72 and footnote 12, and therefore denies them.

73.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 73, and therefore denies them.

74.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 74, and therefore denies them.

75.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 75, and therefore denies them.

76.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 76 and related footnote 14, and therefore denies them.

77.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 77 and footnote 15, and therefore denies them.

78.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 78 and footnote 16, and therefore denies them.

79.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 79 and footnote 17, and therefore denies them.

### *The Abortion Pill*

80.     The Attorney General admits that a "medication abortion" or "medical abortion" refers to the use of prescribed drugs to terminate a pregnancy. The Attorney General denies all remaining allegations of Paragraph 80.

81.     The Attorney General admits that a medication abortion can involve a two-drug regimen consisting of mifepristone and misoprostol. Any remaining allegations in paragraph 81 are denied.

82.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 82 and related footnote 18, and therefore denies them.

83.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 83, and therefore denies them.

84.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 84 and footnote 21, and therefore denies them.

85.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 85, and therefore denies them.

86.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 86, and therefore denies them.

87.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 87, and therefore denies them.

88.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 88 and footnotes 23 and 24, and therefore denies them.

89.     The Attorney General admits the allegations in paragraph 89 and states that the FDA document cited in the footnote speaks for itself.

### *Abortion Pill Reversal*

90.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 90, and therefore denies them.

91.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 91 and footnote 26, and therefore denies them.

92.     The Attorney General denies the allegations in paragraph 92.

93.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 93 and footnote 27, and therefore denies them.

94.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 94 and footnote 27, and therefore denies them.

95.     The Attorney General denies the allegations in paragraph 95.

96.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 96 and footnote 28, and therefore denies them.

97.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the remainder of the allegations in paragraph 97, and therefore denies them.

15

98.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 98 and footnotes 29 and 30, and therefore denies them.

99.     The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 99 and footnote 31, and therefore denies them.

100.    The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 100 and footnote 32, and therefore denies them.

101.    The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 101 and footnote 33, and therefore denies them.

102.    The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 102, and therefore denies them.

103.    The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 103, and therefore denies them.

104.    The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 104 and footnotes 34 and 35, and therefore denies them.

### *Bella's Experience with Progesterone Therapy and Abortion Pill Reversal*

105.   The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 105, and therefore denies them.

106.   The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 106, and therefore denies them.

107.   The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 107, and therefore denies them.

108.   The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 108, and therefore denies them.

109.   The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 109, and therefore denies them.

110.   The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 110, and therefore denies them.

111.   The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 111, and therefore denies them.

112.   The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 112, and therefore denies them.

113.   The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 113, and therefore denies them.

114.   The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 114, and therefore denies them.

115.   The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 115, and therefore denies them.

116.   The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 116, and therefore denies them.

117.   The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 117, and therefore denies them.

118.   The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 118, and therefore denies them.

119.   The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 119, and therefore denies them.

120.   The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 120, and therefore denies them.

***Bella's Speech About Its Services***

121.   The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 121, and therefore denies them.

122.   The Attorney General admits that Bella's website contains the quoted language. All remaining allegations in paragraph 122 are denied.

123.   The Attorney General admits that Bella's website contains the quoted language. All remaining allegations in paragraph 123 are denied.

124.   The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 124, and therefore denies them.

125.    The Attorney General admits that Bella's website contains the quoted language. All remaining allegations in paragraph 125 are denied.

126.    The Attorney General admits that Bella's website contains the quoted language. All remaining allegations in paragraph 126 are denied.

127.    The Attorney General admits that Bella's website contains the quoted language. All remaining allegations in paragraph 127 are denied.

128.    The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 128, and therefore denies them.

129.    The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 129, and therefore denies them.

130.    The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 130, and therefore denies them.

131.    The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 131, and therefore denies them.

### *Reproductive Health Equity Act*

132.    The Attorney General admits the factual allegations in paragraph 132.

133.   The Attorney General admits that the RHEA contains the language quoted in paragraph 133, and further states that the statute speaks for itself.

