IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge S. Kato Crews**

Civil Action:  23-cv-00939-DDD-SKC           Date: December 12, 2023
Courtroom Deputy: Robert R. Keech             FTR – Reporter Deck-Courtroom C-201*

*Parties:*                                                              *Counsel:*

BELLA HEALTH AND WELLNESS, et al.,          Mark L. Rienzi
                                                                            Laura W. Slavis
   Plaintiffs,

v.

PHIL WEISER, in his official capacity as Attorney      Brady J. Grassmeyer
General of Colorado, et al.,                                       Elizabeth V. Kenny
                                                                                 Brian J. Urankar
                                                                                 Jennifer H. Hunt

   Defendants.

---

# COURTROOM MINUTES

**HEARING: RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 10:06 a.m.**
Court calls case.  Appearances of counsel via telephone.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Each side shall be limited to 10 depositions, **including** parties and experts.
Depositions shall not exceed one day of seven hours.
Each side shall be limited to 25 interrogatories, 25 requests for production, and 25 requests for admission.
Rule 26(a)(1) disclosures to be completed **on or before:  January 5, 2024**
Joinder of Parties/Amendment of Pleadings:  **January 12, 2024**
Discovery Cut-off:  **August 14, 2024**
Dispositive Motions Deadline:  **September 13, 2024**
Each side shall be limited to 3 expert witnesses, absent leave of court.
Plaintiffs shall designate affirmative experts **on or before:  May 1, 2024**
Defendants shall designate affirmative experts **on or before:  May 31, 2024**
Parties shall designate rebuttal experts **on or before:  July 1, 2024**

Interrogatories, requests for Production of Documents and Requests for Admissions shall be served **no later than THIRTY-THREE DAYS** prior to the close of discovery.

**ORDERED:**   Parties shall file a joint motion or stipulation for protective order pursuant to Federal Rules of Evidence 502(d) not later than **January 5, 2024.**

**JOINT STATUS REPORT** shall be filed no later than **March 6, 2024.** Counsel shall refer to this Court's practice standards for the specific areas needing to be addressed in the report.

**FINAL PRETRIAL CONFERENCE AND JURY TRIAL** will be set by Judge Domenico.

Counsel shall be familiar with the practice standards of the assigned District Court Judge and of Magistrate Judge Crews.

Scheduling Order is signed and entered with interlineations.

Hearing concluded.

**Court in recess: 10:12 a.m.**
Total time in court:     00:06

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.