IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00939-DDD-SKC

BELLA HEALTH AND WELLNESS, et al.,
Plaintiffs,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.
Defendants.

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Assistant Solicitor General, Grant T. Sullivan, counsel for Defendant Phil Weiser, in his official capacity as Attorney General of Colorado, hereby respectfully moves to withdraw as counsel of record in this action.

In support of this motion, Mr. Sullivan states as follows:

1. Under D.C.COLO.LCivR 7.1(b)(4), undersigned counsel was not required to confer with Plaintiffs before filing this motion.

2. The withdrawing attorney will soon be concluding his employment with the Colorado Department of Law.

3. The withdrawing attorney certifies that he has complied with all outstanding order of the Court.

4. Attorneys Michael T. Kotlarczyk, Brady J. Grassmeyer, and Lauren M. Dickey remain active counsel for the Attorney General.

Respectfully submitted this 22nd day of December, 2023.

>PHILIP J. WEISER
>Attorney General
>
>s/ Grant T. Sullivan
>*Grant T. Sullivan*
>Assistant Solicitor General
>Public Officials Unit / State Services Section
>Ralph L. Carr Colorado Judicial Center
>1300 Broadway, 6th Floor
>Denver, Colorado 80203
>Telephone:  720-508-6349
>E-Mail:  grant.sullivan@coag.gov
>*Attorney for Defendant Phil Weiser*
>*Counsel of Record