IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:23-cv-939-DDD-SKC

BELLA HEALTH AND WELLNESS et al.,

    Plaintiffs,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.,

    Defendants.

**STIPULATED FEDERAL RULE OF EVIDENCE 502(d) ORDER**

    The production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Fed. R. Evid. 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI, or other information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

    When the disclosure of any information, document or thing protected by privilege or work-product immunity is discovered by the disclosing party and brought to the attention of the receiving parties, the treatment of such material by the receiving parties shall be in accordance with Fed. R. Civ. P. 26(b)(5)(B). Disclosure of such information, document or thing shall not by itself constitute a waiver by the disclosing party of any claims of privilege or work-product immunity. However, nothing herein restricts the right of the receiving parties to challenge the disclosing party's claim of privilege within a reasonable time after receiving notice of the claim of privilege.

1

**IT IS SO ORDERED.**

Date: January 3, 2024.

BY THE COURT:

_____

Hon. S. Kato Crews
United States Magistrate Judge

2

APPROVED:

/s/ Mark L. Rienzi
Mark L. Rienzi
Rebekah P. Ricketts*
Laura Wolk Slavis
Colten L. Stanberry
Kelly R. Oeltjenbruns
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave, N.W.
  Suite 400
Washington, D.C. 20006
(202) 955-0095
mrienzi@becketlaw.org
*Counsel for Plaintiffs*

*Admitted only in Texas. Supervised by a member of the D.C. Bar.

/s/ Brady Jerome Grassmeyer
Brady Jerome Grassmeyer
Michael T. Kotlarczyk
Grant T. Sullivan
Lauren Marie Dickey
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
(720) 508-6205
brady.grassmeyer@coag.gov
mike.kotlarczyk@coag.gov
grant.sullivan@coag.gov
lauren.dickey@coag.gov
*Counsel for Defendant*
*Philip J. Weiser*

/s/ Brian J. Urankar
Brian J. Urankar
Jennifer H. Hunt
Colorado Department of Law
1300 Broadway
Ralph Carr Judicial Center
Denver, CO 80203
(720) 508-6407
brian.urankar@coag.gov
jennifer.hunt@coag.gov
*Counsel for Defendants*
*Colorado Medical Board Members*

/s/ Elizabeth V. Kenny
Elizabeth V. Kenny
Colorado Department of Law
1300 Broadway
Ralph Carr Judicial Center
Denver, CO 80203
(303) 508-6383
elizabeth.kenny@coag.gov
*Counsel for Defendants*
*Colorado State Board of Nursing Members*

3