**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

BELLA HEALTH AND WELLNESS et al.,

*Plaintiffs*,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.,

*Defendants*.

Case No. 1:23-cv-939-DDD-SBP

**JOINT STATUS REPORT**

Plaintiffs and Defendants in this case, by their undersigned counsel, hereby submit this joint status report pursuant to this Court's order dated December 12, 2023. Dkt. 128.

1. This Court entered a scheduling order dated December 12, 2023. *Id.* That order required the parties to serve their initial disclosures on January 5, 2024. The parties did so.

2. Plaintiffs served their initial written discovery requests on January 8, 2024. Defendants served their initial discovery requests on January 19, 2024. The parties agreed to reciprocal 21-day extensions of the deadlines to respond to the initial written discovery requests. Defendants timely responded to Plaintiffs' initial discovery requests on February 28, 2024. Plaintiffs anticipate timely responding to Defendants' initial discovery requests by March 12, 2024.

3. The parties have no pending or unresolved discovery disputes at this time.

4. The parties have discussed settlement and do not believe it is an option at this time. The parties will report the result of any future settlement discussions to the Court as appropriate.

Dated: March 6, 2024

Respectfully submitted,

/s/ Brady Jerome Grassmeyer
Brady Jerome Grassmeyer
Michael T. Kotlarczyk
Lauren Marie Dickey
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
(720) 508-6263
brady.grassmeyer@coag.gov

***Counsel for Defendant Philip J. Weiser***

/s/ Mark L. Rienzi
Mark L. Rienzi
Rebekah P. Ricketts
Laura Wolk Slavis
Colten L. Stanberry
Kelly R. Oeltjenbruns
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave, N.W.
Suite 400
Washington, D.C. 20006
(202) 955-0095
mrienzi@becketlaw.org

***Counsel for Plaintiffs***

/s/ Brian J. Urankar
Brian J. Urankar
Jennifer H. Hunt
Colorado Department of Law
1300 Broadway
Ralph Carr Judicial Center
Denver, CO 80203
(720) 508-6407
brian.urankar@coag.gov

***Counsel for Defendants Colorado Medical Board Members***

/s/ Elizabeth V. Kenny
Elizabeth V. Kenny
Colorado Department of Law
1300 Broadway
Ralph Carr Judicial Center
Denver, CO 80203
(303) 508-6383
elizabeth.kenny@coag.gov

***Counsel for Defendants Colorado State Board of Nursing Members***

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2024, I electronically filed the above joint status report with the Clerk of Court via CM/ECF, which will provide electronic copies to counsel of record.

/s/ Mark L. Rienzi
Mark L. Rienzi