IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-939-DDD-SBP

BELLA HEALTH AND WELLNESS, et al.,
    Plaintiffs,
v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.,
    Defendants.

## DEFENDANTS' UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

Defendants hereby respectfully submit this unopposed motion to modify the Scheduling Order (Doc. 128) to extend the case schedule by one month, stating as follows:

### CERTIFICATE OF CONFERRAL

Pursuant to D.C.Colo.LCiv.R 7.1(A), undersigned counsel conferred with counsel for the Plaintiffs, who all have indicated that they agree to the requested modifications.

### ARGUMENT

In Doc. No. 128, this Court entered a Scheduling Order setting a discovery schedule and related deadlines. The current schedule is as follows:

| | |
|---|---|
| Plaintiffs' Expert Reports | May 1, 2024 |
| Defendants' Expert Reports | May 31, 2024 |
| Expert Rebuttal Reports | July 1, 2024 |

| Last Day to Propound Written Discovery | July 15, 2024 |
| --- | --- |
| Close of Discovery | August 14, 2024 |
| Dispositive Motions Due | September 13, 2024 |

Since entry of the Scheduling Order, the parties have exchanged written discovery requests, are in the process of producing responsive documents, and have begun scheduling depositions to start in June. In addition, an additional plaintiff (Chelsea Mynyk) was granted leave to intervene on April 8, 2024. Although Ms. Mynyk's complaint is not fully at issue, her counsel has been participating in discovery and deposition scheduling.

Despite the parties' diligence, additional time is needed to complete discovery tasks for several reasons. First, the addition of a new plaintiff introduces additional discovery needs. Second, the Board Defendants' review and production of documents responsive to Plaintiffs' request is taking longer than anticipated due to the large volume of potentially responsive documents. Third, the parties are still working through discovery disputes that may need to be resolved by the Court. Finally, with depositions set to begin in early June due to witness availability, Defendants will need additional time to submit their expert reports so they can incorporate any relevant information from deposition testimony.

Case No. 1:23-cv-00939-DDD-SBP   Document 152   filed 05/01/24   USDC Colorado
pg 2 of 4

Accordingly, the parties have conferred and agreed on a one-month extension of all remaining deadlines in the Scheduling Order, which would result in the following schedule:

| | |
|---|---|
| Plaintiffs' Expert Reports | May 31, 2024 |
| Defendants' Expert Reports | July 1, 2024 |
| Expert Rebuttal Reports | August 1, 2024 |
| Last Day to Propound Written Discovery | August 14, 2024 |
| Close of Discovery | September 13, 2024 |
| Dispositive Motions Due | October 14, 2024 |

Good cause exists to extend the case schedule as requested. Trial has not been scheduled and this is the first request to extend discovery deadlines.

WHEREFORE, Defendants request that this Court grant the unopposed motion to modify the scheduling order as set forth above.

Respectfully submitted this May 1, 2024.

PHILIP J. WEISER
Attorney General

/s/ Jennifer H. Hunt
Jennifer H. Hunt, Senior Assistant Attorney General
Brian J. Urankar, Assistant Attorney General
Counsel to the Colorado Medical Board
1300 Broadway
Denver, Colorado 80203
Telephone: (720) 508-6407
Email: brian.urankar@coag.gov

/s/ Brady Jerome Grassmeyer
Brady Jerome Grassmeyer
Michael T. Kotlarczyk
Lauren Marie Dickey
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
(720) 508-6263
brady.grassmeyer@coag.gov
Counsel for Defendant
Philip J. Weiser

/s/ Elizabeth V. Kenny
Elizabeth V. Kenny
Ryan A. Crane
Zach Fitzgerald
Colorado Department of Law
1300 Broadway
Ralph Carr Judicial Center
Denver, CO 80203
(303) 508-6383
elizabeth.kenny@coag.gov
**Counsel for Defendants Colorado State Board of Nursing Members**

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

4