# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### JUDGE DANIEL D. DOMENICO

| | |
|---|---|
| Civil Action No.: 1:23-cv-00939-DDD-SBP | Date:  May 7, 2024 |
| Courtroom Deputy:  Robert R. Keech | Court Reporter: Tammy Hoffschildt |

_Parties:_  

BELLA HEALTH AND WELLNESS, DENISE "DEDE" CHISM, ABBY SINNETT, and KATHLEEN SANDER, on behalf of themselves and their patients,

    Plaintiffs,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado;
ROLAND FLORES,
AMANDA MIXON,
JENNIFER BLAIR,
BECKETT CZARNECKI,
ROBERT M. MAULITZ,
SAUGHAR SAMALI,
ALAN E. SHACKELFORD,
KIELY M. SCHULTZ,
AMY E. COLEN,
ANITA KUMAR,
DONALD LEFKOWITS,
MAIDUL MEHMUD,
KIAN MODANLOU,
SCOTT C. STRAUSS,
CHRISTOPHER A. BATES,
JULIE ANN HARPER, and
HIEN H. LY, in their official capacity as members of the Colorado Medical Board;
BERNARD JOSEPH FRANTA,
LORI RAE HAMILTON,
KARRIE TOMLIN,
LENNY ROTHERMUND,
HAYLEY HITCHCOCK,

_Counsel:_  

Kevin H. Theriot
Kelly R. Oeltjenbruns
Rebekah P. Ricketts

Brian J. Urankar
Brady J. Grassmeyer
Elizabeth V. Kenny
Ryan A. Crane
Zachary W. Fitzgerald

1

ALISSA M. SHELTON,
PHYLLIS GRAHAM-DICKERSON,
BRANDY VALDEZ MURPHY,
DIANE REINHARD,
NICHELE BRATTON, and
AECIAN PENDLETON, in their official capacity
as members of the Colorado State
Board of Nursing;
JOHN KELLNER, in his official capacity
as District Attorney of the 18th Judicial
District of Colorado;
MICHAEL DOUGHERTY, in his official
capacity as District Attorney of the 20th
Judicial District of Colorado; and
BETH McCANN, in her official capacity as
District Attorney of the 2nd Judicial District
of Colorado,

    Defendants.

## COURTROOM MINUTES

### STATUS CONFERENCE

**10:30 a.m.**   Court in session.

Appearances of counsel.

Court's opening remarks.

Discussion regarding the status of the case and clarification related to the preliminary injunction.

10:49 a.m.   Bench conference for off the record discussion regarding status of the case.

Further discussion regarding the status of the case and clarification related to the preliminary injunction.

**11:05 a.m.**   **Court in recess.** <u>**Hearing concluded. Total in court time:  :35**</u>