IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Susan Prose**

Civil Action No: 23-cv-00939-DDD-SBP          Date: August 5, 2024
Courtroom Deputy: Jesse Torres                      FTR: Courtroom C205

_Parties:_                                                      _Counsel:_

BELLA HEALTH AND WELLNESS,          Rebekah Ricketts
DENISE DEDE CHISM,                             Colten Stanberry
ABBY SINNETT,                                        Kevin Theriot
KATHLEEN SANDER,

      Plaintiffs,

 CHELSEA MYNYK,

      Intervenor Plaintiff,

v.

PHIL WEISER,                                          Elizabeth Kenny
ROLAND FLORES,                                   Zachary Fitzgerald
AMANDA MIXON,                                   Brian Urankar
JENNIFER BLAIR,                                   Brady Grassmeyer
BECKETT CZARNECKI,                           Jennifer Hunt
SUAGHAR SAMALI,
ALAN E. SHACKERLFORD,
KIELY M. SCHULTZ,
AMY E. COLEN,
ANITA KUMAR,
DONALD LEFKOWITS,
MAIDUL MEHMUD,
KIAN MODANLOU,
SCOTT C. STRAUSS,
CHRISTOPHER A. BATES,
JULIE ANN HARPER,
HIEN H. LY,
BERNARD JOSEPH FRANTA,
LORI RAE HAMILTON,
KARRIE TOMLIN,
LENNY ROTHERMUND,
HAYLEY HITCHCOCK,

PHYLLIS GRAHAM-DICKERSON,
BRANDY VALDEZ MURPHY,
DIANE REINHARD,
NICHELE BRATTON,
AECIAN PENDLETON,
MACKENZIE ARMANI, and
PETER KENNEALEY,

        Defendants.

---

## COURTROOM MINUTES

---

**TELEPHONIC STATUS CONFERENCE**

**10:03 a.m.      Court in session.**

Court calls case. Appearances of counsel.

This matter is before the Court regarding the status of the case.

Discussion is held regarding Magistrate Judge Prose's relationship with Defendants' counsel Lauren Dickey and the Parties' position on Magistrate Judge Prose continuing to serve as referral judge in this case.

No parties object to Magistrate Judge Prose continuing to serve as referral judge in this case.

Discussion is held regarding the status of discovery.

Defendants make an Oral Motion to Extend Discovery Deadlines.

For the reasons stated on the record, it is

**ORDERED:**        For good cause shown, Defendants' Oral Motion to Extend Discovery Deadlines is **GRANTED.** Accordingly, deadlines in this case are amended as follows:
- Last day to propound written discovery: **November 13, 2024;**
- Discovery Cut-off: **December 13, 2024;**
- Deadline for Motions Pursuant to Fed. R. Evid. 702: **December 3, 2024, and**
- Dispositive Motions: **January 17, 2025**

**10:46 a.m.      Court in recess.**

Hearing concluded.
Total in-court time: 43 minutes

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.