IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00939-DDD-SPB

BELLA HEALTH AND WELLNESS, on behalf of itself and its patients, et al,
Plaintiffs,

CHELSEA M. MYNYK,
Plaintiff-Intervenor,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.
Defendants.

## ENTRY OF APPEARANCE

Elizabeth A. Orem hereby enters her appearance on behalf of the Defendant, Phil Weiser, in his official capacity as Attorney General for the State of Colorado, in the above-captioned matter. Ms. Orem is a member in good standing of the bar of this Court. All parties shall copy all pleadings, motions, and briefs filed with the Court to the undersigned Elizabeth A. Orem, Assistant Attorney General.

Respectfully submitted this 29th day of August, 2024.

        PHILIP J. WEISER
        Attorney General

        s/ *Elizabeth A. Orem*
        Elizabeth A. Orem
        Assistant Attorney General
        Consumer Fraud Unit Section
        Ralph L. Carr Colorado Judicial Center
        1300 Broadway, 7th Floor
        Denver, Colorado 80203
        Telephone: 720-508-6209
        E-Mail: Beth.Orem@coag.gov
        *Attorney for Defendant Phil Weiser*
        \*Counsel of Record