IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00939-DDD-SKC

BELLA HEALTH AND WELLNESS, et al.,

    Plaintiffs,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.,

    Defendants.

## NOTICE OF ADDITION OF PARTY

Notice is hereby given pursuant to Fed. R. Civ. P. 25(d)(1), that undersigned counsel requests that recent Colorado State Board of Nursing appointee JESSICA PETTIGREW be added as a party and that the case caption and subsequent proceedings reflect the addition.

DATED this 29th day of August 2024.

    PHILIP J. WEISER
    Attorney General

    /s/ Elizabeth V Kenny
    Elizabeth V Kenny, Senior Assistant Attorney General
    Counsel to the Colorado State Board of Nursing
    Zach Fitzgerald, Assistant Attorney General
    Counsel to the Colorado Medical Board
    Ryan Crane, Senior Assistant Attorney General
    Counsel to the Colorado State Board of Nursing
    1300 Broadway
    Denver, Colorado 80203

Telephone: (720) 508-6407
Email:  elizabeth.kenny@coag.gov
Zach.fitzgerald@coag.gov
Ryan.crane@coag.gov

CERTIFICATE OF SERVICE

      I hereby certify that on August 29, 2024, I served a true and complete copy of the foregoing NOTICE OF ADDITION OF PARTY upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email.

/s/ Allison Niekerk