# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00939-DDD-SBP

BELLA HEALTH AND WELLNESS, et al.,

    Plaintiffs,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.,

    Defendants.

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Senior Assistant Attorney General Michael T. Kotlarczyk, counsel for Defendant Phil Weiser, in his official capacity as Attorney General of Colorado, hereby respectfully moves to withdraw as counsel of record in this action.

In support of this motion, Mr. Kotlarczyk states as follows:

1. Under D.C.COLO.LCivR 7.1(b)(4), undersigned counsel was not required to confer with Plaintiffs before filing this motion.

2. The withdrawing attorney will soon be concluding his employment with the Colorado Department of Law.

3. The withdrawing attorney certifies that he has complied with all outstanding orders of the Court.

4. Attorneys Lauren M. Dickey, Brady J. Grassmeyer, and Elizabeth A. Orem remain active counsel for the Attorney General.

Respectfully submitted this 26th day of September, 2024.

PHILIP J. WEISER
Attorney General

s/ Michael T. Kotlarczyk

*Michael T. Kotlarczyk*
Senior Assistant Attorney General
State Services Section
Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, Colorado 80203
Telephone:  720-508-6187
E-Mail:  mike.kotlarczyk@coag.gov

*Attorney for Defendant Phil Weiser, in his official capacity as Attorney General of Colorado*
*Counsel of Record

2