# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00939-DDD-SBP

BELLA HEALTH AND WELLNESS, et al.,

    Plaintiffs,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Defendant Phil Weiser, in his official capacity as Attorney General of Colorado. All parties shall copy all pleadings, motions, and briefs filed with the Court to the undersigned Assistant Solicitor General.

    DATED: October 1, 2024.

PHILIP J. WEISER
Attorney General

s/ Talia Kraemer
*Talia Kraemer**
Assistant Solicitor General
Public Officials Unit | State Services Section
Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, CO 80203
Phone: (720) 508-6544
talia.kramer@coag.gov
*Counsel of Record

*Attorney for Phil Weiser, in his official capacity as Attorney General of Colorado*

2