IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00939-DDD-SBP

BELLA HEALTH AND WELLNESS, et al.,

    Plaintiffs,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.,

    Defendants.

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Senior Assistant Attorney General Ryan A. Crane, counsel for Defendant the Colorado State Board of Nursing, hereby respectfully moves to withdraw as counsel of record in this action.

In support of this motion, Mr. Crane states as follows:

1. Under D.C.COLO.LCivR 7.1(b)(4), undersigned counsel was not required to confer with Plaintiffs before filing this motion.

2. The withdrawing attorney is concluding his work on this matter.

3. The withdrawing attorney certifies that he has complied with all outstanding orders of the Court.

4. Attorneys Elizabeth V. Kenny and Zachary W. Fitzgerald remain active counsel for the Colorado State Board of Nursing.

Respectfully submitted this 3rd day of October 2024.

PHILIP J. WEISER
Attorney General

s/ Ryan A. Crane
Senior Assistant Attorney General
Revenue and Regulatory Law Section
Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 8th Floor
Denver, Colorado 80203
Telephone:  720-508-6487
E-Mail:  ryan.crane@coag.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on October 3, 2024, I served a true and complete copy of the foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD, upon all parties herein by e-filing with the CM/ECF system maintained by the court.

              /s/ Allison Niekerk

2