IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BELLA HEALTH AND WELLNESS et al. <br><br> *Plaintiffs*, <br><br> v. <br><br> PHIL WEISER, in his official capacity as Attorney General of Colorado, et al; <br><br> *Defendants*. | Case No. 1:23-cv-939-DDD-SKC |

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and

I appear in this case as counsel for:

BELLA HEALTH AND WELLNESS,
DEDE CHISM, ABBY SINNETT, and
KATHLEEN SANDER, on behalf of themselves and their patients.


DATED: October 15, 2024.

/s/ Michael J. O'Brien
Michael J. O'Brien
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave, N.W.
Suite 400
Washington, D.C. 20006
(202) 955-0095
mobrien@becketlaw.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2024, I electronically filed the foregoing Entry of Appearance with the Clerk of Court via CM/ECF, which will provide electronic copies to counsel of record.

/s/ Michael J. O'Brien