IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BELLA HEALTH AND WELLNESS et al.<br><br>    *Plaintiffs*,<br><br>CHELSEA M. MYNYK,<br><br>   *Plaintiff-Intervenor,*<br><br>v.<br><br>PHIL WEISER, in his official capacity as Attorney General of Colorado, et al;<br><br>   *Defendants.* | Case No. 1:23-cv-939-DDD-SKC |

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court,

and I appear in this case as counsel for:

BELLA HEALTH AND WELLNESS,
DEDE CHISM, ABBY SINNETT, and
KATHLEEN SANDER,
On behalf of themselves and their patients.

DATED: November 18, 2024

                                          /s/ Amy Ren
                                          Amy Ren
                                          The Becket Fund for Religious Liberty
                                          1919 Pennsylvania Ave, N.W.
                                          Suite 400
                                          Washington, D.C. 20006
                                          (202) 955-0095
                                          aren@becketlaw.org

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2024, I electronically filed the foregoing Entry of Appearance with the Clerk of Court via CM/ECF, which will provide electronic copies to counsel of record.

<u>/s/ Amy Ren</u>
Amy Ren