IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

BELLA HEALTH AND WELLNESS et al.,

    *Plaintiffs*,

CHELSEA M. MYNYK,

    *Plaintiff-Intervenor*,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.,

    *Defendants*.

Case No. 1:23-cv-939-DDD-SKC

## MOTION TO WITHDRAW

The undersigned, Kelly R. Oeltjenbruns, hereby submits this Motion to Withdraw on behalf of Plaintiffs, Bella Health and Wellness, Denise "Dede" Chism, Abby Sinnett, and Kathleen Sander, pursuant to D.C.COLO.LAttyR 5(b):

1. Effective December 2, 2024, I will no longer work at The Becket Fund for Religious Liberty.

2. Plaintiffs are aware of all upcoming deadlines and will continue to be represented by Mark L. Rienzi, Rebekah P. Ricketts, Laura Wolk Slavis, Michael Joseph O'Brien, Amy Ren, and Colten L. Stanberry of The Becket Fund for Religious Liberty.

3. I have complied with all outstanding orders of this Court. A copy of this motion is being served on all counsel of record and on Plaintiff.

WHEREFORE, Kelly R. Oeltjenbruns respectfully requests that the Court enter an Order permitting his withdrawal from this case.

DATED: November 27, 2024.

/s/ Kelly R. Oeltjenbruns
Kelly R. Oeltjenbruns
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave, N.W.
Suite 400
Washington, D.C. 20006
(202) 955-0095
koeltjenbruns@becketlaw.org

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2024, I electronically filed the above motion with the Clerk of Court via CM/ECF, which will provide electronic copies to counsel of record.

/s/ Kelly R. Oeltjenbruns
Kelly R. Oeltjenbruns