## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

BELLA HEALTH AND WELLNESS et al.,

    *Plaintiffs*,

    v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.,

    *Defendants*.

Case No. 1:23-cv-939-DDD-SKC

**DECLARATION OF ABBY SINNETT IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

## DECLARATION OF ABBY SINNETT IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

I, Abby Sinnett, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of 18 and have personal knowledge of all contents of this declaration. This declaration supplements Plaintiffs' First Amended Verified Complaint. Dkt.94.

2. Today, Bella Health and Wellness has 24 providers and more than 28,000 registered patients, many of whom are financially vulnerable.

3. Since this lawsuit was filed in April 2023, dozens of women have sought or received abortion pill reversal treatment at Bella.

4. Several of these patients told Bella providers that they took mifepristone under duress or because they were tricked or forced to do so. For example, several patients reported being pressured to ingest mifepristone in the presence of abortion providers, two patients reported being pressured to take mifepristone by sexual partners, and

1

one patient reported that a sexual partner physically forced her to take mifepristone vaginally.

5.  Between the filing of this lawsuit on April 14, 2023 and the close of discovery on December 13, 2024, Bella's abortion pill reversal patients have given birth to at least 11 babies.

6.  Multiple patients who received abortion pill reversal treatment at Bella are maintaining healthy pregnancies and are expected to give birth later this year.

7.  Bella does not provide or advertise abortion, emergency contraception, or referrals for abortion or emergency contraception.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this __31ˢᵗ__ day of January, 2025.

Abby Sinnett

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED
BEFORE ME THIS _31ˢᵗ_ DAY OF _January_
_2025_ BY _Abby Sinnett_ .

(NOTARY'S OFFICIAL SIGNATURE)
_July 15th, 2026_
(COMMISSION EXPIRES)

KAYLA G NELSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224027775
MY COMMISSION EXPIRES JULY 15, 2026

2