IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BELLA HEALTH AND WELLNESS et al., <br><br> *Plaintiffs*, <br><br> CHELSEA M. MYNYK, <br><br> *Plaintiff-Intervenor*, <br><br> v. <br><br> PHIL WEISER, in his official capacity as Attorney General of Colorado, et al., <br><br> *Defendants*. | Case No. 1:23-cv-939-DDD-SKC <br><br> **DECLARATION OF MARK RIENZI IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

**DECLARATION OF MARK RIENZI IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

I, Mark Rienzi, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of 18 and have personal knowledge of all contents of this declaration.

2. I am an attorney at the Becket Fund for Religious Liberty and represent Plaintiffs in the above-captioned action. I submit this declaration in support of Plaintiffs' Motion for Summary Judgment.

3. Attached hereto as Exhibit 1 to this declaration is a true and correct copy of the Provider Ethical Agreement produced by Plaintiffs in discovery.

1

4. Attached hereto as Exhibit 2 to this declaration is a true and correct copy of the 2023-24 Practice Agreements & Financial Policies produced by Plaintiffs in discovery.

5. Attached hereto as Exhibit 3 to this declaration is a true and correct copy of the "Our Mission" webpage of Bella Health and Wellness's website produced by Plaintiffs in discovery.

6. Attached hereto as Exhibit 4 to this declaration is a true and correct copy of the "Our Team" webpage of Bella Health and Wellness's website produced by Plaintiffs in discovery.

7. Attached hereto as Exhibit 5 to this declaration is a true and correct copy of the homepage of Bella Health and Wellness's website produced by Plaintiffs in discovery.

8. Attached hereto as Exhibit 6 to this declaration is a true and correct copy of the expert report of Dr. Monique Wubbenhorst, M.D., M.P.H., disclosed by Plaintiffs in this case.

9. Attached hereto as Exhibit 7 to this declaration is a true and correct copy of the transcript of the deposition of Dr. Rebecca Cohen, M.D., taken by Plaintiffs in this case on October 15, 2024.

10. Attached hereto as Exhibit 8 to this declaration is a true and correct copy of the expert report of Dr. Jeffrey Keenan, M.D., disclosed by Plaintiffs in this case.

11. Attached hereto as Exhibit 9 to this declaration is a true and correct copy of N.E. Simons et al., *The Long-Term Effect of Prenatal Progesterone Treatment on Child Development, Behaviour and Health: A Systematic Review*, 128 BJOG: Int'l J. Obstetrics & Gynaecology 964 (2020).

12. Attached hereto as Exhibit 10 to this declaration is a true and correct copy of expert report 1-C of Dr. Rebecca Cohen, M.D., disclosed by Defendants in this case.

13. Attached hereto as Exhibit 11 to this declaration is a true and correct copy of an FDA Drug Bulletin published in April 1982.

14. Attached hereto as Exhibit 12 to this declaration is a true and correct copy of Arri Coomarasamy et al., *Progesterone to prevent miscarriage in women with early pregnancy bleeding: the PRISM RCT*, 24 Health Tech. Assessment (June 2020).

15. Attached hereto as Exhibit 13 to this declaration is a true and correct copy of Arri Coomarasamy et al., *Micronized vaginal progesterone to prevent miscarriage: a critical evaluation of randomized evidence*, 223 Am. J. of Obstetricians Gynecologists 167 (2020).

16. Attached hereto as Exhibit 14 to this declaration is a true and correct copy of *Ectopic pregnancy and miscarriage: diagnosis and initial management*, National Institute for Health and Care Excellence (NICE) (updated Nov. 24, 2021) (Guideline NG126, Recommendation 1.5.2).

17. Attached hereto as Exhibit 15 to this declaration is a true and correct copy of FDA's label for the drug Mifeprex.

3

18. Attached hereto as Exhibit 16 to this declaration is a true and correct copy of Paul L.C. DeBeasi, *Mifepristone Antagonization with Progesterone to Avert Medication Abortion: A Scoping Review*, The Linacre Quarterly (July 2023).

19. Attached hereto as Exhibit 17 to this declaration is a true and correct copy of Mitchell Creinin et al., *Mifepristone Antagonization with Progesterone to Prevent Medical Abortion: A Randomized Controlled Trial*, 135(1) Obstetrics & Gynecology 158 (2020).

20. Attached hereto as Exhibit 18 to this declaration is a true and correct copy of Shingo Yamabe et al., *The Effect of RU486 and Progesterone on Luteal Function During Pregnancy*, 65 Folia Endocrinologica Japonica 497 (1989).

21. Attached hereto as Exhibit 19 to this declaration is a true and correct copy of Christina Camilleri & Stephen Sammut, *Progesterone-mediated reversal of mifepristone-induced pregnancy termination in a rat model: an exploratory investigation*, 13 Scientific Reports 10942 (2023).

