# Exhibit 3

# Our Mission — Bella Health + Wellness

**B** **bellawellness.org**/bella-mission



## Bella's Mission Story

### Where it Started

While on a medical mission in the high Andes Mountains of Peru, mother and daughter nurse practitioners, Dede Chism and Abby Sinnett, received the inspiration for Bella Health + Wellness.

Dede and Abby became convicted that everyone has a story, every life should be protected, and every person deserves to know they are made good. They recognized that "poverty of spirit" was not just found in missions far away, but in the exam rooms of patients seeking treatment in the United States.

**BHW000012**

The problem was - places to practice dignified, life-affirming health care were scarce. And in their chosen field, Obstetrics and Gynecology, virtually non-extant. With courage, Dede and Abby began to assemble funding and a team.

Since the beginning, Bella has existed to serve patients with a full continuum of care and comprehensive health care, at every stage of life.

**Faith- Based, Life-Affirming OB-GYN**
The goal of Bella was to pioneer a Catholic clinic model that could be replicated and shared throughout the United States.

Bella became a 501(c)(3) Nonprofit organization and received guidance and blessings from Archbishop Samuel Aquila and the Archdiocese of Denver.

In December of 2014, Bella opened the first comprehensive, life-affirming OB-GYN practice in the state of Colorado. "Bella Natural Women's Care" began treating patients from a clinic in Englewood with a pro-life charism, committed to upholding the dignity of life in every person who walks through the doors of Bella.

Bella is proud to serve the Colorado community as a comprehensive, life-affirming OB-GYN practice.

**New Mission Partnerships**
While always focused on the mission work happening in the exam rooms at 180 E. Hampden, Bella began partnering with other life-affirming groups, like Marisol Health Services in Denver and Lafayette.  The idea was to  bring the first full continuum of care to Colorado, with Bella's medical services complementing Catholic Charities social service offerings.

Although the two groups remain separately funded and governed, they have proven that the best response to entities like Planned Parenthood is comprehensive healthcare at every stage of life

**The Full Continuum of Care**
In 2016, men and children also began receiving care at Bella with full Family Medicine and Primary Care.

In 2020 Bella adopted a new name, Bella Health + Wellness. This allowed Bella to wrap the medical arms of dignified medicine around the every member of the family.

**BHW000013**

2/2

**Continued Growth**

In 2020, the COVID-19 pandemic allowed us to embrace our missionary roots in a new way. Bella opened the state's first drive-thru clinic. Consistent with our mission, we never turned those in need away. During this time alone, our practice grew over 30%. Due to the tremendous demand, we quickly outgrew our space.

In 2023, Bella doubled our office space, by taking over the entire building at 180 E. Hampden. We continue to look forward to the future of dignified, life-affirming healthcare.



**BHW000014**