**Rebuttal to the Expert Report of Dr. Monique Chireau Wubbenhorst, M.D., M.P.H.**

Throughout her declaration, Dr. Wubbenhorst conflates safety with efficacy. While progesterone itself is safe, there are still side effects and costs to its use – and progesterone therapy after mifepristone has not been proven to have a safety benefit. Use of progesterone therapy after mifepristone has also not been proven more effective for continuing pregnancy than expectant management (doing nothing). Proponents of progesterone therapy after mifepristone – including Dr. Wubbenhorst – misinterpret statistical findings while placing outsized importance on the findings of small and/or poorly conducted studies. Numbers in parentheses at the beginning of each paragraph refer to the points put forth in Dr. Wubbenhorst's declaration of 5/31/24.

(12)[1] Dr. Wubbenhorst outlines multiple uses for progesterone in obstetrics and gynecology. Many, as she mentions, have supporting biological plausibility, *along with* a long history of safety and evidence of benefit (unlike progesterone therapy after mifepristone). Her examples actually demonstrate why biological plausibility is insufficient to show benefit. For instance, progesterone therapy for treatment of premenstrual syndrome has biological plausibility – progesterone levels begin to decrease before the onset of monthly periods – but has been shown to be clinically ineffective.[1] Dr. Wubbenhorst also notably omits reference to Makena, a progesterone derivative that was approved by the Food and Drug Administration (FDA) under an accelerated process in 2011.[2] Makena was initially shown to be of benefit in preventing preterm birth.[3] However, the post-marketing confirmatory research study[4] showed no benefit and Makena's FDA approval was withdrawn in 2023.[5] The approval was withdrawn solely for lack of clinical benefit. Significant safety events with Makena were rare, but for several years, "many pregnant individuals received weekly doses of an ineffective drug that cost millions of dollars to the healthcare system."[5] While safety is a key component of medical treatment, effectiveness is also essential.

(13) Dr. Wubbenhorst specifically mentions off-label use of other medications during pregnancy. As she correctly notes, off-label drug use is common in pregnancy. While off-label use does not mean that a medication is unsafe or ineffective, many uses of off-label drugs – including those that Dr. Wubbenhorst holds up as examples of beneficial off-label use -- *have* been proven to be unsafe or ineffective. Terbutaline, initially considered safe for long-term off-label use to prevent preterm birth,[6] has been shown in meta-analysis not only to be ineffective but to carry the risk of maternal harm.[7] Similarly, magnesium sulfate was widely used for tocolysis and ultimately found to have no benefit in prolonging pregnancy, despite biological plausibility,[8] and is rarely used for tocolysis in clinical practice today. To quote the authors of a systematic review, "It is disappointing that tocolytic treatment with magnesium sulfate and other agents has been so widely accepted in practice despite the relatively small number of patients studied and lack of evident benefits." Along with the medications that she includes in her list, many others have been used in pregnancy and eventually found to have significant harm – including the well-known thalidomide[9] and DES[10] that she alludes to. While these medications are not progesterone-derived, they show the critical importance of assessing the safety and efficacy of any off-label drug use, the harms of relying on animal studies and case series, as well as the need to stay up-to-date on current literature and practice.

**EXHIBIT 1-C**

---

[1] These citations are to the paragraphs contained within Dr. Wubbenhorst's report.

1

(16) Dr. Wubbenhorst claims that I have misinterpreted the results of the PRISM study. In truth, her interpretation of the PRISM study findings focuses on the beneficial effects of progesterone in a subpopulation of study participants (the 7.1% with 3 or more prior miscarriages in the setting of vaginal bleeding in early pregnancy) while ignoring that the study *did not* find a statistically significant benefit of progesterone therapy overall.  PRISM participants without a previous miscarriage – whose progesterone levels were assumed to be normal - had no benefit of progesterone supplementation when they experienced bleeding in early pregnancy. This highlights the numerous causes of infertility*** and sporadic and recurrent early pregnancy loss, most of which are not addressed by supplemental progesterone.[11]

Specifically, treatment of luteal phase defect and preparation of the uterine lining for IVF with progesterone cannot be extrapolated to support use of progesterone to improve pregnancy outcomes after ingestion of mifepristone.  Normal serum progesterone levels vary widely in early pregnancy, and there are "no reliable methods for diagnosis of [progesterone] deficiency during the luteal phase or early pregnancy".[12]  Studies have shown that serum progesterone levels do not correlate with the changes induced in the uterine environment (endometrial lining).[13,14] There is especially limited understanding of the dose-response pharmacokinetics in pregnancy.[15] Importantly, mifepristone does not affect serum progesterone levels[16] but instead acts locally to block progesterone from acting upon uterine receptors.[17] It is a different situation when progesterone is available in the body, but unable to act upon blocked receptors. The PRISM study does not establish the safety or efficacy of using progesterone to attempt to reverse the effects of mifepristone.

