# Exhibit 8

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

BELLA HEALTH AND WELLNESS et al.,

   *Plaintiffs*,

CHELSEA M. MYNYK,

   *Plaintiff-Intervenor*,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.,

   *Defendants*.

Case No. 1:23-cv-939-DDD-SKC

**EXPERT REPORT OF
JEFFREY A. KEENAN, M.D.**

I, Jeffrey A. Keenan, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a practicing board-certified obstetrician-gynecologist and reproductive endocrinologist with approximately 40 years of experience in patient care and approximately 34 years of experience in research and teaching. I graduated from Bucknell University and received my medical degree from Jefferson Medical College. I completed my internship at Mercy Hospital in Pittsburgh, Pennsylvania, and my residency in Obstetrics and Gynecology at Vanderbilt University Medical Center. I completed my post-doctoral fellowship in Reproductive Endocrinology and Infertility at the Department of Obstetrics and Gynecology at the Hutzel Hospital at Wayne State University, now known as the Detroit Medical Center Hutzel Women's Hospital. In 1990, I joined the faculty of the University of Tennessee Medical Center at Knoxville

1

as an Assistant Professor in the Division of Reproductive Endocrinology & Infertility in the Department of Obstetrics & Gynecology. I later served as an Associate Professor in that Division from 1995 to 2010, when I was promoted to full Professor. Since 1992, I have served as the Director of the Division of Reproductive Endocrinology & Infertility in the Department of Obstetrics & Gynecology at the University of Tennessee Medical Center College of Medicine in Knoxville. I am licensed to practice medicine in Tennessee and Michigan and am certified by the American Board of Obstetrics and Gynecology, a certification I have held since 1984.

2. My clinical career has focused on all aspects of reproductive endocrinology, including infertility, recurrent pregnancy loss, minimally invasive surgery, surgical correction of reproductive anomalies, pelvic pain, abnormal uterine bleeding, hormonal disorders, polycystic ovarian syndrome, endometriosis, in vitro fertilization (IVF), and embryo donation and adoption. I have assisted approximately 10,000 couples in achieving pregnancy and birth.

3. Since 2003, I have served as the medical director of the National Embryo Donation Center, a national, nonprofit 501(c)(3) corporation dedicated to the promotion and facilitation of embryo donation and adoption. Embryo donation is the transfer of an embryo originally created for a couple's own use to an unrelated woman recipient as a treatment for that woman's infertility.[1] The National Embryo Donation Center

---

[1] *See generally* Jeffrey A. Keenan & Reginald Finger, *Chapter 10B - The impact of a single embryo transfer on embryo donation, in* Single Embryo Transfer 139-142 (Jan Gerris et al. eds., 2008).

2

has achieved almost 1,500 live births, the most of any embryo donation center in the United States.

4. I am a member of the Society of Reproductive Endocrinology and Infertility and the American Society for Reproductive Medicine. I have authored over 30 peer-reviewed publications and have been a reviewer for numerous peer-reviewed journals including *Fertility and Sterility*, *Gynecological Endocrinology*, and *Issues in Law and Medicine*. My research interests include embryo donation and adoption, endometriosis, and recurrent pregnancy loss.

5. My experience, qualifications, and prior publications are set forth in further detail in my curriculum vitae, which is attached hereto as Exhibit 1.

6. I have been asked by Plaintiffs to opine regarding *Bella Health and Wellness v. Weiser*, No. 1:23-cv-939-DDD-SKC, a legal action challenging the constitutionality of SB 23-190, a Colorado law that bans providing or publicizing abortion pill reversal. I am being compensated at a rate of five hundred dollars ($500.00) per hour worked, and I will be compensated at the same rate per hour for any testimony given.

7. The opinions I express in this declaration are based on my education, training, experience, and ongoing familiarity with medical literature. These opinions are my own and do not represent the opinion of my employer or of any professional or other group.

