# Exhibit 18

Folia Endocrinologica Japonica (Volume 65, Issue 5)

# The Effect of RU486 and Progesterone on Luteal Function during Pregnancy

Shingo YAMABE, Kazuaki KATAYAMA and Matsuto MOCHIZUKI

Department of Obstetricsand Gynecology,

Kobe University,School of Medicine,

Kobe, Japan

In order to investigate the role of progesterone in the maintenance of pregnancy, an anti-progesterone agent, RU486 (RU) was injected subcutaneously into pregnant rats on day12 (D12), and morphological changes of the uterus as well as endocrinological changes were observed.

In all rats injected with RU, abortion occurred with macroscopic and microscopic intrauterine hemorrhage and degeneration or delivery of conceptuses. Endocrinologically, the levels of progesterone decreased rapidly 48 hours after the injection, while the levels of estradiol showed a tendency to increase.

As progesterone is mainly produced by the corpus luteum but not by the placenta in rats, the decrease in progesterone is suspected to be due to luteolysis. Then in order to clarify the mechanism of luteolysis induced by RU and the effects of progesterone on this phenomenon, the dynamics of the luteotrophic factors (estradiol, LH, PRL) and specific binding capacity of the ovaries to LH/hCG were investigated in D7 pregnant rats treated with RU 1mg/kg alone (RU group) or with both RU 1mg/kg and progesterone 50mg/kg (RU+P group).

The serum levels of progesterone in the RU group decreased significantly after 72 hours of administration, while those in the RU+P group remained within the levels of the control group. However, serum levels of luteotrophic factors in the RU group did not decrease, and some of them were even higher than those in the control group. In the RU+P group, luteotrophic factors remained within control levels.

On the other hand, the specific bindings of LH/hCG to ovarian homogenates decreased significantly after 72 hours in the RU group. But in the RU+P group, the specific bindings were kept at the same levels as the controls. Scatchard analysis of these results disclosed that in the RU group, both affinity and numbers of receptors decreased compared to the controls, and that in the RU+P group only affinity decreased transiently and afterwards recovered quickly. From these results, it is concluded that deterioration of affinity and numbers of ovarian LH/hCG receptors seems to be one of the factors which induce luteolysis in pregnant rats treated with RU, and that progesterone can spare the effect of RU on the corpus luteum during pregnancy.

BHW001504

The Effect of RU486 and Progesterone on Luteal Function during Pregnancy (Yamabe et. al)

## Introduction

Progesterone is considered to be essential to all mammals for the maintenance of pregnancy [1]. Although there is still dispute concerning its mechanism and site of action, its most important functions are considered to be the suppression of endometrial prostaglandin production, the acceleration of metabolism, and uterine muscle tension relief [12][18].

In rat pregnancy, progesterone is produced by the corpus luteum throughout the entire period via secretions [1][3], but luteal function is maintained by the stimulus of the pituitary gland, the ovaries, or luteotrophic factor originating in the placenta.

This time, in a preliminary experiment, we administered the anti-progesterone drug RU486 (RU) to rats, and upon doing so not only did it induce abortion, but we observed that it also brought about a deterioration in luteal function.

Consequently, in searching for the role of progesterone with regard to the mechanism of maintenance for the rat's corpus luteum of pregnancy, in the 7th day of pregnancy, RU486 or a combination of RU486 and progesterone was administered to the rats, and we increased our scrutiny towards the action of luteotrophic factors (LH, PRL, estradiol) in the blood, as well as the important luteotrophic factors in this period, and changes in the ovarian receptors for LH.

## Methodology

1. Materials
   1) Rats

      8-12 week old female Wistar rats (weighing 200-230 grams) were allowed to breed freely with male Wistar rats that they were reared with. Every morning at 9 AM, a vaginal smear was collected using a cotton swab, and the day that sperm was observed was designated "Day 0" (D0).

