# Exhibit 23

**Rebuttal to the Expert Report of Dr. Jeffrey A. Keenan, M.D.**

(18)[1] Dr. Keenan outlines multiple uses for progesterone in Obstetrics and Gynecology. Many, as he mentions, have supporting biological plausibility, *along with* a long history of safety and evidence of benefit. His examples actually demonstrate why biological plausibility is insufficient to show benefit. For instance, progesterone therapy for treatment of premenstrual syndrome has biological plausibility – progesterone levels begin to decrease before the onset of monthly periods – but has been shown to be clinically ineffective.[1] Dr. Keenan also notably omits reference to Makena, a progesterone derivative that was approved by the Food and Drug Administration (FDA) under an accelerated process in 2011.[2] Makena was initially shown to be of benefit in preventing preterm birth.[3] However, the post-marketing confirmatory research study[4] showed no benefit, and Makena's FDA approval was therefore withdrawn in 2023.[5] The approval was withdrawn solely for lack of clinical benefit. Significant safety events with Makena were rare, but for several years, "many pregnant individuals received weekly doses of an ineffective drug that cost millions of dollars to the healthcare system," and there were at least some cases of actual patient harm.[5] While safety is a key component of medical treatment, effectiveness is also essential because it affects the risk-benefit calculus that clinicians and patients must weigh in deciding whether to proceed.

(19-21) There is clear biologic plausibility in treating luteal phase deficiency with exogenous progesterone, and indeed this has shown benefit. However, there are numerous causes of sporadic and recurrent early pregnancy loss, most of which are not addressed by supplemental progesterone.[6] Similarly, exogenous progesterone in artificial cycles is necessary to simulate the luteal phase for frozen embryo transfer, but luteal phase support has not shown to be beneficial in all methods of assisted reproduction.[7]

(22) Dr. Keenan is correct that IVF centers report wide usage of progesterone support during *in vitro* fertilization (IVF) cycles.[8] The authors note, however, that "there is yet no single accepted protocol for LPS [luteal phase support], and meta-analyses and guidelines for clinicians are based on evidence of low quality for the majority of topics discussed."[8] They conclude "Despite extensive research and numerous publications, evidence quality and recommendation levels are surprisingly low for most topics."[8] This paper also does not address the use of progesterone therapy after mifepristone.

(25) PRISM participants without a previous miscarriage – whose progesterone levels were assumed to be normal - had no benefit from progesterone supplementation when they experienced bleeding in early pregnancy. Specifically, treatment of luteal phase defect and preparation of the uterine lining for IVF with progesterone cannot be extrapolated to support use of progesterone to improve pregnancy outcomes after ingestion of mifepristone. Normal serum progesterone levels vary widely in early pregnancy, and there are "no reliable methods for diagnosis of [progesterone] deficiency during the luteal phase or early pregnancy.[9] Studies have shown that serum progesterone levels do not correlate with the changes induced in the uterine environment (endometrial lining).[10,11] There is especially limited understanding of the dose-response pharmacokinetics in pregnancy.[12] Importantly, mifepristone does not affect serum progesterone levels[13] but instead acts locally to block progesterone from acting upon uterine receptors.[14] It is a different situation when progesterone is available in the body, but unable to act upon blocked receptors.

---

[1] These citations are to the paragraphs contained within Dr. Keenan's report.

**EXHIBIT 1-D**

(26) Safety is an important part of a potential therapy; however, effectiveness – and accurate information about effectiveness and risk – are also crucial. Additionally, all forms of progesterone have a cost (to the patient and/or healthcare system) and the potential for unpleasant side effects such as drowsiness, nausea and flushing (oral formulation), local discomfort and inflammation (injectable formulation), and vaginal discharge and irritation (vaginal formulation).[15] This is unacceptable for a medication regimen without proven benefit.

