Exhibit 27

**Bella Health + Wellness**
4d

Did you know that after taking the abortion pill there is an option to try to reverse it? Know that our medical team is here to help in those situations with the abortion pill reversal protocol. It is safe for both mama and baby!



24    4 comments   12 shares

BHW000019

**bella_healthandwellness**

# THE TRUTH
## about
# ABORTION PILL REVERSAL

**160 likes**

**bella_healthandwellness** Did you know that after taking the abortion pill there is an option to try to reverse it? Know that our medical team is here to help in those situations with abortion pill reversal protocol. It is safe for both mama and baby!

BHW000020



160 likes

bella_healthandwellness Did you know that after taking the abortion pill there is an option to try to reverse it? Know that our medical team is here to help in those situations with abortion pill reversal protocol. It is safe for both mama and baby!

BHW000021

**bella_healthandwellness**

## WHAT HAPPENS DURING A CHEMICAL ABORTION?

The first pill, *mifepristone* blocks progesterone, necessary to continue growing the baby.

The second pill *misoprostol* causes the uterus to empty and release the baby, often at home with women alone.

**160 likes**

**bella_healthandwellness** Did you know that after taking the abortion pill there is an option to try to reverse it? Know that our medical team is here to help in those situations with abortion pill reversal protocol. It is safe for both mama and baby!

BHW000022



**bella_healthandwellness**



## ABORTION PILL REVERSAL

APR is safe for the mother and baby.

It is been shown to be most effective within 72 hours of taking the first pill.

Bella has worked with numerous moms who have reversed their abortions safely & successfully, and now have strong, healthy babies.

**BELLA**
health + wellness
WOMEN • MEN • CHILDREN

160 likes

**bella_healthandwellness** Did you know that after taking the abortion pill there is an option to try to reverse it? Know that our medical team is here to help in those situations with abortion pill reversal protocol. It is safe for both mama and baby!

BHW000023

**bella_healthandwellness**

# ABORTION PILL REVERSAL

APR uses progesterone to to reverse the effects of the chemical abortion pill.

Progesterone is a pro-gestation hormone that women naturally produce.

OB-GYNs have been using progesterone to support pregnancy loss and prevent miscarriages for decades.

**160 likes**

**bella_healthandwellness** Did you know that after taking the abortion pill there is an option to try to reverse it? Know that our medical team is here to help in those situations with abortion pill reversal protocol. It is safe for both mama and baby!

BHW000024



**bella_healthandwellness**

# LIFE-AFFIRMING MEDICAL CARE

Bella cares about you! Our licensed medical team is equipped to support you and your family through pregnancy and beyond.

Get in touch

-Send us a DM
-303.789.4968
- bellawellness.org

Stand with Us

   

**160 likes**

**bella_healthandwellness** Did you know that after taking the abortion pill there is an option to try to reverse it? Know that our medical team is here to help in those situations with abortion pill reversal protocol. It is safe for both mama and baby!

BHW000025



BHW000026