# Exhibit 29



# Attorney General Phil Weiser calls SCOTUS abortion ruling "a momentous mistake," reaffirms his commitment to steadfastly defend the Colorado Reproductive Health Equity Act

June 24, 2022 (DENVER)—*Colorado Attorney General Phil Weiser released the following statement regarding the U.S. Supreme Court's decision upending the right to access abortion care in Dobbs v. Jackson Women's Health Organization*:

"Today, the U.S. Supreme Court overturned 50 years of settled and reaffirmed legal precedent affirming the constitutional right to an abortion. The Court's decision is not only legally incorrect, but also remarkably out of step with the views of the two-thirds of Americans who believe government should not interfere in a woman's very personal decision to end a pregnancy.

"The Court's decision to overrule *Roe v. Wade* will cause significant suffering and harm. In many states, women who are raped will be forced to continue the pregnancy, causing untold mental anguish and distress. Doctors providing abortions will be arrested and jailed. Women who cannot access abortion care will resort to desperate and dangerous measures to end a pregnancy, even in ways that threaten their health. Women who experience life-threatening conditions during pregnancy will die. And women of color will be disproportionately impacted. These scenarios are now realities as laws in other states restricting abortion go into effect.

"Overruling *Roe v. Wade*—a decision repeatedly reaffirmed over the last 50 years—was a momentous mistake on multiple levels. And the Court's lack of sensitivity in *Dobbs* to a range of issues now open to litigation portends more legal battles to come. I will stand firm for protecting personal freedoms when they are attacked—whether those challenges relate to access to the morning after pill to access to birth control to marriage equality. By opening the door to chipping away these established precedents, the Supreme Court has undermined public confidence in the rule of law, dealing itself and its reputation a self-inflicted wound. The Court and the nation will come to regret this decision to undermine women's equality and personal freedoms. That's why I believe that, after much harm and pain to many, our country should and will find a way to permanently protect reproductive rights.

"As attorney general, I am committed to doing all I can to make certain all women have access to safe abortion care. Abortion remains legal in Colorado even after *Dobbs*. The Colorado Reproductive Health Equity Act guarantees the right to abortion and reproductive healthcare, including the right to medication abortion. The *Dobbs* decision does not curtail these rights in Colorado and these protections remain available for all seeking reproductive healthcare in our state regardless of their residency. I will continue to defend these rights and work to protect Colorado's medical professionals who provide reproductive care to all who seek it in our state.

"As part of my duties to defend all state laws, our office will defend the Reproductive Health Equity Act in court if necessary and will ensure it is followed."

*Colorado was part of a coalition of state attorneys general that filed a brief with the U.S. Supreme Court defending abortion rights in Dobbs v. Jackson Women's Health Organization.*

### ###

Media Contact
Lawrence Pacheco
Director of Communications
(720) 508-6553 office | (720) 245-4689 cell
Lawrence.pacheco@coag.gov

## Most Recent



**Attorney General Phil Weiser warns phone companies not to allow illegal robocalls to bombard Coloradans**

Dec. 11, 2024 (DENVER) – In the latest action from the bipartisan, nationwide Anti-Robocall Multistate Litigation Task Force, Attorney General Phil Weiser today joined attorneys general from across the country in sending formal warnings to four voice service providers that […]



**Attorney General Phil Weiser statement on the federal court blocking the Kroger/Albertsons merger**

Dec. 10, 2024 (DENVER) – Attorney General Phil Weiser released the following statement regarding today's federal district court ruling blocking the Kroger/Albertsons grocery megamerger nationwide: "I am pleased that a federal district court judge ruled that the corporate owners of King […]



**Attorney General Phil Weiser joins coalition urging FCC to require better customer service from internet, cable and voice providers**

Dec. 10, 2024 (DENVER) – Attorney General Phil Weiser has joined a coalition of attorneys general in sending a letter to the Federal Communications Commission in support of rules that would require internet, cable, voice, and broadcast satellite providers to take some of […]

---

Office of the Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000

Contact the Office of the Attorney General

CONTACT

ACCESSIBILITY STATEMENT



Copyright 2024 The Office of the Attorney General. All rights reserved.

CORA | WEBSITE PRIVACY POLICY |



EXHIBIT
163