# Exhibit 39



Department of Regulatory Agencies

# Performance Plan

Fiscal Year 2022-2023

# **TABLE OF** CONTENTS

## **Who We Are** **Page 3**

- History
- Mission
- Vision
- Values
- Equity, Diversity, and Inclusion (EDI)

## **Regulatory Program Areas & Services** **Page 6**

- Our Program Areas
- By The Numbers
- Our Organization

## **Strategy** **Page 9**

- Executive Director's Wildly Important Goals (WIGs)
- SPI 1 | Balanced regulation to ensure effective enforcement to protect consumers while reducing undue burden
- SPI 2 | Accessibility through education and outreach
- SPI 3 | Modernized and bold operational improvements to better serve stakeholders
- Division of Insurance Goals

## **Evaluation** **Page 19**

- Internal Scoreboard
- Governor's Dashboard

## **Appendix** **Page 20**

- DORA's Organizational Chart



# EXECUTIVE DIRECTOR
# PATTY SALAZAR



Patty Salazar was appointed by Colorado Governor Jared Polis as Executive Director for the Department of Regulatory Agencies (DORA). As DORA's Executive Director, she leads a Department of roughly 635 employees with a $126 million budget and provides support to DORA's 10 distinct divisions, as well as the Colorado Office of Policy, Research and Regulatory Reform (COPRRR), and the communications, legislative and operational services located within the Executive Director's Office.

In 2018, Executive Director Salazar was appointed as the State Bank and Financial Services Commissioner and oversaw two separate financial divisions at DORA — the Division of Banking and the Division of Financial Services. The Division of Banking is responsible for the regulation of state-chartered commercial banks, trust companies, and state licensed money transmitters as well as the enforcement of the Public Deposit Protection Act. The Division of Financial Services, where Patty previously served as the Commissioner in 2015, regulates state-chartered credit unions and savings and loan associations, and certain financial activities of state life care institutions.

In 2016, she served as DORA's Deputy Executive Director, where she directly supervised the agency's collective legislative efforts, performance and strategic planning, and external affairs for the Executive Director's Office as well as provided direction to its regulatory divisions. Additionally, she oversaw COPRRR which is responsible for providing legislative and administrative recommendations for least burdensome regulations while still ensuring consumer protection for regulatory programs across the state.

She came to DORA from the California Department of Business Oversight where she served as a deputy commissioner responsible for policy development, performance planning, statewide outreach and managing the department's consumer services office. Previously she served at a financial services trade association advocating for legislative and regulatory issues regarding financial services and consumer protection. Prior to joining the trade association, she served as a consultant to the organization as well as other clients on community relations and strategies related to local, state and federal legislation.

2



# WHO ARE WE

## HISTORY

The Colorado Department of Regulatory Agencies (DORA) was created in 1968, yet several of the Department's divisions have been protecting Colorado citizens since the late 1800s. In 1877, just a year after Colorado became a state, regulation of Colorado banks began. Six years later in 1883, insurance began Six years later in 1883, insurance began being regulated through the State Auditor's Office; in 1913, the Colorado Department of Insurance was formed, now called the Division of Insurance. The same year, the Colorado Public Utilities Commission was created. Ten years later, in 1923, regulation of the offer and sale of securities to investors began through the Division of Securities. Soon after, in 1925, the real estate industry began being regulated by what is now known as the Division of Real Estate. In 1930, Colorado began chartering Credit Unions, now regulated by the Division of Financial Services. Colorado became the third state to establish a civil rights agency in 1950, now known as the Colorado Division of Civil Rights. In 1968, the Department of Regulatory Agencies was created and the aforementioned agencies were moved into one umbrella agency. That year also yielded the creation of the Division of Registrations, now called the Division of Professions and Occupations, and several existing boards moved under its purview. One-hundred years after Colorado's statehood, in 1976, Colorado passed the first Sunset Law in the United States, requiring periodic review of various agencies throughout state government, which are now conducted by the Colorado Office of Policy, Research and Regulatory Reform. In 1984, the Office of the Utility Consumer Advocate (formerly the Office of Consumer Counsel) was created, originally housed within the Office of the Attorney General. In 2018, the Division of Conservation was created as DORA's tenth division.

## MISSION

**DORA is dedicated to preserving the integrity of the marketplace and is committed to promoting a fair and competitive business environment in Colorado. Consumer protection is our mission.**

Our job is to ensure that individuals and businesses who provide Colorado with professional services are doing so ethically and responsibly. Whether it's boards setting professional standards for licensing, making sure that utilities companies are charging their customers fair rates, or investigating reports of securities fraud, each and every one of the Department's employees contributes daily to ensuring that Coloradans are able to trust those who provide them with services.

# VISION



At DORA, we believe in fostering a Colorado in which consumers and service providers partner, forging common successes. With a sharp focus on streamlining and modernizing processes and enhancing end-to-end customer experiences, we strive to advance an environment and regulatory framework where both businesses and consumers are treated fairly and the economy thrives.

