# Exhibit 41



# Division of Endocrinology, Metabolism and Diabetes
## School of Medicine

About Us ▾   Clinical Programs ▾   Research ▾   Fellowship Programs ▾   Clinical Trials ▾   Conferences ▾   Internal Resources ▾

Home › Clinical Programs › UCHealth Integrated Transgender Program

- Type 1 and Type 2 Diabetes Mellitus, Lipid Disorders, Obesity ▾
- Thyroid, Pituitary, Adrenal and Neuroendocrine Tumors ▾
- Metabolic Bone Disease ▾
- Adrenal Tumor Program ▾
- Multidisciplinary NAFLD Clinic
- **UCHealth Integrated Transgender Program**

# UCHealth Integrated Transgender Program (UCH ITP)

**Founded in September 2017**

> We provide extraordinary whole-person care for transgender and gender diverse individuals
>
> Our mission is providing integrated, collaborative clinical care, to advance research, to educate others, and to engage with the community

## Program Highlights

### Clinical Care Highlights —

- 2019 University of Colorado Hospital Medical Staff Award for Excellence in Clinical Innovation
- Model of care: Patients can see multiple providers on the same day, in the same room, sometimes at the same time, and for one co-pay
- Vast spectrum of gender-affirming hormone therapy and gender-affirming surgery offered, and we are the only place in Colorado that currently offers phalloplasty
- Monthly Patient Review Board to discuss complex medical and mental health concerns that arise during preoperative evaluation

### Research Highlights +

University of Colorado **Anschutz Medical Campus**    Webmail 🔒 | UCD Access 🔒 | Canvas 🔒 | Quick Links ▾ | 🔍

### Education Highlights +

### Community Engagement and Advocacy +

> We are one of the only adult programs in the country where patients can see multiple providers as part of the same visit in the same clinic. This makes it easier for the patient and allows providers to communicate plans in real time for optimal coordination of care. We also provide care in a gender neutral space to ensure patient comfort.



**Micol Rothman, MD**

## Meet Our Team

### UCHealth Integrated Transgender Program

| Endocrinology | Plastic Surgery |
|---|---|
| Micol Rothman, MD * | Christodoulos Kaoutzanis, MD |
| Sean Iwamoto, MD * | Julian Winocour, MD |
| Daniel Hammond, PA-C | David Mathes, MD |
| Tyler Strickland, MPAS, MPH | Justin Cohen, MD |
|  | Ashley Jacob, PA-C |

| Primary Care/General Internal Medicine | Mental Health |
|---|---|
| Rita Lee, MD * | Robert Davies, MD * |
| Kristin Conners, MD | Debbie Carter, MD * |
|  | Christina New, PhD |

| Gynecologic Care & Surgery | Urologic Surgery |
|---|---|
| Veronica Alaniz, MD, MPH * | Ty Higuchi, MD |
| Jill Liss, MD | Paul Maroni, MD |

| ENT/Speech | Pediatric Endocrinology at TRUE Center for Gender Diversity |
|---|---|
| Andrew Winkler, MD | Daniel Reirden, MD |
| Matthew Clary, MD | Natalie Nokoff, MD |
| Marie Jette, PhD | Sarah Bergamy, PsyD * |

**Infectious Diseases**

Katherine Frasca, MD *

**Social Work**

Stephanie Burke

**Administrative**

Keily Fisher (Program Coordinator) *

**Dermatology**

Carla Torres-Zegarra, MD

**Nursing**

Hope von Gunten, BA, RN

* Co-Founder

## Team Testimonials

> " It is important to develop studies that represent the transgender and gender diverse populations we see in Colorado. Our results will help inform future research, contribute to improvements in gender-affirming care, and improve confidence that shared decision making between patients and providers is more evidence-based.



**Sean Iwamoto**
MD

> " The Community Advisory Board solicits valuable insights from the community to guide program growth and direction. Direct feedback from the LGBTQ community ensures our program and services are aligned with community needs. Post-visit feedback assists in process optimization, organizational improvement, and visibility where change is needed.

**Keily Fisher**
UCH ITP Program Coordinator

---

**Endocrinology (SOM)**

CU Anschutz
Research I South
12801 East 17th Avenue
7103

**School**

School of Medicine Home
Find a Doctor
Find a Researcher

**General**

Affiliate/Partner Hospitals
CU Medicine
A-Z Index

**Students**

Apply Now
Alumni
Canvas

studies that represent the transgender and gender diverse populations we see in Colorado. Our results will help inform future research, contribute to improvements in gender-affirming care, and improve confidence that shared decision making between patients and providers is more evidence-based.



**Sean Iwamoto**
MD

The Community Advisory Board solicits valuable insights from the community to guide program growth and direction. Direct feedback from the LGBTQ community ensures our program and services are aligned with community needs. Post-visit feedback assists in process optimization, organizational improvement, and visibility where change is needed.



**Kelly Fisher**
UCH ITP Program Coordinator

---

### Endocrinology (SOM)

CU Anschutz
Research I South
12801 East 17th Avenue
7103
Aurora, CO 80045

**School**
- School of Medicine Home
- Find a Doctor
- Find a Researcher
- Departments
- Contact Us
- Donate
- School Profiles

**General**
- Affiliate/Partner Hospitals
- CU Medicine
- A-Z Index
- Directory
- Map & Parking
- Webmail

**Students**
- Apply Now
- Alumni
- Canvas
- Strauss Health Sciences Library
- Student Life
- Colorado Springs Branch

Contact Us   Website Feedback   CU System   Privacy Policy   Terms of Use   Accessibility   Accreditation   Employment   Give Now

© 2024 The Regents of the University of Colorado, a body corporate. All rights reserved.
Accredited by the Higher Learning Commission. All trademarks are registered property of the University. Used by permission only.

**CMS Login**