# Exhibit 56

# Restricted