# Exhibit 7

DR. REBECCA COHEN - October 15, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

BELLA HEALTH AND WELLNESS,
et al.,

     Plaintiffs,

CHELSEA M. MYNYK,

     Plaintiff-Intervenor,

v.

PHIL WEISER, in his official
capacity as Attorney general
of Colorado, et al.,

     Defendants.

Case No:
1:23-CV-939-DDD-SKC

COURT USE ONLY

VIDEOTAPED DEPOSITION OF DR. REBECCA COHEN

     PURSUANT TO NOTICE, the above-entitled
deposition was taken on behalf of the Plaintiff at
Wells Fargo Center, 1700 Lincoln Street, Denver,
Colorado 80203 on October 15, 2024, at 9:03 a.m.,
before Wendy McCaffrey, Registered Professional
Reporter and Notary Public.

## DR. REBECCA COHEN - October 15, 2024

Page 2

```
 1 APPEARANCES:
   For the Plaintiff Bella Health and Wellness:
 2     MARK L. RIENZI, ESQ.
       COLTEN STANBERRY, ESQ.
 3     REBEKAH P. RICKETTS, ESQ. (Via Zoom)
       KELLY J. OELTJENBRUNS, ESQ. (Via Zoom)
 4     LAURA WOLK SLAVIS, ESQ. (Via Zoom)
       The Becket Fund for Religious Liberty
 5     1919 Pennsylvania Avenue NW
       Suite 400
 6     Washington, D.C., 20006
       (202) 955-0095
 7     mrienzi@becketlaw.org
 8 For the Plaintiff-Intervenor, Chelsea M. Mynyk:
       KEVIN H. THERIOT, ESQ.
 9     Alliance Defending Freedom
       15100 North 90th Street
10     Scottsdale, Arizona 85260
       (480) 451-5571
11     ktheriot@adflegal.com
12 For the Defendants:
       BRIAN URANKAR, ESQ.
13     BRADY JEROME GRASSMEYER, ESQ.
       JENNIFER H. HUNT, ESQ.
14     ELIZABETH V. KENNY, ESQ.
       ZACH FITZGERALD, ESQ. (Via Zoom)
15     Colorado Attorney General's Office
       1300 Broadway
16     Denver, Colorado 80203
       (720) 508-6000
17     brian.urankar@coag.gov
18 Also Present:
       Amanda Diaz, Paralegal (Via Zoom)
19     Chelsea Mynyk (Via Zoom)
20
21
22
23
24
25
```

Page 4

```
 1 EXHIBITS (continued)
 2 Exhibit 96    Article, "Science is Clear on the        222
               Matter: Abortion Saves Women's
 3             Lives"
 4 Exhibit 97    Medical Rules and Regulations, 3 CCR      226
               713-1
 5
   (Attached to deposition transcript.)
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1         EXAMINATION INDEX
 2 Examination by Mr. Rienzi                  6, 227
 3 Examination by Mr. Urankar                 227
 4         EXHIBIT INDEX
   FOR IDENTIFICATION             REFERENCE
 5
   Exhibit 83    Dr. Cohen's Expert Fee Schedule       9
 6
   Exhibit 84    Declaration of Rebecca Cohen, M.D.,  10
 7             M.P.H., October 2023
 8 Exhibit 85    Article, "Cohen: End the Lies --     12
               The Supreme Court Can't Let Fake
 9             Clinics Keep Deceiving Women"
10 Exhibit 86    Website Screenshot, CU Family        32
               Planning
11
   Exhibit 87    Website Screenshot, CU Family        32
12             Planning, "Our Services"
13 Exhibit 88    Website Screenshot, Comprehensive    34
               Women's Health Center
14
15 Exhibit 89    Abortion Resolution Workbook         35
16 Exhibit 90    Pregnancy Options Workbook           36
17 Exhibit 91    Rebuttal to the Expert Report of Dr. 146
               Monique Chireau Wubbenhorst, M.D.,
18             M.P.H
19 Exhibit 92    Website Screenshot, UC Medicine,     209
               "Services"
20 Exhibit 93    Website Screenshot, UCHealth         210
               Integrated Transgender Program (UCH
21             ITP)
22 Exhibit 94    Education Form, Understanding        211
               Feminizing Gender-Affirming Hormone
23             Therapy
24 Exhibit 95    Nursing Board Rules and Regulations, 217
               3 CCR 716-1
25 (Continued)
```

Page 5

```
 1         P R O C E E D I N G S
 2         WHEREUPON, the following proceedings were
 3 taken pursuant to the Federal Rules of Civil
 4 Procedure.
 5         *    *    *    *    *
 6         THE VIDEOGRAPHER:  Good morning.  We are on
 7 the record.  The time now is 9:03 a.m.  Today is
 8 October 15, 2024.  We're located at 1700 Lincoln
 9 Street, Denver, Colorado.  We're here for the
10 videotaped deposition of Dr. Rebecca Cohen in the
11 matter of Bella Health and Wellness, et al., v. Phil
12 Weiser, et al., filed in the United States District
13 Court for the District of Colorado, Case Number
14 1:23-CV-939-DDD-SKC.
15         The videographer is Walt Mathern.  The court
16 reporter is Wendy McCaffrey.  Counsel, please state
17 their appearance, beginning with the noticing counsel.
18         MR. RIENZI:  Mark Rienzi for the Plaintiffs.
19         MR. STANBERRY:  Colten Stanberry, also for
20 the Plaintiffs.
21         MR. RIENZI:  And, actually, I should
22 correct -- we're for the Bella Plaintiffs.
23         MR. THERIOT:  And Kevin Theriot for the
24 Intervenor-Plaintiff.
25         MR. URANKAR:  Brian Urankar for the Colorado
```

## DR. REBECCA COHEN - October 15, 2024

Page 6

1 Medical Board.

2          MS. HUNT:  Jennifer Hunt for the Colorado

3 Medical Board.

4          MS. KENNY:  Liz Kenny for the Colorado

5 Nursing Board.

6          MR. GRASSMEYER:  Brady Grassmeyer for Phil

7 Weiser, Attorney General.

8                DR. REBECCA COHEN,

9 having been first duly sworn to state the whole truth,

10 testified as follows:

11               EXAMINATION

12 BY MR. RIENZI:

13     Q.   Good morning, Dr. Cohen.

14     A.   Good morning.

15     Q.   Have you ever been deposed before?

16     A.   I have not.

17     Q.   So I'm going to ask you some questions.  The

18 court reporter's going to write down your answers.

19 Because she's trying make a written record, we'll need

20 you to give verbal answers, so a "yes" or a "no"

21 instead of nodding or "uh-huh."

22          If any of my questions are unclear, please

23 tell me so, and I'll be happy to try to rephrase or

24 clarify.

25          I want to get your truthful testimony today.

Page 7

1 I'm not looking to make you suffer through long periods

2 of time, so if you need a break at some point, just say

3 so.  We'll be happy to find a time to take a break.

4          Do you understand that you're legally

5 obligated to tell the truth this morning?

6     A.   I do.

7     Q.   And is there anything you can think of that

8 would stop you or make it difficult for you to do that

9 this morning?

10     A.   No.

11     Q.   Okay.  How did you prepare for this

12 deposition?

13     A.   For this deposition, I read the materials

14 that were supplied to me, and I had a series of

15 meetings with counsel.

16     Q.   How many meetings with counsel did you have?

17     A.   We had three.

18     Q.   And approximately how long did they last?

19     A.   About 90 minutes to two hours each.

20     Q.   And did you talk to anybody other than the

21 lawyers for Colorado government here in preparation for

22 your deposition?

23     A.   I did not.

24     Q.   Okay.  What materials were you supplied with?

25     A.   So there was a lot.  I apologize if I'm

Page 8

1 omitting anything by accident.  But there were a series

2 of patient case records.  There were protocols for both

3 the Bella Health and Wellness Group and Ms. Mynyk's

4 clinic.

5          There were testimonies -- or depositions --

6 excuse me -- from Drs. Wubbenhorst, Dr. Creinin, and

7 then the rebuttals back and forth, and then,

8 essentially, the supporting materials for those.

9     Q.   Did you review any scientific articles in

10 preparation for this deposition?

11     A.   So those included the supporting articles,

12 yes.

13     Q.   Did you review your prior -- your prior

14 reports and declarations --

15     A.   I did.

16     Q.   -- in preparation for the deposition?

17     A.   Yes.

18     Q.   And you understand that those also are sworn

19 statements you provide to the Court?

20     A.   Yes.

21     Q.   And you still stand by those statements?

22     A.   I do.

23     Q.   You also gave legislative testimony in

24 support of the law at issue in this case.  Are you

25 aware of that?

Page 9

1     A.   That is correct, yes.

2     Q.   I don't have it in front of me, but I can get

3 it for you later if you're unclear about this, but I

4 noticed in one of your reports you said you -- your --

5 statements are consistent with your testimony on

6 March 15th, and you only referred to one of them.  Was

7 that -- you testified twice; is that true?

8     A.   I do not recall.  I'm sorry.

9     Q.   Okay.  You didn't -- strike that.  When you

10 wrote your report and you referenced your prior

11 testimony, you didn't deliberately leave out one

12 example of your testimony, did you?

13     A.   I did not.

14     Q.   Okay.  Just making sure.

15          MR. RIENZI:  Do you have Exhibit 1F?

16     Q.   (BY MR. RIENZI)  Can we mark this as 83,

17 please.

18          (Exhibit 83 was marked for identification.)

19     Q.   (BY MR. RIENZI)  Do you recognize the

20 document I'm showing you?

21     A.   It says "Fee Schedule."  Yes.

22     Q.   Do you recognize it?  Is it something you've

23 seen before?

24     A.   These are numbers that I've agreed to.  I've

25 not seen this particular document.

## DR. REBECCA COHEN - October 15, 2024

Page 10

1    Q.   Okay.  I'll just tell you, this was attached
2 to your submissions that were provided this summer.
3 I'm not great at math, but as I do that math, it looks
4 to me like you spent about 40 hours on the Bella case
5 through the summer, obviously not counting your recent
6 preparation because this was before then.  Does that
7 sound right about?
8    A.   It does.
9         Mr. RIENZI:  Okay.  Let's also mark as 84
10 Dr. Cohen's initial filing with the Court.
11        (Exhibit 84 was marked for identification.)
12    Q.   (BY MR. RIENZI)  Do you recognize Exhibit 84?
13    A.   I've not looked at all of the pages, but,
14 yes.  This is --
15    Q.   Okay.  I'll represent to you that that is the
16 declaration that you filed in October of 2023.  So your
17 first declaration --
18    A.   Uh-huh.
19    Q.   -- in this case.
20    A.   Yes.
21    Q.   I'd like to get a sense, of the 40 hours that
22 you spent on the Bella case, roughly how those broke
23 down.  And I'm not asking for a -- super specifics,
24 just your -- your ballparks.
25    A.   Sure.

Page 11

1    Q.   Do you have a sense of how much of that 40
2 hours was spent on your October 2023 reports?
3    A.   I do not.
4    Q.   Do you have any sense how much of the
5 40 hours was spent looking at scientific articles?
6    A.   I do not.
7    Q.   Do you have any sense of how much time was
8 spent looking at patient records?
9    A.   I do not.
10    Q.   In your work in this case, have you also read
11 the depositions of Dede Chism and Abby Sinnet?
12    A.   I do not recall.  I know we had discussed
13 them briefly.  I'm not sure if I've read them.
14    Q.   Okay.  So it's possible somebody told you
15 things about those depositions, but you did not read
16 them yourself?
17    A.   That is correct.  I do not recall.
18    Q.   What were you told about the depositions of
19 Abby Sinnet and Dede Chism?
20    A.   We had discussed that they talked about my
21 declaration and some of the things that I had stated
22 about their practices.
23    Q.   Is there anything that you were told about
24 their depositions that you relied on in forming your
25 opinions?

Page 12

1    A.   No.
2    Q.   In some of your public writings, you've
3 talked about what you call "fake clinics."  Is that a
4 term you use?
5    A.   Do you have something that I can see?
6    Q.   Sure.
7        MR. RIENZI:  Mark this as Exhibit 85, please.
8        (Exhibit 85 was marked for identification.)
9    Q.   (BY MR. RIENZI)  I'll give you a minute to
10 just take a look at that.
11    A.   Okay.  Yep.  Okay.
12    Q.   Do you remember in the context of the NIFLA
13 case talking about fake clinics?
14    A.   Yes.  And that was specifically referring to
15 unlicensed medical providers or unlicensed providers.
16    Q.   Do you think Bella Health is a fake clinic?
17    A.   I do not.
18    Q.   Do you have an understanding of whether Bella
19 provides or refers for abortion?
20    A.   According to the information that I reviewed,
21 they do not.
22    Q.   Okay.  Do you think all providers of OB-GYN
23 care should be required to provide or refer for
24 abortion?
25    A.   I do not.

Page 13

1    Q.   Do you think they should be required to
2 provide or refer for contraception?
3    A.   I do not.
4    Q.   From reading the documents that you've read
5 from Bella, do you have an understanding of what
6 motivates Bella and its care for patients?
7        MR. URANKAR:  Form.
8        THE DEPONENT:  I cannot speak to their
9 motivations.
10    Q.   (BY MR. RIENZI)  Do you have an understanding
11 of whether they are a religious health care provider?
12    A.   According to their materials, yes, they are.
13    Q.   Do you think there are enough abortion
14 providers in the country?
15        MR. URANKAR:  Form.
16        THE DEPONENT:  Could you rephrase that?
17    Q.   (BY MR. RIENZI)  Do you think there are
18 enough abortion providers to meet the need for people
19 seeking abortion?
20        MR. URANKAR:  Form.
21        THE DEPONENT:  Can you explain how that is
22 relevant to what we're discussing today?
23    Q.   (BY MR. RIENZI)  I don't have to give an
24 argument for the relevance of the question.  I just
25 want to get your sense of whether there are enough

## DR. REBECCA COHEN - October 15, 2024

Page 14

1 abortion providers. Is there a shortage of -- of
2 abortion providers in the country?
3    **A.    It is a very complex question. And to answer**
4 **in a way that is truthful for me, I need to understand**
5 **the relevance.**
6    Q.    Do you have a sense of how many OB-GYNs
7 provide abortion care?
8    **A.    I do not.**
9    Q.    Do you have a sense of how many OB-GYNs
10 provide surgical abortions?
11    **A.    Can you give a geographic?**
12    Q.    In Colorado.
13    **A.    I -- I would say I have a sense. I cannot**
14 **give you an exact number.**
15    Q.    Do you think it is 50 percent or fewer who
16 provide abortion care?
17        MR. URANKAR:  Form.
18        THE DEPONENT:  It is fewer.
19    Q.    (BY MR. RIENZI)  Do you have a sense of how
20 many abortion providers provide surgical abortions as
21 late as 22 weeks?
22    **A.    In Colorado?**
23    Q.    In Colorado.
24    **A.    I have a sense.**
25    Q.    And what is your sense?

Page 15

1    **A.    That it is under 50.**
2    Q.    It is under 10 percent of OB-GYNs?
3    **A.    That, I do not know.**
4    Q.    Do you think it's appropriate for the
5 government to limit a woman's options about whether she
6 carries a child to term?
7        MR. URANKAR:  Form.
8        THE DEPONENT:  Can you rephrase?
9    Q.    (BY MR. RIENZI)  Do you think it's
10 appropriate for the government to limit the types of
11 treatment a woman can access as she decides whether to
12 carry a child to term?
13        MR. URANKAR:  Form.
14        THE DEPONENT:  Sorry.  One more time.  It's a
15 long question.  I just need to make sure I understand
16 the nuances.
17    Q.    (BY MR. RIENZI)  Sure.  Do you think it's
18 appropriate for the government to impose limits on what
19 types of treatment a woman may pursue as she decides
20 whether to carry a child to term?
21        MR. URANKAR:  Form.
22        THE DEPONENT:  So, again, I think there's
23 nuance that is not captured in the question.  I think
24 that the government absolutely needs to consider
25 safety, transparency, autonomy when understanding what

Page 16

1 medical treatments follow the scope of practice.
2    Q.    (BY MR. RIENZI)  And if the government
3 considers those things and outlaws a particular
4 treatment, do you think that's appropriate?
5        MR. URANKAR:  Form.
6        THE DEPONENT:  It is not my place to make
7 those decisions.  What I will say is that I do think
8 that limits are appropriate when they impede safety,
9 autonomy, and transparency.
10    Q.    (BY MR. RIENZI)  You advocated for the law
11 addition in this case, correct?
12    **A.    Can you explain?**
13    Q.    You appeared in the legislature and advocated
14 for this law, correct?
15    **A.    I did testify, yes.**
16    Q.    Okay.  Because you were in favor of passage
17 of this law, correct?
18    **A.    Correct.**
19    Q.    Okay.  Why?
20    **A.    I'm sorry.  I'm not sure what you're getting**
21 **at.**
22    Q.    Why did you testify in support of this law?
23    **A.    Because I think that transparency, autonomy,**
24 **and safety are important.**
25    Q.    Let's start with autonomy.

Page 17

1    **A.    Sure.**
2    Q.    You testified in support of this law because
3 you think autonomy is important?
4    **A.    I do think that patient autonomy is**
5 **important, and it involves getting accurate information**
6 **about medical care.**
7    Q.    In your view, this law helps patient
8 autonomy?
9    **A.    Correct.**
10    Q.    How?
11    **A.    So this law prevents licensed medical**
12 **providers from offering unproven therapies to patients**
13 **as standard of care.**
14    Q.    What do you mean by "unproven"?
15    **A.    What I mean is that the evidence provided to**
16 **support progesterone after mifepristone does not meet**
17 **the standards to say that it's effective.**
18    Q.    What are the standards you're talking about?
19    **A.    Do you want to go into the specifics of this**
20 **case, or do you want it in general?**
21    Q.    Start general, please.
22    **A.    Okay.  So to say that something is effective,**
23 **you need to show that it is better than no treatment.**
24    Q.    And is it your view that the government
25 should outlaw all treatments that are not effective by

DR. REBECCA COHEN - October 15, 2024

Page 18

1 that definition?

2          MR. URANKAR:  Form.

3          THE DEPONENT:  Sorry.  One more time.

4     Q.   (BY MR. RIENZI)  Is it your view that the

5 government should outlaw all treatments that are not

6 effective by the definition you just gave?

7     A.   So I think it does need to be considered

8 individually, again, under that umbrella of autonomy,

9 that both effectiveness, transparency, and the

10 interactions between a patient, a provider within the

11 bounds of what is appropriate medical treatment needs

12 to be considered on a case-by-case basis.

13    Q.   Sometimes do you provide therapies that are

14 not effective by the definition you just gave?

15    A.   Not to my knowledge, no.

16    Q.   Where do you work, Dr. Cohen?

17    A.   I'm employed by the University of Colorado.

18    Q.   Is that a state government university?

19    A.   I'm not sure what you mean by "state

20 government university."

21    Q.   Do you work for the State of Colorado?

22    A.   Yes.

23    Q.   Is the University of Colorado Medical School

24 your only employer?

25    A.   I don't know because, essentially, the -- the

Page 19

1 school of medicine and the hospital have a complex

2 relationship.  I believe so, but I may be incorrect.

3     Q.   Do you receive salaries from multiple

4 employers?

5     A.   No.  But I don't know exactly kind of the

6 back end on that.  I just want to be as honest as I can

7 for you.

8     Q.   I -- I appreciate that.  And what do you do?

9     A.   I am an OB-GYN.

10    Q.   Do you also teach at the medical school?

11    A.   So it's not so much of an "also" as it is

12 that we are a teaching institution, and I have learners

13 with me as I provide clinical care.

14    Q.   So -- and I don't know much about medical

15 school, so excuse --

16    A.   Yeah.

17    Q.   -- if the questions are just wrong.  Like,

18 one possibility is that you split your time; sometimes

19 you go in and you -- and you lecture in the medical

20 school, and you're Professor Dr. Cohen, and then you,

21 you know, also practice 20 hours a week or something

22 like that.

23         But it sounds to me like what you're

24 describing is that you practice, and while you

25 practice, you are teaching or people from medical

Page 20

1 school are there; am I understanding that right?

2     A.   So I do lecture.  But the majority of the

3 teaching that I do is clinical teaching.  So, like you

4 said, doing clinical medicine and teaching at the same

5 time.

6     Q.   And so if I asked you, "How do you split your

7 time between teaching and practice?" is that a question

8 you could answer?

9     A.   It wouldn't be a short answer.

10    Q.   Can you give me the answer, though?

11    A.   Absolutely.  So it is not really so much of a

12 split as -- as an overlap.  So I have parts of my job

13 that are non-clinical, but when I am in clinic, all of

14 my settings are teaching settings, so when I'm

15 providing clinical care, I'm working with learners.

16    Q.   Approximately how many hours a week do you

17 work?

18    A.   Oh, God.  Like, 80.  No.  I'm sorry.  My --

19 so -- so, I mean, are you asking everything, or are you

20 asking only clinical?

21    Q.   Everything.

22    A.   So, everything, it's probably about 65 hours

23 a week.

24    Q.   And how much of that is clinical?

25    A.   Depending on the week, but on average, about

Page 21

1 40.

2     Q.   And what's the other 25?

3     A.   I have administrative roles.  So I am our

4 division chief, meaning I lead the Section of Complex

5 Family Planning.  I am our fellowship director, and I'm

6 the medical director for our clinic.

7          MR. URANKAR:  Dr. Cohen, could you just speak

8 up a little bit?

9          THE DEPONENT:  Yep.

10    Q.   (BY MR. RIENZI)  And can you tell me about

11 each of those positions?  So start with the division

12 chief of Complex Family Planning.  What is that?

13    A.   Yeah.  So that is an administrative role.  I

14 oversee our faculty.  I, you know, make financial

15 decisions.  I make decisions in conjunction with the

16 other faculty about any changes to clinical care, any

17 updates, any, you know, concerns, things like that.

18    Q.   And is that for the entity that I see online

19 called CU Family Planning?

20    A.   That is correct.

21    Q.   So that's the Complex Family Planning

22 division?

23    A.   That is correct.  Uh-huh.

24    Q.   And do you treat patients there?

25    A.   So it's not a place, so much as --

DR. REBECCA COHEN - October 15, 2024

Page 22

1    Q.    Okay.
2    A.    -- it is an entity.  So we are -- we're a
3 division of our group of faculty.
4         (Ms. Hunt left the room at 9:23 a.m.)
5    Q.    (BY MR. RIENZI)  Where do you treat patients?
6    A.    I have a clinic.
7    Q.    Okay.  What's the clinic?
8    A.    It's called Comprehensive Women's Health
9 Center.
10    Q.    When you're doing the 40 hours that -- the
11 roughly 40 hours that you said are clinical, is that
12 happening in the Comprehensive Women's Health Center?
13    A.    The majority of it is.  My other clinical
14 time is as an OB-GYN hospitalist, meaning that I am at
15 the hospital.
16    Q.    How often -- how much of your time in a given
17 week are you doing as an OB-GYN hospitalist?
18    A.    About 12 hours a week, on average.
19    Q.    Can you tell me what kinds of treatments you
20 provide?
21    A.    In what setting?
22    Q.    I -- I want to get them all.
23    A.    Uh-huh.
24    Q.    So, I guess, however it would make sense for
25 you to break it down to tell me what kinds of

Page 23

1 treatments you provide.
2    A.    Sure.  So as a Complex Family Planning
3 provider, I do focus on contraception and abortion
4 care.  As an OB-GYN hospitalist, there are two parts to
5 that role -- OB, or obstetrics, meaning related to the
6 care of pregnant people --
7         (Ms. Hunt entered the room at 9:24 a.m.)
8         THE DEPONENT:  -- and GYN, gynecology,
9 related to the care of nonpregnant people.
10    Q.    (BY MR. RIENZI)  In your October 2023
11 declaration, you said you've provided abortions to
12 approximately 3,000 women, but that was a year ago.
13 Has that number grown over the past year?
14    A.    It has.
15    Q.    And what would you estimate the current
16 number is?
17    A.    Maybe another 200.  I'm not sure exactly.
18    Q.    And am I correct that you do both surgical
19 abortion and medication abortion?
20    A.    That is correct.
21    Q.    Okay.  Can you give me a sense of the
22 breakdown between those two?
23    A.    My practice, personally, our breakdown is
24 probably about 80/20, but I would have to look.
25    Q.    80/20, in which direction?

Page 24

1    A.    Primarily procedural abortion care.
2    Q.    By "procedural" you mean surgical?
3    A.    Procedural, yes.
4    Q.    Okay.  Do you -- is there a difference
5 between surgical and procedural?
6    A.    Procedural is the preferred terminology.
7    Q.    And what -- could you just tell me what you
8 mean by "procedural" so I make sure I have it right?
9    A.    So it depends on the stage of gestation, but
10 it is physically removing the pregnancy from the uterus
11 rather than giving medication for the body to pass the
12 pregnancy on its own.
13    Q.    When you provide medication abortions,
14 approximately how much time do you spend with the
15 patient before providing the medications?
16    A.    So it does depend on the patient.  Every
17 patient is different in terms of what they have learned
18 prior to the appointment, any, you know, level of
19 detail that they want in terms of what they want to
20 talk about, health literacy, other things.
21         But I would say, on average, it's probably
22 about 20 to 30 minutes.
23    Q.    And how much time do you spend with them ---
24 withdrawn.  How does that compare to the amount of time
25 you spend with patients before procedural abortion?

Page 25

1    A.    To clarify, when you say "before procedural
2 abortion," you mean not including the procedure itself?
3    Q.    Yes.  Not while you are performing the
4 procedure, but --
5    A.    Okay.
6    Q.    -- before.
7    A.    It's pretty much -- pretty much identical.
8    Q.    And, again, you said it's about 20 to
9 30 minutes per patient?
10    A.    Correct.
11    Q.    Okay.  Do you provide prenatal care?
12    A.    I do not.
13    Q.    Do you do labor and delivery work?
14    A.    I do.  That's part of my obstetric
15 hospitalist role.  That is why we say "OB."
16    Q.    Roughly how many babies have you delivered in
17 the past year?
18    A.    Oh, gosh.  100, 150.  I'm sorry; I don't have
19 that in front of me.
20    Q.    That's fine.  I only want an approximate.  Do
21 you treat women for preterm labor?
22    A.    I do.
23    Q.    Where?
24    A.    At the University of Colorado Hospital.
25    Q.    Is that part of your hospitalist role?

DR. REBECCA COHEN - October 15, 2024

Page 26

1    A.    It is.

2    Q.    How often do you do that?

3    A.    As often as needed.

4    Q.    Every week?

5    A.    Likely.

6    Q.    Do you treat patients for early or

7 mid-pregnancy bleeding?

8    A.    I do.

9    Q.    How often do you do that?

10    A.    Again, you know, I hate to keep saying "as

11 often as needed," but -- but that is the case. I

12 would -- I would say most shifts, and, again, I do

13 about one 12-hour shift per week, we do see someone

14 with concern for bleeding.

15    Q.    Do you provide postpartum care?

16    A.    I do.

17    Q.    In the hospital setting?

18    A.    In the hospital setting and occasionally in

19 the outpatient setting if it's related to

20 contraception.

21    Q.    Roughly what percentage of your patients seek

22 your help to prevent becoming pregnant?

23    A.    Do you want -- and, again, I apologize. I'm

24 trying make sure the nuances are clear. Solely

25 contraception or people who we're seeing for both

Page 27

1 abortion and contraception?

2    Q.    You can -- you can put abortion and

3 contraception together. What -- what -- what

4 percentage are seeking to either stop being pregnant or

5 prevent becoming pregnant?

6    A.    Those are two different things.

7    Q.    Okay.

8    A.    We -- we -- just to clarify again, I will see

9 someone sometimes for abortion care who then wants to

10 prevent future pregnancies. I do not consider abortion

11 and contraception the same thing.

12    Q.    Understood. So then let's not -- let's keep

13 them separate.

14    A.    Okay.

15    Q.    What percentage of the patients you see are

16 seeking your help to -- for abortion, to stop being

17 pregnant?

18    A.    So if I separate out my hospitalist work --

19 because, again, people come to the hospital to deliver

20 a baby; they are stopping being pregnant -- if we are

21 focusing solely on my Complex Family Planning practice,

22 approximately 80 percent of what I do is related to

23 abortion.

24          The other 20, if we're looking at

25 contraception only, is contraception.

Page 28

1    Q.    Am I right that the only time you are

2 treating patients who wish to continue pregnancy and

3 get to live birth is in your OB hospitalist role?

4    A.    You are not correct, no.

5    Q.    Okay. When else do you see patients who wish

6 to maintain and deliver a healthy pregnancy?

7    A.    So some of what we do -- and, again, it's --

8 it's kind of under that 80/20 umbrella -- some people

9 come for consultations, either because they are unsure

10 of the status of their pregnancy or because they are

11 not sure if they want to continue a pregnancy.

12          So it's not common, but it is something that

13 I see.

14    Q.    When you're treating a woman who wants to

15 maintain a pregnancy, do you think of yourself as

16 having two patients or one?

17    A.    It's complicated. I think it is the short

18 version of that, but really, my goal is to focus on the

19 patient, on the pregnant person. And so my role is to

20 help her with her health and her goals. So that does

21 vary.

22    Q.    Do you ever view yourself as caring for the

23 patient in utero, caring for the -- withdraw the

24 question. Let me try to do it better.

25          Is there some point in gestational

Page 29

1 development when you see yourself as having any

2 obligation to the embryo or fetus in utero?

3          MR. URANKAR:   Form.

4          THE DEPONENT:   So, again, it depends on the

5 patient's goals. For a patient who, you know, has a

6 potentially viable fetus, again, viability in that

7 context meaning could survive outside of the uterus,

8 those considerations are taken into account. So when

9 we're, you know, providing medication or we're

10 monitoring the pregnancy or we're doing those things --

11          THE REPORTER:   Slow down and speak up.

12          THE DEPONENT:   So for someone who wants to

13 maintain a pregnancy, has a potentially viable fetus,

14 we do take fetal health into account with medications,

15 with monitoring, with deciding whether someone needs to

16 be admitted to the hospital, those sorts of things.

17 But it is context dependent.

18    Q.    (BY MR. RIENZI)   You used the term

19 "viability" before.

20    A.    Uh-huh.

21    Q.    Do you consider viability the same as alive?

22    A.    No, I do not.

23    Q.    When does pregnancy begin?

24    A.    When does pregnancy begin?

25    Q.    Yeah.

## DR. REBECCA COHEN - October 15, 2024

Page 30

1  A.  So, again, complicated.  A clinically
2  recognized pregnancy begins with a positive pregnancy
3  test.
4  Q.  What's happening in the woman's body when
5  there's a positive pregnancy test?
6  A.  So with a positive pregnancy test is when the
7  early pregnancy has implanted into the uterine lining,
8  and the body begins producing HCG, or pregnancy
9  hormone.
10  Q.  And when that embryo implants in the lining,
11  is the embryo already alive?
12  A.  So, again, "living" and "viable" are two
13  different things.  I would not consider that alive.
14  Q.  When would you consider an embryo or fetus
15  alive?
16  A.  At birth.
17  Q.  So for the nine months until birth, you do
18  not consider the embryo or fetus to be living?
19  A.  Correct.
20  Q.  What's that based on?
21  A.  You asked my opinion.  I gave you my opinion.
22  Q.  What's the basis for your opinion?
23  A.  So pregnancy is a time of potential
24  viability, that there is the capacity at, you know,
25  again, a certain time and gestation, depending on a lot

Page 31

1  of circumstances, whether that pregnancy could survive
2  outside of the uterus.  And so that is, outside of the
3  uterus, the time when it becomes alive.
4  Q.  I think you answered this, but I just want to
5  make sure.
6  A.  Sure.
7  Q.  When you are practicing medicine, the State
8  of Colorado is your employer; is that correct?
9  A.  I believe so, yes.
10  Q.  And when you're practicing medicine, you
11  don't have some other additional employer; is that
12  correct?
13  A.  Not to my knowledge, no.
14  Q.  Okay.  Who provides the funding for the
15  office where you practice?
16  A.  So, again, these are to the best of my
17  knowledge.  Anything omitted or incorrect is my fault.
18  But we have essentially two main sources of funding.
19  One is patient billing and the other is donations.
20  Q.  When the patient pays money, who does the
21  money go to?
22  A.  Can you clarify?
23  Q.  Sure.  Who owns the practice?
24  A.  We are affiliated with the University of
25  Colorado.

Page 32

1  Q.  Okay.
2  (Exhibit 86 was marked for identification.)
3  Q.  (BY MR. RIENZI)  Dr. Cohen, do you recognize
4  that document?
5  A.  It appears to be a caption from the website.
6  Q.  And that's the website for CU Family
7  Planning, of which you are the division chief; is that
8  correct?
9  A.  That is correct.
10  (Exhibit 87 was marked for identification.)
11  Q.  (BY MR. RIENZI)  I'm going to show you one
12  more from CU Family Planning Colorado.  Doctor, do you
13  recognize Exhibit 87?
14  A.  I do.
15  Q.  And what is it?
16  A.  It looks like another website capture.
17  Q.  Can you take a look at the "Services
18  Provided" under "CU Family Planning" and tell me if
19  that looks like an accurate list to you?
20  A.  Yes.  So this, again, refers back to what I
21  was talking about, that we are a group, not a place.
22  Q.  Okay.  And is this an accurate listing of the
23  services provided by the CU Family Planning Group?
24  A.  At that location, yes.
25  Q.  Does CU Family Planning Group provide other

Page 33

1  services at other locations?
2  A.  And, yes, and you can see the Comprehensive
3  Women's Health Center Clinic, which is what I had
4  referred to earlier.
5  Q.  Okay.  So which services are provided at
6  Comprehensive Women's Health Center?
7  A.  So that is our primary location for abortion
8  care.  We also do contraception and early pregnancy
9  management there as well.
10  Q.  Otherwise, is this a complete list of the
11  services provided by CU Family Planning?
12  A.  To the best of my knowledge, yes.
13  Q.  And you said you also work at Comprehensive
14  Women's Health Center?
15  A.  Correct.
16  Q.  What's your role there?
17  A.  I am the medical director and also a
18  provider.
19  Q.  How long have you been the medical director
20  there?
21  A.  I'd have to verify with my CV, but I think
22  it's about six years now.
23  Q.  And I think I have this from before, but did
24  you say about 40 hours of your week -- the 40 hours of
25  clinical work are at Comprehensive Women's Health

DR. REBECCA COHEN - October 15, 2024

Page 34

1 Center?

2    A.   No.  It's -- 'cause that 40 hours includes my
3 hospitalist role, so it's approximately 20 to 25,
4 depending on the week.

5    Q.   Okay.  Is Comprehensive Women's Health Center
6 a place, whereas CU Family Planning is a group?

7    A.   That is correct.

8    Q.   Okay.  Do the other doctors at CU Family
9 Planning also practice at Comprehensive Women's Health
10 Center?

11    A.   They do.

12    Q.   Is that the only place that CU Family
13 Planning operates?

14    A.   So the screenshot that you had before, it
15 also includes our hospital-based address.

16    Q.   Okay.

17       (Exhibit 88 was marked for identification.)

18    Q.   (BY MR. RIENZI)  Doctor, do you recognize
19 this document?

20    A.   I do.

21    Q.   What is it?

22    A.   It's missing our pictures.  So this is a
23 screen capture from the Comprehensive Women's Health
24 Center website.

25    Q.   Can you look at the list of services on the

Page 35

1 bottom of page 1 and tell me if it looks correct to
2 you?

3    A.   We no longer offer Essure placement.  That
4 was withdrawn from the market.  But otherwise, things
5 do look correct.  Thank you for letting me know I have
6 to fix that.

7    Q.   Are there also workbooks that Comprehensive
8 Women's Health Center provides to women who are
9 thinking about abortion?

10    A.   I believe we have had them in the past.  We
11 do not use them currently.

12    Q.   Would it surprise you to know that they're
13 still listed on your website?

14       MR. URANKAR:  Form.

15       THE DEPONENT:  It would not.

16    Q.   (BY MR. RIENZI)  I'm going to show you them
17 just so you can take a look.

18       (Exhibit 89 was marked for identification.)

19       THE DEPONENT:  I have not reviewed this in
20 detail, so I will answer questions, but --

21    Q.   (BY MR. RIENZI)  Sure.  Understood.  It's --
22 I don't know how long it is, it's got to be 50 to 100
23 pages.

24    A.   Is this -- oh, sorry.

25    Q.   There's a -- there's a second one coming.

Page 36

1 Yeah.

2    A.   Gotcha.

3       (Exhibit 90 was marked for identification.)

4    Q.   (BY MR. RIENZI)  So can you tell me what
5 those two exhibits are if you recognize them?

6    A.   So these are two essentially self-use guides
7 for patients who are considering their options for the
8 pregnancy is the Pregnancy Options Workbook.  And then
9 Abortion Resolution Workbook for people who, if I
10 recall correctly, are facing challenges with their
11 decisions.

12    Q.   And I believe you testified before, but I
13 just want to get it right --

14    A.   Yeah.

15    Q.   -- that you don't use these books anymore?

16    A.   Correct.  We don't use them in clinical care
17 with the interactions between the health care provider
18 and the patient.

19    Q.   Okay.  Is it possible somebody else in your
20 office still recommends these to patients?

21    A.   I can't speak for the other providers.

22    Q.   Have you, as medical director, told the
23 staff, "Don't use these workbooks anymore"?

24    A.   I have not.

25    Q.   Okay.  Are aware of anybody else issuing that

Page 37

1 instruction?

2    A.   I am not.

3    Q.   Okay.  Was there a decision at some point to
4 stop using these workbooks?

5    A.   There was not an active decision, no.

6    Q.   Okay.  Have you ever recommended these
7 workbooks to a patient?

8    A.   I have not.

9    Q.   Do you know if your colleagues have?

10    A.   I don't know.

11    Q.   Okay.  How do patients pay for your services?

12    A.   It depends.

13    Q.   On what?

14    A.   So as I mentioned before, we have essentially
15 two different main sources of funding.  So people can
16 bill their insurance if the services are covered and
17 they choose to use them.  If they are uninsured, don't
18 want to use insurance, don't have coverage, they can
19 pay out of pocket, sometimes with the assistance of
20 donations.

21    Q.   Are those donations only for specific
22 services?

23    A.   Some do with -- kind of come with conditions
24 from the donors, yes.

25    Q.   What are the conditions?

## DR. REBECCA COHEN - October 15, 2024

Page 38

1      A.   It depends on the different funds.
2      Q.   Tell me about the National Abortion
3  Federation funds.  What are the conditions on that
4  fund?
5           THE REPORTER:  Say that again, please, and
6  slower.
7      Q.   (BY MR. RIENZI)  And I didn't say "please."
8  Please tell me about the National Abortion Federation
9  Funds.
10     A.   If you're asking her -- so the National
11  Abortion Federation, as you may guess, is a funding
12  that is solely able to be used for people seeking
13  abortion care.
14     Q.   So you could not refer a patient to that for
15  prenatal care, correct?
16     A.   That is correct.
17     Q.   Okay.  What about the Cobalt fund?
18     A.   So Cobalt is primarily for people seeking
19  abortion care.  They also have a lot of STUs.  They're
20  funds for miscarriage management, for early pregnancy
21  evaluation, and then they have funding for what they
22  call practical support, so travel support and lodging
23  as well.
24     Q.   Is the practical support from Cobalt funds
25  just for abortion, or is it for other treatments?

Page 39

1      A.   So they administer that separately.  That is
2  not something that we give.  It's just funding that is
3  available through them.
4      Q.   Do you know the limits on that funding?
5      A.   I don't.
6      Q.   Okay.  Have you ever turned away a patient
7  who wanted an abortion because of ability to pay?
8      A.   Not in the last at least two to three years.
9      Q.   Before that, do you know whether you did?
10     A.   We have.
11     Q.   Okay.  What percentage of your patients have
12  their abortions paid for from those funds?
13     A.   I would have to verify, but I would say, I
14  mean, approximately two-thirds of people get some sort
15  of fund- -- funding assistance.
16     Q.   And by "funding assistance," you mean from
17  the National Abortion Fund or the Cobalt Fund?
18     A.   Including those two, but there are others as
19  well.
20     Q.   What are the others?
21     A.   We have a long list of people that we partner
22  with, primarily from other states.  So I may, again,
23  kind of miss as we're going through.  But we have -- so
24  Chelsea's Fund is through Wyoming.  TEA and Lilith are
25  in Texas.  Indigenous Women Rising is nationwide.

Page 40

1           There's one in Kansas that I don't remember
2  the name of.  And then we have gotten some direct
3  donations as well that we can use.
4      Q.   And those are generally funds that you can
5  use to provide abortions to women who cannot afford
6  them?
7      A.   That is correct.  Again, some of them do also
8  include the ability to use the funding for
9  consultation, assessment, and miscarriage management as
10  well.
11     Q.   Do any of those funds pay for prenatal care?
12     A.   They do not.
13     Q.   What is progesterone?
14     A.   Progesterone is a hormone.
15     Q.   What is the role of progesterone in
16  pregnancy?
17     A.   So progesterone in pregnancy thickens uterine
18  lining, blocks the hormone that causes uterine
19  contraction, helps quiet the immune system, maintains a
20  closed cervix, and essentially helps maintain the
21  hormone levels of other hormones to maintain the
22  pregnancy.
23     Q.   When you say it helps maintain the other
24  hormones, can you tell me what other hormones you're
25  talking about?

Page 41

1      A.   Primarily HCG, or pregnancy hormone.
2      Q.   Can a woman get pregnant without
3  progesterone?
4      A.   No.
5      Q.   Can a women remain pregnant without
6  progesterone?
7      A.   No.  No.  Sorry.  I'm getting quiet again.
8      Q.   So is it fair to say progesterone is a
9  hormone needed for pregnancy to continue?
10     A.   Yes.
11     Q.   In order for progesterone to work to maintain
12  a pregnancy, is there a particular receptor that it
13  must bind to?
14     A.   The progesterone receptor, yes.
15     Q.   Okay.  Can you explain that?  Like, what is
16  the progesterone receptor?
17     A.   I mean, this is going to sound very obvious,
18  but it is a receptor that progesterone binds to.
19     Q.   Where is it?
20     A.   It's in a lot of places in the body.
21     Q.   Can you give me a list?
22     A.   It will not be a complete list.  But, I mean,
23  uterus, nerve cells, cervix.  Like, it's -- it's -- it
24  is throughout the body, as most hormone receptors are.
25     Q.   Can progesterone do its work without binding

DR. REBECCA COHEN - October 15, 2024

Page 42

1 to those receptors?

2    A.   Not to my knowledge.

3    Q.   Is there any known way for a pregnancy to

4 remain alive although -- strike that.  I want to come

5 up with a word that will work for you.  I think,

6 someplace, you say that you always check for an ongoing

7 pregnancy before doing medication abortion.  Can you

8 tell me what you mean by "ongoing pregnancy"?

9    A.   So I do want to clarify.  When you talk about

10 medication abortion, I -- we do use the

11 mifepristone-misoprostol regimen.  Both --

12       THE REPORTER:  What regimen?

13       THE DEPONENT:  Sorry.  Mifepristone is

14 m-i-f-e-p-r-i-s-t-o-n-e.  And then misoprostol is

15 m-i-s-o-p-r-o-s-t-o-l.  If I say "mife," I mean

16 mifepristone.  If I say "miso," I mean misoprostol.

17       We use that regimen both for miscarriage

18 management and to end an otherwise potentially viable

19 pregnancy.  So we may do the ultrasound to dis- -- to

20 distinguish between those two, but we can use the

21 medication in either circumstance.

22    Q.   Understood.  So right now I'm just trying to

23 get my terminology right so I can ask you questions

24 that you don't feel the need to resist, right?  So --

25    A.   It's not resisting if it's incorrect.

Page 43

1    Q.   No, that's fine.  I don't want to use the

2 word "alive" in a place where you disagree with me

3 about "alive."

4    A.   Thank you.

5    Q.   So just -- I'm trying to come up with the

6 terminology that fits your understanding so you can

7 give truthful testimony without us tripping over that.

8    A.   Thank you.

9    Q.   When you said "distinguish between" -- what I

10 might call miscarriage management and abortion --

11    A.   Uh-huh.  Yes.

12    Q.   -- how do you distinguish between the two?

13 And I'm wondering if "ongoing pregnancy" might be the

14 term that could work for our discussion.

15    A.   Yeah.  So there is a spectrum.  We know that

16 it is an ongoing potentially viable pregnancy if there

17 is an embryo with cardiac activity.  That is

18 definitive.  Earlier than that, we have what we would

19 describe as a pregnancy of uncertain viability, so

20 pregnancy that is definitively located within the

21 uterus prior to being able to see an embryo.

22       Earlier than that, we have a pregnancy of

23 unknown location, which is a positive pregnancy test

24 without a definitive ultrasound saying either yes, the

25 pregnancy is within the uterus, or it's an ectopic,

Page 44

1 outside of the uterus.

2       All of those fall under the spectrum.  But

3 when I would say "ongoing pregnancy," I would say

4 either embryo with cardiac activity or growth from a

5 prior ultrasound.

6    Q.   Okay.  Is there --

7    A.   If everyone else needs a break, I'm fine to

8 take one.

9    Q.   Well, I'm fine doing one now, or we could go

10 a few more minutes to get, like, one hour down, if

11 that's okay?  10 more minutes?

12    A.   Yup.  Let's do it.

13    Q.   Okay.  So I think "ongoing pregnancy" is the

14 term I was looking for, and I appreciate you helping me

15 get there.  Is there any known way to have an ongoing

16 pregnancy without progesterone binding to the

17 progesterone receptor?

18    A.   There is not.

19    Q.   Okay.  What's the difference between

20 progesterone and progestins?

21    A.   So "progestins" is the umbrella class for

22 both progesterone and synthetic derivatives.

23    Q.   What indications is progesterone used for in

24 OB-GYN practice?

25    A.   So it would, I mean, truly depend on who you

Page 45

1 ask.  I think all of us in different subspecialties

2 have different views.  It has historically been used in

3 perimenopausal and postmenopausal people to prevent a

4 dangerous overgrowth of the uterine lining when someone

5 is getting postmenopausal estrogen therapy.

6       It can also be used to treat abnormal uterine

7 bleeding that results from overgrowth of the lining.

8 And it -- again, this is -- this is progestins.  I

9 guess I should clarify.  It can be used or is used for

10 contraception, and then has been used to treat or

11 prevent preterm birth.

12    Q.   Is progesterone used to prevent recurrent

13 miscarriage?

14    A.   Some people use it for that, yes.

15    Q.   Any of your colleagues at the University of

16 Colorado that you know of?

17    A.   I don't know.  That's not a space I work in.

18 And -- and -- excuse me -- by "space," I mean

19 subspecialty field.

20    Q.   But you're aware more broadly within the

21 field that some doctors use it for recurrent

22 miscarriage; is that true?

23    A.   That is true.

24    Q.   Okay.  Is it your view that progesterone is

25 effective for preventing recurrent miscarriage?

DR. REBECCA COHEN - October 15, 2024

Page 46

1    A.    So there are some causes of recurrent
2 miscarriage that the risk of an additional miscarriage
3 can be decreased with progesterone.
4    Q.    What are those?
5    A.    So there are some essentially specific
6 circulating progesterone deficiencies that can be
7 addressed by giving supplemental progesterone.
8    Q.    Are those supported by randomized clinical
9 trials?
10    A.    I'm not sure.
11    Q.    Do you know if the use for progesterone to
12 prevent recurrent miscarriage is broader than the
13 progesterone deficiencies you just described?
14    A.    Could you rephrase?
15    Q.    Sure.  I imagine that women with recurrent
16 miscarriage may have recurrent miscarriage for a range
17 of different reasons; is that true?
18    A.    That is true.
19    Q.    Okay.  You gave an explanation as to what I
20 think is one reason, which is a progesterone
21 deficiency; is that fair to say?
22    A.    That is correct.
23    Q.    Okay.  I'm asking if you know if progesterone
24 is prescribed for recurrent miscarriage in the other
25 group, in other words people having recurrent

Page 47

1 miscarriage that are not caused by a known progesterone
2 deficiency.
3    A.    You're asking if it is prescribed outside of
4 those circumstances?
5    Q.    Yeah.  Do you know?
6    A.    I believe that it is.
7    Q.    Okay.  Are those uses supported by randomized
8 clinical trials?
9    A.    It is unlikely and some of them have actually
10 been shown not to be helpful.
11    Q.    What about the use of progesterone to prevent
12 preterm birth?
13    A.    So the major intervention for preterm birth
14 is a -- actually a progestin, not progesterone.  So the
15 drug that was FDA approved was called Makena 17
16 Hydroxyprogesterone, was a synthetic derivative.
17    Q.    Is Makena different from bioidentical
18 progesterone?
19    A.    Yes.  As I just explained --
20    Q.    Yeah.
21    A.    -- it is a progesterone derivative.
22    Q.    Are you aware of progesterone being
23 prescribed for preterm birth?
24    A.    It is not something that I do.  I don't know
25 about other people's practices.

Page 48

1    Q.    Okay.  What about the use of progesterone for
2 secondary amenorrhea?  Are you familiar with that?
3    A.    Yes.
4    Q.    Is it prescribed for that purpose?
5    A.    It is, yes.
6    Q.    Is that supported by randomized controlled
7 trials?
8    A.    I don't know.
9    Q.    How about the use of progesterone for
10 excessive blood loss during menstruation?  Are you
11 familiar with that?
12    A.    It's a broad term.  So I -- I -- you know, I
13 do know that progesterone thins the uterine lining,
14 which can over time decrease bleeding, but I'm not sure
15 as an acute treatment.
16    Q.    How about progesterone for PMS?
17    A.    There is not strong evidence for that.
18    Q.    Do doctors prescribe progesterone for PMS?
19    A.    None that I know.  But I do know that it is
20 prescribed in that way.  I saw that in the other
21 report.
22    Q.    How about progesterone -- progesterone for
23 hormone therapy after menopause?
24    A.    It is.
25    Q.    Is that supported by randomized controlled

Page 49

1 trials?
2    A.    I don't know.
3    Q.    How about progesterone for the prevention and
4 treatment of endometrial -- endometrial hyperplasia,
5 h-y-p-e-r-p-l-a-s-i-a?
6    A.    You're asking if it's prescribed for that?
7    Q.    Is it prescribed for that?
8    A.    It is.
9    Q.    Is that supported by randomized controlled
10 trials?
11    A.    I don't know.
12    Q.    How about progesterone for treatment of
13 luteal, l-u-t-e-a-l, phase defect?
14    A.    So that is what I was talking about is the
15 sort of progesterone deficiency, either in early
16 pregnancy or from another treatment like an in vitro
17 fertilization.  But I don't know if there are
18 randomized controlled trials for that.
19    Q.    How about progesterone for use during in
20 vitro fertilization?
21    A.    It is prescribed, yes.
22    Q.    Is that supported by randomized controlled
23 trials?
24    A.    I don't know.
25    Q.    How about progesterone more broadly for

## DR. REBECCA COHEN - October 15, 2024

Page 50

1 fertility treatments other than IVF?  Are you aware if
2 it's used in --
3     A.   I can't speak to that.
4     Q.   You just don't know either way?
5     A.   Correct.
6     Q.   Have you ever prescribed progesterone?
7     A.   Likely.  It would have been a long time ago,
8 so I'm not sure.
9     Q.   So you don't know how many times?
10    A.   Correct.
11    Q.   Do you know what indications you've
12 prescribed it for?
13    A.   So, again, when I, you know, was a resident
14 and -- and sort of treating things more broadly than I
15 do know, I know that, you know, it was used to treat
16 endometrial hyperplasia.  That is the most likely.  I
17 can't say for sure that I didn't try any of the other
18 indications that you'd mentioned.
19    Q.   And do you know, for endometrial hyperplasia,
20 whether that use is proven through randomized
21 controlled trials?
22    A.   I don't know.
23    Q.   It's probably obvious, but I'll ask it.  Have
24 you ever used -- have you ever prescribed progesterone
25 for medication abortion reversal?

Page 51

1     A.   I have not.
2     Q.   Okay.  When you've prescribed progesterone in
3 the past, what have you told -- what have you told your
4 patients about the safety of progesterone?
5     A.   I don't know.  Again, it was a long time ago
6 if it was.
7     Q.   Can you tell me, what are the risks and side
8 effect of progesterone?
9     A.   Yeah.  So the main side effects of
10 progesterone do depend on the route that it's given.
11 But, you know, people have experienced nausea, fatigue.
12 Vaginal discharge if it is being given by the vaginal
13 route.  They may have some, again, vaginal spotting or
14 irritation if it's that route.
15         When there's an injection, there can be pain
16 at the injection sites.  And then, if it is part of,
17 you know, another regimen combined with different
18 hormones, there may be side effects from that as well.
19    Q.   Do you have a sense of the frequency of the
20 side effects you just mentioned?
21    A.   They seem common, but I -- I don't have exact
22 numbers.
23    Q.   Do you have a sense of the severity of the
24 side effects you just mentioned?
25    A.   It can be severe enough that people stop

Page 52

1 treatment.
2     Q.   Can it be severe enough to send people to the
3 emergency room?
4     A.   Anything can.  No, I'm sorry.  I said,
5 "Anything can."  But that -- you know, truly anything
6 can.  But I -- I don't have a sense of how often that
7 happens.
8     Q.   You don't have any knowledge that it's ever
9 happened, do you?
10    A.   I don't, but I also don't --
11         MR. URANKAR:  Form.
12         THE DEPONENT:  -- also don't know that it
13 hasn't happened.
14    Q.   (BY MR. RIENZI)  Understood.
15         THE VIDEOGRAPHER:  The time now is 10:02.
16 We're off the record.
17         (Break from 10:02 a.m. to 10:14 a.m.)
18         THE VIDEOGRAPHER:  The time now is 10:14.
19 We're back on the record.
20    Q.   (BY MR. RIENZI)  Dr. Cohen, before the break,
21 we were talking about a variety of ways in which
22 progesterone is used in OB-GYN practice.  Do you recall
23 that?
24    A.   I do.
25    Q.   Are any of those uses -- I'm sorry.  Strike

Page 53

1 that.  You're licensed to practice medicine by the
2 Colorado Medical Board; is that correct?
3     A.   That is correct.
4     Q.   Are any of those uses of progesterone that
5 you described before the break forbidden by the
6 Colorado Medical Board?
7         MR. URANKAR:  Form.
8         THE DEPONENT:  Could you rephrase?
9     Q.   (BY MR. RIENZI)  Sure.  To the best of your
10 knowledge, are any of those uses of progesterone
11 forbidden by the Colorado Medical Board?
12    A.   That is exactly what you said before.
13    Q.   It is.  Can you tell me what you don't
14 understand about it?
15    A.   I'm just, again, essentially wondering
16 relevance or context.
17    Q.   Sure.  I'm trying to get an understanding of
18 how a practicing OB-GYN and an expert like yourself
19 understands the use of progesterone to be regulated in
20 OB-GYN practice in Colorado.  And we just discussed a
21 variety of different uses.
22         And so my question to you is, to the best of
23 your knowledge, are all of those legal uses of
24 progesterone in Colorado?
25    A.   Yes.

DR. REBECCA COHEN - October 15, 2024

Page 54

1    Q.   Okay.  Is terbutaline --
2  t-e-r-b-u-t-a-l-i-n-e -- is terbutaline still used
3  during pregnancy?
4    A.   Yes.
5    Q.   Do you use terbutaline?
6    A.   I do, but not in the way that Wubbenhorst
7  described.
8    Q.   How do you use terbutaline during pregnancy?
9    A.   So we use terbutaline during labor to stop
10 contractions if they're causing fetal distress.
11   Q.   Is that use of terbutaline supported by
12 randomized controlled trials?
13   A.   I do not know.
14   Q.   Is that use of terbutaline effective by the
15 definition of "effective" you gave us earlier in this
16 deposition?
17   A.   Can you remind me what I said?
18   Q.   The short answer is, no, off the top of my
19 head, I can't.  That's the honest answer.
20   A.   Thank you.  I agree.  So . . .
21        MR. RIENZI:  Can you find it?
22        (Requested portion of the transcript was read
23 back by the reporter.)
24        THE DEPONENT:  Thank you.
25   Q.   (BY MR. RIENZI)  Is terbutaline proven to be

Page 55

1  effective, by your definition?
2    A.   Yes.
3    Q.   How so?
4    A.   So when I gave terbutaline, it is an
5  injection.  And, essentially, the no-treatment is the
6  time before you give it, when there are too many
7  contractions in a short period.  We give the injection,
8  it temporarily stops the contractions, so it is
9  effective.
10   Q.   Is that proven through randomized controlled
11 trials?
12   A.   I do not know.
13   Q.   Okay.
14   A.   But, by definition, it does not need to be.
15   Q.   Why not?
16   A.   Because it is shown, as I just described, to
17 be better than no treatment.
18   Q.   And when you say "it's shown," you mean it's
19 been shown in your patients who you've observed?
20   A.   Correct.
21   Q.   Okay.  And that counts as effective
22 treatment, as far as you're concerned?
23   A.   In that moment, yes.
24   Q.   How about magnesium sulfate?  Is that still
25 used during pregnancy?

Page 56

1    A.   It is.
2    Q.   How?
3    A.   So magnesium sulfate is used to lower the
4  risk of a seizure in someone who has preeclampsia with
5  severe features.  It is used as neuroprotection,
6  essentially decreasing the risk of adverse neonatal
7  neural outcomes in someone who's expected or
8  threatening to deliver before 32 weeks of gestation.
9    Q.   Do you use magnesium sulfate for those
10 purposes?
11   A.   I do.
12   Q.   Is that supported by randomized controlled
13 trials?
14   A.   The magnesium sulfate for decreased risk of
15 seizure is.  I believe that the neonatal outcomes are
16 as well, but I would have to verify.
17   Q.   And is that proven effective, by your
18 definition of "effective"?
19   A.   Yes.
20   Q.   Is that based in part on your own practice,
21 or is that only based on the scientific literature?
22   A.   I am not sure what you mean in that context,
23 "as my own practice."
24   Q.   When you were talking about terbutaline, your
25 description of "effective," as I understood it, was,

Page 57

1  I've seen it that before the treatment she's got too
2  many contractions, and after the treatment, I can slow
3  them down or help out.  On magnesium sulfate, is your
4  evidence of effectiveness similarly based on your own
5  experience?
6    A.   So it is not.  Thankfully, eclamptic seizures
7  are rare.  And so to -- to say that a single person can
8  visualize that difference in their own career is very
9  unlikely.
10   Q.   And so what is it based on when you say it's
11 effective?
12   A.   So that is the specific literature.
13   Q.   Let's talk about mifepristone.
14   A.   Yes.
15   Q.   First, what is mifepristone?
16   A.   So mifepristone is an antiprogesterone.
17 Basically, it has a similar chemical structure to
18 progesterone, similar enough that it can bind to the
19 progesterone receptors but different enough that it
20 doesn't activate those receptors in the way that
21 progesterone would.
22   Q.   Have you ever prescribed mifepristone?
23   A.   So you're going to say I'm resisting, but
24 this is an important distinction.  Mifepristone, until
25 recently, could not be prescribed.  It needed to be

DR. REBECCA COHEN - October 15, 2024

Page 58

1  direct-dispensed.  So I have given mifepristone to
2  patients.  I have prescribed it under the new rules.
3  But that is an important distinction.
4      Q.   Thank you for the distinction.  And, just to
5  be clear, when I said "resisting" before, I was not
6  criticizing you.  I was just saying that I didn't want
7  to use a term that would be a troublesome term in our
8  discussions.  So --
9      A.   Thank you.
10     Q.   -- and I appreciate the clarification.  It's
11 useful clarification.  So have you dispensed
12 mifepristone?
13     A.   I have.
14     Q.   Okay.  For what indications?
15     A.   So I have dispensed mifepristone as part of
16 the medication abortion regimen, as well as management
17 of miscarriage.
18     Q.   Is mifepristone FDA-approved for both of
19 those indications?
20     A.   It is FDA-approved for early abortion.  It is
21 not for miscarriage management.
22     Q.   Is the use of mifepristone for miscarriage
23 management supported by randomized controlled trials?
24     A.   It is.
25     Q.   When did those trials come out?

Page 59

1      A.   I know the study.  I don't remember the exact
2  year.  But shortly around 2020.  But I would have to
3  look for sure.
4      Q.   Were you prescribing or dispensing
5  mifepristone for that purpose before those trials came
6  out?
7      A.   I was not.
8      Q.   Do you always dispense or prescribe
9  mifepristone in conjunction with misoprostol?
10     A.   No.
11     Q.   Can you --
12     A.   I had forgotten an indication.
13     Q.   Okay.  Can you tell me about whatever
14 indications you use it for by itself?
15     A.   Yeah.  So it is also effective as what we
16 would describe as a labor adjunct, so for management of
17 second or third trimester either miscarriage or what we
18 would call an induction termination or labor
19 termination.
20          Mifepristone when it is used either with
21 misoprostol or with oxytocin can decrease the length of
22 labor, risk of bleeding, and other things.  We do give
23 it separately from misoprostol for that indication.
24     Q.   Is that FDA-approved?
25     A.   It is not.

Page 60

1      Q.   It is supported by randomized controlled
2  trials?
3      A.   It has strong evidence, although I don't know
4  if it is randomized controlled trials, and that is
5  another distinction that I would love to talk about.
6      Q.   How about now?
7      A.   Right.
8      Q.   Why don't you tell me the distinction
9  between --
10     A.   Yeah.
11     Q.   -- the things you just described.
12     A.   So, essentially, you know, randomized
13 controlled trials are what we would consider the gold
14 standard of evidence.  So that is, as you had mentioned
15 before, directly head-to-head, comparing an invention
16 to nothing, often in the form of a placebo or -- or,
17 you know, a sugar pill, as -- as people commonly talk
18 about, so that we can study the effects of those two
19 things without anything else that may be different,
20 without how our groups of patient's different, how the
21 circumstance is different, anything else that may.
22          So they are gold standard, but there is
23 strong evidence that does not require randomized
24 controlled trials.
25     Q.   And can you describe for me what strong

Page 61

1  evidence looks like that is not randomized controlled
2  trials?
3      A.   Yeah.  So strong evidence, you know, is -- it
4  can vary from situation to situation, depending on what
5  is feasible, what is known already, what is standard
6  practice.  And so, you know, again, the -- the sort of
7  ideal progression of evidence is that someone does
8  something different, sees something different, and
9  notices a way in which things could be better.
10          The next step is to gain more evidence, so
11 maybe they do a case series at a few people who have
12 gotten that treatment without anything to compare it
13 to, or looking at, you know, what we would call
14 environmental evidence of maybe Town A does it this
15 way, and Town B does it this way, and so we look at
16 those differences.
17          We can do, you know, kind of animal studies.
18 We can do other ways to directly study things that
19 don't involve experimenting on patients or giving an
20 unproven therapy.  And then --- and then there are
21 randomized controlled trials.
22          But a lot of the strong evidence that we have
23 starts out not so strong, but patients need to be told
24 when they are participating in research or using an
25 unproven therapy.

DR. REBECCA COHEN - October 15, 2024

Page 62

1    Q.    You described a range of evidence that is
2  what I'd call short of randomized controlled trials --
3    A.    Yeah.
4    Q.    -- on -- on your description of it.  Let me
5  start with doctors generally, or health care providers
6  generally.  In your understanding, do doctors and other
7  health care providers rely on that type of evidence
8  when deciding what therapies to give their patients?
9    A.    I cannot speak for doctors generally.  But I
10 would say that, in -- in the ideal world, yes, people
11 use the best evidence available.
12   Q.    Which sometimes is short of randomized
13 controlled trials?
14   A.    Which sometimes is short of randomized
15 controlled trials.
16   Q.    Do you ever talk to your students about
17 randomized controlled trials?
18   A.    I do.
19   Q.    Okay.  What do you tell them about using
20 evidence short of randomized controlled trials?
21   A.    So anytime that we are doing evidence-based
22 medicine, there are a lot of things to consider.  This
23 is actually some of the lectures I've given, so
24 apologies if I switch into that mode.
25        But really, when you are looking at evidence,

Page 63

1  you have to consider all of it.  So, you know, who was
2  the person that did the study?  What are their biases?
3  Where was the evidence published?  How strong is that
4  journal?  What population of people were studied?
5        So, for instance, if it was men and I solely
6  treat women, that may not be something that is relevant
7  to what I'm doing.  How was the study designed?  Did
8  they calculate how many people they would need to
9  enroll?
10        Did they use a reasonable outcome, so are we
11 looking at something that is important?  Did they have
12 secondary outcomes?  What were their statistics?  How
13 much of the background -- so --- so this is a lot.  So
14 this is -- this is something that, you know, we could
15 sit down and truly talk about for hours.
16        But, you know, it is acknowledging that
17 randomized controlled trials are not always available
18 and that you can have strong evidence in the absence of
19 it.
20   Q.    And do you teach your students that it is
21 accepted practice of medicine to sometimes recommend
22 therapies based on evidence short of randomized
23 controlled trials?
24   A.    Yes.
25   Q.    Your reports talk about the medication

Page 64

1  abortion regimen.  Can you just describe what that
2  regimen is, please?
3    A.    Yes.  So mife, mifepristone, is given orally.
4  That is a pill taken by mouth.  And then misoprostol is
5  given either buccally, which is b-u-c-c-a-l-l-y,
6  meaning absorbed through the skin and the cheek or the
7  gum.  Or vaginally.
8    Q.    On the mifepristone, is it always the same
9  dose?
10   A.    Again, I cannot speak for everybody, but both
11 the FDA approval and my practice, it is always the same
12 dose.
13   Q.    And is it always oral?
14   A.    It is.  I guess, again, in full transparency,
15 if someone can't take medication by mouth, for instance
16 if they have, like, a tube directly to their stomach,
17 you can crush it and give it that way.
18   Q.    Okay.  And you've done that?
19   A.    I have not personally, no, but I know it is a
20 safe option.
21   Q.    Okay.  The different routes that you
22 described of mifepristone, are those both -- let me go
23 back one step.  Is this use of mifepristone
24 FDA-approved?
25   A.    For a medication abortion, yes.

Page 65

1    Q.    Is it an off-label use of mifepristone?
2    A.    So mifepristone was initially approved for
3  prevention of gastric ulcers.  I believe, although now
4  I would have to verify, whether it is FDA-approved as
5  part of the medication abortion regimen.
6    Q.    Is the vaginal route of giving mifepristone
7  FDA-approved?
8    A.    I'm not sure.
9    Q.    Is it supported by randomized controlled
10 trials?
11   A.    There is strong evidence for it.  I am not
12 sure if there is randomized controlled trials.
13   Q.    Can you tell me how mifepristone works in the
14 medication abortion regimen?
15   A.    Yeah.  So mifepristone works, again, by
16 binding to the progesterone receptors, therefore
17 blocking progesterone from binding to those receptors,
18 but not activating what we would call the downstream
19 effects or the things that progesterone does.
20        So it -- it stops progesterone from working,
21 but it doesn't allow progesterone to do the things that
22 it would normally do.
23   Q.    How quickly does that happen after a woman
24 takes mifepristone?
25   A.    So based on the studies that I had reviewed,

## DR. REBECCA COHEN - October 15, 2024

Page 66

1 the effects occur within six hours of taking it. It
2 binds to the receptors fairly quickly, but the
3 downstream effects take a little bit.
4     Q.   Does mifepristone -- strike that. Is it fair
5 to say mifepristone peaks in the bloodstream relatively
6 quickly?
7          MR. URANKAR:  Form.
8          THE DEPONENT:  So what I would say is that is
9 a question where a yes or no is not the full truth.
10    Q.   (BY MR. RIENZI)  Okay. Can you -- I'd --
11 just please go ahead and just give the full truth.
12    A.   Yeah. So mifepristone reaches its peak
13 levels in a bloodstream fairly quickly, but it does
14 stay at those levels for up to 10 days, is detectable.
15 So -- so when we think, essentially, of a peak, I would
16 think kind of a quick rise and a quick drop.
17         It does rise quickly but it stays present
18 at -- at actionable levels for several days.
19    Q.   But it doesn't stay present at its peak level
20 for 10 days, does it?
21    A.   It does not.
22    Q.   And you said "it peaks relatively quickly."
23 Do you have a sense from the literature how quickly?
24    A.   From what I recall, it was about an hour to
25 90 minutes.

Page 67

1     Q.   Are you familiar with the term "high first
2 pass metabolism"?
3     A.   Yes.
4     Q.   What does that mean?
5     A.   So what that means is that, when taken by the
6 oral route, by mouth, it goes, you know, from the mouth
7 into the stomach and then diffuses through the
8 bloodstream, including going through the liver, where
9 that's the first pass, where it can be metabolized or
10 changed.
11    Q.   And you said you would agree that
12 mifepristone has a high first pass metabolism?
13    A.   I would agree in part. So -- so it does have
14 a high first pass metabolism, but it -- a proportion of
15 it does remain as mifepristone. And the metabolites,
16 or the things that is kind of changed or processed
17 into, do also act on the progesterone receptors.
18    Q.   Does mifepristone's effectiveness change over
19 time?
20    A.   Could you rephrase that?
21    Q.   Does mifepristone have higher effectiveness,
22 say, in the first 72 hours than five, six, seven days
23 later?
24    A.   So I think effectiveness in that context
25 would be hard to define. What we know is kind of what

Page 68

1 we would call proxy measures are sort of things that we
2 can measure and use that information to theorize or --
3 or kind of imply what it may be doing at the receptor
4 level.
5          As you had mentioned, it is -- it does peak
6 fairly quickly, so it's that kind of higher level and
7 then trails down to the bloodstream levels at, you
8 know, one hour, two hours, six hours are going to be
9 higher than at, you know, seven, 10 days, but it is
10 still present, active, and bound to the receptors.
11    Q.   How do you know it's still bound to the
12 receptors days later?
13    A.   Yeah. So there are basically, like, binding
14 strengths that they looked at. And taking in their
15 context how much is circulating in the blood and how
16 strongly it binds to the receptors, you're right, I
17 don't know. I haven't tested that directly. But that
18 is the implication that we could make.
19    Q.   Does anyone know?
20    A.   I don't know. It's hard to prove a lack of
21 knowledge.
22    Q.   You have never read articles where someone
23 has tested binding affinity inside an actual human
24 being, have you?
25    A.   No.

Page 69

1     Q.   So when you talk about the binding affinity,
2 is it fair to say that you're extrapolating from in
3 vitro assays?
4     A.   Uh-huh.
5     Q.   My terminology may be wrong.
6     A.   Yeah. No, that -- that is correct.
7     Q.   Okay. When progesterone binds to the
8 receptors, is that binding permanent?
9     A.   It is not.
10    Q.   Is it complete?
11    A.   What do you mean?
12         MR. URANKAR:  Form.
13    Q.   (BY MR. RIENZI)  When mifepristone binds to
14 the receptors, do you know whether it binds to all of
15 the receptors or just some of the receptors?
16         MR. URANKAR:  Form.
17         THE DEPONENT:  So, again, there's nuance
18 there, that with receptor and receptor binding -- yeah,
19 as you mentioned, it's not complete, or it's not --
20 excuse me -- scratch, whatever. It is not permanent.
21         So there's a constant balance between
22 association or binding and disassociation or unbinding.
23 So from what we know about that, not all receptors are
24 going to be occupied at every given moment, but a high
25 proportion, at any given moment, we think are.

## DR. REBECCA COHEN - October 15, 2024

Page 70

1    Q.    (BY MR. RIENZI)  Can you explain what you
2 mean by association and disassociation?  Can you just
3 describe what you think is going on?
4    A.    Yeah.  So -- so, again, like, the receptor
5 ligand, or the thing that binds, attaches to the
6 receptor, and that is association.  Depending, again,
7 on concentration, strength, all of those things, after
8 a certain period of time, they will disassociate or
9 unbind.
10    Q.    And you think that happens with mifepristone,
11 correct?
12    A.    Correct.
13    Q.    There are some substances that bind
14 permanently to receptors; is that true?
15    A.    I'm not sure.
16    Q.    Okay.  Are there tests that tell us how long
17 mifepristone stays bound to the receptors?
18    A.    So that is the assay test that you're talking
19 about that, essentially, binding strength and
20 proportion, meaning how much of the mifepristone is
21 attached to the receptor at -- rather, the time after
22 which half of the mifepristone is no longer attached.
23    Q.    And what's that time?
24    A.    I know it is in my declaration because I
25 looked at the article, but I do not remember, off the

Page 71

1 top of my head.
2    Q.    Does 15 hours sound about right?
3    A.    It does.
4    Q.    And I'm not trying to do a memory test.
5    A.    Of course.
6    Q.    We can -- we can get your reports at --
7    A.    No, it's --
8    Q.    You wrote what you wrote.
9    A.    Yes.  Thank you.
10    Q.    What are the side effects of mifepristone?
11    A.    So both on the package labeling and my
12 clinical experience, they are minimal.  Most people do
13 not feel different after taking it.  Some people may
14 have temporarily increased nausea or vomiting.  Some
15 may have some vaginal spotting, some cramping.
16         And some may have the pregnancy end from
17 mifepristone alone.  And whether that's a side effect
18 or benefit, of course, depends on the patient.
19    Q.    You think your patients should be allowed to
20 choose to endure those side effects or the small risk
21 of those side effects in order to get the benefit they
22 want from mifepristone?
23         MR. URANKAR:  Form.
24         THE DEPONENT:  Sorry.  One more time.  Go
25 ahead.

Page 72

1    Q.    (BY MR. RIENZI)  So -- so you just described
2 side effects.
3    A.    Yes.
4    Q.    And I'm asking you, do you think a patient
5 ought to be able to choose to bear those side effects
6 if they seek the benefit that you're offering them with
7 mifepristone?
8    A.    Yes.
9    Q.    Have you ever prescribed or dispensed
10 mifepristone to a woman without first checking to see
11 if she has an ongoing intrauterine pregnancy?
12    A.    Yes.
13    Q.    Is that your standard?
14    A.    So in Covid, and with strong evidence, our
15 clinic, along with many others, adopted protocols for
16 telehealth that do not involve an ultrasound.
17    Q.    Is that an off-label use of mifepristone?
18    A.    I would have to go back and look.  Under --
19 under the old rules, an in-person visit was required.
20 Under the new rules, it is not, but I don't recall
21 specifics about ultrasound.
22    Q.    Were you doing this telehealth practice
23 before the rules changed?
24    A.    No.
25    Q.    What rule change are you talking about?  Can

Page 73

1 you just describe that?
2    A.    Yeah.  So the FDA for mifepristone has
3 something called the REMS, which is basically stricter
4 criteria than for almost any other medication.
5         Previous to the rule change under Covid, it
6 did require an in-person evaluation, in-person
7 dispensing of the medication, and in-person follow-up,
8 along with other rules about having to register the
9 manufacturer, being able to provide or refer for
10 surgical management if the pregnancy didn't end with
11 mifepristone, other things like that.
12    Q.    And your prescribing of mifepristone has been
13 consistent with those rules; is that your testimony?
14    A.    Yes.  Prior to the rule change.
15    Q.    Can you describe for me what you say to a
16 patient about medication abortion?  Obviously, as you
17 said, I know all these discussions are different,
18 but --
19    A.    Yeah.
20    Q.    -- can you just tell me, what do you tell
21 them about mifepristone?
22    A.    Absolutely.  So to provide a little bit of
23 context, this is, again, assuming that we have obtained
24 their medical history, ensured that they're making
25 their decision free of coercion, talked to them about

## DR. REBECCA COHEN - October 15, 2024

Page 74

1 all of the options for their pregnancy before
2 confirming that they want to proceed with the
3 medication abortion.
4       I then talk them through the entire process
5 because, again, our goal and our intent is is that
6 someone does not start the medication abortion process
7 unless they intend to take both the mifepristone and
8 the misoprostol.
9       I sit down with them and we have handouts
10 that patients take home that talk through the entire
11 regimen, expectations, concerns, and so I'll tell them,
12 you know, The first step is to take this pill, the
13 mifepristone, by mouth.  Most people do not have side
14 effects.  If you don't feel any different, that's
15 fairly common, although the medication has started
16 working."
17       And then we talk through the options for
18 taking misoprostol, so, again, going through the
19 vaginal route or the buccal route and what that looks
20 like for both.  We talk through precautions and
21 reassure them that they can call us at any time with
22 questions.
23       And then, again, kind of going through,
24 primarily with the misoprostol, the expectations of
25 heavy bleeding and cramping, of nausea, vomiting, and

Page 75

1 what it looks like both if the medication abortion is
2 successful or signs to look for for it not working.
3       Q.   What do you say to your patients about
4 progesterone during that discussion?
5       A.   I don't.  So it is not my practice to talk to
6 patients about things that don't work.
7       Q.   Do you talk about progesterone in the context
8 of explaining to them what mifepristone is or does?
9       A.   So I don't use that language specifically.
10 My experience has been that most patients are not
11 familiar with hormones to that level.  The exact
12 phrasing that I use is that mifepristone blocks the
13 hormone that maintains your pregnancy.
14       Q.   Do you talk to your patients about the
15 effectiveness of mifepristone alone, separate from the
16 misoprostol?
17       A.   So, essentially, in that context of -- so
18 the, again, exact words that I used many times is is
19 that mifepristone blocks the hormone that maintains
20 your pregnancy and also helps the misoprostol work
21 better.
22       Q.   Do you ever discuss with your patients the
23 possibility that mifepristone would not work?
24       A.   I speak of the medication abortion as a unit,
25 so I do talk with them about the possibility that the

Page 76

1 medication abortion may not work.
2       Q.   But when you do that, you're talking about
3 both mifepristone and misoprostol, correct?
4       A.   Correct.
5       Q.   So you don't say anything about a potential
6 failure rate of mifepristone alone, for example?
7       A.   Correct.
8       Q.   Does what you say to the patients vary based
9 on gestational age?
10       A.   It does.
11       Q.   Can you explain how?
12       A.   Yes, absolutely.  So we know that medication
13 abortion has a slightly higher failure rate at higher
14 gestational ages, and so when I am going through the
15 counseling and letting them know the effectiveness, I
16 do incorporate those numbers into my counseling.
17       Q.   Is that higher failure rate shown by
18 randomized controlled trials?
19       A.   It is not.  There is not a way to do that
20 ethically.
21       Q.   But you still advise your patients of it?
22       A.   I do.  That -- that falls into strong
23 evidence short of randomized controlled trials.
24       Q.   What do you tell your patients about the
25 evidentiary basis for that statement, if anything?

Page 77

1       A.   Yeah.  So I've never been asked.  But,
2 essentially, we get that information from studies of
3 people who took the mifepristone-misoprostol regimen at
4 various gestational ages, both in the clinical trial
5 setting, so early assessments of the medication
6 abortion did look at, you know, various dosing regimens
7 and things, so we had that information, and then in,
8 like, real-world outcome studies.
9       Q.   But you don't generally discuss with patients
10 the basis for your view that it may work less at higher
11 gestation ages, correct?
12       A.   Sorry.  One more time.
13       Q.   You don't general explain to patients the
14 basis for your view that medication abortion may not
15 work as well at higher gestation ages, do you?
16       A.   I do not.  I think an important part of
17 evidence-based medicine within the provider-patient
18 relationship is helping giving patients information
19 that they need, and, again, I've never been asked that
20 question.
21       Q.   Can you turn in your report -- I think it's
22 Exhibit B to your report.
23       A.   Uh-huh.
24       Q.   It's the mifepristone label.  And I'm going
25 to ask you a few questions on that, so if you wanted to

## DR. REBECCA COHEN - October 15, 2024

Page 78

1 just pull it out, that might make life easier.
2          MR. URANKAR:  And, Mark, are you talking
3 about Exhibit 84, then, the original declaration?
4          MR. RIENZI:  I've lost track, but I think
5 that --
6          THE DEPONENT:  That's what mine says.
7          MR. URANKAR:  Thank you.
8          MR. RIENZI:  Yes, I am.
9          THE DEPONENT:  Can you -- okay.  Just
10 checking the date on that.  Okay.
11     Q.   (BY MR. RIENZI)  Dr. Cohen, I -- what
12 Exhibit B is -- well, do you recognize Exhibit B?
13     A.   **Yes.  It is the label for mifepristone.**
14     Q.   And that's something you included with your
15 initial declaration to the Court?
16     A.   **Plausible.  Yes.**
17     Q.   If you look on page 3 of your report --
18     A.   **Uh-huh.**
19     Q.   -- and you say, "A true and accurate copy of the
20 2023 FDA label is attached as Exhibit B."
21     A.   **Agree.**
22     Q.   Okay.  You -- you were checking the date.  Is
23 the 2023 label, to your knowledge, the current label of
24 mifepristone?
25     A.   **Yes.**

Page 79

1     Q.   Okay.  Do you see under the Warnings box
2 where it says "Indications and Usage"?
3     A.   **Which page?**
4     Q.   It's on page 2.
5     A.   **Yes.**
6     Q.   It says, "Mifeprex," M-i-f-e-p-r-e-x,
7 "Mifeprex is indicated in a regimen with misoprostol
8 for the medical termination of intrauterine pregnancy
9 through 70 days' gestation."
10     A.   **I see that, yes.**
11     Q.   Okay.  When you prescribe medication
12 abortion, has it always been under 70 days' gestation?
13     A.   **It has not.**
14     Q.   Okay.  What's the -- what's the highest
15 gestation in terms of days that you've prescribed
16 medication abortion reversal -- I'm sorry -- medication
17 abortion?
18     A.   **So, again, it is a spectrum, and, again, that**
19 **full transparency, we have done the mifepristone for**
20 **use in second or third trimester labor abortion**
21 **inductions and management of fetal demise or late**
22 **miscarriage.**
23          **So in that context, it's been a lot of days.**
24 **I -- I, you know, can't calculate in days, like, off**
25 **the top of my head for that.**

Page 80

1     Q.   Understood.
2     A.   **In the early abortion context, the**
3 **evidence-based regimen has shifted up to 84 days.  And**
4 **so I have prescribed or dispensed in that context.**
5     Q.   That's not an FDA-approved use of the drug?
6     A.   **That is correct.**
7     Q.   Okay.  And it's not supported by randomized
8 clinical trials?
9     A.   **It is not, but there is strong evidence.**
10     Q.   Page 3 of that document.
11     A.   **Uh-huh.**
12     Q.   Doctor, that's the one that has a Figure 1, a
13 drawing of face.  Is that a --- is that drawing of how
14 to take the mifepristone buccally?
15     A.   **Yes.**
16     Q.   And nothing on the label talks about giving
17 the mifepristone vaginally?
18     A.   **That is correct.**
19     Q.   Okay.  If you turn to page 4, Doctor, do you
20 see, at the top of the page, it says, "Post-Treatment
21 Assessment"?
22     A.   **Yep.**
23     Q.   It says, "Patients should follow up with
24 their health care provider approximately seven to
25 14 days after the administration of Mifeprex.  This

Page 81

1 assessment is very important to confirm that complete
2 termination of pregnancy has occurred and to evaluate
3 the degree of bleeding."  Do you see that?
4     A.   **I do.**
5     Q.   Do you agree that that assessment is very
6 important for those reasons?
7     A.   **I agree, but I would also encourage the**
8 **context of the different types of evaluations that can**
9 **be done.**
10     Q.   Can you explain?
11     A.   **Yes.  So the old rules did require an**
12 **in-person evaluation, and this does include medical**
13 **history, including remote follow-up.**
14     Q.   So when you prescribe or dispense medication
15 abortion, do you not always have an in-person follow-up
16 with the patient?
17     A.   **That is correct.**
18     Q.   Roughly what percentage would you say you do
19 by -- is it telemedicine?
20     A.   **Yes.**
21     Q.   Roughly what percentage would you say you do
22 by telemedicine?
23     A.   **About 70 percent.**
24     Q.   Are there some patients who you don't follow
25 up with?

DR. REBECCA COHEN - October 15, 2024

Page 82

1    A.    So under the umbrella of patient autonomy, we
2  schedule with everybody.  So our plan is for follow-up.
3  And then we make reasonable attempts to follow up with
4  them.  That also includes, "This is the time of your
5  scheduled follow-up, but please call us with any
6  concerns."
7         So letting them know ahead of time what is
8  normal and what is not normal, and even if they don't
9  attend the scheduled follow-up, making sure they know
10 what to look out for that's concerning.
11    Q.    What do you tell them that is concerning?
12    A.    So there are kind of three main categories of
13 concerns.  One is heavy or dangerous bleeding, which,
14 again, is primarily related to the misoprostol.
15         But if someone is soaking through two
16 Maxi-pads in an hour or more, especially if they're
17 also feeling weak or dizzy, that is immediately
18 concerning.  Risk of infection, so any kind of fever,
19 significant chills, feeling unwell, abdominal pain and
20 nausea worsening after probable passage of the
21 pregnancy, those are other concerns.
22         And then we do also talk with them about
23 concerns from failure of treatment, whether that is
24 that the pregnancy is no longer viable, meaning that
25 the cardiac activity and growth have stopped and have

Page 83

1  not passed from body, or whether that is an ongoing
2  pregnancy with continued growth, we talk through all of
3  those signs.
4         And in those cases, it's, you know, absence
5  of bleeding or minimal bleeding, persistence of
6  pregnancy symptoms, ongoing more than expected cramping
7  or bleeding.  And then, depending on whether they're
8  back for in-person follow-up or phone follow-up, we
9  have a symptoms checklist as well.
10    Q.    Do you tell your patients to go to the
11 emergency room if they experience some or all of those
12 symptoms?
13    A.    So we do have on-call providers at any time.
14 And we really encourage them to reach out to us before
15 it becomes an emergency.  But for things that are
16 potentially immediately life-threatening, like
17 hemorrhage or excessive bleeding, we do let them know
18 that sometimes the safest thing to do is seek emergency
19 evaluation.
20    Q.    And bleeding through more than two pads an
21 hour, is that something you would tell somebody to go
22 to the emergency room if that happens?
23    A.    Not necessarily.  So -- so there is, you
24 know, heavier bleeding than expected, and we know that
25 people can tolerate some amount of bleeding without it

Page 84

1  becoming an immediate threat.
2         It's, you know, the degree of bleeding, the
3  length of bleeding, health status at baseline, things
4  like that.
5    Q.    Have some of your patients had to go to the
6  emergency room for complications during medication
7  abortion?
8    A.    Yes.
9    Q.    Do you have a rough sense of how many?
10    A.    It's rare.  I mean, I would say, you know,
11 1 percent or fewer.  And that's pretty consistent with
12 the literature.
13    Q.    Have any of them needed transfusions at the
14 emergency room?
15    A.    I'm not sure.
16    Q.    Have any of them died?
17    A.    No.
18    Q.    If you take a look at page 5, Section 5.2,
19 "Uterine Bleeding," it says, "Uterine bleeding occurs
20 in almost all patients during a medical abortion"; is
21 that correct?
22    A.    Yes.
23    Q.    And not just, is it correct that it says
24 that, but --
25    A.    I would --

Page 85

1    Q.    -- as --
2    A.    -- I would agree.
3    Q.    -- do you agree with that statement?
4    A.    Yes.
5    Q.    Okay.
6    A.    Thank you for clarifying.
7    Q.    If you can flip to page 7, please.
8    A.    Yes.
9    Q.    At the end of second paragraph, on page 7, do
10 you see that it says, "Most patients can expect
11 bleeding more heavily than they do during a heavy
12 menstrual period"?
13    A.    I see that, yes.
14    Q.    Is that true, in your experience?
15    A.    Yes.
16    Q.    Do you tell patients that?
17    A.    Yes.
18    Q.    Can you look at the bottom of page 8, where
19 it says "Drug Interactions"?
20    Q.    What do you tell your patients about drugs or
21 substances that may interact with the medical abortion
22 regimen?
23    A.    So that goes back to what we talked about
24 earlier, that prior to counseling on medication

DR. REBECCA COHEN - October 15, 2024

Page 86

1 abortion, we go through their medical history,
2 including medication that they are taking.  So if
3 someone were on one of these medications, I would let
4 them know that there is a potentially higher failure
5 rate.
6     Q.   Do you tell them that even though that's not
7 supported by randomized clinical trials?
8     A.   I do.  I think part of medical expertise and
9 standard of care is a balance of risks and benefits and
10 that sharing information is relatively low risk.  So
11 I'm not harming them by talking about something that
12 theoretically could worsen their outcome.
13    Q.   Do you ever tell them not to drink grapefruit
14 juice?
15    A.   So the grapefruit juice business is kind of a
16 mess.  I know what you're getting at with it being a
17 potential CYP3A inducer --
18         THE REPORTER:  A what?
19         THE DEPONENT:  It's capital C, capital Y,
20 capital P, number 3, capital A, meaning that it does
21 make the enzyme work a little bit harder, thus
22 potentially lowering the concentration of mifepristone.
23         That has been largely disproven.  And, in my
24 experience, essentially, no reproductive-age people
25 drink grapefruit juices.  So I hear you on a

Page 87

1 theoretical level, but, no, that is not something that
2 we discuss.
3     Q.   (BY MR. RIENZI)  If you can turn to page 11,
4 where it says pharmacokinetics, please.
5 P-h-a-r-m-a-c-o-k-i-n-e-t-i-c-s.  In the first line, it
6 says, "Mifepristone is rapidly absorbed after oral
7 ingestion."  Do you see that?
8     A.   I do.
9     Q.   And do you agree that that's true?
10    A.   I do.
11    Q.   In the Absorption section just below that --
12    A.   Uh-huh.
13    Q.   -- it says --
14    A.   Yes.
15    Q.   -- "Mifepristone is rapidly absorbed."  Do
16 you agree with that?
17    A.   I do, yes.
18    Q.   And it says, "With a peak plasma
19 concentration occurring approximately 90 minutes after
20 ingestion."  Do you agree with that?
21    A.   I do.
22    Q.   In the section a little further down that
23 says "Elimination."
24    A.   Yup.  I see it.
25    Q.   Do you see where it says that "Elimination of

Page 88

1 mifepristone is slow at first," parentheses,
2 "50 percent eliminated between 12 and 72 hours"?  Do
3 you see that?
4     A.   I do.
5     Q.   Do you agree with that?
6     A.   I would have to verify.
7     Q.   Do you know what it's based on?
8     A.   Not off the top of my head, no.
9     Q.   And do you see the rest of that sentence that
10 says, "And then becomes more rapid with a terminal
11 elimination half-life of 18 hours"?
12    A.   Yes.
13    Q.   Do you know what that means?
14    A.   To the best of my knowledge, it basically --
15 so this is talking about rate, so how quickly it is
16 cleared.  It -- again, from what it says there, starts
17 out slowly, becomes more rapid, and so I think, you
18 know, on first read, that would say that -- that
19 mifepristone is not present past those 18 hours, but we
20 have evidence that it is.
21         So it remains bound to other things and stays
22 in the body for longer than that.
23    Q.   When you say "bound to other things," what
24 other things does it bind to?
25    A.   So there are proteins and then the receptors

Page 89

1 itself.  So back up to the "Distribution" section
2 there.  There are other things in the bloodstream and
3 on receptors that -- that hold onto it and keep it from
4 being excreted or eliminated.
5     Q.   If it's bound to those other things, can it
6 simultaneously be bound to the progesterone receptors?
7     A.   No, but it can then be released from those at
8 a later time to act on the progesterone receptors.
9     Q.   Because the binding is not permanent?
10    A.   Correct.
11    Q.   I just want to make sure I'm looking at the
12 copy of the same thing you are.  Can you flip to the
13 medication guide at the back of the document?  It's on
14 page 16.
15    A.   Yes.
16    Q.   Actually, can you turn to page 17, please --
17    A.   Yes.
18    Q.   -- of that guide?
19    A.   Yep.
20    Q.   In the middle of that first paragraph, it
21 says -- actually, this refers to Mifeprex.  Can you
22 just state for the record what Mifeprex is?
23    A.   So Mifeprex is one of the brand names of
24 mifepristone.
25    Q.   Okay.  "Mifeprex blocks a hormone needed for

DR. REBECCA COHEN - October 15, 2024

Page 90

1 your pregnancy to continue." Sort of the end of the
2 third line.

3    A.   Okay. Yes.

4    Q.   Is that sentence true?

5    A.   Yes.

6    Q.   In the next paragraph, it says, "You will
7 have bleeding and cramping" -- "cramping that will
8 likely be heavier than your usual period." That's
9 true, right?

10    A.   It is true if you include the first part of
11 the sentence that "when the pregnancy is passed from
12 the uterus." So that is not definitive with
13 mifepristone alone.

14    Q.   That is with the entire medication abortion
15 regimen?

16    A.   That is correct.

17    Q.   Understood. What is misoprostol?

18    A.   So misoprostol is another hormone in the
19 category called prostaglandins.

20    Q.   And, Doctor, I just looked at the time, and
21 in about eight minutes, we'd be at another hour. Is
22 that a good time for you for a break?

23    A.   Perfect. Thank you.

24    Q.   If you're okay, then let's go --

25    A.   Yeah.

Page 91

1    Q.   -- eight more minutes. I'm sorry; can you
2 tell me again what misoprostol is?

3    A.   Yes. So misoprostol is a hormone of the
4 category prostaglandins.

5    Q.   And what does misoprostol do?

6    A.   So misoprostol, in the context of medication
7 abortion or miscarriage management or labor induction,
8 softens the cervix and causes uterine contractions to
9 allow a pregnancy to pass.

10    Q.   Why is misoprostol needed in the medication
11 abortion regimen?

12    A.   So misoprostol is needed in the medical
13 abortion regimen because mifepristone alone does not
14 reliably end a pregnancy.

15    Q.   What are the side effects of misoprostol?

16    A.   So the side effects of misoprostol, again, in
17 the context, some of these are benefits; they are a
18 necessary part of ending the pregnancy. Strong
19 cramping, heavy bleeding.

20        People may have nausea, vomiting, diarrhea,
21 fever, chills outside of the context of infection.

22    Q.   According to the label, misoprostol is
23 contraindicated for pregnancy; is that right?

24    A.   So this is where we get into the nuance of
25 FDA labeling versus strong evidence of safety and

Page 92

1 benefit. Misoprostol because of its effects on ending
2 a pregnancy should not be given to a pregnant person
3 trying to maintain a pregnancy.

4        In the context, again, of either labor
5 induction or a intended delivery of a live birth or
6 medication abortion, early miscarriage management,
7 those are uses where its effects on ending a pregnancy
8 are beneficial and needed.

9    Q.   But the Cyto -- Cytotec is the brand name for
10 misoprostol, correct?

11    A.   Cytotec is, yes, the brand name -- that's
12 C-y-t-o-t-e-c is the brand name for misoprostol.

13    Q.   And the FDA-approved, the label -- label
14 Cytotec says, "Misoprostol is contraindicated for
15 pregnancy," correct?

16    A.   Correct.

17    Q.   So the use for abortion is an off-label use,
18 correct?

19    A.   I believe so, but, again, I -- I would have
20 to verify.

21    Q.   To your knowledge, misoprostol never went
22 through FDA-approved clinical trials for coming into
23 use for abortion?

24    A.   So there's a lot to unpack there. I don't
25 know that there is a such thing as an FDA-approved

Page 93

1 clinical trial. There are trials and studies and
2 things that are done to gain approval of a medication
3 through the FDA, but FDA approval is of drugs, not of
4 the studies.

5    Q.   When misoprostol started being used for
6 abortion, there were no randomized controlled trials
7 for that use, correct?

8    A.   I don't know. I know, again, in the sort of
9 different dosages, regimens, things like that were
10 studied, but I believe it was in France and not the
11 U.S. at first.

12    Q.   And even in France, those weren't randomized
13 controlled trials, were they?

14    A.   I don't know.

15    Q.   But you use it?

16    A.   We use it because it has a strong evidence
17 base.

18    Q.   And I think you said this before, but I just
19 want to be clear. You would not give misoprostol to a
20 woman who wants to maintain her pregnancy, correct?

21        MR. URANKAR:  Form.

22        THE DEPONENT:  Correct.

23    Q.   (BY MR. RIENZI)  Are there any longitudinal
24 studies measuring the long-term safety impact of taking
25 mifepristone?

DR. REBECCA COHEN - October 15, 2024

Page 94

1    A.    So what I would say is not directly.  We
2  know, you know, for -- for people that have had
3  subsequent pregnancies and things like that that there
4  does not seem to be an impact.
5          The other thing is is it is a one-time dose,
6  right?  It's a pill that somebody takes, stays in the
7  system, according to the label here, for about 11 days,
8  and then it's gone.  So we don't have a reason to
9  anticipate that there would be long-term negative
10 effects.
11   Q.    But there are no longitudinal studies of the
12 effects of taking mifepristone, correct?
13   A.    To my knowledge, that is correct.
14   Q.    And there are no long-term -- I'm sorry.
15 Scratch that.  And there are no longitudinal studies of
16 the effect on a woman of taking both mifepristone and
17 misoprostol, correct?
18   A.    So there are studies that have looked at,
19 essentially, subsequent pregnancies after medication
20 abortion, and so we know that it does not have
21 long-term fertility compromise or other things.
22   Q.    But there are no longitudinal studies that
23 show -- that more broadly look at the safety of these
24 drugs; is that correct?
25   A.    Can you explain?  Because I think I've just

Page 95

1  given you an example of a longer-term study.
2    Q.    Right.  First, is the study that you're
3  referencing a randomized controlled trials?
4    A.    It is not.
5    Q.    Okay.  Are there longitudinal studies that
6  study the safety of mifepristone and misoprostol,
7  beyond the effects on future fertility?
8    A.    Not to my knowledge.
9    Q.    Can you just explain further what you're
10 getting at when you said it's only in the system for
11 11 days?  Like, why -- is that a reason that you think
12 there wouldn't or shouldn't be longitudinal studies, or
13 can you just explain what you mean?
14   A.    Yeah.  So, I mean, when we're thinking about
15 long-term effects of something, you know, if someone
16 has a surgery and an organ is removed, that is a
17 permanent condition that may have lasting health
18 effects.
19         For a drug that is taken and then cleared
20 from the system, we don't expect permanent effects, and
21 so it is important that it is something that is in the
22 system for a not-forever amount of time.
23   Q.    You only provide medication abortions where
24 you think there's an ongoing intrauterine pregnancy,
25 correct?

Page 96

1    A.    So to go back to statement from earlier, we
2  have three cases.  So one is a likely or potential
3  ongoing intrauterine pregnancy, based on ultrasound.
4  One is using the mifepristone and misoprostol for
5  miscarriage management, where we know that there is not
6  an ongoing pregnancy.  And third is in the telehealth
7  context.
8          And so in those cases, without an ultrasound,
9  I cannot say for sure -- excuse me -- that there is a
10 viable -- potentially viable intrauterine pregnancy.
11         What we do in those cases is, again, under
12 the umbrella of transparency, autonomy, safety, we go
13 through a checklist of risk factors for an ectopic or
14 outside-of-the-uterus pregnancy, where the medication
15 abortion would not work, make sure that a person does
16 not have those risk factors or symptoms, and then offer
17 them the opportunity to get an ultrasound or recognize
18 that there is a small risk that we are going to be
19 giving the medication for a condition that it's not
20 effective for.
21   Q.    When you -- when you described those three
22 buckets, the middle one was miscarriage management?
23   A.    Correct.
24   Q.    Do you think of that as a medication
25 abortion?

Page 97

1    A.    I do not.  I just want to be clear on the
2  terminology.
3    Q.    Okay.  Thank you.  So the only ones that are
4  medication abortion, then, are the in-person ultrasound
5  and the telehealth, where you said you go through this
6  checklist of risk factors; is that accurate?
7    A.    That is correct.  Yep.
8    Q.    Why do you when you have women in the office
9  check for an ongoing intrauterine pregnancy?
10   A.    So it is complicated.  The short answer is
11 it's because we can.  Everything that we do is about
12 balancing risks, benefits, and side effects or burden.
13         And so for somebody who has already made the
14 decision to have an in-person appointment, has already
15 traveled to our office, is already there where we have
16 the ultrasound, we are able to do the evaluation and to
17 say conclusively we have eliminated that, you know, 1
18 to 2 percent chance, or probably even smaller, of an
19 ectopic pregnancy, where the medical abortion won't
20 work.
21         For someone who is remote from our office --
22 so I -- I'm licensed for telehealth within the state of
23 Colorado, so that could be several hours away, and
24 especially in, you know, bad weather, that risk of
25 ectopic pregnancy, with appropriate counseling and

## DR. REBECCA COHEN - October 15, 2024

Page 98

1 screening, is less to the patient than the burden of
2 that additional travel.
3    Q.    What is the risk to the patient if she has an
4 ectopic pregnancy?
5    A.    So ectopic pregnancy, in general, again, kind
6 of taking medication abortion out for now, the biggest
7 risk is rupture of the ectopic pregnancy.  So most
8 ectopic pregnancies occur in the fallopian tube, which
9 is a essentially small, fragile space that can't
10 support a pregnancy.
11        So if a pregnancy implants there rather than
12 the uterus and continues to grow, it ruptures or tears
13 the tube, which can cause internal bleeding.
14    Q.    And that can be a very serious problem for
15 the woman who has it?
16    A.    Correct.
17    Q.    But you are still comfortable dispensing
18 medication abortion via telehealth?
19    A.    So that is, again, going through minimizing
20 risks when we can, being transparent about those risks
21 when we can't.  So we go through the checklist of risk
22 factors for ectopic pregnancy.  We go through symptoms
23 of ectopic pregnancy.
24        And as long as those are negative, my next
25 statement, again, verbatim, is, "Without an ultrasound,

Page 99

1 I cannot be certain that you don't have an ectopic
2 pregnancy; in that case, the medication abortion won't
3 work, and there remains, you know, these risks of
4 rupture, bleeding, death.  Are you comfortable
5 proceeding without an ultrasound?"
6        And they can take that information, they can
7 take their own personal balance, and they can say,
8 "Yes, I am comfortable with those risks," or they can
9 say, "Actually; no; I would like to have an ultrasound
10 before I go forward."
11    Q.    But if the patient is willing to take those
12 risks, you're willing to provide the service; is that
13 correct?
14    A.    Yes, because I have potential benefit that I
15 am offering them to end the pregnancy that they do not
16 want with medication.
17    Q.    But if it's an ectopic pregnancy, the
18 treatment you're providing would not give them that
19 benefit; is that correct?
20    A.    That is correct.
21        MR. RIENZI:  Why don't we take a break there,
22 if that's okay.
23        THE VIDEOGRAPHER:  The time now is 11:14.
24 We're off the record.
25        (Break from 11:14 a.m. to 11:29 a.m.)

Page 100

1        THE VIDEOGRAPHER:  The time now is 11:29.
2 We're back on the record.
3    Q.    (BY MR. RIENZI)  Dr. Cohen, we were talking
4 about ectopic pregnancies --
5    A.    Yes.
6    Q.    -- a few minutes ago.  Could prescribing or
7 dispensing medication abortion to a woman who has an
8 ectopic pregnancy also mask problems from the ectopic
9 pregnancy?
10    A.    So there is a risk that cramping and bleeding
11 from an ectopic pregnancy could be masked if they are
12 expecting that from misoprostol.
13    Q.    You keep emphasizing the misoprostol.  Is it
14 your view that mifepristone doesn't make women bleed?
15    A.    So it has been my experience that
16 mifepristone alone, people rarely bleed.
17    Q.    But that experience is usually over just a
18 24-hour period, or 24 to 48 hours; is that correct?
19    A.    That is correct.  That is why the regimen is
20 designed as it is so that the cramping and bleeding is
21 more predictable after the misoprostol, rather than
22 essentially waiting, you know, days, weeks, not at all
23 for it to happen with the mifepristone alone.
24    Q.    What are the risks of procedural abortion?
25    A.    So the risks of procedural -- procedural

Page 101

1 abortion -- excuse me -- fall under the same umbrella
2 of risks as with any operative procedure.  So our main
3 three are pain, bleeding, and infection.
4        Again apologies; I've given the spiel
5 thousands of times to patients, so I'm just slipping
6 into that.
7        But when we talk about pain, we do have a
8 variety of things that we can provide to make people
9 more comfortable.  Risk of bleeding does vary
10 throughout gestation.  We have a range of medications
11 and other things that we can do if dangerous bleeding
12 starts.
13        We do routinely give antibiotics to lower the
14 risk of infection with procedural abortion.  There is a
15 small risk of retained tissue or incomplete abortion,
16 leaving a portion of pregnancy tissue behind in the
17 uterus.
18        Very small risk of injury to the body, such
19 as uterine perforation or an instrument harming the
20 muscle wall of the uterus, including risk to -- risk of
21 damage to organs outside of the uterus.  Very, very, of
22 course, small risk of death during the procedure.
23    Q.    Are there also risks related to anesthes- --
24 well, actually, do you use anesthesia during procedural
25 abortions?

## DR. REBECCA COHEN - October 15, 2024

Page 102

1    A.   So I have two settings.  One is we do
2  provide -- provide procedural abortion at the
3  University of Colorado Hospital, in which case we work
4  with anesthesiologists there.  They are the ones that
5  provide the anesthesia.
6           In our outpatient clinic setting, we offer
7  moderate sedation and local anesthetic.  And risks of
8  those -- so there is a risk of oversedation, but we do
9  monitor throughout to minimize that risk.  We have
10  reversal agents if we need them.
11          There's a risk in inadequate sedation or
12  significant pain despite, and there's a risk of
13  allergic reaction anytime medication is used.
14    Q.   And are there other risks related to the
15  anesthesia at the hospital if the hospital does
16  anesthesia?
17    A.   So I am not an anesthesiologist, and so I
18  can't speak specifically to those risks.
19    Q.   Are -- are you not familiar with what those
20  risks are that your patient is undergoing?
21    A.   So, in general, yes, but the kind of standard
22  practice is that, as a specialist in OB-GYN, I focus on
23  that aspect, and as a specialist in anesthesia, our
24  anesthesiologists are the ones that do the detailed
25  consenting and discussion of risks with patients.

Page 103

1    Q.   Okay.  Do you know what the risks are to your
2  patient, though, of going -- undergoing anesthesia?
3    A.   In general, yes.  So --
4    Q.   And, in general, can you tell us what they
5  are?
6    A.   So, again, for general anesthesia, which is
7  primarily what happens in the hospital setting, you
8  know, there are -- there are risks of nerve or muscle
9  injury, from prolonged paralysis, risk of blood clots,
10  again, from -- from prolonged paralysis, although we
11  use compression devices to keep blood flowing while
12  someone's asleep.
13          Risk of, you know, allergic reaction, again,
14  always.  And there is, you know, a risk of any kind of,
15  like, neurologic injury, dental injury from placement
16  of the intubation tube, things like that.  But if there
17  is something that I'm missing, it's because that is not
18  my area of specialty.
19    Q.   Understood.  Thank you.  I'd like to direct
20  your attention back to your report.
21    A.   Uh-huh.
22    Q.   And what would -- I'm just going to do for a
23  while is go through the report and ask you about
24  various statements there.
25    A.   Sure.

Page 104

1    Q.   First, I'd like to direct you to Paragraph 7
2  of the report.
3           MR. URANKAR:  And this is still --
4           MR. RIENZI:  This is still the -- the October
5  declaration.
6           THE DEPONENT:  Yes.
7    Q.   (BY MR. RIENZI)  The one that we've marked.
8    A.   Okay.
9    Q.   Paragraph 7, you say that, "Mifepristone
10  inhibits the activity of both endogenous,"
11  e-n-d-o-g-e-n-o-u-s, "originating from within the body,
12  and exogenous," e-x-o-g-e-n-o-u-s, "originating outside
13  the body, progesterone."  Is that statement true?
14    A.   To the best of my knowledge, yes.
15    Q.   What's the basis for you making that
16  statement to the court?
17    A.   That my understanding of how mifepristone
18  works is that it blocks the progesterone receptors so
19  that progesterone cannot work.
20    Q.   What's the basis for your view that that
21  works as to both endogenous and exogenous progesterone?
22    A.   That theoretically they are bioidentical, and
23  so there should not be a difference.
24    Q.   Do any studies support that statement?
25    A.   I am not aware of any, no.

Page 105

1    Q.   Just so I'm clear, your reason for that
2  statement is your theoretical understanding of how
3  bioidentical progesterone works; is that correct?
4    A.   That is correct.
5    Q.   Okay.  And there's no randomized controlled
6  trials that you would cite to support that statement?
7    A.   Specifically blocking exogenous progesterone?
8    Q.   Yeah.
9    A.   Correct.  It was started and stopped before
10  completion.
11    Q.   Okay.  Look at paragraph 10, please.
12    A.   Uh-huh.  Yes.
13    Q.   Second sentence, and this may be what you're
14  about to get to, "However, limited available evidence
15  suggests that using mifepristone alone may be
16  associated with an increased risk of severe
17  hemorrhage."  Do you see that?
18    A.   I do.
19    Q.   And I assume you would say that sentence is
20  true.
21    A.   Correct.
22    Q.   Okay.  What's the limited available evidence
23  you're referring to there?
24    A.   So it was a randomized controlled trial that
25  was started to directly compare progesterone versus

DR. REBECCA COHEN - October 15, 2024

Page 106

1 placebo after mifepristone.  They were intending to
2 enroll 40 people, which is what they calculated would
3 be needed to show a difference if there was one, but
4 the study was stopped due to events of hemorrhage after
5 10 people had completed it.
6    Q.   Is there any other evidence that you have in
7 mind when you say their limited available evidence
8 suggests this?
9    A.   Not to mind, no.
10    Q.   Why do you use the term "suggests"?
11    A.   So statistics have a pretty stringent set of
12 rules to say that something can be conclusively proven.
13 And so absent that evidence, we say "suggest" because
14 we cannot with reasonable certainty say "proven."
15    Q.   And are you aware of any support for that
16 sentence beyond Dr. Creinin's study?
17    A.   Not to my knowledge, no.
18    Q.   No animal studies, to your knowledge?
19    A.   Not that I'm aware of.
20    Q.   And no case series, to your knowledge?
21    A.   Correct.
22    Q.   Do you tell patients that limited available
23 evidence suggests using mifepristone alone may be
24 associated with increased risk of hemorrhage?
25    A.   So it is part of my counseling that this is a

Page 107

1 two-step process with mifepristone and misoprostol and
2 that if someone is not certain that they are ready to
3 proceed with the entirety of medication abortion, the
4 safest thing to do is not to start the process.
5         And, again, I've not been asked for further
6 details of why is that, what is this about, but this
7 would be what I would tell them.
8    Q.   And is the same evidence the reason that you
9 say, "Consequently, it is critical that the patient is
10 firm in their decision to end the pregnancy before
11 initiating the regimen"?
12    A.   That is correct.
13    Q.   And in the next sentence, you refer to the
14 FDA REMS document.
15    A.   Yes.
16    Q.   Is the FDA REMS document based on this study?
17    A.   No.  The FDA REMS was preceding this, so that
18 was started with medication abortion itself from the
19 early 2000s.
20    Q.   In Paragraph 11, you say, quote, "Doubt or
21 regret following an abortion is uncommon."  It's sort
22 of to the end of that first line of Paragraph 11.
23    A.   Yes.  I see that.
24    Q.   Do you see that?
25    A.   Yes.

Page 108

1    Q.   Is that true?
2    A.   So there is literature supporting that, yes,
3 and it has been my experience in clinical medicine.
4    Q.   And what's the literature you would cite to
5 support that?
6    A.   So there is a big study.  Not randomized
7 controlled, but strong evidence that was a longitudinal
8 study following people after either they received an
9 abortion in the first or second trimester or if they
10 were turned away because they were not eligible to
11 receive an abortion at the facility where they sought
12 it.
13    Q.   And is that study commonly known as "The
14 Turnaway Study"?
15    A.   It is.
16    Q.   And that is a not a randomized controlled
17 study --
18    A.   That is.
19    Q.   -- correct?
20    A.   -- correct.
21    Q.   Did that study involve abortions in lots of
22 different stages of pregnancy?
23    A.   Yes.  So both in the first and second
24 trimesters.
25    Q.   Okay.  And so then varying types of abortion

Page 109

1 were also involved in the study?
2    A.   I would have to look, but I believe so.
3    Q.   And you said first and second trimester.  So
4 therefore, it involved different gestational ages; is
5 that correct?
6    A.   That is correct.
7    Q.   Were there any protocols to ensure that those
8 women went through the same experience in that study?
9    A.   Can you clarify?
10    Q.   As I understand the study, it looks at a
11 bunch of women from a bunch of different places; is
12 that correct?
13    A.   That is correct.
14    Q.   And so is it fair to say that there was no
15 protocol put in place at the outset to ensure that each
16 of those women went through the same thing?
17        MR. URANKAR:  Form.
18        THE DEPONENT:  So the -- the treatment of the
19 abortion itself was not what was studied.  So it was
20 not standardized, as you acknowledge.  But I am not
21 sure what -- again, what the relevance of that question
22 is.
23    Q.   (BY MR. RIENZI)  In the Turnaway Study,
24 hundreds of people were lost to follow-up; is that
25 true?

DR. REBECCA COHEN - October 15, 2024

Page 110

1    A.   There was a proportion of people who were
2 lost to follow-up, yes.  I don't believe it was in the
3 hundreds.
4    Q.   Do you believe it was more than 25 percent?
5    A.   25 percent sounds about right, but I would
6 have to check.
7    Q.   Is it possible that people who experienced
8 doubt or regret are more likely to not follow up in
9 that study?
10   A.   It is possible.
11   Q.   So is it possible that makes the study
12 biased?
13   A.   Every study has bias, yes.
14   Q.   Including the Turnaway Study?
15   A.   Including the Turnaway Study.
16   Q.   Are you also relying for your statement about
17 doubt and regret following an abortion being uncommon
18 on the studies you cite in Footnotes 9 and 10 --
19   A.   Yes.
20   Q.   -- of your --
21   A.   Yes.
22   Q.   -- report?
23   A.   Although I do know that that 9 was
24 preabortion, not post.
25   Q.   Is it fair to say that the studies you cite

Page 111

1 also were not randomized controlled trials?
2    A.   That is true.
3    Q.   They also involved abortions at different
4 gestational ages?
5    A.   I would have to go back to Dr. Ralphs, but I
6 believe, yes, it included different gestational ages.
7    Q.   And those studies all lost significant
8 numbers of participants to follow-up?
9         MR. URANKAR:  Form.
10        THE DEPONENT:  So the study cited in
11 Footnote 9 was not longitudinal.  It was a waiting room
12 survey, so it was a single instance, and so people are
13 not lost to follow-up.
14   Q.   (BY MR. RIENZI)  Was there a significant
15 number of people who did not fill out the survey --
16        MR. URANKAR:  Form.
17   Q.   (BY MR. RIENZI)  -- in that first study?
18   A.   I don't recall.
19   Q.   In the Roqua study that was longitudinal, you
20 would agree that there were many people lost to
21 follow-up?
22        MR. URANKAR:  Form.
23        THE DEPONENT:  I would have to verify.
24   Q.   (BY MR. RIENZI)  But, again, none of these
25 studies were randomized controlled trials?

Page 112

1    A.   That is correct.
2    Q.   Do you tell patients that doubt or regret
3 following an abortion is uncommon?
4    A.   It is on our consent form for abortion care
5 that that doubt or regret are possible.  It is very
6 individualized, and so I'm not trying to speak to their
7 personal experience by saying that something is common
8 or not.
9    Q.   So is your answer that, no, you don't tell
10 women that doubt or regret following an abortion is
11 uncommon?
12        MR. URANKAR:  Form.
13        THE DEPONENT:  That is correct but it is
14 addressed in other ways.
15   Q.   (BY MR. RIENZI)  How else is it addressed?
16   A.   So that is the individualized discussion for
17 each patient to understand the circumstances of their
18 pregnancy, to understand their certainty and their
19 decision before proceeding, to ensure that their
20 decision is free of coercion.
21        And so, you know, each patient comes to the
22 encounter with different levels of certainty or
23 uncertain, and although it is overall uncommon, I'm not
24 trying to put stigma on somebody by saying there's
25 something wrong with them if they experience it.

Page 113

1    Q.   So you do not tell patients that doubt or
2 regret is uncommon?
3    A.   Correct.
4    Q.   Okay.  You talked about not providing
5 abortions when women are uncertain.
6    A.   Yeah.  Okay.  I see it.
7    Q.   Actually -- so, I'm not -- again, I'm not
8 trying to play hide the ball -- in Paragraph 12 -- I
9 thought you just said a version of this, but let me
10 direct you to the --
11   A.   Yeah.
12   Q.   -- to the line.  So it's sort of two-thirds
13 of the way down in Paragraph 12.  "I will not provide
14 an abortion to a patient that uncertain, coerced, or
15 under duress."
16   A.   Correct.
17   Q.   Okay.  How do you check to see if a patient
18 is uncertain?
19   A.   So a lot of it is revealed in conversation.
20 I start the encounter by looking over everything that
21 they have filled out, including one of the questions on
22 our intake paperwork, "Are you sure today of your
23 decision to have an abortion?"
24        And also ask about the circumstances of their
25 pregnancy.  So, "When did you find out that you were

DR. REBECCA COHEN - October 15, 2024

Page 114

1 pregnant? Does anyone else know that you're pregnant?
2 What are your feelings about your pregnancy?"
3          And so all of that, as well as giving them a
4 nonjudgmental space to be able to say, you know, "This
5 is not the right decision for me right now."
6     Q.  Do you have a sense of roughly what
7 percentage of your patients check the box or don't
8 check the box about whether they're certain of their
9 decision?
10    A.  So it is uncommon for someone to say that
11 they're not certain. By the time they come to the
12 office to seek or consider abortion, they have to know
13 that they are pregnant, they have to know what options
14 are available for their pregnancy, they have to find
15 our clinic, they have to make an appointment, they have
16 to come to the appointment.
17         In that circumstance, by the time they've
18 made it through all of those steps, I would say maybe 2
19 to 3 percent of people check that box that they're not
20 sure.
21    Q.  And from your conversations with the women,
22 do you think it's -- are there women who check the box
23 but really are unsure?
24    A.  Can you rephrase that?
25    Q.  Yeah. So you said 2 to 3 percent -- is the

Page 115

1 box something you check to say "I am unsure" or "I am
2 sure" on your form?
3     A.  So it says, "Are you sure today about your
4 decision to proceed with abortion?" For -- for our
5 patients who are seeking abortion, of course, have
6 different paperwork for --
7     Q.  Of course.
8     A.  -- and -- and so I would say about 2 to
9 3 percent say, "No, I am not sure."
10    Q.  Okay. Is it your experience in your
11 conversations with the women when they get to your
12 office that sometimes they check the box to say "I am
13 sure" but really are unsure?
14    A.  I would say it happens rarely, but it has
15 happened.
16    Q.  Okay. Roughly what percentage, if you --
17    A.  I mean, maybe another one-half to 1 percent.
18 Couple of times a year.
19    Q.  Do many patients cry in your office?
20    A.  They do.
21    Q.  Do you have an understanding of why?
22    A.  Yeah. This is tough. You know, as -- as I
23 tell people, I mean, every day, truly every day, A, we
24 never run out of pads or Kleenex 'cause a lot of people
25 need both. And, B, nobody ever comes to see us because

Page 116

1 everything's gone the way it's supposed to.
2          Someone who is experiencing unplanned
3 pregnancy or pregnancy affected by some sort of
4 complication, they are real people with complex needs.
5 And the other, you know, like, thing that -- that we
6 hear all the time is, "Only -- if only things were
7 different."
8          Someone can recognize that the best thing for
9 their life is for them not to be pregnant, but it does
10 not mean that they can't imagine another life for this
11 unplanned pregnancy would be a happy thing. And those
12 complex feelings often lead to real grief.
13    Q.  Is it fair to say, then, that having an
14 abortion is a difficult decision for many of your
15 patients?
16    A.  For some of our patients, yes.
17    Q.  And you tell them that you will not provide
18 the abortion unless they are certain, correct?
19    A.  To the best of their ability to be certain,
20 yes. People can be sure and still feel conflict.
21    Q.  When someone says they're sure but still
22 feels conflict, I assume you go ahead?
23    A.  We acknowledge the conflict and offer them to
24 opportunity to do what is best for them, whether that
25 is going ahead or rescheduling to a different day or

Page 117

1 not at all.
2     Q.  And do you sometimes have patients who change
3 their minds; they feel one day -- one way one day, and
4 then they come back a few days later, they feel a
5 different way?
6     A.  It has happened.
7     Q.  Paragraph 12 also talks about not giving an
8 abor- -- not providing an abortion to a women who's
9 under duress.
10    A.  Uh-huh.
11    Q.  Why do you check for that?
12    A.  So, again, there are a lot of circumstances
13 where someone may decide that they aren't ready to make
14 a decision. There are a lot of circumstances where
15 someone would say, "I'm not being coerced; no one is
16 pressuring me, but there are outside factors that are
17 making this really difficult."
18         And so, you know, if someone says, for
19 instance, "I want to have an abortion because I was
20 drinking before I knew I was pregnant," that is a form
21 of duress, in that they're feeling this sort of
22 external pressure that may not be valid.
23         And so, in those cases, I want them to have
24 the best, most complete, necessary information that
25 they can have to make the decision where it's most

## DR. REBECCA COHEN - October 15, 2024

Page 118

1 comfortable for them.  So we can talk about, for
2 instance, what does the effect of alcohol look like on
3 pregnancy?  Do you want a second opinion?
4        So -- so if they are feeling pressure,
5 whether that's internal or external, and not ready to
6 say, "I am certain enough to move forward," we're not
7 going to start anything that cannot be reversed.
8     Q.   Okay.  Can you give me your definition, then,
9 of what you meant by "under duress" 'cause, like, I
10 think I had in mind a "somebody is pressuring me one
11 way or the other" view of it, which I imagine is
12 encompassed within it --
13     A.   Yes.
14     Q.   -- but I wouldn't -- in my mind, when I read
15 "duress" in your report, I wouldn't have read that to
16 mean, you know, concerned about the alcohol.  So can
17 you just -- can you, like, tell me what definition
18 you're using of that term?
19     A.   Yeah.  So it's -- you know, it's a little
20 fuzzy around the edges.  But -- but mostly a stress or
21 pressure that is preventing them from making a decision
22 in a space that feels like they have everything that
23 they need.
24        So whether that is, you know, time, space,
25 support, all of those things, if duress is making them

Page 119

1 say, "I need to make a decision this very second," that
2 is -- that is what I would consider under duress, is
3 that a pressure that -- that they are feeling in some
4 way to make a decision that -- that doesn't need to be
5 made that quickly.
6     Q.   Generally speaking, why do -- do you have a
7 view, generally speaking, as to why women seek
8 abortions from you?
9     A.   Yeah.
10     Q.   Why?
11     A.   So, again, we can be here all day.  But
12 people's reasons for ending pregnancy are very
13 wide-ranging, any -- anything from, again, a
14 complication of the pregnancy, although that's
15 primarily later in gestation, financial pressures,
16 partner relationship changes, job changes, education,
17 not feeling ready to parent, feeling concerned that
18 they don't have the support, finances, logistics,
19 anything like that, becoming pregnant when they thought
20 they couldn't, so being on birth control that failed.
21 All of those reasons.
22        But I do feel that people are the best judge
23 of their own life circumstance.  And if I can offer
24 them a safe and effective treatment for ending a
25 pregnancy that they know is not the right time for,

Page 120

1 that's what I offer.
2     Q.   Do you ever provide women with any
3 non-medical help to deal with any of those
4 circumstances?
5     A.   So we do.  We have a social worker that we
6 work with.  We have psychiatrists and psychologists
7 that we can refer to.  We are aware of other social
8 circumstances for food, lodging, insurance, all of
9 those things, so if someone says, "I would really want
10 to continue this pregnancy except X," we are able to
11 help direct them to those services.
12     Q.   Wonderful.  I want to narrow the discussion
13 of duress now to the situation where they might be
14 feeling pressure from another person.
15     A.   Sure.
16     Q.   Do you sometimes have patients who are being
17 pressured by a boyfriend or a parent or somebody else?
18     A.   We do, but I just do want to clarify that --
19 that that duress can occur in -- in both ways.
20     Q.   Great.  Can you explain that?
21     A.   Yes, absolutely.  So we have had patients
22 come to us and say, you know, "My partner, parent, my
23 whoever wants me to have an abortion, and I don't," but
24 we also hear, "I really need to keep this confidential
25 because my partner, my parent, my whoever wants me to

Page 121

1 continue the pregnancy, and I don't."
2     Q.   And how do you deal with those two types of
3 duress?
4     A.   Yeah.  It is difficult.  Our first
5 responsibility, of course, is to our patient and
6 keeping them safe from, you know, medical harms,
7 relationship harms, legal harms, all -- all of those
8 things.
9        So our -- our first, you know, line of
10 defense, I guess, is confidential.  A confidential
11 visit.  So people are allowed in our particular clinic
12 to have a support person with them throughout the
13 entirety of the visit.
14        So if they're in the waiting room with
15 somebody else, we do call them back alone to talk about
16 their, again, personal circumstances and anybody that
17 may be trying to influence those.  We have, again,
18 those resources to talk about, you know, safe shelter
19 and other things if there is violence.
20        But we also recognize that, you know, people
21 live their lives.  We cannot take them entirely out of
22 those relationship contexts.  And talking through, at
23 the end of the day, what is best for them, whether that
24 is having an abortion or not.
25     Q.   How do you know when a patient makes a

## DR. REBECCA COHEN - October 15, 2024

Page 122

1 decision that it's not under duress?

2    A.    We go with what they tell us.

3    Q.    In Paragraph 14, you say -- I was looking for

4 the sentence, "My patients rarely change their mind

5 once they have taken mifepristone." But I --

6    A.    First sentence.

7    Q.    -- apologize. Ah. There we go. Thank you.

8 You say, "In my experience," comma, "my patients rarely

9 change" --

10         THE REPORTER: Slow down, please. Say that

11 slower.

12    Q.    (BY MR. RIENZI) "In my experience," comma,

13 "my patients rarely change their mind once they have

14 taken mifepristone," period. Can you tell us about

15 that experience?

16    A.    Yes. So I have been providing medication

17 abortion here in Colorado since 2014 and have had two

18 patients change their minds.

19    Q.    Do you check in with patients in between the

20 mifepristone and the misoprostol?

21    A.    We do not.

22    Q.    So, theoretically, if people change their

23 mind in that window, you might not know?

24    A.    Correct.

25    Q.    In your initial meeting with the patient, do

Page 123

1 you tell them there's anything they can do if they

2 change their mind?

3    A.    I tell them, again, first of all, that if

4 they're concerned, that they're not sure, to not start

5 the process. That is the safest.

6         But for some time when medication abortion

7 reversal kind of became known, I did talk about it, but

8 I let them know from the beginning that it was not

9 something that has been shown to be effective.

10         And so specifically in that context, I would

11 say, with this first medication, with the mifepristone,

12 you may not feel any different, but the medication does

13 start working, and there is not anything that has been

14 shown to be effective to stop it from working, so we

15 really want to be sure that you're comfortable starting

16 this process before you start it.

17         I did that for about a year and got confused

18 looks every time. So, essentially, that felt to me

19 that it was extraneous information to patients, and I

20 no longer talk about it.

21    Q.    And around when was that year that you had

22 that discussion with women?

23    A.    2017, 2018 probably.

24    Q.    What was the basis for having that discussion

25 with them?

Page 124

1    A.    So it was -- and, again, my -- the years may

2 be a little bit off, but it was one of the first times

3 that attempts were made to mandate the progesterone

4 after mifepristone as part of the law.

5         And as someone who emphasizes, you know,

6 again, transparency, autonomy, effectiveness, and

7 safety, to hear people or -- or to be concerned that

8 people are getting this false information, as their

9 health care provider I wanted to make sure that they

10 had accurate information and that wasn't clouding their

11 judgment.

12    Q.    So back in 2017, you were telling patients

13 that medication abortion reversal was not proven; is --

14    A.    Correct.

15    Q.    -- that correct?

16    A.    That is correct.

17    Q.    Did you tell them that anybody thinks it

18 might work?

19    A.    I think --

20         MR. URANKAR: Form.

21         THE DEPONENT: -- that was implied in the

22 "you may have heard about this thing from other

23 people."

24    Q.    (BY MR. RIENZI) Did you tell them that it

25 was dangerous?

Page 125

1    A.    I did not because my concern was not that it

2 is dangerous; it is that is it effective.

3    Q.    Okay. Today, do you tell your patients that

4 there's anything they can do if they change their

5 minds?

6    A.    So there is not a proven effective therapy

7 for if someone were to change their mind. What I do

8 tell them is that there is a chance that the pregnancy

9 will continue after -- after mifepristone alone, and so

10 in those circumstances, we would tell them not to take

11 the misoprostol, and we would be watching carefully to

12 see if the pregnancy does continue.

13    Q.    Do you have that discussion with all of your

14 patients or just the couple who came to you and said

15 they changed their minds?

16    A.    So that is part of my certainty discussion.

17 So, again, the vast majority of people that I see know

18 they want to end the pregnancy; they want to end the

19 pregnancy by taking medication abortion.

20         For someone who's not sure, not entirely

21 certain whether they want to proceed, but says, you

22 know, "I'm not a hundred percent, but I'm ready today.

23 I've thought about all of my options, including not

24 doing this, coming back, going ahead, and I want to go

25 ahead today," I do take that extra step of reinforcing

## DR. REBECCA COHEN - October 15, 2024

Page 126

1  that once the process is started that the safest thing
2  to do is continue through, that we don't have an
3  effective agent to reverse the medication, and so if
4  they are not certain, it is best not to proceed today.
5      Q.   But you also tell them that if they change
6  their minds, they should not take the misoprostol; is
7  that true?
8      A.   That is true if their goal is to continue the
9  pregnancy.
10     Q.   And do you tell them anything about the
11 percentage rate at which mifepristone alone works?
12     A.   I have told them there is up to a 50 percent
13 chance.
14     Q.   And what's that based on?
15     A.   So that is based on the Zhang article.
16          THE REPORTER:  What article?
17          THE DEPONENT:  Zhang.  It's Z-h-a-n-g, that
18 is cited in the ACOG Practice Bulletin and other
19 society guidance.
20     Q.   (BY MR. RIENZI)  Is Zhang a randomized
21 controlled trial?
22     A.   It is not.
23     Q.   Are you aware that many other studies report
24 a lower rate than the 46 percent in Zhang?
25     A.   I am, and that --

Page 127

1          MR. URANKAR:  Form.
2          THE DEPONENT:  -- is why I say "up to."
3          MR. URANKAR:  Dr. Cohen, if you could just
4  pause just one second so I can put my objection in
5  before answering.
6          THE DEPONENT:  Yes.  Sorry.
7          MR. URANKAR:  That's okay.  Just trying to
8  make the court reporter's life easy.
9      Q.   (BY MR. RIENZI)  And, again, your general
10 practice today is that you do not check in with women
11 in between the two pills; correct?
12     A.   That is correct.
13     Q.   In Paragraph 14, you also say, "In the rare
14 circumstance when a patient does elect to change their
15 mind, the current standard of care is expectant
16 management."  Do you see that?
17     A.   I do.
18     Q.   What is expectant management?
19     A.   So expectant management is usually described
20 as watchful waiting or doing nothing, meaning not
21 providing an additional or different treatment instead
22 of observation.
23     Q.   In your definition of expectant management,
24 are you including not taking the misoprostol?
25     A.   That is correct.

Page 128

1      Q.   Okay.  And is it still your -- so this was
2  written a year ago.
3      A.   Uh-huh.
4      Q.   Is it still your view that that is the
5  standard of care?
6      A.   Yes.
7      Q.   What is that standard of care based on?
8      A.   So that standard of care is based on the lack
9  of strong evidence for progesterone therapy after
10 mifepristone.
11     Q.   Are there any randomized controlled trials
12 that suggest that expectant management is better than
13 progesterone?
14     A.   There is not.  That study, again, was started
15 and not able to be completed for safety reasons.
16     Q.   Are there any animal studies that suggest
17 expectant management is better than progesterone?
18     A.   Animals are not people.
19     Q.   Are there any animal studies that suggest
20 that expectant management is better than progesterone?
21     A.   There are not.
22     Q.   Are there any case series that suggest that
23 expectant management is better than progesterone?
24     A.   I appreciate your using the term "suggest"
25 because the case series has significant cases that make

Page 129

1  me say it does not justify use of that therapy.
2      Q.   You're saying it does not justify use of
3  progesterone; is that correct?
4      A.   That is correct.
5      Q.   Are there any case series that tell you
6  expectant management -- I'm sorry.  Let me strike the
7  question.  Are there any case series that suggest that
8  expectant management is better than progesterone?
9      A.   There are not.
10     Q.   Okay.  Are there any health risks to
11 expectant management?
12     A.   So the health risks of expectant management,
13 hemorrhage is, again, kind of the biggest takeaway from
14 that study that was started.  That is the biggest.  The
15 other would be, if someone does desire to continue the
16 pregnancy, the risk of pregnancy failure.
17     Q.   The Creinin study is Exhibit U to your
18 report.  I think it's the last one.  And if you want to
19 take that out, I'd like to talk about it for a few
20 minutes.
21     A.   Let's do it.
22     Q.   Can you just tell me, what is the Creinin
23 study?
24     A.   So this was a randomized controlled trial
25 that was started to assess whether progesterone or a

## DR. REBECCA COHEN - October 15, 2024

Page 130

1 **placebo or an inactive pill was more effective at**
2 **maintaining a pregnancy for approximately two weeks**
3 **after taking the mifepristone.**
4    **They enrolled people who were seeking**
5 **abortion care, so people who did not in the long term**
6 **want to continue their pregnancy, gave them**
7 **mifepristone and then either progesterone or placebo,**
8 **and followed them for -- I believe it was up to 18,**
9 **maybe 16 days to look at their outcomes.**
10    Q.   So there were two arms of the study, one for
11 progesterone and one for placebo?
12    **A.   That's correct.**
13    Q.   And should we think of the placebo arm as
14 essentially expectant management because the placebo,
15 by definition, has no activity; is that --
16    **A.   Correct.**
17    Q.   Okay.  I know, eventually, Dr. Creinin cuts
18 off the study.  But even before that, there are some
19 women who don't complete the regimen; is that correct?
20    **A.   That is correct.**
21    Q.   And Dr. Creinin excluded them from the study,
22 correct?
23    **A.   Can you clarify?**
24    Q.   He did not include them in his calculations,
25 correct?

Page 131

1    **A.   That is correct.**
2    MR. URANKAR:  Form.
3    THE REPORTER:  Did you say "form"?
4    MR. URANKAR:  I withdraw it.
5    Q.   (BY MR. RIENZI)  The safety concern that
6 stopped the Creinin study was hemorrhaging, correct?
7    **A.   That is correct.**
8    Q.   Bleeding is an intended effect of
9 mifepristone, correct?
10    MR. URANKAR:  Form.
11    THE DEPONENT:  Could you clarify?
12    Q.   (BY MR. RIENZI)  Mifepristone, if it works as
13 it should, should cause a pregnant woman to bleed,
14 correct?
15    **A.   So not as part of the medication abortion**
16 **regimen, no.**
17    Q.   But mifepristone, if it works as it should,
18 should cause a woman to bleed, correct?
19    MR. URANKAR:  Form.
20    THE DEPONENT:  As I said, as part of the
21 medication abortion regimen, we do not expect bleeding
22 primarily with mifepristone.  We expect it with
23 misoprostol.
24    Q.   (BY MR. RIENZI)  When you describe the
25 medication abortion regimen, you're including two

Page 132

1 drugs, mifepristone and then misoprostol, correct?
2    **A.   Correct.**
3    Q.   Dr. Creinin was not giving women misoprostol,
4 correct?
5    **A.   Correct.**
6    Q.   In the study Dr. Creinin was running, he was
7 only giving women mifepristone followed by either
8 progesterone or a placebo, correct?
9    **A.   Correct.**
10    Q.   In that context, bleeding is an intended
11 effect of mifepristone, correct?
12    **A.   Incorrect.**
13    Q.   Why is that incorrect?
14    **A.   So bleeding is a risk.  The goal with**
15 **mifepristone is not to cause bleeding.  It is not**
16 **expected.**
17    Q.   You don't think bleeding is expected if you
18 give a pregnant woman mifepristone?
19    **A.   I do not.**
20    Q.   What do you think caused the hemorrhaging in
21 the Creinin study?
22    **A.   So I do think -- that's what I was talking**
23 **about -- that it is a risk that people may bleed.  It**
24 **is not something that we expect, as in I don't think**
25 **that will happen for the majority of people.  It is not**

Page 133

1 **something that we intend, in that is not the goal of**
2 **the medication.**
3    Q.   Of the 12 women in the study, how many bled?
4    **A.   I believe it was three.**
5    Q.   Three is the number who had to go to the
6 emergency room; is that right?
7    **A.   Yes.**
8    Q.   Do you know how many women bled in the study?
9    **A.   I don't.**
10    Q.   You don't think progesterone caused those
11 women to bleed, do you?
12    **A.   I don't know.**
13    Q.   Heavy bleeding is not a known side effect of
14 progesterone?
15    **A.   So this is, again, kind of getting back to**
16 **what is the condition and what is the side effects or**
17 **risks of the treatment.  So people who are given**
18 **progesterone, for instance, for heavy uterine bleeding,**
19 **if they bleed, would you say that is a side effect of**
20 **the progesterone?  I would not.**
21    Q.   Dr. Creinin did not attribute the bleeding in
22 his study to progesterone, did he?
23    **A.   I don't believe so, no.**
24    Q.   He attributed it to taking mifepristone
25 without misoprostol; is that correct?

## DR. REBECCA COHEN - October 15, 2024

Page 134

1    A.   So this, again, gets back to risks versus
2 attribution, right?  That is a risk of taking
3 mifepristone and not taking misoprostol is unexpected
4 heavy or dangerous bleeding.
5    Q.   Okay.
6    A.   I don't believe that it was specifically
7 attributed to the mifepristone, just the lack of
8 completion of the medication abortion regimen.
9    Q.   Which, by definition, means taking
10 mifepristone without misoprostol, correct?
11    A.   Correct, but not discussing specifically
12 placebo versus progesterone.
13    Q.   Understood.  In the study, two women who went
14 to the emergency room needed treatment at the emergency
15 room; is that right?
16    A.   Let me verify.  That is correct.
17    Q.   The two women who needed treatment in the
18 emergency room had not received the progesterone; is
19 that correct?
20    A.   That is correct.
21    Q.   Okay.  Dr. Creinin did not draw any
22 conclusion about the impact of the progesterone on the
23 bleeding emergency room problem, did he?
24    A.   He did not and that was appropriate because
25 the numbers are too small to state statistical

Page 135

1 significance.
2    Q.   Dr. Creinin encouraged further study of
3 progesterone for mifepristone antagonization?
4    A.   Is that a question or a statement?
5    Q.   It's a question.
6    A.   Let me verify.  That is correct.
7    Q.   The safety concern identified in the Creinin
8 article would occur anytime a woman takes -- anytime a
9 pregnant woman takes mifepristone without misoprostol;
10 is that correct?
11    A.   It is a risk, yes.
12    Q.   The safety concern identified in the Creinin
13 article would arise anytime a provider proceeds with
14 expectant management for a woman who's taken
15 mifepristone but changed her mind, correct?
16    A.   Not only in the case of expectant management.
17    Q.   But it would occur in the case of expectant
18 management, correct?
19    A.   Any time someone takes mifepristone and does
20 not take misoprostol, that risk is present.
21    Q.   In the Creinin study, the women who took
22 progesterone were less likely to need treatment in the
23 emergency room than the women who took the placebo,
24 correct?
25    MR. URANKAR:  Form.

Page 136

1    THE DEPONENT:  There is not a statistically
2 significant difference in those outcomes.
3    Q.   (BY MR. RIENZI)  In sheer numbers, fewer
4 women in the progesterone arm needed treatment at the
5 emergency room than in the placebo arm; is that
6 correct?
7    MR. URANKAR:  Form.
8    THE DEPONENT:  It is not the correct way to
9 interpret those numbers.
10    Q.   (BY MR. RIENZI)  I'm not asking about
11 interpretation now.  I'm just asking about numbers of
12 women who went to the emergency room.
13    A.   And I cannot agree with you because it's an
14 incorrect interpretation.
15    Q.   So you can't agree with me about how many
16 women went?
17    A.   I don't believe that it is the right way to
18 look at that information, so I'm not going to agree.
19    Q.   So I'm asking you the fact question.
20    A.   Agreed.
21    Q.   I'm not asking you the interpretation.  On a
22 fact question, can you tell me is it true that fewer
23 women in the progesterone arm needed treatment at the
24 ER?
25    A.   Yes.

Page 137

1    Q.   Okay.  Did Dr. Creinin have a control group
2 where women took both mifepristone and misoprostol?
3    A.   He did not because that was not part of the
4 questions being studied.
5    Q.   Dr. Creinin doesn't make any claim to have
6 shown any problem with progesterone, does he?
7    A.   He does not.
8    Q.   Do you interpret the study as showing any
9 problem with progesterone?
10    A.   I interpret the study as, unfortunately, not
11 being able to further knowledge in the field the way
12 that it was hoped it would.
13    Q.   I want to talk a little bit about -- so we
14 talked a lot about the safety part of Creinin.  I want
15 to talk about the efficacy part of Creinin and what he
16 was measuring and -- and how he got there.  How was
17 Dr. Creinin measuring progesterone success?
18    A.   So their primary outcome or what they looked
19 at as success was an ongoing pregnancy at two weeks,
20 which they say gestational cardiac activity after
21 15 days is a margin of error of plus or minus one.
22    Q.   And of the five women who completed treatment
23 with progesterone, how many of them still had an
24 ongoing pregnancy at that two-week mark?
25    A.   Sorry.  I want to make sure that I'm giving

## DR. REBECCA COHEN - October 15, 2024

Page 138

1 correct information here.

2      Q.   Of course.

3      A.   So they had four patients in the progesterone
4 group that had continuing pregnancies.

5      Q.   And how many in the placebo group had
6 continuing pregnancies?

7      A.   Two.

8      Q.   And you've said previously that the numbers
9 are not big enough to be statistically significant; is
10 that right?

11      A.   That is correct.

12      Q.   Do those numbers tell you anything at all
13 about whether progesterone might work to antagonize
14 mifepristone?

15      A.   They do not.  Those numbers can happen by
16 chance, and so it does not give additional information.

17      Q.   So when you talk about evidence and case
18 series, do you only consider case series to have value
19 if they are statistically significant?

20      MR. URANKAR:  Form.

21      THE DEPONENT:  So case series, by definition,
22 do not have statistical significance.  They are
23 observational.  They are not comparing.

24      Q.   (BY MR. RIENZI)  So your view would be the
25 Creinin study is not scientific evidence of anything?

Page 139

1      MR. URANKAR:  Form.

2      THE DEPONENT:  My opinion is that the study,
3 because it was stopped early, did not collect enough
4 evidence to be strong enough to say this is new
5 information that we can use.

6      Q.   (BY MR. RIENZI)  Does the Creinin study
7 provide any information about progesterone?

8      A.   Can you rephrase?

9      Q.   Sure.  I -- and I -- you know, I -- I may be
10 missing the line you're trying to draw for me, right?
11 You're saying it doesn't give strong enough evidence, I
12 think strong enough to conclude or to be statistically
13 significant.

14      And I'm asking, okay, does it give some
15 evidence that a provider might consider, or is your
16 view that it gives no evidence to be considered?
17 I'm -- I'm --

18      A.   Yeah, no.

19      Q.   -- so my question's lousy, but that's what
20 I'm trying to ask you to talk about.

21      A.   No, you're --

22      MR. URANKAR:  Form.

23      THE DEPONENT:  -- good.  And I -- sorry.

24      MR. URANKAR:  Form.

25      MR. RIENZI:  I guess if I say, "My question's

Page 140

1 lousy," you must say "form."  That's fair.

2      THE DEPONENT:  So I guess what I would refer
3 you to -- right? -- is the discussion section of
4 the pap- -- of the paper, which basically goes into,
5 what new information does this give us?  And what they
6 say is really there through Paragraph 1.

7      So no significant difference in side effects
8 and that this study was stopped for safety reasons,
9 highlighting the safety concerns of mifepristone
10 without misoprostol, regardless of what follows.

11      Q.   (BY MR. RIENZI)  Dr. Creinin relied on the
12 Delgado study in setting up his study, correct?

13      A.   He used information from that, yes.

14      Q.   So is it fair to say Dr. Creinin thought
15 there was something you might learn from the Delgado
16 study?

17      MR. URANKAR:  Form.

18      THE DEPONENT:  I can ask him, but -- but, no.
19 I -- I honestly can't speak to his motivation there.

20      Q.   (BY MR. RIENZI)  Okay.  Do you know
21 Dr. Creinin?

22      A.   I do.

23      Q.   How well?

24      A.   We're colleagues.  We -- we certainly know
25 each other by face.  And so that -- it's a -- it's a

Page 141

1 tough question to answer.  Like, we're not besties.
2 But --

3      Q.   Yeah.  How long -- how long have you known
4 him?

5      A.   He is good friends with one of my mentors, so
6 I have known him since I started my fellowship in 2014.

7      Q.   Have you ever discussed this study with him?

8      A.   I have.

9      Q.   When?

10      A.   We had talked about it at a conference a
11 couple of years ago, just as, you know, this question
12 had been coming up across the country.  And I think,
13 you know, we are all on the same page of wanting to do
14 what's best for patients, had really hoped that this
15 would give us a more conclusive answer.

16      And so just kind of talked about it in the
17 context of, you know, really disappointing that they
18 weren't able to safely finish the study.

19      Q.   Do you want progesterone to be able to work
20 to antagonize the effects of misoprostol?

21      A.   One more time.

22      Q.   Would you like to have an agent that you
23 could give the rare woman who changes her mind to
24 reverse the effects of mifepristone?

25      A.   If we could do it safely and effectively, I

## DR. REBECCA COHEN - October 15, 2024

Page 142

1  want to support people in -- in what they want. It
2  just -- we don't have strong evidence to be able to
3  offer it.
4      Q.   Is it your -- your view that progesterone
5  might work, but there's just not enough evidence?
6      A.   So the evidence that we have is not good
7  enough to say that it does work.  The evidence that we
8  have is not good enough to say that it doesn't.  But to
9  offer a treatment as effective, you need to be able to
10  say that it works.
11         The maybes, mights, we looked at a few rats,
12  is not the way that I practice medicine.
13      Q.   So if somebody could prove that it worked,
14  you would be happy to have that in your toolbox for the
15  occasional woman who changes her mind; is that correct?
16      A.   Absolutely.
17      Q.   Have you talked with Dr. Creinin about
18  rerunning his study?
19      A.   I have not.
20      Q.   Have you ever thought of rerunning the study?
21      A.   So we can't, of course, here in Colorado
22  because of the law.  And so it's, you know, not
23  something that I've given a lot of thought to.  I think
24  it's ideal, again, or randomized controlled trials are
25  gold standard, but it's not something that I could do.

Page 143

1         California, if that's the question.
2      Q.   No.  I was looking for the year.
3  January 2020.  So I assume this happened -- the study
4  must have happened in 2019.
5      A.   Yeah.
6      Q.   Yeah.  So in the five years since the Creinin
7  study, have you heard anybody in your field talk about
8  running it again?
9      A.   No.
10      Q.   You saw Dr. Wubbenhorst saying that there's
11  no ethical way to run a study to test progesterone.
12  Did you see that?
13      A.   I did.
14         MR. URANKAR:  Form.
15         THE REPORTER:  Did you say --
16         MR. URANKAR:  I said "form."
17         THE DEPONENT:  I just need to breathe a bit.
18  I'm sorry.
19      Q.   (BY MR. RIENZI)  Do you disagree with
20  Dr. Wubbenhorst on that?
21      A.   I do.
22      Q.   And why?
23      A.   Because of Dr. Creinin's study because that
24  was an ethical manner in order to test it.
25      Q.   You said the numbers were too small for

Page 144

1  statistical significance in the Creinin study.
2      A.   Correct.
3      Q.   And you said they could have been produced by
4  randomness?
5      A.   Yes.  By chance.
6      Q.   What is a P value?
7      A.   So a P value is the, essentially, percent or,
8  kind of, level of threshold to say that these results
9  could have happened by chance, that if the two groups
10  are not actually different, that you would find a
11  result of this magnitude or greater by chance alone.
12      Q.   And you calculated a P value for
13  Dr. Creinin's study, did you not?
14      A.   I did.
15      Q.   And what was that P value?
16      A.   Can you find me a page?  It was above -- it
17  was above .05.  I know that.  It -- it was above our --
18      Q.   .52 sound --
19      A.   -- classic thresholds.
20      Q.   -- right?
21      A.   Uh-huh.
22      Q.   Do we have the latest report?  Or, I forgot
23  which report it's in.  Doctor, it's .52.
24      A.   Thank you.  Appreciate that.
25      Q.   I mean, I will -- we can --

Page 145

1      A.   (Unintelligible; interrupting.)
2      Q.   -- report, and we can get it at a break.  But
3  I don't want to -- I don't want to slow us down.
4      A.   Yeah.
5      Q.   What -- what does the .52 P value that you
6  calculated show?
7      A.   So that there is at least a 50 percent chance
8  that the difference demonstrated between the two groups
9  could have happened by chance alone if the two groups
10  are not, in fact, different.
11      Q.   And what's the name for the test that you
12  were conducting when you figured out P value?
13      A.   Probably chi-square, but I'd have to go back
14  and look.
15         THE REPORTER:  Probably what?  Say that
16  again, slower and louder, please.
17         THE DEPONENT:  Probably a chi-square.  It's
18  c-h-i, hyphen, square, as in the shape.  But I'd have
19  to go back and look.
20      Q.   (BY MR. RIENZI)  We found the right report.
21      A.   Good.
22      Q.   So it'll make it easier.
23      A.   Good.  Oh.  Fisher's exact.  Now I remember.
24  Chi-square for small numbers.
25      Q.   Thank you.  Okay.  So this is Exhibit 1C to

## DR. REBECCA COHEN - October 15, 2024

Page 146

1 the rebuttal report you filed.  You don't have it yet.
2 We're giving it to you.
3    **A.   Thank you.**
4          (Exhibit 91 was marked for identification.)
5    MR. URANKAR:  And that's 91 for the
6 deposition exhibit?
7          THE DEPONENT:  Yes.
8    MR. URANKAR:  Yes?  Okay.  Thank you.
9    Q.   (BY MR. RIENZI)  So your discussion of
10 P value is in the last full paragraph on page 5.
11   **A.   Okay.**
12   Q.   If you just want to take a minute and read
13 that, I'm just going to ask you a question or two about
14 it.
15   **A.   Yep.  Okay.  Yes.**
16   Q.   You said, "The facts noted by Dr. Wubbenhorst
17 are not the same as evidence establishing causation."
18 In the third line to the fourth line there.  Do you see
19 that?
20   **A.   Not in the P value paragraph that I'm looking
21 at.  What page are you on?**
22   Q.   So it's page 5.
23   **A.   Uh-huh.**
24   Q.   The paragraph starts with the number 46 in
25 parentheses.

Page 147

1    **A.   Oh, yes.  Sorry.  I was in the paragraph
2 below that.  Okay.**
3    Q.   Okay.  Sorry.
4    **A.   No.  Gotcha.**
5    Q.   So in the one that starts with 46, in the
6 third line --
7    **A.   Uh-huh.**
8    Q.   -- it says, "The facts noted by
9 Dr. Wubbenhorst are not the same as evidence
10 establishing causation."  Do you see that?
11   **A.   I do.**
12   Q.   Are they evidence suggesting causation?
13   **A.   So this goes back to what we had discussed
14 recently, is that you can say those numbers, and those
15 numbers are true, but the interpretation and what they
16 imply, there is not a proven or even necessarily
17 suggested difference because the numbers are so small.**
18   Q.   Could reasonable doctors disagree with you
19 and think that these numbers suggest some effect?
20        MR. URANKAR:  Form.
21        THE DEPONENT:  I cannot speak for other
22 providers.  I -- yeah.
23   Q.   (BY MR. RIENZI)  Is there any area of your
24 practice in which you've looked at a study of 10 people
25 and thought that it suggested something?

Page 148

1    **A.   That is a great question.  I'm going to say
2 probably not.  I can't conclusively say no, but that is
3 one of the first cautions of statistics is beware of
4 small numbers.**
5    Q.   So now that you've got this document in front
6 of you, we can confirm that you used Fisher's exact
7 statistical test to get the P value of .52; is that
8 right?
9    **A.   Yes.**
10   Q.   Did you do that as a one-tail or a two-tail
11 study?
12   **A.   I would have to go back, but I believe that
13 it's two because the question that I was asking is are
14 they different, not is one better than the other.**
15   Q.   Is there any scientific reason to believe
16 progesterone would make it more likely that
17 mifepristone would end the pregnancy?
18        MR. URANKAR:  Form.
19        THE DEPONENT:  Sorry.  Do you mean placebo?
20 Or do you -- sorry.  Yeah.  If you could restate.
21   Q.   (BY MR. RIENZI)  Is there any scientific
22 reason to think a placebo would be better than
23 progesterone?
24        MR. URANKAR:  Form.
25        THE DEPONENT:  There is not scientific

Page 149

1 evidence that placebo would be better, but there is
2 also not evidence that it would be worse.
3    Q.   (BY MR. RIENZI)  When you say there's a
4 52 percent chance this result is created by chance --
5    **A.   Yes.**
6    Q.   -- that encompasses both a 4-2 win for
7 progesterone and a 4-2 win for placebo; is that
8 correct?
9        MR. URANKAR:  Form.
10       THE DEPONENT:  So, essentially, yes,
11 that is -- that is the -- the hypothesis of chance is
12 that the two groups are the same.  And so, like you had
13 alluded to earlier, a one-tail is specifically, in my
14 mind, one is better, and a two-tail is specifically
15 that the two groups are different.
16   Q.   (BY MR. RIENZI)  And when you say a
17 two-tail's, the two groups are different, you mean that
18 we're looking to see if either one could significantly
19 beat out the other; is that correct?
20   **A.   That is correct.**
21   Q.   But there's no scientific reason to believe
22 placebo could beat out progesterone; is that correct?
23        MR. URANKAR:  Form.
24        THE DEPONENT:  So that question essentially
25 presupposes that progesterone is better.  But where I

## DR. REBECCA COHEN - October 15, 2024

Page 150

1 am coming from is that, looking at how mifepristone,
2 progesterone, how these receptors act, I don't have
3 reason to think that progesterone is better.
4         So I'm starting not from one is better but
5 that the two are the same.
6     Q.   (BY MR. RIENZI)  So in your 52 percent
7 chance, many of those chances would have the placebo
8 doing better, correct?
9     A.   They could.
10    Q.   Only half of them -- if we are doing it by
11 chance, only half of them would have the progesterone
12 doing better; is that correct?
13        MR. URANKAR:  Form.
14        THE DEPONENT:  We're digging deep here.  Yes.
15    Q.   (BY MR. RIENZI)  So your P value really only
16 show a 26 percent chance that progesterone would have a
17 4-2 win over placebo by chance, correct?
18        MR. URANKAR:  Form.
19        THE DEPONENT:  So the -- the statistics
20 underlying -- and I, again, am not living this reality
21 every day -- the statistics underlying them are
22 different, so it's not as easy as, like, cut it in half
23 and roll with it.  It really is -- and -- and to go
24 back to bias, this is a bias that you are saying, from
25 the outset, progesterone is better.

Page 151

1         And I am saying, from the outset, we need to
2 go into this looking like there may be a difference
3 between two of them, keeping that possibility open.
4     Q.   (BY MR. RIENZI)  All right.  I'm trying to
5 apply your statistic to Creinin's results, right?
6     A.   Okay.
7     Q.   So you said there's 52 percent chance this
8 type of result gets produced by randomness.
9     A.   Correct.
10    Q.   And in your 52 percent, some of those are
11 progesterone wins; some of them are placebo wins,
12 correct?
13    A.   Correct.
14    Q.   If it's 52 percent likely that it was created
15 by chance, what's the other 48 percent?
16    A.   That it was not, that the two groups are in
17 some way different in their outcomes.
18    Q.   So your P value suggests that there's a
19 48 percent chance that Creinin's results are the result
20 of differences between progesterone and placebo,
21 correct?
22        MR. URANKAR:  Form.
23        THE DEPONENT:  Correct.
24        MR. RIENZI:  It's 12:31.
25        THE VIDEOGRAPHER:  The time now is 12:31.

Page 152

1 We're off the record.
2         (Break from 12:31 p.m. to 1:18 p.m.)
3         THE VIDEOGRAPHER:  The time now is 1:18.
4 We're back on the record.
5     Q.   (BY MR. RIENZI)  Dr. Cohen, before the break,
6 you were telling me about some conversations you've had
7 with Dr. Creinin.
8     A.   Yes.
9     Q.   And I just wanted to ask, have you had any
10 other discussions with Dr. Creinin about medication
11 abortion reversal?
12    A.   No.
13    Q.   So what you told us before is the -- the
14 total of your discussion with him on the topic?
15    A.   That I recall, yes.
16    Q.   Dr. Cohen says in his article --
17    A.   Oh, are we back to that?  Sorry.
18    Q.   Yes.  But we're not going to linger there
19 long.
20    A.   Okay.
21    Q.   Hang on.  I'll . . .
22    A.   Okay.  Okay.  Got it.
23    Q.   He says, "Additionally, a background rate of
24 pregnancy loss is present regardless of mifepristone
25 treatment."  Is that correct?

Page 153

1     A.   That is correct.
2     Q.   And he says, "In patients with gestational
3 cardiac activity, demonstrated by ultrasonography, at
4 six to 10 weeks," comma, "13.4 percent will
5 spontaneously have an early pregnancy loss."
6     A.   Where are you?
7     Q.   Give me one moment.
8     A.   Oh, I found it.  It's at 163, 164.
9     Q.   Yes.  Thank you.  So the carryover sentence
10 there.  Is Dr. Creinin right about the background
11 pregnancy loss rate?
12    A.   I would say that it varies.  Again, it could
13 be different in different populations, and I've not
14 specifically read that, the cited article.  But that
15 does seem reasonable.
16    Q.   Do you generally treat women in their second
17 trimester who want to maintain their pregnancies?
18    A.   I do as part of my obstetric hospitalist
19 work, not as a complex family planner.
20    Q.   And what about first trimester, if they want
21 to maintain their pregnancies?
22    A.   So, again, some of the people that we see are
23 uncertain, so I'll see them in their con- -- in that
24 context.  I don't provide routine prenatal care.
25    Q.   Do you ever discuss with women what their

## DR. REBECCA COHEN - October 15, 2024

Page 154

1 likelihood of miscarriage is?

2    A.    I do.

3    Q.    And what numbers do you quote them?

4    A.    So I don't really quote numbers. You know,
5 what we know a lot of times about discussions with
6 patients is that most humans are not very good at
7 contextualizing percentages. So I do tend to talk
8 about more general numbers.

9         What I tell people is that, in any pregnancy,
10 there is about a one-in-four risk of miscarriage.
11 Decreases as the pregnancy progresses. But I tell them
12 focusing more on what they need to know, which are the
13 signs and symptoms of miscarriage.

14    Q.    And that's true regardless of whether a
15 woman's taken mifepristone or not, correct?

16    A.    The signs and symptoms?

17    Q.    The miscarriage rates.

18         MR. URANKAR: Form.

19    Q.    (BY MR. RIENZI) I'll --

20    A.    Thank you.

21    Q.    -- I'll go back.

22    A.    Okay.

23    Q.    If someone has taken mifepristone and then
24 decided not to take the misoprostol, there's a chance
25 she'll be able to continue her pregnancy, correct?

Page 155

1    A.    That is correct.

2    Q.    And she will be subject to a similar
3 miscarriage rate going forward that could have nothing
4 to do with mifepristone; is that correct?

5         MR. URANKAR: Form.

6         THE DEPONENT: So you're kind of conflating
7 two ideas. Again, miscarriage is the spontaneous loss
8 of a pregnancy. That rate is increased when someone
9 takes mifepristone.

10    Q.    (BY MR. RIENZI) How do you know that?

11    A.    Because of those early studies looking at
12 people who had taken mifepristone.

13    Q.    When you say that, are you talking about
14 fetal deaths in the first week?

15         MR. URANKAR: Form.

16         THE DEPONENT: First week of what?

17    Q.    (BY MR. RIENZI) First week after
18 mifepristone.

19    A.    So the early studies, I believe, some of 'em
20 did use a week. I think some did look longer.

21    Q.    So you're saying that -- so is it your view
22 that taking mifepristone increases your risk of
23 miscarriage even further down the line, two, three,
24 four weeks out?

25    A.    So I'm thinking of this in a global context

Page 156

1 with the question being, what is the rate of pregnancy
2 loss after mifepristone compared to the rate of
3 pregnancy loss for people who have not taken
4 mifepristone?

5         The rate of pregnancy loss among people who
6 have taken mifepristone is higher than the rate of
7 pregnancy loss among people who have not.

8    Q.    Understood. There's -- there's a class of --
9 withdraw the question. You spoke earlier about a
10 percentage of situations in which mifepristone does not
11 lead to a full abortion. Do you recall that?

12    A.    I do.

13    Q.    Would it be fair to call those mifepristone
14 failures?

15    A.    So talking about success and failure in this
16 context gets very confusing very quickly, so I would
17 rather stay with the facts and talk about ongoing
18 pregnancy after mifepristone.

19    Q.    Let's say I want to go with ongoing pregnancy
20 more than two weeks after taking mifepristone.

21    A.    Yeah.

22    Q.    Do you have any studies that tell you a
23 miscarriage rate for people who are more than two weeks
24 out from mifepristone but still have an ongoing
25 pregnancy?

Page 157

1    A.    So there have been studies, but they are
2 low-quality evidence.

3    Q.    But they're still evidence.

4    A.    They're evidence that may or may not answer
5 the question that you are asking because it comes back
6 to apt comparisons, and so the Bernard study that I
7 referred to did look at people whose pregnancies
8 continued more than two weeks after mifepristone to
9 look at the longer-term outcomes.

10         That does not tell us how many people's
11 pregnancy continued for more than two weeks after
12 mifepristone 'cause we don't know how many started.

13    Q.    What is the miscarriage rate if someone's --
14 what is the miscarriage rate if a pregnancy is ongoing
15 at two weeks out?

16    A.    I don't know. I can -- I can give you, you
17 know, what we found in reviewing the charts, but that
18 is not a global representation.

19    Q.    Okay. And just so I'm clear, you also said
20 before the break that -- did you say it would be ideal
21 to be able to rerun the Creinin study? I don't want to
22 put words in your mouth. I --

23    A.    So it's -- it's a -- kind of two questions in
24 one, right?

25    Q.    Yeah.

## DR. REBECCA COHEN - October 15, 2024

Page 158

1     A.   That is the evidence that would be ideal. I
2 don't think it's ideal to rerun something where there
3 are demonstrated safety concerns.
4     Q.  So is your view that nobody should try to
5 rerun that study?
6         MR. URANKAR:  Form.
7         THE DEPONENT:  It's hard, right?  Like, this
8 is where talking about what is research and what is
9 clinical care becomes very important because the
10 balance and risks -- of risks and benefits are
11 different.
12     Q.  (BY MR. RIENZI)  Do you think it would be
13 ethical to rerun the Creinin study?
14     A.   I think there are ways that it could be done.
15     Q.  But your understanding is it would be illegal
16 to do that in Colorado, correct?
17     A.   Correct.
18     Q.  In Paragraph 17 of your report -- if I can
19 get you back to your report.
20     A.   First one or second one?
21     Q.  The -- the big one.
22     A.   Got it.  Okay.  Found it.  Okay.  Gotcha.
23     Q.  And I apologize.  I need a moment because I
24 need to find it.  That's Exhibit 84 is what I mean.
25     A.   Yes.

Page 159

1     Q.  Paragraph 17 of that report, you say,
2 "Overwhelming scientific evidence has established
3 mifepristone already outcompetes the body's naturally
4 high levels of progesterone during pregnancy."  Do you
5 see that?
6     A.   I do.
7     Q.  Is that sentence true?
8     A.   To the best of my knowledge, yes.
9     Q.  Okay.  Can you tell me what the overwhelming
10 scientific evidence you're pointing to there is?
11     A.   So those are the studies looking at the
12 strength of the binding to the receptor and the length
13 of time that mifepristone stays present in the body.
14     Q.  You view those studies as overwhelming
15 scientific evidence?
16     A.   Short of a randomized controlled trial, I
17 think that is some of the best evidence we're going to
18 get in this area of knowledge.
19     Q.  You view it overwhelming?
20     A.   Best we got.
21     Q.  Do you think there's a difference between
22 "overwhelming" and "best we got"?
23     A.   I do.  That's why we are here today.
24     Q.  So do you think it's not overwhelming?
25     A.   I think it is fair to say that that was

Page 160

1 probably a bit of an overreach.
2     Q.  The studies you're referring to are not
3 in vivo studies, correct?
4     A.   Correct.
5     Q.  They are in vitro studies?
6     A.   Correct.
7     Q.  They are assays run outside of a human body?
8     A.   That is correct.
9     Q.  Direct you to Exhibit M of your report, which
10 is the Heikinheimo article.
11     A.   Yes.
12     Q.  Are you familiar with that article, Doctor?
13     A.   I am.
14     Q.  Heikinheimo cautions against drawing
15 conclusions from his assays about how mifepristone will
16 function in the whole organism; is that correct?
17     A.   Can you describe the specific part of --
18     Q.  Sure.  So what I'm looking at is on
19 page 283 --
20     A.   Uh-huh.
21     Q.  -- in the right-hand column --
22     A.   Uh-huh.
23     Q.  -- just below the halfway point.  So the
24 paragraph starts, "Comparatively, little is known."
25     A.   Yes.

Page 161

1     Q.  And I'm particularly focused on the "however"
2 sentence, which I'll give you a chance to get to before
3 I say it into the record.
4     A.   Yup.  Go ahead.
5     Q.  So Heikinheimo writes, "However," comma, "it
6 must be kept in mind that competition studies performed
7 at 0 minus plus 4 degrees Celsius in self reconditions
8 do not necessarily correctly reflect the situation at
9 plus 37 degrees Celsius and in the whole organism."  Do
10 you see that sentence?
11     A.   I do.  And that is referring to a different
12 type of receptor.
13     Q.  What is it referring to?
14     A.   So that is looking at the glucocorticoid
15 receptors rather than the progesterone receptors.
16     Q.  Is the same caution applicable to looking at
17 the progesterone receptors?
18     A.   It may be.  I don't know for sure.  Could you
19 also correct that as 02 plus 4, not 0 minus plus 4.
20 Thank you.
21     Q.  Thank you.  I didn't know how to read that.
22 I appreciate that.
23     A.   Yes.
24     Q.  If you look immediately to the left of that
25 sentence, Doctor, there's another sentence I want to

DR. REBECCA COHEN - October 15, 2024

Page 162

1 direct your attention to.

2    A.    Uh-huh.

3    Q.    It begins, "In general."

4    A.    Yes.

5    Q.    "In general, the receptor binding ability of

6 the steroid gives an indication although not proof of

7 its biological activity."  Do you agree with that

8 sentence?

9    A.    I think that is a valid caution anytime that

10 we are talking about an in vitro study, yes.

11    Q.    So you've given an opinion in this case that

12 mifepristone out-competes progesterone, correct?

13    A.    Correct.

14    Q.    And that opinion is based on Heikinheimo,

15 correct?

16    A.    Correct.

17    Q.    Is it based on anything else?

18    A.    So it is based on essentially the lack of

19 evidence for progesterone outcompeting mifepristone.

20    Q.    Why do you say "binding affinity matters" --

21 I'm sorry.  I -- I should -- I think you've said that

22 elsewhere.  But let me ask you the question.  Does

23 binding affinity matter?

24    A.    It does.

25    Q.    Why?

Page 163

1    A.    So binding affinity is how tightly a

2 substance attaches to the receptor, and that binding

3 strength lets us know, essentially, how likely it is

4 that it will, you know, fall off the receptor, be

5 knocked off the receptor.  So that -- that gives us an

6 indication to the strength and duration of its action.

7    Q.    Are strength and duration the same, or are

8 they different?

9    A.    They are different so I use different words.

10    Q.    Binding affinity tells you about strength or

11 duration or both?

12    A.    So they are often related.  Binding affinity,

13 if I recall correctly, is more closely associated with

14 strength.

15    Q.    And the binding affinity tests that you're

16 aware of, again, are these in vitro assays?

17    A.    Correct.

18    Q.    Is it right that there are no known tests in

19 actual human beings?

20    A.    Can you rephrase?

21    Q.    There are no known binding affinity tests in

22 human beings.

23            MR. URANKAR:  Form.

24            THE DEPONENT:  Those are not, to the best of

25 my understanding, practical or possible.  So they are

Page 164

1 not, that I know of.

2    Q.    (BY MR. RIENZI)  The in vitro study in

3 Heikin- -- Heikinheimo included donations of cells from

4 several different people; is that correct?

5    A.    That is correct.

6    Q.    Did any of those cells include endometrial

7 tissue from a pregnancy woman?

8    A.    Let me verify but I don't believe so.

9            No.

10    Q.    And your theory that mifepristone

11 out-competes progesterone, I think you told me, is

12 based on two things.  One is the binding affinity

13 assays, and if I heard you right, the other is the

14 absence of evidence showing progesterone out-competes

15 mifepristone.  Is that a correct statement of your

16 view?

17            MR. URANKAR:  Form.

18            THE DEPONENT:  I would say, first of all,

19 that it is -- it is not a theory.  It's my

20 interpretation of the available evidence.  But, yes,

21 that is correct, from the in vitro studies and the lack

22 of evidence in practice and in the literature.

23    Q.    (BY MR. RIENZI)  And I think you said earlier

24 the evidence in practice doesn't show -- strike that

25 question.  You don't believe that the evidence in

Page 165

1 practice shows that mifepristone definitely does

2 outcompete progesterone, do you?

3            MR. URANKAR:  Form.

4            THE DEPONENT:  Yeah.  If you could rephrase,

5 please.

6    Q.    (BY MR. RIENZI)  So you've talked about the

7 evidence before, and I think I understand you to be

8 saying that you see an absence of evidence that

9 progesterone can outcompete mifepristone; is that fair?

10    A.    That is fair.

11    Q.    Is it fair also to say that there's an

12 absence of evidence that mifepristone out-competes

13 progesterone?

14    A.    So there is not.  That is what this in vitro

15 shows is that mifepristone out-competes progesterone.

16    Q.    Other than these in vitro studies, is there

17 evidence of that?

18    A.    Not to my knowledge.  Actually, that's a lie.

19 The fact that mifepristone and misoprostol worked on a

20 pregnancy is, in part, evidence that mifepristone

21 out-competes progesterone.

22    Q.    But they are not evidence that mifepristone

23 would necessarily outcompete exogenous additional

24 progesterone, correct?

25    A.    So, correct.  So exogenous progesterone is

DR. REBECCA COHEN - October 15, 2024

Page 166

1 not studied in those circumstances.
2     Q.    I think you mentioned earlier that
3 mifepristone has a high first pass metabolism; is that
4 right?
5     A.    You had mentioned that, yes.
6     Q.    And you agreed with it?
7     A.    Yes.
8     Q.    Heikinheimo makes an estimate -- and so this
9 is just above the halfway point in the right-hand
10 column of 223.
11     A.    Okay.
12     Q.    Heikinheimo makes an estimate of the
13 contribution of the prevailing metabolite pool. And so
14 the sentence, it's just before the paragraph that
15 starts, "Comparatively little." So just before that
16 paragraph.
17         It says, "The theoretical contradiction of
18 the prevailing metabolite pool to the anti
19 progestational activity of RU-486 after ingestion of
20 100 milligrams of RU-486 amounts to about 23 percent at
21 one hour but as high as 33 percent at 24 hours." Do
22 you see that sentence?
23     A.    I do.
24     Q.    Do you understand the sentence?
25     A.    I do.

Page 167

1     Q.    Can you tell me what he's saying?
2     A.    Yes. So, essentially, it is of the amount of
3 activity against progesterone, whatever that may be.
4 Most of that throughout that whole time period is from
5 mifepristone or RU-486 itself.
6         As those percentages of mifepristone decrease
7 slightly in the bloodstream and the levels of the
8 metabolites rise, because they are higher levels of
9 metabolites, they contribute relatively more of the
10 effect at later time periods.
11     Q.    Why do higher levels of metabolites
12 contribute more?
13     A.    Because there are more of them.
14     Q.    Do the metabolites of mifepristone bind to
15 the progesterone receptor better or worse than
16 progesterone?
17     A.    They --
18         MR. URANKAR:  Form.
19         THE DEPONENT:  They have a lower affinity
20 than progesterone.
21     Q.    (BY MR. RIENZI)  Does that mean that they
22 bind worse than progesterone?
23         MR. URANKAR:  Form.
24         THE DEPONENT:  Less strongly, correct.
25     Q.    (BY MR. RIENZI)  So in competition between

Page 168

1 progesterone and the metabolites, what would you
2 expect?
3     A.    So in competition directly with progesterone,
4 I would expect that more progesterone would bind,
5 although it would not be complete.
6     Q.    And did you say earlier that mifepristone
7 binds and then releases and then rebinds sometimes?
8     A.    Yes. So that is part of how, like, receptors
9 and their substances interact is that it is dynamic and
10 not static.
11     Q.    When the mifepristone comes off, could
12 progesterone get in?
13     A.    It's possible, yes.
14     Q.    When you said more of the pep- -- more of the
15 metabolites means they can have a greater impact, would
16 the same be true of progesterone?
17     A.    So not more of an impact; a greater share of
18 the role of the impact, so that -- that statement that
19 you had read earlier doesn't talk about the overall
20 activity; it talks about shares of activity.
21     Q.    But the metabolites have a higher share of
22 activity because there are more of them in the
23 bloodstream; is that correct?
24     A.    That's my understanding, yes.
25     Q.    Can you take a look at Table 1 on page 282 of

Page 169

1 the Heikinheimo article --
2     A.    Yes.
3     Q.    -- on the top right.
4     A.    I see it.
5     Q.    Is it fair to say that progesterone has more
6 than twice the binding affinity of the metabolite
7 RU-42633?
8     A.    Relative, yes.
9     Q.    What do you mean by "relative"?
10     A.    So the relative affinity is the way that they
11 define that, that they're setting mifepristone as,
12 essentially, the baseline and everything else in
13 relation to that.
14     Q.    Is it not true that the binding affinity of
15 RU-42633 is less than half the binding affinity of the
16 progesterone --
17     A.    Correct.
18     Q.    -- as you understand it?
19     A.    Yes.
20     Q.    Yes, that is correct, or --
21     A.    Yes.
22     Q.    -- yes, it's not true?  I'm sorry.  I asked a
23 twisted question.  So you've explained relative
24 affinity, which I appreciate.
25     A.    Yes.

DR. REBECCA COHEN - October 15, 2024

Page 170

1    Q.    Okay.  So thank you.

2    A.    Sorry.

3    Q.    And I'm just trying to understand, in light

4 of what you've explained about relative affinity, is it

5 still correct to look at this chart and read it to be

6 saying RU-42633 has a little less than half the binding

7 affinity of progesterone?

8    A.    That is correct.

9    Q.    Okay.  And RU-42698 has about a third the

10 binding affinity of progesterone?

11    A.    Yes.

12    Q.    And RU-42848 has little more than a fifth the

13 binding affinity of progesterone?

14         (Ms. Hunt left the room at 1:42 p.m.)

15         THE DEPONENT:  Yes.

16    Q.    (BY MR. RIENZI)  And those are the

17 metabolites that Heikinheimo says make up about

18 33 percent of the anti-progestational activity of

19 RU-486, correct?

20    A.    Yes.

21    Q.    What do we know about binding affinity in

22 rats from mifepristone?

23    A.    I would have to look.  I know it is different

24 than that of humans, but I don't recall in which

25 direction.

Page 171

1    Q.    What do we know about whether progesterone

2 can counteract the effect of mifepristone in rats?

3    A.    So there have been two studies that I recall

4 that showed higher rates of ongoing pregnancy in rats

5 who had received progesterone after mifepristone versus

6 rats who had received placebo after mifepristone.

7    Q.    Is that scientific evidence that progesterone

8 can antagonize the effects of mifepristone?

9    A.    Can you rephrase?

10    Q.    Are those animal studies scientific evidence

11 that progesterone can antagonize the effects of

12 mifepristone?

13    A.    What I'm finding difficulty interpreting is

14 your use of "antagonize."  So that is where I

15 need clarification.

16    Q.    Would "counteract" work better for you?

17    A.    Maybe.

18    Q.    Well, I -- I want to ask a question that you

19 can answer.

20    A.    Yeah.

21    Q.    So I -- I want to find one you can answer.

22    A.    I mean, and I think that -- that is where I

23 struggle, is -- is I have told you the facts as I

24 understand them and that the rates of ongoing pregnancy

25 were higher.  But I can't say because, again, like, we

Page 172

1 didn't look at it -- at this receptor level of, why is

2 that action occurring, and I think that's the question

3 that you're asking.

4    Q.    As a physician, do you ever take into account

5 animal studies when thinking about whether a treatment

6 might work?

7    A.    I know that animal studies can lay the

8 groundwork, but there have been numerous animal studies

9 over the years that have proven misleading.  And so as

10 standalone evidence, I do not use them when I'm

11 considering treating a person.

12    Q.    But as part of your evidence, could you use

13 that as treating a person?

14    A.    It is often in literature as evidence.  So

15 as, again, part of a whole universe of evidence, it may

16 be considered, but it -- that alone or even,

17 essentially, that part of the known universe of

18 evidence is not what I use.

19    Q.    But animal studies can be evidence?

20    A.    Animal studies can be evidence yes.

21    Q.    In your -- I want to say "theory," but --

22 but --

23    A.    But I don't like that.

24    Q.    You don't like that.  So I'm trying to come

25 up with a different word for "theory."  In your

Page 173

1 understanding of the way the world works, is it fair to

2 say you think there's a connection between binding

3 affinity and the ability of the exogenous progesterone

4 to help counteract the effects of mifepristone?

5    A.    So I think that is part of understanding why

6 exogenous -- exogenous progesterone may or may not

7 work, and the binding affinity of mifepristone to the

8 receptor is theoretical evidence of why it may not.

9    Q.    But it's only theoretical?

10    A.    So it is part of kind of building those --

11 those blocks, yes.

12    Q.    If it turns out mifepristone has higher

13 binding affinity in rats than progesterone, but that

14 progesterone can still counteract the effects of

15 mifepristone, would that impact your thinking about how

16 it might work in humans at all?

17         MR. URANKAR:  Form.

18         THE DEPONENT:  It would be something to

19 consider.

20    Q.    (BY MR. RIENZI)  Can you turn to Paragraph 31

21 of your report, please.  This is your discussion of the

22 DeBeasi study.

23    A.    Too many papers.  Okay.

24    Q.    I apologize.

25    A.    You are -- you are good.  You said 31?

## DR. REBECCA COHEN - October 15, 2024

Page 174

1    Q.    Yeah.  So it's Paragraph 31 and DeBeasi
2    should be Exhibit O on the stack that you have there.
3    **A.    Yes.  Okay.**
4    Q.    Why do you say in your report that the
5    Linacre Quarterly, L-i-n-a-c-r-e, is a publication from
6    the Catholic Medical Association?
7    **A.    So that is part of understanding context and**
8    **potential bias.**
9    Q.    How so?
10    **A.    It is important to understand where someone's**
11    **context is, so how do they value certain things, what**
12    **do they find important, what do they consider**
13    **acceptable in terms of outcomes, risk, evidence, and**
14    **what other kind of things are discussed in the same**
15    **field.**
16    Q.    And how do you think that applies to
17    Mr. DeBeasi's study?
18    **A.    So what I think in reading it is that there**
19    **is potential evidence of bias in that he sets out a**
20    **goal in mind of proving that progesterone therapy after**
21    **mifepristone is supported by available evidence.**
22    Q.    And you think that's because the
23    publication's from a Catholic entity?
24    **A.    So I think that is part of the context.  I**
25    **think it's also relatively upfront in the article**

Page 175

1    itself.
2    Q.    Is that the same reason you point out that
3    the stated purpose of the Catholic Medical Association
4    is to promote the principles of the Catholic faith in
5    the science and practice of medicine?
6    **A.    I think it's important because when we're**
7    **talking about standards of care in medical practice,**
8    **it's important that they be appropriate for anyone of**
9    **any religious faith to practice.**
10    Q.    In your discussion of other articles, you
11    didn't tell us anything about the background ideas or
12    principles of the organizations, whether they support
13    abortions and things like that.  Why?
14    **A.    I think Dr. Wubbenhorst did, so it was**
15    **already established.  And I guess it's because that is**
16    **what I'm used to.  So the articles that I cited are**
17    **from kind of more wide-standing medical journals that**
18    **apply more broadly to the OB-GYN field.**
19    Q.    Many of them are from organizations that
20    support the right to an abortion; is that correct?
21    **A.    Which are you referring to specifically?**
22    Q.    ACOG.
23    **A.    Yes.**
24    Q.    The Journal of Contraception.
25    **A.    Okay.**

Page 176

1    Q.    Do you think it's important for the reader to
2    be alerted to that when analyzing the articles you
3    cite?
4    **A.    I think it's fair.**
5    Q.    But you didn't point it out in your report?
6    **A.    That is probably true.**
7    Q.    You also mentioned that DeBeasi went to a
8    Catholic university.  Why is that relevant?
9    **A.    So I think when someone is getting a degree**
10    **in bioethics, there are many frameworks for ethics, and**
11    **it's important to understand what framework they**
12    **trained in.**
13    Q.    Do nonreligious schools have frameworks for
14    their bioethics?
15    **A.    They do.**
16    Q.    Did the school you went to have a framework
17    for its bioethics?
18    **A.    So my master's is in epidemiology.  I do not**
19    **have a degree in bioethics.**
20    Q.    Do you have criticisms of Mr. DeBeasi's
21    methodology?
22    **A.    I do.**
23    Q.    And what are they?
24    **A.    So, you know, as my readings here suggest,**
25    **there are -- there's a lot of weight given to the case**

Page 177

1    **series without acknowledging the flaws in them and**
2    **equal weight given to much smaller studies, essentially**
3    **building a base of evidence that appears stronger than**
4    **it is.**
5    Q.    But you don't disagree with his description
6    of any of those studies, do you?
7    **A.    So the thing that I disagree with -- so I**
8    **think that they discount -- he discounts -- excuse**
9    **me -- a lot of what Zhang did to verify ongoing**
10    **pregnancy without ultrasound and their criticism of**
11    **the -- so page -- it says 17, but it's cut off, so I'm**
12    **actually not sure -- 74, maybe -- the Value and Sagar**
13    **(phonetic) article that they quote, that figure**
14    **actually shows the exact opposite of what he claims.**
15    **So left hand -- so under Table 2, page --**
16    **looks like 6, the top paragraph, last sentence is**
17    **incorrect.**
18    Q.    "Six treatment groups used mifepristone"?
19    Or, no.  I'm sorry.  Table 2.  So the sentence you're
20    saying is incorrect is on page 6, and it's their
21    research demonstrated that high progesterone
22    concentrations can trigger mifepristone disassociation
23    from uterine progesterone receptors?
24    **A.    Correct.**
25    Q.    That's the one?

DR. REBECCA COHEN - October 15, 2024

Page 178

1    A.    That is wrong.

2    Q.    And why is that wrong?

3    A.    So that looks at, again, like the rate of
4 disassociation over time. Again, you know, strength,
5 duration, affinity. And the progesterone, even when
6 they had 1,000-to-1 concentration of progesterone to
7 mifepristone, the mifepristone stayed on their
8 receptors longer than progesterone itself did.

9    Q.    And you think that evidence matters?

10    A.    I do.

11    Q.    Why?

12    A.    Can you clarify?

13    Q.    Why does that evidence you just gave us about
14 the progesterone receptors matter?

15    A.    Because that theory is the basis for why
16 people think progesterone works, and it doesn't.

17    Q.    And in what animal was that study done?

18    A.    So that was rats.

19    Q.    And you think it matters?

20    A.    I think it's very important if you're
21 building something based on a theory, and your
22 interpretation of that theory is wrong.

23    Q.    Does that also make it very important that,
24 in rats, progesterone seems about to be able to
25 counteract the effect of mifepristone?

Page 179

1         MR. URANKAR: Form.

2         THE DEPONENT: So there can be definitely
3 inconsistencies between theory and practice. If we
4 know what's happening at the receptor level, that gives
5 us an indication that adding additional progesterone
6 does not counteract mifepristone.

7         Pregnancy in humans and pregnancy in rats is
8 different enough that pregnancy outcomes in rats are
9 not directly transferable to pregnancy outcomes in
10 humans.

11    Q.    (BY MR. RIENZI) But you think binding
12 affinity outcomes in rats are directly transferable to
13 humans?

14    A.    I think that is much easier to say this
15 theory is efficable (sic) than to say that looking at
16 pregnancies in rats is equal to pregnancies in humans.

17    Q.    But if binding affinity controlled in rats,
18 progesterone should not work; is that correct?

19    A.    One more time.

20    Q.    If binding affinity controls in rats, then
21 progesterone should not work to counteract the effects
22 of mifepristone?

23    A.    What do you mean by "controls"?

24    Q.    If the binding affinity that you just cited
25 us about rats shows that mifepristone can't be

Page 180

1 overcome, then progesterone should not work to
2 counteract the effects of mifepristone in rats?

3         MR. URANKAR: Form.

4         THE DEPONENT: Sorry. I -- I think I'm
5 following, but I just want to make sure --

6    Q.    (BY MR. RIENZI) Yeah. Let me -- let me try
7 to put it in -- in small steps.

8    A.    Thanks.

9    Q.    You've got a theory in this case about what
10 happens in humans.

11    A.    Correct.

12    Q.    And as I understand your theory, that theory
13 is based in part on high binding affinity means
14 progesterone cannot outcompete mifepristone.

15    A.    Yes.

16    Q.    Okay. And I'm now asking you whether we can
17 look at rats and learn anything about your theory --

18    A.    Ah.

19    Q.    -- by the fact that rats show high binding
20 affinity for mifepristone but also seem to show that
21 progesterone can outcompete mifepristone.

22    A.    Right. And my essentially reasoning that you
23 can't draw a straight line between those two is the
24 structure of pregnancy in rats is very different than
25 the structure of pregnancy in humans -- the timing, the

Page 181

1 way that the pregnancies occur, the shape and size of
2 the uterus, all of those things have an impact.

3    Q.    If a woman had started a procedural
4 abortion -- so if you had started a procedural abortion
5 on a patient --

6    A.    Yes.

7    Q.    -- and she changed her mind, would you stop
8 the procedure?

9    A.    So that would depend on what point she
10 changed her mind. Again, you know, my -- my practice
11 and the standard of care is to really ensure that
12 someone is prepared to see an abortion process through,
13 start to finish, before you start.

14         If we were at a place where stopping the
15 procedural abortion had not yet harmed the pregnancy, I
16 would stop. If we were at a place where stopping would
17 risk her health or the pregnancy was no longer viable,
18 the safest thing to do would be to continue.

19    Q.    Have you had that happen in your career?

20    A.    I have had a couple of times people start an
21 abortion in the second trimester, where everything does
22 not happen all at once, where we placed dilators for
23 opening the cervix to make the procedure safer the next
24 day, and they change their minds.

25    Q.    And what do you do when they change their

## DR. REBECCA COHEN - October 15, 2024

Page 182

1 minds?

2    A.   So at that point we remove the dilators and
3 give them cautions about risks of continuing the -- the
4 pregnancy.

5    Q.   What are the risks of continuing a pregnancy
6 after removal of dilators?

7    A.   So the biggest risk is premature delivery.
8 So, essentially, as the cervix has started to open,
9 there is a risk of premature labor and delivery,
10 including before the fetus can survive outside of the
11 uterus.  There is a risk of hemorrhage and of
12 infection.

13    Q.   Do you view those risks as significant?

14    A.   I do, which is why I do counsel people, if
15 they are uncertain, the safest thing to do is not to
16 place the dilators.

17    Q.   Are those risks greater than the risks of
18 taking progesterone?

19    A.   They are not comparable because it is not the
20 same situation.

21    Q.   Are those risks riskier --

22        MR. URANKAR:  Form.

23    Q.   (BY MR. RIENZI)  -- than taking progesterone?

24        MR. URANKAR:  Form.

25        THE DEPONENT:  So I think you are equating,

Page 183

1 again, two things that are not equal.  The equivalent
2 of removing the cervical dilators would be taking
3 mifepristone and not taking misoprostol.

4    Q.   (BY MR. RIENZI)  Which is riskier between
5 those two that you just gave me?

6    A.   So the risk profile is different.  As the
7 pregnancy progresses, as someone is later in pregnancy,
8 because the pregnancy itself is larger, the risks of
9 heavier bleeding or of other maternal health
10 complications are higher, but those are two distinct
11 circumstances, and you can't say which is worse because
12 we're not starting at the same place.

13    Q.   You don't think you can compare the risks of
14 different procedures?

15    A.   I don't think --

16        MR. URANKAR:  Form.

17        THE DEPONENT:  -- it's an appropriate
18 comparison.

19    Q.   (BY MR. RIENZI)  Could you compare abortion
20 to colonoscopies?

21    A.   Could you explain?

22    Q.   Could you compare the risks of abortion with
23 the risks of colonoscopies?

24    A.   I'm also not a GI doc, so I can't speak very
25 clearly to the risks of colonoscopies.

Page 184

1    Q.   Could you compare the risks of abortion to
2 vasectomies?

3    A.   I also don't do those.  I think what you are
4 asking me to do is to compare two things that are not
5 similar, with the goal of saying potentially that one
6 is more dangerous than the other.

7    Q.   Yes.

8    A.   I don't think that it is appropriate to
9 compare two dissimilar things as a head-to-head.

10    Q.   What's more dangerous, having osmotic
11 dilators removed or taking progesterone?

12        MR. URANKAR:  Form.

13        THE DEPONENT:  I do not think that's an
14 appropriate comparison.

15    Q.   (BY MR. RIENZI)  Can you not answer?

16    A.   I'm choosing not to answer.  I don't think
17 it's an appropriate comparison.

18    Q.   Do you not know which is more dangerous to
19 the patient's health?

20        MR. URANKAR:  Form.

21        THE DEPONENT:  I wouldn't use them as options
22 for treatment for the same thing, so I do not think
23 it's appropriate to compare them.

24    Q.   (BY MR. RIENZI)  So I understand that you
25 wouldn't -- you know, that they're not things you do

Page 185

1 for the same patient in the same circumstance.

2    A.   Thank you.

3    Q.   But do you not have the ability to compare
4 the risk profiles of two different treatments like
5 that?

6    A.   So they're not similar treatments.

7    Q.   I understand.

8    A.   And so I do not think it's appropriate to
9 compare them.

10    Q.   You can't compare the risk profiles of
11 treatments that are different?

12    A.   I don't think it's appropriate.

13        MR. URANKAR:  Form.

14    Q.   (BY MR. RIENZI)  You don't think it's
15 appropriate, but you can do it; is that true?

16        MR. URANKAR:  Form.

17        THE DEPONENT:  I can state the risk profiles
18 of both those actions.  I do not think it's appropriate
19 to compare them.

20    Q.   (BY MR. RIENZI)  Why is it not appropriate to
21 compare them?

22    A.   So what you are -- what you are asking is is
23 what is the risk profile of removing dilators.  That is
24 one action that someone who has them placed may choose
25 to take, versus continuing with the abortion procedure.

DR. REBECCA COHEN - October 15, 2024

Page 186

1 The other is progesterone, which, as you have

2 mentioned, can be used in many different circumstances.

3     So, you know, I can tell you what an apple

4 is. I can tell you what an orange is. It is not

5 appropriate to compare them.

6     Q. So could you tell me what is riskier for a

7 patient, giving her progesterone after mifepristone or

8 performing a procedural abortion?

9     MR. URANKAR: Form.

10     THE DEPONENT: So the tremendously important

11 caveat to that is what is the desired outcome. I would

12 not do an abortion on someone who wanted to be

13 pregnant. I wouldn't give progesterone when there's

14 not strong evidence that it is better than carefully

15 watching someone if they choose to take mifepristone

16 and not misoprostol.

17     Q. (BY MR. RIENZI) You're telling me about the

18 benefits of the two treatments we're talking about.

19     A. Absolutely.

20     Q. I'm asking you to compare their safety

21 profiles.

22     A. Yes.

23     Q. Can you not tell me whether taking

24 progesterone is safer or less safe than undergoing a

25 surgical abortion?

Page 187

1     MR. URANKAR: Form.

2     THE DEPONENT: What I can tell you is that

3 when we are talking to patients about medical

4 treatment, the three key points are the risks, the

5 benefits, and the alternatives. We have not

6 established the benefit of progesterone, so the other

7 two are not valid because there's no reason to give the

8 progesterone.

9     Q. (BY MR. RIENZI) I'm asking you to focus on

10 the risks of both.

11     A. Yes.

12     Q. Focusing on the risks only, can you compare

13 the risks of taking progesterone after mifepristone

14 with the risks of taking abortion?

15     MR. URANKAR: Form.

16     THE DEPONENT: It's not appropriate.

17     Q. (BY MR. RIENZI) Do you not know whether one

18 is riskier?

19     MR. URANKAR: Form.

20     THE DEPONENT: What I'm saying is that this

21 is an important comparison only in the context of other

22 things being equal. They are not the same and it is

23 not appropriate to compare them head-to-head.

24     Q. (BY MR. RIENZI) Can the risk of progesterone

25 after mifepristone be compared with anything?

Page 188

1     MR. URANKAR: Form.

2     THE DEPONENT: So I would say the appropriate

3 comparison is the risk of progesterone after

4 mifepristone with the risk of expectant management

5 after mifepristone.

6     Q. (BY MR. RIENZI) Which is more dangerous?

7     MR. URANKAR: Form.

8     THE DEPONENT: So right now, we don't have

9 strong safety profiles for either.

10     Q. (BY MR. RIENZI) Can you compare the risk of

11 taking progesterone after mifepristone with the risk

12 of taking misoprostol after mifepristone -- I'm sorry.

13 Withdraw the question. Can you compare the risk of

14 taking progesterone after mifepristone with the risk

15 of taking misoprostol after mifepristone?

16     A. I think that is fair. Both of those are

17 courses of action that someone could take after

18 mifepristone. So for someone that, you know, again,

19 chooses to continue the pregnancy, I would not offer

20 progesterone. I don't have evidence that it works

21 better than nothing.

22     Overall, progesterone is safe, but there are

23 side effects, and those side effects weighed against no

24 benefit is a balance against the intervention. For

25 someone who takes misoprostol after taking

Page 189

1 mifepristone, their goal is to end the pregnancy, and

2 they have over a 95 percent chance of meeting that goal

3 with side effects along the way as bleeding, cramping,

4 fever or chills, nausea or vomiting.

5     Q. Hemorrhaging?

6     A. Bleeding.

7     Q. Hemorrhaging?

8     A. There is risk of hemorrhage, yes, but there

9 is a risk after mifepristone with placebo or

10 progesterone as well.

11     Q. There's no known -- there's no known case of

12 hemorrhaging after progesterone after mifepristone,

13 correct?

14     MR. URANKAR: Form.

15     THE DEPONENT: Incorrect.

16     Q. (BY MR. RIENZI) Which one's known?

17     A. I'm sorry?

18     Q. Which one is known?

19     A. So Dr. Creinin had one. There is one in the

20 Bella case. That's two.

21     Q. So the one in the Creinin case did not

22 require any treatment at the emergency room, correct?

23     A. Correct. But that was not your question.

24     Q. Okay. Are you able to compare just the

25 safety profiles and not the effectiveness profiles of

## DR. REBECCA COHEN - October 15, 2024

Page 190

1 misoprostol after mifepristone with progesterone after
2 mifepristone?

3    **A.    What specifically do you mean by "safety"?**

4    Q.    Which is more dangerous to the patient?

5        MR. URANKAR:  Form.

6        THE DEPONENT:  So at least with the numbers
7 that we have, the hemorrhage risk with progesterone is
8 higher than the hemorrhage risk with misoprostol.

9    Q.    (BY MR. RIENZI)  And it's your testimony
10 under oath that progesterone is the cause of that
11 hemorrhage?  I'm sorry.  I -- let me rephrase the
12 question.  Is it your view that the progesterone is the
13 causing -- is the cause of that hemorrhaging?

14    **A.    I cannot --**

15        MR. URANKAR:  Form.

16        THE DEPONENT:  -- speak to cause.

17    Q.    (BY MR. RIENZI)  You have no idea as a doctor
18 what causes the hemorrhaging in that circumstance?

19        MR. URANKAR:  Form.

20        THE DEPONENT:  I can't speak to cause --
21 right? -- because it happened, but we don't have an
22 idea of what would happen in its absence.  There were
23 people that hemorrhage with placebo, there were people
24 who hemorrhaged with progesterone, so on the face of
25 that, I can't say.

Page 191

1    Q.    (BY MR. RIENZI)  You don't have a view as to
2 whether the hemorrhaging was caused by the mifepristone
3 or the progesterone?

4        MR. URANKAR:  Form.

5        THE DEPONENT:  I cannot say conclusively.

6    Q.    (BY MR. RIENZI)  Do you have a view as to
7 which is more likely, Doctor?

8    **A.    What I would say is that it is likely**
9 **mifepristone but that the placebo -- or -- excuse me --**
10 **correct, the progesterone does not have a benefit in**
11 **lowering that risk.**

12    Q.    That you know of, correct?

13    **A.    That I know of.**

14    Q.    What is DMPA?

15    **A.    DMPA is -- let me spell this for you.  It's**
16 **depot, d-e-p-o-t, space, medroxyprogesterone,**
17 **m-e-d-r-o-x-y, progesterone like it's always been.**

18    Q.    What is it?

19    **A.    It is a derivative of progesterone.**

20    Q.    Do you use it in your practice?

21    **A.    I do.**

22    Q.    What for?

23    **A.    Contraception.**

24    Q.    Are you aware of ACOG guidelines that caution
25 against using DMPA at the same time as mifepristone?

Page 192

1    **A.    I'm aware of the Practice Bulletin, yes.**

2    Q.    Okay.  What's your understanding of the
3 Practice Bulletin?

4    **A.    So the Practice Bulletin says that there is a**
5 **slightly increased risk of ongoing pregnancy if depot**
6 **medroxyprogesterone, if you want to write all that, is**
7 **given at the same time as mifepristone, versus people**
8 **who came back, I think is was 48 hours or a week later**
9 **after the pregnancy had passed.**

10    Q.    Do you have an understanding of why that
11 might be true?

12    **A.    So, you know, there is biologic plausibility**
13 **from the things that you had said earlier that**
14 **additional progesterone at the immediate moment that**
15 **mifepristone is given may interfere with the actions of**
16 **pro- -- of mifepristone.**

17    Q.    But I think you said in your reports you
18 still give some women DMPA at the same time as
19 mifepristone; is that correct?

20    **A.    We offer it with caution, yes, for people**
21 **that otherwise would not be able to access**
22 **contraception.**

23    Q.    Why do you offer it with caution?

24    **A.    We want to make sure that people have all of**
25 **the information, and so some people may accept that**

Page 193

1 increased risk and others may not.

2    Q.    Do you view the risk as significant?

3    **A.    I do not.**

4    Q.    Why do you tell your patients?

5    **A.    What I would say is, again, kind of coming**
6 **back to the point from earlier, even giving**
7 **information, there is a risk and a benefit.  And in**
8 **this case, there is low risk of offering them that**
9 **additional information to make their decision.**

10    Q.    Do you think women who have taken
11 mifepristone and changed their minds should be told
12 about the information related to progesterone?

13    **A.    So I think they need accurate information,**
14 **which is that there is not a strong enough evidence**
15 **base for progesterone to give it as potential therapy.**

16    Q.    Is it also accurate to report that it has
17 worked in rats?

18        MR. URANKAR:  Form.

19        THE DEPONENT:  Accurate but not relevant.

20    Q.    (BY MR. RIENZI)  Is it also accurate to
21 report that there are some case series that show women
22 doing better on progesterone than on a placebo?

23        MR. URANKAR:  Form.

24        THE DEPONENT:  So, A, people did not get a
25 placebo.  It was a case series with a historical

## DR. REBECCA COHEN - October 15, 2024

Page 194

1  control that was not a fair comparison, and, B, the
2  selection process for inclusion in that case series was
3  also biased and inappropriate.
4      Q.   (BY MR. RIENZI)  Should women be told about
5  the results in the Creinin study?
6          MR. URANKAR:  Form.
7          THE DEPONENT:  So that is truly how we're
8  using it to counsel people, is that, reaffirming,
9  "Don't start this process if you think you won't take
10 the misoprostol."  And that's always been there for a
11 philosophical standpoint of we really want to make sure
12 that you are certain that you're comfortable moving
13 forward, but now we have additional medical risks to
14 justify that.
15     Q.   (BY MR. RIENZI)  You think progesterone might
16 work to counteract mifepristone, don't you?
17     A.   **No, I do not.  I think we do not have strong**
18 **evidence to say that.**
19     Q.   You -- you don't think there's any chance it
20 works?
21         MR. URANKAR:  Form.
22         THE DEPONENT:  So I don't think -- again, you
23 know, study was started, study was stopped -- we don't
24 have conclusive evidence that it does not work, but we
25 don't have strong enough evidence to say that it does.

Page 195

1      Q.   (BY MR. RIENZI)  So is the answer that it
2  might work?
3          MR. URANKAR:  Form.
4          THE DEPONENT:  The answer is I cannot
5  conclusively say that it does not, but I do not believe
6  that it does.
7      Q.   (BY MR. RIENZI)  Okay.  If a woman is
8  desperate to save her baby after she took mifepristone,
9  she should be told any of this?
10     A.   **So I think preying on desperate people is**
11 **wrong.  I think using experimental, unproven treatments**
12 **just to say to somebody "We want you to feel better" is**
13 **wrong.  So I would tell her that this is a theory.  I**
14 **would tell her that there is not evidence that it is**
15 **more beneficial than watchful waiting.**
16     Q.   But you think women should be told that this
17 is a theory?
18         MR. URANKAR:  Form.
19         THE DEPONENT:  I don't have a problem sharing
20 that it exists, but I do not support it.  I do not
21 believe that it works.  And so I do not recommend it; I
22 do not prescribe it.
23     Q.   (BY MR. RIENZI)  Do you think it should be
24 illegal to tell women about that theory?
25     A.   **I don't think sharing information should be**

Page 196

1  **illegal, no.  But I think giving unproven treatments**
2  **should not be legal.**
3      Q.   And by "unproven treatments," you mean
4  something -- well, by "unproven treatments," do you
5  mean only treatments that have been confirmed by
6  randomized controlled trials?
7          MR. URANKAR:  Form.
8          THE DEPONENT:  No.  I think things need to
9  be -- have a strong evidence base shown to be
10 effective.  That does not always require a randomized
11 controlled trial.
12     Q.   (BY MR. RIENZI)  What is a strong evidence
13 base other than a randomized controlled trial?
14     A.   **So we had talked about this earlier.**
15 **Essentially, what we need is large-scale studies**
16 **showing that something works, clinical experience**
17 **showing that something works, done with the least**
18 **amount of bias, the highest amount of safety, the**
19 **highest amount of transparency, and letting patients**
20 **know this has not been shown; we have guidelines that**
21 **say it's not the recommended course of treatment.**
22     Q.   Is it your testimony that you never give
23 patients any treatments that fall below the standard
24 you just said?
25         MR. URANKAR:  Form.

Page 197

1          THE DEPONENT:  One more time.
2      Q.   (BY MR. RIENZI)  Is it your testimony that
3  you never give patients any treatments that fall below
4  the evidentiary standards you just gave?
5          MR. URANKAR:  Form.
6          THE DEPONENT:  So in my practice, I use
7  evidence-based medicine, which means that within the
8  umbrella of things that are shown to be effective in
9  the literature, things that are safe for patients,
10 things that I'm upfront with them about, this is what
11 we know, this is what we don't know, that that is what
12 we do.
13         We go with, you know, the evidence that we
14 have, not coming into it with a source of what do I
15 want for you, but looking at things clearly and saying,
16 yes, they meets the threshold or no, it does not.
17     Q.   (BY MR. RIENZI)  Could a doctor ethically
18 give a women progesterone as long as the doctor
19 explained all the limitations on the evidence that you
20 have explained?
21         MR. URANKAR:  Form.
22         THE DEPONENT:  I don't believe so.  So I
23 don't -- I don't believe that people that are
24 prescribing it are coming into it with that full
25 transparency, autonomy, and understanding of the

## DR. REBECCA COHEN - October 15, 2024

Page 198

1 limitations.

2    Q.    (BY MR. RIENZI)  Okay.  If they did come to

3 it with that full transparency and understanding of the

4 limitations, could a doctor ethically give a women

5 progesterone if she wanted to take the shot?

6         MR. URANKAR:  Form.

7         THE DEPONENT:  So that, again, comes back to

8 risk versus benefit.

9    Q.    (BY MR. RIENZI)  What's the risk?

10    A.    So the risk is the -- yeah, pain and

11 potential infection risk of the injection itself, the,

12 you know, irritation and duration of the injection

13 site, the burden of having to travel, of having to do

14 these injections, of having to endure the discomforts

15 and the side effects.

16    Q.    (BY MR. RIENZI)  Could a woman decide she's

17 willing to take those risks for the chance that

18 progesterone might help her save her baby?

19         MR. URANKAR:  Form.

20         THE DEPONENT:  So we are health care

21 providers.  What we bring to that relationship is

22 expertise, understanding of the evidence, and the

23 distance to say to somebody, "I'm not here just to give

24 you something your cousin saw on Facebook.  I'm here to

25 talk with this -- to talk with you about this and to

Page 199

1 say that the balance of this is that there is not

2 evidence to say that it worked."

3    Q.    (BY MR. RIENZI)  We've talked a little bit

4 about a mifepristone fail rate, so the cases where

5 mifepristone alone wouldn't lead to a complete

6 abortion.  That's the -- what I'd like to focus you on.

7    A.    Sure.

8    Q.    Can you tell me what your view is as to what

9 happens in those cases; in other words, if

10 mifepristone's got such great binding affinity, why

11 doesn't it work all the time?

12    A.    Yeah.  And I think that's a great question.

13 And what we know is that people are different.  Each

14 individual's, you know, genetics, biology, whatever it

15 is, means that people are not going to have identical

16 outcomes all of the time.

17         Someone may have a slightly differently

18 configured receptor that it doesn't bind as strongly.

19 Someone may have, you know, a slower downstream path or

20 the uterine lining doesn't break down as much or that

21 their body doesn't react as strongly to the misoprostol

22 or to the prostaglandin, and those are the reasons that

23 I think it doesn't work.

24    Q.    And just so I'm clear, at the end of that

25 sentence, the -- the "it," the "those are the reasons I

Page 200

1 think 'it' doesn't work," those are the reasons you

2 think mifepristone doesn't work in the cases where it

3 doesn't work; is that correct?

4    A.    That is correct, that we would have an

5 ongoing pregnancy.

6    Q.    In those cases, does that mean that

7 progesterone gets through to those receptors?

8    A.    I can't speak exactly to that.  I think that

9 is a component, but I think there is also, essentially,

10 more or less receptivity to the -- to the downstream

11 effects.

12         So if -- if, for instance, you know,

13 somebody's body can function at 30 or 40 percent of the

14 expected progesterone, versus somebody else who needs

15 90 or 100 percent.

16    Q.    In those women for whom the mifepristone

17 doesn't cause a complete abortion, does that mean that,

18 at some point, progesterone is getting back on those

19 receptors?

20    A.    That would be my understanding, yes.

21    Q.    Because mifepristone could only bind with

22 those receptors for a certain period of time, correct?

23    A.    I think there is more nuance to it than that.

24 Again, it's, you know, what proportion is occupied, how

25 long, and then how sensitive are the rest of the events

Page 201

1 and the chain that ends the pregnancy.  But I think

2 there is some aspect of that, yes.

3    Q.    And in order for the pregnancy to continue,

4 progesterone eventually has to get to those receptors

5 again, correct?

6    A.    That is correct.

7         May we take a break?

8    Q.    That would be fine.

9         THE VIDEOGRAPHER:  The time now is 2:21.

10 We're off the record.

11         (Break from 2:21 p.m. to 2:37 p.m.)

12         THE VIDEOGRAPHER:  The time now is 2:37.

13 We're back on the record.

14    Q.    (BY MR. RIENZI)  Dr. Cohen, in your latest

15 report, you disagree with Dr. Wubbenhorst about whether

16 to count pregnancies that continue for two weeks as

17 progesterone successes; is that correct?

18    A.    That is correct.

19    Q.    What's your theory for how mifepristone could

20 causes deaths more than two weeks out?

21         MR. URANKAR:  Form.

22         THE DEPONENT:  So it's not a question about

23 mifepristone causing the end of the pregnancy.  It's

24 about what outcomes are important.  I know that she had

25 said that they've used that in Dr. Creinin's study, but

DR. REBECCA COHEN - October 15, 2024

Page 202

1 I don't think it's the appropriate important outcome
2 with the information that we have.
3      Q.   (BY MR. RIENZI)  So on your understanding, is
4 it fair to say that fetal deaths after two weeks are
5 not caused by mifepristone?
6           MR. URANKAR:  Form.
7           THE DEPONENT:  So I can't speak to that
8 directly causally.  But I think the more important
9 outcome is what happens with the pregnancy, not what
10 has mifepristone caused.
11      Q.   (BY MR. RIENZI)  I understand that.  But I'm
12 also trying to figure out in this case whether
13 progesterone did or did not counteract the effects of
14 mifepristone.  So I just want to get your best clear
15 understanding, whatever that is, as to whether
16 mifepristone caused the deaths that occur further than
17 two weeks out.  Do you have any understanding of that?
18           MR. URANKAR:  Form.
19           THE DEPONENT:  So I think there are multiple
20 ways to think about that.  Again, we know that the
21 blocking progesterone causes multiple effects.  What we
22 don't know conclusively is how long throughout the
23 pregnancy those impacts matter.
24      Q.   (BY MR. RIENZI)  So, for example, there are
25 twins who had neonatal deaths.  Do you recall those?

Page 203

1      A.   I do.
2      Q.   Okay.  And those are, after being born alive,
3 they died shortly after, correct?
4      A.   Correct.
5      Q.   Is it your view that mifepristone caused
6 those deaths?
7      A.   I can't speak conclusively, but reading
8 through the chart, the patient had what we call
9 PPROM -- that is capital P, capital P, capital R,
10 capital O, capital M -- short for Previable Preterm
11 Rupture Of Membranes, indicating that there was
12 something wrong with the pregnancy, that the amniotic
13 membrane was weakened, and that occurred several weeks
14 before the previable birth.
15           So I think it is fair to speculate that the
16 mifepristone may have been involved in that
17 complication.
18      Q.   Is preterm birth associated with exposure to
19 mifepristone?
20      A.   I don't know.
21      Q.   And ultimately, to use the word you used a
22 second ago -- I just want to make sure we're clear --
23 you're speculating as to whether mifepristone
24 caused those deaths, correct?
25      A.   That is correct.

Page 204

1      Q.   There's nothing in the literature that
2 suggests that mifepristone can cause the deaths of a
3 baby born alive at 22 weeks, correct?
4           MR. URANKAR:  Form.
5           THE DEPONENT:  So what I would say is that
6 there's a series of events, that, yes, the final
7 outcome was neonatal demise from previable delivery,
8 but, again, there were several problems with the
9 pregnancy earlier that could be connected to
10 mifepristone.  We don't know.
11      Q.   (BY MR. RIENZI)  But there's nothing in the
12 literature suggesting that mifepristone can cause
13 deaths at that time period, correct?
14           MR. URANKAR:  Form.
15           THE DEPONENT:  So I would have to go back to
16 the Bernard article.  I know they had looked at
17 certainly birth defects or congenital anomalies.  I'm
18 not sure if they had any reports on preterm or
19 previable birth.
20      Q.   (BY MR. RIENZI)  When you're providing
21 abortion, would it be fair to say that if the baby is
22 born alive, that is a failed abortion?
23      A.   Could you rephrase that?
24      Q.   Is part of the goal of an abortion to cause
25 fetal demise before birth?

Page 205

1           MR. URANKAR:  Form.
2           THE DEPONENT:  So this ties really
3 intricately into viability or potential viability.  I
4 would say, in most abortions, we wouldn't have
5 something like a birth, so that is not a fair parallel
6 to draw.
7      Q.   (BY MR. RIENZI)  You've conducted abortions
8 at 22 weeks, haven't you?
9      A.   I have.
10      Q.   In an abortion at 22 weeks, if the baby is
11 born alive, would you consider that a failed abortion?
12           MR. URANKAR:  Form.
13           THE DEPONENT:  I would consider that likely a
14 complication.  So when we are thinking about a birth
15 that occurs before a surgical abortion, it is still in
16 the previable period, where an infant born at that
17 gestational age, at that state of pregnancy cannot
18 survive long-term with the medical interventions that
19 we have.
20      Q.   (BY MR. RIENZI)  Does that sometimes happen
21 in your practice?
22      A.   It is a known risk of cervical dilators.
23      Q.   Does it happen in your practice?
24      A.   It has not happened recently that I can
25 recall.

## DR. REBECCA COHEN - October 15, 2024

Page 206

1    Q.    When has had happened in your practice?

2    A.    Once or twice several years ago. I'm not
3 sure exactly when.

4    Q.    What did you do?

5    A.    So what we do in those cases is we offer
6 what's called comfort care, so interventions to help
7 the newborn remain comfortable until it dies.

8    Q.    And are you aware of any other articles or
9 studies that attribute neonatal deaths to mifepristone?

10        MR. URANKAR:   Form.

11        THE DEPONENT:   I don't know that it's been
12 studied.

13    Q.    (BY MR. RIENZI)  You're not aware of any,
14 correct?

15    A.    I'm not.

16    Q.    Okay. And mifepristone is out of the system
17 how long after somebody takes it?

18    A.    So according to the label that we looked at
19 earlier, about 11 days. But that is the blood levels
20 of the drug, not the impact that it has.

21    Q.    But after 11 days, would you agree with me
22 that mifepristone can't be antagonizing progesterone?

23    A.    I would not agree, no, because we don't know
24 what it's doing at the receptors, only levels in the
25 blood.

Page 207

1        THE REPORTER:   Only what? Speak up.

2        THE DEPONENT:   Levels in the blood. I'm not
3 use to talking this long.

4    Q.    (BY MR. RIENZI)  Do you know that it's at the
5 receptors at all after 11 days?

6    A.    I don't.

7    Q.    And if the pregnancy continues beyond two
8 weeks, is it fair to say that progesterone must also be
9 getting to those receptors?

10    A.    I think so.

11    Q.    And therefore, is it fair to say that
12 additional progesterone in those later periods might
13 help counteract whatever the longer term effects of
14 mifepristone might be?

15    A.    I disagree.

16    Q.    Why?

17    A.    So what we know is that mifepristone blocks
18 the progesterone receptors, thereby preventing at some
19 level routine or typical maintenance of the pregnancy.
20 So it has a series of effects. Those effects likely
21 occur, to some degree, even in a pregnancy that
22 continued.

23        So adding additional progesterone once those
24 effects have already started, there is not a reason to
25 think that those things would be changed or different

Page 208

1 in any way because of additional progesterone.

2    Q.    Well, in every pregnancy that continues, the
3 progesterone eventually is able to maintain the
4 pregnancy, correct?

5    A.    Correct, but you are speaking of potentially
6 endogenous progesterone, not additional. We have not
7 studied that.

8    Q.    Right. But let's stay with endogenous. On
9 endogenous, if the pregnancy continues, then
10 scientifically we know that progesterone must be
11 getting onto these receptors, correct?

12    A.    Correct.

13    Q.    Do you have any scientific basis for saying
14 that more progesterone would not help get onto those
15 receptors? Poor question.

16    A.    Thank you.

17    Q.    Couldn't exogenous progesterone also help at
18 that stage where mifepristone is no longer present?

19    A.    I have no reason to think that it would.

20    Q.    And you have no reason to think that it would
21 not, correct?

22    A.    Correct.

23    Q.    Your medical practice is part of the UCHealth
24 system; is that correct?

25    A.    That is correct.

Page 209

1        (Exhibit 92 was marked for identification.)

2    Q.    (BY MR. RIENZI)  Doctor, I'm going to ask you
3 to take a look at that, and let me know if you
4 recognize it.

5    A.    I have not seen this before.

6    Q.    Is the logo familiar to you?

7    A.    Yes.

8    Q.    Does it appear to from the CU School of
9 Medicine website?

10        MR. URANKAR:   Form.

11        THE DEPONENT:   I am not familiar with the CU
12 School of Medicine website.

13    Q.    (BY MR. RIENZI)  Even though that's where you
14 practice?

15    A.    Yes. But I don't look at my own website.

16    Q.    That's fair. That's fair. Does CUHealth do
17 gender transitions?

18    A.    I am not sure.

19    Q.    Are hormones used for gender transition?

20    A.    So just for terminology, it's generally
21 referred to as "gender-affirming care."

22    Q.    Great. Are hormones used for
23 gender-affirming care?

24    A.    They are.

25    Q.    Are you familiar with the use of hormones for

## DR. REBECCA COHEN - October 15, 2024

Page 210

1 gender-affirming care?

2    **A.   It is not part of my practice.**

3    Q.   Are you familiar with it?

4    **A.   I would say, at a broad level, I am, but not**

5 **specifics.**

6    Q.   Are you familiar with the use of progesterone

7 for gender-affirming care?

8    **A.   Not bioidentical.  I know sometimes the**

9 **progesterone derivatives can be used to suppress**

10 **people's periods.**

11        (Exhibit 93 was marked for identification.)

12    Q.   (BY MR. RIENZI)  So, Doctor, I've handed you

13 something from the Division of Endocrinology,

14 Metabolism, and Diabetes at the School of Medicine.

15 And the title says "UCHealth Integrated Transgender

16 Program."

17    **A.   I see that, yes.**

18    Q.   Have you heard of the UCHealth Integrated

19 Transgender Program?

20    **A.   I have.**

21    Q.   And what do you know about it?

22    **A.   Not much.  I know that it is a**

23 **multidisciplinary care center, so health care providers**

24 **from different specialties that care for people who are**

25 **transgender or are interested in gender-affirming care.**

Page 211

1    Q.   Have you referred patients to this program?

2    **A.   I have not.**

3    Q.   Okay.  In the Clinical Care Highlights, the

4 third bullet point, it says, "Vast spectrum of

5 gender-affirming hormone therapy."  Do you see that?

6    **A.   I do.**

7    Q.   Do you know what is included within the vast

8 spectrum of gender-affirming hormone therapy?

9    **A.   Not at this specific clinic, no.**

10        (Exhibit 94 was marked for identification.)

11    Q.   (BY MR. RIENZI)  Doctor, do you recognize

12 Exhibit 94?

13    **A.   I do not.  As I had mentioned, I don't**

14 **provide care through this clinic.**

15    Q.   What is the Anschutz Medical Campus that's

16 mentioned on the top?

17    **A.   So that is the main University of Colorado**

18 **hospital clinical site.**

19    Q.   Is that where you practice as well?

20    **A.   It is.**

21    Q.   Okay.  And at the bottom center of the page,

22 there's sort of a stylized UCHealth logo.  Have you

23 seen that before?

24    **A.   I have yes.**

25    Q.   Okay.  And is that, in fact, the logo of

Page 212

1 UCHealth?

2    **A.   To the best of my knowledge, yes.**

3    Q.   I want to direct your attention to 1(C), if

4 you will, on the first page.

5    **A.   Yes.  Uh-huh.**

6    Q.   It says, "Everybody is different.  There is

7 no way to predict what your response to hormones will

8 be."  Do you see that?

9    **A.   I do.**

10    Q.   Do you think it is appropriate to give

11 somebody hormones if there's no way to predict what

12 their response to the hormones will be?

13        MR. URANKAR:  Form and foundation.

14        THE DEPONENT:  Can you rephrase?

15    Q.   (BY MR. RIENZI)  Do you have any opinion as

16 to whether it is medically appropriate to give somebody

17 hormones if there's no way to predict what their

18 response will be?

19    **A.   So I think what this is referring to is that**

20 **the doses are not standard.  They can start with a**

21 **certain dose and make the adjustments as they either**

22 **see or don't see a desired response.**

23    Q.   Why aren't the dosages standard?

24        MR. URANKAR:  Form and foundation.

25        THE DEPONENT:  Can you rephrase?

Page 213

1    Q.   (BY MR. RIENZI)  Do you know why the dosages

2 are not standard?

3    **A.   In this situation, no, I don't.  This isn't**

4 **therapy that I prescribe.**

5    Q.   Do you know if gender-affirming --

6 gender-affirming hormone therapy has been subject to

7 randomized controlled trials?

8    **A.   I don't know.**

9    Q.   In your expert reports, you talk about the

10 difference between experimental and clinical treatment.

11 Which one would you say this is?

12        MR. URANKAR:  Form and foundation.

13        THE DEPONENT:  So I think, to go back to what

14 was discussed in the report, is that experimental, as

15 Dr. Wubbenhorst and Dr. Creinin pointed out, may live

16 in a space that is neither standard of care nor

17 research.  And it is not a word that I use because I

18 think it is important to clearly draw the line and

19 understand the overlap.

20    Q.   (BY MR. RIENZI)  So I want to make sure I

21 understand your opinion as the distinct from

22 Dr. Wubbenhorst -- Dr. Wubbenhorst's.  Is it your

23 opinion that there are potentially three different

24 buckets:  research, experimental, and standard of care?

25    **A.   Correct.**

## DR. REBECCA COHEN - October 15, 2024

Page 214

1  Q.   And how would I know when I'm in which
2 bucket?
3     A.   Yeah.  That's a great question.  So, you
4 know, they had gone back to the Belmont report, and I
5 think that's as good a place as any to lay out those
6 definitions.  And so "experimental" is something that
7 is different from standard of care, has not been used
8 before, has a potential to benefit a particular
9 patient.
10       That is an area where we don't necessarily
11 know, and that is an area that, according to the
12 Belmont report, and I agree, should be in for the least
13 amount of time as possible.  We don't want to be
14 experimenting on people.  We want to be able to offer
15 them medical treatment with proven safety and proven
16 benefit.
17    Q.   Do you ever engage in experimental therapies?
18    A.   So, to the best of my knowledge, no.  I will
19 occasionally do things that are outside of standard of
20 care when I am very carefully discussing things with my
21 patients and when I have a strong evidence base to rely
22 on.
23    Q.   Does the phrase "generally accepted standards
24 of care" or "generally accepted standards of practice,"
25 is that a -- is that a term you use?

Page 215

1     A.   You know, I don't walk around all day saying
2 it, but I think I understand it.
3    Q.   You're a teacher, so I thought there's a
4 possibility, in that context, that you --
5     A.   No.
6    Q.   Can you define that term?
7     A.   Yeah.  So, I mean, to me, the -- the standard
8 of care is how someone would act or what treatments
9 they would offer among someone with good judgment,
10 similar education, similar experience.
11    Q.   And did you testify before that sometimes
12 you're operating outside of that generally accepted
13 standard of care, or did I misunderstand?
14    A.   So I think there are times where, you know,
15 what works for most people may not work for every
16 person.  As somebody that is a subspecialist, I see
17 people with very complex medical histories, very
18 complex social histories, very complex needs.
19       And if we're just going down the checklist,
20 like, the usual options, none of them are safe.  And so
21 in those cases, that's when we commonly talk about
22 everything that's on the table, why certain things may
23 not be appropriate and why something that's maybe a
24 little less appropriate is much better than something
25 that's completely inappropriate.

Page 216

1       But I think those have to be very clearly
2 thought out, very transparent, and just because someone
3 is acting outside the standard of care does not mean
4 standard of care does not exist.
5    Q.   When you have that discussion with patients,
6 are you also including the desired benefit for the
7 patient?
8     A.   Absolutely.
9    Q.   When you talk about everybody being
10 different, I just want to go back to what you said
11 about the mifepristone fails, in whatever percentage of
12 people, mifepristone doesn't work.  Is it possible that
13 mifepristone could work in those patients?
14       I'm sorry; is it possible that progesterone
15 could work in those patients to counteract
16 mifepristone?
17    A.   So it is possible, but, essentially, the fact
18 that they have ongoing pregnancies after mifepristone
19 indicates that exogenous progesterone is not necessary
20 because they didn't get it, and the pregnancy
21 continued.
22    Q.   Couldn't there be people who are on the
23 borderline and whose chances of continuing a pregnancy
24 would improve with some progesterone?
25    A.   I don't know.

Page 217

1    Q.   But it could be?
2    A.   Could be.
3       (Exhibit 95 was marked for identification.)
4    Q.   (BY MR. RIENZI)  Dr. Cohen, I've handed you a
5 copy of the Nursing Board Rule issued in this case.
6    A.   I see that, yes.
7    Q.   Have you seen it before?
8    A.   I have.
9    Q.   Okay.  You're welcome to read the whole
10 thing, but I'm just going to ask you a question about
11 Paragraph 4.  So "Standard of Practice Considerations."
12 So I don't want to rush you, but that's just so you
13 know that's where I'm going.
14    A.   Okay.  Okay.
15    Q.   Do you think that the rule set forth in
16 Paragraph 4 is an appropriate rule?
17       MR. URANKAR:  Form.
18       THE DEPONENT:  One more time.  Sorry.  I'm
19 making sure 100 percent that I know all the ins and
20 outs.
21    Q.   (BY MR. RIENZI)  Yes.  And so, just to be
22 clear, I'm under D, "Standard of Practice
23 Considerations."  And then 4, the last thing of the
24 rule.
25    A.   Yes.

DR. REBECCA COHEN - October 15, 2024

Page 218

1    Q.   And I'm asking if you think that is an
2  appropriate rule.
3         MR. URANKAR:  Form.
4         THE DEPONENT:  Yes, I do think it is
5  appropriate.
6    Q.   (BY MR. RIENZI)  Why?
7    A.   So I think that what it says, what it
8  outlines, along with the paragraphs above, is that
9  progesterone therapy after mifepristone does not meet
10 standard of care, but that rather than automatically
11 disciplining someone because of that, it will be
12 investigated, as it does any other practice that does
13 not meet the standard of care.
14   Q.   (BY MR. RIENZI)  Doctor, at the beginning of
15 that answer, I thought you said that the nursing board
16 here was saying that medication abortion -- abortion
17 reversal doesn't meet the standard of care, and I just
18 want to make sure you're reading that in the rule
19 because, I guess, when you said that, I thought, I
20 don't think they say that in this rule.
21   A.   So I believe that they had looked at that in
22 their discussion meeting.
23   Q.   But the actual rule that they adopt in
24 Section 4 says they will evaluate it on a case-by-case
25 basis, doesn't it?

Page 219

1    A.   It does.
2    Q.   Rather, the board will investigate all
3  complaints related to medication abortion reversal in
4  the same manner that it investigates other alleged
5  deviations from generally accepted standards of nursing
6  practice.  I guess, how do you understand the nursing
7  board is telling people it's regulating medical
8  abortion?
9         MR. URANKAR:  Form.
10        THE DEPONENT:  So as I understand it is is,
11 as I explained, is that medication abortion reversal
12 does not meet standard of care, but rather than
13 automatic discipline for failing to meet standard of
14 care, they will investigate.
15   Q.   (BY MR. RIENZI)  Is there something in that
16 rule -- in this rule that you're citing for that first
17 part?
18   A.   Again, as I recall, that decision was made at
19 one of their discussion meetings.
20   Q.   Was that a public meeting?
21   A.   I don't know.
22   Q.   Did you participate in their discussion
23 meetings?
24   A.   I did not.
25   Q.   How do you have knowledge of their discussion

Page 220

1  meetings?
2    A.   I believe it was reported publicly.
3    Q.   Are you aware that, as a state employee in
4  Colorado, there are rules related to you taking on
5  engagements that would bring you into conflict with the
6  State of Colorado?
7    A.   Yes.
8    Q.   What are those rules, generally?
9    A.   I mean, I -- I know that, you know, there's
10 always concern for perceived conflict of interest if
11 the interests of one group that you're working with
12 appear to be influencing or influenced by other groups
13 that you're working with.
14   Q.   Do you view yourself as having any conflict
15 being the expert in this case?
16   A.   I do not.
17   Q.   Why not?
18   A.   Can you rephrase?
19   Q.   Yeah.  I'm trying to figure out, you know,
20 your -- you're an expert; you're giving your opinion to
21 the Court; why is it that there's no conflict, given
22 that you are employed by the State of Colorado?
23   A.   So I guess I don't see where the potential
24 conflict is, so I can't answer why there isn't one.
25   Q.   Suppose Bella had asked you to be its expert.

Page 221

1  Would you be free to be Bella's expert against the
2  State of Colorado?
3    A.   I don't know.
4    Q.   You might have a conflict there if you were
5  testifying in opposition to the State of Colorado?
6    A.   That sounds right.
7    Q.   So in this case, would you be free to change
8  your opinion?
9         MR. URANKAR:  Form.
10        THE DEPONENT:  Would I be free to change my
11 opinion?
12   Q.   (BY MR. RIENZI)  Suppose I was really good at
13 convincing you that progesterone works --
14   A.   Oh.
15   Q.   -- would you be free to change your opinion
16 without violating Colorado conflicts law?
17   A.   That is a great question that I think is very
18 unlikely.  I -- I don't know, because, again, I -- I
19 don't see a conflict.  I see myself as someone who is
20 employed by the State of Colorado as a physician and
21 that my credentials as a physician inform my
22 credentials as a medical expert.  So I don't see those
23 two as being in conflict.
24   Q.   But you think you might have a conflict if
25 you took a case against the State, correct?

DR. REBECCA COHEN - October 15, 2024

Page 222

1    **A.  I would have to find out.**
2        MR. RIENZI:  If we could take a 10-minute
3  break.  We just need to do a little bit of talking and
4  cleanup, and then we are pretty close to finishing up.
5        THE VIDEOGRAPHER:  The time now is 3:05.
6  We're off the record.
7        (Break from 3:05 p.m. to 3:19 p.m.)
8        (Mr. Theriot was not present after break.)
9        (Exhibit 96 was marked for identification.)
10       THE VIDEOGRAPHER:  The time now is 3:19.
11  We're back on the record.
12       Q.    (BY MR. RIENZI)  Dr. Cohen, do you recognize
13  Exhibit 96?
14       MR. URANKAR:  Sorry.  Do you have a copy?
15       MR. RIENZI:  Oh, sorry.  Sorry.
16       MR. URANKAR:  You're good.
17       THE DEPONENT:  Yes.  But it has been a
18  minute, so I need --
19       Q.    (BY MR. RIENZI)  Would you like to take a
20  minute and just --
21       **A.  Yes.**
22       Q.    -- review it?
23       **A.  Thank you.  Thank you.  Okay.**
24       Q.    Earlier, do you recall we were talking about
25  the comparative safety profiles of progesterone and

Page 223

1  abortion and mifepristone?
2       **A.  Yes.**
3       Q.    And do you recall that you were unable to
4  give me a comparison of the safety profiles of those
5  things?
6       **A.  So I recall we did eventually get there.  We**
7  **talked about progesterone and misoprostol.**
8       Q.    Okay.  Do you recall being unable to compare
9  the safety profile of progesterone with procedural
10  abortion?
11       **A.  I remember saying it was not an appropriate**
12  **comparison.  I stand by that.**
13       Q.    Okay.  Can you take a look at page 2.  First,
14  what is -- what is the document in front of you?
15       **A.  This is -- looks like an op-ed that I**
16  **authored in 2018.**
17       Q.    Do you remember authoring it?
18       **A.  Not specifically, no.**
19       Q.    When you look at it, do you have any doubt
20  that you actually did author it?
21       **A.  No.**
22       Q.    Okay.  Can you look at -- and just so we have
23  it on the record, the title is "Science is Clear on the
24  Matter," Colon, "Abortion Saves Women's Lives," and
25  it's from the ColoradoPolitics.com website; is that

Page 224

1  right, Dr. Cohen?
2       **A.  It seems to be, yes.**
3       Q.    On the top of page 2, you write, "I can tell
4  you from experience that first trimester" -- "first
5  trimester abortion is one of the safest medical
6  procedures in the country," period.  "It is safer than
7  colonoscopies," comma, "laser eye surgery," comma, "and
8  vasectomies," period.  Do you see that?
9       **A.  I do.**
10       Q.    Do you stand by those statements?
11       **A.  I do.  And I just want to discuss the**
12  **different context.  This was written for the general**
13  **public to describe in context that abortion is a safe**
14  **medical procedure.  It is not saying that, as a medical**
15  **expert, one can treat an untended pregnancy with**
16  **something like a colonoscopy or laser eye surgery.**
17       Q.    But you would agree that you are in this
18  published article comparing the safety profile of first
19  trimester abortion with colonoscopies, laser eye
20  surgery, and vasectomies, correct?
21       **A.  I would say that, yes, they are essentially**
22  **all safe medical procedures.**
23       Q.    But you're saying that abortion is safer than
24  those things, correct?
25       **A.  I am saying that, yes, abortion has a high**

Page 225

1  **level of safety, that someone undergoing a first**
2  **trimester abortion has a lower risk of complications**
3  **than these other procedures.**
4       Q.    So you think you can compare the safety
5  profile of abortion and laser eye surgery; is that
6  correct?
7       **A.  I think --**
8       MR. URANKAR:  Form.
9       THE DEPONENT:  -- I can put them in the same
10  context, yes.
11       Q.    (BY MR. RIENZI)  But you are unable to
12  compare the safety profile of abortion and
13  progesterone; is that correct?
14       MR. URANKAR:  Form.
15       THE DEPONENT:  So I would say again that
16  these are for different audiences, to say to the
17  general public that abortion is a safe medical
18  procedure.  "It is similar in safety to some other
19  things that you've probably heard of is different than
20  saying "in a medical expert context, when you reach
21  this point in a pregnancy, these are your options;
22  let's compare the safety of those choices."
23       Q.    (BY MR. RIENZI)  In your medical expert
24  compar- -- in your medical expert role, can you not
25  compare the safety of abortion and laser eye surgery?

## DR. REBECCA COHEN - October 15, 2024

Page 226

1    A.   So if you were to ask me today, What is
2 safer, abortion or laser eye surgery?  I would tell you
3 those are not treating the same thing, and so we
4 shouldn't be saying, "You can do this at this risk
5 level or this at this risk level."
6    Q.   Do you think these procedures have any set
7 risk level separate from the benefits they bring?
8         MR. URANKAR:  Form.
9         THE DEPONENT:  Can you clarify?
10    Q.   (BY MR. RIENZI)  Are you incapable of
11 evaluating to the risk level of a procedure without
12 also thinking about its benefits?
13         MR. URANKAR:  Form.
14         THE DEPONENT:  So I think that comparing
15 risks and benefits is the only appropriate way to do
16 it.
17    Q.   (BY MR. RIENZI)  So therefore, you can't make
18 a comparison between the risks of surgical abortion and
19 taking a progesterone pill; is that correct?
20    A.   I think it's inappropriate.
21         MR. RIENZI:  Okay.  I have nothing further.
22         MR. URANKAR:  I just have one quick
23 follow-up.  So I'll mark this as the next exhibit in
24 order.
25         (Exhibit 97 was marked for identification.)

Page 227

1              EXAMINATION
2 BY MR. URANKAR:
3    Q.   Have you seen this document before?
4    A.   Yes.
5    Q.   What is it?
6    A.   I have.  So this is the Colorado Medical
7 Board ruling about standard of care and medication
8 abortion reversal.
9    Q.   So I want to direct your attention to the
10 last page, which is Bates 207, and then that
11 Paragraph 4.  Could you read that please?
12    A.   Yes.  "Although the board will not" --
13    Q.   Oh.  Just to yourself.  Sorry.
14    A.   Oh.  No problem.  You said "read it."
15    Q.   Yeah.  That's -- that's my bad.
16    A.   Okay.  I have read it.  Sorry.
17    Q.   Earlier, you testified something about the --
18 the Board of Nursing rule talking about the use of
19 progesterone to reverse the effects of mifepristone.
20 Is it possible you just had your rules confused?
21    A.   It is possible, and that is what happened.
22         MR. URANKAR:  Okay.  That's all I have.
23              EXAMINATION
24 BY MR. RIENZI:
25    Q.   Did you speak to Mr. Urankar or any of the

Page 228

1 lawyers on the break about this testimony?
2    A.   Yes.  We did clarify that I was mistaken
3 about the rule I was referring to.
4    Q.   Do you think this medical board rule is the
5 correct way to regulate medication abortion reversal?
6         MR. URANKAR:  Form.
7         THE DEPONENT:  So I think it is all under the
8 umbrella of standard of care and appropriate medical
9 practice.  I think that the board's approached it
10 slightly differently but coming to the same conclusion.
11    Q.   (BY MR. RIENZI)  Slightly different from
12 what?
13    A.   Each other.
14    Q.   From each other?
15    A.   Yes.
16    Q.   Okay.  Well, the nursing board didn't say
17 that progesterone does not meet generally accepted
18 standards of medical practice, did it?
19    A.   That is correct.
20    Q.   Okay.  And the medical board is leaving open
21 other treatments to be considered on a case-by-case
22 basis; is that correct?
23    A.   Can you clarify?  I'm not sure what you mean.
24    Q.   So they've got the first long sentence, which
25 is about progesterone; do you see that?

Page 229

1    A.   I do.
2    Q.   And I take that to be the sentence that you
3 were remembering earlier and --
4    A.   That is correct.
5    Q.   -- got the rules conflated?
6    A.   Yes.
7    Q.   So that's the progesterone sentence.  "For
8 other conduct that could meet the definition of
9 medication abortion reversal, the board will
10 investigate such deviation on a case-by-case basis."
11 Do you see that?
12    A.   I do.
13    Q.   What do you take that to mean?
14    A.   So I think it is very closely connected with
15 the sentence that follows, that licensees are expected
16 to practice evidence-based medicine.  So I think that
17 does leave things open to the possibility that an
18 effective treatment may be found.
19    Q.   And on its way to being evidence-based
20 medicine, would some doctors have to try it based on
21 biological plausibility?
22    A.   So this is where something becomes
23 evidence-based medicine through research and that
24 patients can be enrolled into a research investigation
25 of a novel treatment without being told that they're

DR. REBECCA COHEN - October 15, 2024

Page 230

1 receiving standard of care therapy. That is how things
2 become evidence-based medicine.
3     Q.    And they could also be participating in what
4 you described as experimental therapies; is that
5 correct?
6     A.    So that is not research. It can used to
7 generate evidence. But as I had mentioned before, the
8 goal is to keep things in that experimental phase for
9 as short a period of time as possible because patients
10 are not guinea pigs.
11    Q.    And you think it's appropriate for the board
12 to evaluate that on a case-by-case basis; is that
13 right?
14    A.    I do. I think --
15        MR. URANKAR: Form.
16        THE DEPONENT: Sorry. I think that the board
17 can acknowledge what does and does not meet standard of
18 care in evidence-based medicine.
19    Q.    (BY MR. RIENZI) And do you think the board
20 has discretion to make judgment calls about what it
21 thinks meets those standards?
22        MR. URANKAR: Form.
23        THE DEPONENT: Can you clarify?
24    Q.    (BY MR. RIENZI) Does the board have
25 discretion to make judgment calls about different

Page 231

1 therapies that people might try in that context?
2        MR. URANKAR: Form.
3        THE DEPONENT: I think that is what
4 evaluation on a case-by-case basis is, yes.
5        MR. RIENZI: Okay. Nothing further.
6        MR. URANKAR: I have nothing further.
7        THE VIDEOGRAPHER: The time now is 3:29.
8 We're going off the record. This concludes today's
9 deposition.
10       THE REPORTER: I'd like to get everyone's
11 transcript order on the record. Attorney General's
12 office, would you like copy of the transcript, standard
13 turnaround?
14       MR. URANKAR: Correct, yeah.
15       THE REPORTER: Who would like to handle
16 signature of the witness?
17       MR. URANKAR: I can.
18       (Whereupon, the deposition was concluded at
19 3:29 p.m.)
20
21
22
23
24
25

Page 232

1         I, DR. REBECCA COHEN, hereby certify that I
2 have read the above and foregoing transcript and that
3 the same and accompanying correction sheets, if any,
4 constitute a true and complete record of my testimony.
5         I have ( ) have not ( ) made corrections
6 on the attached correction sheet.
7
8
9    _____
           DR. REBECCA COHEN
10
11       Subscribed and sworn to before me this _____
12 day of _____, 2024.
13    My Commission expires _____
14
15    _____
           Notary Public
16
17
18    Address: _____
18
19         _____
20
21
22
23
24
25

Page 233

1                 CERTIFICATE
2 STATE OF COLORADO          )
  CITY AND COUNTY OF DENVER  )  ss.
3
4         I, WENDY MCCAFFREY, Registered Professional
5 Reporter and Notary Public for the State of Colorado,
6 do hereby certify that previous to the commencement of
7 the examination, the said Dr. Rebecca Cohen was duly
8 sworn by me to testify to the truth in relation to the
9 matters in controversy between the said parties; that
10 the said deposition was taken in shorthand by me and
11 was reduced to typewritten form by computer-aided
12 transcription; that the foregoing is a true transcript
13 of the questions asked, testimony given, and
14 proceedings had; that I am not attorney, nor counsel,
15 nor in any way connected with the attorney or counsel
16 for any of the parties to said action or otherwise
17 interested in its event.
18         IN WITNESS WHEREOF, I have hereunto affixed
19 my hand and notarial seal this 29th day of October,
20 2024.
21         My commission expires January 31, 2028.
22
23    _____
            WENDY MCCAFFREY
24       Registered Professional Reporter
          CALDERWOOD-MACKELPRANG, INC.
25

## DR. REBECCA COHEN - October 15, 2024

Page 234

1 CALDERWOOD-MACKELPRANG, INC.
  9745 E. Hampden Avenue, Suite 220
2 Denver, CO 80231
3 (303) 477-3500
4 October 29, 2024
5 BRIAN URANKAR, ESQ.
  Colorado Attorney General's Office
6 1300 Broadway Denver, Colorado 80203
7

  DEPOSITION OF: DR. REBECCA COHEN
8                 Taken: October 15, 2024
9 In Re: Bella Health and Wellness,
  et al., v. PHIL WEISER, et al.
10

  Dear Mr. Urankar:
11

  Enclosed please find the original signature page(s) of
12 the above deposition. It was agreed that you would
   arrange for signature of DR. REBECCA COHEN'S deposition
13 by means of your copy transcript.
14 Also enclosed is (are) an amendment sheet(s) for
   changes if necessary. Please return the signature
15 page(s) and amendment sheets(s) . . .
16 __XX__ to our office for filing within 30 days to
          comply with this rule.
17

   _____ to our office before _____, in
18        order that the deposition may be filed in time
          for trial.
19

   _____ to THE COURT prior to trial, furnishing copies
20        of amendments to opposing counsel.
21 Thank you for your attention to this matter.
22 Sincerely,
23 Wendy McCaffrey
   Registered Professional Reporter
24 cc: MARK L. RIENZI, ESQ.
25

Page 235

1 CALDERWOOD-MACKELPRANG, INC.
  9745 E. Hampden Avenue, Suite 220
2 Denver, CO 80231
  (303) 477-3500
3
  MARK L. RIENZI, ESQ.
4 The Becket Fund for Religious Liberty
  1919 Pennsylvania Avenue NW
5 Suite 400
  Washington, D.C., 20006
6
  Re: IN RE: Bella Health and Wellness,
7 et al., v. PHIL WEISER, et al.
8 Dear Mr. Rienzi:
9 Enclosed is the deposition of: DR. REBECCA COHEN
10 _____ Previously filed. Forwarding signature page and
          amendment sheets.
11
   _____ Signed, no changes.
12
   _____ Signed, with changes, copy of which is enclosed.
13
   _____ Unsigned, notice duly given _____.
14        Pursuant to the Rules of Civil Procedure.
15 _____ Not signed, notice duly given _____.
          Since trial is set for _____.
16
   _____ No signature required.
17
   _____ Signature waived.
18
   _____ To be signed in court.
19
   _____ Signature pages/amendment sheet to be returned
20        to court on date of hearing.
21 _____ Mailed by certified mail
          On approximately _____.
22
   _____ Hand-delivered on approximately _____.
23
   WENDY McCAFFREY
24
   Enclosures (As above noted)
25 cc: BRIAN URANKAR, Esq.

DR. REBECCA COHEN - October 15, 2024

| A | | | | absorbed |
|---|---|---|---|---|
| | 38:2, 38:8 | 112:10 | 223:10 | 64:6, 87:6 |
| | 38:11 | 113:14 | 223:24 | 87:15 |
| Abby 11:11 | 38:13 | 113:23 | 224:5 | Absorption |
| 11:19 | 38:19 | 114:12 | 224:13 | 87:11 |
| abdominal | 38:25, 39:7 | 115:4 | 224:19 | accept |
| 82:19 | 39:17, 42:7 | 115:5 | 224:23 | 192:25 |
| ability | 42:10 | 116:14 | 224:25 | acceptable |
| 39:7, 40:8 | 43:10 | 116:18 | 225:2 | 174:13 |
| 116:19 | 50:25 | 117:8 | 225:5 | accepted |
| 162:5 | 58:16 | 117:19 | 225:12 | 63:21 |
| 173:3 | 58:20, 64:1 | 120:23 | 225:17 | 214:23 |
| 185:3 | 64:25, 65:5 | 121:24 | 225:25 | 214:24 |
| able 38:12 | 65:14 | 122:17 | 226:2 | 215:12 |
| 43:21, 72:5 | 73:16, 74:3 | 123:6 | 226:18 | 219:5 |
| 73:9, 97:16 | 74:6, 75:1 | 124:13 | 227:8 | 228:17 |
| 114:4 | 75:24, 76:1 | 125:19 | 228:5 | access |
| 120:10 | 76:13, 77:6 | 130:5 | 229:9 | 15:11 |
| 128:15 | 77:14 | 131:15 | abortions | 192:21 |
| 137:11 | 79:12 | 131:21 | 14:10 | accident |
| 141:18 | 79:16 | 131:25 | 14:20 | 8:1 |
| 141:19 | 79:17 | 134:8 | 23:11 | accompanying |
| 142:2 | 79:20, 80:2 | 152:11 | 24:13 | 232:3 |
| 142:9 | 81:15, 84:7 | 156:11 | 39:12, 40:5 | account |
| 154:25 | 84:20 | 175:20 | 95:23 | 29:8, 29:14 |
| 157:21 | 85:22, 86:1 | 181:4 | 101:25 | 172:4 |
| 178:24 | 90:14, 91:7 | 181:4 | 108:21 | accurate |
| 189:24 | 91:11 | 181:12 | 111:3 | 17:5, 32:19 |
| 192:21 | 91:13, 92:6 | 181:15 | 113:5 | 32:22 |
| 208:3 | 92:17 | 181:21 | 119:8 | 78:19, 97:6 |
| 214:14 | 92:23, 93:6 | 183:19 | 175:13 | 124:10 |
| abnormal | 94:20 | 183:22 | 205:4 | 193:13 |
| 45:6 | 96:15 | 184:1 | 205:7 | 193:16 |
| abor 117:8 | 96:25, 97:4 | 185:25 | above-ent... | 193:19 |
| abortion | 97:19, 98:6 | 186:8 | 1:13 | 193:20 |
| 3:14, 4:2 | 98:18, 99:2 | 186:12 | absence | acknowledge |
| 12:19 | 100:7 | 186:25 | 63:18, 83:4 | 109:20 |
| 12:24 | 100:24 | 187:14 | 164:14 | 116:23 |
| 13:13 | 101:1 | 199:6 | 165:8 | 230:17 |
| 13:18 | 101:14 | 200:17 | 165:12 | acknowled... |
| 13:19, 14:1 | 101:15 | 204:21 | 190:22 | 63:16 |
| 14:2, 14:7 | 102:2 | 204:22 | absent | 177:1 |
| 14:16 | 107:3 | 204:24 | 106:13 | ACOG 126:18 |
| 14:20, 23:3 | 107:18 | 205:10 | absolutely | 175:22 |
| 23:19 | 107:21 | 205:11 | 15:24 | 191:24 |
| 23:19, 24:1 | 108:9 | 205:15 | 20:11 | act 67:17 |
| 24:25, 25:2 | 108:11 | 218:16 | 73:22 | 89:8, 150:2 |
| 27:1, 27:2 | 108:25 | 218:16 | 76:12 | 215:8 |
| 27:9, 27:10 | 109:19 | 219:3 | 120:21 | acting |
| 27:16 | 110:17 | 219:8 | 142:16 | 216:3 |
| 27:23, 33:7 | 112:3 | 219:11 | 186:19 | action |
| 35:9, 36:9 | 112:4 | 223:1 | 216:8 | |

DR. REBECCA COHEN - October 15, 2024

163:6
172:2
185:24
188:17
233:16
actionable
66:18
actions
185:18
192:15
activate
57:20
activating
65:18
active 37:5
68:10
activity
43:17, 44:4
82:25
104:10
130:15
137:20
153:3
162:7
166:19
167:3
168:20
168:20
168:22
170:18
actual
68:23
163:19
218:23
acute 48:15
adding
179:5
207:23
addition
16:11
additional
31:11, 46:2
98:2
127:21
138:16
165:23
179:5
192:14
193:9
194:13
207:12

207:23
208:1
208:6
Additionally
152:23
address
34:15
232:17
addressed
46:7
112:14
112:15
adjunct
59:16
adjustments
212:21
administer
39:1
administr...
80:25
administr...
21:3, 21:13
admitted
29:16
adopt
218:23
adopted
72:15
adverse
56:6
advise
76:21
advocated
16:10
16:13
affiliated
31:24
affinity
68:23, 69:1
162:20
162:23
163:1
163:10
163:12
163:15
163:21
164:12
167:19
169:6
169:10
169:14

169:15
169:24
170:4
170:7
170:10
170:13
170:21
173:3
173:7
173:13
178:5
179:12
179:17
179:20
179:24
180:13
180:20
199:10
affixed
233:18
afford 40:5
age 76:9
205:17
agent 126:3
141:22
agents
102:10
ages 76:14
77:4, 77:11
77:15
109:4
111:4
111:6
ago 23:12
50:7, 51:5
100:6
128:2
141:11
203:22
206:2
agree 54:20
67:11
67:13
78:21, 81:5
81:7, 85:2
85:3, 87:9
87:16
87:20, 88:5
111:20
136:13
136:15

136:18
162:7
206:21
206:23
214:12
224:17
agreed 9:24
136:20
166:6
234:12
Ah 122:7
180:18
ahead 66:11
71:25, 82:7
116:22
116:25
125:24
125:25
161:4
al 1:3, 1:9
5:11, 5:12
234:9
234:9
235:7
235:7
alcohol
118:2
118:16
alerted
176:2
alive 29:21
30:11
30:13
30:15, 31:3
42:4, 43:2
43:3, 203:2
204:3
204:22
205:11
alleged
219:4
allergic
102:13
103:13
Alliance
2:9
allow 65:21
91:9
allowed
71:19
121:11

alluded
149:13
alternatives
187:5
Amanda 2:18
amendment
234:14
234:15
235:10
amendments
234:20
amenorrhea
48:2
amniotic
203:12
amount
24:24
83:25
95:22
167:2
196:18
196:18
196:19
214:13
amounts
166:20
analyzing
176:2
anesthes
101:23
anesthesia
101:24
102:5
102:15
102:16
102:23
103:2
103:6
anesthesi...
102:17
anesthesi...
102:4
102:24
anesthetic
102:7
animal
61:17
106:18
128:16
128:19
171:10

DR. REBECCA COHEN - October 15, 2024

172:5
172:7
172:8
172:19
172:20
178:17
Animals
128:18
anomalies
204:17
Anschutz
211:15
answer 14:3
20:8, 20:9
20:10
35:20
54:18
54:19
97:10
112:9
141:1
141:15
157:4
171:19
171:21
184:15
184:16
195:1
195:4
218:15
220:24
answered
31:4
answering
127:5
answers
6:18, 6:20
antagoniz...
135:3
antagonize
138:13
141:20
171:8
171:11
171:14
antagonizing
206:22
anti 166:18
anti-prog...
170:18
antibiotics

101:13
anticipate
94:9
antiproge...
57:16
anybody
7:20, 36:25
121:16
124:17
143:7
anymore
36:15
36:23
anytime
62:21
102:13
135:8
135:8
135:13
162:9
apologies
62:24
101:4
apologize
7:25, 26:23
122:7
158:23
173:24
appear
209:8
220:12
appearance
5:17
APPEARANCES
2:1
appeared
16:13
appears
32:5, 177:3
apple 186:3
applicable
161:16
applies
174:16
apply 151:5
175:18
appointment
24:18
97:14
114:15
114:16

appreciate
19:8, 44:14
58:10
128:24
144:24
161:22
169:24
approached
228:9
appropriate
15:4, 15:10
15:18, 16:4
16:8, 18:11
97:25
134:24
175:8
183:17
184:8
184:14
184:17
184:23
185:8
185:12
185:15
185:18
185:20
186:5
187:16
187:23
188:2
202:1
212:10
212:16
215:23
215:24
217:16
218:2
218:5
223:11
226:15
228:8
230:11
approval
64:11, 93:2
93:3
approved
47:15, 65:2
approximate
25:20
approxima...
7:18, 20:16

23:12
24:14
27:22, 34:3
39:14
80:24
87:19
130:2
235:21
235:22
apt 157:6
area 103:18
147:23
159:18
214:10
214:11
argument
13:24
Arizona
2:10
arm 130:13
136:4
136:5
136:23
arms 130:10
arrange
234:12
article 3:8
4:2, 70:25
126:15
126:16
135:8
135:13
152:16
153:14
160:10
160:12
169:1
174:25
177:13
204:16
224:18
articles
8:9, 8:11
11:5, 68:22
175:10
175:16
176:2
206:8
asked 20:6
30:21, 77:1
77:19

107:5
169:22
220:25
233:13
asking
10:23
20:19
20:20
38:10
46:23, 47:3
49:6, 72:4
136:10
136:11
136:19
136:21
139:14
148:13
157:5
172:3
180:16
184:4
185:22
186:20
187:9
218:1
asleep
103:12
aspect
102:23
201:2
assay 70:18
assays 69:3
160:7
160:15
163:16
164:13
assess
129:25
assessment
40:9, 80:21
81:1, 81:5
assessments
77:5
assistance
37:19
39:15
39:16
associated
105:16
106:24
163:13

DR. REBECCA COHEN - October 15, 2024

203:18
association
69:22, 70:2
70:6, 174:6
175:3
assume
105:19
116:22
143:3
assuming
73:23
attached
4:5, 10:1
70:21
70:22
78:20
232:6
attaches
70:5, 163:2
attempts
82:3, 124:3
attend 82:9
attention
103:20
162:1
212:3
227:9
234:21
attorney
1:8, 2:15
6:7, 231:11
233:14
233:15
234:5
attribute
133:21
206:9
attributed
133:24
134:7
attribution
134:2
audiences
225:16
author
223:20
authored
223:16
authoring
223:17
automatic

219:13
automatic...
218:10
autonomy
15:25, 16:9
16:23
16:25, 17:3
17:4, 17:8
18:8, 82:1
96:12
124:6
197:25
available
39:3, 62:11
63:17
105:14
105:22
106:7
106:22
114:14
164:20
174:21
Avenue 2:5
234:1
235:1
235:4
average
20:25
22:18
24:21
aware 8:25
36:25
45:20
47:22, 50:1
104:25
106:15
106:19
120:7
126:23
163:16
191:24
192:1
206:8
206:13
220:3

B

b-u-c-c-a...
64:5
babies

25:16
baby 27:20
195:8
198:18
204:3
204:21
205:10
back 8:7
19:6, 32:20
52:19
54:23
64:23
72:18, 83:8
85:24, 89:1
89:13, 96:1
100:2
103:20
111:5
117:4
121:15
124:12
125:24
133:15
134:1
145:13
145:19
147:13
148:12
150:24
152:4
152:17
154:21
157:5
158:19
192:8
193:6
198:7
200:18
201:13
204:15
213:13
214:4
216:10
222:11
background
63:13
152:23
153:10
175:11
bad 97:24
227:15

balance
69:21, 86:9
99:7
158:10
188:24
199:1
balancing
97:12
ball 113:8
ballparks
10:24
base 93:17
177:3
193:15
196:9
196:13
214:21
based 30:20
56:20
56:21, 57:4
57:10
63:22
65:25, 76:8
88:7, 96:3
107:16
126:14
126:15
128:7
128:8
162:14
162:17
162:18
164:12
178:21
180:13
229:20
baseline
84:3
169:12
basically
57:17
68:13, 73:3
88:14
140:4
basis 18:12
30:22
76:25
77:10
77:14
104:15
104:20

123:24
178:15
208:13
218:25
228:22
229:10
230:12
231:4
Bates
227:10
bear 72:5
beat 149:19
149:22
Becket 2:4
235:4
becoming
26:22, 27:5
84:1
119:19
beginning
5:17, 123:8
218:14
begins 30:2
30:8, 162:3
behalf 1:14
beings
163:19
163:22
believe
19:2, 31:9
35:10
36:12, 47:6
56:15, 65:3
92:19
93:10
109:2
110:2
110:4
111:6
130:8
133:4
133:23
134:6
136:17
148:12
148:15
149:21
155:19
164:8
164:25
195:5

DR. REBECCA COHEN - October 15, 2024

195:21
197:22
197:23
218:21
220:2
**Bella** 1:2
2:1, 5:11
5:22, 8:3
10:4, 10:22
12:16
12:18, 13:5
13:6
189:20
220:25
234:9
235:6
**Bella's**
221:1
**Belmont**
214:4
214:12
**beneficial**
92:8
195:15
**benefit**
71:18
71:21, 72:6
92:1, 99:14
99:19
187:6
188:24
191:10
193:7
198:8
214:8
214:16
216:6
**benefits**
86:9, 91:17
97:12
158:10
186:18
187:5
226:7
226:12
226:15
**Bernard**
157:6
204:16
**best** 31:16
33:12, 53:9

53:22
62:11
88:14
104:14
116:8
116:19
116:24
117:24
119:22
121:23
126:4
141:14
159:8
159:17
159:20
159:22
163:24
202:14
212:2
214:18
**besties**
141:1
**better**
17:23
28:24
55:17, 61:9
75:21
128:12
128:17
128:20
128:23
129:8
148:14
148:22
149:1
149:14
149:25
150:3
150:4
150:8
150:12
150:25
167:15
171:16
186:14
188:21
193:22
195:12
215:24
**beware**
148:3

**beyond** 95:7
106:16
207:7
**bias** 110:13
150:24
150:24
174:8
174:19
196:18
**biased**
110:12
194:3
**biases** 63:2
**big** 108:6
138:9
158:21
**biggest**
98:6
129:13
129:14
182:7
**bill** 37:16
**billing**
31:19
**bind** 41:13
57:18
70:13
88:24
167:14
167:22
168:4
199:18
200:21
**binding**
41:25
44:16
65:16
65:17
68:13
68:23, 69:1
69:8, 69:18
69:22
70:19, 89:9
159:12
162:5
162:20
162:23
163:1
163:2
163:10
163:12

163:15
163:21
164:12
169:6
169:14
169:15
170:6
170:10
170:13
170:21
173:2
173:7
173:13
179:11
179:17
179:20
179:24
180:13
180:19
199:10
**binds** 41:18
66:2, 68:16
69:7, 69:13
69:14, 70:5
168:7
**bioethics**
176:10
176:14
176:17
176:19
**bioidentical**
47:17
104:22
105:3
210:8
**biologic**
192:12
**biological**
162:7
229:21
**biology**
199:14
**birth** 28:3
30:16
30:17
45:11
47:12
47:13
47:23, 92:5
119:20
203:14

203:18
204:17
204:19
204:25
205:5
205:14
**bit** 21:8
66:3, 73:22
86:21
124:2
137:13
143:17
160:1
199:3
222:3
**bled** 133:3
133:8
**bleed**
100:14
100:16
131:13
131:18
132:23
133:11
133:19
**bleeding**
26:7, 26:14
45:7, 48:14
59:22
74:25, 81:3
82:13, 83:5
83:5, 83:7
83:17
83:20
83:24
83:25, 84:2
84:3, 84:19
84:19
85:11, 90:7
91:19
98:13, 99:4
100:10
100:20
101:3
101:9
101:11
131:8
131:21
132:10
132:14
132:15

DR. REBECCA COHEN - October 15, 2024

132:17
133:13
133:18
133:21
134:4
134:23
183:9
189:3
189:6
**blocking**
65:17
105:7
202:21
**blocks**
40:18
75:12
75:19
89:25
104:18
173:11
207:17
**blood** 48:10
68:15
103:9
103:11
206:19
206:25
207:2
**bloodstream**
66:5, 66:13
67:8, 68:7
89:2, 167:7
168:23
**board** 3:24
6:1, 6:3
6:5, 53:2
53:6, 53:11
217:5
218:15
219:2
219:7
227:7
227:12
227:18
228:4
228:16
228:20
229:9
230:11
230:16
230:19

230:24
**board's**
228:9
**body** 24:11
30:4, 30:8
41:20
41:24, 83:1
88:22
101:18
104:11
104:13
159:13
160:7
199:21
200:13
**body's**
159:3
**books** 36:15
**borderline**
216:23
**born** 203:2
204:3
204:22
205:11
205:16
**bottom** 35:1
85:18
211:21
**bound** 68:10
68:11
70:17
88:21
88:23, 89:5
89:6
**bounds**
18:11
**box** 79:1
114:7
114:8
114:19
114:22
115:1
115:12
**boyfriend**
120:17
**Brady** 2:13
6:6
**brand** 89:23
92:9, 92:11
92:12
**break** 7:2

7:3, 22:25
44:7, 52:17
52:20, 53:5
90:22
99:21
99:25
145:2
152:2
152:5
157:20
199:20
201:7
201:11
222:3
222:7
222:8
228:1
**breakdown**
23:22
23:22
**breathe**
143:17
**Brian** 2:12
5:25, 234:5
235:25
**brian.ura...**
2:17
**briefly**
11:13
**bring**
198:21
220:5
226:7
**broad** 48:12
210:4
**broader**
46:12
**broadly**
45:20
49:25
50:14
94:23
175:18
**Broadway**
2:15, 234:6
**broke** 10:22
**buccal**
74:19
**buccally**
64:5, 80:14
**bucket**

214:2
**buckets**
96:22
213:24
**building**
173:10
177:3
178:21
**bullet**
211:4
**Bulletin**
126:18
192:1
192:3
192:4
**bunch**
109:11
109:11
**burden**
97:12, 98:1
198:13
**business**
86:15

**C**

**c-h-i**
145:18
**C-y-t-o-t...**
92:12
**calculate**
63:8, 79:24
**calculated**
106:2
144:12
145:6
**calculations**
130:24
**CALDERWOO...**
233:24
234:1
235:1
**California**
143:1
**call** 12:3
38:22
43:10
59:18
61:13, 62:2
65:18, 68:1
74:21, 82:5

121:15
156:13
203:8
**called**
21:19, 22:8
47:15, 73:3
90:19
206:6
**calls**
230:20
230:25
**Campus**
211:15
**capacity**
1:8, 30:24
**capital**
86:19
86:19
86:20
86:20
203:9
203:9
203:9
203:10
203:10
**caption**
32:5
**capture**
32:16
34:23
**captured**
15:23
**cardiac**
43:17, 44:4
82:25
137:20
153:3
**care** 12:23
13:6, 13:11
14:7, 14:16
17:6, 17:13
19:13
20:15
21:16, 23:4
23:6, 23:9
24:1, 25:11
26:15, 27:9
33:8, 36:16
36:17
38:13
38:15

DR. REBECCA COHEN - October 15, 2024

| | | | | |
|---|---|---|---|---|
| 38:19 | 28:22 | 231:4 | 203:5 | 125:21 |
| 40:11, 62:5 | 28:23 | **cases** 83:4 | 203:24 | 126:4 |
| 62:7, 80:24 | **carries** | 96:2, 96:8 | **causes** | 174:11 |
| 86:9, 112:4 | 15:6 | 96:11 | 40:18, 46:1 | 194:12 |
| 124:9 | **carry** 15:12 | 117:23 | 91:8 | 200:22 |
| 127:15 | 15:20 | 128:25 | 190:18 | 212:21 |
| 128:5 | **carryover** | 199:4 | 201:20 | 215:22 |
| 128:7 | 153:9 | 199:9 | 202:21 | **certainly** |
| 128:8 | **case** 1:3 | 200:2 | **causing** | 140:24 |
| 130:5 | 5:13, 8:2 | 200:6 | 54:10 | 204:17 |
| 153:24 | 8:24, 10:4 | 206:5 | 190:13 | **certainty** |
| 158:9 | 10:19 | 215:21 | 201:23 | 106:14 |
| 175:7 | 10:22 | **categories** | **caution** | 112:18 |
| 181:11 | 11:10 | 82:12 | 161:16 | 112:22 |
| 198:20 | 12:13 | **category** | 162:9 | 125:16 |
| 206:6 | 16:11 | 90:19, 91:4 | 191:24 | **CERTIFICATE** |
| 209:21 | 17:20 | **Catholic** | 192:20 | 233:1 |
| 209:23 | 26:11 | 174:6 | 192:23 | **certified** |
| 210:1 | 61:11, 99:2 | 174:23 | **cautions** | 235:21 |
| 210:7 | 102:3 | 175:3 | 148:3 | **certify** |
| 210:23 | 106:20 | 175:4 | 160:14 | 232:1 |
| 210:23 | 128:22 | 176:8 | 182:3 | 233:6 |
| 210:24 | 128:25 | **causally** | **caveat** | **cervical** |
| 210:25 | 129:5 | 202:8 | 186:11 | 183:2 |
| 211:3 | 129:7 | **causation** | **cc** 234:24 | 205:22 |
| 211:14 | 135:16 | 146:17 | 235:25 | **cervix** |
| 213:16 | 135:17 | 147:10 | **CCR** 3:24 | 40:20 |
| 213:24 | 138:17 | 147:12 | 4:4 | 41:23, 91:8 |
| 214:7 | 138:18 | **cause** 34:2 | **cells** 41:23 | 181:23 |
| 214:20 | 138:21 | 98:13 | 164:3 | 182:8 |
| 214:24 | 162:11 | 115:24 | 164:6 | **chain** 201:1 |
| 215:8 | 176:25 | 118:9 | **Celsius** | **challenges** |
| 215:13 | 180:9 | 131:13 | 161:7 | 36:10 |
| 216:3 | 189:11 | 131:18 | 161:9 | **chance** |
| 216:4 | 189:20 | 132:15 | **center** 1:15 | 97:18 |
| 218:10 | 189:21 | 157:12 | 3:13, 22:9 | 125:8 |
| 218:13 | 193:8 | 190:10 | 22:12, 33:3 | 126:13 |
| 218:17 | 193:21 | 190:13 | 33:6, 33:14 | 138:16 |
| 219:12 | 193:25 | 190:16 | 34:1, 34:5 | 144:5 |
| 219:14 | 194:2 | 190:20 | 34:10 | 144:9 |
| 227:7 | 202:12 | 200:17 | 34:24, 35:8 | 144:11 |
| 228:8 | 217:5 | 204:2 | 210:23 | 145:7 |
| 230:1 | 220:15 | 204:12 | 211:21 | 145:9 |
| 230:18 | 221:7 | 204:24 | **certain** | 149:4 |
| **career** 57:8 | 221:25 | **caused** 47:1 | 30:25, 70:8 | 149:4 |
| 181:19 | **case-by-case** | 132:20 | 99:1, 107:2 | 149:11 |
| **carefully** | 18:12 | 133:10 | 114:8 | 150:7 |
| 125:11 | 218:24 | 191:2 | 114:11 | 150:11 |
| 186:14 | 228:21 | 202:5 | 116:18 | 150:16 |
| 214:20 | 229:10 | 202:10 | 116:19 | 150:17 |
| **caring** | 230:12 | 202:16 | 118:6 | 151:7 |

DR. REBECCA COHEN - October 15, 2024

151:15
151:19
154:24
161:2
189:2
194:19
198:17
**chances**
150:7
216:23
**change**
67:18
72:25, 73:5
73:14
117:2
122:4
122:9
122:13
122:18
122:22
123:2
125:4
125:7
126:5
127:14
181:24
181:25
221:7
221:10
221:15
**changed**
67:10
67:16
72:23
125:15
135:15
181:7
181:10
193:11
207:25
**changes**
21:16
119:16
119:16
141:23
142:15
234:14
235:11
235:12
**chart** 170:5
203:8

**charts**
157:17
**check** 42:6
97:9, 110:6
113:17
114:7
114:8
114:19
114:22
115:1
115:12
117:11
122:19
127:10
**checking**
72:10
78:10
78:22
**checklist**
83:9, 96:13
97:6, 98:21
215:19
**cheek** 64:6
**Chelsea** 1:5
2:8, 2:19
**Chelsea's**
39:24
**chemical**
57:17
**chi-square**
145:13
145:17
145:24
**chief** 21:4
21:12, 32:7
**child** 15:6
15:12
15:20
**chills**
82:19
91:21
189:4
**Chireau**
3:17
**Chism** 11:11
11:19
**choices**
225:22
**choose**
37:17
71:20, 72:5

185:24
186:15
**chooses**
188:19
**choosing**
184:16
**circulating**
46:6, 68:15
**circumstance**
42:21
60:21
114:17
119:23
127:14
185:1
190:18
**circumsta...**
31:1, 47:4
112:17
113:24
117:12
117:14
120:4
120:8
121:16
125:10
166:1
183:11
186:2
**cite** 105:6
108:4
110:18
110:25
176:3
**cited**
111:10
126:18
153:14
175:16
179:24
**citing**
219:16
**CITY** 233:2
**Civil** 5:3
235:14
**claim** 137:5
**claims**
177:14
**clarifica...**
58:1
58:11

171:15
**clarify**
6:24, 25:1
27:8, 31:22
42:9, 45:9
109:9
120:18
130:23
131:11
178:12
226:9
228:2
228:23
230:23
**clarifying**
85:6
**class** 44:21
156:8
**classic**
144:19
**cleanup**
222:4
**clear** 4:2
26:24, 58:5
93:19, 97:1
105:1
157:19
199:24
202:14
203:22
217:22
223:23
**cleared**
88:16
95:19
**clearly**
183:25
197:15
213:18
216:1
**clinic** 8:4
12:16
20:13, 21:6
22:6, 22:7
33:3, 72:15
102:6
114:15
121:11
211:9
211:14
**clinical**

19:13, 20:3
20:4, 20:15
20:20
20:24
21:16
22:11
22:13
33:25
36:16, 46:8
47:8, 71:12
77:4, 80:8
86:7, 92:22
93:1, 108:3
158:9
196:16
211:3
211:18
213:10
**clinically**
30:1
**clinics** 3:9
12:3, 12:13
**close** 222:4
**closed**
40:20
**closely**
163:13
229:14
**clots** 103:9
**clouding**
124:10
**Cobalt**
38:17
38:18
38:24
39:17
**coerced**
113:14
117:15
**coercion**
73:25
112:20
**Cohen** 1:11
3:6, 3:8
5:10, 6:8
6:13, 18:16
19:20, 21:7
32:3, 52:20
78:11
100:3
127:3

DR. REBECCA COHEN - October 15, 2024

| | | | | |
|---|---|---|---|---|
| 152:5 | 142:21 | 92:22 | 185:19 | completed |
| 152:16 | 158:16 | 125:24 | 185:21 | 106:5 |
| 201:14 | 211:17 | 141:12 | 186:5 | 128:15 |
| 217:4 | 220:4 | 150:1 | 186:20 | 137:22 |
| 222:12 | 220:6 | 193:5 | 187:12 | completely |
| 224:1 | 220:22 | 197:14 | 187:23 | 215:25 |
| 232:1 | 221:2 | 197:24 | 188:10 | completion |
| 232:9 | 221:5 | 228:10 | 188:13 | 105:10 |
| 233:7 | 221:16 | comma 122:8 | 189:24 | 134:8 |
| 234:7 | 221:20 | 122:12 | 223:8 | complex |
| 235:9 | 227:6 | 153:4 | 225:4 | 14:3, 19:1 |
| Cohen's 3:5 | 233:2 | 161:5 | 225:12 | 21:4, 21:12 |
| 10:10 | 233:5 | 224:7 | 225:22 | 21:21, 23:2 |
| 234:12 | 234:5 | 224:7 | 225:25 | 27:21 |
| colleagues | 234:6 | commencement | compared | 116:4 |
| 37:9, 45:15 | ColoradoP... | 233:6 | 156:2 | 116:12 |
| 140:24 | 223:25 | commission | 187:25 | 153:19 |
| collect | Colten 2:2 | 232:13 | comparing | 215:17 |
| 139:3 | 5:19 | 233:21 | 60:15 | 215:18 |
| Colon | column | common | 138:23 | 215:18 |
| 223:24 | 160:21 | 28:12 | 224:18 | complicated |
| colonosco... | 166:10 | 51:21 | 226:14 | 28:17, 30:1 |
| 183:20 | combined | 74:15 | comparison | 97:10 |
| 183:23 | 51:17 | 112:7 | 183:18 | complication |
| 183:25 | come 27:19 | commonly | 184:14 | 116:4 |
| 224:7 | 28:9, 37:23 | 60:17 | 184:17 | 119:14 |
| 224:19 | 42:4, 43:5 | 108:13 | 187:21 | 203:17 |
| colonoscopy | 58:25 | 215:21 | 188:3 | 205:14 |
| 224:16 | 114:11 | compar | 194:1 | complicat... |
| Colorado | 114:16 | 225:24 | 223:4 | 84:6 |
| 1:1, 1:9 | 117:4 | comparable | 223:12 | 183:10 |
| 1:16, 2:15 | 120:22 | 182:19 | 226:18 | 225:2 |
| 2:16, 5:9 | 172:24 | comparative | comparisons | comply |
| 5:13, 5:25 | 198:2 | 222:25 | 157:6 | 234:16 |
| 6:2, 6:4 | comes | Comparati... | competition | component |
| 7:21, 14:12 | 112:21 | 160:24 | 161:6 | 200:9 |
| 14:22 | 115:25 | 166:15 | 167:25 | Comprehen... |
| 14:23 | 157:5 | compare | 168:3 | 3:13, 22:8 |
| 18:17 | 168:11 | 24:24 | complaints | 22:12, 33:2 |
| 18:21 | 198:7 | 61:12 | 219:3 | 33:6, 33:13 |
| 18:23 | comfort | 105:25 | complete | 33:25, 34:5 |
| 25:24, 31:8 | 206:6 | 183:13 | 33:10 | 34:9, 34:23 |
| 31:25 | comfortable | 183:19 | 41:22 | 35:7 |
| 32:12 | 98:17, 99:4 | 183:22 | 69:10 | compression |
| 45:16, 53:2 | 99:8, 101:9 | 184:1 | 69:19, 81:1 | 103:11 |
| 53:6, 53:11 | 118:1 | 184:4 | 117:24 | compromise |
| 53:20 | 123:15 | 184:9 | 130:19 | 94:21 |
| 53:24 | 194:12 | 184:23 | 168:5 | computer-... |
| 97:23 | 206:7 | 185:3 | 199:5 | 233:11 |
| 102:3 | coming | 185:9 | 200:17 | con 153:23 |
| 122:17 | 35:25 | 185:10 | 232:4 | concentra... |

DR. REBECCA COHEN - October 15, 2024

| | | | | |
|---|---|---|---|---|
| 70:7, 86:22 | 203:7 | 156:16 | constant | 129:15 |
| 87:19 | condition | congenital | 69:21 | 130:6 |
| 178:6 | 95:17 | 204:17 | constitute | 154:25 |
| concentra... | 96:19 | conjunction | 232:4 | 181:18 |
| 177:22 | 133:16 | 21:15, 59:9 | consultation | 188:19 |
| concern | conditions | connected | 40:9 | 201:3 |
| 26:14 | 37:23 | 204:9 | consultat... | 201:16 |
| 125:1 | 37:25, 38:3 | 229:14 | 28:9 | continued |
| 131:5 | conduct | 233:15 | context | 3:25, 4:1 |
| 135:7 | 229:8 | connection | 12:12, 29:7 | 83:2, 157:8 |
| 135:12 | conducted | 173:2 | 29:17 | 157:11 |
| 220:10 | 205:7 | consent | 53:16 | 207:22 |
| concerned | conducting | 112:4 | 56:22 | 216:21 |
| 55:22 | 145:12 | consenting | 67:24 | continues |
| 118:16 | conference | 102:25 | 68:15 | 98:12 |
| 119:17 | 141:10 | Consequently | 73:23, 75:7 | 207:7 |
| 123:4 | confidential | 107:9 | 75:17 | 208:2 |
| 124:7 | 120:24 | consider | 79:23, 80:2 | 208:9 |
| concerning | 121:10 | 15:24 | 80:4, 81:8 | continuing |
| 82:10 | 121:10 | 27:10 | 91:6, 91:17 | 138:4 |
| 82:11 | configured | 29:21 | 91:21, 92:4 | 138:6 |
| 82:18 | 199:18 | 30:13 | 96:7 | 182:3 |
| concerns | confirm | 30:14 | 123:10 | 182:5 |
| 21:17 | 81:1, 148:6 | 30:18 | 132:10 | 185:25 |
| 74:11, 82:6 | confirmed | 60:13 | 141:17 | 216:23 |
| 82:13 | 196:5 | 62:22, 63:1 | 153:24 | contracep... |
| 82:21 | confirming | 114:12 | 155:25 | 13:2, 23:3 |
| 82:23 | 74:2 | 119:2 | 156:16 | 26:20 |
| 140:9 | conflated | 138:18 | 174:7 | 26:25, 27:1 |
| 158:3 | 229:5 | 139:15 | 174:11 | 27:3, 27:11 |
| conclude | conflating | 173:19 | 174:24 | 27:25 |
| 139:12 | 155:6 | 174:12 | 187:21 | 27:25, 33:8 |
| concluded | conflict | 205:11 | 215:4 | 45:10 |
| 231:18 | 116:20 | 205:13 | 224:12 | 175:24 |
| concludes | 116:22 | considera... | 224:13 | 191:23 |
| 231:8 | 116:23 | 29:8 | 225:10 | 192:22 |
| conclusion | 220:5 | 217:11 | 225:20 | contraction |
| 134:22 | 220:10 | 217:23 | 231:1 | 40:19 |
| 228:10 | 220:14 | considered | contexts | contractions |
| conclusions | 220:21 | 18:7, 18:12 | 121:22 | 54:10, 55:7 |
| 160:15 | 220:24 | 139:16 | contextua... | 55:8, 57:2 |
| conclusive | 221:4 | 172:16 | 154:7 | 91:8 |
| 141:15 | 221:19 | 228:21 | continue | contradic... |
| 194:24 | 221:23 | considering | 28:2, 28:11 | 166:17 |
| conclusively | 221:24 | 36:7 | 41:9, 90:1 | contraind... |
| 97:17 | conflicts | 172:11 | 120:10 | 91:23 |
| 106:12 | 221:16 | considers | 121:1 | 92:14 |
| 148:2 | confused | 16:3 | 125:9 | contribute |
| 191:5 | 123:17 | consistent | 125:12 | 167:9 |
| 195:5 | 227:20 | 9:5, 73:13 | 126:2 | 167:12 |
| 202:22 | confusing | 84:11 | 126:8 | contribution |

DR. REBECCA COHEN - October 15, 2024

| | | | | |
|---|---|---|---|---|
| 166:13 | 114:21 | 93:22 | 132:1 | 162:12 |
| **control** | 115:11 | 94:12 | 132:2 | 162:13 |
| 119:20 | 152:6 | 94:13 | 132:4 | 162:15 |
| 137:1 | **convincing** | 94:17 | 132:5 | 162:16 |
| 194:1 | 221:13 | 94:24 | 132:8 | 163:17 |
| **controlled** | **copies** | 95:25 | 132:9 | 164:4 |
| 48:6, 48:25 | 234:19 | 96:23, 97:7 | 132:11 | 164:5 |
| 49:9, 49:18 | **copy** 78:19 | 98:16 | 133:25 | 164:15 |
| 49:22 | 89:12 | 99:13 | 134:10 | 164:21 |
| 50:21 | 217:5 | 99:19 | 134:11 | 165:24 |
| 54:12 | 222:14 | 99:20 | 134:16 | 165:25 |
| 55:10 | 231:12 | 100:18 | 134:19 | 167:24 |
| 56:12 | 234:13 | 100:19 | 134:20 | 168:23 |
| 58:23, 60:1 | 235:12 | 105:3 | 135:6 | 169:17 |
| 60:4, 60:13 | **correct** | 105:4 | 135:10 | 169:20 |
| 60:24, 61:1 | 5:22, 9:1 | 105:9 | 135:15 | 170:5 |
| 61:21, 62:2 | 11:17 | 105:21 | 135:18 | 170:8 |
| 62:13 | 16:11 | 106:21 | 135:24 | 170:19 |
| 62:15 | 16:14 | 107:12 | 136:6 | 175:20 |
| 62:17 | 16:17 | 108:19 | 136:8 | 177:24 |
| 62:20 | 16:18, 17:9 | 108:20 | 138:1 | 179:18 |
| 63:17 | 21:20 | 109:5 | 138:11 | 180:11 |
| 63:23, 65:9 | 21:23 | 109:6 | 140:12 | 189:13 |
| 65:12 | 23:18 | 109:12 | 142:15 | 189:22 |
| 76:18 | 23:20 | 109:13 | 144:2 | 189:23 |
| 76:23, 93:6 | 25:10, 28:4 | 112:1 | 149:8 | 191:10 |
| 93:13, 95:3 | 30:19, 31:8 | 112:13 | 149:19 | 191:12 |
| 105:5 | 31:12, 32:8 | 113:3 | 149:20 | 192:19 |
| 105:24 | 32:9, 33:15 | 113:16 | 149:22 | 200:3 |
| 108:7 | 34:7, 35:1 | 116:18 | 150:8 | 200:4 |
| 108:16 | 35:5, 36:16 | 122:24 | 150:12 | 200:22 |
| 111:1 | 38:15 | 124:14 | 150:17 | 201:5 |
| 111:25 | 38:16, 40:7 | 124:15 | 151:9 | 201:6 |
| 126:21 | 46:22, 50:5 | 124:16 | 151:12 | 201:17 |
| 128:11 | 50:10, 53:2 | 127:11 | 151:13 | 201:18 |
| 129:24 | 53:3, 55:20 | 127:12 | 151:21 | 203:3 |
| 142:24 | 69:6, 70:11 | 127:25 | 151:23 | 203:4 |
| 159:16 | 70:12, 76:3 | 129:3 | 152:25 | 203:24 |
| 179:17 | 76:4, 76:7 | 129:4 | 153:1 | 203:25 |
| 196:6 | 77:11, 80:6 | 130:12 | 154:15 | 204:3 |
| 196:11 | 80:18 | 130:16 | 154:25 | 204:13 |
| 196:13 | 81:17 | 130:19 | 155:1 | 206:14 |
| 213:7 | 84:21 | 130:20 | 155:4 | 208:4 |
| **controls** | 84:23 | 130:22 | 158:16 | 208:5 |
| 179:20 | 89:10 | 130:25 | 158:17 | 208:11 |
| 179:23 | 90:16 | 131:1 | 160:3 | 208:12 |
| **controversy** | 92:10 | 131:6 | 160:4 | 208:21 |
| 233:9 | 92:15 | 131:7 | 160:6 | 208:22 |
| **conversation** | 92:16 | 131:9 | 160:8 | 208:24 |
| 113:19 | 92:18, 93:7 | 131:14 | 160:16 | 208:25 |
| **conversat...** | 93:20 | 131:18 | 161:19 | 213:25 |

DR. REBECCA COHEN - October 15, 2024

| | | | | |
|---|---|---|---|---|
| 221:25 | 10:5 | 100:20 | 201:25 | 101:11 |
| 224:20 | country | 189:3 | criteria | 124:25 |
| 224:24 | 13:14, 14:2 | created | 73:4 | 125:2 |
| 225:6 | 141:12 | 149:4 | critical | 134:4 |
| 225:13 | 224:6 | 151:14 | 107:9 | 184:6 |
| 226:19 | counts | credentials | criticism | 184:10 |
| 228:5 | 55:21 | 221:21 | 177:10 | 184:18 |
| 228:19 | COUNTY | 221:22 | criticisms | 188:6 |
| 228:22 | 233:2 | Creinin 8:6 | 176:20 | 190:4 |
| 229:4 | couple | 129:17 | criticizing | date 78:10 |
| 230:5 | 115:18 | 129:22 | 58:6 | 78:22 |
| 231:14 | 125:14 | 130:17 | crush 64:17 | 235:20 |
| correction | 141:11 | 130:21 | cry 115:19 | day 115:23 |
| 232:3 | 181:20 | 131:6 | CU 3:10 | 115:23 |
| 232:6 | course 71:5 | 132:3 | 3:11, 21:19 | 116:25 |
| corrections | 71:18 | 132:6 | 32:6, 32:12 | 117:3 |
| 232:5 | 101:22 | 132:21 | 32:18 | 117:3 |
| correctly | 115:5 | 133:21 | 32:23 | 119:11 |
| 36:10 | 115:7 | 134:21 | 32:25 | 121:23 |
| 161:8 | 121:5 | 135:2 | 33:11, 34:6 | 150:21 |
| 163:13 | 138:2 | 135:7 | 34:8, 34:12 | 181:24 |
| counsel | 142:21 | 135:12 | 209:8 | 215:1 |
| 5:16, 5:17 | 196:21 | 135:21 | 209:11 | 232:12 |
| 7:15, 7:16 | courses | 137:1 | CUHealth | 233:19 |
| 182:14 | 188:17 | 137:5 | 209:16 | days 66:14 |
| 194:8 | court 1:1 | 137:14 | current | 66:18 |
| 233:14 | 1:8, 3:8 | 137:15 | 23:15 | 66:20 |
| 233:15 | 5:13, 5:15 | 137:17 | 78:23 | 67:22, 68:9 |
| 234:20 | 6:18, 8:19 | 138:25 | 127:15 | 68:12, 79:9 |
| counseling | 10:10 | 139:6 | currently | 79:12 |
| 76:15 | 78:15 | 140:11 | 35:11 | 79:15 |
| 76:16 | 104:16 | 140:14 | cut 150:22 | 79:23 |
| 85:25 | 127:8 | 140:21 | 177:11 | 79:24, 80:3 |
| 97:25 | 220:21 | 142:17 | cuts 130:17 | 80:25, 94:7 |
| 106:25 | 234:19 | 143:6 | CV 33:21 | 95:11 |
| count | 235:18 | 144:1 | CYP3A 86:17 | 100:22 |
| 201:16 | 235:20 | 152:7 | Cyto 92:9 | 117:4 |
| counteract | cousin | 152:10 | Cytotec | 130:9 |
| 171:2 | 198:24 | 153:10 | 92:9, 92:11 | 137:21 |
| 171:16 | coverage | 157:21 | 92:14 | 206:19 |
| 173:4 | 37:18 | 158:13 | | 206:21 |
| 173:14 | covered | 189:19 | D | 207:5 |
| 178:25 | 37:16 | 189:21 | | 234:16 |
| 179:6 | Covid 72:14 | 194:5 | d-e-p-o-t | deal 120:3 |
| 179:21 | 73:5 | 213:15 | 191:16 | 121:2 |
| 180:2 | cramping | Creinin's | D.C 2:6 | Dear 234:10 |
| 194:16 | 71:15 | 106:16 | 235:5 | 235:8 |
| 202:13 | 74:25, 83:6 | 143:23 | damage | death 99:4 |
| 207:13 | 90:7, 90:7 | 144:13 | 101:21 | 101:22 |
| 216:15 | 91:19 | 151:5 | dangerous | deaths |
| counting | 100:10 | 151:19 | 45:4, 82:13 | 155:14 |

CALDERWOOD-MACKELPRANG, INC.
(303) 477-3500

DR. REBECCA COHEN - October 15, 2024

201:20
202:4
202:16
202:25
203:6
203:24
204:2
204:13
206:9
DeBeasi
173:22
174:1
176:7
DeBeasi's
174:17
176:20
Deceiving
3:9
decide
117:13
198:16
decided
154:24
decides
15:11
15:19
deciding
29:15, 62:8
decision
37:3, 37:5
73:25
97:14
107:10
112:19
112:20
113:23
114:5
114:9
115:4
116:14
117:14
117:25
118:21
119:1
119:4
122:1
193:9
219:18
decisions
16:7, 21:15
21:15

36:11
declaration
3:6, 10:16
10:17
11:21
23:11
70:24, 78:3
78:15
104:5
declarations
8:14
decrease
48:14
59:21
167:6
decreased
46:3, 56:14
Decreases
154:11
decreasing
56:6
Dede 11:11
11:19
deep 150:14
defect
49:13
defects
204:17
Defendants
1:10, 2:12
Defending
2:9
defense
121:10
deficiencies
46:6, 46:13
deficiency
46:21, 47:2
49:15
define
67:25
169:11
215:6
definitely
165:1
179:2
definition
18:1, 18:6
18:14
54:15, 55:1
55:14

56:18
118:8
118:17
127:23
130:15
134:9
138:21
229:8
definitions
214:6
definitive
43:18
43:24
90:12
definitively
43:20
degree 81:3
84:2, 176:9
176:19
207:21
degrees
161:7
161:9
Delgado
140:2
140:15
deliberately
9:11
deliver
27:19, 28:6
56:8
delivered
25:16
delivery
25:13, 92:5
182:7
182:9
204:7
demise
79:21
204:7
204:25
demonstrated
145:8
153:3
158:3
177:21
dental
103:15
Denver 1:15
2:16, 5:9

233:2
234:2
234:6
235:2
depend
24:16
44:25
51:10
181:9
dependent
29:17
depending
20:25
30:25, 34:4
61:4, 70:6
83:7
depends
24:9, 29:4
37:12, 38:1
71:18
DEPONENT
13:8, 13:16
13:21
14:18, 15:8
15:14
15:22, 16:6
18:3, 21:9
23:8, 29:4
29:12
35:15
35:19
42:13
52:12, 53:8
54:24, 66:8
69:17
71:24, 78:6
78:9, 86:19
93:22
104:6
109:18
111:10
111:23
112:13
124:21
126:17
127:2
127:6
131:11
131:20
136:1
136:8

138:21
139:2
139:23
140:2
140:18
143:17
145:17
146:7
147:21
148:19
148:25
149:10
149:24
150:14
150:19
151:23
155:6
155:16
158:7
163:24
164:18
165:4
167:19
167:24
170:15
173:18
179:2
180:4
182:25
183:17
184:13
184:21
185:17
186:10
187:2
187:16
187:20
188:2
188:8
189:15
190:6
190:16
190:20
191:5
193:19
193:24
194:7
194:22
195:4
195:19
196:8

DR. REBECCA COHEN - October 15, 2024

| | | | | |
|---|---|---|---|---|
| 197:1 | 11:18 | **detailed** | 71:13 | 230:25 |
| 197:6 | 11:24 | 102:24 | 73:17 | **differently** |
| 197:22 | **depot** | **details** | 74:14, 81:8 | 199:17 |
| 198:7 | 191:16 | 107:6 | 93:9 | 228:10 |
| 198:20 | 192:5 | **detectable** | 108:22 | **difficult** |
| 201:22 | **derivative** | 66:14 | 109:4 | 7:8, 116:14 |
| 202:7 | 47:16 | **development** | 109:11 | 117:17 |
| 202:19 | 47:21 | 29:1 | 111:3 | 121:4 |
| 204:5 | 191:19 | **deviation** | 111:6 | **difficulty** |
| 204:15 | **derivatives** | 229:10 | 112:22 | 171:13 |
| 205:2 | 44:22 | **deviations** | 115:6 | **diffuses** |
| 205:13 | 210:9 | 219:5 | 116:7 | 67:7 |
| 206:11 | **describe** | **devices** | 116:25 | **digging** |
| 207:2 | 43:19 | 103:11 | 117:5 | 150:14 |
| 209:11 | 59:16 | **Diabetes** | 123:12 | **dilators** |
| 212:14 | 60:25, 64:1 | 210:14 | 127:21 | 181:22 |
| 212:25 | 70:3, 73:1 | **diarrhea** | 144:10 | 182:2 |
| 213:13 | 73:15 | 91:20 | 145:10 | 182:6 |
| 217:18 | 131:24 | **Diaz** 2:18 | 148:14 | 182:16 |
| 218:4 | 160:17 | **died** 84:16 | 149:15 | 183:2 |
| 219:10 | 224:13 | 203:3 | 149:17 | 184:11 |
| 221:10 | **described** | **dies** 206:7 | 150:22 | 185:23 |
| 222:17 | 46:13, 53:5 | **difference** | 151:17 | 205:22 |
| 225:9 | 54:7, 55:16 | 24:4, 44:19 | 153:13 | **direct** 40:2 |
| 225:15 | 60:11, 62:1 | 57:8 | 153:13 | 103:19 |
| 226:9 | 64:22, 72:1 | 104:23 | 158:11 | 104:1 |
| 226:14 | 96:21 | 106:3 | 161:11 | 113:10 |
| 228:7 | 127:19 | 136:2 | 163:8 | 120:11 |
| 230:16 | 230:4 | 140:7 | 163:9 | 160:9 |
| 230:23 | **describing** | 145:8 | 163:9 | 162:1 |
| 231:3 | 19:24 | 147:17 | 164:4 | 212:3 |
| **deposed** | **description** | 151:2 | 170:23 | 227:9 |
| 6:15 | 56:25, 62:4 | 159:21 | 172:25 | **direct-di...** |
| **deposition** | 177:5 | 213:10 | 179:8 | 58:1 |
| 1:11, 1:14 | **designed** | **differences** | 180:24 | **direction** |
| 4:5, 5:10 | 63:7 | 61:16 | 183:6 | 23:25 |
| 7:12, 7:13 | 100:20 | 151:20 | 183:14 | 170:25 |
| 7:22, 8:10 | **desire** | **different** | 185:4 | **directly** |
| 8:16, 54:16 | 129:15 | 24:17, 27:6 | 185:11 | 60:15 |
| 146:6 | **desired** | 30:13 | 186:2 | 61:18 |
| 231:9 | 186:11 | 37:15, 38:1 | 199:13 | 64:16 |
| 231:18 | 212:22 | 45:1, 45:2 | 207:25 | 68:17, 94:1 |
| 233:10 | 216:6 | 46:17 | 210:24 | 105:25 |
| 234:7 | **desperate** | 47:17 | 212:6 | 168:3 |
| 234:12 | 195:8 | 51:17 | 213:23 | 179:9 |
| 234:12 | 195:10 | 53:21 | 214:7 | 179:12 |
| 234:18 | **despite** | 57:19 | 216:10 | 202:8 |
| 235:9 | 102:12 | 60:19 | 224:12 | **director** |
| **depositions** | **detail** | 60:20 | 225:16 | 21:5, 21:6 |
| 8:5, 11:11 | 24:19 | 60:21, 61:8 | 225:19 | 33:17 |
| 11:15 | 35:20 | 61:8, 64:21 | 228:11 | 33:19 |

DR. REBECCA COHEN - October 15, 2024

36:22
dis 42:19
disagree
 43:2
 143:19
 147:18
 177:5
 177:7
 201:15
 207:15
disappoin...
 141:17
disassociate
 70:8
disassoci...
 69:22, 70:2
 177:22
 178:4
discharge
 51:12
discipline
 219:13
disciplining
 218:11
discomforts
 198:14
discount
 177:8
discounts
 177:8
discretion
 230:20
 230:25
discuss
 75:22, 77:9
 87:2
 153:25
 224:11
discussed
 11:12
 11:20
 53:20
 141:7
 147:13
 174:14
 213:14
discussing
 13:22
 134:11
 214:20
discussion

43:14, 75:4
102:25
112:16
120:12
123:22
123:24
125:13
125:16
140:3
146:9
152:14
173:21
175:10
216:5
218:22
219:19
219:22
219:25
discussions
58:8, 73:17
152:10
154:5
dispense
59:8, 81:14
dispensed
58:11
58:15, 72:9
80:4
dispensing
59:4, 73:7
98:17
100:7
disproven
86:23
dissimilar
184:9
distance
198:23
distinct
183:10
213:21
distinction
57:24, 58:3
58:4, 60:5
60:8
distinguish
42:20, 43:9
43:12
distress
54:10
Distribution

89:1
District
 1:1, 1:1
 5:12, 5:13
division
 21:4, 21:11
 21:22, 22:3
 32:7
 210:13
dizzy 82:17
DMPA 191:14
 191:15
 191:25
 192:18
doc 183:24
doctor
 32:12
 34:18
 80:12
 80:19
 90:20
 144:23
 160:12
 161:25
 190:17
 191:7
 197:17
 197:18
 198:4
 209:2
 210:12
 211:11
 218:14
doctors
 34:8, 45:21
 48:18, 62:5
 62:6, 62:9
 147:18
 229:20
document
 9:20, 9:25
 32:4, 34:19
 80:10
 89:13
 107:14
 107:16
 148:5
 223:14
 227:3
documents
 13:4

doing 20:4
 22:10
 22:17
 29:10, 42:7
 44:9, 62:21
 63:7, 68:3
 72:22
 125:24
 127:20
 150:8
 150:10
 150:12
 193:22
 206:24
donations
 31:19
 37:20
 37:21, 40:3
 164:3
donors
 37:24
dosages
 93:9
 212:23
 213:1
dose 64:9
 64:12, 94:5
 212:21
doses
 212:20
dosing 77:6
doubt
 107:20
 110:8
 110:17
 112:2
 112:5
 112:10
 113:1
 223:19
downstream
 65:18, 66:3
 199:19
 200:10
Dr 1:11
 3:5, 3:16
 5:10, 6:8
 6:13, 8:6
 10:10
 18:16
 19:20, 21:7

32:3, 52:20
78:11
100:3
106:16
111:5
127:3
130:17
130:21
132:3
132:6
133:21
134:21
135:2
137:1
137:5
137:17
140:11
140:14
140:21
142:17
143:10
143:20
143:23
144:13
146:16
147:9
152:5
152:7
152:10
152:16
153:10
175:14
189:19
201:14
201:15
201:25
213:15
213:15
213:22
213:22
217:4
222:12
224:1
232:1
232:9
233:7
234:7
234:12
235:9
draw 134:21
 139:10

DR. REBECCA COHEN - October 15, 2024

180:23
205:6
213:18
drawing
80:13
80:13
160:14
drink 86:13
86:25
drinking
117:20
drop 66:16
Drs 8:6
drug 47:15
80:5, 85:19
95:19
206:20
drugs 85:21
93:3, 94:24
132:1
due 106:4
duly 6:9
233:7
235:13
235:15
duration
163:6
163:7
163:11
178:5
198:12
duress
113:15
117:9
117:21
118:9
118:15
118:25
119:2
120:13
120:19
121:3
122:1
dynamic
168:9

E

e-n-d-o-g...
104:11
e-x-o-g-e...

104:12
earlier
33:4, 43:18
43:22
54:15
85:25, 96:1
149:13
156:9
164:23
166:2
168:6
168:19
192:13
193:6
196:14
204:9
206:19
222:24
227:17
229:3
early 26:6
30:7, 33:8
38:20
49:15
58:20, 77:5
80:2, 92:6
107:19
139:3
153:5
155:11
155:19
easier 78:1
145:22
179:14
easy 127:8
150:22
eclamptic
57:6
ectopic
43:25
96:13
97:19
97:25, 98:4
98:5, 98:7
98:8, 98:22
98:23, 99:1
99:17
100:4
100:8
100:8
100:11

edges
118:20
education
3:22
119:16
215:10
effect 51:8
71:17
94:16
118:2
131:8
132:11
133:13
133:19
147:19
167:10
171:2
178:25
effective
17:17
17:22
18:14
45:25
54:14
54:15, 55:1
55:9, 55:21
56:17
56:18
56:25
57:11
59:15
96:20
119:24
123:9
123:14
125:2
125:6
126:3
130:1
142:9
196:10
197:8
229:18
effectively
141:25
effective...
18:9, 57:4
67:18
67:21
67:24

75:15
76:15
124:6
189:25
effects
51:9, 51:18
51:20
51:24
60:18
65:19, 66:1
66:3, 71:10
71:20
71:21, 72:2
72:5, 74:14
91:15
91:16, 92:1
92:7, 94:10
94:12, 95:7
95:15
95:18
95:20
97:12
133:16
140:7
141:20
141:24
171:8
171:11
173:4
173:14
179:21
180:2
188:23
188:23
189:3
198:15
200:11
202:13
202:21
207:13
207:20
207:20
207:24
227:19
efficable
179:15
efficacy
137:15
eight 90:21
91:1
either 27:4

28:9, 42:21
43:24, 44:4
49:15, 50:4
59:17
59:20, 64:5
92:4, 108:8
130:7
132:7
149:18
188:9
212:21
elect
127:14
eligible
108:10
eliminated
88:2, 89:4
97:17
elimination
87:23
87:25
88:11
ELIZABETH
2:14
em 155:19
embryo 29:2
30:10
30:11
30:14
30:18
43:17
43:21, 44:4
emergency
52:3, 83:11
83:15
83:18
83:22, 84:6
84:14
133:6
134:14
134:14
134:18
134:23
135:23
136:5
136:12
189:22
emphasizes
124:5
emphasizing
100:13

DR. REBECCA COHEN - October 15, 2024

employed
18:17
220:22
221:20
employee
220:3
employer
18:24, 31:8
31:11
employers
19:4
enclosed
234:11
234:14
235:9
235:12
Enclosures
235:24
encompassed
118:12
encompasses
149:6
encounter
112:22
113:20
encourage
81:7, 83:14
encouraged
135:2
Endocrino...
210:13
endogenous
104:10
104:21
208:6
208:8
208:9
endometrial
49:4, 49:4
50:16
50:19
164:6
ends 201:1
endure
71:20
198:14
engage
214:17
engagements
220:5
enroll 63:9

106:2
enrolled
130:4
229:24
ensure
109:7
109:15
112:19
181:11
ensured
73:24
entered
23:7
entire 74:4
74:10
90:14
entirely
121:21
125:20
entirety
107:3
121:13
entity
21:18, 22:2
174:23
environme...
61:14
enzyme
86:21
epidemiology
176:18
equal 177:2
179:16
183:1
187:22
equating
182:25
equivalent
183:1
ER 136:24
error
137:21
especially
82:16
97:24
Esq 2:2
2:2, 2:3
2:3, 2:4
2:8, 2:12
2:13, 2:13
2:14, 2:14

234:5
234:24
235:3
235:25
essentially
8:8, 18:25
31:18, 36:6
37:14
40:20, 46:5
53:15, 55:5
56:6, 60:12
66:15
70:19
75:17, 77:2
86:24
94:19, 98:9
100:22
123:18
130:14
144:7
149:10
149:24
162:18
163:3
167:2
169:12
172:17
177:2
180:22
182:8
196:15
200:9
216:17
224:21
Essure 35:3
established
159:2
175:15
187:6
establishing
146:17
147:10
estimate
23:15
166:8
166:12
estrogen
45:5
et 1:3, 1:9
5:11, 5:12
234:9

234:9
235:7
235:7
ethical
143:11
143:24
158:13
ethically
76:20
197:17
198:4
ethics
176:10
evaluate
81:2
218:24
230:12
evaluating
226:11
evaluation
38:21, 73:6
81:12
83:19
97:16
231:4
evaluations
81:8
event
233:17
events
106:4
200:25
204:6
eventually
130:17
201:4
208:3
223:6
everybody
64:10, 82:2
212:6
216:9
everyone's
231:10
everything's
116:1
evidence
17:15
48:17, 57:4
60:3, 60:14
60:23, 61:1

61:3, 61:7
61:10
61:14
61:22, 62:1
62:7, 62:11
62:20
62:25, 63:3
63:18
63:22
65:11
72:14
76:23, 80:9
88:20
91:25
93:16
105:14
105:22
106:6
106:7
106:13
106:23
107:8
108:7
128:9
138:17
138:25
139:4
139:11
139:15
139:16
142:2
142:5
142:6
142:7
146:17
147:9
147:12
149:1
149:2
157:2
157:3
157:4
158:1
159:2
159:10
159:15
159:17
162:19
164:14
164:20
164:22

DR. REBECCA COHEN - October 15, 2024

164:24
164:25
165:7
165:8
165:12
165:17
165:20
165:22
171:7
171:10
172:10
172:12
172:14
172:15
172:18
172:19
172:20
173:8
174:13
174:19
174:21
177:3
178:9
178:13
186:14
188:20
193:14
194:18
194:24
194:25
195:14
196:9
196:12
197:13
197:19
198:22
199:2
214:21
230:7

**evidence-...**
62:21
77:17, 80:3
197:7
229:16
229:19
229:23
230:2
230:18
**evidentiary**
76:25
197:4

**exact** 14:14
51:21, 59:1
75:11
75:18
145:23
148:6
177:14
**exactly**
19:5, 23:17
53:12
200:8
206:3
**examination**
3:1, 3:2
3:3, 6:11
227:1
227:23
233:7
**example**
9:12, 76:6
95:1
202:24
**excessive**
48:10
83:17
**excluded**
130:21
**excreted**
89:4
**excuse** 8:6
19:15
45:18
69:20, 96:9
101:1
177:8
191:9
**exhibit** 3:4
3:5, 3:6
3:8, 3:10
3:11, 3:13
3:14, 3:15
3:16, 3:18
3:20, 3:22
3:24, 4:2
4:4, 9:15
9:18, 10:11
10:12, 12:7
12:8, 32:2
32:10
32:13
34:17

35:18, 36:3
77:22, 78:3
78:12
78:12
78:20
129:17
145:25
146:4
146:6
158:24
160:9
174:2
209:1
210:11
211:10
211:12
217:3
222:9
222:13
226:23
226:25
**exhibits**
4:1, 36:5
**exist** 216:4
**exists**
195:20
**exogenous**
104:12
104:21
105:7
165:23
165:25
173:3
173:6
173:6
208:17
216:19
**expect**
85:10
95:20
131:21
131:22
132:24
168:2
168:4
**expectant**
127:15
127:18
127:19
127:23
128:12

128:17
128:20
128:23
129:6
129:8
129:11
129:12
130:14
135:14
135:16
135:17
188:4
**expectations**
74:11
74:24
**expected**
56:7, 83:6
83:24
132:16
132:17
200:14
229:15
**expecting**
100:12
**experience**
57:5, 71:12
75:10
83:11
85:14
86:24
100:15
100:17
108:3
109:8
112:7
112:25
115:10
122:8
122:12
122:15
196:16
215:10
224:4
**experienced**
51:11
110:7
**experiencing**
116:2
**experimental**
195:11
213:10

213:14
213:24
214:6
214:17
230:4
230:8
**experimen...**
61:19
214:14
**expert** 3:5
3:16, 53:18
213:9
220:15
220:20
220:25
221:1
221:22
224:15
225:20
225:23
225:24
**expertise**
86:8
198:22
**expires**
232:13
233:21
**explain**
13:21
16:12
41:15, 70:1
76:11
77:13
81:10
94:25, 95:9
95:13
120:20
183:21
**explained**
47:19
169:23
170:4
197:19
197:20
219:11
**explaining**
75:8
**explanation**
46:19
**exposure**
203:18

DR. REBECCA COHEN - October 15, 2024

external
117:22
118:5
extra
125:25
extraneous
123:19
extrapola...
69:2
eye 224:7
224:16
224:19
225:5
225:25
226:2

F

face 80:13
140:25
190:24
Facebook
198:24
facility
108:11
facing
36:10
fact 136:19
136:22
145:10
165:19
180:19
211:25
216:17
factors
96:13
96:16, 97:6
98:22
117:16
facts
146:16
147:8
156:17
171:23
faculty
21:14
21:16, 22:3
fail 199:4
failed
119:20
204:22

205:11
failing
219:13
fails
216:11
failure
76:6, 76:13
76:17
82:23, 86:4
129:16
156:15
failures
156:14
fair 41:8
46:21, 66:4
69:2
109:14
110:25
116:13
140:1
140:14
156:13
159:25
165:9
165:10
165:11
169:5
173:1
176:4
188:16
194:1
202:4
203:15
204:21
205:5
207:8
207:11
209:16
209:16
fairly 66:2
66:13, 68:6
74:15
faith 175:4
175:9
fake 3:8
12:3, 12:13
12:16
fall 44:2
101:1
163:4
196:23

197:3
fallopian
98:8
falls 76:22
false 124:8
familiar
48:2, 48:11
67:1, 75:11
102:19
160:12
209:6
209:11
209:25
210:3
210:6
family 3:10
3:11, 21:5
21:12
21:19
21:21, 23:2
27:21, 32:6
32:12
32:18
32:23
32:25
33:11, 34:6
34:8, 34:12
153:19
far 55:22
Fargo 1:15
fatigue
51:11
fault 31:17
favor 16:16
FDA 47:15
64:11, 73:2
78:20
91:25, 93:3
93:3
107:14
107:16
107:17
FDA-approved
58:18
58:20
59:24
64:24, 65:4
65:7, 80:5
92:13
92:22
92:25

feasible
61:5
features
56:5
Federal 5:3
182:10
Federation
38:3, 38:8
38:11
Fee 3:5
9:21
feel 42:24
71:13
74:14
116:20
117:3
117:4
119:22
123:12
195:12
feeling
82:17
82:19
117:21
118:4
119:3
119:17
119:17
120:14
feelings
114:2
116:12
feels
116:22
118:22
fellowship
21:5, 141:6
felt 123:18
Feminizing
3:22
fertility
50:1, 94:21
95:7
fertiliza...
49:17
49:20
fetal 29:14
54:10
79:21
155:14
202:4
204:25

fetus 29:2
29:6, 29:13
30:14
30:18
30:18
182:10
fever 82:18
91:21
189:4
fewer 14:15
14:18
84:11
136:3
136:22
field 45:19
45:21
137:11
143:7
174:15
175:18
fifth
170:12
figure
80:12
177:13
202:12
220:19
figured
145:12
filed 5:12
10:16
146:1
234:18
235:10
filing
10:10
234:16
fill 111:15
filled
113:21
final 204:6
finances
119:18
financial
21:14
119:15
find 7:3
54:21
113:25
114:14
144:10
144:16

DR. REBECCA COHEN - October 15, 2024

| | | | | |
|---|---|---|---|---|
| 158:24 | 224:4 | 110:17 | 136:7 | 195:3 |
| 171:21 | 224:18 | 112:3 | 138:20 | 195:18 |
| 174:12 | 225:1 | 112:10 | 139:1 | 196:7 |
| 222:1 | 228:24 | 180:5 | 139:22 | 196:25 |
| 234:11 | **Fisher's** | **follows** | 139:24 | 197:5 |
| **finding** | 145:23 | 6:10 | 140:1 | 197:21 |
| 171:13 | 148:6 | 140:10 | 140:17 | 198:6 |
| **fine** 25:20 | **fits** 43:6 | 229:15 | 143:14 | 198:19 |
| 43:1, 44:7 | **FITZGERALD** | **food** 120:8 | 143:16 | 201:21 |
| 44:9, 201:8 | 2:14 | **Footnote** | 147:20 | 202:6 |
| **finish** | **five** 67:22 | 111:11 | 148:18 | 202:18 |
| 141:18 | 137:22 | **Footnotes** | 148:24 | 204:4 |
| 181:13 | 143:6 | 110:18 | 149:9 | 204:14 |
| **finishing** | **fix** 35:6 | **forbidden** | 149:23 | 205:1 |
| 222:4 | **flaws** 177:1 | 53:5, 53:11 | 150:13 | 205:12 |
| **firm** 107:10 | **flip** 85:7 | **foregoing** | 150:18 | 206:10 |
| **first** 6:9 | 89:12 | 232:2 | 151:22 | 209:10 |
| 10:17 | **flowing** | 233:12 | 154:18 | 212:13 |
| 57:15, 67:1 | 103:11 | **forgot** | 155:5 | 212:24 |
| 67:9, 67:12 | **focus** 23:3 | 144:22 | 155:15 | 213:12 |
| 67:14 | 28:18 | **forgotten** | 158:6 | 217:17 |
| 67:22 | 102:22 | 59:12 | 163:23 | 218:3 |
| 72:10 | 187:9 | **form** 3:22 | 164:17 | 219:9 |
| 74:12, 87:5 | 199:6 | 13:7, 13:15 | 165:3 | 221:9 |
| 88:1, 88:18 | **focused** | 13:20 | 167:18 | 225:8 |
| 89:20 | 161:1 | 14:17, 15:7 | 167:23 | 225:14 |
| 90:10 | **focusing** | 15:13 | 173:17 | 226:8 |
| 93:11, 95:2 | 27:21 | 15:21, 16:5 | 179:1 | 226:13 |
| 104:1 | 154:12 | 18:2, 29:3 | 180:3 | 228:6 |
| 108:9 | 187:12 | 35:14 | 182:22 | 230:15 |
| 108:23 | **follow** 16:1 | 52:11, 53:7 | 182:24 | 230:22 |
| 109:3 | 80:23 | 60:16, 66:7 | 183:16 | 231:2 |
| 111:17 | 81:24, 82:3 | 69:12 | 184:12 | 233:11 |
| 121:4 | 110:8 | 69:16 | 184:20 | **forming** |
| 121:9 | **follow-up** | 71:23 | 185:13 | 11:24 |
| 122:6 | 73:7, 81:13 | 93:21 | 185:16 | **forth** 8:7 |
| 123:3 | 81:15, 82:2 | 109:17 | 186:9 | 217:15 |
| 123:11 | 82:5, 82:9 | 111:9 | 187:1 | **forward** |
| 124:2 | 83:8, 83:8 | 111:16 | 187:15 | 99:10 |
| 148:3 | 109:24 | 111:22 | 187:19 | 118:6 |
| 153:20 | 110:2 | 112:4 | 188:1 | 155:3 |
| 155:14 | 111:8 | 112:12 | 188:7 | 194:13 |
| 155:16 | 111:13 | 115:2 | 189:14 | **Forwarding** |
| 155:17 | 111:21 | 117:20 | 190:5 | 235:10 |
| 158:20 | 226:23 | 124:20 | 190:15 | **found** |
| 164:18 | **followed** | 127:1 | 190:19 | 145:20 |
| 166:3 | 130:8 | 131:2 | 191:4 | 153:8 |
| 212:4 | 132:7 | 131:3 | 193:18 | 157:17 |
| 219:16 | **following** | 131:10 | 193:23 | 158:22 |
| 223:13 | 5:2, 107:21 | 131:19 | 194:6 | 229:18 |
| 224:4 | 108:8 | 135:25 | 194:21 | **foundation** |

DR. REBECCA COHEN - October 15, 2024

212:13
212:24
213:12
**four** 138:3
155:24
**fourth**
146:18
**fragile**
98:9
**framework**
176:11
176:16
**frameworks**
176:10
176:13
**France**
93:10
93:12
**free** 73:25
112:20
221:1
221:7
221:10
221:15
**Freedom** 2:9
**frequency**
51:19
**friends**
141:5
**front** 9:2
25:19
148:5
223:14
**full** 64:14
66:9, 66:11
79:19
146:10
156:11
197:24
198:3
**function**
160:16
200:13
**fund** 2:4
38:4, 38:17
39:15
39:17
39:17
39:24
235:4
**funding**

31:14
31:18
37:15
38:11
38:21, 39:2
39:4, 39:15
39:16, 40:8
**funds** 38:1
38:3, 38:9
38:20
38:24
39:12, 40:4
40:11
**furnishing**
234:19
**further**
87:22, 95:9
107:5
135:2
137:11
155:23
202:16
226:21
231:5
231:6
**future**
27:10, 95:7
**fuzzy**
118:20

**G**

**gain** 61:10
93:2
**gastric**
65:3
**gender**
209:17
209:19
**gender-af...**
3:22
209:21
209:23
210:1
210:7
210:25
211:5
211:8
213:5
213:6
**general** 1:8

6:7, 17:20
17:21
77:13, 98:5
102:21
103:3
103:4
103:6
127:9
154:8
162:3
162:5
224:12
225:17
**General's**
2:15
231:11
234:5
**generally**
40:4, 62:5
62:6, 62:9
77:9, 119:6
119:7
153:16
209:20
214:23
214:24
215:12
219:5
220:8
228:17
**generate**
230:7
**genetics**
199:14
**geographic**
14:11
**gestation**
24:9, 30:25
56:8, 77:11
77:15, 79:9
79:12
79:15
101:10
119:15
**gestational**
28:25, 76:9
76:14, 77:4
109:4
111:4
111:6
137:20

153:2
205:17
**getting**
16:20, 17:5
41:7, 45:5
86:16
95:10
124:8
133:15
176:9
200:18
207:9
208:11
**GI** 183:24
**give** 6:20
12:9, 13:23
14:11
14:14
20:10
23:21, 39:2
41:21, 43:7
55:6, 55:7
59:22, 62:8
64:17
66:11
93:19
99:18
101:13
118:8
132:18
138:16
139:11
139:14
140:5
141:15
141:23
153:7
157:16
161:2
182:3
186:13
187:7
192:18
193:15
196:22
197:3
197:18
198:4
198:23
212:10
212:16

223:4
**given** 22:16
51:10
51:12, 58:1
62:23, 64:3
64:5, 69:24
69:25, 92:2
95:1, 101:4
133:17
142:23
162:11
176:25
177:2
192:7
192:15
220:21
233:13
235:13
235:15
**gives**
139:16
162:6
163:5
179:4
**giving**
24:11, 46:7
61:19, 65:6
77:18
80:16
96:19
114:3
117:7
132:3
132:7
137:25
146:2
186:7
193:6
196:1
220:20
**global**
155:25
157:18
**glucocort...**
161:14
**go** 17:19
19:19
31:21, 44:9
64:22
66:11
71:24

DR. REBECCA COHEN - October 15, 2024

| | | | | |
|---|---|---|---|---|
| 72:18 | 70:3, 74:18 | 15:24, 16:2 | 82:25, 83:2 | handle |
| 83:10 | 74:23 | 17:24, 18:5 | guess 22:24 | 231:15 |
| 83:21, 84:5 | 76:14 | 18:18 | 38:11, 45:9 | handouts |
| 86:1, 90:24 | 77:24 | 18:20 | 64:14 | 74:9 |
| 96:1, 96:12 | 96:18 | grapefruit | 121:10 | Hang 152:21 |
| 97:5, 98:21 | 98:19 | 86:13 | 139:25 | happen |
| 98:22 | 103:2 | 86:15 | 140:2 | 65:23 |
| 99:10 | 103:22 | 86:25 | 175:15 | 100:23 |
| 103:23 | 116:25 | Grassmeyer | 218:19 | 132:25 |
| 111:5 | 118:7 | 2:13, 6:6 | 219:6 | 138:15 |
| 116:22 | 125:24 | 6:6 | 220:23 | 181:19 |
| 122:2 | 136:18 | great 10:3 | guidance | 181:22 |
| 122:7 | 146:13 | 120:20 | 126:19 | 190:22 |
| 125:24 | 148:1 | 148:1 | guide 89:13 | 205:20 |
| 133:5 | 152:18 | 199:10 | 89:18 | 205:23 |
| 145:13 | 155:3 | 199:12 | guidelines | happened |
| 145:19 | 159:17 | 209:22 | 191:24 | 52:9, 52:13 |
| 148:12 | 199:15 | 214:3 | 196:20 | 115:15 |
| 150:23 | 209:2 | 221:17 | guides 36:6 | 117:6 |
| 151:2 | 215:19 | greater | guinea | 143:3 |
| 154:21 | 217:10 | 144:11 | 230:10 | 143:4 |
| 156:19 | 217:13 | 168:15 | gum 64:7 | 144:9 |
| 161:4 | 231:8 | 168:17 | GYN 23:8 | 145:9 |
| 197:13 | gold 60:13 | 182:17 | gynecology | 190:21 |
| 204:15 | 60:22 | grief | 23:8 | 205:24 |
| 213:13 | 142:25 | 116:12 | | 206:1 |
| 216:10 | good 5:6 | groundwork | H | 227:21 |
| goal 28:18 | 6:13, 6:14 | 172:8 | | happening |
| 74:5, 126:8 | 90:22 | group 8:3 | h-y-p-e-r... | 22:12, 30:4 |
| 132:14 | 139:23 | 22:3, 32:21 | 49:5 | 179:4 |
| 133:1 | 141:5 | 32:23 | half 70:22 | happens |
| 174:20 | 142:6 | 32:25, 34:6 | 150:10 | 52:7, 70:10 |
| 184:5 | 142:8 | 46:25 | 150:11 | 83:22 |
| 189:1 | 145:21 | 137:1 | 150:22 | 103:7 |
| 189:2 | 145:23 | 138:4 | 169:15 | 115:14 |
| 204:24 | 154:6 | 138:5 | 170:6 | 180:10 |
| 230:8 | 173:25 | 220:11 | half-life | 199:9 |
| goals 28:20 | 214:5 | groups | 88:11 | 202:9 |
| 29:5 | 215:9 | 60:20 | halfway | happy 6:23 |
| God 20:18 | 221:12 | 144:9 | 160:23 | 7:3, 116:11 |
| goes 67:6 | 222:16 | 145:8 | 166:9 | 142:14 |
| 85:24 | gosh 25:18 | 145:9 | Hampden | hard 67:25 |
| 140:4 | Gotcha 36:2 | 149:12 | 234:1 | 68:20 |
| 147:13 | 147:4 | 149:15 | 235:1 | 158:7 |
| going 6:17 | 158:22 | 149:17 | hand 177:15 | harder |
| 6:18, 32:11 | gotten 40:2 | 151:16 | 233:19 | 86:21 |
| 35:16 | 61:12 | 177:18 | Hand-deli... | harmed |
| 39:23 | government | 220:12 | 235:22 | 181:15 |
| 41:17 | 7:21, 15:5 | grow 98:12 | handed | harming |
| 57:23, 67:8 | 15:10 | grown 23:13 | 210:12 | 86:11 |
| 68:8, 69:24 | 15:18 | growth 44:4 | 217:4 | 101:19 |

DR. REBECCA COHEN - October 15, 2024

harms 121:6
121:7
121:7
hate 26:10
HCG 30:8
41:1
head 54:19
71:1, 79:25
88:8
head-to-head
60:15
184:9
187:23
health 1:2
2:1, 3:13
5:11, 8:3
12:16
13:11, 22:8
22:12
24:20
28:20
29:14, 33:3
33:6, 33:14
33:25, 34:5
34:9, 34:23
35:8, 36:17
62:5, 62:7
80:24, 84:3
95:17
124:9
129:10
129:12
181:17
183:9
184:19
198:20
210:23
234:9
235:6
healthy
28:6
hear 86:25
116:6
120:24
124:7
heard
124:22
143:7
164:13
210:18
225:19

hearing
235:20
heavier
83:24, 90:8
183:9
heavily
85:11
heavy 74:25
82:13
85:11
91:19
133:13
133:18
134:4
Heikin
164:3
Heikinheimo
160:10
160:14
161:5
162:14
164:3
166:8
166:12
169:1
170:17
help 26:22
27:16
28:20, 57:3
120:3
120:11
173:4
198:18
206:6
207:13
208:14
208:17
helpful
47:10
helping
44:14
77:18
helps 17:7
40:19
40:20
40:23
75:20
hemorrhage
83:17
105:17
106:4

106:24
129:13
182:11
189:8
190:7
190:8
190:11
190:23
hemorrhaged
190:24
hemorrhaging
131:6
132:20
189:5
189:7
189:12
190:13
190:18
191:2
hereunto
233:18
hide 113:8
high 67:1
67:12
67:14
69:24
159:4
166:3
166:21
177:21
180:13
180:19
224:25
higher
67:21, 68:6
68:9, 76:13
76:13
76:17
77:10
77:15, 86:4
156:6
167:8
167:11
168:21
171:4
171:25
173:12
183:10
190:8
highest
79:14

196:18
196:19
highlighting
140:9
Highlights
211:3
historical
193:25
historically
45:2
histories
215:17
215:18
history
73:24
81:13, 86:1
hold 89:3
home 74:10
honest 19:6
54:19
honestly
140:19
hoped
137:12
141:14
hormone
3:22, 30:9
40:14
40:18
40:21, 41:1
41:9, 41:24
48:23
75:13
75:19
89:25
90:18, 91:3
211:5
211:8
213:6
hormones
40:21
40:24
40:24
51:18
75:11
209:19
209:22
209:25
212:7
212:11
212:12

212:17
hospital
19:1, 22:15
25:24
26:17
26:18
27:19
29:16
102:3
102:15
102:15
103:7
211:18
hospital-...
34:15
hospitalist
22:14
22:17, 23:4
25:15
25:25
27:18, 28:3
34:3
153:18
hour 44:10
66:24, 68:8
82:16
83:21
90:21
166:21
hours 7:19
10:4, 10:21
11:2, 11:5
19:21
20:16
20:22
22:10
22:11
22:18
33:24
33:24, 34:2
63:15, 66:1
67:22, 68:8
68:8, 71:2
88:2, 88:11
88:19
97:23
100:18
166:21
192:8
human 68:23
160:7

DR. REBECCA COHEN - October 15, 2024

163:19
163:22
humans
154:6
170:24
173:16
179:7
179:10
179:13
179:16
180:10
180:25
hundred
125:22
hundreds
109:24
110:3
Hunt 2:13
6:2, 6:2
22:4, 23:7
170:14
Hydroxypr...
47:16
hyperplasia
49:4, 50:16
50:19
hyphen
145:18
hypothesis
149:11

I

idea 190:17
190:22
ideal 61:7
62:10
142:24
157:20
158:1
158:2
ideas 155:7
175:11
identical
25:7
199:15
identific...
3:4, 9:18
10:11, 12:8
32:2, 32:10
34:17

35:18, 36:3
146:4
209:1
210:11
211:10
217:3
222:9
226:25
identified
135:7
135:12
illegal
158:15
195:24
196:1
imagine
46:15
116:10
118:11
immediate
84:1
192:14
immediately
82:17
83:16
161:24
immune
40:19
impact
93:24, 94:4
134:22
168:15
168:17
168:18
173:15
181:2
206:20
impacts
202:23
impede 16:8
implanted
30:7
implants
30:10
98:11
implication
68:18
implied
124:21
imply 68:3
147:16

important
16:24, 17:3
17:5, 57:24
58:3, 63:11
77:16, 81:1
81:6, 95:21
158:9
174:10
174:12
175:6
175:8
176:1
176:11
178:20
178:23
186:10
187:21
201:24
202:1
202:8
213:18
impose
15:18
improve
216:24
in-person
72:19, 73:6
73:6, 73:7
81:12
81:15, 83:8
97:4, 97:14
inactive
130:1
inadequate
102:11
inappropr...
194:3
215:25
226:20
incapable
226:10
include
40:8, 81:12
90:10
130:24
164:6
included
8:11, 78:14
111:6
164:3
211:7

includes
34:2, 34:15
82:4
including
25:2, 39:18
67:8, 81:13
86:2
101:20
110:14
110:15
113:21
125:23
127:24
131:25
182:10
216:6
inclusion
194:2
incomplete
101:15
inconsist...
179:3
incorporate
76:16
incorrect
19:2, 31:17
42:25
132:12
132:13
136:14
177:17
177:20
189:15
increased
71:14
105:16
106:24
155:8
192:5
193:1
increases
155:22
INDEX 3:1
3:4
indicated
79:7
indicates
216:19
indicating
203:11
indication

59:12
59:23
162:6
163:6
179:5
indications
44:23
50:11
50:18
58:14
58:19
59:14, 79:2
Indigenous
39:25
individual's
199:14
individua...
112:6
112:16
individually
18:8
inducer
86:17
induction
59:18, 91:7
92:5
inductions
79:21
infant
205:16
infection
82:18
91:21
101:3
101:14
182:12
198:11
influence
121:17
influenced
220:12
influencing
220:12
inform
221:21
information
12:20, 17:5
68:2, 77:2
77:7, 77:18
86:10, 99:6
117:24

DR. REBECCA COHEN - October 15, 2024

123:19
124:8
124:10
136:18
138:1
138:16
139:5
139:7
140:5
140:13
192:25
193:7
193:9
193:12
193:13
195:25
202:2
ingestion
87:7, 87:20
166:19
inhibits
104:10
initial
10:10
78:15
122:25
initially
65:2
initiating
107:11
injection
51:15
51:16, 55:5
55:7
198:11
198:12
injections
198:14
injury
101:18
103:9
103:15
103:15
ins 217:19
inside
68:23
instance
63:5, 64:15
111:12
117:19
118:2

133:18
200:12
institution
19:12
instruction
37:1
instrument
101:19
insurance
37:16
37:18
120:8
intake
113:22
Integrated
3:20
210:15
210:18
intend 74:7
133:1
intended
92:5, 131:8
132:10
intending
106:1
intent 74:5
interact
85:22
168:9
interactions
18:10
36:17
85:19
interest
220:10
interested
210:25
233:17
interests
220:11
interfere
192:15
internal
98:13
118:5
interpret
136:9
137:8
137:10
interpret...
136:11

136:14
136:21
147:15
164:20
178:22
interpreting
171:13
interrupting
145:1
Interveno...
5:24
intervention
47:13
188:24
intervent...
205:18
206:6
intrauterine
72:11, 79:8
95:24, 96:3
96:10, 97:9
intricately
205:3
intubation
103:16
invention
60:15
investigate
219:2
219:14
229:10
investigated
218:12
investigates
219:4
investiga...
229:24
involve
61:19
72:16
108:21
involved
109:1
109:4
111:3
203:16
involves
17:5
irritation
51:14
198:12

issue 8:24
issued
217:5
issuing
36:25
it'll
145:22
ITP 3:21
IVF 50:1

**J**

January
143:3
Jennifer
2:13, 6:2
JEROME 2:13
job 20:12
119:16
journal
63:4
175:24
journals
175:17
judge
119:22
judgment
124:11
215:9
230:20
230:25
juice 86:14
86:15
juices
86:25
justify
129:1
129:2
194:14

**K**

Kansas 40:1
keep 3:9
26:10
27:12, 89:3
100:13
103:11
120:24
230:8

keeping
121:6
151:3
KELLY 2:3
Kenny 2:14
6:4, 6:4
kept 161:6
Kevin 2:8
5:23
key 187:4
kind 19:5
28:8, 37:23
39:23
61:17
66:16
67:16
67:25, 68:3
68:6, 74:23
82:12
82:18
86:15, 98:5
102:21
103:14
123:7
129:13
133:15
141:16
144:8
155:6
157:23
173:10
174:14
175:17
193:5
kinds 22:19
22:25
Kleenex
115:24
knew 117:20
knocked
163:5
know 11:12
15:3, 18:25
19:5, 19:14
19:21
21:14
21:17
24:18
26:10, 29:5
29:9, 30:24
35:5, 35:12

DR. REBECCA COHEN - October 15, 2024

| | | | | |
|---|---|---|---|---|
| 35:22, 37:9 | 84:10, 86:4 | 154:4 | 210:8 | 141:6 |
| 37:10, 39:4 | 86:16, 88:7 | 154:5 | 210:21 | 160:24 |
| 39:9, 43:15 | 88:13 | 154:12 | 210:22 | 163:18 |
| 45:16 | 88:18 | 155:10 | 211:7 | 163:21 |
| 45:17 | 92:25, 93:8 | 157:12 | 213:1 | 172:17 |
| 46:11 | 93:8, 93:14 | 157:16 | 213:5 | 189:11 |
| 46:23, 47:5 | 94:2, 94:2 | 157:17 | 213:8 | 189:11 |
| 47:24, 48:8 | 94:20 | 161:18 | 214:1 | 189:16 |
| 48:12 | 95:15, 96:5 | 161:21 | 214:4 | 189:18 |
| 48:13 | 97:17 | 163:3 | 214:11 | 205:22 |
| 48:19 | 97:24, 99:3 | 163:4 | 215:1 | ktheriot@... |
| 48:19, 49:2 | 100:22 | 164:1 | 215:14 | 2:11 |
| 49:11 | 103:1 | 170:21 | 216:25 | |
| 49:17 | 103:8 | 170:23 | 217:13 | L |
| 49:24, 50:4 | 103:13 | 171:1 | 217:19 | |
| 50:9, 50:11 | 103:14 | 172:7 | 219:21 | L-i-n-a-c... |
| 50:13 | 110:23 | 176:24 | 220:9 | 174:5 |
| 50:15 | 112:21 | 178:4 | 220:9 | l-u-t-e-a-l |
| 50:15 | 114:1 | 179:4 | 220:19 | 49:13 |
| 50:15 | 114:4 | 181:10 | 221:3 | label 77:24 |
| 50:19 | 114:12 | 184:18 | 221:18 | 78:13 |
| 50:22, 51:5 | 114:13 | 184:25 | knowledge | 78:20 |
| 51:11 | 115:22 | 186:3 | 18:15 | 78:23 |
| 51:17, 52:5 | 116:5 | 187:17 | 31:13 | 78:23 |
| 52:12 | 117:18 | 188:18 | 31:17 | 80:16 |
| 54:13 | 118:16 | 191:12 | 33:12, 42:2 | 91:22 |
| 55:12, 59:1 | 118:19 | 191:13 | 52:8, 53:10 | 92:13 |
| 60:3, 60:12 | 118:24 | 192:12 | 53:23 | 92:13, 94:7 |
| 60:17, 61:3 | 119:25 | 194:23 | 68:21 | 206:18 |
| 61:6, 61:13 | 120:22 | 196:20 | 78:23 | labeling |
| 61:17, 63:1 | 121:6 | 197:11 | 88:14 | 71:11 |
| 63:14 | 121:9 | 197:11 | 92:21 | 91:25 |
| 63:16 | 121:18 | 197:13 | 94:13, 95:8 | labor 25:13 |
| 64:19, 67:6 | 121:20 | 198:12 | 104:14 | 25:21, 54:9 |
| 67:25, 68:8 | 121:25 | 199:13 | 106:17 | 59:16 |
| 68:9, 68:11 | 122:23 | 199:14 | 106:18 | 59:18 |
| 68:17 | 123:8 | 199:19 | 106:20 | 59:22 |
| 68:19 | 124:5 | 200:12 | 137:11 | 79:20, 91:7 |
| 68:20 | 125:17 | 200:24 | 159:8 | 92:4, 182:9 |
| 69:14 | 125:22 | 201:24 | 159:18 | lack 68:20 |
| 69:23 | 130:17 | 202:20 | 165:18 | 128:8 |
| 70:24 | 133:8 | 202:22 | 212:2 | 134:7 |
| 73:17 | 133:12 | 203:20 | 214:18 | 162:18 |
| 74:12 | 139:9 | 204:10 | 219:25 | 164:21 |
| 76:12 | 140:20 | 204:16 | known 42:3 | language |
| 76:15, 77:6 | 140:24 | 206:11 | 44:15, 47:1 | 75:9 |
| 79:24, 82:7 | 141:11 | 206:23 | 61:5 | large-scale |
| 82:9, 83:4 | 141:13 | 207:4 | 108:13 | 196:15 |
| 83:17 | 141:17 | 207:17 | 123:7 | largely |
| 83:24 | 142:22 | 208:10 | 133:13 | 86:23 |
| 83:24, 84:2 | 144:17 | 209:3 | 141:3 | larger |

DR. REBECCA COHEN - October 15, 2024

183:8
laser 224:7
224:16
224:19
225:5
225:25
226:2
lasting
95:17
late 14:21
79:21
latest
144:22
201:14
LAURA 2:4
law 8:24
16:10
16:14
16:17
16:22, 17:2
17:7, 17:11
124:4
142:22
221:16
lawyers
7:21, 228:1
lay 172:7
214:5
lead 21:4
116:12
156:11
199:5
learn
140:15
180:17
learned
24:17
learners
19:12
20:15
leave 9:11
229:17
leaving
101:16
228:20
lecture
19:19, 20:2
lectures
62:23
left 22:4
161:24

170:14
177:15
legal 53:23
121:7
196:2
legally 7:4
legislative
8:23
legislature
16:13
length
59:21, 84:3
159:12
letting
35:5, 76:15
82:7
196:19
level 24:18
66:19, 68:4
68:6, 75:11
87:1, 144:8
172:1
179:4
207:19
210:4
225:1
226:5
226:5
226:7
226:11
levels
40:21
66:13
66:14
66:18, 68:7
112:22
159:4
167:7
167:8
167:11
206:19
206:24
207:2
Liberty 2:4
235:4
licensed
17:11, 53:1
97:22
licensees
229:15
lie 165:18

Lies 3:8
life 78:1
116:9
116:10
119:23
127:8
life-thre...
83:16
ligand 70:5
light 170:3
likelihood
154:1
Lilith
39:24
limit 15:5
15:10
limitations
197:19
198:1
198:4
limited
105:14
105:22
106:7
106:22
limits
15:18, 16:8
39:4
Linacre
174:5
Lincoln
1:15, 5:8
line 87:5
90:2
107:22
113:12
121:9
139:10
146:18
146:18
147:6
155:23
180:23
213:18
linger
152:18
lining 30:7
30:10
40:18, 45:4
45:7, 48:13
199:20

list 32:19
33:10
34:25
39:21
41:21
41:22
listed
35:13
listing
32:22
literacy
24:20
literature
56:21
57:12
66:23
84:12
108:2
108:4
164:22
172:14
197:9
204:1
204:12
little 21:8
66:3, 73:22
86:21
87:22
118:19
124:2
137:13
160:24
166:15
170:6
170:12
199:3
215:24
222:3
live 28:3
92:5
121:21
213:15
liver 67:8
lives 4:3
121:21
223:24
living
30:12
30:18
150:20
Liz 6:4

local 102:7
located 5:8
43:20
location
32:24, 33:7
43:23
locations
33:1
lodging
38:22
120:8
logistics
119:18
logo 209:6
211:22
211:25
long 7:1
7:18, 15:15
33:19
35:22
39:21, 50:7
51:5, 70:16
98:24
130:5
141:3
141:3
152:19
197:18
200:25
202:22
206:17
207:3
228:24
long-term
93:24, 94:9
94:14
94:21
95:15
205:18
longer 35:3
70:22
82:24
88:22
123:20
155:20
178:8
181:17
207:13
208:18
longer-term
95:1, 157:9

DR. REBECCA COHEN - October 15, 2024

longitudinal
93:23
94:11
94:15
94:22, 95:5
95:12
108:7
111:11
111:19
look 12:10
23:24
32:17
34:25, 35:5
35:17, 59:3
61:15
72:18, 75:2
77:6, 78:17
82:10
84:18
85:18
94:23
105:11
109:2
118:2
130:9
136:18
145:14
145:19
155:20
157:7
157:9
161:24
168:25
170:5
170:23
172:1
180:17
209:3
209:15
223:13
223:19
223:22
looked
10:13
68:14
70:25
90:20
94:18
137:18
142:11
147:24

204:16
206:18
218:21
looking 7:1
11:5, 11:8
27:24
44:14
61:13
62:25
63:11
89:11
113:20
122:3
143:2
146:20
149:18
150:1
151:2
155:11
159:11
160:18
161:14
161:16
179:15
197:15
looks 10:3
32:16
32:19, 35:1
61:1, 74:19
75:1
109:10
123:18
177:16
178:3
223:15
loss 48:10
152:24
153:5
153:11
155:7
156:2
156:3
156:5
156:7
lost 78:4
109:24
110:2
111:7
111:13
111:20
lot 7:25

30:25
38:19
41:20
61:22
62:22
63:13
79:23
92:24
113:19
115:24
117:12
117:14
137:14
142:23
154:5
176:25
177:9
lots 108:21
louder
145:16
lousy
139:19
140:1
love 60:5
low 86:10
193:8
low-quality
157:2
lower 56:3
101:13
126:24
167:19
225:2
lowering
86:22
191:11
luteal
49:13

M

m-e-d-r-o...
191:17
M-i-f-e-p...
79:6
m-i-f-e-p...
42:14
m-i-s-o-p...
42:15
M.D 3:6
3:17

M.P.H 3:7
3:17
magnesium
55:24, 56:3
56:9, 56:14
57:3
magnitude
144:11
mail 235:21
Mailed
235:21
main 31:18
37:15, 51:9
82:12
101:2
211:17
maintain
28:6, 28:15
29:13
40:20
40:21
40:23
41:11, 92:3
93:20
153:17
153:21
208:3
maintaining
130:2
maintains
40:19
75:13
75:19
maintenance
207:19
major 47:13
majority
20:2, 22:13
125:17
132:25
Makena
47:15
47:17
making 9:14
73:24, 82:9
104:15
117:17
118:21
118:25
217:19
management

33:9, 38:20
40:9, 42:18
43:10
58:16
58:21
58:23
59:16
73:10
79:21, 91:7
92:6, 96:5
96:22
127:16
127:18
127:19
127:23
128:12
128:17
128:20
128:23
129:6
129:8
129:11
129:12
130:14
135:14
135:16
135:18
188:4
mandate
124:3
manner
143:24
219:4
manufacturer
73:9
March 9:6
margin
137:21
mark 2:2
5:18, 9:16
10:9, 12:7
78:2
137:24
226:23
234:24
235:3
marked 9:18
10:11, 12:8
32:2, 32:10
34:17
35:18, 36:3

DR. REBECCA COHEN - October 15, 2024

| | | | | |
|---|---|---|---|---|
| 104:7 | 39:16 | **measure** | 228:4 | 131:21 |
| 146:4 | 41:17 | 68:2 | 228:8 | 131:25 |
| 209:1 | 41:22, 42:8 | **measures** | 228:18 | 133:2 |
| 210:11 | 42:15 | 68:1 | 228:20 | 134:8 |
| 211:10 | 42:16 | **measuring** | **medically** | 152:10 |
| 217:3 | 44:25 | 93:24 | 212:16 | 218:16 |
| 222:9 | 45:18 | 137:16 | **medication** | 219:3 |
| 226:25 | 55:18 | 137:17 | 23:19 | 219:11 |
| **market** 35:4 | 56:22, 67:4 | **medical** 4:4 | 24:11 | 227:7 |
| **mask** 100:8 | 69:11, 70:2 | 6:1, 6:3 | 24:13, 29:9 | 228:5 |
| **masked** | 84:10 | 12:15, 16:1 | 42:7, 42:10 | 229:9 |
| 100:11 | 95:13 | 17:6, 17:11 | 42:21 | **medications** |
| **master's** | 95:14 | 18:11 | 50:25 | 24:15 |
| 176:18 | 115:17 | 18:23 | 58:16 | 29:14, 86:3 |
| **materials** | 115:23 | 19:10 | 63:25 | 101:10 |
| 7:13, 7:24 | 116:10 | 19:14 | 64:15 | **medicine** |
| 8:8, 13:12 | 118:16 | 19:19 | 64:25, 65:5 | 3:18, 19:1 |
| **maternal** | 144:25 | 19:25, 21:6 | 65:14, 73:4 | 20:4, 31:7 |
| 183:9 | 148:19 | 33:17 | 73:7, 73:16 | 31:10, 53:1 |
| **math** 10:3 | 149:17 | 33:19 | 74:3, 74:6 | 62:22 |
| 10:3 | 158:24 | 36:22, 53:2 | 74:15, 75:1 | 63:21 |
| **Mathern** | 167:21 | 53:6, 53:11 | 75:24, 76:1 | 77:17 |
| 5:15 | 169:9 | 73:24, 79:8 | 76:12, 77:5 | 108:3 |
| **matter** 4:2 | 171:22 | 81:12 | 77:14 | 142:12 |
| 5:11 | 179:23 | 84:20 | 79:11 | 175:5 |
| 162:23 | 190:3 | 85:22, 86:1 | 79:16 | 197:7 |
| 178:14 | 196:3 | 86:8, 91:12 | 79:16 | 209:9 |
| 202:23 | 196:5 | 97:19 | 81:14, 84:6 | 209:12 |
| 223:24 | 200:6 | 121:6 | 85:25, 86:2 | 210:14 |
| 234:21 | 200:17 | 174:6 | 89:13 | 229:16 |
| **matters** | 215:7 | 175:3 | 90:14, 91:6 | 229:20 |
| 162:20 | 216:3 | 175:7 | 91:10, 92:6 | 229:23 |
| 178:9 | 220:9 | 175:17 | 93:2, 94:19 | 230:2 |
| 178:19 | 228:23 | 187:3 | 95:23 | 230:18 |
| 233:9 | 229:13 | 194:13 | 96:14 | **medroxypr...** |
| **Maxi-pads** | **meaning** | 205:18 | 96:19 | 191:16 |
| 82:16 | 21:4, 22:14 | 208:23 | 96:24, 97:4 | 192:6 |
| **maybes** | 23:5, 29:7 | 211:15 | 98:6, 98:18 | **meet** 13:18 |
| 142:11 | 64:6, 70:20 | 214:15 | 99:2, 99:16 | 17:16 |
| **McCaffrey** | 82:24 | 215:17 | 100:7 | 218:9 |
| 1:17, 5:16 | 86:20 | 219:7 | 102:13 | 218:13 |
| 233:4 | 127:20 | 221:22 | 107:3 | 218:17 |
| 233:23 | **means** 67:5 | 224:5 | 107:18 | 219:12 |
| 234:23 | 88:13 | 224:14 | 122:16 | 219:13 |
| 235:23 | 134:9 | 224:14 | 123:6 | 228:17 |
| **mean** 17:14 | 168:15 | 224:22 | 123:11 | 229:8 |
| 17:15 | 180:13 | 225:17 | 123:12 | 230:17 |
| 18:19 | 197:7 | 225:20 | 124:13 | **meeting** |
| 20:19, 24:2 | 199:15 | 225:23 | 125:19 | 122:25 |
| 24:8, 25:2 | 234:13 | 225:24 | 126:3 | 189:2 |
| 39:14 | **meant** 118:9 | 227:6 | 131:15 | 218:22 |

DR. REBECCA COHEN - October 15, 2024

| | | | | |
|---|---|---|---|---|
| 219:20 | 167:11 | 70:17 | 131:9 | 165:15 |
| **meetings** | 167:14 | 70:20 | 131:12 | 165:19 |
| 7:15, 7:16 | 168:1 | 70:22 | 131:17 | 165:20 |
| 219:19 | 168:15 | 71:10 | 131:22 | 165:22 |
| 219:23 | 168:21 | 71:17 | 132:1 | 166:3 |
| 220:1 | 170:17 | 71:22, 72:7 | 132:7 | 167:5 |
| **meets** | **metabolized** | 72:10 | 132:11 | 167:6 |
| 197:16 | 67:9 | 72:17, 73:2 | 132:15 | 167:14 |
| 230:21 | **methodology** | 73:11 | 132:18 | 168:6 |
| **membrane** | 176:21 | 73:12 | 133:24 | 168:11 |
| 203:13 | **mid-pregn...** | 73:21, 74:7 | 134:3 | 169:11 |
| **Membranes** | 26:7 | 74:13, 75:8 | 134:7 | 170:22 |
| 203:11 | **middle** | 75:12 | 134:10 | 171:2 |
| **memory** 71:4 | 89:20 | 75:15 | 135:3 | 171:5 |
| **men** 63:5 | 96:22 | 75:19 | 135:9 | 171:6 |
| **menopause** | **mife** 42:15 | 75:23, 76:3 | 135:15 | 171:8 |
| 48:23 | 64:3 | 76:6, 77:24 | 135:19 | 171:12 |
| **menstrual** | **Mifeprex** | 78:13 | 137:2 | 173:4 |
| 85:12 | 79:6, 79:7 | 78:24 | 138:14 | 173:7 |
| **menstruation** | 80:25 | 79:19 | 140:9 | 173:12 |
| 48:10 | 89:21 | 80:14 | 141:24 | 173:15 |
| **mentioned** | 89:22 | 80:17 | 148:17 | 174:21 |
| 37:14 | 89:23 | 86:22, 87:6 | 150:1 | 177:18 |
| 50:18 | 89:25 | 87:15, 88:1 | 152:24 | 177:22 |
| 51:20 | **mifepristone** | 88:19 | 154:15 | 178:7 |
| 51:24 | 17:16 | 89:24 | 154:23 | 178:7 |
| 60:14, 68:5 | 42:13 | 90:13 | 155:4 | 178:25 |
| 69:19 | 42:16 | 91:13 | 155:9 | 179:6 |
| 166:2 | 57:13 | 93:25 | 155:12 | 179:22 |
| 166:5 | 57:15 | 94:12 | 155:18 | 179:25 |
| 176:7 | 57:16 | 94:16, 95:6 | 155:22 | 180:2 |
| 186:2 | 57:22 | 96:4 | 156:2 | 180:14 |
| 211:13 | 57:24, 58:1 | 100:14 | 156:4 | 180:20 |
| 211:16 | 58:12 | 100:16 | 156:6 | 180:21 |
| 230:7 | 58:15 | 100:23 | 156:10 | 183:3 |
| **mentors** | 58:18 | 104:9 | 156:13 | 186:7 |
| 141:5 | 58:22, 59:5 | 104:17 | 156:18 | 186:15 |
| **mess** 86:16 | 59:9, 59:20 | 105:15 | 156:20 | 187:13 |
| **metabolism** | 64:3, 64:8 | 106:1 | 156:24 | 187:25 |
| 67:2, 67:12 | 64:22 | 106:23 | 157:8 | 188:4 |
| 67:14 | 64:23, 65:1 | 107:1 | 157:12 | 188:5 |
| 166:3 | 65:2, 65:6 | 122:5 | 159:3 | 188:11 |
| 210:14 | 65:13 | 122:14 | 159:13 | 188:12 |
| **metabolite** | 65:15 | 122:20 | 160:15 | 188:14 |
| 166:13 | 65:24, 66:4 | 123:11 | 162:12 | 188:15 |
| 166:18 | 66:5, 66:12 | 124:4 | 162:19 | 188:18 |
| 169:6 | 67:12 | 125:9 | 164:10 | 189:1 |
| **metabolites** | 67:15 | 126:11 | 164:15 | 189:9 |
| 67:15 | 67:21 | 128:10 | 165:1 | 189:12 |
| 167:8 | 69:13 | 130:3 | 165:9 | 190:1 |
| 167:9 | 70:10 | 130:7 | 165:12 | 190:2 |

DR. REBECCA COHEN - October 15, 2024

| | | | |
|---|---|---|---|
| 191:2 | **mind** 106:7 | 38:20, 40:9 | 92:21, 93:5 | 158:23 |
| 191:9 | 106:9 | 42:17 | 93:19 | 192:14 |
| 191:25 | 118:10 | 43:10 | 94:17, 95:6 | **money** 31:20 |
| 192:7 | 118:14 | 45:13 | 96:4 | 31:21 |
| 192:15 | 122:4 | 45:22 | 100:12 | **Monique** |
| 192:16 | 122:13 | 45:25, 46:2 | 100:13 | 3:17 |
| 192:19 | 122:23 | 46:2, 46:12 | 100:21 | **monitor** |
| 193:11 | 123:2 | 46:16 | 107:1 | 102:9 |
| 194:16 | 125:7 | 46:16 | 122:20 | **monitoring** |
| 195:8 | 127:15 | 46:24, 47:1 | 125:11 | 29:10 |
| 199:4 | 135:15 | 58:17 | 126:6 | 29:15 |
| 199:5 | 141:23 | 58:21 | 127:24 | **months** |
| 200:2 | 142:15 | 58:22 | 131:23 | 30:17 |
| 200:16 | 149:14 | 59:17 | 132:1 | **morning** 5:6 |
| 200:21 | 161:6 | 79:22, 91:7 | 132:3 | 6:13, 6:14 |
| 201:19 | 174:20 | 92:6, 96:5 | 133:25 | 7:5, 7:9 |
| 201:23 | 181:7 | 96:22 | 134:3 | **motivates** |
| 202:5 | 181:10 | 154:1 | 134:10 | 13:6 |
| 202:10 | **minds** 117:3 | 154:10 | 135:9 | **motivation** |
| 202:14 | 122:18 | 154:13 | 135:20 | 140:19 |
| 202:16 | 125:5 | 154:17 | 137:2 | **motivations** |
| 203:5 | 125:15 | 155:3 | 140:10 | 13:9 |
| 203:16 | 126:6 | 155:7 | 141:20 | **mouth** 64:4 |
| 203:19 | 181:24 | 155:23 | 154:24 | 64:15, 67:6 |
| 203:23 | 182:1 | 156:23 | 165:19 | 67:6, 74:13 |
| 204:2 | 193:11 | 157:13 | 183:3 | 157:22 |
| 204:10 | **mine** 78:6 | 157:14 | 186:16 | **move** 118:6 |
| 204:12 | **minimal** | **misleading** | 188:12 | **moving** |
| 206:9 | 71:12, 83:5 | 172:9 | 188:15 | 194:12 |
| 206:16 | **minimize** | **miso** 42:16 | 188:25 | **mrienzi@b...** |
| 206:22 | 102:9 | **misoprostol** | 190:1 | 2:7 |
| 207:14 | **minimizing** | 42:14 | 190:8 | **multidisc...** |
| 207:17 | 98:19 | 42:16, 59:9 | 194:10 | 210:23 |
| 208:18 | **minus** | 59:21 | 199:21 | **multiple** |
| 216:11 | 137:21 | 59:23, 64:4 | 223:7 | 19:3 |
| 216:12 | 161:7 | 74:8, 74:18 | **missing** | 202:19 |
| 216:13 | 161:19 | 74:24 | 34:22 | 202:21 |
| 216:16 | **minute** 12:9 | 75:16 | 103:17 | **muscle** |
| 216:18 | 146:12 | 75:20, 76:3 | 139:10 | 101:20 |
| 218:9 | 222:18 | 79:7, 82:14 | **mistaken** | 103:8 |
| 223:1 | 222:20 | 90:17 | 228:2 | **Mynyk** 1:5 |
| 227:19 | **minutes** | 90:18, 91:2 | **misunders...** | 2:8, 2:19 |
| **mifeprist...** | 7:19, 24:22 | 91:3, 91:5 | 215:13 | **Mynyk's** 8:3 |
| 67:18 | 25:9, 44:10 | 91:6, 91:10 | **mode** 62:24 | |
| 199:10 | 44:11 | 91:12 | **moderate** | **N** |
| **mifeprist...** | 66:25 | 91:15 | 102:7 | |
| 42:11, 77:3 | 87:19 | 91:16 | **moment** | **name** 40:2 |
| **mights** | 90:21, 91:1 | 91:22, 92:1 | 55:23 | 92:9, 92:11 |
| 142:11 | 100:6 | 92:10 | 69:24 | 92:12 |
| **milligrams** | 129:20 | 92:12 | 69:25 | 145:11 |
| 166:20 | **miscarriage** | 92:14 | 153:7 | **names** 89:23 |

DR. REBECCA COHEN - October 15, 2024

| | | | | |
|---|---|---|---|---|
| narrow | 196:8 | nine 30:17 | 23:13 | 52:22 |
| 120:12 | 196:15 | no-treatment | 23:16 | 53:18 |
| National | 222:3 | 55:5 | 86:20 | 53:20 |
| 38:2, 38:8 | 222:18 | nodding | 111:15 | 102:22 |
| 38:10 | needed 26:3 | 6:21 | 133:5 | 175:18 |
| 39:17 | 26:11, 41:9 | non-clinical | 146:24 | OB-GYNs |
| nationwide | 57:25 | 20:13 | numbers | 14:6, 14:9 |
| 39:25 | 84:13 | non-medical | 9:24, 51:22 | 15:2 |
| naturally | 89:25 | 120:3 | 76:16 | objection |
| 159:3 | 91:10 | nonjudgme... | 111:8 | 127:4 |
| nausea | 91:12, 92:8 | 114:4 | 134:25 | obligated |
| 51:11 | 106:3 | nonpregnant | 136:3 | 7:5 |
| 71:14 | 134:14 | 23:9 | 136:9 | obligation |
| 74:25 | 134:17 | nonreligious | 136:11 | 29:2 |
| 82:20 | 136:4 | 176:13 | 138:8 | observation |
| 91:20 | 136:23 | normal 82:8 | 138:12 | 127:22 |
| 189:4 | needs 15:24 | 82:8 | 138:15 | observati... |
| necessarily | 18:11 | normally | 143:25 | 138:23 |
| 83:23 | 29:15, 44:7 | 65:22 | 145:24 | observed |
| 147:16 | 116:4 | North 2:9 | 147:14 | 55:19 |
| 161:8 | 200:14 | not-forever | 147:15 | obstetric |
| 165:23 | 215:18 | 95:22 | 147:17 | 25:14 |
| 214:10 | negative | notarial | 147:19 | 153:18 |
| necessary | 94:9, 98:24 | 233:19 | 148:4 | obstetrics |
| 91:18 | neither | Notary 1:18 | 154:3 | 23:5 |
| 117:24 | 213:16 | 232:15 | 154:4 | obtained |
| 216:19 | neonatal | 233:5 | 154:8 | 73:23 |
| 234:14 | 56:6, 56:15 | noted | 190:6 | obvious |
| need 6:19 | 202:25 | 146:16 | numerous | 41:17 |
| 7:2, 13:18 | 204:7 | 147:8 | 172:8 | 50:23 |
| 14:4, 15:15 | 206:9 | 235:24 | nursing | obviously |
| 17:23, 18:7 | nerve 41:23 | notice 1:13 | 3:24, 6:5 | 10:5, 73:16 |
| 42:24 | 103:8 | 235:13 | 217:5 | occasional |
| 55:14 | neural 56:7 | 235:15 | 218:15 | 142:15 |
| 61:23, 63:8 | neurologic | noticed 9:4 | 219:5 | occasionally |
| 77:19 | 103:15 | notices | 219:6 | 26:18 |
| 102:10 | neuroprot... | 61:9 | 227:18 | 214:19 |
| 115:25 | 56:5 | noticing | 228:16 | occupied |
| 118:23 | never 68:22 | 5:17 | NW 2:5 | 69:24 |
| 119:1 | 77:1, 77:19 | novel | 235:4 | 200:24 |
| 119:4 | 92:21 | 229:25 | | occur 66:1 |
| 120:24 | 115:24 | nuance | | 98:8 |
| 135:22 | 196:22 | 15:23 | **O** | 120:19 |
| 142:9 | 197:3 | 69:17 | | 135:8 |
| 143:17 | new 58:2 | 91:24 | oath 190:10 | 135:17 |
| 151:1 | 72:20 | 200:23 | OB 23:5 | 181:1 |
| 154:12 | 139:4 | nuances | 25:15, 28:3 | 202:16 |
| 158:23 | 140:5 | 15:16 | OB-GYN | 207:21 |
| 158:24 | newborn | 26:24 | 12:22, 19:9 | occurred |
| 171:15 | 206:7 | number 5:13 | 22:14 | 81:2 |
| 193:13 | NIFLA 12:12 | 14:14 | 22:17, 23:4 | 203:13 |
| | | | 44:24 | |

DR. REBECCA COHEN - October 15, 2024

occurring
 87:19
 172:2
occurs
 84:19
 205:15
October
 1:16, 3:7
 5:8, 10:16
 11:2, 23:10
 104:4
 233:19
 234:4
 234:8
OELTJENBRUNS
 2:3
off-label
 65:1, 72:17
 92:17
offer 35:3
 96:16
 102:6
 116:23
 119:23
 120:1
 142:3
 142:9
 188:19
 192:20
 192:23
 206:5
 214:14
 215:9
offering
 17:12, 72:6
 99:15
 193:8
office 2:15
 31:15
 36:20, 97:8
 97:15
 97:21
 114:12
 115:12
 115:19
 231:12
 234:5
 234:16
 234:17
official
 1:8

oh 20:18
 25:18
 35:24
 145:23
 147:1
 152:17
 153:8
 221:14
 222:15
 227:13
 227:14
okay 7:11
 7:24, 9:9
 9:14, 10:1
 10:9, 10:15
 11:14
 12:11
 12:11
 12:22
 16:16
 16:19
 17:22, 22:1
 22:7, 23:21
 24:4, 25:5
 25:11, 27:7
 27:14, 28:5
 31:14, 32:1
 32:22, 33:5
 34:5, 34:8
 34:16
 36:19
 36:25, 37:3
 37:6, 37:11
 38:17, 39:6
 39:11
 41:15, 44:6
 44:11
 44:13
 44:19
 45:24
 46:19
 46:23, 47:7
 48:1, 51:2
 54:1, 55:13
 55:21
 58:14
 59:13
 62:19
 64:18
 64:21
 66:10, 69:7

70:16, 78:9
 78:10
 78:22, 79:1
 79:11
 79:14, 80:7
 80:19, 85:5
 89:25, 90:3
 90:24, 95:5
 97:3, 99:22
 103:1
 104:8
 105:5
 105:11
 105:22
 108:25
 113:4
 113:6
 113:17
 115:10
 115:16
 118:8
 125:3
 127:7
 128:1
 129:10
 130:17
 134:5
 134:21
 137:1
 139:14
 140:20
 145:25
 146:8
 146:11
 146:15
 147:2
 147:3
 151:6
 152:20
 152:22
 152:22
 154:22
 157:19
 158:22
 158:22
 159:9
 166:11
 170:1
 170:9
 173:23
 174:3

175:25
 180:16
 189:24
 192:2
 195:7
 198:2
 203:2
 206:16
 211:3
 211:21
 211:25
 217:9
 217:14
 217:14
 222:23
 223:8
 223:13
 223:22
 226:21
 227:16
 227:22
 228:16
 228:20
 231:5
old 72:19
 81:11
omitted
 31:17
omitting
 8:1
on-call
 83:13
once 122:5
 122:13
 126:1
 181:22
 206:2
 207:23
one's
 189:16
one-half
 115:17
one-in-four
 154:10
one-tail
 148:10
 149:13
one-time
 94:5
ones 97:3
 102:4

102:24
ongoing
 42:6, 42:8
 43:13
 43:16, 44:3
 44:13
 44:15
 72:11, 83:1
 83:6, 95:24
 96:3, 96:6
 97:9
 137:19
 137:24
 156:17
 156:19
 156:24
 157:14
 171:4
 171:24
 177:9
 192:5
 200:5
 216:18
online
 21:18
op-ed
 223:15
open 151:3
 182:8
 228:20
 229:17
opening
 181:23
operates
 34:13
operating
 215:12
operative
 101:2
opinion
 30:21
 30:21
 30:22
 118:3
 139:2
 162:11
 162:14
 212:15
 213:21
 213:23
 220:20

DR. REBECCA COHEN - October 15, 2024

221:8
221:11
221:15
opinions
  11:25
opportunity
  96:17
  116:24
opposing
  234:20
opposite
  177:14
opposition
  221:5
option
  64:20
options
  3:15, 15:5
  36:7, 36:8
  74:1, 74:17
  114:13
  125:23
  184:21
  215:20
  225:21
oral 64:13
  67:6, 87:6
orally 64:3
orange
  186:4
order 41:11
  71:21
  143:24
  201:3
  226:24
  231:11
  234:18
organ 95:16
organism
  160:16
  161:9
organizat...
  175:12
  175:19
organs
  101:21
original
  78:3
  234:11
originating
  104:11

104:12
osmotic
  184:10
ought 72:5
out-competes
  162:12
  164:11
  164:14
  165:12
  165:15
  165:21
outcome
  63:10, 77:8
  86:12
  186:11
  202:1
  202:9
  204:7
outcomes
  56:7, 56:15
  63:12
  130:9
  136:2
  151:17
  157:9
  174:13
  179:8
  179:9
  179:12
  199:16
  201:24
outcompete
  165:2
  165:9
  165:23
  180:14
  180:21
outcompetes
  159:3
outcompeting
  162:19
outlaw
  17:25, 18:5
outlaws
  16:3
outlines
  218:8
outpatient
  26:19
  102:6

outs 217:20
outset
  109:15
  150:25
  151:1
outside
  29:7, 31:2
  31:2, 44:1
  47:3, 91:21
  101:21
  104:12
  117:16
  160:7
  182:10
  214:19
  215:12
  216:3
outside-o...
  96:14
overall
  112:23
  168:19
  188:22
overcome
  180:1
overgrowth
  45:4, 45:7
overlap
  20:12
  213:19
overreach
  160:1
oversedation
  102:8
oversee
  21:14
overwhelming
  159:2
  159:9
  159:14
  159:19
  159:22
  159:24
owns 31:23
oxytocin
  59:21

P

P-h-a-r-m...
  87:5

p.m 152:2
  152:2
  170:14
  201:11
  201:11
  222:7
  222:7
  231:19
package
  71:11
pads 83:20
  115:24
page 35:1
  78:17, 79:3
  79:4, 80:10
  80:19
  80:20
  84:18, 85:7
  85:9, 85:18
  87:3, 89:14
  89:16
  141:13
  144:16
  146:10
  146:21
  146:22
  160:19
  168:25
  177:11
  177:15
  177:20
  211:21
  212:4
  223:13
  224:3
  227:10
  235:10
page(s
  234:11
  234:15
pages 10:13
  35:23
pages/ame...
  235:19
paid 39:12
pain 51:15
  82:19
  101:3
  101:7
  102:12
  198:10

pap 140:4
paper 140:4
papers
  173:23
paperwork
  113:22
  115:6
paragraph
  85:9, 89:20
  90:6, 104:1
  104:9
  105:11
  107:20
  107:22
  113:8
  113:13
  117:7
  122:3
  127:13
  140:6
  146:10
  146:20
  146:24
  147:1
  158:18
  159:1
  160:24
  166:14
  166:16
  173:20
  174:1
  177:16
  217:11
  217:16
  227:11
paragraphs
  218:8
Paralegal
  2:18
parallel
  205:5
paralysis
  103:9
  103:10
parent
  119:17
  120:17
  120:22
  120:25
parentheses
  88:1

DR. REBECCA COHEN - October 15, 2024

| | | | |
|---|---|---|---|
| 146:25 | **partner** | 203:8 | 122:18 | 61:11 |
| **part** 25:14 | 39:21 | 214:9 | 122:19 | 62:10, 63:4 |
| 25:25 | 119:16 | 216:7 | 123:19 | 63:8, 71:12 |
| 51:16 | 120:22 | **patient's** | 124:12 | 71:13 |
| 56:20 | 120:25 | 29:5, 60:20 | 125:3 | 74:13, 77:3 |
| 58:15, 65:5 | **parts** 20:12 | 184:19 | 125:14 | 83:25 |
| 67:13 | 23:4 | **patients** | 138:3 | 86:24 |
| 77:16, 86:8 | **pass** 24:11 | 13:6, 17:12 | 141:14 | 91:20, 94:2 |
| 90:10 | 67:2, 67:9 | 21:24, 22:5 | 153:2 | 100:16 |
| 91:18 | 67:12 | 24:25, 26:6 | 154:6 | 101:8 |
| 106:25 | 67:14, 91:9 | 26:21 | 187:3 | 106:2 |
| 124:4 | 166:3 | 27:15, 28:2 | 193:4 | 106:5 |
| 125:16 | **passage** | 28:5, 28:16 | 196:19 | 108:8 |
| 131:15 | 16:16 | 36:7, 36:20 | 196:23 | 109:24 |
| 131:20 | 82:20 | 37:11 | 197:3 | 110:1 |
| 137:3 | **passed** 83:1 | 39:11, 51:4 | 197:9 | 110:7 |
| 137:14 | 90:11 | 55:19, 58:2 | 211:1 | 111:12 |
| 137:15 | 192:9 | 61:19 | 214:21 | 111:15 |
| 153:18 | **path** 199:19 | 61:23, 62:8 | 216:5 | 111:20 |
| 160:17 | **patient** 8:2 | 71:19 | 216:13 | 114:19 |
| 165:20 | 11:8, 17:4 | 74:10, 75:3 | 216:15 | 115:23 |
| 168:8 | 17:7, 18:10 | 75:6, 75:10 | 229:24 | 115:24 |
| 172:12 | 24:15 | 75:14 | 230:9 | 116:4 |
| 172:15 | 24:16 | 75:22, 76:8 | **pause** 127:4 | 116:20 |
| 172:17 | 24:17, 25:9 | 76:21 | **pay** 37:11 | 119:22 |
| 173:5 | 28:19 | 76:24, 77:9 | 37:19, 39:7 | 121:11 |
| 173:10 | 28:23, 29:5 | 77:13 | 40:11 | 121:20 |
| 174:7 | 31:19 | 77:18 | **pays** 31:20 | 122:22 |
| 174:24 | 31:20 | 80:23 | **peak** 66:12 | 124:7 |
| 180:13 | 36:18, 37:7 | 81:24 | 66:15 | 124:8 |
| 204:24 | 38:14, 39:6 | 83:10, 84:5 | 66:19, 68:5 | 124:23 |
| 208:23 | 71:18, 72:4 | 84:20 | 87:18 | 125:17 |
| 210:2 | 73:16 | 85:10 | **peaks** 66:5 | 128:18 |
| 219:17 | 81:16, 82:1 | 85:16 | 66:22 | 130:4 |
| **participants** | 98:1, 98:3 | 85:21 | **Pennsylvania** | 130:5 |
| 111:8 | 99:11 | 101:5 | 2:5, 235:4 | 132:23 |
| **participate** | 102:20 | 102:25 | **people** | 132:25 |
| 219:22 | 103:2 | 106:22 | 13:18 | 133:17 |
| **participa...** | 107:9 | 112:2 | 19:25, 23:6 | 142:1 |
| 61:24 | 112:17 | 113:1 | 23:9, 26:25 | 147:24 |
| 230:3 | 112:21 | 114:7 | 27:19, 28:8 | 153:22 |
| **particular** | 113:14 | 115:5 | 36:9, 37:15 | 154:9 |
| 9:25, 16:3 | 113:17 | 115:19 | 38:12 | 155:12 |
| 41:12 | 121:5 | 116:15 | 38:18 | 156:3 |
| 121:11 | 121:25 | 116:16 | 39:14 | 156:5 |
| 214:8 | 122:25 | 117:2 | 39:21, 45:3 | 156:7 |
| **particularly** | 127:14 | 120:16 | 45:14 | 156:23 |
| 161:1 | 181:5 | 120:21 | 46:25 | 157:7 |
| **parties** | 185:1 | 122:4 | 51:11 | 164:4 |
| 233:9 | 186:7 | 122:8 | 51:25, 52:2 | 178:16 |
| 233:16 | 190:4 | 122:13 | 60:17 | 181:20 |

DR. REBECCA COHEN - October 15, 2024

| | | | | |
|---|---|---|---|---|
| 182:14 | 151:14 | **permanent** | 94:6, 130:1 | **Plaintiff** |
| 190:23 | 151:15 | 69:8, 69:20 | 226:19 | 1:14, 2:1 |
| 190:23 | 151:19 | 89:9, 95:17 | **pills** | **Plaintiff...** |
| 192:7 | 153:4 | 95:20 | 127:11 | 1:6, 2:8 |
| 192:20 | 166:20 | **permanently** | **place** 16:6 | **Plaintiffs** |
| 192:24 | 166:21 | 70:14 | 21:25 | 1:4, 5:18 |
| 192:25 | 170:18 | **persistence** | 32:21, 34:6 | 5:20, 5:22 |
| 193:24 | 189:2 | 83:5 | 34:12, 43:2 | **plan** 82:2 |
| 194:8 | 200:13 | **person** | 109:15 | **planner** |
| 195:10 | 200:15 | 28:19, 57:7 | 181:14 | 153:19 |
| 197:23 | 217:19 | 63:2, 92:2 | 181:16 | **Planning** |
| 199:13 | **percentage** | 96:15 | 182:16 | 3:10, 3:12 |
| 199:15 | 26:21, 27:4 | 120:14 | 183:12 | 21:5, 21:12 |
| 210:24 | 27:15 | 121:12 | 214:5 | 21:19 |
| 214:14 | 39:11 | 172:11 | **placebo** | 21:21, 23:2 |
| 215:15 | 81:18 | 172:13 | 60:16 | 27:21, 32:7 |
| 215:17 | 81:21 | 215:16 | 106:1 | 32:12 |
| 216:12 | 114:7 | **personal** | 130:1 | 32:18 |
| 216:22 | 115:16 | 99:7, 112:7 | 130:7 | 32:23 |
| 219:7 | 126:11 | 121:16 | 130:11 | 32:25 |
| 231:1 | 156:10 | **personally** | 130:13 | 33:11, 34:6 |
| **people's** | 216:11 | 23:23 | 130:14 | 34:9, 34:13 |
| 47:25 | **percentages** | 64:19 | 132:8 | **plasma** |
| 119:12 | 154:7 | **pharmacok...** | 134:12 | 87:18 |
| 157:10 | 167:6 | 87:4 | 135:23 | **plausibility** |
| 210:10 | **Perfect** | **phase** 49:13 | 136:5 | 192:12 |
| **pep** 168:14 | 90:23 | 230:8 | 138:5 | 229:21 |
| **perceived** | **perforation** | **Phil** 1:8 | 148:19 | **Plausible** |
| 220:10 | 101:19 | 5:11, 6:6 | 148:22 | 78:16 |
| **percent** | **performed** | 234:9 | 149:1 | **play** 113:8 |
| 14:15, 15:2 | 161:6 | 235:7 | 149:7 | **please** 5:16 |
| 27:22 | **performing** | **philosoph...** | 149:22 | 6:22, 9:17 |
| 81:23 | 25:3, 186:8 | 194:11 | 150:7 | 12:7, 17:21 |
| 84:11, 88:2 | **perimenop...** | **phone** 83:8 | 150:17 | 38:5, 38:7 |
| 97:18 | 45:3 | **phonetic** | 151:11 | 38:8, 64:2 |
| 110:4 | **period** 55:7 | 177:13 | 151:20 | 66:11, 82:5 |
| 110:5 | 70:8, 85:12 | **phrase** | 171:6 | 85:7, 87:4 |
| 114:19 | 90:8 | 214:23 | 189:9 | 89:16 |
| 114:25 | 100:18 | **phrasing** | 190:23 | 105:11 |
| 115:9 | 122:14 | 75:12 | 191:9 | 122:10 |
| 115:17 | 167:4 | **physically** | 193:22 | 145:16 |
| 125:22 | 200:22 | 24:10 | 193:25 | 165:5 |
| 126:12 | 204:13 | **physician** | **placed** | 173:21 |
| 126:24 | 205:16 | 172:4 | 181:22 | 227:11 |
| 144:7 | 224:6 | 221:20 | 185:24 | 234:11 |
| 145:7 | 224:8 | 221:21 | **placement** | 234:14 |
| 149:4 | 230:9 | **pictures** | 35:3 | **plus** 137:21 |
| 150:6 | **periods** 7:1 | 34:22 | 103:15 | 161:7 |
| 150:16 | 167:10 | **pigs** 230:10 | **places** | 161:9 |
| 151:7 | 207:12 | **pill** 60:17 | 41:20 | 161:19 |
| 151:10 | 210:10 | 64:4, 74:12 | 109:11 | 161:19 |

DR. REBECCA COHEN - October 15, 2024

PMS 48:16
48:18
pocket
 37:19
point 7:2
 28:25, 37:3
 160:23
 166:9
 175:2
 176:5
 181:9
 182:2
 193:6
 200:18
 211:4
 225:21
pointed
 213:15
pointing
 159:10
points
 187:4
pool 166:13
 166:18
Poor 208:15
population
 63:4
populations
 153:13
portion
 54:22
 101:16
positions
 21:11
positive
 30:2, 30:5
 30:6, 43:23
possibility
 19:18
 75:23
 75:25
 151:3
 215:4
 229:17
possible
 11:14
 36:19
 110:7
 110:10
 110:11
 112:5

163:25
168:13
214:13
216:12
216:14
216:17
227:20
227:21
230:9
post 110:24
Post-Trea...
 80:20
postmenop...
 45:3, 45:5
postpartum
 26:15
potential
 30:23, 76:5
99:14
174:8
174:19
193:15
198:11
205:3
214:8
220:23
potentially
 29:6, 29:13
42:18
43:16
83:16, 86:4
86:22
96:10
184:5
208:5
213:23
PPROM 203:9
practical
 38:22
 38:24
 163:25
practice
 16:1, 19:21
19:24
19:25, 20:7
23:23
27:21
31:15
31:23, 34:9
44:24

52:22, 53:1
53:20
56:20
56:23, 61:6
63:21
64:11
72:22, 75:5
102:22
126:18
127:10
142:12
147:24
164:22
164:24
165:1
175:5
175:7
175:9
179:3
181:10
191:20
192:1
192:3
192:4
197:6
205:21
205:23
206:1
208:23
209:14
210:2
211:19
214:24
217:11
217:22
218:12
219:6
228:9
228:18
229:16
practices
 11:22
 47:25
practicing
 31:7, 31:10
 53:18
preabortion
 110:24
precautions
 74:20
preceding

107:17
predict
 212:7
 212:11
 212:17
predictable
 100:21
preeclampsia
 56:4
preferred
 24:6
pregnancies
 27:10, 94:3
 94:19, 98:8
 100:4
 138:4
 138:6
 153:17
 153:21
 157:7
 179:16
 179:16
 181:1
 201:16
 216:18
pregnancy
 3:15, 24:10
 24:12, 28:2
 28:6, 28:10
 28:11
 28:15
 29:10
 29:13
 29:23
 29:24, 30:2
 30:2, 30:5
 30:6, 30:7
 30:8, 30:23
 31:1, 33:8
 36:8, 36:8
 38:20
 40:16
 40:17
 40:22, 41:1
 41:9, 41:12
 42:3, 42:7
 42:8, 42:19
 43:13
 43:16
 43:19
 43:20

43:22
43:23
43:25, 44:3
44:13
44:16
49:16, 54:3
54:8, 55:25
71:16
72:11
73:10, 74:1
75:13
75:20, 79:8
81:2, 82:21
82:24, 83:2
83:6, 90:1
90:11, 91:9
91:14
91:18
91:23, 92:2
92:3, 92:7
92:15
93:20
95:24, 96:3
96:6, 96:10
96:14, 97:9
97:19
97:25, 98:4
98:5, 98:7
98:10
98:11
98:22
98:23, 99:2
99:15
99:17
100:8
100:9
100:11
101:16
107:10
108:22
112:18
113:25
114:2
114:14
116:3
116:3
116:11
118:3
119:12
119:14
119:25

DR. REBECCA COHEN - October 15, 2024

| | | | | |
|---|---|---|---|---|
| 120:10 | 192:5 | **prepared** | 47:12 | 137:18 |
| 121:1 | 192:9 | 181:12 | 47:13 | **principles** |
| 125:8 | 200:5 | **prescribe** | 47:23 | 175:4 |
| 125:12 | 201:1 | 48:18, 59:8 | 203:10 | 175:12 |
| 125:18 | 201:3 | 79:11 | 203:18 | **prior** 8:13 |
| 125:19 | 201:23 | 81:14 | 204:18 | 8:13, 9:10 |
| 126:9 | 202:9 | 195:22 | **pretty** 25:7 | 24:18 |
| 129:16 | 202:23 | 213:4 | 25:7, 84:11 | 43:21, 44:5 |
| 129:16 | 203:12 | **prescribed** | 106:11 | 73:14 |
| 130:2 | 204:9 | 46:24, 47:3 | 222:4 | 85:25 |
| 130:6 | 205:17 | 47:23, 48:4 | **prevailing** | 234:19 |
| 137:19 | 207:7 | 48:20, 49:6 | 166:13 | **pro** 192:16 |
| 137:24 | 207:19 | 49:7, 49:21 | 166:18 | **probable** |
| 148:17 | 207:21 | 50:6, 50:12 | **prevent** | 82:20 |
| 152:24 | 208:2 | 50:24, 51:2 | 26:22, 27:5 | **probably** |
| 153:5 | 208:4 | 57:22 | 27:10, 45:3 | 20:22 |
| 153:11 | 208:9 | 57:25, 58:2 | 45:11 | 23:24 |
| 154:9 | 216:20 | 72:9, 79:15 | 45:12 | 24:21 |
| 154:11 | 216:23 | 80:4 | 46:12 | 50:23 |
| 154:25 | 224:15 | **prescribing** | 47:11 | 97:18 |
| 155:8 | 225:21 | 59:4, 73:12 | **preventing** | 123:23 |
| 156:1 | **pregnant** | 100:6 | 45:25 | 145:13 |
| 156:3 | 23:6, 26:22 | 197:24 | 118:21 | 145:15 |
| 156:5 | 27:4, 27:5 | **present** | 207:18 | 145:17 |
| 156:7 | 27:17 | 2:18, 66:17 | **prevention** | 148:2 |
| 156:18 | 27:20 | 66:19 | 49:3, 65:3 | 160:1 |
| 156:19 | 28:19, 41:2 | 68:10 | **prevents** | 176:6 |
| 156:25 | 41:5, 92:2 | 88:19 | 17:11 | 225:19 |
| 157:11 | 114:1 | 135:20 | **previable** | **problem** |
| 157:14 | 114:1 | 152:24 | 203:10 | 98:14 |
| 159:4 | 114:13 | 159:13 | 203:14 | 134:23 |
| 164:7 | 116:9 | 208:18 | 204:7 | 137:6 |
| 165:20 | 117:20 | 222:8 | 204:19 | 137:9 |
| 171:4 | 119:19 | **pressure** | 205:16 | 195:19 |
| 171:24 | 131:13 | 117:22 | **previous** | 227:14 |
| 177:10 | 132:18 | 118:4 | 73:5, 233:6 | **problems** |
| 179:7 | 135:9 | 118:21 | **previously** | 100:8 |
| 179:7 | 186:13 | 119:3 | 138:8 | 204:8 |
| 179:8 | **premature** | 120:14 | 235:10 | **procedural** |
| 179:9 | 182:7 | **pressured** | **preying** | 24:1, 24:2 |
| 180:24 | 182:9 | 120:17 | 195:10 | 24:3, 24:5 |
| 180:25 | **prenatal** | **pressures** | **primarily** | 24:6, 24:8 |
| 181:15 | 25:11 | 119:15 | 24:1, 38:18 | 24:25, 25:1 |
| 181:17 | 38:15 | **pressuring** | 39:22, 41:1 | 100:24 |
| 182:4 | 40:11 | 117:16 | 74:24 | 100:25 |
| 182:5 | 153:24 | 118:10 | 82:14 | 100:25 |
| 183:7 | **preparation** | **presupposes** | 103:7 | 101:14 |
| 183:7 | 7:21, 8:10 | 149:25 | 119:15 | 101:24 |
| 183:8 | 8:16, 10:6 | **preterm** | 131:22 | 102:2 |
| 188:19 | **prepare** | 25:21 | **primary** | 181:3 |
| 189:1 | 7:11 | 45:11 | 33:7 | 181:4 |

DR. REBECCA COHEN - October 15, 2024

| | | | | |
|---|---|---|---|---|
| 181:15 | 233:24 | 47:22, 48:1 | 133:22 | 168:4 |
| 186:8 | 234:23 | 48:9, 48:13 | 134:12 | 168:12 |
| 223:9 | **Professor** | 48:16 | 134:18 | 168:16 |
| **procedure** | 19:20 | 48:18 | 134:22 | 169:5 |
| 5:4, 25:2 | **profile** | 48:22 | 135:3 | 169:16 |
| 25:4, 101:2 | 183:6 | 48:22, 49:3 | 135:22 | 170:7 |
| 101:22 | 185:23 | 49:12 | 136:4 | 170:10 |
| 181:8 | 223:9 | 49:15 | 136:23 | 170:13 |
| 181:23 | 224:18 | 49:19 | 137:6 | 171:1 |
| 185:25 | 225:5 | 49:25, 50:6 | 137:9 | 171:5 |
| 224:14 | 225:12 | 50:24, 51:2 | 137:17 | 171:7 |
| 225:18 | **profiles** | 51:4, 51:8 | 137:23 | 171:11 |
| 226:11 | 185:4 | 51:10 | 138:3 | 173:3 |
| 235:14 | 185:10 | 52:22, 53:4 | 138:13 | 173:6 |
| **procedures** | 185:17 | 53:10 | 139:7 | 173:13 |
| 183:14 | 186:21 | 53:19 | 141:19 | 173:14 |
| 224:6 | 188:9 | 53:24 | 142:4 | 174:20 |
| 224:22 | 189:25 | 57:18 | 143:11 | 177:21 |
| 225:3 | 189:25 | 57:19 | 148:16 | 177:23 |
| 226:6 | 222:25 | 57:21 | 148:23 | 178:5 |
| **proceed** | 223:4 | 65:16 | 149:7 | 178:6 |
| 74:2, 107:3 | **progestat...** | 65:17 | 149:22 | 178:8 |
| 115:4 | 166:19 | 65:19 | 149:25 | 178:14 |
| 125:21 | **progesterone** | 65:20 | 150:2 | 178:16 |
| 126:4 | 17:16 | 65:21 | 150:3 | 178:24 |
| **proceeding** | 40:13 | 67:17, 69:7 | 150:11 | 179:5 |
| 99:5 | 40:14 | 75:4, 75:7 | 150:16 | 179:18 |
| 112:19 | 40:15 | 89:6, 89:8 | 150:25 | 179:21 |
| **proceedings** | 40:17, 41:3 | 104:13 | 151:11 | 180:1 |
| 5:2, 233:14 | 41:6, 41:8 | 104:18 | 151:20 | 180:14 |
| **proceeds** | 41:11 | 104:19 | 159:4 | 180:21 |
| 135:13 | 41:14 | 104:21 | 161:15 | 182:18 |
| **process** | 41:16 | 105:3 | 161:17 | 182:23 |
| 74:4, 74:6 | 41:18 | 105:7 | 162:12 | 184:11 |
| 107:1 | 41:25 | 105:25 | 162:19 | 186:1 |
| 107:4 | 44:16 | 124:3 | 164:11 | 186:7 |
| 123:5 | 44:17 | 128:9 | 164:14 | 186:13 |
| 123:16 | 44:20 | 128:13 | 165:2 | 186:24 |
| 126:1 | 44:22 | 128:17 | 165:9 | 187:6 |
| 181:12 | 44:23 | 128:20 | 165:13 | 187:8 |
| 194:2 | 45:12 | 128:23 | 165:15 | 187:13 |
| 194:9 | 45:24, 46:3 | 129:3 | 165:21 | 187:24 |
| **processed** | 46:6, 46:7 | 129:8 | 165:24 | 188:3 |
| 67:16 | 46:11 | 129:25 | 165:25 | 188:11 |
| **produced** | 46:13 | 130:7 | 167:3 | 188:14 |
| 144:3 | 46:20 | 130:11 | 167:15 | 188:20 |
| 151:8 | 46:23, 47:1 | 132:8 | 167:16 | 188:22 |
| **producing** | 47:11 | 133:10 | 167:20 | 189:10 |
| 30:8 | 47:14 | 133:14 | 167:22 | 189:12 |
| **Professional** | 47:18 | 133:18 | 168:1 | 190:1 |
| 1:17, 233:4 | 47:21 | 133:20 | 168:3 | 190:7 |

DR. REBECCA COHEN - October 15, 2024

| | | | | |
|---|---|---|---|---|
| 190:10 | progestins | provide | 36:21, 62:5 | put 27:2 |
| 190:12 | 44:20 | 8:19, 12:23 | 62:7, 83:13 | 109:15 |
| 190:24 | 44:21, 45:8 | 13:2, 14:7 | 147:22 | 112:24 |
| 191:3 | program | 14:10 | 198:21 | 127:4 |
| 191:10 | 3:20 | 14:16 | 210:23 | 157:22 |
| 191:17 | 210:16 | 14:20 | provides | 180:7 |
| 191:19 | 210:19 | 18:13 | 12:19 | 225:9 |
| 192:14 | 211:1 | 19:13 | 31:14, 35:8 | |
| 193:12 | progresses | 22:20, 23:1 | providing | **Q** |
| 193:15 | 154:11 | 24:13 | 20:15 | |
| 193:22 | 183:7 | 25:11 | 24:15, 29:9 | Quarterly |
| 194:15 | progression | 26:15 | 99:18 | 174:5 |
| 197:18 | 61:7 | 32:25, 40:5 | 113:4 | question |
| 198:5 | prolonged | 73:9, 73:22 | 117:8 | 13:24, 14:3 |
| 198:18 | 103:9 | 95:23 | 122:16 | 15:15 |
| 200:7 | 103:10 | 99:12 | 127:21 | 15:23, 20:7 |
| 200:14 | promote | 101:8 | 204:20 | 28:24 |
| 200:18 | 175:4 | 102:2 | proving | 53:22, 66:9 |
| 201:4 | proof 162:6 | 102:2 | 174:20 | 77:20 |
| 201:17 | proportion | 102:5 | proxy 68:1 | 109:21 |
| 202:13 | 67:14 | 113:13 | psychiatr... | 129:7 |
| 202:21 | 69:25 | 116:17 | 120:6 | 135:4 |
| 206:22 | 70:20 | 120:2 | psycholog... | 135:5 |
| 207:8 | 110:1 | 139:7 | 120:6 | 136:19 |
| 207:12 | 200:24 | 153:24 | public 1:18 | 136:22 |
| 207:18 | prostagla... | 211:14 | 12:2 | 141:1 |
| 207:23 | 199:22 | provided | 219:20 | 141:11 |
| 208:1 | prostagla... | 10:2, 17:15 | 224:13 | 143:1 |
| 208:3 | 90:19, 91:4 | 23:11 | 225:17 | 146:13 |
| 208:6 | proteins | 32:18 | 232:15 | 148:1 |
| 208:10 | 88:25 | 32:23, 33:5 | 233:5 | 148:13 |
| 208:14 | protocol | 33:11 | publication | 149:24 |
| 208:17 | 109:15 | provider | 174:5 | 156:1 |
| 210:6 | protocols | 13:11 | publicati... | 156:9 |
| 210:9 | 8:2, 72:15 | 18:10, 23:3 | 174:23 | 157:5 |
| 216:14 | 109:7 | 33:18 | publicly | 162:22 |
| 216:19 | prove 68:20 | 36:17 | 220:2 | 164:25 |
| 216:24 | 142:13 | 80:24 | published | 169:23 |
| 218:9 | proven | 124:9 | 63:3 | 171:18 |
| 221:13 | 50:20 | 135:13 | 224:18 | 172:2 |
| 222:25 | 54:25 | 139:15 | pull 78:1 | 188:13 |
| 223:7 | 55:10 | provider-... | purpose | 189:23 |
| 223:9 | 56:17 | 77:17 | 48:4, 59:5 | 190:12 |
| 225:13 | 106:12 | providers | 175:3 | 199:12 |
| 226:19 | 106:14 | 12:15 | purposes | 201:22 |
| 227:19 | 124:13 | 12:15 | 56:10 | 208:15 |
| 228:17 | 125:6 | 12:22 | pursuant | 214:3 |
| 228:25 | 147:16 | 13:14 | 1:13, 5:3 | 217:10 |
| 229:7 | 172:9 | 13:18, 14:1 | 235:14 | 221:17 |
| progestin | 214:15 | 14:2, 14:20 | pursue | question's |
| 47:14 | 214:15 | 17:12 | 15:19 | 139:19 |

DR. REBECCA COHEN - October 15, 2024

| | | | | |
|---|---|---|---|---|
| 139:25 | 62:17 | 153:11 | 88:18 | 154:4 |
| **questions** | 62:20 | 155:3 | 118:14 | 181:11 |
| 6:17, 6:22 | 63:17 | 155:8 | 118:15 | 194:11 |
| 19:17 | 63:22, 65:9 | 156:1 | 146:12 | 205:2 |
| 35:20 | 65:12 | 156:2 | 153:14 | 221:12 |
| 42:23 | 76:18 | 156:5 | 161:21 | **reason** |
| 74:22 | 76:23, 80:7 | 156:6 | 168:19 | 46:20, 94:8 |
| 77:25 | 86:7, 93:6 | 156:23 | 170:5 | 95:11 |
| 113:21 | 93:12, 95:3 | 157:13 | 217:9 | 105:1 |
| 137:4 | 105:5 | 157:14 | 227:11 | 107:8 |
| 157:23 | 105:24 | 178:3 | 227:14 | 148:15 |
| 233:13 | 108:6 | 199:4 | 227:16 | 148:22 |
| **quick** 66:16 | 108:16 | **rates** | 232:2 | 149:21 |
| 66:16 | 111:1 | 154:17 | **reader** | 150:3 |
| 226:22 | 111:25 | 171:4 | 176:1 | 175:2 |
| **quickly** | 126:20 | 171:24 | **reading** | 187:7 |
| 65:23, 66:2 | 128:11 | **rats** 142:11 | 13:4 | 207:24 |
| 66:6, 66:13 | 129:24 | 170:22 | 174:18 | 208:19 |
| 66:17 | 142:24 | 171:2 | 203:7 | 208:20 |
| 66:22 | 159:16 | 171:4 | 218:18 | **reasonable** |
| 66:23, 68:6 | 196:6 | 171:6 | **readings** | 63:10, 82:3 |
| 88:15 | 196:10 | 173:13 | 176:24 | 106:14 |
| 119:5 | 196:13 | 178:18 | **ready** 107:2 | 147:18 |
| 156:16 | 213:7 | 178:24 | 117:13 | 153:15 |
| **quiet** 40:19 | **randomness** | 179:7 | 118:5 | **reasoning** |
| 41:7 | 144:4 | 179:8 | 119:17 | 180:22 |
| **quote** | 151:8 | 179:12 | 125:22 | **reasons** |
| 107:20 | **range** 46:16 | 179:16 | **reaffirming** | 46:17, 81:6 |
| 154:3 | 62:1 | 179:17 | 194:8 | 119:12 |
| 154:4 | 101:10 | 179:20 | **real** 116:4 | 119:21 |
| 177:13 | **rapid** 88:10 | 179:25 | 116:12 | 128:15 |
| | 88:17 | 180:2 | **real-world** | 140:8 |
| **R** | **rapidly** | 180:17 | 77:8 | 199:22 |
| | 87:6, 87:15 | 180:19 | **reality** | 199:25 |
| **Ralphs** | **rare** 57:7 | 180:24 | 150:20 | 200:1 |
| 111:5 | 84:10 | 193:17 | **really** | **reassure** |
| **randomized** | 127:13 | **reach** 83:14 | 20:11 | 74:21 |
| 46:8, 47:7 | 141:23 | 225:20 | 28:18 | **Rebecca** |
| 48:6, 48:25 | **rarely** | **reaches** | 62:25 | 1:11, 3:6 |
| 49:9, 49:18 | 100:16 | 66:12 | 83:14 | 5:10, 6:8 |
| 49:22 | 115:14 | **react** | 114:23 | 232:1 |
| 50:20 | 122:4 | 199:21 | 115:13 | 232:9 |
| 54:12 | 122:8 | **reaction** | 117:17 | 233:7 |
| 55:10 | 122:13 | 102:13 | 120:9 | 234:7 |
| 56:12 | **rate** 76:6 | 103:13 | 120:24 | 234:12 |
| 58:23, 60:1 | 76:13 | **read** 7:13 | 123:15 | 235:9 |
| 60:4, 60:12 | 76:17, 86:5 | 11:10 | 140:6 | **REBEKAH** 2:3 |
| 60:23, 61:1 | 88:15 | 11:13 | 141:14 | **rebinds** |
| 61:21, 62:2 | 126:11 | 11:15, 13:4 | 141:17 | 168:7 |
| 62:12 | 126:24 | 54:22 | 150:15 | **rebuttal** |
| 62:14 | 152:23 | 68:22 | 150:23 | 3:16, 146:1 |

DR. REBECCA COHEN - October 15, 2024

| | | | | |
|---|---|---|---|---|
| rebuttals | 173:8 | 222:12 | referenced | register |
| 8:7 | 179:4 | recognized | 9:10 | 73:8 |
| recall 9:8 | 199:18 | 30:2 | referencing | Registered |
| 11:12 | receptors | recommend | 95:3 | 1:17, 233:4 |
| 11:17 | 41:24, 42:1 | 63:21 | referred | 233:24 |
| 36:10 | 57:19 | 195:21 | 9:6, 33:4 | 234:23 |
| 52:22 | 57:20 | recommended | 157:7 | regret |
| 66:24 | 65:16 | 37:6 | 209:21 | 107:21 |
| 72:20 | 65:17, 66:2 | 196:21 | 211:1 | 110:8 |
| 111:18 | 67:17 | recommends | referring | 110:17 |
| 152:15 | 68:10 | 36:20 | 12:14 | 112:2 |
| 156:11 | 68:12 | reconditions | 105:23 | 112:5 |
| 163:13 | 68:16, 69:8 | 161:7 | 160:2 | 112:10 |
| 170:24 | 69:14 | record 5:7 | 161:11 | 113:2 |
| 171:3 | 69:15 | 6:19, 52:16 | 161:13 | regulate |
| 202:25 | 69:15 | 52:19 | 175:21 | 228:5 |
| 205:25 | 69:23 | 89:22 | 212:19 | regulated |
| 219:18 | 70:14 | 99:24 | 228:3 | 53:19 |
| 222:24 | 70:17 | 100:2 | refers | regulating |
| 223:3 | 88:25, 89:3 | 152:1 | 12:19 | 219:7 |
| 223:6 | 89:6, 89:8 | 152:4 | 32:20 | Regulations |
| 223:8 | 104:18 | 161:3 | 89:21 | 3:24, 4:4 |
| receive | 150:2 | 201:10 | reflect | reinforcing |
| 19:3 | 161:15 | 201:13 | 161:8 | 125:25 |
| 108:11 | 161:15 | 222:6 | regardless | related |
| received | 161:17 | 222:11 | 140:10 | 23:5, 23:9 |
| 108:8 | 168:8 | 223:23 | 152:24 | 26:19 |
| 134:18 | 177:23 | 231:8 | 154:14 | 27:22 |
| 171:5 | 178:8 | 231:11 | regimen | 82:14 |
| 171:6 | 178:14 | 232:4 | 42:11 | 101:23 |
| receiving | 200:7 | records 8:2 | 42:12 | 102:14 |
| 230:1 | 200:19 | 11:8 | 42:17 | 163:12 |
| receptivity | 200:22 | recurrent | 51:17 | 193:12 |
| 200:10 | 201:4 | 45:12 | 58:16, 64:1 | 219:3 |
| receptor | 206:24 | 45:21 | 64:2, 65:5 | 220:4 |
| 41:12 | 207:5 | 45:25, 46:1 | 65:14 | relation |
| 41:14 | 207:9 | 46:12 | 74:11, 77:3 | 169:13 |
| 41:16 | 207:18 | 46:15 | 79:7, 80:3 | 233:8 |
| 41:18 | 208:11 | 46:16 | 85:23 | relationship |
| 44:17, 68:3 | 208:15 | 46:24 | 90:15 | 19:2, 77:18 |
| 69:18 | recognize | 46:25 | 91:11 | 119:16 |
| 69:18, 70:4 | 9:19, 9:22 | reduced | 91:13 | 121:7 |
| 70:6, 70:21 | 10:12, 32:3 | 233:11 | 100:19 | 121:22 |
| 159:12 | 32:13 | refer 12:23 | 107:11 | 198:21 |
| 161:12 | 34:18, 36:5 | 13:2, 38:14 | 130:19 | relative |
| 162:5 | 78:12 | 73:9 | 131:16 | 169:8 |
| 163:2 | 96:17 | 107:13 | 131:21 | 169:9 |
| 163:4 | 116:8 | 120:7 | 131:25 | 169:10 |
| 163:5 | 121:20 | 140:2 | 134:8 | 169:23 |
| 167:15 | 209:4 | REFERENCE | regimens | 170:4 |
| 172:1 | 211:11 | 3:4 | 77:6, 93:9 | relatively |

DR. REBECCA COHEN - October 15, 2024

66:5, 66:22
86:10
167:9
174:25
released
89:7
releases
168:7
relevance
13:24, 14:5
53:16
109:21
relevant
13:22, 63:6
176:8
193:19
reliably
91:14
relied
11:24
140:11
religious
2:4, 13:11
175:9
235:4
rely 62:7
214:21
relying
110:16
remain 41:5
42:4, 67:15
206:7
remains
88:21, 99:3
remember
12:12, 40:1
59:1, 70:25
145:23
223:11
223:17
remembering
229:3
remind
54:17
remote
81:13
97:21
removal
182:6
remove
182:2

removed
95:16
184:11
removing
24:10
183:2
185:23
REMS 73:3
107:14
107:16
107:17
rephrase
6:23, 13:16
15:8, 46:14
53:8, 67:20
114:24
139:8
163:20
165:4
171:9
190:11
204:23
212:14
212:25
220:18
report 3:16
9:10, 48:21
77:21
77:22
78:17
103:20
103:23
104:2
110:22
118:15
126:23
129:18
144:22
144:23
145:2
145:20
146:1
158:18
158:19
159:1
160:9
173:21
174:4
176:5
193:16
193:21

201:15
213:14
214:4
214:12
reported
220:2
reporter
1:18, 5:16
29:11, 38:5
42:12
54:23
86:18
122:10
126:16
131:3
143:15
145:15
207:1
231:10
231:15
233:5
233:24
234:23
reporter's
6:18, 127:8
reports
8:14, 9:4
11:2, 63:25
71:6
192:17
204:18
213:9
represent
10:15
represent...
157:18
reproduct...
86:24
Requested
54:22
require
60:23, 73:6
81:11
189:22
196:10
required
12:23, 13:1
72:19
235:16
rerun
157:21

158:2
158:5
158:13
rerunning
142:18
142:20
rescheduling
116:25
research
61:24
158:8
177:21
213:17
213:24
229:23
229:24
230:6
resident
50:13
resist
42:24
resisting
42:25
57:23, 58:5
Resolution
3:14, 36:9
resources
121:18
response
212:7
212:12
212:18
212:22
responsib...
121:5
rest 88:9
200:25
restate
148:20
result
144:11
149:4
151:8
151:19
results
45:7, 144:8
151:5
151:19
194:5
retained
101:15

return
234:14
returned
235:19
revealed
113:19
reversal
50:25
79:16
102:10
123:7
124:13
152:11
218:17
219:3
219:11
227:8
228:5
229:9
reverse
126:3
141:24
227:19
reversed
118:7
review 8:9
8:13
222:22
reviewed
12:20
35:19
65:25
reviewing
157:17
RICKETTS
2:3
Rienzi 2:2
3:2, 5:18
5:18, 5:21
6:12, 9:15
9:16, 9:19
10:9, 10:12
12:7, 12:9
13:10
13:17
13:23
14:19, 15:9
15:17, 16:2
16:10, 18:4
21:10, 22:5
23:10

DR. REBECCA COHEN - October 15, 2024

| | | | | |
|---|---|---|---|---|
| 29:18, 32:3 | 155:17 | 207:4 | 144:20 | 102:12 |
| 32:11 | 158:12 | 209:2 | 145:20 | 103:9 |
| 34:18 | 164:2 | 209:13 | 148:8 | 103:13 |
| 35:16 | 164:23 | 210:12 | 151:4 | 103:14 |
| 35:21, 36:4 | 165:6 | 211:11 | 151:5 | 105:16 |
| 38:7, 52:14 | 167:21 | 212:15 | 153:10 | 106:24 |
| 52:20, 53:9 | 167:25 | 213:1 | 157:24 | 129:16 |
| 54:21 | 170:16 | 213:20 | 158:7 | 132:14 |
| 54:25 | 173:20 | 217:4 | 163:18 | 132:23 |
| 66:10 | 179:11 | 217:21 | 164:13 | 134:2 |
| 69:13, 70:1 | 180:6 | 218:6 | 166:4 | 135:11 |
| 72:1, 78:4 | 182:23 | 218:14 | 169:3 | 135:20 |
| 78:8, 78:11 | 183:4 | 219:15 | 175:20 | 154:10 |
| 87:3, 93:23 | 183:19 | 221:12 | 180:22 | 155:22 |
| 99:21 | 184:15 | 222:2 | 188:8 | 174:13 |
| 100:3 | 184:24 | 222:12 | 190:21 | 181:17 |
| 104:4 | 185:14 | 222:15 | 208:8 | 182:7 |
| 104:7 | 185:20 | 222:19 | 221:6 | 182:9 |
| 109:23 | 186:17 | 225:11 | 224:1 | 182:11 |
| 111:14 | 187:9 | 225:23 | 230:13 | 183:6 |
| 111:17 | 187:17 | 226:10 | **right-hand** | 185:4 |
| 111:24 | 187:24 | 226:17 | 160:21 | 185:10 |
| 112:15 | 188:6 | 226:21 | 166:9 | 185:17 |
| 122:12 | 188:10 | 227:24 | **rise** 66:16 | 185:23 |
| 124:24 | 189:16 | 228:11 | 66:17 | 187:24 |
| 126:20 | 190:9 | 230:19 | 167:8 | 188:3 |
| 127:9 | 190:17 | 230:24 | **Rising** | 188:4 |
| 131:5 | 191:1 | 231:5 | 39:25 | 188:10 |
| 131:12 | 191:6 | 234:24 | **risk** 46:2 | 188:11 |
| 131:24 | 193:20 | 235:3 | 56:4, 56:6 | 188:13 |
| 136:3 | 194:4 | 235:8 | 56:14 | 188:14 |
| 136:10 | 194:15 | **right** 10:7 | 59:22 | 189:8 |
| 138:24 | 195:1 | 20:1, 24:8 | 71:20 | 189:9 |
| 139:6 | 195:7 | 28:1, 36:13 | 82:18 | 190:7 |
| 139:25 | 195:23 | 42:22 | 86:10 | 190:8 |
| 140:11 | 196:12 | 42:23 | 96:13 | 191:11 |
| 140:20 | 197:2 | 42:24, 60:7 | 96:16 | 192:5 |
| 143:19 | 197:17 | 68:16, 71:2 | 96:18, 97:6 | 193:1 |
| 145:20 | 198:2 | 90:9, 91:23 | 97:24, 98:3 | 193:2 |
| 146:9 | 198:9 | 94:6, 95:2 | 98:7, 98:21 | 193:7 |
| 147:23 | 198:16 | 110:5 | 100:10 | 193:8 |
| 148:21 | 199:3 | 114:5 | 101:9 | 198:8 |
| 149:3 | 201:14 | 114:5 | 101:14 | 198:9 |
| 149:16 | 202:3 | 119:25 | 101:15 | 198:10 |
| 150:6 | 202:11 | 133:6 | 101:18 | 198:11 |
| 150:15 | 202:24 | 134:2 | 101:20 | 205:22 |
| 151:4 | 204:11 | 134:15 | 101:20 | 225:2 |
| 151:24 | 204:20 | 136:17 | 101:22 | 226:4 |
| 152:5 | 205:7 | 138:10 | 102:8 | 226:5 |
| 154:19 | 205:20 | 139:10 | 102:9 | 226:7 |
| 155:10 | 206:13 | 140:3 | 102:11 | 226:11 |

DR. REBECCA COHEN - October 15, 2024

riskier
182:21
183:4
186:6
187:18
risks 51:7
86:9, 97:12
98:20
98:20, 99:3
99:8, 99:12
100:24
100:25
101:2
101:23
102:7
102:14
102:18
102:20
102:25
103:1
103:8
129:10
129:12
133:17
134:1
158:10
158:10
182:3
182:5
182:13
182:17
182:17
182:21
183:8
183:13
183:22
183:23
183:25
184:1
187:4
187:10
187:12
187:13
187:14
194:13
198:17
226:15
226:18
role 21:13
23:5, 25:15
25:25, 28:3

28:19
33:16, 34:3
40:15
168:18
225:24
roles 21:3
roll 150:23
room 22:4
23:7, 52:3
83:11
83:22, 84:6
84:14
111:11
121:14
133:6
134:14
134:15
134:18
134:23
135:23
136:5
136:12
170:14
189:22
Roqua
111:19
rough 84:9
roughly
10:22
22:11
25:16
26:21
81:18
81:21
114:6
115:16
route 51:10
51:13
51:14, 65:6
67:6, 74:19
74:19
routes
64:21
routine
153:24
207:19
routinely
101:13
RU-42633
169:7
169:15

170:6
RU-42698
170:9
RU-42848
170:12
RU-486
166:19
166:20
167:5
170:19
rule 72:25
73:5, 73:14
217:5
217:15
217:16
217:24
218:2
218:18
218:20
218:23
219:16
219:16
227:18
228:3
228:4
234:16
rules 3:24
4:4, 5:3
58:2, 72:19
72:20
72:23, 73:8
73:13
81:11
106:12
220:4
220:8
227:20
229:5
235:14
ruling
227:7
run 115:24
143:11
160:7
running
132:6
143:8
rupture
98:7, 99:4
203:11
ruptures

98:12
rush 217:12

S

safe 64:20
119:24
121:6
121:18
186:24
188:22
197:9
215:20
224:13
224:22
225:17
safely
141:18
141:25
safer
181:23
186:24
224:6
224:23
226:2
safest
83:18
107:4
123:5
126:1
181:18
182:15
224:5
safety
15:25, 16:8
16:24, 51:4
91:25
93:24
94:23, 95:6
96:12
124:7
128:15
131:5
135:7
135:12
137:14
140:8
140:9
158:3
186:20
188:9

189:25
190:3
196:18
214:15
222:25
223:4
223:9
224:18
225:1
225:4
225:12
225:18
225:22
225:25
Sagar
177:12
salaries
19:3
save 195:8
198:18
Saves 4:2
223:24
saw 48:20
143:10
198:24
saying
26:10
43:24, 58:6
112:7
112:24
129:2
139:11
143:10
150:24
151:1
155:21
165:8
167:1
170:6
177:20
184:5
187:20
197:15
208:13
215:1
218:16
223:11
224:14
224:23
224:25
225:20

DR. REBECCA COHEN - October 15, 2024

| | | | | |
|---|---|---|---|---|
| 226:4 | **science** 4:2 | **section** | 220:23 | **sensitive** |
| **says** 9:21 | 175:5 | 21:4, 84:18 | 221:19 | 200:25 |
| 78:6, 79:2 | 223:23 | 87:11 | 221:19 | **sentence** |
| 79:6, 80:20 | **scientific** | 87:22, 89:1 | 221:22 | 88:9, 90:4 |
| 80:23 | 8:9, 11:5 | 140:3 | 224:8 | 90:11 |
| 84:19 | 56:21 | 218:24 | 228:25 | 105:13 |
| 84:23 | 138:25 | **sedation** | 229:11 | 105:19 |
| 85:10 | 148:15 | 102:7 | **seeing** | 106:16 |
| 85:19, 87:4 | 148:21 | 102:11 | 26:25 | 107:13 |
| 87:6, 87:13 | 148:25 | **see** 12:5 | **seek** 26:21 | 122:4 |
| 87:18 | 149:21 | 21:18 | 72:6, 83:18 | 122:6 |
| 87:23 | 159:2 | 26:13, 27:8 | 114:12 | 153:9 |
| 87:25 | 159:10 | 27:15, 28:5 | 119:7 | 159:7 |
| 88:10 | 159:15 | 28:13, 29:1 | **seeking** | 161:2 |
| 88:16 | 171:7 | 33:2, 43:21 | 13:19, 27:4 | 161:10 |
| 89:21, 90:6 | 171:10 | 72:10, 79:1 | 27:16 | 161:25 |
| 92:14 | 208:13 | 79:10 | 38:12 | 161:25 |
| 115:3 | **scientifi...** | 80:20, 81:3 | 38:18 | 162:8 |
| 116:21 | 208:10 | 85:10 | 115:5 | 166:14 |
| 117:18 | **scope** 16:1 | 85:13, 87:7 | 130:4 | 166:22 |
| 120:9 | **Scottsdale** | 87:24 | **seen** 9:23 | 166:24 |
| 125:21 | 2:10 | 87:25, 88:3 | 9:25, 57:1 | 177:16 |
| 147:8 | **scratch** | 88:9 | 209:5 | 177:19 |
| 152:16 | 69:20 | 105:17 | 211:23 | 199:25 |
| 152:23 | 94:15 | 107:23 | 217:7 | 228:24 |
| 153:2 | **screen** | 107:24 | 227:3 | 229:2 |
| 166:17 | 34:23 | 113:6 | **sees** 61:8 | 229:7 |
| 170:17 | **screening** | 113:17 | **seizure** | 229:15 |
| 177:11 | 98:1 | 115:25 | 56:4, 56:15 | **separate** |
| 192:4 | **screenshot** | 125:12 | **seizures** | 27:13 |
| 210:15 | 3:10, 3:11 | 125:17 | 57:6 | 27:18 |
| 211:4 | 3:13, 3:18 | 127:16 | **selection** | 75:15 |
| 212:6 | 3:20, 34:14 | 143:12 | 194:2 | 226:7 |
| 218:7 | **seal** 233:19 | 146:18 | **self** 161:7 | **separately** |
| 218:24 | **second** | 147:10 | **self-use** | 39:1, 59:23 |
| **schedule** | 35:25 | 149:18 | 36:6 | **series** 7:14 |
| 3:5, 9:21 | 59:17 | 153:22 | **send** 52:2 | 8:1, 61:11 |
| 82:2 | 79:20, 85:9 | 153:23 | **sense** 10:21 | 106:20 |
| **scheduled** | 105:13 | 159:5 | 11:1, 11:4 | 128:22 |
| 82:5, 82:9 | 108:9 | 161:10 | 11:7, 13:25 | 128:25 |
| **school** | 108:23 | 165:8 | 14:6, 14:9 | 129:5 |
| 18:23, 19:1 | 109:3 | 166:22 | 14:13 | 129:7 |
| 19:10 | 118:3 | 169:4 | 14:19 | 138:18 |
| 19:15 | 119:1 | 181:12 | 14:24 | 138:18 |
| 19:20, 20:1 | 127:4 | 210:17 | 14:25 | 138:21 |
| 176:16 | 153:16 | 211:5 | 22:24 | 177:1 |
| 209:8 | 158:20 | 212:8 | 23:21 | 193:21 |
| 209:12 | 181:21 | 212:22 | 51:19 | 193:25 |
| 210:14 | 203:22 | 212:22 | 51:23, 52:6 | 194:2 |
| **schools** | **secondary** | 215:16 | 66:23, 84:9 | 204:6 |
| 176:13 | 48:2, 63:12 | 217:6 | 114:6 | 207:20 |

DR. REBECCA COHEN - October 15, 2024

| | | | | |
|---|---|---|---|---|
| serious | 195:25 | 171:4 | signed | 211:18 |
| 98:14 | she'll | showing | 235:11 | sites 51:16 |
| service | 154:25 | 9:20, 137:8 | 235:12 | situation |
| 99:12 | sheer 136:3 | 164:14 | 235:15 | 61:4, 61:4 |
| services | sheet 232:6 | 196:16 | 235:18 | 120:13 |
| 3:12, 3:19 | 235:19 | 196:17 | significance | 161:8 |
| 32:17 | sheet(s | shown 47:10 | 135:1 | 182:20 |
| 32:23, 33:1 | 234:14 | 55:16 | 138:22 | 213:3 |
| 33:5, 33:11 | sheets | 55:18 | 144:1 | situations |
| 34:25 | 232:3 | 55:19 | significant | 156:10 |
| 37:11 | 235:10 | 76:17 | 82:19 | six 33:22 |
| 37:16 | sheets(s | 123:9 | 102:12 | 66:1, 67:22 |
| 37:22 | 234:15 | 123:14 | 111:7 | 68:8, 153:4 |
| 120:11 | shelter | 137:6 | 111:14 | 177:18 |
| set 106:11 | 121:18 | 196:9 | 128:25 | size 181:1 |
| 217:15 | shift 26:13 | 196:20 | 136:2 | skin 64:6 |
| 226:6 | shifted | 197:8 | 138:9 | SLAVIS 2:4 |
| 235:15 | 80:3 | shows 165:1 | 138:19 | slightly |
| sets 174:19 | shifts | 165:15 | 139:13 | 76:13 |
| setting | 26:12 | 177:14 | 140:7 | 167:7 |
| 22:21 | short 20:9 | 179:25 | 182:13 | 192:5 |
| 26:17 | 28:17 | sic 179:15 | 193:2 | 199:17 |
| 26:18 | 54:18, 55:7 | side 51:7 | significa... | 228:10 |
| 26:19, 77:5 | 62:2, 62:12 | 51:9, 51:18 | 149:18 | 228:11 |
| 102:6 | 62:14 | 51:20 | signs 75:2 | slipping |
| 103:7 | 62:20 | 51:24 | 83:3 | 101:5 |
| 140:12 | 63:22 | 71:10 | 154:13 | slow 29:11 |
| 169:11 | 76:23 | 71:17 | 154:16 | 57:2, 88:1 |
| settings | 97:10 | 71:20 | similar | 122:10 |
| 20:14 | 159:16 | 71:21, 72:2 | 57:17 | 145:3 |
| 20:14 | 203:10 | 72:5, 74:13 | 57:18 | slower 38:6 |
| 102:1 | 230:9 | 91:15 | 155:2 | 122:11 |
| seven 67:22 | shortage | 91:16 | 184:5 | 145:16 |
| 68:9, 80:24 | 14:1 | 97:12 | 185:6 | 199:19 |
| severe | shorthand | 133:13 | 215:10 | slowly |
| 51:25, 52:2 | 233:10 | 133:16 | 215:10 | 88:17 |
| 56:5 | shortly | 133:19 | 225:18 | small 71:20 |
| 105:16 | 59:2, 203:3 | 140:7 | similarly | 96:18, 98:9 |
| severity | shot 198:5 | 188:23 | 57:4 | 101:15 |
| 51:23 | show 17:23 | 188:23 | simultane... | 101:18 |
| shape | 32:11 | 189:3 | 89:6 | 101:22 |
| 145:18 | 35:16 | 198:15 | Sincerely | 134:25 |
| 181:1 | 94:23 | signature | 234:22 | 143:25 |
| share | 106:3 | 231:16 | single 57:7 | 145:24 |
| 168:17 | 145:6 | 234:11 | 111:12 | 147:17 |
| 168:21 | 150:16 | 234:12 | Sinnet | 148:4 |
| shares | 164:24 | 234:14 | 11:11 | 180:7 |
| 168:20 | 180:19 | 235:10 | 11:19 | smaller |
| sharing | 180:20 | 235:16 | sit 63:15 | 97:18 |
| 86:10 | 193:21 | 235:17 | 74:9 | 177:2 |
| 195:19 | showed | 235:19 | site 198:13 | soaking |

DR. REBECCA COHEN - October 15, 2024

```
  82:15              129:6              45:18, 98:9        223:18             standard
social              137:25             114:4              specifics          17:13
  120:5             139:23             118:22               10:23            60:14
  120:7             143:18             118:24               17:19            60:22, 61:5
  215:18            147:1             191:16              72:21            72:13, 86:9
society             147:3             213:16              210:5            102:21
  126:19            148:19           speak 13:8          spectrum          127:15
softens             148:20             21:7, 29:11        43:15, 44:2      128:5
  91:8              152:17             36:21, 50:3        79:18            128:7
solely              162:21             62:9, 64:10        211:4            128:8
  26:24             169:22             75:24              211:8            142:25
  27:21             170:2             102:18            speculate          181:11
  38:12, 63:5       177:19            112:6               203:15           196:23
somebody            180:4             140:19           speculating         212:20
  11:14             188:12            147:21             203:23           212:23
  36:19             189:17            183:24           spell               213:2
  83:21, 94:6       190:11            190:16             191:15            213:16
  97:13             216:14            190:20           spend 24:14        213:24
  112:24            217:18            200:8               24:23            214:7
  118:10            222:14            202:7               24:25            214:19
  120:17            222:15            203:7             spent 10:4         215:7
  121:15            222:15            207:1               10:22, 11:2      215:13
  142:13            227:13            227:25              11:5, 11:8       216:3
  195:12            227:16           speaking          spiel 101:4        216:4
  198:23            230:16            119:6             split 19:18        217:11
  200:14           sort 39:14        119:7               20:6, 20:12      217:22
  206:17            49:15            208:5             spoke 156:9        218:10
  212:11            50:14, 61:6    specialist          spontaneous        218:13
  212:16            68:1, 90:1      102:22              155:7            218:17
  215:16            93:8            102:23            spontaneo...        219:12
somebody's          107:21         specialties         153:5            219:13
  200:13            113:12           210:24           spotting           227:7
someone's           116:3          specialty           51:13            228:8
  103:12            117:21           103:18             71:15            230:1
  157:13            211:22         specific           square             230:17
  174:10           sorts 29:16      37:21, 46:5        145:18            231:12
someplace          sought            57:12           ss 233:2         standardized
  42:6              108:11           160:17           stack 174:2        109:20
sorry 9:8          sound 10:7        211:9           staff 36:23       standards
  15:14             41:17, 71:2   specifically       stage 24:9         17:17
  16:20, 18:3       144:18           12:14, 75:9       208:18           17:18
  20:18            sounds            102:18           stages             175:7
  25:18             19:23            105:7             108:22            197:4
  35:24, 41:7       110:5            123:10           Stanberry          214:23
  42:13, 52:4       221:6            134:6             2:2, 5:19         214:24
  52:25            source            134:11             5:19            219:5
  71:24             197:14           149:13           stand 8:21        228:18
  77:12            sources            149:14           223:12            230:21
  79:16, 91:1       31:18            153:14           224:10          standpoint
  94:14             37:15            175:21          standalone         194:11
  127:6            space 45:17       190:3             172:10          start 16:25
```

CALDERWOOD-MACKELPRANG, INC.
(303) 477-3500

DR. REBECCA COHEN - October 15, 2024

| | | | | |
|---|---|---|---|---|
| 17:21 | 220:6 | **stay** 66:14 | 163:3 | 199:21 |
| 21:11, 62:5 | 220:22 | 66:19 | 163:6 | **structure** |
| 74:6, 107:4 | 221:2 | 156:17 | 163:7 | 57:17 |
| 113:20 | 221:5 | 208:8 | 163:10 | 180:24 |
| 118:7 | 221:20 | **stayed** | 163:14 | 180:25 |
| 123:4 | 221:25 | 178:7 | 178:4 | **struggle** |
| 123:13 | 233:2 | **stays** 66:17 | **strengths** | 171:23 |
| 123:16 | 233:5 | 70:17 | 68:14 | **students** |
| 181:13 | **stated** | 88:21, 94:6 | **stress** | 62:16 |
| 181:13 | 11:21 | 159:13 | 118:20 | 63:20 |
| 181:20 | 175:3 | **step** 61:10 | **stricter** | **studied** |
| 194:9 | **statement** | 64:23 | 73:3 | 63:4, 93:10 |
| 212:20 | 76:25, 85:3 | 74:12 | **strike** 9:9 | 109:19 |
| **started** | 96:1, 98:25 | 125:25 | 42:4, 52:25 | 137:4 |
| 74:15, 93:5 | 104:13 | **steps** | 66:4, 129:6 | 166:1 |
| 105:9 | 104:16 | 114:18 | 164:24 | 206:12 |
| 105:25 | 104:24 | 180:7 | **stringent** | 208:7 |
| 107:18 | 105:2 | **steroid** | 106:11 | **studies** |
| 126:1 | 105:6 | 162:6 | **strong** | 61:17 |
| 128:14 | 110:16 | **stigma** | 48:17, 60:3 | 65:25, 77:2 |
| 129:14 | 135:4 | 112:24 | 60:23 | 77:8, 93:1 |
| 129:25 | 164:15 | **stomach** | 60:25, 61:3 | 93:4, 93:24 |
| 141:6 | 168:18 | 64:16, 67:7 | 61:22 | 94:11 |
| 157:12 | **statements** | **stop** 7:8 | 61:23, 63:3 | 94:15 |
| 181:3 | 8:19, 8:21 | 27:4, 27:16 | 63:18 | 94:18 |
| 181:4 | 9:5, 103:24 | 37:4, 51:25 | 65:11 | 94:22, 95:5 |
| 182:8 | 224:10 | 54:9 | 72:14 | 95:12 |
| 194:23 | **states** 1:1 | 123:14 | 76:22, 80:9 | 104:24 |
| 207:24 | 5:12, 39:22 | 181:7 | 91:18 | 106:18 |
| **starting** | **static** | 181:16 | 91:25 | 110:18 |
| 123:15 | 168:10 | **stopped** | 93:16 | 110:25 |
| 150:4 | **statistic** | 82:25 | 108:7 | 111:7 |
| 183:12 | 151:5 | 105:9 | 128:9 | 111:25 |
| **starts** | **statistical** | 106:4 | 139:4 | 126:23 |
| 61:23 | 134:25 | 131:6 | 139:11 | 128:16 |
| 88:16 | 138:22 | 139:3 | 139:12 | 128:19 |
| 101:12 | 144:1 | 140:8 | 142:2 | 155:11 |
| 146:24 | 148:7 | 194:23 | 186:14 | 155:19 |
| 147:5 | **statistic...** | **stopping** | 188:9 | 156:22 |
| 160:24 | 136:1 | 27:20 | 193:14 | 157:1 |
| 166:15 | 138:9 | 181:14 | 194:17 | 159:11 |
| **state** 5:16 | 138:19 | 181:16 | 194:25 | 159:14 |
| 6:9, 18:18 | 139:12 | **stops** 55:8 | 196:9 | 160:2 |
| 18:19 | **statistics** | 65:20 | 196:12 | 160:3 |
| 18:21, 31:7 | 63:12 | **straight** | 214:21 | 160:5 |
| 89:22 | 106:11 | 180:23 | **stronger** | 161:6 |
| 97:22 | 148:3 | **Street** 1:15 | 177:3 | 164:21 |
| 134:25 | 150:19 | 2:9, 5:9 | **strongly** | 165:16 |
| 185:17 | 150:21 | **strength** | 68:16 | 171:3 |
| 205:17 | **status** | 70:7, 70:19 | 167:24 | 171:10 |
| 220:3 | 28:10, 84:3 | 159:12 | 199:18 | 172:5 |

DR. REBECCA COHEN - October 15, 2024

| | | | | |
|---|---|---|---|---|
| 172:7 | 137:10 | **substance** | 46:7 | 28:11, 31:5 |
| 172:8 | 138:25 | 163:2 | **supplied** | 31:6, 31:23 |
| 172:19 | 139:2 | **substances** | 7:14, 7:24 | 35:21 |
| 172:20 | 139:6 | 70:13 | **support** | 46:10 |
| 177:2 | 140:8 | 85:22 | 8:24, 16:22 | 46:15 |
| 177:6 | 140:12 | 168:9 | 17:2, 17:16 | 48:14, 50:8 |
| 196:15 | 140:12 | **success** | 38:22 | 50:17, 53:9 |
| 206:9 | 140:16 | 137:17 | 38:22 | 53:17 |
| **study** 59:1 | 141:7 | 137:19 | 38:24 | 56:22, 59:3 |
| 60:18 | 141:18 | 156:15 | 98:10 | 65:8, 65:12 |
| 61:18, 63:2 | 142:18 | **successes** | 104:24 | 70:15, 82:9 |
| 63:7, 95:1 | 142:20 | 201:17 | 105:6 | 84:15 |
| 95:2, 95:6 | 143:3 | **successful** | 106:15 | 89:11, 96:9 |
| 106:4 | 143:7 | 75:2 | 108:5 | 96:15 |
| 106:16 | 143:11 | **suffer** 7:1 | 118:25 | 103:25 |
| 107:16 | 143:23 | **sugar** 60:17 | 119:18 | 109:21 |
| 108:6 | 144:1 | **suggest** | 121:12 | 113:22 |
| 108:8 | 144:13 | 106:13 | 142:1 | 114:20 |
| 108:13 | 147:24 | 128:12 | 175:12 | 115:2 |
| 108:14 | 148:11 | 128:16 | 175:20 | 115:3 |
| 108:17 | 157:6 | 128:19 | 195:20 | 115:9 |
| 108:21 | 157:21 | 128:22 | **supported** | 115:13 |
| 109:1 | 158:5 | 128:24 | 46:8, 47:7 | 116:20 |
| 109:8 | 158:13 | 129:7 | 48:6, 48:25 | 116:21 |
| 109:10 | 162:10 | 147:19 | 49:9, 49:22 | 120:15 |
| 109:23 | 164:2 | 176:24 | 54:11 | 123:4 |
| 110:9 | 173:22 | **suggested** | 56:12 | 123:15 |
| 110:11 | 174:17 | 147:17 | 58:23, 60:1 | 124:9 |
| 110:13 | 178:17 | 147:25 | 65:9, 80:7 | 125:20 |
| 110:14 | 194:5 | **suggesting** | 86:7 | 137:25 |
| 110:15 | 194:23 | 147:12 | 174:21 | 139:9 |
| 111:10 | 194:23 | 204:12 | **supporting** | 160:18 |
| 111:17 | 201:25 | **suggests** | 8:8, 8:11 | 161:18 |
| 111:19 | **STUs** 38:19 | 105:15 | 108:2 | 177:12 |
| 128:14 | **stylized** | 106:8 | **Suppose** | 180:5 |
| 129:14 | 211:22 | 106:10 | 220:25 | 192:24 |
| 129:17 | **subject** | 106:23 | 221:12 | 194:11 |
| 129:23 | 155:2 | 151:18 | **supposed** | 199:7 |
| 130:10 | 213:6 | 204:2 | 116:1 | 203:22 |
| 130:18 | **submissions** | **Suite** 2:5 | **suppress** | 204:18 |
| 130:21 | 10:2 | 234:1 | 210:9 | 206:3 |
| 131:6 | **Subscribed** | 235:1 | **Supreme** 3:8 | 209:18 |
| 132:6 | 232:11 | 235:5 | **sure** 9:14 | 213:20 |
| 132:21 | **subsequent** | **sulfate** | 10:25 | 217:19 |
| 133:3 | 94:3, 94:19 | 55:24, 56:3 | 11:13, 12:6 | 218:18 |
| 133:8 | **subspecia...** | 56:9, 56:14 | 15:15 | 228:23 |
| 133:22 | 215:16 | 57:3 | 15:17 | **surgery** |
| 134:13 | **subspecia...** | **summer** 10:2 | 16:20, 17:1 | 95:16 |
| 135:2 | 45:1 | 10:5 | 18:19, 23:2 | 224:7 |
| 135:21 | **subspecialty** | **super** 10:23 | 23:17, 24:8 | 224:16 |
| 137:8 | 45:19 | **supplemental** | 26:24 | 224:20 |

DR. REBECCA COHEN - October 15, 2024

225:5
225:25
226:2
surgical
14:10
14:20
23:18, 24:2
24:5, 73:10
186:25
205:15
226:18
surprise
35:12
survey
111:12
111:15
survive
29:7, 31:1
182:10
205:18
switch
62:24
sworn 6:9
8:18
232:11
233:8
symptoms
83:6, 83:9
83:12
96:16
98:22
154:13
154:16
synthetic
44:22
47:16
system
40:19, 94:7
95:10
95:20
95:22
206:16
208:24

T

t-e-r-b-u...
54:2
table
168:25
177:15

177:19
215:22
take 7:3
12:10
29:14
32:17
35:17, 44:8
64:15, 66:3
74:7, 74:10
74:12
80:14
84:18, 99:6
99:7, 99:11
99:21
121:21
125:10
125:25
126:6
129:19
135:20
146:12
154:24
168:25
172:4
185:25
186:15
188:17
194:9
198:5
198:17
201:7
209:3
222:2
222:19
223:13
229:2
229:13
takeaway
129:13
taken 1:14
5:3, 29:8
64:4, 67:5
95:19
122:5
122:14
135:14
154:15
154:23
155:12
156:3
156:6

193:10
233:10
234:8
takes 65:24
94:6, 135:8
135:9
135:19
155:9
188:25
206:17
talk 7:20
24:20, 42:9
57:13, 60:5
60:17
62:16
63:15
63:25, 69:1
74:4, 74:10
74:17
74:20, 75:5
75:7, 75:14
75:25
82:22, 83:2
101:7
118:1
121:15
121:18
123:7
123:20
129:19
137:13
137:15
138:17
139:20
143:7
154:7
156:17
168:19
198:25
198:25
213:9
215:21
216:9
talked
11:20, 12:3
73:25
85:24
113:4
137:14
141:10
141:16

142:17
165:6
196:14
199:3
223:7
talking
12:13
17:18
32:21
40:25
49:14
52:21
56:24
70:18
72:25, 76:2
78:2, 86:11
88:15
100:3
121:22
132:22
155:13
156:15
158:8
162:10
175:7
186:18
187:3
207:3
222:3
222:24
227:18
talks 80:16
117:7
168:20
TEA 39:24
teach 19:10
63:20
teacher
215:3
teaching
19:12
19:25, 20:3
20:3, 20:4
20:7, 20:14
tears 98:12
telehealth
72:16
72:22, 96:6
97:5, 97:22
98:18
telemedicine

81:19
81:22
tell 6:23
7:5, 10:1
21:10
22:19
22:25, 24:7
32:18, 35:1
36:4, 38:2
38:8, 40:24
42:8, 51:7
53:13
59:13, 60:8
62:19
65:13
70:16
73:20
73:20
74:11
76:24
82:11
83:10
83:21
85:16
85:21, 86:6
86:13, 91:2
103:4
106:22
107:7
112:2
112:9
113:1
115:23
116:17
118:17
122:2
122:14
123:1
123:3
124:17
124:24
125:3
125:8
125:10
126:5
126:10
129:5
129:22
136:22
138:12
154:9

DR. REBECCA COHEN - October 15, 2024

154:11
156:22
157:10
159:9
167:1
175:11
186:3
186:4
186:6
186:23
187:2
193:4
195:13
195:14
195:24
199:8
224:3
226:2
**telling**
124:12
152:6
186:17
219:7
**tells**
163:10
**temporarily**
55:8, 71:14
**tend** 154:7
**terbutaline**
54:1, 54:2
54:5, 54:8
54:9, 54:11
54:14
54:25, 55:4
56:24
**term** 12:4
15:6, 15:12
15:20
29:18
43:14
44:14
48:12, 58:7
58:7, 67:1
106:10
118:18
128:24
130:5
207:13
214:25
215:6
**terminal**

88:10
**termination**
163:21
59:18
59:19, 79:8
81:2
**terminology**
24:6, 42:23
43:6, 69:5
97:2
209:20
**terms** 24:17
24:19
79:15
174:13
**test** 30:3
30:5, 30:6
43:23
70:18, 71:4
143:11
143:24
145:11
148:7
**tested**
68:17
68:23
**testified**
6:10, 9:7
17:2, 36:12
227:17
**testify**
16:15
16:22
215:11
233:8
**testifying**
221:5
**testimonies**
8:5
**testimony**
6:25, 8:23
9:5, 9:11
9:12, 43:7
73:13
190:9
196:22
197:2
228:1
232:4
233:13
**tests** 70:16
163:15

163:18
163:21
**Texas** 39:25
**thank** 35:5
43:4, 43:8
54:20
54:24, 58:4
58:9, 71:9
78:7, 85:6
90:23, 97:3
103:19
122:7
144:24
145:25
146:3
146:8
153:9
154:20
161:20
161:21
170:1
185:2
208:16
222:23
222:23
234:21
**Thankfully**
57:6
**Thanks**
180:8
**theoretical**
87:1, 105:2
166:17
173:8
173:9
**theoretic...**
86:12
104:22
122:22
**theorize**
68:2
**theory**
164:10
164:19
172:21
172:25
178:15
178:21
178:22
179:3
179:15

180:9
180:12
180:12
180:17
195:13
195:17
195:24
201:19
**therapies**
17:12
18:13, 62:8
63:22
214:17
230:4
231:1
**therapy**
3:23, 45:5
48:23
61:20
61:25
125:6
128:9
129:1
174:20
193:15
211:5
211:8
213:4
213:6
218:9
230:1
**Theriot** 2:8
5:23, 5:23
222:8
**thickens**
40:17
**thing** 27:11
70:5, 83:18
89:12
92:25, 94:5
107:4
109:16
116:5
116:8
116:11
124:22
126:1
177:7
181:18
182:15
184:22

217:10
217:23
226:3
**things**
11:15
11:21, 16:3
21:17
24:20, 27:6
29:10
29:16
30:13, 35:4
50:14
59:22
60:11
60:19, 61:9
61:18
62:22
65:19
65:21
67:16, 68:1
70:7, 73:11
75:6, 77:7
83:15, 84:3
88:21
88:23
88:24, 89:2
89:5, 93:2
93:9, 94:3
94:21
101:8
101:11
103:16
116:6
118:25
120:9
121:8
121:19
164:12
174:11
174:14
175:13
181:2
183:1
184:4
184:9
184:25
187:22
192:13
196:8
197:8
197:9

DR. REBECCA COHEN - October 15, 2024

| | | | | |
|---|---|---|---|---|
| 197:10 | 132:24 | 184:22 | 218:20 | **threat** 84:1 |
| 197:15 | 133:10 | 185:8 | 221:17 | **threatening** |
| 207:25 | 139:12 | 185:12 | 221:24 | 56:8 |
| 214:19 | 141:12 | 185:14 | 225:4 | **three** 7:17 |
| 214:20 | 142:23 | 185:18 | 225:7 | 39:8, 82:12 |
| 215:22 | 147:19 | 188:16 | 226:6 | 96:2, 96:21 |
| 223:5 | 148:22 | 192:8 | 226:14 | 101:3 |
| 224:24 | 150:3 | 192:17 | 226:20 | 133:4 |
| 225:19 | 155:20 | 193:10 | 228:4 | 133:5 |
| 229:17 | 158:2 | 193:13 | 228:7 | 155:23 |
| 230:1 | 158:12 | 194:9 | 228:9 | 187:4 |
| 230:8 | 158:14 | 194:15 | 229:14 | 213:23 |
| **think** 7:7 | 159:17 | 194:17 | 229:16 | **threshold** |
| 12:16 | 159:21 | 194:19 | 230:11 | 144:8 |
| 12:22, 13:1 | 159:24 | 194:22 | 230:14 | 197:16 |
| 13:13 | 159:25 | 195:10 | 230:16 | **thresholds** |
| 13:17 | 162:9 | 195:11 | 230:19 | 144:19 |
| 14:15, 15:4 | 162:21 | 195:16 | 231:3 | **ties** 205:2 |
| 15:9, 15:17 | 164:11 | 195:23 | **thinking** | **tightly** |
| 15:22 | 164:23 | 195:25 | 35:9, 95:14 | 163:1 |
| 15:23, 16:4 | 165:7 | 196:1 | 155:25 | **time** 5:7 |
| 16:7, 16:23 | 166:2 | 196:8 | 172:5 | 7:2, 7:3 |
| 17:3, 17:4 | 171:22 | 199:12 | 173:15 | 11:7, 15:14 |
| 18:7, 28:15 | 172:2 | 199:23 | 205:14 | 18:3, 19:18 |
| 28:17, 31:4 | 173:2 | 200:1 | 226:12 | 20:5, 20:7 |
| 33:21 | 173:5 | 200:2 | **thinks** | 22:14 |
| 33:23, 42:5 | 174:16 | 200:8 | 124:17 | 22:16 |
| 44:13, 45:1 | 174:18 | 200:9 | 230:21 | 24:14 |
| 46:20 | 174:22 | 200:23 | **thins** 48:13 | 24:23 |
| 66:15 | 174:24 | 201:1 | **third** 59:17 | 24:24, 28:1 |
| 66:16 | 174:25 | 202:1 | 79:20, 90:2 | 30:23 |
| 67:24 | 175:6 | 202:8 | 96:6 | 30:25, 31:3 |
| 69:25, 70:3 | 175:14 | 202:19 | 107:22 | 48:14, 50:7 |
| 70:10 | 176:1 | 202:20 | 146:18 | 51:5, 52:15 |
| 71:19, 72:4 | 176:4 | 203:15 | 147:6 | 52:18, 55:6 |
| 77:16 | 176:9 | 207:10 | 170:9 | 67:19, 70:8 |
| 77:21, 78:4 | 177:8 | 207:25 | 211:4 | 70:21 |
| 86:8, 88:17 | 178:9 | 208:19 | **thought** | 70:23 |
| 93:18 | 178:16 | 208:20 | 113:9 | 71:24 |
| 94:25 | 178:19 | 212:10 | 119:19 | 74:21 |
| 95:11 | 178:20 | 212:19 | 125:23 | 77:12, 82:4 |
| 95:24 | 179:11 | 213:13 | 140:14 | 82:7, 83:13 |
| 96:24 | 179:14 | 213:18 | 142:20 | 89:8, 90:20 |
| 114:22 | 180:4 | 214:5 | 142:23 | 90:22 |
| 118:10 | 182:25 | 215:2 | 147:25 | 95:22 |
| 124:19 | 183:13 | 215:14 | 215:3 | 99:23 |
| 129:18 | 183:15 | 216:1 | 216:2 | 100:1 |
| 130:13 | 184:3 | 217:15 | 218:15 | 114:11 |
| 132:17 | 184:8 | 218:1 | 218:19 | 114:17 |
| 132:20 | 184:13 | 218:4 | **thousands** | 116:6 |
| 132:22 | 184:16 | 218:7 | 101:5 | 118:24 |

DR. REBECCA COHEN - October 15, 2024

119:25
123:6
123:18
135:19
141:21
151:25
152:3
159:13
167:4
167:10
178:4
179:19
191:25
192:7
192:18
197:1
199:11
199:16
200:22
201:9
201:12
204:13
214:13
217:18
222:5
222:10
230:9
231:7
234:18
**times** 50:9
75:18
101:5
115:18
124:2
154:5
181:20
215:14
**timing**
180:25
**tissue**
101:15
101:16
164:7
**title**
210:15
223:23
**today** 5:7
6:25, 13:22
113:22
115:3
125:3

125:22
125:25
126:4
127:10
159:23
226:1
**today's**
231:8
**told** 11:14
11:18
11:23
36:22, 51:3
51:3, 61:23
126:12
152:13
164:11
171:23
193:11
194:4
195:9
195:16
229:25
**tolerate**
83:25
**toolbox**
142:14
**top** 54:18
71:1, 79:25
80:20, 88:8
169:3
177:16
211:16
224:3
**topic**
152:14
**total**
152:14
**tough**
115:22
141:1
**Town** 61:14
61:15
**track** 78:4
**trails** 68:7
**trained**
176:12
**transcript**
4:5, 54:22
231:11
231:12
232:2

233:12
234:13
**transcrip...**
233:12
**transferable**
179:9
179:12
**transfusions**
84:13
**transgender**
3:20
210:15
210:19
210:25
**transition**
209:19
**transitions**
209:17
**transparency**
15:25, 16:9
16:23, 18:9
64:14
79:19
96:12
124:6
196:19
197:25
198:3
**transparent**
98:20
216:2
**travel**
38:22, 98:2
198:13
**traveled**
97:15
**treat** 21:24
22:5, 25:21
26:6, 45:6
45:10
50:15, 63:6
153:16
224:15
**treating**
28:2, 28:14
50:14
172:11
172:13
226:3
**treatment**
15:11

15:19, 16:4
17:23
18:11
48:15, 49:4
49:12
49:16, 52:1
55:17
55:22, 57:1
57:2, 61:12
82:23
99:18
109:18
119:24
127:21
133:17
134:14
134:17
135:22
136:4
136:23
137:22
142:9
152:25
172:5
177:18
184:22
187:4
189:22
196:21
213:10
214:15
229:18
229:25
**treatments**
16:1, 17:25
18:5, 22:19
23:1, 38:25
50:1, 185:4
185:6
185:11
186:18
195:11
196:1
196:3
196:4
196:5
196:23
197:3
215:8
228:21
**tremendously**

186:10
**trial** 77:4
93:1
105:24
126:21
129:24
159:16
196:11
196:13
234:18
234:19
235:15
**trials** 46:9
47:8, 48:7
49:1, 49:10
49:18
49:23
50:21
54:12
55:11
56:13
58:23
58:25, 59:5
60:2, 60:4
60:13
60:24, 61:2
61:21, 62:2
62:13
62:15
62:17
62:20
63:17
63:23
65:10
65:12
76:18
76:23, 80:8
86:7, 92:22
93:1, 93:6
93:13, 95:3
105:6
111:1
111:25
128:11
142:24
196:6
213:7
**trigger**
177:22
**trimester**
59:17

DR. REBECCA COHEN - October 15, 2024

| | | | | |
|---|---|---|---|---|
| 79:20 | 66:11 | **twisted** | 184:9 | 43:11, 69:4 |
| 108:9 | 233:8 | 169:23 | 185:4 | 77:23 |
| 109:3 | **truthful** | **two** 7:19 | 186:18 | 78:18 |
| 153:17 | 6:25, 14:4 | 23:4, 23:22 | 187:7 | 80:11 |
| 153:20 | 43:7 | 27:6, 28:16 | 189:20 | 87:12 |
| 181:21 | **try** 6:23 | 30:12 | 201:16 | 103:21 |
| 224:4 | 28:24 | 31:18, 36:5 | 201:20 | 105:12 |
| 224:5 | 50:17 | 36:6, 37:15 | 202:4 | 117:10 |
| 224:19 | 158:4 | 39:8, 39:18 | 202:17 | 128:3 |
| 225:2 | 180:6 | 42:20 | 207:7 | 144:21 |
| **trimesters** | 229:20 | 43:12 | 221:23 | 146:23 |
| 108:24 | 231:1 | 60:18, 68:8 | **two-step** | 147:7 |
| **tripping** | **trying** 6:19 | 82:15 | 107:1 | 160:20 |
| 43:7 | 26:24 | 83:20 | **two-tail** | 160:22 |
| **troublesome** | 42:22, 43:5 | 102:1 | 148:10 | 162:2 |
| 58:7 | 53:17, 71:4 | 121:2 | 149:14 | 212:5 |
| **true** 9:7 | 92:3, 112:6 | 122:17 | **two-tail's** | **ulcers** 65:3 |
| 45:22 | 112:24 | 127:11 | 149:17 | **ultimately** |
| 45:23 | 113:8 | 130:2 | **two-thirds** | 203:21 |
| 46:17 | 121:17 | 130:10 | 39:14 | **ultrasono...** |
| 46:18 | 127:7 | 131:25 | 113:12 | 153:3 |
| 70:14 | 139:10 | 134:13 | **two-week** | **ultrasound** |
| 78:19 | 139:20 | 134:17 | 137:24 | 42:19 |
| 85:14, 87:9 | 151:4 | 137:19 | **type** 62:7 | 43:24, 44:5 |
| 90:4, 90:9 | 170:3 | 138:7 | 151:8 | 72:16 |
| 90:10 | 172:24 | 144:9 | 161:12 | 72:21, 96:3 |
| 104:13 | 202:12 | 145:8 | **types** 15:10 | 96:8, 96:17 |
| 105:20 | 220:19 | 145:9 | 15:19, 81:8 | 97:4, 97:16 |
| 108:1 | **tube** 64:16 | 146:13 | 108:25 | 98:25, 99:5 |
| 109:25 | 98:8, 98:13 | 148:13 | 121:2 | 99:9 |
| 111:2 | 103:16 | 149:12 | **typewritten** | 177:10 |
| 126:7 | **turn** 77:21 | 149:15 | 233:11 | **umbrella** |
| 126:8 | 80:19, 87:3 | 149:17 | **typical** | 18:8, 28:8 |
| 136:22 | 89:16 | 150:5 | 207:19 | 44:21, 82:1 |
| 147:15 | 173:20 | 151:3 | | 96:12 |
| 154:14 | **turnaround** | 151:16 | **U** | 101:1 |
| 159:7 | 231:13 | 155:7 | | 197:8 |
| 168:16 | **Turnaway** | 155:23 | **UC** 3:18 | 228:8 |
| 169:14 | 108:14 | 156:20 | **UCH** 3:20 | **unable** |
| 169:22 | 109:23 | 156:23 | **UCHealth** | 223:3 |
| 176:6 | 110:14 | 157:8 | 3:20 | 223:8 |
| 185:15 | 110:15 | 157:11 | 208:23 | 225:11 |
| 192:11 | **turned** 39:6 | 157:15 | 210:15 | **unbind** 70:9 |
| 232:4 | 108:10 | 157:23 | 210:18 | **unbinding** |
| 233:12 | **turns** | 164:12 | 211:22 | 69:22 |
| **truly** 44:25 | 173:12 | 171:3 | 212:1 | **uncertain** |
| 52:5, 63:15 | **twice** 9:7 | 180:23 | **uh-huh** 6:21 | 43:19 |
| 115:23 | 169:6 | 183:1 | 10:18 | 112:23 |
| 194:7 | 206:2 | 183:5 | 21:23 | 113:5 |
| **truth** 6:9 | **twins** | 183:10 | 22:23 | 113:14 |
| 7:5, 66:9 | 202:25 | 184:4 | 29:20 | 113:18 |

DR. REBECCA COHEN - October 15, 2024

| | | | | |
|---|---|---|---|---|
| 153:23 | 115:21 | 176:8 | 104:3 | 185:16 |
| 182:15 | 158:15 | 211:17 | 109:17 | 186:9 |
| **unclear** | 163:25 | **unknown** | 111:9 | 187:1 |
| 6:22, 9:3 | 168:24 | 43:23 | 111:16 | 187:15 |
| **uncommon** | 173:1 | **unlicensed** | 111:22 | 187:19 |
| 107:21 | 173:5 | 12:15 | 112:12 | 188:1 |
| 110:17 | 174:7 | 12:15 | 124:20 | 188:7 |
| 112:3 | 192:2 | **unpack** | 127:1 | 189:14 |
| 112:11 | 192:10 | 92:24 | 127:3 | 190:5 |
| 112:23 | 197:25 | **unplanned** | 127:7 | 190:15 |
| 113:2 | 198:3 | 116:2 | 131:2 | 190:19 |
| 114:10 | 198:22 | 116:11 | 131:4 | 191:4 |
| **undergoing** | 200:20 | **unproven** | 131:10 | 193:18 |
| 102:20 | 202:3 | 17:12 | 131:19 | 193:23 |
| 103:2 | 202:15 | 17:14 | 135:25 | 194:6 |
| 186:24 | 202:17 | 61:20 | 136:7 | 194:21 |
| 225:1 | **understands** | 61:25 | 138:20 | 195:3 |
| **underlying** | 53:19 | 195:11 | 139:1 | 195:18 |
| 150:20 | **understood** | 196:1 | 139:22 | 196:7 |
| 150:21 | 27:12 | 196:3 | 139:24 | 196:25 |
| **understand** | 35:21 | 196:4 | 140:17 | 197:5 |
| 7:4, 8:18 | 42:22 | **Unsigned** | 143:14 | 197:21 |
| 14:4, 15:15 | 52:14 | 235:13 | 143:16 | 198:6 |
| 53:14 | 56:25, 80:1 | **unsure** 28:9 | 146:5 | 198:19 |
| 109:10 | 90:17 | 114:23 | 146:8 | 201:21 |
| 112:17 | 103:19 | 115:1 | 147:20 | 202:6 |
| 112:18 | 134:13 | 115:13 | 148:18 | 202:18 |
| 165:7 | 156:8 | **untended** | 148:24 | 204:4 |
| 166:24 | **unexpected** | 224:15 | 149:9 | 204:14 |
| 169:18 | 134:3 | **unwell** | 149:23 | 205:1 |
| 170:3 | **unfortuna...** | 82:19 | 150:13 | 205:12 |
| 171:24 | 137:10 | **updates** | 150:18 | 206:10 |
| 174:10 | **uninsured** | 21:17 | 151:22 | 209:10 |
| 176:11 | 37:17 | **upfront** | 154:18 | 212:13 |
| 180:12 | **Unintelli...** | 174:25 | 155:5 | 212:24 |
| 184:24 | 145:1 | 197:10 | 155:15 | 213:12 |
| 185:7 | **unit** 75:24 | **Urankar** | 158:6 | 217:17 |
| 202:11 | **United** 1:1 | 2:12, 3:3 | 163:23 | 218:3 |
| 213:19 | 5:12 | 5:25, 5:25 | 164:17 | 219:9 |
| 213:21 | **universe** | 13:7, 13:15 | 165:3 | 221:9 |
| 215:2 | 172:15 | 13:20 | 167:18 | 222:14 |
| 219:6 | 172:17 | 14:17, 15:7 | 167:23 | 222:16 |
| 219:10 | **university** | 15:13 | 173:17 | 225:8 |
| **understan...** | 18:17 | 15:21, 16:5 | 179:1 | 225:14 |
| 3:22, 12:18 | 18:18 | 18:2, 21:7 | 180:3 | 226:8 |
| 13:5, 13:10 | 18:20 | 29:3, 35:14 | 182:22 | 226:13 |
| 15:25, 20:1 | 18:23 | 52:11, 53:7 | 182:24 | 226:22 |
| 43:6, 53:17 | 25:24 | 66:7, 69:12 | 183:16 | 227:2 |
| 62:6 | 31:24 | 69:16 | 184:12 | 227:22 |
| 104:17 | 45:15 | 71:23, 78:2 | 184:20 | 227:25 |
| 105:2 | 102:3 | 78:7, 93:21 | 185:13 | 228:6 |

DR. REBECCA COHEN - October 15, 2024

230:15
230:22
231:2
231:6
231:14
231:17
234:5
234:10
235:25
Usage 79:2
use 1:8
 12:4, 35:11
 36:15
 36:16
 36:23
 37:17
 37:18, 40:3
 40:5, 40:8
 42:10
 42:17
 42:20, 43:1
 45:14
 45:21
 46:11
 47:11, 48:1
 48:9, 49:19
 50:20
 53:19, 54:5
 54:8, 54:9
 54:11
 54:14, 56:9
 58:7, 58:22
 59:14
 62:11
 63:10
 64:23, 65:1
 68:2, 72:17
 75:9, 75:12
 79:20, 80:5
 92:17
 92:17
 92:23, 93:7
 93:15
 93:16
 101:24
 103:11
 106:10
 129:1
 129:2
 139:5
 155:20

163:9
171:14
172:10
172:12
172:18
184:21
191:20
197:6
203:21
207:3
209:25
210:6
213:17
214:25
227:18
useful
 58:11
uses 47:7
 52:25, 53:4
 53:10
 53:21
 53:23, 92:7
usual 90:8
 215:20
usually
 100:17
 127:19
uterine
 30:7, 40:17
 40:18, 45:4
 45:6, 48:13
 84:19
 84:19, 91:8
 101:19
 133:18
 177:23
 199:20
utero 28:23
 29:2
uterus
 24:10, 29:7
 31:2, 31:3
 41:23
 43:21
 43:25, 44:1
 90:12
 98:12
 101:17
 101:20
 101:21
 181:2

182:11

V

vaginal
 51:12
 51:12
 51:13, 65:6
 71:15
 74:19
vaginally
 64:7, 80:17
valid
 117:22
 162:9
 187:7
value
 138:18
 144:6
 144:7
 144:12
 144:15
 145:5
 145:12
 146:10
 146:20
 148:7
 150:15
 151:18
 174:11
 177:12
varies
 153:12
variety
 52:21
 53:21
 101:8
various
 77:4, 77:6
 103:24
vary 28:21
 61:4, 76:8
 101:9
varying
 108:25
vasectomies
 184:2
 224:8
 224:20
vast 125:17
 211:4

211:7
verbal 6:20
verbatim
 98:25
verify
 33:21
 39:13
 56:16, 65:4
 88:6, 92:20
 111:23
 134:16
 135:6
 164:8
 177:9
version
 28:18
 113:9
versus
 91:25
 105:25
 134:1
 134:12
 171:5
 185:25
 192:7
 198:8
 200:14
viability
 29:6, 29:19
 29:21
 30:24
 43:19
 205:3
 205:3
viable 29:6
 29:13
 30:12
 42:18
 43:16
 82:24
 96:10
 96:10
 181:17
videographer
 5:6, 5:15
 52:15
 52:18
 99:23
 100:1
 151:25
 152:3

201:9
201:12
222:5
222:10
231:7
videotaped
 1:11, 5:10
view 17:7
 17:24, 18:4
 28:22
 45:24
 77:10
 77:14
 100:14
 104:20
 118:11
 119:7
 128:4
 138:24
 139:16
 142:4
 155:21
 158:4
 159:14
 159:19
 164:16
 182:13
 190:12
 191:1
 191:6
 193:2
 199:8
 203:5
 220:14
views 45:2
violating
 221:16
violence
 121:19
visit 72:19
 121:11
 121:13
visualize
 57:8
vitro 49:16
 49:20, 69:3
 160:5
 162:10
 163:16
 164:2
 164:21

DR. REBECCA COHEN - October 15, 2024

165:14
165:16
**vivo** 160:3
**vomiting**
71:14
74:25
91:20
189:4

**W**

**waiting**
100:22
111:11
121:14
127:20
195:15
**waived**
235:17
**walk** 215:1
**wall** 101:20
**Walt** 5:15
**want** 6:25
13:25
17:19
17:20, 19:6
22:22
24:19
24:19
25:20
26:23
28:11, 31:4
36:13
37:18, 42:4
42:9, 43:1
58:6, 71:22
74:2, 89:11
93:19, 97:1
99:16
117:19
117:23
118:3
120:9
120:12
120:18
123:15
125:18
125:18
125:21
125:24
129:18

130:6
137:13
137:14
137:25
141:19
142:1
142:1
145:3
145:3
146:12
153:17
153:20
156:19
157:21
161:25
171:18
171:21
172:21
180:5
192:6
192:24
194:11
195:12
197:15
202:14
203:22
212:3
213:20
214:13
214:14
216:10
217:12
218:18
224:11
227:9
**wanted** 39:7
77:25
124:9
152:9
186:12
198:5
**wanting**
141:13
**wants** 27:9
28:14
29:12
93:20
120:23
120:25
**Warnings**
79:1

**Washington**
2:6, 235:5
**watchful**
127:20
195:15
**watching**
125:11
186:15
**way** 14:4
42:3, 44:15
48:20, 50:4
54:6, 57:20
61:9, 61:15
61:15
64:17
76:19
113:13
116:1
117:3
117:5
118:11
119:4
136:8
136:17
137:11
142:12
143:11
151:17
169:10
173:1
181:1
189:3
208:1
212:7
212:11
212:17
226:15
228:5
229:19
233:15
**ways** 52:21
61:18
112:14
120:19
158:14
202:20
**we've** 104:7
199:3
**weak** 82:17
**weakened**
203:13

**weather**
97:24
**website**
3:10, 3:11
3:13, 3:18
3:20, 32:5
32:6, 32:16
34:24
35:13
209:9
209:12
209:15
223:25
**week** 19:21
20:16
20:23
20:25
22:17
22:18, 26:4
26:13
33:24, 34:4
155:14
155:16
155:17
155:20
192:8
**weeks** 14:21
56:8
100:22
130:2
137:19
153:4
155:24
156:20
156:23
157:8
157:11
157:15
201:16
201:20
202:4
202:17
203:13
204:3
205:8
205:10
207:8
**weighed**
188:23
**weight**
176:25

177:2
**Weiser** 1:8
5:12, 6:7
234:9
235:7
**welcome**
217:9
**Wellness**
1:2, 2:1
5:11, 8:3
234:9
235:6
**Wells** 1:15
**Wendy** 1:17
5:16, 233:4
233:23
234:23
235:23
**went** 92:21
109:8
109:16
134:13
136:12
136:16
176:7
176:16
**WHEREOF**
233:18
**wide-ranging**
119:13
**wide-stan...**
175:17
**willing**
99:11
99:12
198:17
**win** 149:6
149:7
150:17
**window**
122:23
**wins** 151:11
151:11
**wish** 28:2
28:5
**withdraw**
28:23
131:4
156:9
188:13
**withdrawn**

DR. REBECCA COHEN - October 15, 2024

| | | | | |
|---|---|---|---|---|
| 24:24, 35:4 | 132:7 | 18:21 | **worked** | 6:19, 128:2 |
| **witness** | 133:3 | 20:17 | 142:13 | 224:12 |
| 231:16 | 133:8 | 25:13 | 165:19 | **wrong** 19:17 |
| 233:18 | 133:11 | 27:18 | 193:17 | 69:5 |
| **WOLK** 2:4 | 134:13 | 33:13 | 199:2 | 112:25 |
| **woman** 15:11 | 134:17 | 33:25 | **worker** | 178:1 |
| 15:19 | 135:21 | 41:11 | 120:5 | 178:2 |
| 28:14, 41:2 | 135:23 | 41:25, 42:5 | **working** | 178:22 |
| 65:23 | 136:4 | 43:14 | 20:15 | 195:11 |
| 72:10 | 136:12 | 45:17, 75:6 | 65:20 | 195:13 |
| 93:20 | 136:16 | 75:20 | 74:16, 75:2 | 203:12 |
| 94:16 | 136:23 | 75:23, 76:1 | 123:13 | **wrote** 9:10 |
| 98:15 | 137:2 | 77:10 | 123:14 | 71:8, 71:8 |
| 100:7 | 137:22 | 77:15 | 220:11 | **Wubbenhorst** |
| 131:13 | 153:16 | 86:21 | 220:13 | 3:17, 8:6 |
| 131:18 | 153:25 | 96:15 | **works** 65:13 | 54:6 |
| 132:18 | 192:18 | 97:20, 99:3 | 65:15 | 143:10 |
| 135:8 | 193:10 | 102:3 | 104:18 | 143:20 |
| 135:9 | 193:21 | 104:19 | 104:21 | 146:16 |
| 135:14 | 194:4 | 120:6 | 105:3 | 147:9 |
| 141:23 | 195:16 | 124:18 | 126:11 | 175:14 |
| 142:15 | 195:24 | 138:13 | 131:12 | 201:15 |
| 164:7 | 197:18 | 141:19 | 131:17 | 213:15 |
| 181:3 | 198:4 | 142:5 | 142:10 | 213:22 |
| 195:7 | 200:16 | 142:7 | 173:1 | **Wubbenhor...** |
| 198:16 | **Women's** | 153:19 | 178:16 | 213:22 |
| **woman's** | 3:13, 4:2 | 171:16 | 188:20 | **Wyoming** |
| 15:5, 30:4 | 22:8, 22:12 | 172:6 | 194:20 | 39:24 |
| 154:15 | 33:3, 33:6 | 173:7 | 195:21 | |
| **women** 3:9 | 33:14 | 173:16 | 196:16 | **X** |
| 23:12 | 33:25, 34:5 | 179:18 | 196:17 | |
| 25:21, 35:8 | 34:9, 34:23 | 179:21 | 215:15 | **XX** 234:16 |
| 39:25, 40:5 | 35:8 | 180:1 | 221:13 | |
| 41:5, 46:15 | 223:24 | 194:16 | **world** 62:10 | **Y** |
| 63:6, 97:8 | **Wonderful** | 194:24 | 173:1 | |
| 100:14 | 120:12 | 195:2 | **worse** 149:2 | **yeah** 19:16 |
| 109:8 | **wondering** | 199:11 | 167:15 | 21:13 |
| 109:11 | 43:13 | 199:23 | 167:22 | 29:25, 36:1 |
| 109:16 | 53:15 | 200:1 | 183:11 | 36:14 |
| 112:10 | **word** 42:5 | 200:2 | **worsen** | 43:15, 47:5 |
| 113:5 | 43:2 | 200:3 | 86:12 | 47:20, 51:9 |
| 114:21 | 172:25 | 215:15 | **worsening** | 59:15 |
| 114:22 | 203:21 | 216:12 | 82:20 | 60:10, 61:3 |
| 115:11 | 213:17 | 216:13 | **write** 6:18 | 62:3, 65:15 |
| 117:8 | **words** 46:25 | 216:15 | 192:6 | 66:12 |
| 119:7 | 75:18 | **Workbook** | 224:3 | 68:13, 69:6 |
| 120:2 | 157:22 | 3:14, 3:15 | **writes** | 69:18, 70:4 |
| 123:22 | 163:9 | 36:8, 36:9 | 161:5 | 73:2, 73:19 |
| 127:10 | 199:9 | **workbooks** | **writings** | 77:1, 90:25 |
| 130:19 | **work** 11:10 | 35:7, 36:23 | 12:2 | 95:14 |
| 132:3 | 18:16 | 37:4, 37:7 | **written** | 105:8 |

DR. REBECCA COHEN - October 15, 2024

| | | | | |
|---|---|---|---|---|
| 113:6 | **Z** | **10:14** 52:17 | 89:16 | 78:23 |
| 113:11 | | 52:18 | 158:18 | **2024** 1:16 |
| 114:25 | Z-h-a-n-g | **100** 25:18 | 159:1 | 5:8, 232:12 |
| 115:22 | 126:17 | 35:22 | 177:11 | 233:20 |
| 118:19 | **ZACH** 2:14 | 166:20 | **1700** 1:15 | 234:4 |
| 119:9 | **Zhang** | 200:15 | 5:8 | 234:8 |
| 121:4 | 126:15 | 217:19 | **18** 88:11 | **2028** 233:21 |
| 139:18 | 126:17 | **10-minute** | 88:19 | **207** 227:10 |
| 141:3 | 126:20 | 222:2 | 130:8 | **209** 3:18 |
| 143:5 | 126:24 | **11** 87:3 | **1919** 2:5 | **210** 3:20 |
| 143:6 | 177:9 | 94:7, 95:11 | 235:4 | **211** 3:22 |
| 145:4 | **Zoom** 2:3 | 107:20 | **1C** 145:25 | **217** 3:24 |
| 147:22 | 2:3, 2:4 | 107:22 | **1F** 9:15 | **22** 14:21 |
| 148:20 | 2:14, 2:18 | 206:19 | | 204:3 |
| 156:21 | 2:19 | 206:21 | | 205:8 |
| 157:25 | | 207:5 | **2** | 205:10 |
| 165:4 | **0** | **11:14** 99:23 | **2** 79:4 | **220** 234:1 |
| 171:20 | | 99:25 | 97:18 | 235:1 |
| 174:1 | **0** 161:7 | **11:29** 99:25 | 114:18 | **222** 4:2 |
| 180:6 | 161:19 | 100:1 | 114:25 | **223** 166:10 |
| 198:10 | **02** 161:19 | **12** 3:8 | 115:8 | **226** 4:4 |
| 199:12 | **05** 144:17 | 22:18, 88:2 | 177:15 | **227** 3:2 |
| 214:3 | | 113:8 | 177:19 | 3:3 |
| 215:7 | **1** | 113:13 | 223:13 | **23** 166:20 |
| 220:19 | | 117:7 | 224:3 | **24** 100:18 |
| 227:15 | **1** 35:1 | 133:3 | **2:21** 201:9 | 166:21 |
| 231:14 | 80:12 | **12:31** | 201:11 | **24-hour** |
| **year** 23:12 | 84:11 | 151:24 | **2:37** 201:11 | 100:18 |
| 23:13 | 97:17 | 151:25 | 201:12 | **25** 21:2 |
| 25:17, 59:2 | 115:17 | 152:2 | **20** 19:21 | 34:3, 110:4 |
| 115:18 | 140:6 | **12-hour** | 24:22, 25:8 | 110:5 |
| 123:17 | 168:25 | 26:13 | 27:24, 34:3 | **26** 150:16 |
| 123:21 | **1(C** 212:3 | **13.4** 153:4 | **200** 23:17 | **282** 168:25 |
| 128:2 | **1,000-to-1** | **1300** 2:15 | **20006** 2:6 | **283** 160:19 |
| 143:2 | 178:6 | 234:6 | 235:5 | **29** 234:4 |
| **years** 33:22 | **1:18** 152:2 | **14** 80:25 | **2000s** | **29th** 233:19 |
| 39:8, 124:1 | 152:3 | 122:3 | 107:19 | |
| 141:11 | **1:23-CV-9...** | 127:13 | **2014** 122:17 | **3** |
| 143:6 | 1:4, 5:14 | **146** 3:16 | 141:6 | |
| 172:9 | **1:42** 170:14 | **15** 1:16 | **2017** 123:23 | **3** 3:24, 4:4 |
| 206:2 | **10** 3:6 | 5:8, 71:2 | 124:12 | 78:17 |
| **Yep** 12:11 | 15:2, 44:11 | 137:21 | **2018** 123:23 | 80:10 |
| 21:9, 80:22 | 66:14 | 234:8 | 223:16 | 86:20 |
| 89:19, 97:7 | 66:20, 68:9 | **150** 25:18 | **2019** 143:4 | 114:19 |
| 146:15 | 105:11 | **15100** 2:9 | **202** 2:6 | 114:25 |
| **Yup** 44:12 | 106:5 | **15th** 9:6 | **2020** 59:2 | 115:9 |
| 87:24 | 110:18 | **16** 89:14 | 143:3 | **3,000** 23:12 |
| 161:4 | 147:24 | 130:9 | **2023** 3:7 | **3:05** 222:5 |
| | 153:4 | **163** 153:8 | 10:16, 11:2 | 222:7 |
| | **10:02** 52:15 | **164** 153:8 | 23:10 | **3:19** 222:7 |
| | 52:17 | **17** 47:15 | 78:20 | 222:10 |

DR. REBECCA COHEN - October 15, 2024

| | | | |
|---|---|---|---|
| **3:29** 231:7 | **477-3500** | **720** 2:16 | 146:4 |
| 231:19 | 234:3 | **74** 177:12 | 146:5 |
| **30** 24:22 | 235:2 | | **92** 3:18 |
| 25:9 | **48** 100:18 | **8** | 209:1 |
| 200:13 | 151:15 | | **93** 3:20 |
| 234:16 | 151:19 | **8** 85:18 | 210:11 |
| **303** 234:3 | 192:8 | **80** 20:18 | **94** 3:22 |
| 235:2 | **480** 2:10 | 27:22 | 211:10 |
| **31** 173:20 | | **80/20** 23:24 | 211:12 |
| 173:25 | **5** | 23:25, 28:8 | **95** 3:24 |
| 174:1 | | **80203** 1:16 | 189:2 |
| 233:21 | **5** 84:18 | 2:16, 234:6 | 217:3 |
| **32** 3:10 | 146:10 | **80231** 234:2 | **955-0095** |
| 3:11, 56:8 | 146:22 | 235:2 | 2:6 |
| **33** 166:21 | **5.2** 84:18 | **83** 3:5 | **96** 4:2 |
| 170:18 | **50** 14:15 | 9:16, 9:18 | 222:9 |
| **34** 3:13 | 15:1, 35:22 | **84** 3:6 | 222:13 |
| **35** 3:14 | 88:2 | 10:9, 10:11 | **97** 4:4 |
| **36** 3:15 | 126:12 | 10:12, 78:3 | 226:25 |
| **37** 161:9 | 145:7 | 80:3 | **9745** 234:1 |
| | **508-6000** | 158:24 | 235:1 |
| **4** | 2:16 | **85** 3:8 | |
| | **52** 144:18 | 12:7, 12:8 | |
| **4** 80:19 | 144:23 | **85260** 2:10 | |
| 161:7 | 145:5 | **86** 3:10 | |
| 161:19 | 148:7 | 32:2 | |
| 161:19 | 149:4 | **87** 3:11 | |
| 217:11 | 150:6 | 32:10 | |
| 217:16 | 151:7 | 32:13 | |
| 217:23 | 151:10 | **88** 3:13 | |
| 218:24 | 151:14 | 34:17 | |
| 227:11 | | **89** 3:14 | |
| **40** 10:4 | **6** | 35:18 | |
| 10:21, 11:1 | | | |
| 11:5, 21:1 | **6** 3:2 | **9** | |
| 22:10 | 177:16 | | |
| 22:11 | 177:20 | **9** 3:5 | |
| 33:24 | **65** 20:22 | 110:18 | |
| 33:24, 34:2 | | 110:23 | |
| 106:2 | **7** | 111:11 | |
| 200:13 | | **9:03** 1:16 | |
| **400** 2:5 | **7** 85:7 | 5:7 | |
| 235:5 | 85:9, 104:1 | **9:23** 22:4 | |
| **4-2** 149:6 | 104:9 | **9:24** 23:7 | |
| 149:7 | **70** 79:9 | **90** 3:15 | |
| 150:17 | 79:12 | 7:19, 36:3 | |
| **451-5571** | 81:23 | 66:25 | |
| 2:10 | **713-1** 4:4 | 87:19 | |
| **46** 126:24 | **716-1** 3:24 | 200:15 | |
| 146:24 | **72** 67:22 | **90th** 2:9 | |
| 147:5 | 88:2 | **91** 3:16 | |