IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00939-DDD-SKC

BELLA HEALTH AND WELLNESS, on behalf of itself and its patients, *et. al.*

    Plaintiffs,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et. al.

    Defendants.

_____

### NOTICE OF SUBSTITUTION OF DEFENDANT
_____

    Defendant Beth McCann, by and through her counsel, Andrew D. Ringel, Esq. of Hall & Evans, L.L.C., pursuant to Fed. R. Civ. P. 25(d), hereby respectfully submits this Notice of Substitution of Defendant, as follows:

    1.    Plaintiff's claims against Beth McCann are in her official capacity as the District Attorney for the Second Judicial District only. [ECF 94, ¶ 40]. On January 14, 2025, John Walsh was sworn in as the District Attorney for the Second Judicial District succeeding Beth McCann. Pursuant to Fed. R. Civ. P. 25(d), District Attorney Walsh is substituted as the Defendant in place of Beth McCann.[1]

    2.    Defendant Walsh requests the parties, the Court, and the Clerk of the District Court effectuate this substitution.

---

[1] The claims against Defendant McCann were dismissed by this Court on October 21, 2023. [ECF 113, at 44]. However, Defendant Walsh files this Notice of Substitution because there is no final judgment in this matter.

Dated this 25th day of February, 2025,

Respectfully submitted,


*/s/ Andrew D. Ringel*
Andrew D. Ringel, Esq.
of Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Phone: 303-293-3220
Fax:    303-628-3368
ringela@hallevans.com

**ATTORNEY FOR DEFENDANT
JOHN WALSH**

## CERTIFICATE OF SERVICE (CM/ECF)

     I HEREBY CERTIFY that on the 25th day of February, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to via email to all counsel of record in this matter.

                             */s/ Elizabeth Miller*, Legal Assistant of
                             Hall & Evans, L.L.C.