# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BELLA HEALTH AND WELLNESS et al., | |
| *Plaintiffs*, | Case No. 1:23-cv-939-DDD-SKC |
| CHELSEA M. MYNYK, | |
| *Plaintiff-Intervenor*, | **PLAINTIFFS' UNOPPOSED MOTION TO RESTRICT RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| PHIL WEISER, in his official capacity as Attorney General of Colorado, et al., | |
| *Defendants*. | |

Pursuant to Local Rule 7.2, Plaintiffs Bella Health & Wellness, Denise ("Dede") Chism, Abby Sinnett, and Kathleen Sander (collectively, "Plaintiffs") seek leave from this Court to file their Response to Defendants' Motions for Summary Judgment under a Level 1 restriction. Plaintiffs further seek leave to file a redacted version of their Response on the public docket. In support of this motion, Plaintiffs state as follows:

1. Pursuant to the Scheduling Order governing this case, Plaintiffs are filing a Response to Defendants' Rule 56 Motions for Summary Judgement on February 28, 2025.

2. The parties have engaged in extensive discovery, which included the production of confidential and sensitive information under the Stipulated Protective Order entered in this case. Dkt.132.

1

3. Plaintiffs are unable to effectively respond to Defendants' Motions for Summary Judgment without explicit reference to and discussion of this confidential information. Without the restriction, otherwise non-public information covered by the Stipulated Protective Order will be publicly disclosed.

4. At this stage of the proceedings, the public's interest in accessing the confidential information reflected in Plaintiffs' Response does not outweigh the parties' interests in confidentiality and privacy.

5. For these reasons, Plaintiffs seek permission to file their Response to Defendants' Motions for Summary Judgment and related exhibits under a Level 1 restriction.

6. Plaintiffs further seek permission to file a redacted version of their Response to Defendants' Motions for Summary Judgment on the public docket. This version will redact all confidential information under the Stipulated Protective Order.

7. Defendants do not oppose this motion.

8. For the foregoing reasons, Plaintiffs respectfully request that this Court grant leave to (1) file Plaintiffs' Response to Defendants' Motions for Summary Judgment and related exhibits under a Level 1 restriction; and (2) file on the public docket a version of the Response redacting all confidential information under the Stipulated Protective Order.

Dated: February 28, 2025

Respectfully submitted,

/s/ Mark L. Rienzi

Mark L. Rienzi
Rebekah P. Ricketts
Laura W. Slavis
Michael O'Brien
Colten L. Stanberry
Amanda L. Salz
Amy Ren
The Becket Fund for Religious Liberty
  1919 Pennsylvania Ave, N.W.
Suite 400
Washington, D.C. 20006
(202) 955-0095
mrienzi@becketfund.org

Case No. 1:23-cv-00939-DDD-SBP   Document 190   filed 02/28/25   USDC Colorado
pg 3 of 4

## CERTIFICATE OF CONFERENCE

Pursuant to Local Civil Rule 7.1(a), I hereby certify that, on February 27, 2025, counsel for Plaintiffs, Rebekah P. Ricketts, conferred with counsel for Defendants, who indicated that they do not oppose this motion.

/s/ Mark L. Rienzi
Mark L. Rienzi

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

/s/ Mark L. Rienzi
Mark L. Rienzi

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2025, I electronically filed the foregoing Motion for Summary Judgment with the Clerk of Court via CM/ECF, which will provide electronic copies to counsel of record.

/s/ Mark L. Rienzi
Mark L. Rienzi

4