IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

BELLA HEALTH AND WELLNESS et al.,

   *Plaintiffs*,

CHELSEA M. MYNYK,

   *Plaintiff-Intervenor*,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.,

   *Defendants*.

Case No. 1:23-cv-939-DDD-SKC

**INTERVENOR-PLAINTIFFS' UNOPPOSED MOTION TO RESTRICT RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7.2, Intervenor-Plaintiff Chelsea Mynyk seeks leave from this Court to file their Response to Defendants' Motions for Summary Judgment under a Level 1 restriction. Intervenor-Plaintiff further seeks leave to file a redacted version of their Response on the public docket. In support of this motion, Intervenor-Plaintiff states as follows:

1. Pursuant to the Scheduling Order governing this case, the Intervenor-Plaintiff is filing a Response to Defendants' Rule 56 Motion for Summary Judgement on February 28, 2025.

2. The parties have engaged in extensive discovery, which included the production of confidential and sensitive information under the Stipulated Protective Order entered in this case. Dkt. 132.

1

3. Intervenor-Plaintiff is unable to effectively respond to Defendants' Motions for Summary Judgment without explicit reference to and discussion of this confidential information. Without the restriction, otherwise non-public information covered by the Stipulated Protective Order will be publicly disclosed.

4. At this stage of the proceedings, the public's interest in accessing the confidential information reflected in Intervenor-Plaintiffs' Response does not outweigh the parties' interests in confidentiality and privacy.

5. For these reasons, Intervenor-Plaintiff seeks permission to file their Response to Defendants' Motions for Summary Judgment and related exhibits under a Level 1 restriction.

6. Intervenor-Plaintiff further seeks permission to file a redacted version of their Response to Defendants' Motions for Summary Judgment on the public docket. This version will redact all confidential information under the Stipulated Protective Order.

7. Defendants do not oppose this motion.

8. For the foregoing reasons, Intervenor-Plaintiff respectfully requests that this Court grant leave to (1) file Intervenor-Plaintiff's Response to Defendants' Motions for Summary Judgment and related exhibits under a Level 1 restriction; and (2) file on the public docket a version of the Response redacting all confidential information under the Stipulated Protective Order.

Dated: February 28, 2025

Respectfully submitted,

/s/ Kevin H. Theriot

Kevin H. Theriot
Julia C. Payne
Gabriella M. McIntyre
Alliance Defending Freedom
15100 N. 90th St.
Scottsdale, AZ 85260
(480)-444-0020
ktheriot@adflegal.org

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Civil Rule 7.1(a), I hereby certify that, on February 28, 2025, counsel for Intervenor-Plaintiff, Julia C. Payne, conferred with counsel for Defendants, who indicated that they do not oppose this motion.

*s/ Julia C. Payne*
Julia C. Payne

**CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

*s/ Kevin H. Theriot*
Kevin H. Theriot

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28th, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*s/ Kevin H. Theriot*
Kevin H. Theriot

4