IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00939-DDD-SKC

BELLA HEALTH AND WELLNESS, et al.,

    Plaintiffs,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.,

    Defendants.

**UNOPPOSED MOTION TO RESTRICT ATTORNEY GENERAL'S RESPONSE TO MOTIONS FOR SUMMARY JUDGMENT AND EXHIBITS**

Pursuant to Local Rule 7.2, the Attorney General of Colorado seeks leave from this Court to restrict his Joint Response to Plaintiffs' (ECF No. 180) and Plaintiff-Intervenor's (ECF No. 179) Motions for Summary Judgment ("Response"), any exhibits thereto, and proceedings on the Response to the extent they disclose information made confidential by the Stipulated Protective Order. ECF No. 132. In support, the Attorney General states as follows:

    1.    Pursuant to the Scheduling Order, the Attorney General is filing his Response on February 28, 2025.

    2.    The Parties have engaged in extensive discovery, which included the production of confidential and sensitive information under the Stipulated Protective Order. ECF No. 132.

    5.    In presenting the Court with facts of the case and legal arguments in support of his Response, the Attorney General will need to provide the Court with

information that is shielded from public disclosure by Colorado statute or the Stipulated Protective Order. ECF No. 132. For example, the Attorney General intends to rely, in part, on confidential deposition testimony. At this stage of the proceedings, the public's interest in accessing the confidential information obtained during discovery does not outweigh the Parties' privacy interest.

7. The Attorney General cannot effectively litigate his Response without referring to and discussing sensitive information. Without the restriction, otherwise non-public information covered by the Stipulated Protective Order will be publicly disclosed. The Attorney General anticipates that the resulting order can be drafted to avoid the disclosures necessary in the pleadings and proceedings.

8. The Attorney General thus seeks a Level 1 restriction to his Response and attached exhibits.

9. For the foregoing reasons, the Attorney General respectfully moves to restrict public access to his Response and attached exhibits with a Level 1 restriction.

DATED this 28th day of February 2025.

PHILIP J. WEISER
Attorney General

*/s/ Brady J. Grassmeyer*
Brady J. Grassmeyer
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: 720-508-6000
E-Mail: brady.grassmeyer@coag.gov
*Attorney for Defendant Phil Weiser*