IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00939-DDD-SKC

BELLA HEALTH AND WELLNESS, et al.,

    Plaintiffs,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.,

    Defendants.

**UNOPPOSED MOTION TO RESTRICT COLORADO BOARDS' EXHIBITS TO RESPONSE TO MOTIONS FOR SUMMARY JUDGMENT**

    Pursuant to Local Rule 7.2, Defendants Colorado Medical Board and Colorado Board of Nursing ("Boards") seek leave from this Court to restrict their exhibits attached to their Response to Plaintiffs' Motions for Summary Judgment ("Response") and proceedings on the Response to the extent they disclose information made confidential by the Stipulated Protective Order. [Doc. 132.] In support, the Boards state as follows:

    1.    Pursuant to the Scheduling Order, the Boards are filing their Response on February 28, 2025.

    2.    The Parties have engaged in extensive discovery, which included the production of confidential and sensitive information under the Stipulated Protective Order. [Doc. 132.]

    3.    In presenting the Court with facts of the case and legal arguments in support of their Response, the Boards will need to provide the Court with

information that is shielded from public disclosure by Colorado statute or the Stipulated Protective Order. [Doc. 132.] For example, the Boards intend to rely, in part, on confidential deposition testimony. At this stage of the proceedings, the public's interest in accessing the confidential information obtained during discovery does not outweigh the Parties' privacy interest.

4. The Boards are unable to effectively litigate their Responses without attaching sensitive information. Without the restriction, otherwise non-public information covered by the Stipulated Protective Order will be publicly disclosed. The Boards anticipate that the resulting order can be drafted to avoid the disclosures necessary in the proceedings.

5. The Boards thus seek a Level 1 restriction to their Response exhibits.

6. The Boards do not seek a restriction to their Response document.

For the foregoing reasons, the Boards respectfully move to restrict public access to their Response exhibits with a Level 1 restriction.

DATED this 28th day of February 2025.

> PHILIP J. WEISER
> Attorney General
>
> /s/ *Elizabeth V. Kenny*
> Elizabeth V. Kenny, Senior Assistant Attorney General
> Counsel to the Colorado State Board of Nursing
> Zach W. Fitzgerald, Assistant Attorney General
> Counsel to the Colorado State Board of Nursing
> 1300 Broadway
> Denver, Colorado 80203
> Telephone: (720) 508-6407
> Email:  elizabeth.kenny@coag.gov
> zach.fitzgerald@coag.gov

*Attorneys for State Board of Nursing Defendants*

/s/ Brian J. Urankar
---

Brian J. Urankar, Senior Assistant Attorney General
Jennifer H. Hunt, Senior Assistant Attorney General
Counsel to the Colorado Medical Board
1300 Broadway
Denver, Colorado 80203
Telephone: (720) 508-6407
Email: brian.urankar@coag.gov
jennifer.hunt@coag.gov
*Attorneys for Medical Board Defendants*