134.   The Attorney General admits that the RHEA prohibits a public entity from "deny[ing], restrict[ing], interfer[ing] with, or discriminat[ing] against an individual's fundamental right to use or refuse contraception or to continue a pregnancy and give birth or to have an abortion in the regulation or provision of benefits, facilities, services, or information." The Attorney General denies all remaining allegations in paragraph 134.

135.   The Attorney General admits that the RHEA contains the statutory language quoted in paragraph 135, and further states that the statute speaks for itself.

136.   The allegations in paragraph 136 are legal contentions to which no response is required.  To the extent a response is required, the Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 136, and therefore denies them.

### *Colorado Medical and Nursing Licensing Regimes*

137.   The Attorney General admits that it and the State Board of Nursing were created by the cited statutes, which speak for themselves. The Attorney General denies the remaining allegations in paragraph 137.

138.   The Attorney General admits the allegations in paragraph 138.

139.   The Attorney General admits the allegations in paragraph 139.

21

140.    The Attorney General admits that the Medical Board has investigative and disciplinary authority as articulated in §12-240-125, C.R.S., which speaks for itself. The Attorney General denies all remaining allegations in paragraph 140.

141.    The Attorney General admits that the State Board of Nursing has investigative and disciplinary authority as articulated in §12-255-119, C.R.S., which speaks for itself. The Attorney General denies all remaining allegations in paragraph 141.

142.    The Attorney General admits that initiation of complaints regarding a licensee's conduct is governed by the applicable practice acts and statutory authority governing each type of licensee, including but not limited to the cited statutes, which speak for themselves. The Attorney General denies all remaining allegations paragraph 142.

143.    The Attorney General admits that it has adopted Policy 40-03, which speaks for itself, but denies that the policy is a rule. Any remaining allegations in paragraph 143 are denied.

144.    The Attorney General admits that the language quoted in paragraph 144 is contained in Policy 40-03 but denies that the policy is a rule and states that the selective quotations do not provide the full context for the Medical Board's policy. The Attorney General denies all remaining allegations in paragraph 144.

*Colorado Consumer Protection Act*

145.   The Attorney General admits that the Colorado Consumer Protection Act contains the quoted portions in paragraph 145.  The Attorney General also states that the statute speaks for itself.

146.   The allegations in paragraph 146 are legal conclusions for which no response is required. The Attorney General also states that the quoted case law in paragraph 146 speaks for itself.

147.   The Attorney General admits the allegations in paragraph 147.  The Attorney General also states that the provisions of the Colorado Consumer Protection Act speak for themselves.

148.   The Attorney General admits the allegations in paragraph 148.  The Attorney General also states that the provisions of the Colorado Consumer Protection Act speak for themselves.

149.   The Attorney General admits the allegations in paragraph 149.  The Attorney General also states that the provisions of the Colorado Consumer Protection Act speak for themselves.

150.   The Attorney General admits the allegations in paragraph 150.  The Attorney General also states that the provisions of the Colorado Consumer Protection Act speak for themselves.

*Colorado Senate Bill 23-190*

151.  The Attorney General admits that Governor Polis signed Senate Bill 23-190 into law on April 14, 2023 and that the full text of the bill is attached as Exhibit H, but denies the remaining allegations in paragraph 151.

152.  The Attorney General admits the allegations in paragraph 152.

153.  The Attorney General admits that Senate Bill 23-190 includes the quoted language and further states that the bill includes other language that provides additional context. Senate Bill 23-190 speaks for itself. All remaining allegations in paragraph 153 are denied.

154.  The Attorney General admits that Senate Bill 23-190 includes the quoted language and further states that the bill contains other language that provides additional context. Senate Bill 23-190 speaks for itself. All remaining allegations in paragraph 154 are denied.

155.  The Attorney General admits that Senate Bill 23-190 includes the quoted language and further states that the bill contains other language that provides additional context. Senate Bill 23-190 speaks for itself. All remaining allegations in paragraph 155 are denied.