22. Attached hereto as Exhibit 20 to this declaration is a true and correct copy of George Delgado & Mary L. Davenport, *Progesterone use to reverse the effects of mifepristone*, 46 Annals of Pharmacotherapy 1723 (2012).

23. Attached hereto as Exhibit 21 to this declaration is a true and correct copy of Deborah Garratt & Joseph V. Turner, *Progesterone for preventing pregnancy termination after initiation of medication abortion with mifepristone*, 22 Eur. J. Contraceptive & Reprod. Health Care 472 (2017).

4

24. Attached hereto as Exhibit 22 to this declaration is a true and correct copy of George Delgado et al., *A Case Series Detailing the Successful Reversal of the Effects of Mifepristone Using Progesterone*, 33 Issues L. & Med. 21 (2018).

25. Attached hereto as Exhibit 23 to this declaration is a true and correct copy of expert report 1-D of Dr. Rebecca Cohen, M.D., disclosed by Defendants in this case.

26. Attached hereto as Exhibit 24 to this declaration is a true and correct copy of Ruth Graham, *A New Front in the War Over Reproductive Rights: 'Abortion-Pill Reversal,'* N.Y. Times (July 18, 2017).

27. Attached hereto as Exhibit 25 to this declaration is a true and correct copy of American College of Obstetricians & Gynecologists, *Practice Bulletin No. 225: Medication Abortion up to 70 Days of Gestation*, 136 Obstetrics & Gynecology 1 (2020).

28. Attached hereto as Exhibit 26 to this declaration is a true and correct copy of the Abortion Pill Reversal FAQ webpage of Bella Health and Wellness's website produced by Plaintiffs in discovery.

29. Attached hereto as Exhibit 27 to this declaration is a true and correct copy of social media posts produced by Plaintiffs in discovery.

30. Attached hereto as Exhibit 28 to this declaration is a true and correct copy of House Bill 22-1279.

31. Attached hereto as Exhibit 29 to this declaration is a true and correct copy of Attorney General Phil Weiser's statement on the Supreme Court's decision in *Dobbs*

*v. Jackson Women's Health Organization*, released on June 24, 2022, located at https://coag.gov/press-releases/6-24-22/.

32. Attached hereto as Exhibit 30 to this declaration is a true and correct copy of the transcript of the deposition of Mr. Samuel Delp taken by Plaintiffs in this case on November 14, 2024.

33. Attached hereto as Exhibit 31 to this declaration is a true and correct copy of the transcript of the deposition of Dr. Alan Shackelford, M.D., taken by Plaintiffs in this case on October 16, 2024.

34. Attached hereto as Exhibit 32 to this declaration is a true and correct copy of the transcript of the deposition of Ms. Roberta Hills taken by Plaintiffs in this case on November 15, 2024.

35. Attached hereto as Exhibit 33 to this declaration is a true and correct copy of the Board Defendants' Response to Plaintiffs' Second Set of Discovery Requests, produced by Defendants on July 1, 2024.

36. Attached hereto as Exhibit 34 to this declaration is a true and correct copy of the Board Defendants' Response to Plaintiffs' Fifth Set of Discovery Requests, produced by Defendants on October 4, 2024.

37. Attached hereto as Exhibit 35 to this declaration is a true and correct copy of the Board Defendants' Response to Plaintiffs' Fourth Set of Discovery Requests, produced by Defendants on August 12, 2024.

6

38. Attached hereto as Exhibit 36 to this declaration is a true and correct copy of the Attorney General's Response to Plaintiffs' Fifth Set of Discovery Requests, produced by Defendants on October 7, 2024.

39. Attached hereto as Exhibit 37 to this declaration is a true and correct copy of the Attorney General's Response to Plaintiffs' Fourth Set of Discovery Requests, produced by Defendants on August 12, 2024.

40. Attached hereto as Exhibit 38 to this declaration is a true and correct copy of the Board Defendants' Response to Plaintiffs' Sixth Set of Discovery Requests, produced by Defendants on December 13, 2024.

41. Attached hereto as Exhibit 39 to this declaration is a true and correct copy of the Colorado Department of Regulatory Agencies' Performance Plan for Fiscal Year 2022-2023.

42. Attached hereto as Exhibit 40 to this declaration is a true and correct copy of the Colorado Department of Regulatory Agencies' Gender-Affirming Care Coverage Guide.

43. Attached hereto as Exhibit 41 to this declaration is a true and correct copy of the University of Colorado School of Medicine's UCHealth Integrated Transgender Program.

44. Attached hereto as Exhibit 42 to this declaration is a true and correct copy of SB 23-190, signed by Governor Jared Polis on April 14, 2023.

45. Attached hereto as Exhibit 43 to this declaration is a true and correct copy of an unofficial transcript of excerpts from the video recording of the Colorado Senate Judiciary Committee Hearing held on March 15, 2023 and posted to the website of the Colorado General Assembly at the following link: https://bit.ly/4hxctq2.