Dr. Wubbenhorst cites the scientific commentary by Coomarasamy et al[18] in support of progesterone therapy after mifepristone, noting the value of shared decision-making in the absence of "absolute scientific certainty". She notes in section 31 of her declaration (specifically footnote 43, where she inexplicably assails telehealth)[19] the importance of non-coercive, in-depth counseling to support decisional certainty, and states (correctly) that I cannot speak on behalf of the practices of all abortion care providers. Yet, she provides no proof that providers accurately convey the "uncertainty around treatment effects and available safety data" of progesterone therapy after mifepristone.  Heartbeat International runs the "Abortion Pill Rescue Network",[20] a referral hotline for people considering progesterone therapy after mifepristone.  Heartbeat International states that they have over 1000 volunteer providers;[21] the only listed training resource is available only to those who attest that the training is "is intended for a pro-life audience and is considered off the record."[22]

The 2018 case series from Delgado et al. used data from the Heartbeat International referral hotline.[23]  In that case series, 57 (7.6%) of women who initiated progesterone therapy after mifepristone opted to stop progesterone and pursue abortion with either medication or surgery.[23] While no information was provided about the reasoning underlying these patients' decision-making, this is a very high proportion of patients who initiated and then stopped progesterone therapy after mifepristone, potentially implying inadequate counseling.  Another explanation is that patients may have opted to stop progesterone therapy if they began to experience signs or symptoms consistent with pregnancy failure. Dr. Delgado excluded patients who proceeded with abortion from analysis of the effectiveness of progesterone therapy after miscarriage.[23] If a higher proportion of patients who opted to proceed with abortion would have experienced pregnancy failure, this represents a source of bias that overstates the effectiveness of progesterone therapy after mifepristone.

2

(18) Dr. Wubbenhorst mentions that both progesterone and acetaminophen are Pregnancy Category B. The FDA letter categories were retired in 2015 due to being "often viewed as confusing and overly simplistic".[24] Prior to the change, Category B contained drugs for which "Animal reproduction studies have failed to demonstrate a risk to the fetus and there are no adequate and well-controlled studies in pregnant women."[25] Progesterone and its derivatives are used in many aspects of obstetrics and gynecology, but comparison to acetaminophen (Tylenol) – intended to support the safety of progesterone – again highlights the evolving evidence of medications used in pregnancy. Recently, medical experts have raised concerns about use of acetaminophen on long-term infant neurodevelopmental outcomes.[26,27] They have reinforced the recommendation that people minimize use of acetaminophen (as with any drug) unless there is clear benefit.[26]

(25) Dr. Wubbenhorst cites a rate of continuing pregnancy of up to 25% after mifepristone alone at gestational ages of 49 days or less, based on Mr. DeBeasi's scoping review. Early studies of mifepristone did not enroll people with pregnancies beyond 49 days' gestation, and limited prospective data are available for ongoing pregnancy after mifepristone alone at higher gestational ages. A French study assessed outcomes of 46 pregnancies exposed to mifepristone alone; patients were enrolled and followed if they called a hotline to inquire about drug exposure during pregnancy.[28] Patients were exposed to mifepristone between 4 and 12 weeks gestation (average 8.6 weeks gestation) and enrolled in the study between 5 and 19 weeks gestation (average 11.9 weeks gestation). Most (81% of patients) received mifepristone before 9 weeks' gestation, and the majority (82.2% of patients) had a livebirth. All patients in this study were followed without intervention to attempt to increase rates of ongoing pregnancy. While multiple studies in support of progesterone therapy after mifepristone have cited this paper to report absence of birth defects after mifepristone,[23,29-31] none have acknowledged the reported rate of livebirth (higher than that reported in Dr. Delgado's case series of patients receiving progesterone therapy after mifepristone).[23]