3

## OPINIONS

**I. Scientific evidence supports the clinical use of progesterone to counteract the effects of mifepristone.**

8. I have reviewed and hereby adopt the declaration of Dr. Monique Chireau Wubbenhorst, which is consistent with my opinion and assessment of the weight of scientific evidence in this area. I specifically agree that "[t]here are multiple lines of scientific evidence that support the use of progesterone to attempt to reverse the abortifacient action of mifepristone. These include, but are not limited to, the biochemistry of progesterone and its role in female fertility and pregnancy; studies on progesterone's effectiveness in treating threatened miscarriage; basic science evidence about how mifepristone works and the interactions between a receptor antagonist and receptor agonist; animal studies indicating that progesterone can counteract the effects of mifepristone; and reports on the use of progesterone following the administration of mifepristone for abortion." Dkt. 102-1 at 3-4.

9. My extensive clinical experience with progesterone informs my opinion on the safety and effectiveness of abortion pill reversal. I have also reviewed a number of studies and articles about progesterone generally as well as its use to counteract the effects of mifepristone. Those articles are listed in the attached Appendix.

10. To understand how abortion pill reversal works, it is necessary to first understand what progesterone is and its role in female fertility and pregnancy.

4

11. Progesterone is a naturally occurring hormone with diverse biological effects. Among other things, it plays an essential role in regulating the menstrual cycle and in achieving and maintaining healthy pregnancy.[2]

12. The normal menstrual cycle is divided into the follicular and luteal phases, which are separated by ovulation. The follicular phase begins with the first day of menstruation and is marked by the maturation of the dominant follicle until its release at ovulation. The luteal phase begins with ovulation and is marked by the development of the corpus luteum, a highly specialized and transient endocrine organ that forms from the remnants of the dominant follicle and predominantly secretes progesterone.[3]

---

[2] *See generally* Lucie Kolatorova et al., *Progesterone: A Steroid with Wide Range of Effects in Physiology as Well as Human Medicine*, 23 Int'l J. Molecular Scis. 7989 (2022) (describing progesterone as "a key physiological component in the menstrual cycle and in regulating pregnancy") (Exhibit 16).

[3] *See* Tolga B. Mesen & Steven L. Young, *Progesterone and the Luteal Phase: A Requisite to Reproduction*, 42 Obstetrics and Gynecology Clinics N. Am. 135 (2015) (Exhibit 18).

5

13. A graphical depiction of the menstrual cycle is included for reference below:[4]



14. Progesterone is necessary to transform the endometrial lining of the uterus into a thickened state that is receptive to implantation of the developing embryo (blastocyst). It also facilitates maternal immunological tolerance to the implanted embryo, enabling its survival, and stimulates endometrial glands to produce nutri-

---

[4]  Stanley George Clayton, *Menstrual cycle*, Encyclopedia Britannica, https://perma.cc/W6FB-L4GG.

6

ents that support the developing embryo. It also plays a role in relaxing smooth muscle cells, thereby suppressing uterine contractility prior to delivery. Adequate progesterone is thus critically important to achieve and maintain pregnancy.[5]

15. Progesterone performs these diverse biological functions by binding to nuclear progesterone receptors located within the cell.[6] It is produced by the corpus luteum during the initial weeks of pregnancy. Once the placenta develops to a certain size, it becomes the main source of progesterone during the remainder of pregnancy.[7]

16. Progesterone was first identified as a separate hormone in the 1930s. Previously known as the "corpus luteum hormone," it was renamed progesterone in 1935 in reference to its "progestational" effects.[8]

17. Bioidentical progesterone, which has the same chemical structure as naturally produced progesterone, has been safely used to support female fertility and pregnancy for nearly 75 years.[9]

18. There are many indications for bioidentical progesterone therapy in obstetrics and gynecology, including treatment of recurrent miscarriages, prevention of preterm birth, treatment of secondary amenorrhea (lack of menstrual cycles), treatment of

---

[5] *See id.* (collecting studies); *see also* N.E. Simons et al., *The long-term effect of prenatal progesterone treatment on child development, behaviour and health: a systematic review*, 128 BJOG: Int'l J. Obstet. & Gyn. 964 (2021) (Exhibit 22); Elena Labarta & Cristina Rodríquez, *Progesterone use in assisted reproductive technology*, 69 Best Prac. & Rsch. Clinical Obstetrics & Gynaecology 74 (2020) (Exhibit 17).

[6] Kolatorova et al., *supra* note 2, at 1-2.