   2) RU486: 17β-hydroxy-11β-(4-dimethyl-aminophenyl)17α(1-propyny1)estra-4, 9-dien-3-one

      This anti-progesterone drug has 5 times the affinity of progesterone towards progesterone receptors [15], and we received our supply from the Roussel-Uclaf company. The drug was dissolved in a 50% ethanol solution, prepared in 0.4 mg/ml doses, and used as an injection.

      In addition, the crossover frequency of this drug with progesterone in RIA was found to be less than 0.1%.

2. Method

   Experiment 1

      Pregnant rats were administered 10 mg/kg of RU486 hypodermically in their backs between 9 AM and 11 AM of Day 12, and designated as the "D12-RU" group. A group identical

2

BHW001505

Folia Endocrinologica Japonica (Volume 65, Issue 5)

to the D12 group received an injection of just 50% ethanol, and was designated as the "D12-control" group.

24, 48, and 96 hours after injection, blood was collected by decapitation of the rats, a check was performed for whether or not abortion had occurred, and hysterectomies were conducted. The collected uteri were fixed with 10% formalin, applied with H-E stain, and examined with a microscope. The collected blood was immediately separated into serums and preserved cryogenically at -20° Celsius, and measurements of estradiol and progesterone were carried out as indicators of post-injection ovarian function. Furthermore, the rats were assigned groups and hours from n = 4 - 6.

### Experiment 2

The experiment schedule is shown in Figure 1.

As with experiment 1, Day 7 rats were injected with 1 mg/kg of RU or 1 mg/kg of RU with 50 mg/kg of progesterone, then put into respective RU and RU+P groups, and a group given just 50% ethanol was designated the control group. Each group's rats were decapitated and dissected 24, 48, 72, and 96 hours after injection, and hysterectomies and oophorectomies were performed. The collected blood was immediately separated into serums, and preserved cryogenically at -20° Celsius. After the surgically removed uteri were weighed, they were cut open and inspected in order to confirm whether or not abortion had occurred. On this occasion, the separation of fetal sacs or placenta from the uterine wall was regarded as abortion. Because there existed fetal sacs which had already been discharged, the number of deciduomas on the uterine wall was estimated as the implantation count. After weighing the ovaries, they were immediately preserved cryogenically at -60° Celsius. The number of rats used in the experiment was assigned groups and hours from n = 4 - 6.

BHW001506

The Effect of RU486 and Progesterone on Luteal Function during Pregnancy (Yamabe et. al)



Figure 1   Experimental design. Pregnant rats were divided into three groups. Rats of each group were injected with RU 1mg/kg, both RU 1mg/kg and progesterone 50mg/kg, or ethanol only for control and were decapitated at 24, 48, 72, 96hrs. after the injection.

1) Hormone Measurement

The measurements of the serum estradiol along with progesterone were performed using the RIA measurement kit made by the Green Cross Corporation.

The measurements of LH and prolactin (PRL) were performed using RIA which used NIADDK-rLH-1-6, NIADDK-anti-rLH-S-9, NIADDK-rLH-RP-2, NIADDK-rPRL-1-5, NIADDK-rPRL-anti-S-9, and NIADDK-rPRL-RP-3 received from the provision of NIADDK.


2) Binding Experiment [14]

After thawing the frozen ovaries, PBS was used to homogenize them; the 2000g pellets were rinsed 3 times with PBS, the receptors were demarcated, and this was supplied to the binding experiment which used hCG. This pellet was regulated in order for it to amount to 4 mg of protein per tube, and after adding $^{125}$I-hCG (4000cpm) to this, the hCG was added in so as to attain concentrations of 0, 0.75, 1.5, 3.0, 6.0, 12.0, 24.0, 48.0, and 100 ng/nl, PBS was added, and the entire volume was taken as 1 ml. At room temperature, incubation was performed for 4 hours, and after centrifuging and rinsing, the radioactivity of the pellet was measured with a γ-counter. In addition, the part which had 100 ng/nl of hCG added to it was used for non-specific binding. From here, the results of this binding experiment were investigated using Scatchard analysis.