_____
Rebecca Cohen M.D., M.P.H.

1. Wyatt K, Dimmock P, Jones P, Obhrai M, O'Brien S. Efficacy of progesterone and progestogens in management of premenstrual syndrome: systematic review. *BMJ*. Oct 6 2001;323(7316):776-80. doi:10.1136/bmj.323.7316.776
2. FDA approves drug to reduce risk of preterm birth in at-risk pregnant women. Accessed June 20, 2024. https://wayback.archive-it.org/7993/20170112232046/http://www.fda.gov/NewsEvents/Newsroom/PressAnnouncements/ucm242234.htm
3. Meis PJ, Klebanoff M, Thom E, et al. Prevention of recurrent preterm delivery by 17 alpha-hydroxyprogesterone caproate. *N Engl J Med*. Jun 12 2003;348(24):2379-85. doi:10.1056/NEJMoa035140
4. Blackwell SC, Gyamfi-Bannerman C, Biggio JR, Jr., et al. 17-OHPC to Prevent Recurrent Preterm Birth in Singleton Gestations (PROLONG Study): A Multicenter, International, Randomized Double-Blind Trial. *Am J Perinatol*. Jan 2020;37(2):127-136. doi:10.1055/s-0039-3400227
5. Nelson DB, Herrera CL, McIntire DD, Cunningham FG. The end is where we start from: withdrawal of 17-alpha hydroxyprogesterone caproate to prevent recurrent preterm birth. *Am J Obstet Gynecol*. Jan 2024;230(1):1-9. doi:10.1016/j.ajog.2023.08.031
6. Larsen EC, Christiansen OB, Kolte AM, Macklon N. New insights into mechanisms behind miscarriage. *BMC Med*. Jun 26 2013;11:154. doi:10.1186/1741-7015-11-154
7. Casarramona G, Lalmahomed T, Lemmen C, et al. The efficacy and safety of luteal phase support with progesterone following ovarian stimulation and intrauterine insemination: A systematic review and meta-analysis. *Front Endocrinol (Lausanne)*. 2022;13:960393. doi:10.3389/fendo.2022.960393
8. Shoham G, Leong M, Weissman A. A 10-year follow-up on the practice of luteal phase support using worldwide web-based surveys. *Reprod Biol Endocrinol*. Jan 26 2021;19(1):15. doi:10.1186/s12958-021-00696-2
9. Practice Committee of the American Society for Reproductive M. Progesterone supplementation during the luteal phase and in early pregnancy in the treatment of infertility: an educational bulletin. *Fertil Steril*. Apr 2008;89(4):789-92. doi:10.1016/j.fertnstert.2008.02.012
10. Labarta E, Sebastian-Leon P, Devesa-Peiro A, et al. Analysis of serum and endometrial progesterone in determining endometrial receptivity. *Hum Reprod*. Oct 18 2021;36(11):2861-2870. doi:10.1093/humrep/deab184
11. Young SL, Savaris RF, Lessey BA, et al. Effect of randomized serum progesterone concentration on secretory endometrial histologic development and gene expression. *Hum Reprod*. Sep 1 2017;32(9):1903-1914. doi:10.1093/humrep/dex252

12. Boelig RC, Zuppa AF, Kraft WK, Caritis S. Pharmacokinetics of vaginal progesterone in pregnancy. *Am J Obstet Gynecol*. Sep 2019;221(3):263 e1-263 e7. doi:10.1016/j.ajog.2019.06.019

13. Honkanen H, Ranta S, Ylikorkala O, Heikinheimo O. The kinetics of serum hCG and progesterone in response to oral and vaginal administration of misoprostol during medical termination of early pregnancy. *Hum Reprod*. Sep 2002;17(9):2315-9. doi:10.1093/humrep/17.9.2315

14. Islam MS, Afrin S, Jones SI, Segars J. Selective Progesterone Receptor Modulators-Mechanisms and Therapeutic Utility. *Endocr Rev*. Oct 1 2020;41(5)doi:10.1210/endrev/bnaa012

15. Tavaniotou A, Smitz J, Bourgain C, Devroey P. Comparison between different routes of progesterone administration as luteal phase support in infertility treatments. *Hum Reprod Update*. Mar-Apr 2000;6(2):139-48. doi:10.1093/humupd/6.2.139