Though the services delivered by our Department programs are diverse, our shared commitment is unwavering. Our nearly 635 employees are dedicated to preserving the integrity of the marketplace and promoting a fair and competitive business environment throughout Colorado.

# VALUES

Just as important as what we do is how we do it. DORA's values are our guiding principles -- our convictions that demonstrate what motivates us, how we make decisions, and how we treat each other. We look to live our values daily and visibly, and recognize that acting in accordance with strong values gives power to the work that we do.



**Quality Customer Service** - We strive to ensure that our customers can clearly see our commitment to delivering accurate, helpful, and timely resources, and help troubleshoot complex problems.



**Balanced & Fair Regulation** - We are committed to fairness, reasonable regulation, and procedural justice. We pride ourselves on our consistent, accurate, and equitable treatment of all customers, stakeholders, and employees.



**Integrity** - We demonstrate honesty, fairness, openness and clear boundaries in all our interactions, behaviors and practices within the organization and with our guests, stakeholders and the wider community. We strive to demonstrate credibility and sincerity in our work, inspiring confidence in DORA through our personal conduct.



**Respect** - We appreciate and acknowledge the roles, diversity, and contributions of others. We conduct ourselves in a way that shows regard and thoughtfulness to others.

# Equity, Diversity,  and Inclusion (EDI)

The State of Colorado believes that an equitable, diverse, and inclusive workplace is one where all employees and community partners, whatever their gender, race, ethnicity, religion, national origin, age, sexual orientation, gender identity, citizenship status, education, disability, socio-economic status, or any other identity, feel valued and respected. (EXECUTIVE ORDER D 2020175).

## DORA Action Planning:  Strategy for Long-term Impact

The Department of Regulatory Agencies (DORA) is committed to establishing an EDI strategy with a targeted focus towards long-term impact for our employees, industry partners,  and the communities we serve. DORA aims to ensure that any disparities in outcomes that may exist are not the result of government action or inaction. Creating a department EDI plan is only the beginning in an ongoing process to initiate a framework that will produce institutional and structural change.

The department continues to gather and evaluate information related to its current state, while also initiating efforts to support and align with the Governor's Executive Order; current and more immediate efforts have included, but are not limited to:

- Comprehensive training of Executive Leadership, Division Directors, Division Deputy Directors, EDO Senior Staff, and Human Resources Staff in the areas of Unconscious Bias and Diversity of Thought.
- Extensive division equity assessments, to examine respective programs and policies for opportunities to make thoughtful changes that lead to increased presence of institutional equity, diversity, and inclusion.
- Ongoing membership and engagement by senior agency leadership on the Colorado Equity Alliance (CEA); DORA is represented at CEA by Chief Administrative Officer, Marisol Larez.
- Deployment of a learning management system (LMS) to support the deployment of EDI compliance training, as well as professional development resources accessible to all staff members.
  - 100% completion of the State EDI Compliance Training by all DORA employees.
  - 100% completion of the State EDI Supervisor Training to all DORA employees.
- Focused Accessibility Planning, aimed at meaningful changes in making state services inclusive and accessible. DORA is committed to: Designing accessibility policies, guidelines and strategies alongside partners with a diverse range of abilities and perspectives; Aligning with the Governor's Office of Information Technology and other executive branch agencies to provide training, support and resources for accessibility; integration of accessible guidelines to help make web content accessible to users with sensory, cognitive and mobility disabilities and ultimately to all users, regardless of ability; and following WCAG 2.1 AA as our minimum standard of accessibility.
- Ongoing stakeholder engagement efforts to encourage diverse perspectives, to solicit a broad range of policy ideas, and to solicit feedback from industry and community partners;

DORA continues this work on long-term strategies to identify new opportunities to improve EDI outcomes for our employees and the people of Colorado.

## DORA's EDI Work in Action: Gender Affirming Care for Colorado (Division of Insurance)



Colorado is the first state in the country to explicitly include gender-affirming care services in its plan ("Gender-affirming care" is another way of describing the mental and physical health services that help align a transgender person's body into alignment with their gender identity.)

"This is a great day for health care in Colorado. This plan expands access to mental health services for Coloradans while helping those fighting substance abuse to overcome their addiction," said Governor Jared Polis. "This improves care for Coloradans and ensures that even more Coloradans have access to help when they need it.."

Read more by visiting the website for DORA's Division of Insurance.

# REGULATORY PROGRAM AREAS & SERVICES

The Department is responsible for over 40 boards, commissions, and advisory committees, which are charged with administering over 50 regulatory programs governing professions, occupations, and businesses comprising over. DORA is comprised of more than 340 board members and nearly 635 professional regulatory staff.

# OUR PROGRAM AREAS

### Licensing/Permitting

Individual and business licensure for more than 50 professions, occupations and business types.

*Divisions: Banking, Insurance, Professions and Occupations, Public Utilities Commission, Real Estate, Securities*

### Education, Outreach and Training

Proactive dissemination of information about consumer rights.

*Divisions: All*

### Institutional Examinations

Individual and business licensure for more than 50 professions, occupations and business types.