156.  The Attorney General admits that Senate Bill 23-190 includes the quoted language and further states that the bill contains other language that provides additional context. Senate Bill 23-190 speaks for itself. All remaining allegations in paragraph 156 are denied.

157.   The Attorney General admits that Senate Bill 23-190 includes the quoted language and further states that the bill contains other language that provides additional context. Senate Bill 23-190 speaks for itself. All remaining allegations in paragraph 157 are denied.

158.   The Attorney General admits that Senate Bill-23-190 includes the quoted language and further states that the bill contains other language that provides additional context. Senate Bill 23-190 speaks for itself. All remaining allegations in paragraph 158 are denied.

### Legislative Record

159.   The Attorney General denies the allegations in paragraph 159.

160.   The Attorney General admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Attorney General otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 160, and therefore denies them.

161.   The Attorney General admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Attorney General otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 161, and therefore denies them.

162.   The Attorney General admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the

Attorney General otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 162, and therefore denies them.

163.   The Attorney General admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Attorney General otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 163, and therefore denies them.

164.   The Attorney General admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Attorney General otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 164, and therefore denies them.

165.   The Attorney General admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Attorney General otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 165, and therefore denies them.

166.   The Attorney General admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Attorney General otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 166, and therefore denies them.

167.   The Attorney General admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the

Attorney General otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 167, and therefore denies them.

168.   The Attorney General admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Attorney General otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 168, and therefore denies them.

169.   The Attorney General admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Attorney General otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 169, and therefore denies them.

170.   The Attorney General admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Attorney General otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 170, and therefore denies them.

171.   The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 171, and therefore denies them.

172.   The Attorney General admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Attorney General otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 172, and therefore denies them.

173.    The Attorney General admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Attorney General otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 173, and therefore denies them.

174.    The Attorney General admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Attorney General otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 174, and therefore denies them.

175.    The Attorney General admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Attorney General otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 175, and therefore denies them.

176.    The Attorney General admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Attorney General otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 176, and therefore denies them.

177.    The Attorney General admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Attorney General otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 177, and therefore denies them.

178.   The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 178, and therefore denies them.

179.   The Attorney General admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Attorney General otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 179, and therefore denies them.

180.   The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 180, and therefore denies them.

181.   The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 181, and therefore denies them.

182.   The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 182, and therefore denies them.

183.   The Attorney General admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Attorney General otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 183, and therefore denies them.

184.   The Attorney General admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Attorney General otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 184, and therefore denies them.

185.   The Attorney General admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Attorney General otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 185, and therefore denies them.

### *Procedural History*

186.   The Attorney General admits the allegations in paragraph 186.

187.   The Attorney General admits that the Court held a hearing on Plaintiffs' preliminary injunction motion on April 24 and declined to enter a preliminary injunction at least in part based on the State's assurances about enforcement. Any remaining allegations in paragraph 187 are denied.

### *Senate Bill 23-190 Rulemaking*

188.   The Attorney General admits the Department of Regulatory Agencies hosted a joint stakeholder meeting on behalf of the Medical Board, Board of Nursing, and Board of Pharmacy to gather feedback regarding the implementation of Senate Bill 23-190. Any remaining allegations in paragraph 188 are denied.

189.   The Attorney General admits that Plaintiffs submitted the attached public comment prior to the June 5 stakeholder meeting but is without sufficient

30

knowledge and information to form a belief about the truth of any of the submitted comments and therefore denies the remaining allegations in paragraph 189.

190.    The Attorney General admits that the referenced public comments were made at the June 5 stakeholder meeting but denies that there is scientific evidence that abortion pill reversal is safe and effective. The Attorney General is without sufficient knowledge and information to form a belief about the truth of any of the remaining submitted comments and therefore denies the remaining allegations in paragraph 190.