46. Attached hereto as Exhibit 44 to this declaration is a true and correct copy of an unofficial transcript of excerpts from the video recording of the Colorado Senate Session held on March 21, 2023 and posted to the website of the Colorado General Assembly at the following link: https://bit.ly/3PVC3t6.

47. Attached hereto as Exhibit 45 to this declaration is a true and correct copy of an unofficial transcript of excerpts from the video recording of the Colorado House Judiciary Committee Hearing held on March 28, 2023 and posted to the website of the Colorado General Assembly at the following link: https://bit.ly/4jvQu4N. Attached hereto as Exhibit 46 to this declaration is a true and correct copy of an unofficial transcript of excerpts from  video recording of the Colorado House Session held on March 30, 2023 and posted to the website of the Colorado General Assembly at the following link: https://bit.ly/42CbUqJ.

48. Attached hereto as Exhibit 47 to this declaration is a true and correct copy of an unofficial transcript of excerpts from the video recording of the Colorado Department of Regulatory Agencies' joint stakeholder meeting held on June 5, 2023 and posted to the website of the Colorado General Assembly at the following link: https://bit.ly/3Erpmnc.

8

49. Attached hereto as Exhibit 48 to this declaration is a true and correct copy of Plaintiffs' first rulemaking comment submitted to the Boards on June 1, 2023.

50. Attached hereto as Exhibit 49 to this declaration is a true and correct copy of the Colorado Medical Board's Notice of Proposed Rulemaking.

51. Attached hereto as Exhibit 50 to this declaration is a true and correct copy of the Colorado Nursing Board's Notice of Proposed Rulemaking.

52. Attached hereto as Exhibit 51 to this declaration is a true and correct copy of Plaintiffs' second rulemaking comment submitted to the Boards on July 28, 2023.

53. Attached hereto as Exhibit 52 to this declaration is a true and correct copy of an unofficial transcript of excerpts from the video recording of the Colorado Department of Regulatory Agencies' joint stakeholder meeting held on August 5, 2023 and posted to the YouTube page of the Colorado Department of Regulatory Agencies at the following link: https://bit.ly/3PZV3qt.

54. Attached hereto as Exhibit 53 to this declaration is a true and correct copy of the Medical Board's Final Rule, 3 CCR 713-1.

55. Attached hereto as Exhibit 54 to this declaration is a true and correct copy of the Nursing Board's Final Rule, 3 CCR 716-1.

56. Attached hereto as Exhibit 55 to this declaration is a true and correct copy of a supplemental expert report of Dr. Monique Wubbenhorst, M.D., M.P.H. disclosed by Plaintiffs in this case.

57. Attached hereto as Exhibit 56 to this declaration is a true and correct copy of a supplemental expert report of Dr. Rebecca Cohen, M.D., disclosed by Defendants in this case.

58. Attached hereto as Exhibit 57 to this declaration is a true and correct copy of the expert report of Ms. Patricia Cullen, Ph.D., disclosed by Defendants in this case.

59. Attached hereto as Exhibit 58 to this declaration is a true and correct copy of the transcript of the deposition of Ms. Patricia Cullen, Ph.D., taken by Plaintiffs in this case on November 19, 2024.

60. Attached hereto as Exhibit 59 to this declaration is a true and correct copy of Defendants' Expert Witness Disclosures produced by Defendants on July 1, 2024.

61. Attached hereto as Exhibit 60 to this declaration is a true and correct copy of Defendants' First Supplemental Expert Witness Disclosures produced by Defendants on August 1, 2024.

62. Attached hereto as Exhibit 61 to this declaration is a true and correct copy of Defendants' Second Supplemental Expert Witness Disclosures dated October 11, 2024.

63. Attached hereto as Exhibit 62 to this declaration is a true and correct copy of a letter from Mr. Brady Grassmeyer, counsel for Attorney General Phil Weiser, to Mr. Mark Rienzi, counsel for Plaintiffs, dated December 9, 2024.

64. Attached hereto as Exhibit 63 to this declaration is a true and correct copy of the Attorney General's Response to Plaintiffs' Sixth Set of Discovery Requests to Defendants dated December 13, 2024.

65. Attached hereto as Exhibit 64 to this declaration is a true and correct copy of the University of Colorado UCHealth Transgender Program's "education form … for people who want gender-affirming hormone therapy."

66. Attached hereto as Exhibit 65 to this declaration is a true and correct copy of the Pharmacy Board's final rule, 3 CCR 719-1.

67. Attached hereto as Exhibit 66 to this declaration is a true and correct copy of Plaintiffs' Responses to Defendants' Fifth Set of Discovery Requests and Fourteenth Supplemental Responses dated December 13, 2024.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 31st day of January, 2025.

                                                    Mark L. Rienzi