A later case series[23] included only people with presumed viable pregnancies at initiation of progesterone therapy after mifepristone. As noted below, inclusion of people with pregnancies over 49 days' gestation and only those with ongoing pregnancy at time of initiation of progesterone therapy after mifepristone falsely biases the results to show benefit of progesterone therapy after mifepristone. (27) I maintain my criticism of Mr. DeBeasi, his credentials and the scoping review. An author's educational background and previously published work allows for evaluation of their expertise. Mr. DeBeasi has no additional publications on PubMed and his only other published paper is the 2012 "802.11n: The End of Ethernet?".[32] It is also important to acknowledge – as I did in my declaration, and as Dr. Wubbenhorst does in hers – a viewpoint or sponsor of a journal, as a method of understanding its focus and any particular bias. Throughout Mr. DeBeasi's paper, he frequently cites the American Association of Pro-Life OBGYNs, an explicitly anti-abortion organization with approximately 7500 members.[33] This is in contrast to the more mainstream American College of Obstetricians and Gynecologists (with more than 60,000 board-certified obstetrician-gynecologist members)[34] and reproductive health journals such as *Obstetrics and Gynecology, the American Journal of Obstetrics and Gynecology,* and *Contraception* – all of which have higher impact factors (academic citations by other papers) than *Linacre Quarterly*.

Scientifically, Mr. Debeasi gives equal attention to all studies (regardless of size and methodology), misinterprets the findings of progesterone competition with mifepristone for receptor

3

binding (as I discuss below), and fails to acknowledge the limitations of the case series studying progesterone therapy after mifepristone.

(28) I agree with Dr. Wubbenhorst that ultrasound (not done in the Zheng et al study) would be a definitive option for determining an ongoing pregnancy after mifepristone. She states that the Zheng study uses inappropriate criteria (rising pregnancy hormone levels and no expulsion of pregnancy tissue) to determine ongoing pregnancy. However, she omits an important point: the Zheng et al study also includes increasing uterine size as a criterion for ongoing pregnancy. Increasing uterine size would only be seen in a normal growing pregnancy - not in an ectopic pregnancy, an incomplete abortion, or nonviable (non-growing) pregnancy after mifepristone. While the 46% rate of ongoing pregnancy is not definitive, it remains within reasonable possibility.

(31) Mark et al, while acknowledging that it is difficult to find information on clinical trial participants not taking misoprostol after mifepristone, provide 2 citations where the rate of taking mifepristone and not misoprostol is <0.3%.[35] This is aligned with the 0.15% rate of calls to the Heartbeat International hotline (approximately 1000 calls/year[36] of 642,700 medication abortions within the formal healthcare system in the US in 2023[37]).

(33) I am quite familiar with the general principles of receptor agonists, antagonists, and competitive inhibitors – in each case, there are important factors such as receptor binding strength, downstream action, and agonist and antagonist concentrations. Mifepristone binds to the receptors about twice as strongly as natural progesterone.[38] It reaches peak concentrations in the bloodstream in about 90 minutes,[39] and has effects on the uterine lining within 6 hours.[40] The sole *in vitro* study involving progesterone's displacing mifepristone from the progesterone receptor was done in 1984. Baulieu and Segal incubated radiolabeled mifepristone with a liquid mixture of rat uterine progesterone receptors, then measured the proportion of receptors bound to mifepristone. They added a thousand-fold excess of progesterone to the mixture and measured binding over time. Even with a significant excess of progesterone, more than half of the mifepristone remained bound to the receptor after 15 hours. In contrast, when they repeated the experiment with radiolabeled progesterone, it took less than an hour for half of the progesterone to dissociate (unbind) from the receptor. Far from proving the efficacy of progesterone therapy after mifepristone, this reinforces the strength to which mifepristone binds to the progesterone receptor.[41]