[7] Jessie K. Cable & Michael H. Grider, *Physiology, Progesterone*, StatPearls Publishing (2022) (Exhibit 2).

[8] *See* Gian Carlo Di Renzo et al., *Progesterone: History, facts, and artifacts*, 69 Best Prac. & Rsch. Clinical Obstetrics & Gynaecology 2 (2020) (Exhibit 12).

[9] *See* Di Renzo et al., *supra* note 8.

7

excessive blood loss during menstruation, treatment of premenstrual syndrome, hormonal therapy after surgical or natural menopause, and prevention and treatment of endometrial hyperplasia (thickening of the uterine lining).[10]

19. Progesterone is also routinely used to treat luteal phase deficiency (LPD), a condition characterized by inadequate endometrial maturation resulting from disordered corpus luteum function—and thus insufficient progesterone levels—during the luteal phase.[11] In 1949, American physician Georgeanna Seegar Jones, the director of Johns Hopkins' Laboratory of Reproductive Physiology, first identified LPD as a cause of infertility and recurrent miscarriage. Jones is widely credited with first using progesterone to treat women with a history of miscarriages.[12]

20. While the precise diagnostic criteria for LPD remain a matter of debate, progesterone is routinely used to treat LPD or suspected LPD.[13]

21. Supplemental progesterone is also part of routine care during assisted reproductive technology (ART) cycles, especially during in vitro fertilization (IVF) and frozen embryo transfer (FET) treatments.[14] IVF and FET frequently result in the transfer of an embryo into a woman who has undergone controlled ovarian hyperstimulation or a woman receiving an embryo in a nonovulatory cycle (where the natural cycle

---

[10] *See* Kolatorova et al., *supra* note 2.

[11] *See, e.g.*, Kenneth A. Ginsburg, *Luteal Phase Defect: Etiology, Diagnosis, and Management*, 21 Reproductive Endocriminology 88, 96-97 (1992) (Exhibit 15); Mesen et al., *supra* note 3, at 6-7.

[12] Di Renzo et al., *supra* note 8, at 7; *see also* Mesen et al., *supra* note 3, at 3.

[13] Ginsburg, *supra* note 11, at 96-97, 99; Mesen et al., *supra* note 3, at 6-7.

[14] Mesen et al., *supra* note 3, at 7.

8

is suppressed and the corpus luteum is absent).[15] Progesterone is thus used to mimic the luteal phase and prepare the endometrium for implantation of the embryo.[16]

22. According to a worldwide survey of ART clinics published in 2014, all 408 clinics across 82 countries used progesterone for luteal phase support and to prevent miscarriage during ART cycles.[17] A follow-up survey published in 2021 confirms that progesterone is strongly recommended as the major constituent of luteal phase support during ART cycles.[18]

23. I have personally used bioidentical progesterone therapy extensively in all aspects of ART and have never witnessed any harm from it in my more than 35 years of subspecialty practice.

24. Progesterone is also routinely used to treat recurrent miscarriage, for many of the same basic biological reasons given above. Because of progesterone's essential role in the establishment and maintenance of pregnancy, progesterone insufficiency has long been considered a potential mechanism for miscarriage.[19]

---

[15] *Id.* at 7-8.

[16] *Id.*

[17] Edi Vaisbuch et al., *Luteal-phase support in assisted reproduction treatment: real-life practices reported worldwide by an updated website-based survey*, Reproductive BioMedicine Online 330-35 (2014) (Exhibit 23).

[18] Gon Shoham et al., *A 10-year follow-up on the practice of luteal phase support using worldwide web-based surveys*, Reproductive Biology & Endocrinology (2021) (Exhibit 21).

[19] Rima K. Dhillon-Smith et al., *Interventions to prevent miscarriage*, 120 Fertility & Sterility 5 at 952 (2023) (Exhibit 13).