BHW001507

Folia Endocrinologica Japonica (Volume 65, Issue 5)

3) Examination of Statistical Significance

Statistical significance was examined by means of a Student-t test.

# Results

### 1-1) Macroscopic and Microscopic Observations of the D12-RU Group

Figure 2 shows the findings at the time of dissection and a microscopic view of the surface of the uteri stained with H-E. "A" is 24 hours after injection, "B" is 48 hours after injection, and "C" is the findings 96 hours after injection.

Looking macroscopically, 24 hours after injection one can notice that there is only a slight degree of intrauterine punctiform bleeding, but 48 hours after injection there is a large amount of intrauterine bleeding, and 96 hours after injection, a decrease in uterine volume and an atrophy of its contents was observed. Furthermore, in the 96 hour set, it was also observed that a portion of the uterine contents had been discharged.

Looking microscopically, clear signs of abortion were not seen 24 hours after injection, but after 48 hours, retroplacental hemorrhage was observed. Furthermore, after 96 hours had passed since injection, a degeneration, withering, or discharge of conceptus were observed.

### 1-2) Changes in Estradiol and Progesterone in the D12-RU Group

Figure 3 shows the changes in estradiol (mean±SD). Furthermore, the check for statistical significance was performed between the RU group and the control group at each of the hours.

Estradiol was compared to the control at the 24 and 48 hour marks after RU injection, and there was a significantly high level, but at 96 hours it had returned to the levels of the control.

Figure 4 displays the changes in progesterone. Progesterone showed a declining trend from 48 hours on after injection of RU, and 96 hours after injection, it had fallen to roughly non-pregnancy levels.

### 2-1) The RU Group on D7, and the Abortion Rates and Changes in Uterine Weights in the RU+P Group

Figure 5 shows the changes in uterine weights of each group (mean±SD). Comparing the uterine weights of the RU group to the control group, a decreasing trend was seen from 48 hours after injection, and the 72 and 96 hour marks showed a significant decrease. On the other hand, the RU+P group showed changes in uterine weights which were approximately the same

The Effect of RU486 and Progesterone on Luteal Function during Pregnancy (Yamabe et. al)

as in the control groups. From 48 hours on after injection, the abortion rates in the rats were 66.7% in the RU group and 0% in the RU+P group, similar to the control group.



*Figure 2   Morphological changes of uterus after the injection of RU on D12.*
*a:      24hrs. after the injection.*
*         No evidence of abortion is found macroscopically nor*
*         microscopically.*
*b:      48hrs. after the injection.*
*         Macroscopical and microscopical hemorrhage can be*
*         seen in endometrial and decidual tissues.*
*c:      96hrs. after the injection on D12.*
*         Macroscopically uteri are much smaller than that at*
*         48hrs. and some conceptuses have already been aborted.*
*         Microscopically conceptuses are degenerated and*
*         renewal of the endometrium can be seen.*

BHW001509

Folia Endocrinologica Japonica (Volume 65, Issue 5)



Figure 3   Levels of serum estradiol after the injection of RU486 on D12.
All results are presented as mean ± SD.
*Significant difference (p<0.01)
Estradiol levels of D12-RU group were significantly higher than those of control at 24, 48hrs. after the injection.



Figure 4   Levels of serum progesterone after the injection of RU486 on D12.
*Significant difference (p<0 .02)
Progesterone levels of D12-RU group lowered significantly after 48hrs. of the injection.