*Divisions: Banking, Insurance, Professions and Occupations, Public Utilities Commission, Real Estate, Securities*

### Enforcement

Resolution of complaints/ charges received and proactive enforcement/ compliance oriented investigations ensuring adequate consumer protection.

*Divisions: Banking, Insurance, Professions and Occupations, Public Utilities Commission, Real Estate, Securities*

### Investigations

Criminal and compliance investigations, both in response to formal complaints, and as part of regular audits.

*Divisions: Civil Rights, Insurance, Professions and Occupations, Public Utilities Commission, Real Estate, Securities*

### Rate Analysis & Approval

Analysis and/or review of requests to change the rates, terms and conditions of service offerings and other factors, in accordance with state regulations to assure rates are not excessive, inadequate or unfairly discriminatory.

*Divisions: Banking, Insurance, Professions and Occupations, Public Utilities Commission, Real Estate*

### Consumer Representation During Utility Rate

Approvals present evidence in support of consumers when utilities request rate increases.

*Divisions: Office of the Utility Consumer Advocate*

### Inspections

Inspections for more than 10 regulatory professions and areas pursuant to statutory requirements.

*Divisions: Insurance, Professions and Occupations, Public Utilities Commission*

### Consumer Assistance and Contact /Complaint Resolution

Informal complaint resolution, including responses to general consumer inquiries.

*Divisions: All*

# DORA BY THE NUMBERS

DORA is primarily **cash funded** by regulated entities through fees and assessments, which flow into cash funds. DORA is unique among state agencies with regard to the volume, complexity, and autonomy with which it sets industry fees based on appropriations made by the General Assembly.

DORA strives to **keep fees minimal** and regulation limited to only what's necessary, effectively balancing safety, business needs, and the value of quality and service.

DORA is charged with administering over

# 50

regulatory programs which oversee professions, occupations and businesses

comparing over

**886,000**
individual licensees



and approximately

**65,000**
business and institutions



## DORA is responsible for

**More Than** # 40
boards, commissions and advisory committees including:

Accountancy Board
Board of Addiction Counselors
Boxing Commission
Securities Board
Chiropractic Board
Electrical Board
Plumbing Board
Dental Board
Landscape Architect Board
Civil Rights Commission
Title Insurance Advisory Board
Real Estate Commission
Pharmacy Board
Colorado Medical Board
State Banking Board
Registered Psychotherapist Board
Social Workers Examiners Board
Passenger Tramway Safety Board

## The Division of Professions and Occupations (DPO) is DORA's largest licensing division

**1** commission &
**1** task force

**16** director model programs (of which five have advisory committees)

administers **22** boards

DPO is responsible for more than half (450,000) of the licensees


DPO

# OUR ORGANIZATION

## Executive Director's Office (EDO)
Patty Salazar, Executive Director
The Executive Director's Office provides leadership and support to DORA's ten divisions. Functions include Accounting and Purchasing, Budget, Communications, Legislative Services, Human Resources, Operations, and the Colorado Office of Policy, Research, and Regulatory Reform (COPRRR).

## Colorado Office of Policy, Research and Regulatory Reform (COPRRR)
Brian Tobias, Director
The Colorado Office of Policy, Research and Regulatory Reform enhances consumer protection through reviews of regulation and policy throughout state government to ensure that regulation is necessary, effective, consistent, flexible and fair.

## Division of Banking (DOB)
Ken Boldt, Commissioner
The Division of Banking protects the public interest and preserves public trust in the Colorado banking industry by regulating the business of state-chartered commercial banks and trust companies, state licensed money transmitters, and enforcing the Public Deposit Protection Act.

## Colorado Civil Rights Division (CCRD)
Aubrey Elenis, Director
The Civil Rights Division works to eliminate discrimination in employment, housing and places of public accommodation under the Colorado Anti-Discrimination Act.

## Division of Conservation (DCO)
Aaron Welch, Director
DORA's Division of Conservation was created in 2018 and protects the public by ensuring the soundness of state income tax credits for conservation easements, certifying organizations to hold conservation easements, determining the credibility of appraisals, and assessing the qualifications of deeds of conservation easements flexible and fair.

## Division of Financial Services (DFS)
Mark Valente, Commissioner
The Division of Financial Services works to protect public interest and preserve public trust by regulating the business of state-chartered credit unions, savings and loan associations and the financial activities of life care institutions under its supervision.

## Division of Insurance (DOI)
Michael Conway, Commissioner
The Division of Insurance regulates the insurance industry and assists consumers and other stakeholders with insurance issues, to ensure that insurance companies, as well as their agents, are following the law.

## Division of Professions and Occupations (DPO)
Ronne Hines, Director
The Division of Professions and Occupations provides consumer protection by licensing over 50 professions, occupations and businesses in Colorado.

## Division of Real Estate (DRE)
Marcia Waters, Director
The Division of Real Estate protects real estate consumers by licensing and enforcing laws for real estate brokers, mortgage brokers and appraisers.

## Division of Securities (DOS)
Tung Chan, Commissioner
The Division of Securities protects investors and maintains public confidence in the securities markets while avoiding unreasonable burdens on participants in the capital markets.