191.    The Attorney General admits that several women submitted comments at the June 5 stakeholder meeting to urge the Boards not to adopt a rule banning medical abortion reversal but is without sufficient knowledge and information to form a belief about the truth of any of the testimony and therefore denies the remaining allegations in paragraph 191.

192.    The Attorney General admits that Dr. Creinin and others submitted comments at the stakeholder meetings in support of the proposed rule banning medication abortion reversal but is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 192, and therefore denies them.

193.    The Attorney General admits the allegations in paragraph 193.

194.    The Attorney General admits the allegations in paragraph 194.

195.    The Attorney General admits the allegations in paragraph 195.

31

196.    The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 196, and therefore denies them.

197.    The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 197, and therefore denies them.

198.    The Attorney General admits that Bella and other individuals submitted comments requesting that the Medical Board conclude that abortion pill reversal is a generally accepted practice but denies all remaining allegations paragraph 198.

199.    The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 199, and therefore denies them.

200.    The Attorney General admits that Representative McCormick made the quoted public comments but lacks sufficient knowledge and information to form a belief about the context of or basis for those comments and, therefore, all remaining allegations in paragraph 200 are denied.

201.    The Attorney General admits that Senator Winter made the quoted public comments but lacks sufficient knowledge and information to form a belief about the context of or basis for those comments and, therefore, all remaining allegations in paragraph 201 are denied.

202.    The Attorney General admits the Medical Board adopted a revised rule at its rulemaking hearing on August 17, the text of which can be found at 3 CCR 713-1, Rule 1.32, and speaks for itself. The Attorney General denies the remaining allegations in Paragraph 202.

203.    The Attorney General admits that the State Board of Nursing proposed a draft rule in the form attached as Exhibit R, which speaks for itself. All remaining allegations in paragraph 203 are denied.

204.    The Attorney General admits the Board of Nursing held its final rulemaking hearing on September 20, 2023, but is without sufficient knowledge and information to form a belief about the truth of the remaining allegations in paragraph 204, and therefore denies them.

205.    The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 205, and therefore denies them.

206.    The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 206, and therefore denies them.

207.    The Attorney General admits that the quoted language is reflected in the unverified transcripts attached to the First Amended Complaint, but the Attorney General otherwise lacks sufficient knowledge and information to form a belief about the remaining allegations in paragraph 207, and therefore denies them.

33

208.    The Attorney General admits the rules promulgated by the Board of Nursing and Medical Board were effective October 1, 2023, and that all Defendants agreed to a non-enforcement period expiring at 12:00 A.M. on October 24. The Attorney General denies all remaining allegations in paragraph 208.

***Harm to Bella and its Patients***

209.    The Attorney General denies the allegations in paragraph 209.

210.    The Attorney General denies the allegations in paragraph 210.

211.    The Attorney General denies that the harm is not speculative. The Attorney General is without sufficient knowledge and information to form a belief about the truth of the remaining allegations in paragraph 211, and therefore denies them.

212.    The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 212, and therefore denies them.

213.    The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 213, and therefore denies them.

214.    The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 214, and therefore denies them.

215.    The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 215, and therefore denies them.

216.    The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 216, and therefore denies them.

217.    The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 217, and therefore denies them.

218.    The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 218, and therefore denies them.

219.    The Attorney General denies the allegations in paragraph 219.

220.    The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 220, and therefore denies them.

221.    The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 221, and therefore denies them.

222.    The Attorney General denies the allegations in paragraph 222.

## CLAIMS FOR RELIEF

### Count I

### 42 U.S.C. § 1983
### Violation of U.S. Const. Amend. I: Free Exercise Clause
### Not Generally Applicable

223.    The Attorney General incorporates by reference its answers to all preceding paragraphs.

224.    The allegations in paragraph 224 restate caselaw, which speaks for itself. The Attorney General denies any remaining factual allegations in paragraph 224.

225.    The allegations in paragraph 225 restate caselaw, which speaks for itself. The Attorney General denies any remaining factual allegations in paragraph 225.