(44) Unlike in point (62), where she devalues Dr. Grossman's work as "clinical commentary or opinion", Dr. Wubbenhorst includes a quotation from popular media to support biological plausibility of progesterone therapy after mifepristone. As noted several times, biological plausibility alone is not proof of effectiveness. Dr. Wubbenhorst's quotation also deceptively implies Dr. Kliman's support of progesterone therapy after mifepristone. However, the entire quotation reads "'It makes biological sense,' says Dr. Harvey Kliman, director of the reproductive and placental research unit at the Yale School of Medicine. 'I think this is actually totally feasible.' Kliman, who has published research on progesterone and miscarriage, is in favor of abortion rights, and made clear he wasn't advocating widespread use of the treatment."[42]

(45) Dr. Wubbenhorst points out the small increase in ongoing pregnancies when patients receive depot medroxyprogesterone acetate ("DMPA", an injectable high-dose synthetic progesterone) at the same time as mifepristone. While this may at best demonstrate biological plausibility of interference, it is important to note that in this study, the progestin was given at the same time as the

4

mifepristone. It is not surprising that mifepristone is less effective with simultaneous administration of DMPA because mifepristone takes time to work. It is not scientifically accurate to compare the effects of simultaneous injection of DMPA with the various protocols put forth by proponents of "medication abortion reversal," because "medication abortion reversal," as described in the literature cited by Dr. Wubbenhorst involves progesterone use many hours to days after consuming mifepristone. It is also worth noting that in the rare case where a patient changes their mind within 30 minutes of taking mifepristone, the standard of care is to induce vomiting so that the drug is expelled before it takes effect. In other words, simultaneous (or near simultaneous) administration of mifepristone and progesterone would never be a medication abortion reversal protocol in the clinical context. While Dr. Delgado's case series do not describe the interval between mifepristone and progesterone, it is almost certainly more than the 90 minutes needed for mifepristone to reach peak concentrations in the bloodstream.[39] The more appropriate comparison – delayed administration of progesterone after mifepristone – did not show an increase in ongoing pregnancy. Lang et al retrospectively reviewed records of 4838 women initiating medication abortion, including 475 (9.8%) who received DMPA 24-48 hours after mifepristone. The rate of ongoing pregnancy after mifepristone and misoprostol was 0.2%, which was half of the ongoing pregnancy rate among people who did not initiate hormonal contraception, although this difference was not statistically significant.[43]

I have personally spoken with the physicians who conducted the research on simultaneous administration because I wanted to know if I needed to modify my own clinical practices of offering DMPA at the same time as mifepristone. The researchers characterized the increased chance of ongoing pregnancy as not clinically significant. ACOG released this practice bulletin because conservative practitioners of evidence-based medicine should always counsel patients on risks associated with a treatment, even if the risk is minimal and far outweighed by the benefits. I continue to administer DMPA and mifepristone at the same time in my clinical practice, I just do so after counseling patients on the slightly elevated risk of ongoing pregnancy during the informed consent process.

(46) Dr. Wubbenhorst notes correctly that 80% (4/5) patients in Dr. Creinin's study that received mifepristone and progesterone had ongoing pregnancy, versus the 40% (2/5) who had ongoing pregnancy after mifepristone and placebo. The facts noted by Dr. Wubbenhorst are not the same as evidence establishing causation. It is misleading to use these small sample sizes as Dr. Wubbenhorst does, and doing so is inconsistent with basic principles of sound statistical analysis. Dr. Creinin had calculated that 40 participants were needed to show the statistically significant difference in expected outcomes of progesterone vs placebo – stopping the study early due to safety concerns means that they only recruited 12, of whom 10 completed the study. Although the percentages appear vastly different, the small numbers of participants mean that there is a high possibility that the outcomes will be different just based on chance. Using the Fisher's exact statistical test appropriate for small sample sizes, the p-value is 0.52. This means that if the two groups were identical, you would find a difference of this magnitude by chance at least half of the time.

Similarly, 20% (1/5) patients in the progesterone group experienced hemorrhage, and 40% (2/5) in the placebo group experienced hemorrhage. The p value is >0.99, which means that if the two groups were identical, you would find a difference of this magnitude by chance more than 99% of the time. Even limiting the comparison to more the more severe outcome of hemorrhage requiring uterine aspiration (0/5 in the progesterone group and 2/5 in the placebo group) leads to a p-value of 0.44, meaning that if the two groups were identical, you would find a difference of this magnitude by chance

5

nearly half of the time. Most scientific studies require a p-value less than 0.05, or less than a 5% risk of finding a difference by chance alone, to state that there is a true difference between groups.