9

25. Numerous studies have investigated the use of progesterone to prevent or treat recurrent miscarriage. [20] The Progesterone in Spontaneous Miscarriage (PRISM) study followed over 4,000 women at 48 hospitals in the United Kingdom and found a 3% greater live birth rate among the women who received progesterone therapy. The study concluded that "[p]rogesterone therapy . . . did not result in a significantly higher rate of live births among women with threatened miscarriage *overall*."[21] But it did identify a greater effect among women with prior miscarriages, showing a 15% greater live birth rate among women with three or more prior miscarriages and first-trimester vaginal bleeding.[22]

26. Importantly, there is no evidence that progesterone poses a safety risk to pregnant women or to their embryos or fetuses.[23]

27. In its 2021 guidelines on progesterone therapy, the UK's highly respected National Institute of Health and Care Excellence (NICE) committee found "no evidence of harms for women or babies" from the use of progesterone, including "no increase in risk of stillbirth, ectopic pregnancy, congenital abnormalities or adverse drug reactions."[24]

---

[20] *See, e.g.*, Arri Coomarasamy et al., *Micronized vaginal progesterone to prevent miscarriage: a critical evaluation of randomized evidence*, 223 Am. J. Obstetricians Gynecologists 167 (2020) (Exhibit 4); Arri Coomarasamy et al., *A Randomized Trial of Progesterone in Women with Bleeding in Early Pregnancy*, 380 New Eng. J. Med. 1815 (2019) (Exhibit 6).

[21] *See* Arri Coomarasamy et al., *Progesterone to prevent miscarriage in women with early pregnancy bleeding: the PRISM RCT*, 24 Health Tech. Assessment 33, at ix (2020) (emphasis added) (Exhibit 5).

[22] *Id.* at 22.

[23] Dhillon-Smith et al., *supra* note 19, at 952.

[24] *Ectopic pregnancy and miscarriage: diagnosis and initial management*, National Institute for Health and Care Excellence (NICE) (Nov. 2021) (Guideline NG126 Update) (Exhibit 19).

10

28. The American Society for Reproductive Medicine (ASRM) has similarly concluded: "The weight of available evidence indicates that the most common forms of [progesterone] supplementation during early pregnancy pose no significant risk to mother or fetus."[25]

29. Although the total is difficult to enumerate, I have treated many thousands of patients, perhaps in excess of ten thousand patients, with natural progesterone therapy in my practice. I can say with no doubt at all that natural progesterone poses no risk of harm to a woman or her pregnancy and poses no risk of miscarriage, birth defect, or any other significant problem.

30. For all these reasons, I conclude that the clinical use of progesterone is safe, and that there is scientific evidence that supports the clinical use of progesterone in abortion pill reversal.

[NOTHING FURTHER ON THIS PAGE]

---

[25] Prac. Comm. of the Am. Soc. for Reprod. Med., *Progesterone Supplementation During the Luteal Phase and in Early Pregnancy in the Treatment of Infertility: An Educational Bulletin*, 89 Fertility & Sterility 789, 791 (2008) (Exhibit 20).

11

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 28th day of May, 2024.

_____
Jeffrey A. Keenan

12

# APPENDIX

- Jessie K. Cable & Michael H. Grider, *Physiology, Progesterone*, StatPearls Publishing (2022) (Exhibit 2).

- Christina Camilleri & Stephen Sammut, *Progesterone-mediated reversal of mifepristone-induced pregnancy termination in a rat model: an exploratory investigation*, 13 Scientific Reports 10942 (2023) (Exhibit 3).

- Arri Coomarasamy et al., *Micronized vaginal progesterone to prevent miscarriage: a critical evaluation of randomized evidence*, 223 Am. J. Obstetricians Gynecologists 167, 167-76 (2020) (Exhibit 4).

- Arri Coomarasamy et al., Progesterone to prevent miscarriage in women with early pregnancy bleeding: the PRISM RCT, 24 Health Tech. Assessment 33 (2020) (Exhibit 5)

- Arri Coomarasamy et al., *A Randomized Trial of Progesterone in Women with Bleeding in Early Pregnancy*, 380 New Eng. J. Med. 1815 (2019) (Exhibit 6).

- Mitchell Creinin et al., *Mifepristone Antagonization with Progesterone to Prevent Medical Abortion: A Randomized Controlled Trial*, 135(1) Obstetrics & Gynecology 158 (2020) (Exhibit 7).