BHW001510

The Effect of RU486 and Progesterone on Luteal Function during Pregnancy (Yamabe et. al)



*Figure 5  Uterine weights after the injection of RU486 or both RU486 and progesterone on D7.*
*\*Significant difference (p<0.02)*
*Uterine weight of RU group decreased after 48hrs. of the injection, which indicates that abortions have completed.*



*Figure 6  Levels of serum estradiol after the injection on D7. There were no significant differences in estradiol levels between RU group or RU+P group and control.*

### 2-2)   Changes in Ovarian Function in the D7 Injection Group

Figure 6 shows the changes in estradiol after injection. In the control group, the changes in estradiol are in a roughly stabilizing state from 65.5±7.0 pg/ml before injection (D7) to 67.0±4.9 at 48 hours after injection (D9), but a rise to 82.5±22.3 was shown at 72 hours.

8

BHW001511

In the RU group, the estradiol shows changes nearly identical to those in the control group; a stabilizing state continues until 48 hours after injection, but at 72 hours the estradiol levels rose and reached a peak of 104.2±15.3 pg/ml.

In the RU+P group, the estradiol levels had decreased to 53.2±5.3 pg/ml by 48 hours after injection, and at 96 hours it returned to 74.1±3.7, roughly the same level as in the control group.

Figure 7 shows the changes in the levels of serum progesterone.

The level at D7 is before injection. The D7 progesterone level is 76.5±7.8 (mean±SD) ng/ml, and in the control group, the level is increasing to 95.3±14.7 after 96 hours (D11).

In contrast, the RU group had progesterone levels of 83.5±4.0 ng/ml at 24 hours after injecting the RU486, which indicated a trend roughly the same as the control group, but from 48 hours on it began to decrease, at 72 hours it was at 58.5±9.8, and at 96 hours it was at 57.2±15.6, which indicated a significant decrease.

In the RU+P group, the progesterone levels showed a clear increase at 24 and 48 hours after injection and gradually decreased thereafter to 93.3±13.4 ng/ml at 96 hours, which indicated levels roughly corresponding with the control.



Figure 7   Levels of serum progesterone after the injection on D7 groups,
* Significant difference (p<0.05)
** Significant difference (p<0.02)
Progesterone levels of RU group declined significantly after 48hrs. of the injection. But no decrease in progesterone was found even after 96hrs. of the injection in RU+P group.

BHW001512

The Effect of RU486 and Progesterone on Luteal Function during Pregnancy (Yamabe et. al)

2-3)   Changes in PRL and LH in the D7 Injection Group

Figure 8 is the changes in pituitary LH after injection of RU. In the control, LH shows a decrease between D7 and D9 from 0.92±0.11 ng/ml to 0.45±0.07, but at D10 it increased to 0.99±0.25.

In the RU group, the LH was 1.12±0.14 ng/ml at 24 hours after injection, and 1.19±0.21 at 48 hours, which indicated an obvious increase, and it reached a peak of 1.45±0.53 ng/ml at 72 hours after injection.

In the RU+P group, the LH showed a trend practically the same as the control group up to 96 hours after injection.

Figure 9 is the movement of PRL. The control shows approximately stable levels of PRL between the 15.8±1.6 ng/ml before injection and the 19.9±4.6 at 96 hours after injection.

In the RU group, 24 hours after injection the PRL showed a level roughly the same as before injection, but from 48 hours after injection it began to increase, and it reached a peak of 23.0±5.3 ng/ml at 72 hours after injection. However, this did not show any statistical significance when compared to the control.

In the RU+P group, even though the PRL was somewhat on the low side, it showed a development that was approximately the same as the control group.

2-4)   Changes in the LH/hCG Receptors of the Ovaries

Figure 10 shows the rates of change in the specific binding of ovarian homogenate towards the hCG, with the specific binding before injection being ±0%. The specific binding towards the added $^{125}$I-hCG before injection (D7) was 15.4%. In the control, the specific binding gradually increased from before injection (D7) through 96 hours after injection (D11), and reached 28.4±12.1% at 96 hours after injection.

The specific binding in the RU group began to decrease from 24 hours after injection, and very clearly decreased to -29.3±13.9 at 72 hours, and -38.9±18.1 after 96 hours.