## Office of the Utility Consumer Advocate (UCA)
Cindy Schonhaut, Director
The Office of the Utility Consumer Advocate represents the interests of residential, small business and agricultural consumers before the Public Utilities Commission.

## Public Utilities Commission (PUC)
Doug Dean, Director
The Public Utilities Commission serves the public interest by effectively regulating utilities and facilities so that the people of Colorado receive safe, reliable and reasonably-priced services consistent with the economic, environmental and social values of our state.



# STRATEGY

In connection with the Governor's Office of Operations, each principal Department is charged with identifying major department-wide goals, or "strategic policy initiatives" (SPIs) that drive our organization towards our mission and vision, as well as the high-impact strategies we must employ to achieve our priorities and goals.

This focus on performance allows us to determine what is working and what needs improvement, and we believe that planning, monitoring, and reviewing data about our service delivery and work objectives yields the most effective government service to the people of Colorado.

Through FY23, we will continue to focus on three major SPIs, which incorporate all the strategic work we're doing. The Venn Diagram below illustrates the overlapping target audiences for each of our SPIs.

Members of the Public

Regulated Industry







Balanced regulation to ensure effective enforcement to protect consumers while reducing undue burden

Accessibility through education and outreach

Modernized and bold operational improvements to better serve stakeholders

9

# EXECUTIVE DIRECTOR'S
# WILDLY IMPORTANT GOALS

The State has gone through a comprehensive strategic planning process, relying on the framework of the "Four Disciplines of Execution (4DX)"; this approach emphasizes focusing on select wildly important goals or "WIGs" to effectively manage and achieve strategic priorities in the midst of extensive daily responsibilities. The Executive Director's WIGs are intended to support the Governor's "Bold Four" initiatives as well as other high-priority policy areas, while also integrating with the department-specific goals and objectives that are captured in the DORA performance plan.



## Healthcare Workforce Recovery

In support of stabilizing and expanding Colorado's healthcare workforce for the future, and as a part of Colorado's Roadmap Forward, the Department of Regulatory Agencies will implement strategies to retain 10% more licensed and ready direct care healthcare workers for Colorado's workforce by June 30, 2023 and increase retention to 20% by June 30, 2025.

**Lead Measures:**
· Carry out legislative directives to **temporarily eliminate two-year renewal healthcare license fees** for nursing, psychiatric technicians, and mental health professions utilizing General Fund beginning in FY 2022-23.

· **Conduct monthly licensee/employer outreach initiatives** focused on healthcare licensing renewals for an annual gain from 1 to 12 initiatives by June 30, 2023, and sustain through June 30, 2025.

· **Analyze 6 healthcare professions** by June 30, 2023 and annually through June 30, 2025, to identify barriers and develop policy/rules to streamline healthcare licensure for applicants and foreign-trained workers.



## Modernize the Administration and Governance of Boards and Commissions

Modernize the administration and governance of more than 40 boards and commissions within DORA by completing 100% of the third phase of a three-phase plan by June 30, 2023, in order to ensure statutory compliance and improved collaboration with the department through consistent training, compliance with statutory mandates, and the priority of the public interest. DORA will complete full implementation of the three-phase plan by June 30, 2023.

**Lead Measures:**

• Divisions will **conduct one annual role refresher training** by June 30, 2023, to ensure respective board and commission members are fully aware of their roles and responsibilities.

• **Conduct an annual (March 2023) survey** to assess efficiencies and effectiveness of strategies implemented from the March 2022 survey.

• **Monitor implementation of administrative procedures** for boards and commissions compliance with statutes; consistent training, onboarding, and offboarding strategies; certification of compliance; and strategic recruitment methods. 100% division implementation by June  30, 2023.

• **Provide annual Equity, Diversity and Inclusion training** for Board and Commission members, to be completed by June 30, 2023.



## PUC Modernization Implementation - Continuous Improvement

Complete 100% implementation of phase three of the PUC Operational  Modernization Plan by June 30, 2023, in an effort to support the Governor's goal of 100 percent renewable energy resources by 2040. The plan includes ongoing operational strategies related to public safety enhancements; Fixed Utilities process enhancements; and strengthened Commission support.  DORA  will complete full plan implementation, including technological system upgrades, by June 30, 2023.

**Lead Measures:**
• **100% of Public Safety Sections will use the SMS (Safety Management Systems) principles** to modernize section safety analyses to risk-based principle safety analysis by June 30, 2022, sustained through June 30, 2023.

• The Commission will **explore the electric and natural gas utility systems r**equired by Colorado in the future, examining electricity storage, beneficial electrification, and GHG emissions reductions for the purpose of proactively applying consistent policy directives across various dockets in accordance with the Commission's strategic plan.

• The Public Utilities Commission will **conduct at least 4 outreach efforts** targeted toward disproportionately impacted communities by June 30, 2023.

• By June 30, 2023, **replace a patchwork of business systems** developed over the past 20 years with a modern, integrated, cloud-based, and mobile-friendly solution that will better serve all Coloradans and provide reliable government services.