226.    The allegations in paragraph 226 restate caselaw, which speaks for itself. The Attorney General denies any remaining factual allegations in paragraph 226.

227.    The Attorney General is without sufficient knowledge and information to form a belief about the truth of the allegations in paragraph 227, and therefore denies them.

228.    The Attorney General admits that the quoted language is contained in Senate Bill 23-190 but denies any remaining factual allegations in paragraph 228.

229.    The Attorney General denies the allegations in paragraph 229.

36

230.   The Attorney General denies the allegations in paragraph 230.

231.   The Attorney General denies that Senate Bill 23-190 and its implementing regulations trigger strict scrutiny by a court and denies any remaining factual allegations.

232.   The Attorney General denies the allegations in paragraph 232.

233.   The Attorney General denies the allegations in paragraph 233.

234.   The Attorney General denies the allegations in paragraph 234.

## Count II

### 42 U.S.C. § 1983
### Violation of U.S. Const. Amend. I: Free Exercise Clause
### Not Generally Applicable

235.   The Attorney General incorporates by reference its answers to all preceding paragraphs.

236.   The allegations in paragraph 236 restate caselaw, which speaks for itself. To the extent a response is required, the Attorney General denies all factual allegations in paragraph 236.

237.   The allegations in paragraph 237 restate caselaw, which speaks for itself. To the extent a response is required, the Attorney General denies all factual allegations in paragraph 237.

238.   The allegations in paragraph 238 restate caselaw, which speaks for itself. To the extent a response is required, the Attorney General denies all factual allegations in paragraph 238.

239.   The Attorney General denies the allegations in paragraph 239.

240.   The Attorney General admits that paragraph 240 accurately quotes the Medical Board's rule. The Attorney General is without sufficient knowledge and information to form a belief about the truth of any other allegations in paragraph 240, and therefore denies them.

241.   The Attorney General admits that the Nursing and Pharmacy Board regulations permit the boards to evaluate all forms of abortion bill reversal on a case-by-case basis. All remaining factual allegations in paragraph 241 are denied.

242.   The Attorney General denies the allegations in paragraph 242.

243.   The Attorney General denies the allegations in paragraph 243.

244.   The Attorney General denies the allegations in paragraph 244.

245.   The Attorney General denies the allegations in paragraph 245.

### Count III

**42 U.S.C. § 1983**
**Violation of U.S. Const. Amend. I: Free Exercise Clause**
**Not Neutral**

246.   The Attorney General incorporates by reference its answers to all preceding paragraphs.

247.   The allegations in paragraph 247 restate caselaw, which speaks for itself. Any factual allegations in paragraph 247 are denied.

248.   The allegations in paragraph 248 restate caselaw, which speaks for itself. Any factual allegations in paragraph 248 are denied.

38

249.    The allegations in paragraph 249 restate caselaw, which speaks for itself. Any factual allegations in paragraph 249 are denied.

250.    The allegations in paragraph 250 restate caselaw, which speaks for itself. Any factual allegations in paragraph 250 are denied.

251.    The allegations in paragraph 251 restate caselaw, which speaks for itself. Any factual allegations in paragraph 251 are denied.

252.    The allegations in paragraph 252 restate caselaw, which speaks for itself. Any factual allegations in paragraph 252 are denied.

253.    The Attorney General denies the allegations in paragraph 253.

254.    The Attorney General denies the allegations in paragraph 254.

255.    The Attorney General admits Senate Bill 23-190 and its regulations lack an express religious exemption but deny all remaining allegations of paragraph 255.

256.    The Attorney General denies the allegations in paragraph 256.

257.    The Attorney General denies the allegations in paragraph 257.

258.    The Attorney General denies the allegations in paragraph 258.

259.    The Attorney General denies the allegations in paragraph 259.

### Count IV

**42 U.S.C. § 1983**
**Violation of U.S. Const. Amend. I: Free Exercise Clause**
**Content and Viewpoint Discrimination**

260.   The Attorney General incorporates by reference its answers to all preceding paragraphs.

261.   The allegations in paragraph 261 restate caselaw, which speaks for itself. Any factual allegations in paragraph 261 are denied.