(48) I do not dispute the facts of the studies that Dr. Wubbenhorst presents. What I dispute is her insistence that these studies "prove" the effectiveness of progesterone therapy after mifepristone. There are important distinctions between animal studies and human results, and it is scientifically inappropriate to ascribe certain benefit of a medicine when extrapolating from small case series.

(51) I agree that placebo-controlled randomized clinical trials are not ethically possible in all situations. In the hypothetical example of a cancer treatment, the appropriate comparison is the standard-of-care treatment (what a patient would receive in routine clinical care, rather than placebo, or "no treatment"). In situations where a standard of care does not exist, there are several options for ethical research – including Dr. Creinin's research trial in which people who did *not* wish to continue pregnancy were enrolled, after appropriate informed consent, to assess the efficacy and safety of progesterone therapy after mifepristone.[44]

(56) There are serious methodological concerns with including only people with an ongoing pregnancy in the case series. The historical control statistics include all people who took mifepristone alone in early pregnancy (at or before 49 days' gestation). A proportion of those pregnancies continued (due to gestational age or the particular pregnant person's genetics or metabolism). By including only people with ongoing pregnancies up to 72 hours after mifepristone ingestion (as well as excluding those who pursued abortion after initiating progesterone therapy), Dr. Delgado's case series already includes a higher percentage of people whose pregnancies would likely continue without intervention. This biases the results toward the benefits of progesterone therapy after mifepristone.

(57) The 2018 study was in fact "approved by an Institutional Review Board". What Dr. Wubbenhorst fails to address is the deceptive representation of this approval. To reiterate from my original declaration, "Dr. Delgado's 2018 study was withdrawn shortly after publication at the request of the University of San Diego's IRB because the study suggested the IRB had approved the entire study design. In reality, the UCSD IRB had only approved a retrospective analysis of de-identified patient data. The paper was later re-published after review by a for-profit IRB."[45] Withdrawal of a published scientific paper suggests serious concerns with either the study's ethics, research methods, or data analysis and raises suspicion about the study's results. Additionally, Dr. Delgado has falsely claimed affiliation with the University of California, San Diego, in an attempt to further legitimize his study.[46]

(58) The deception in section (57) is a clear ethical violation. Additionally, it is unclear whether patients were informed that progesterone therapy after mifepristone was an experimental treatment. The Abortion Pill Reversal Network, which runs the hotline referenced in Dr. Delgado's paper, does not mention that progesterone therapy after mifepristone is "experimental", "research", or even "off-label".[47] This lack of transparency violates the principle of informed consent, and the principle of patient autonomy. The lack of information undermines a pregnant person's ability to decide for themselves whether to accept an unproven treatment, and whether to freely participate in research. The initial (withdrawn) paper did not specify that the study was retrospective. While the republished study does include this information, the data were collected prospectively, apparently with the intent of research – yet there is a lack of clarity regarding how and when the data was collected, and whether it was deidentified before being provided to Dr. Delgado. There is a difference between patients giving

6

"permission to track their data"[23] during treatment and patients giving permission for identifiable information to be used for research.

(60) Dr. Wubbenhorst names several studies since 2015 in support of progesterone therapy after mifepristone. As noted previously, PRISM did not include persons taking progesterone after mifepristone, and the two populations are not the same. The DeBeasi review paper does not include new evidence. The Australian study is another small case series, and as noted above, Dr. Creinin's study does not show statistically that progesterone therapy after mifepristone is safer or more effective than expectant management or placebo. Animal studies again show biological plausibility, but this is not sufficient to prove benefit in humans.

(62) As noted, there are ethical options for randomized controlled trials studying progesterone therapy after mifepristone. In fact, Dr. Delgado concludes his 2018 paper by calling for exactly this: "We propose that further research employing randomized controlled trials comparing progesterone doses and routes of administration are needed to confirm which mode of delivery, dose and duration of progesterone therapy is most efficacious and carries the least burden for the patient."[23]
Dr. Wubbenhorst also attacks Dr. Grossman for his bias in support of safe, accessible, evidence-based abortion care (footnote 84 of her declaration), while ignoring her own biases and similar alleged conflicts of interest. Per her CV, she has served as an expert witness against Planned Parenthood in at least 3 cases (and presumably been compensated); she has also published in and reviewed for journals similar to *Linacre Quarterly*.