- Mary L. Davenport et al., *Embryo Survival After Mifepristone: A Systematic Review of the Literature*, 32 Issues L. & Med. 3 (2017) (Exhibit 8).

- Paul L.C. DeBeasi, *Mifepristone Antagonization with Progesterone to Avert Medication Abortion: A Scoping Review*, 90 The Linacre Quarterly 395 (2023) (Exhibit 9).

- George Delgado et al., *A Case Series Detailing the Successful Reversal of the Effects of Mifepristone Using Progesterone*, 33 Issues L. & Med. 21, 25-26 (2018) (Exhibit 10).

- George Delgado & Mary L. Davenport, *Progesterone use to reverse the effects of mifepristone*, 46 Annals of Pharmacotherapy 1723 (2012) (Exhibit 11).

- Gian Carlo Di Renzo et al., *Progesterone: History, facts, and artifacts*, 69 Best Prac. & Rsch. Clinical Obstetrics & Gynaecology 2 (2020) (Exhibit 12).

- Rima K. Dhillon-Smith et al., *Interventions to prevent miscarriage*, 120 Fertility & Sterility 5 (2023) (Exhibit 13).

- Deborah Garratt & Joseph V. Turner, *Progesterone for preventing pregnancy termination after initiation of medical abortion with mifepristone*, 22 Eur. J. Contraceptive & Reprod. Health Care 472 (2017) (Exhibit 14).

- Kenneth A. Ginsburg, Luteal Phase Defect: Etiology, Diagnosis, and Management," in *Reproductive Endocriminology* (1992) (Exhibit 15).

- Daniel Grossman & Kari White, *Abortion "Reversal"—Legislating Without Evidence*, 379(16) N. Eng. J. Med. 1401 (2018) (Cohen Decl., dkt. 99-1, Exhibit R).

- Daniel Grossman et al., *Continuing Pregnancy after Mifepristone and "Reversal" of First-Trimester Medical Abortion: A Systematic Review*, 92(3) Contraception 206 (2015) (Cohen Decl., dkt. 99-1, Exhibit Q).

- Lucie Kolatorova et al., *Progesterone: A Steroid with Wide Range of Effects in Physiology as Well as Human Medicine*, 23 Int'l J. Molecular Scis. 7989 (2022) (Exhibit 16).

- Elena Labarta & Cristina Rodríquez, *Progesterone use in assisted reproductive technology*, 69 Best Prac. & Rsch. Clinical Obstetrics & Gynaecology 74 (2020) (Exhibit 17).

- Tolga B. Mesen & Steven L. Young, *Progesterone and the Luteal Phase: A Requisite to Reproduction*, 42 Obstetrics and Gynecology Clinics N. Am. 135 (2015) (Exhibit 18).

- *Ectopic pregnancy and miscarriage: diagnosis and initial management*, National Institute for Health and Care Excellence (NICE) (Nov. 2021) (Guideline NG126 Update) (Exhibit 19).

- Prac. Comm. of the Am. Soc. for Reprod. Med., *Progesterone Supplementation During the Luteal Phase and in Early Pregnancy in the Treatment of Infertility: An Educational Bulletin*, 89 Fertility & Sterility 789, 791 (2008) (Exhibit 20).

- Gon Shoham et al., *A 10-year follow-up on the practice of luteal phase support using worldwide web-based surveys*, Reproductive Biology & Endocrinology (2021) (Exhibit 21).

- N.E. Simons et al., *The long-term effect of prenatal progesterone treatment on child development, behaviour and health: a systematic review*, 128 BJOG: Int'l J. Obstet. & Gyn. 964 (2021) (Exhibit 22).

- Edi Vaisbuch et al., *Luteal-phase support in assisted reproduction treatment: real-life practices reported worldwide by an updated website-based survey*, Reproductive BioMedicine Online 300–35 (2014) (Exhibit 23).

- Jacqui Wise, *NICE recommends progesterone to prevent early miscarriage*, British Med. J. (Nov. 24, 2021) (Exhibit 24).

- Shingo Yamabe et al., *The Effect of RU486 and Progesterone on Luteal Function During Pregnancy*, 65 Folia Endocrinologica Japonica 497 (1989) (Exhibit 25).