BHW001513

Folia Endocrinologica Japonica (Volume 65, Issue 5)



Figure 8   Levels of serum LH after the injection on D7.
*Significant difference (p<0 .05)
**Significant difference (p<0 .02)
LH levels of RU group were significantly higher than those of control at 24, 48, 72hrs. after the injection, while in the RU+P group they were almost in the same levels of control



Figure 9   Levels of serum PRL after the injection on D7.
There were no significant differences in PRL levels between RU group or RU+P group and control.

BHW001514

The Effect of RU486 and Progesterone on Luteal Function during Pregnancy (Yamabe et. al)



*Figure 10  Specific bindings of ovaries to LH/hCG of D7 groups. Hatched area indicates the levels of control. All data were represented by % increase and decrease.*
*\*Significant difference (p<0 .02)*
*Specific binding of RU group decreased at 72hrs. of the injection with significant difference from those of control, while those of RU+P group were not significantly different.*

The changes in the specific binding in the RU+P group were approximately the same as the control.

Figure 11 shows the results of the Scatchard analysis on the experiment for the binding of ovarian homogenate towards hCG. The association constant in the control, shown on the top level, was $5.1 \times 10^9$ before injection (D7), and $5.0 \times 10^9$ at 96 hours (D11), thus not showing a large change. However, the number of receptors gradually increased from $8.5 \times 10^{-3}$ nmol/mg prot at D7 to $18.2 \times 10^{-3}$ at D11.

In the RU group, the association constant begins to gradually decrease from 24 hours after injection, and becomes $3.5 \times 10^{-9}$ at 96 hours after injection. The number of receptors is $9.8 \times 10^{-3}$ nmol/mg prot at 24 hours after injection, and shows a slight increase to $10.4 \times 10^{-3}$ at 48 hours, but at $7.8 \times 10^{-3}$ at 96 hours, it showed a decreasing trend when compared to before injection.

In the RU+P group, the association constant shows a clear decrease at 24 hours after injection, becoming $1.1 \times 10^9$. However, the association constant gradually recovers, and becomes $5.1 \times 10^9$ at 96 hours after injection, which is approximately the same level as the control. Nevertheless, this increase in receptor number did not affirm a difference 96 hours after injection between its value of $21.5 \times 10^{-3}$ and the control (D11) level.

12

Folia Endocrinologica Japonica (Volume 65, Issue 5)



Figure 11  Scatchard analyses of the bindings of hCG to ovaries.
In control group both affinity and the number of receptors had tendency to increase along the course of pregnancy, however in RU group both of them decrease after
the administration. On the other hand in RU+P group at 24hrs. the number were increased and affinity lowered
but at 96hrs. both the number and affinity were at almost the same level of control.

## Design

In experiment 1, it was simple to identify conceptus for the sake of confirming the role of progesterone in the maintenance of pregnancy; rats were injected with RU in mid-term pregnancy (D12), during which the presence of the ovaries is considered to be indispensable to the maintenance of pregnancy [9,16], and along with investigating whether or not abortion occurred, serums of estradiol and progesterone, both indicators of ovarian function, were measured. As a result, in the rats injected with RU, endometrial hemorrhaging took place 48 hours after injection, and at 96 hours, some intrauterine content had been discharged, thus appearing that abortion had been induced.

On the other hand, looking at the steroids of the ovaries, from 24 hours after injection of RU, in spite of estradiol indicating that, if anything, it was increasing, the progesterone showed a clear decrease after injection of RU. The progesterone of the pregnant rats is for the most part produced by the corpus luteum, while the placenta at the end of term produces just a small amount [1,3,18]. Considering this fact, it is thought that this reduction in progesterone is not where the discharge and degeneration of the placenta originate from, but that the corpus luteum is where this deterioration in function originates. That is, RU blocks the action of progesterone, and along with bringing about abortion, it also has an influence on luteal function, and inhibits the production of progesterone.