11

## SPI 1

### DEPARTMENT-WIDE GOAL/PRIORITY:
### BALANCED REGULATION TO ENSURE EFFECTIVE ENFORCEMENT TO PROTECT CONSUMERS WHILE REDUCING UNDUE BURDEN

One of DORA's primary responsibilities is to protect the public from predatory practices, which is done through licensing those who are qualified to provide services in Colorado, taking complaints from individuals regarding standards of practice, investigating service providers that may be acting illegally, performing regular examinations and inspections of the institutions and businesses we regulate, reviewing and analyzing service rates, representing consumers when utilities companies request to increase rates, and educating the public about their rights as consumers.

We are dedicated to ensuring that DORA provides the public with professional, accessible and reliable service. We strive to continually improve our operations, streamline processes and improve interfaces with the public that we serve.

## STRATEGIES & MEASURES

### Strategy: Deliver Timely Resolution Of Complaints And Investigations

Every division within DORA receives complaints from consumers, guiding our ability to identify and carry out enforcement against individuals or businesses that are out of compliance with Colorado laws and regulations. Providing responses to those consumers who file complaints is not only good customer service; it also ensures that we are able to investigate and provide resolution on the matters, effectively removing those regulated entities from the marketplace. It's critical to note that there are major variations in the complexity of researching complaints across divisions, leading to significant variations in the timelines associated with complaint resolutions.

In order to reduce resolution times for complaints, divisions are updating case management systems, developing new team lead measures to ensure individual accountability, improving training programs for new employees, and employing checklists to ensure consistency.

Measure: **90% of real estate complaints resolved** within 60 days, sustained through June 30, 2023 (DRE)

Measure: **99% of public utilities complaints and inquiries resolved** within 15 days, sustained through June 30, 2023 (PUC)

Measure: **85% of investigations** of real estate professional applicants with criminal history completed within 60 business days by June 30, 2021, increased to 95% by June 30, 2023 (DRE)

## Strategy: Uphold Effective Pathways For Alternative Dispute Resolution

Alternative dispute resolution is usually less formal, less expensive, and less time-consuming than a trial, and includes mediation and conciliation. DORA looks to utilize alternative dispute resolution where appropriate to decrease the time to resolve a case, reduce legal expenditures and achieve more expedient resolutions.

In order to provide customers with improved alternative dispute resolution, divisions are running Lean projects to improve handoffs and update processes, as well as explore ways to maximize mediation spaces to make certain that customers get services as quickly as possible.

Measure: **90% of real estate cases resolved** through the Expedited Settlement Program, sustained through June 30, 2023 (DRE)

## Strategy: Protection Of Consumers Through Effective Enforcement Resolution

As part of DORA's charge to protect consumers, many divisions are responsible for ensuring that regulated entities are compliant with Colorado Laws. We protect the public from predatory practices, protect at-risk communities and victims, and hold perpetrators of fraud accountable. In the coming year, we aim to carry out effective enforcement by expanding partnerships with law enforcement and engaging in broader outreach.

Measure: **Increase financial audits** from 5 to 10 per month by June 30, 2021, and increased to 15 per month by June 30, 2023 (DRE)

Measure: **Decrease percentage of backlog complaint investigations** from 28% to 10% by June 30, 2021, and sustained through June 30, 2023 (DRE)

Measure: **100% financial institutions examination** completed within 12-18 months, sustained through June 30, 2023 (DFS)

Measure: The Division of Professions and Occupations will **increase remote inspections** by 5% by June 30, 2023 (DPO)

Measure: The Division of Conservation will go from an **average tax credit processing time** of 120 days to an average processing time of 90 days by June 30, 2025 (DCO).

Measure: **185 gas pipeline inspection days** per quarter sustained through June 30, 2025 (PUC)



13

# SPI 2

# DEPARTMENT-WIDE GOAL/PRIORITY: ACCESSIBILITY THROUGH EDUCATION AND OUTREACH

In order to achieve our mission of protecting consumers, it's critical that DORA not only make Coloradans aware of those regulations that protect them but also to collaborate with local communities to share how those regulations affect them. In addition, DORA understands its responsibility to foster open dialogue with small businesses and service providers.

## STRATEGIES & MEASURES

### Strategy: Division Stakeholder Outreach And Engagement Plans To Ensure Inclusive, Meaningful, And Focused Engagement

"Stakeholder engagement is about much more than simply reaching out for feedback and then taking our engagement no further. Instead, we need to be mindful that the way we approach these conversations needs to be meaningful, empathetic, and focused on finding the best solution possible after truly engaging those who will be impacted. Stakeholder engagement is a process of continual improvement, and we strive to better serve our customers each and every day." -- Executive Director Patty Salazar

At DORA, we understand that the process of crafting meaningful regulation that helps achieve our mission cannot occur without the vital input and participation of our stakeholders. We believe that stakeholder outreach and engagement is a process of continual improvement, and we strive to better serve our customers each and every day.

Our Divisions will continue to develop and implement stakeholder engagement plans to ensure inclusive, meaningful, focused engagement with respective industry and community stakeholder groups.