262.   The allegations in paragraph 262 restate caselaw, which speaks for itself. Any factual allegations in paragraph 262 are denied.

263.   The allegations in paragraph 263 restate caselaw, which speaks for itself. Any factual allegations in paragraph 263 are denied.

264.   The allegations in paragraph 264 restate caselaw, which speaks for itself. Any factual allegations in paragraph 264 are denied.

265.   The allegations in paragraph 265 restate caselaw, which speaks for itself. Any factual allegations in paragraph 265 are denied.

266.   The Attorney General denies the allegations in paragraph 266.

267.   The Attorney General denies the allegations in paragraph 267.

268.   The Attorney General denies the allegations in paragraph 268.

269.   The Attorney General denies the allegations in paragraph 269.

270.   The Attorney General denies the allegations in paragraph 270.

271.   The Attorney General denies the allegations in paragraph 271.

272.   The Attorney General denies the allegations in paragraph 272.

273.   The Attorney General denies the allegations in paragraph 273.

274.   The Attorney General denies the allegations in paragraph 274.

275.   The Attorney General denies the allegations in paragraph 275.

276.   The Attorney General denies the allegations in paragraph 276.

277.   The Attorney General denies the allegations in paragraph 277.

## Count V

### 42 U.S.C. § 1983
### Violation of U.S. Const. Amend. I: Free Speech Clause
### Patients' Right to Receive Information

278.   The Attorney General incorporates by reference its answers to all preceding paragraphs.

279.   The allegations in paragraph 279 restate caselaw, which speaks for itself. Any factual allegations in paragraph 279 are denied.

280.   The allegations in paragraph 280 restate caselaw, which speaks for itself. Any factual allegations in paragraph 280 are denied.

281.   The Attorney General denies the allegations in paragraph 281.

282.   The Attorney General denies the allegations in paragraph 282.

283.   The Attorney General denies the allegations in paragraph 283.

284.   The Attorney General denies the allegations in paragraph 284.

285.   The Attorney General denies the allegations in paragraph 285.

286.   The Attorney General denies the allegations in paragraph 286.

287.   The Attorney General denies the allegations in paragraph 287.

## Count VI

### 42 U.S.C. § 1983

**Violation of U.S. Const. Amend. XIV: Due Process Clause**
**Patients' Right to Medical Treatment**

288.    The Attorney General incorporates by reference its answers to all preceding paragraphs.

289.    The allegations in paragraph 289 restate caselaw, which speaks for itself. Any factual allegations in paragraph 289 are denied.

290.    The allegations in paragraph 290 restate caselaw, which speaks for itself. Any factual allegations in paragraph 290 are denied.

291.    The Attorney General admits that a woman has a fundamental right not to be forced to undergo or continue an abortion against her will. Any remaining factual allegations in paragraph 291 are denied.

292.    The Attorney General denies the allegations in paragraph 292.

293.    The Attorney General denies the allegations in paragraph 293.

294.    The Attorney General denies the allegations in paragraph 294.

295.    The Attorney General denies the allegations in paragraph 295.

296.    The Attorney General denies the allegations in paragraph 296.

297.    The Attorney General denies the allegations in paragraph 297.

298.    The Attorney General denies the allegations in paragraph 298.

299.    The Attorney General denies the allegations in paragraph 299.

**Count VII**

**42 U.S.C. § 1983**
**Violation of U.S. Const. Amend. XIV: Equal Protection Clause**

42

**Patients' Right to Medical Treatment**

300.   The Attorney General incorporates by reference its answers to all preceding paragraphs.

301.   The allegations in paragraph 301 restate the Constitution, which speaks for itself. Any factual allegations in paragraph 301 are denied.