(67) The cited study is of incredibly poor quality. Thirty-three participants who had taken progesterone therapy after mifepristone were eligible and completed the survey with enough detail to be included in analysis, of the 3,076 people who were initially invited via email to participate. This is a response rate of 1.07%; *Obstetrics and Gynecology* will not publish a manuscript with a survey response rate under 60% due to risk of bias.[48] The authors also cite some of their prior work, which was retracted due to statistical errors and previously undisclosed conflicts of interest.[49] Multiple papers have documented high-quality communication and support of patient autonomy by abortion care providers in both in-person and telehealth settings.[50-52]

_____

Rebecca Cohen, M.D., M.P.H.

1.  Wyatt K, Dimmock P, Jones P, Obhrai M, O'Brien S. Efficacy of progesterone and progestogens in management of premenstrual syndrome: systematic review. *BMJ*. Oct 6 2001;323(7316):776-80. doi:10.1136/bmj.323.7316.776
2.  FDA approves drug to reduce risk of preterm birth in at-risk pregnant women. Accessed June 20, 2024. https://wayback.archive-

7

it.org/7993/20170112232046/http://www.fda.gov/NewsEvents/Newsroom/PressAnnouncements/ucm242234.htm

3. Meis PJ, Klebanoff M, Thom E, et al. Prevention of recurrent preterm delivery by 17 alpha-hydroxyprogesterone caproate. *N Engl J Med*. Jun 12 2003;348(24):2379-85. doi:10.1056/NEJMoa035140

4. Blackwell SC, Gyamfi-Bannerman C, Biggio JR, Jr., et al. 17-OHPC to Prevent Recurrent Preterm Birth in Singleton Gestations (PROLONG Study): A Multicenter, International, Randomized Double-Blind Trial. *Am J Perinatol*. Jan 2020;37(2):127-136. doi:10.1055/s-0039-3400227

5. Nelson DB, Herrera CL, McIntire DD, Cunningham FG. The end is where we start from: withdrawal of 17-alpha hydroxyprogesterone caproate to prevent recurrent preterm birth. *Am J Obstet Gynecol*. Jan 2024;230(1):1-9. doi:10.1016/j.ajog.2023.08.031

6. Lam F, Elliott J, Jones JS, et al. Clinical issues surrounding the use of terbutaline sulfate for preterm labor. *Obstet Gynecol Surv*. Nov 1998;53(11 Suppl):S85-95. doi:10.1097/00006254-199811002-00001

7. Gaudet LM, Singh K, Weeks L, Skidmore B, Tsertsvadze A, Ansari MT. Effectiveness of terbutaline pump for the prevention of preterm birth. A systematic review and meta-analysis. *PLoS One*. 2012;7(2):e31679. doi:10.1371/journal.pone.0031679

8. Mercer BM, Merlino AA, Society for Maternal-Fetal M. Magnesium sulfate for preterm labor and preterm birth. *Obstet Gynecol*. Sep 2009;114(3):650-668. doi:10.1097/AOG.0b013e3181b48336

9. Kim JH, Scialli AR. Thalidomide: the tragedy of birth defects and the effective treatment of disease. *Toxicological sciences*. 2011;122(1):1-6.

10. Tournaire M, Lepercq J, Epelboin S. The daughters of diethylstilbestrol: Lessons from an error. *European Journal of Obstetrics & Gynecology and Reproductive Biology*. 1997;75(1):25-27.

11. Larsen EC, Christiansen OB, Kolte AM, Macklon N. New insights into mechanisms behind miscarriage. *BMC Med*. Jun 26 2013;11:154. doi:10.1186/1741-7015-11-154

12. Practice Committee of the American Society for Reproductive M. Progesterone supplementation during the luteal phase and in early pregnancy in the treatment of infertility: an educational bulletin. *Fertil Steril*. Apr 2008;89(4):789-92. doi:10.1016/j.fertnstert.2008.02.012

13. Labarta E, Sebastian-Leon P, Devesa-Peiro A, et al. Analysis of serum and endometrial progesterone in determining endometrial receptivity. *Hum Reprod*. Oct 18 2021;36(11):2861-2870. doi:10.1093/humrep/deab184