Accordingly, in experiment 2, to understand why the reduction in luteal function takes place with the anti-progesterone drug RU, and with the reduction in luteal function, whether or not the injection of a sufficient amount of progesterone could protect against it, we attempted to inject the RU

BHW001516

The Effect of RU486 and Progesterone on Luteal Function during Pregnancy (Yamabe et. al)

or the RU and progesterone on D7, when the influence of the luteotrophic factor of the placenta is largely nonexistent, and pituitary LH fulfills a much larger role as the luteotrophic factor [18) 19)].

To that end, in the group that was injected with just RU, abortion occurred in most of the rats just like in experiment 1, and a reduction in uterine weight was seen, but in the group which was injected with RU and progesterone at the same time, abortion did not occur at all, and uterine weights increased over time, the same as in the control.

Looking with regard to luteal function, in the RU group, progesterone clearly decreased after 72 hours following RU injection, the same as in experiment 1. However, in the group which was injected with RU and progesterone at the same time, even after over 72 hours had passed following injection, a decrease in progesterone was not seen. This suggests that progesterone blocks abortion caused by RU, and simultaneously operates with some sort of mechanism to also protect against the deterioration of luteal function.

From there, we attempted to investigate the movement in blood of estradiol, LH, and PRL, which are considered to show luteotrophic action [5) 18) 19)], in each of the groups of rats in this period of pregnancy.

The ovarian luteotrophic factor estradiol is, like progesterone, an indicator of luteal function. However, in the RU group, despite the decrease in progesterone, estradiol did not decrease at all; rather, it even showed an increasing trend. Furthermore, in the D12-RU group as well, a very obvious increase of estradiol was observed after injection of RU. This is thought to be the injection of RU removing the suppression of new follicles by progesterone, and the resulting start of growth, similar to the suppression of ovarian follicle growth by progesterone also found in the report of Fukuda et al [4)]. In fact, although not shown in the results, a large number of growing follicles were macroscopically seen in the ovaries of the RU group. It is also thought to be for this same reason that in the RU+P group, the estradiol takes a low level when compared to the control.

On the other hand, looking at the pituitary luteotrophic factors LH and PRL, the concentration in blood indicated a trend in the RU+P group roughly identical to the control group, but in the RU group there was absolutely no trend of decline, but it instead even showed an increasing trend. These experimental results agree with the report of Asch, Rojas [2)], and Healy [6)] et al. in which no large change was seen in the pituitary function of monkeys even after injecting them with RU during the luteal phase, and this suggests that this deterioration of luteal function in the RU group did not mediate nor cause a substantive decrease of luteotrophic factors (i.e. estradiol, LH, PRH, etc.), to say the least.

Similarly, the prevention of deterioration in luteal function with the injection of progesterone also does not seem to cause a substantive change in luteotrophic factors.

Accordingly, the binding capacity towards the most dominant luteotrophic factor of these pregnant rats in this period, LH, was examined using these rat ovaries treated with hCG. As a result, in the RU group the specific binding capacity of the ovaries to LH/hCG clearly decreased after 72 hours following RU injection, but in the RU+P group, there was an obvious increase over time, the same as in the control group.

Furthermore, when analyzing this change in binding capacity with a Scatchard analysis, in the RU group, a clear decrease in affinity and receptor number of the ovaries towards LH/hCG was indicated.

14

BHW001517

However, in the group which was injected with RU along with progesterone, at 48 hours the affinity had gradually decreased, but at 96 hours the affinity and receptor number had both returned to the same levels as the control.

This reduction of receptor number when injecting RU, similar to the findings of Hwang and Menon [7], is a phenomenon seen even in the involutional period of the corpus luteum, and so because it also disappears with the resulting deterioration of luteal function, one cannot conclude that this is the immediate cause of the deterioration of luteal function. However, even if the reduction of receptor number and the process of deterioration of luteal function were the same phenomenon, it is obvious that in this case the luteal function would further proceed to deteriorate.