### Strategy: Strengthen Statewide And Online Opportunities For Coloradans To Interact With Dora

For DORA to best reach Colorado communities, it's critical to engage directly, to better communicate our message and better understand their changing needs.

Measure:     **120 consumer alerts/industry advisories disseminated** Department-wide by June 30, 2021, increased by 10% annually through June 30, 2023 (All)

Measure:     **12 HOA forums completed** annually by June 30, 2021, sustained annually through June 30, 2023 (DRE)

Measure:     **75 in-person or online civil rights outreach events** by June 30, 2021, and increased to 85 by June 30, 2023 (CCRD)

**Measure:** **Increase outreach** related to vulnerable populations and race-related community concerns to at least one per quarter/4 annually, by June 30, 2021, and increased to 6 annually by June 30, 2023 (CCRD)

**Measure:** The Office of the Utility Consumer Advocate (UCA) **will increase focus on low-income utility consumers** by establishing outreach and policy development activities by June 30, 2021, sustained through June 30, 2023. This includes the dissemination of quarterly consumer alerts/advisories and social media posts and conducting quarterly consumer-focused outreach activities, webinars, etc.

**Measure:** **Increase Consumer Notice Advisories** on high profile cases, energy efficiency information and other consumer matters in English and Spanish from 4 to 8 by June 30, 2024 (UCA)

**Measure:** **Target education and outreach** to professionals based upon complaint trends from 30 annually to 36 annually by June 30, 2023 (DPO)

**Measure:** The Office of the Utility Consumer Advocate will **conduct advocacy on behalf of Colorado small business natural gas customers** in Xcel Energy / PSCo service territory to reduce proposed rates from the small business customer from $185,688,172 to $175,561,229 by June 30, 2023 (UCA)

## Strategy: Increased Accessibility Of Dora's Consumer Information

DORA continues to institute new programs to create resources which allow for more dynamic ways for our customers to interact with us. As programs and resources become operational, we will continue to strengthen the use of these channels.

**Measure:** **100% of Divisions to live-stream boards and commissions meetings** and allow for remote public comment, sustained through June 30, 2024 (All)

**Measure:** **4 annual remedial education webinars/videos** to address common practice deficiencies identified in the Division's complaint investigations by June 30, 2021, increased to 8 annual by June 30, 2023 (DRE)

**Measure:** The Colorado Civil Rights Division will **create 2 new instructional videos by June 30, 2022, and 1 additional resource video** by March 2023, in order to support accessibility for vulnerable populations in navigating the complaint process and the case filing system (CCRD)

**Measure:** By June 30, 2023, DORA's Financial Services and Banking divisions will **host, partner, or participate in a minimum of four outreach events** during the FY23 fiscal year in order to support, engage and/or inform state-chartered financial institutions regarding the State's economic recovery efforts of rural Colorado communities (DOB & DFS)

**Measure:** DORA's Financial Services and Banking divisions will **create a total of 12 online resources (**e.g. webpage content or social media posts) focused on informing rural consumers and businesses about the State's economic recovery efforts of rural Colorado communities, by June 30, 2023 (DOB & DFS)

# SPI 3

## DEPARTMENT WIDE GOAL/PRIORITY: MODERNIZED AND BOLD OPERATIONAL IMPROVEMENTS TO BETTER SERVE STAKEHOLDERS

Though our primary responsibility is to protect the public, we also have a duty to treat the industries we regulate fairly and in a way that doesn't create unnecessary administrative burdens or "red tape." We strive to set clear expectations and act as effective regulators, and recognize that we must collaborate with regulated entities so that regulatory processes don't cause unnecessary delays in their ability to do business.

## STRATEGIES & MEASURES

### Strategy: Provide Simple And Fast Licensing To Colorado Professionals

As new professionals enter our state economy, getting qualified professionals licensed quickly and easily means Colorado is a better place for them to do business. DORA has taken critical steps in the past few years to accelerate the licensing process, and we seek continual improvement of those processes to support economic development and a balanced regulatory framework.

DORA is improving licensing times by redeveloping all DPO occupational license application checklists, overhauling our Customer Care team to triage calls and emails from customers to allow licensing teams to focus on processing applications, replacing our largest licensing system, and making it easier for customers to pay licensing fees electronically.

Measure: **95% of real estate license applications** processed within 5 business days, sustained through June 30, 2023 (DRE)

Measure: **99% of securities license applications processed** within 15 days, sustained through June 30, 2023 (DOS)

Measure: The Division of Professions and Occupations will **decrease timelines for healthcare portability licensing** from 17 days to 10 days by June 30, 2023 (DPO)

### Strategy: Streamlining Processes And Cutting Red Tape

Cutting red tape and cutting underlying health care costs by processing occupational licensing of healthcare professions from an average of 43 days to 30 days, sustained through June 30, 2023. Healthcare professions include Physicians, Physician Assistants, Certified Nurse Aides, Licensed Practical Nurses, and Registered Nurses.