302.   The Attorney General denies the allegations in paragraph 302.

303.   The Attorney General denies the allegations in paragraph 303.

304.   The Attorney General denies the allegations in paragraph 304.

305.   The Attorney General denies the allegations in paragraph 305.

306.   The Attorney General denies the allegations in paragraph 306.

## Count VIII

**42 U.S.C. § 1983**
**Violation of U.S. Const. Amend. XIV: Equal Protection Clause**
**Patients' Right to Medical Treatment**

307.   The Attorney General incorporates by reference its answers to all preceding paragraphs.

308.   The allegations in paragraph 308 restate caselaw, which speaks for itself. Any factual allegations in paragraph 308 are denied.

309.   The allegations in paragraph 309 restate caselaw, which speaks for itself. Any factual allegations in paragraph 309 are denied.

310.   The allegations in paragraph 310 restate caselaw, which speaks for itself. Any factual allegations in paragraph 310 are denied.

311.    The Attorney General denies the allegations in paragraph 311.

312.    The Attorney General denies the allegations in paragraph 312.

313.    The Attorney General denies the allegations in paragraph 313.

314.    The Attorney General denies the allegations in paragraph 314.

315.    The Attorney General denies the allegations in paragraph 315.

316.    The Attorney General denies the allegations in paragraph 316.

317.    The Attorney General denies the allegations in paragraph 317.

318.    The Attorney General denies the allegations in paragraph 318.

319.    The Attorney General denies the allegations in paragraph 319.

## ANSWER TO PRAYER FOR RELEIF

Wherefore, the Attorney General denies that Plaintiffs are entitled to any of the relief they request.

## THE ATTORNEY GENERAL's AFFIRMATIVE DEFENSES

The Attorney General asserts the following defenses, for which it does not concede that it bears the burden of persuasion or proof.

1.    Plaintiffs' First Amended Verified Complaint fails, in whole or in part, to state a claim upon which relief may be granted under any theory.

2.    The Attorney General affirmatively asserts that Plaintiffs' federal and state rights were not violated and that Plaintiffs have been afforded all the rights, privileges, and immunities granted by the United States Constitution and Colorado law.

44

3.      Any future action by the Attorney General to enforce Senate Bill 23-190 is supported by compelling governmental interests, goals, and objectives.

4.      Any future action by the Attorney General to enforce Senate Bill 23-190 is supported by important or substantial governmental interests, goals, and objectives.

5.      Any future action by the Attorney General to enforce Senate Bill 23-190 is supported by legitimate governmental interests, goals, and objectives.

6.      The Attorney General affirmatively asserts that Senate Bill 23-190 is a valid law of neutral applicability, which is viewpoint and content neutral, and thus does not violation the First Amendment's Free Exercise Clause.

7.      The Attorney General affirmatively asserts that Senate Bill 23-190 is not overly broad, vague, violative of the unbridled discretion doctrine, or otherwise violative of the Fourteenth Amendment's Due Process or Equal Protections Clauses.

8.      Plaintiffs' claims may be barred in whole or in part by a lack of standing.

9.      Plaintiffs are not entitled to the relief being sought or claimed in the First Amended Complaint under the legal theories asserted therein.

10.     The Attorney General reserves the right to assert additional affirmative defenses as discovery progresses in this case and facts become known.

Respectfully submitted this 20th day of November 2023.

> PHILIP J. WEISER
> Attorney General
>
> *s/ Michael T. Kotlarczyk*
> _____
> Michael T. Kotlarczyk, Sr. Assistant Attorney
>   General
> Brady J. Grassmeyer, Sr. Assistant Attorney
>   General
> Lauren M. Dickey, First Assistant Attorney
>   General
> Ralph L. Carr Colorado Judicial Center
> 1300 Broadway, Denver, Colorado 80203
> Telephone: (720) 508-6187
> Email: mike.kotlarczyk@coag.gov;
>   brady.grassmeyer@coag.gov;
>   lauren.dickey@coag.gov
> *Attorneys for the Attorney General*
> *Counsel of Record