14. Young SL, Savaris RF, Lessey BA, et al. Effect of randomized serum progesterone concentration on secretory endometrial histologic development and gene expression. *Hum Reprod*. Sep 1 2017;32(9):1903-1914. doi:10.1093/humrep/dex252

15. Boelig RC, Zuppa AF, Kraft WK, Caritis S. Pharmacokinetics of vaginal progesterone in pregnancy. *Am J Obstet Gynecol*. Sep 2019;221(3):263 e1-263 e7. doi:10.1016/j.ajog.2019.06.019

16. Honkanen H, Ranta S, Ylikorkala O, Heikinheimo O. The kinetics of serum hCG and progesterone in response to oral and vaginal administration of misoprostol during medical termination of early pregnancy. *Hum Reprod*. Sep 2002;17(9):2315-9. doi:10.1093/humrep/17.9.2315

17. Islam MS, Afrin S, Jones SI, Segars J. Selective Progesterone Receptor Modulators-Mechanisms and Therapeutic Utility. *Endocr Rev*. Oct 1 2020;41(5)doi:10.1210/endrev/bnaa012

18. Coomarasamy A, Devall AJ, Brosens JJ, et al. Micronized vaginal progesterone to prevent miscarriage: a critical evaluation of randomized evidence. *Am J Obstet Gynecol*. Aug 2020;223(2):167-176. doi:10.1016/j.ajog.2019.12.006

19. Wubbenhorst MC. Declaration. 2024.

20. Consider Joining the Abortion Pill Rescue Network! Heartbeat International. Accessed June 26, 2024, https://www.heartbeatinternational.org/consider-joining-the-abortion-pill-rescue-network

21. How Can I Join the Medical Network? Heartbeat International. Accessed June 26, 2024, https://aprnworldwide.com/about/medical-network
22. Abortion Pill Rescue Network Training. Heartbeat International. Accessed June 26, 2024, https://www.heartbeatinternational.org/resources/resources-by-topic/medical/abortion-pill-rescue-network-training
23. Delgado G, Condly SJ, Davenport M, et al. A case series detailing the successful reversal of the effects of mifepristone using progesterone. *Issues Law Med*. Spring 2018;33(1):21-31.
24. Questions and Answers on the Pregnancy and Lactation Labeling Rule. US Food and Drug Administration. Accessed June 26, 2024, https://www.fda.gov/drugs/labeling-information-drug-products/questions-and-answers-pregnancy-and-lactation-labeling-rule
25. FDA Pregnancy Risk Information: An Update. Accessed June 26, 2024, https://www.drugs.com/pregnancy-categories.html
26. Bauer AZ, Swan SH, Kriebel D, et al. Paracetamol use during pregnancy—a call for precautionary action. *Nature Reviews Endocrinology*. 2021;17(12):757-766.
27. Cendejas-Hernandez J, Sarafian JT, Lawton VG, et al. Paracetamol (acetaminophen) use in infants and children was never shown to be safe for neurodevelopment: a systematic review with citation tracking. *European Journal of Pediatrics*. 2022;181(5):1835-1857.
28. Bernard N, Elefant E, Carlier P, et al. Continuation of pregnancy after first-trimester exposure to mifepristone: an observational prospective study. *BJOG*. Apr 2013;120(5):568-74. doi:10.1111/1471-0528.12147
29. Davenport M, Delgado G, Harrison MP, Khauv V. Embryo survival after mifepristone: a systematic review of the literature. *Issues L & Med*. 2017;32:3.
30. Garratt D, Turner JV. Progesterone for preventing pregnancy termination after initiation of medical abortion with mifepristone. *The European Journal of contraception & reproductive health care*. 2017;22(6):472-475.
31. Turner JV, Garratt D, McLindon LA, Barwick A, Spark MJ. Progesterone after mifepristone: A pilot prospective single arm clinical trial for women who have changed their mind after commencing medical abortion. *Journal of Obstetrics and Gynaecology Research*. 2024;50(2):182-189.
32. DeBeasi P. 802.11 n: The End of Ethernet?". *Burton Group, Network and Telecom Strategies In-Depth Research Report Utah USA*. 2012;
33. AAPLOG Mission and Vision. Accessed June 26, 2024, https://aaplog.org/about-us/our-mission-statement/
34. Gynecologists ACoOa. About. Accessed June 26, 2024, https://www.acog.org/about
35. Mark A, Grossman D, Foster AM, Prager SW, Winikoff B. When patients change their minds after starting an abortion: guidance from the National Abortion Federation's Clinical Policies Committee. *Contraception*. 2020;101(5):283-285.
36. Rafferty KA, Longbons T. Medication Abortion and Abortion Pill Reversal: An Exploratory Analysis on the Influence of Others in Women's Decision-Making. *Cureus*. 2023;15(12)
37. Medication Abortion Accounted for 63% of All US Abortions in 2023—An Increase from 53% in 2020. Guttmacher Institute. Accessed June 26, 2024, https://www.guttmacher.org/2024/03/medication-abortion-accounted-63-all-us-abortions-2023-increase-53-2020
38. Oskari H, Kimmo K, Horacio C, Irving S, Tapani L, Pekka L. Plasma concentrations and receptor binding of RU 486 and its metabolites in humans. *Journal of steroid biochemistry*. 1987;26(2):279-284.
39. Sarkar NN. Mifepristone: bioavailability, pharmacokinetics and use-effectiveness. *Eur J Obstet Gynecol Reprod Biol*. Mar 10 2002;101(2):113-20. doi:10.1016/s0301-2115(01)00522-x
40. Catalano R, Critchley H, Heikinheimo O, et al. Mifepristone induced progesterone withdrawal reveals novel regulatory pathways in human endometrium. *Molecular human reproduction*. 2007;13(9):641-654.