At the present time, there is no definite answer as to with what kind of mechanism RU reduced receptor number, nor if it caused the deterioration of luteal function. However, judging from the fact that these functions were restored by adding progesterone, it is clear that these phenomena arose from RU obstructing the action of progesterone.

Incidentally, as for the action of progesterone toward luteal function, it is considered to act through the central endocrine system (hypothalamic-pituitary) to directly act on the peripheral endocrine system (utero-ovarian).

As for the action in the central endocrine system, it is known that the progesterone in humans and monkeys has a mechanism which exerts influence on the levels of hypothalamic-pituitary gonadotropins, especially the rhythmic secretions of LH [17,20,21]. In these experiments, because we could not take frequent continuous measurements, it was not made clear, but it is thought to be possible that the aforementioned phenomena are due to RU blocking the action of progesterone in the central endocrine system and throwing the rhythmic secretions of LH into disorder.

On the other hand, progesterone is also known to have activity which inhibits [3,8,10] the production of PGF2α, one of the luteolytic factors in the endometrium and myometrium [11,13]. No information has been found regarding the relationship between luteolysis and the PG originating in the uterus in rats, but supposing we assume that PGF2α is produced in the ovaries and that this production of PG is inhibited by progesterone, then the possibility could be not be denied that such progesterone action would be blocked by RU, the PGF2α production in the corpus lutea themselves would be accelerated, and luteolysis would be induced.

From the injection of RU, the reduction of ovarian receptor number toward LH is a direct cause of the deterioration of luteal function, the result being that this phenomenon is one that can be avoided with the injection of progesterone. From this fact, the likelihood is very high that progesterone not only prevents abortion by directly acting upon the uterus, but simultaneously contributes to the maintenance of pregnancy by protecting luteal function through some sort of mechanism.

## Conclusion

From the injection of RU, it was observed that abortion was induced in D12 and D7 pregnant rats, along with a decrease in progesterone. In D7, this decrease in progesterone was not accompanied by a decrease in luteotrophic factors estradiol, LH, and PRL. However, ovarian specific binding capacity

towards LH/hCG decreased, and this indicated a possibility of being a cause of the deterioration in luteal function. Furthermore, when injecting progesterone together with RU, abortion was prevented, and the decrease in progesterone as well as the decrease of ovarian specific binding capacity towards LH/hCG was also hindered. From the above experimental results, progesterone is thought to possess some sort of protective function towards luteal function after the injection of RU during pregnancy.

## Acknowledgements

We would like to deeply thank Dr. Salvatore Raiti of NIADDK, who supplied the rat-LH along with the rat-PRL antibodies and antigens, and the Japan Roussel Corporation, who supplied the RU486.

A portion of this research came from the Ministry of Education science research funds 63570780 (1988), and the Japan Mother's Ogyaa Foundation (http://www.ogyaa.or.jp/about/) research contribution funds (1986).