Measure: **100% of occupational license applications processed** within an average of 30 days, sustained through June 30, 2024 (DPO)

Measure: **Reduce the processing time** for Addiction Counselor applications from 65 days to 30 days by June 30, 2025 (DPO)

16

Measure:    **Reduce the processing time** for Electrical & Plumbing applications from 43 days to 14 days by June 30, 2023, sustained through June 30, 2025 (DPO)

Measure:    **Reduce the processing time** for Barber and Cosmetology applications from 45 days to 30 days by June 30, 2022, sustained through June 30, 2023 (DPO)

Measure:    **Reduce the processing time** for Nursing Home Administrators applications from 84 days to 30 days by June 30, 2022, sustained through June 30, 2023 (DPO)

Measure:    The Division of Real Estate will **streamline licensing processes for mortgage loan originators** and reduce the amount of licensing databases they have to use from two to one by June 30, 2025 (DRE)

## Strategy: Streamline Occupational Licensing For Veterans

As a continued effort to assist Active Duty Military, Reserves, National Guard, military spouses and Veterans in understanding how they may apply the skills they acquired while in service toward professional licensure or certification, DORA has implemented several initiatives to streamline and enhance licensure processes based on military experience. Assistance for military spouses who may currently hold a professional license in another state is also available. More information can be found at https:// dpo.colorado.gov/Military.

Measure:    **$50,000 savings to military personnel and veterans and their spouses** applying for licensure by June 30, 2025.

**Spouses of veterans seeking Colorado licensure for DPO's professional licenses:** The Division strives to support the mobility and transportability of military spouses' professional licenses. Pursuant to Colorado House Bill 20-1326 Create Occupational Credential Portability Program, which Governor Polis signed on June 25, 2020, spouses of active-duty military personnel stationed in Colorado may obtain temporary licenses for any profession or occupation under the purview of DPO, if they hold a credential in good standing from another US state or territory and meet certain other requirements.

**Veterans entering a nursing profession in Colorado:** Nursing is by far DPO's biggest professional licensing area, and DPO has modified its policies to allow for veterans to use their nursing experience in the military toward educational requirements in pursuit of licensure.

## Strategy: Maintain Efficient Regulatory Examinations

Regular examinations are performed by a number of our divisions to ensure compliance with laws and regulations. Maintaining timely examinations saves time and money for both DORA and the regulated institution under examination.

Measure:    **100% of financial institution exams completed** within 12-18 months, sustained through June 30, 2023 (DOB & DFS)

Measure:    **100% of securities examinations completed** within an average of 90 days, sustained through June 30, 2023 (DOS)

# GOALS/PRIORITIES
# DIVISION OF INSURANCE

## STRATEGIES & MEASURES

**Strategy:** Home Insurance Recovery Efforts - Create new requirements and standards for homeowners insurance companies through legislation and/or regulation regarding establishing home replacement costs valuation and disclosure that will narrow gaps between insurance coverage limits and actual home replacement costs by completing four lead measures by June 30, 2023.

Measure:   **Engage in six stakeholder meetings** to develop legislation for the 2023 legislative session to increase DOI's regulatory authority to require homeowners' insurance companies or their producers to more accurately insure homeowners for replacement costs coverage by June 30, 2023.

Measure:   Complete coordinated study to **determine the statewide impact on homeowners' insurance premiums** for increasing coverage amounts/limits and the Colorado average replacement cost on per square foot basis in designated parts of the State by June 30, 2023.

Measure:   **Conduct eight activities to analyze opportunities** for potential savings from mitigation efforts and increase educational efforts for consumers and communities to advise, assist and inform consumers by June 30, 2023.

Measure:   **Implement HB 22-1111 to simplify the process for policyholders** to submit an inventory for personal property losses and expedite reimbursement for such losses by January 31, 2023.

**Strategy:** Implement the Colorado Option, as passed by HB 21-1232, by decreasing Colorado Option Standardized Plan health insurance premiums by 10% by June 30, 2024.

Measure:   Draft and finalize the **Colorado Option Standardized Plan Premium Rate Reduction Hearing and Provider Rate Setting rule**, including incorporating a robust stakeholder process by January 1, 2023.

Measure:   60% of Standardized Plans meet **10% premium rate reduction target** by June 30, 2023.

**Strategy:** Increase health care coverage and lower costs for Coloradans by enrolling 10,000 new Coloradans by June 30, 2023.

Measure:   **Develop an evidence-based outreach infrastructure for the Division,** which leverages and coordinates resources such as Connect for Health, DORA's Human Resource office, and potential grants by June 30, 2023.

Measure:   **Target outreach efforts towards 12 communities with historically lower enrollment rates.** Increase consumer awareness and understanding of the new state subsidy program through bimonthly public forums and presentations to community-based organizations in target counties by June 30, 2023.

Measure:   **Conduct 10 consumer surveys after webinars and public forums** to inform outreach efforts and Health Insurance Affordability Board recommendations by June 30, 2023.

# EVALUATION

## Internal Scoreboard

DORA utilizes an enterprise agency Scorecard that provides an executive summary of DORA's strategic and operational progress. It includes all the performance metrics from this document, and is collectively reviewed by division leadership on a monthly basis.