41. Baulieu E-E, Segal SJ. *The antiprogestin steroid RU 486 and human fertility control*. Reproductive biology. Plenum Press; 1985:ix, 353 p.
42. Graham R. A New Front in the War over Reproductive Rights:'Abortion-Pill Reversal.'. *New York Times Magazine*. 2017;
43. Lang C, Chen ZE, Johnstone A, Cameron S. Initiating intramuscular depot medroxyprogesterone acetate 24-48 hours after mifepristone administration does not affect success of early medical abortion. *BMJ Sex Reprod Health*. Jul 26 2018;doi:10.1136/bmjsrh-2017-101928
44. Creinin MD, Hou MY, Dalton L, Steward R, Chen MJ. Mifepristone Antagonization With Progesterone to Prevent Medical Abortion: A Randomized Controlled Trial. *Obstet Gynecol*. Jan 2020;135(1):158-165. doi:10.1097/AOG.0000000000003620
45. A study of an "abortion reversal" method has been republished — but its mystery deepens. Retraction Watch. Accessed June 26, 2024, https://retractionwatch.com/2018/09/07/a-study-of-an-abortion-reversal-method-has-been-republished-but-its-mystery-deepens/#more-71050
46. Doctor claiming to 'reverse' abortion was told to stop using medical school's name. The Guardian. Accessed June 26, 2024, https://www.theguardian.com/world/2019/jul/25/revealed-doctor-reverse-abortion-trump-administration
47. Frequently Asked Questions. Abortion Pill Rescue Network. Accessed June 26, 2024, https://aprnworldwide.com/faq
48. Instructions for Authors—July 2021. Obstetrics and Gynecology. Accessed June 26, 2024, https://journals.lww.com/greenjournal/citation/2021/07000/instructions_for_authors_july_2021.28.aspx
49. Retraction Notice. *Health Serv Res Manag Epidemiol*. Jan-Dec 2024;11:23333928231216699. doi:10.1177/23333928231216699
50. Kerestes C, Delafield R, Elia J, Shochet T, Kaneshiro B, Soon R. Person-centered, high-quality care from a distance: a qualitative study of patient experiences of TelAbortion, a model for direct-to-patient medication abortion by mail in the United States. *Perspectives on Sexual and Reproductive Health*. 2022;54(4):177-187.
51. Godfrey EM, Fiastro AE, Ruben MR, Young EV, Bennett IM, Jacob-Files E. Patient perspectives regarding clinician communication during telemedicine compared with in-clinic abortion. *Obstetrics & Gynecology*. 2023;141(6):1139-1153.
52. Taylor D, Postlethwaite D, Desai S, et al. Multiple determinants of the abortion care experience: from the patient's perspective. *American Journal of Medical Quality*. 2013;28(6):510-518.