## References

1) Amoroso, E.C. and Perry, J.S.: Ovarian activity during gestation. 316-371. Ed. by Zuckerman, L. and Weir, J. Ovary II, Academic Press, New York, 1977.
2) Asch, R.H. and Rojas, F.J.: The effect of RU-486 on luteal phase of the rhesus monkey. J. Steroid Biochem., 22: 227-230, 1985.
3) Csapo, A.: The four direct regulatory factors of myometrial function. 13-55. Ed. by Wostenholme, G.E.W. and Knight, J. Progesterone; its regulatory effect on the myometrium. Churchill, London, 1969.
4) Fukuda, M., Katayama, K. and Tojo, S.: Inhibitory effect of progesterone on follicular growth and induced superovulation in the rat. Arch. Gynecol., 230: 77-87, 1980.
5) Gibori, G., Khan, M.I., Sridaran, R., Chen, Y.D.I., Azhar, S., Rao, M.C., Jayatilak, P. and Gruber, J.R.: Secretion and action of steroids in the luteal cell . 289-307. Ed. by McKerns, K.W. and Naor. Z. Hormonal control of the hypothalamo-pituitary-gonadal axis. Plenum, New York, 1984.
6) Healy, D.L., Chrousos, G.P., Schulte, H.M., Williams, R.F., Gold, P.W., Baulieu, E.E. and Hodgen, G.D.: Pituitary and adrenal responses to the anti-glucocorticoid steroid RU486 in primates. J. Clin. Endocrinol. Metab., 57: 863-865, 1983.
7) Hwang, J. and Menon, K.J.M.: Evidence that the subunit structure of gonadotropin receptor is reserved during regression of rat corpus luteum. Biochem. Biophys. Res. Commun., 137: 546-551, 1986.
8) Jeremy, J.Y. and Dandona, P.: RU486 antagonizes the inhibitory action of progesterone on prostacyclin and thromboxane A2 synthesis in cultured rat myometrial explants. Endocrinology, 119: 655-660, 1986.
9) Johnson, G.E. and Challans, J.S.: Ovariectomy and corpus luteum extract experiments in pregnant rats. Anat. Rec., 47: 300, 1930.
10) Kelly, R.W., Healy, D.L., Cameron, I.T. and Baird, D.T.: The stimulation of prostaglandin production by two antiprogesterone steroid in human endometrial cells. J. Clin. Endocrinol. Metab., 62: 1116-1123, 1986.

BHW001519

Case No. 1:23-cv-00939-DDD-SBP    Document 182-18    filed 01/31/25    USDC Colorado
pg 18 of 18

Folia Endocrinologica Japonica (Volume 65, Issue 5)

11) Korda, A.R., Shutt, D.A., Smith, I.D., Shearman, R.P. and Lyneham, R.C.: Assessment of possible luteolytic effect of intraovarian injection of prostaglandin F2a in the human. Prostaglandins, 9: 443-449, 1975.
12) Liggins, G.C.: Initiation of parturition. Br. Med. Bull., 35: 145-150, 1979.
13) Manaugh, L.C. and Novy, M.J.: Effect of indomethacin on corpus luteum function and pregnancy in rhesus monkeys. Fertil. Steril., 27: 588-598, 1976.
14) Roche, P.C. and Ryan, R.: The LH/hCG receptor. 18-56. Ed. by Ascoli, M., Luteinizing hormone action and receptors. CRC Press, Florida, 1985.
15) Schreiber, J.R., Hsueh A.J.W. and Baulieu, E.E.: Binding of the antiprogesterone RU-486 to rat ovary steroid receptors. Contraception, 28: 77-85, 1983.
16) Selye, H., Collip, J.B. and Thomson, D.L.: Endocrine interrelationship during pregnancy. Endocrinology, 19: 151-156, 1935.
17) Soules, M.R., Steiner, R.A., Clifton, D.K., Cohen, N.L., Aksel, S. and Bremner, W.J.: Progesterone modulation of pulsatile luteinizing hormone secretion in normal women. J. Clin. Endocrinol. Metab., 58: 378-383, 1984.
18) Thorburn, G.D. and Challis, J.R.G.: Endocrine control of parturition. Physiol. Rev., 59: 863-918, 1979.
19) Toujou, Shinpei, Ashitaka, Yoshihiko, Katayama, Kazuaki: Luteotropin Complex,143-161. Modern Obstetrics and Gynecology Compendium <annual addendum>1979-A,: Regarding the Luteotropin Complex, Nakayama Books, Tokyo, 1979.
20) Wang, C.F., Lasley, B.L., Lein, A. and Yen, S.S.C.: The functional changes of the pituitary gonadotrophs during the menstrual cycle. J. Clin. Endocrinol. Metab., 42: 718-728, 1976.
21) Yen, S.S.C., Vandenberg, G., Rebar, R. and Ehara, Y.: Variation of pituitary responsiveness to synthetic LRF during different phases of the menstrual cycle. J. Clin. Endocrinol. Metab., 35: 931 934, 1972.

Reception Date: July 25th, 1988

BHW001520