Over the last several years, DORA has seen progress across our Strategic Policy Initiatives.  In our continuous effort to protect consumers through effective enforcement (SPI#1), the Division of Professions and Occupations established a remote video inspection program, in light of the COVID-19 pandemic and the indefinite unavailability of Personal Protective Equipment (PPE).  In an effort to provide inspection services for occupied residential projects while maintaining the safety of the public and state inspectors and preserving PPE, the State Electrical and Plumbing Inspections Program developed procedures to provide remote video inspections in FY 21 and has increased remote inspections by 10% in FY22.

DORA has made significant strides in enhancing education and outreach (SPI #2). A few of our accomplishments include the Division of Real Estate's  creation and administration of two educational information resources for consumers about the different types of real estate transactions in which consumers may participate. The resources will be published in both English and Spanish. Additionally, the Colorado Civil Rights Division created two new instructional videos  in order to support accessibility for vulnerable populations in navigating the complaint process and the case filing system. DORA's Financial Services and Banking divisions also took a keen focus on outreach in rural areas by hosting , partnering, and/or participating in four outreach events aimed at  supporting, engaging and/or informing state-chartered financial institutions regarding the State's economic recovery efforts of rural Colorado communities.

With a focus on providing simple and fast licensing to Colorado professionals (SPI #3), the Division of Professions and Occupations has made strides to increase transparency and accessibility for foreign-trained applicants to identify clear pathways to licensure by analyzing 8 professions to identify barriers and to develop policy or rules to streamline licensure – results that are nearly triple from the division's original goal.

## Governor's Dashboard

Governor Jared Polis is focused on bringing down the high cost of living in our state and creating a Colorado where everyone has an opportunity to succeed. By working to provide free full-day kindergarten for every Colorado student, reduce the cost of health care, and harness the economic and societal benefits of clean energy, we can ensure our economy works for everyone while preserving Colorado's unique way of life.

The Governor's Dashboard has been established in an effort to provide the public with a transparent view of the state's performance in the executive branch on major goals and initiatives. Metrics that DORA is contributing to the Governor's Dashboard include:

- In support of stabilizing and expanding Colorado's healthcare workforce for the future, and as a part of Colorado's Roadmap Forward, the Department of Regulatory Agencies will implement strategies to retain 10% more licensed and ready direct care healthcare workers for Colorado's workforce by June 30, 2023 and increase retention to 20% by June 30, 2025.
- Modernize the administration and governance of more than 40 boards and commissions within DORA by completing 100% of the third phase of a three-phase plan by June 30, 2023, in order to ensure statutory compliance and improved collaboration with the department through consistent training, compliance with statutory mandates, and the priority of the public interest. DORA will complete full implementation of the three-phase plan by June 30, 2023.
- Complete 100% implementation of phase three of the PUC Operational Modernization Plan by June 30, 2023, in an effort to support the Governor's goal of 100 percent renewable energy resources by 2040. The plan includes ongoing operational strategies related to public safety enhancements; Fixed Utilities process enhancements; and strengthened Commission support. DORA will complete full plan implementation, including technological system upgrades, by June 30, 2023.

The Governor's Dashboard can be found at https://dashboard.colorado.gov

# DEPARTMENT OF REGULATORY AGENCIES

# ORGANIZATIONAL STRUCTURE

**668.9 FTE | $120.8 MILLION**

**Executive Director's Office**
Executive Director Patty Salazar
35.4 FTE ~ $8.8 M

**Deputy Executive Director**
Ginny Brown

**Chief Administrative Officer**
Marisol Larez

Communications & Stakeholder Engagement | Legislative Affairs

Accounting & Purchasing | Budget | Human Resources | Operations

**Colorado Office of Policy, Research, & Regulatory Reform**
Brian Tobias, Director

**Division of Banking**
Ken Boldt, Commissioner
40.0 FTE ~ $6.5M

**Colorado Civil Rights Division**
Aubrey Elenis, Director
37.0 FTE ~ $4.2M

**Division of Conservation**
Aaron Welch, Director
5.8FTE ~ $0.9 M

**Division of Financial Services**
Mark Valente, Commissioner
15.6 FTE ~ $2.3 M

**Division of Insurance**
Michael Conway, Commissioner
110.6 FTE ~ $19.1 M

**Division of Professions & Occupations**
Ronne Hines, Director
218.5 FTE ~ $35.5 M

**Division of Real Estate**
Marcia Waters, Director
48.9 FTE ~ $7.9 M

**Division of Securities**
Tung Chan, Commissioner
24.0 FTE ~ $5.8 M

**Office of the Utility Consumer Advocate**
Cindy Schonhaut, Director
11.0 FTE ~ $2.6 M

**Public Utilities Commission**
Doug Dean, Director
122.1 FTE ~ $26.6 M



**COLORADO**
Department of Regulatory Agencies

20

**COLORADO**
Department of
Regulatory Agencies

 303-894-7855
1-800-886-7675

 www.dora.colorado.gov

 1560 Broadway, Suite 110
Denver, Colorado 80202

 facebook.com/
DORAColorado

 @DORAColorado

 Colorado Department of
Regulatory Agencies