# Exhibit 74

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

BELLA HEALTH AND WELLNESS
et al.,

    *Plaintiffs*,

CHELSEA M. MYNYK,

    *Plaintiff-Intervenor*,

v.

PHIL WEISER, in his official capacity as
Attorney General of Colorado, et al.,

    *Defendants*.

Case No. 1:23-cv-939-DDD-SKC

### REBUTTAL EXPERT REPORT OF
### MONIQUE CHIREAU WUBBENHORST, M.D., M.P.H.

I, Monique Chireau Wubbenhorst, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.  I have reviewed the expert reports submitted by Dr. Rebecca Cohen, including the reports identified as Exhibits 1-A, 1-B, 1-C, and 1-D, the revised reports served on August 1, 2024, and the declarations she incorporates by reference (Dkts. 99-1 and 108-1), and I am responding to them. I have also reviewed the expert report submitted by Patricia Cullen, Ph.D., and the declaration she incorporates by reference (Dkt. 99-2), and I am responding to them. I have also reviewed Dr. Keenan's rebuttal report, and I hereby adopt his responses as consistent with my opinion on the weight of scientific evidence and my clinical experience.

1

2.  Dr. Cohen correctly concludes that "progesterone itself is safe," and that "[p]rogesterone therapy after mifepristone has biological plausibility."[1] She nonetheless opines that the use of progesterone to reverse the effects of mifepristone is "unproven" and "based on unsound science."[2] For the reasons I have previously explained and the reasons that follow, that conclusion is flawed and unsupported.

### *Safety of Progesterone*

3.  Dr. Cohen claims that my report "conflates safety with efficacy."[3] That is not correct. As Dr. Cohen herself concedes, "progesterone itself is safe."[4] And its side effects (e.g., drowsiness, nausea) are minimal and often associated with pregnancy itself.[5] The safety of progesterone is not disputed.

### *Uses of Progesterone in Obstetrics and Gynecology*

4.  Dr. Cohen acknowledges the "multiple uses for progesterone" in obstetrics and gynecology, and admits that "[m]any" of them have both "biological plausibility" and "a long history of safety and evidence of benefit."[6] She then goes on to criticize several common (and lawful) uses of progesterone as "clinically ineffective" or having "no benefit."[7] These claims are overstated and not consistent with routine OB-GYN practice.

---

[1]  Expert Report of Rebecca Cohen, M.D., M.P.H. ("Cohen Report") Ex. 1-C at 1; Cohen Report Ex. 1-A at 10.

[2]  Cohen Report Ex. 1-A at 1.

[3]  Cohen Report Ex. 1-C at 1.

[4]  *Id.*

[5]  *See* Cohen Report Ex. 1-D at 2.

[6]  *Id.* at 1.

[7]  *Id.*

5. Dr. Cohen first claims that the use of progesterone to treat premenstrual syndrome (PMS) is "biological[ly] plausib[le]" but "clinically ineffective," citing a 2001 study (Wyatt).[8] But a subsequent Cochrane review (Ford 2012) analyzed the results of randomized controlled trials and characterized the evidence for effectiveness as "equivocal," concluding that "[t]he trials did not show that progesterone is an effective treatment for PMS nor that it is not."[9] In my experience, progesterone is still sometimes prescribed for PMS.

6. Dr. Cohen next faults my discussion of other uses for progesterone because it "notably omits reference to Makena," a "progesterone derivative" that was approved by the FDA to prevent preterm birth before that approval was withdrawn in 2023.[10] But my discussion focused on the other uses of bioidentical progesterone, as that is the medication used in abortion pill reversal. As Dr. Cohen acknowledges, Makena is not bioidentical progesterone.[11]

7. Dr. Cohen repeats her attempt to downplay the results of the Progesterone in Spontaneous Miscarriage (PRISM) study.[12] She incorrectly claims that I "ignor[ed]

---

[8]    *Id.* (citing Katrina Wyatt et al., *Efficacy of progesterone and progestogens in management of premenstrual syndrome: systematic review*, 323 BMJ 776-80 (Oct. 2001)).

[9]    Olive Ford et al., *Progesterone for premenstrual syndrome*, Cochrane Database System Review, 2, 10 (2012) (Exhibit 48).

[10]   Cohen Report Ex. 1-C at 1; *see* Cohen Report Ex. 1-D at 1.

[11]   Dr. Cohen also overstates the import of FDA's withdrawal of Makena in her efforts to undermine the effectiveness of progesterone. The authors of the study on which the Food & Drug Administration (FDA) relied in its decision to withdraw its approval of Makena specifically found that the study was "underpowered and inconclusive regarding [its] assessment of treatment efficacy." Sean C. Blackwell et al., *17-OHPC to Prevent Recurrent Preterm Birth in Singleton Gestations (PROLONG Study): A Multicenter, International, Randomized Double-Blind Trial*, 37 Am. J. Perinatol. 127, 135 (Oct. 2019), https://perma.cc/CF7V-E7BN.

[12]   *See* Arri Coomarasamy et al., *Progesterone to prevent miscarriage in women with early pregnancy bleeding: the PRISM RCT*, 24 Health Tech. Assessment (June 2020) (Exhibit 9).

that the study did not find a statistically significant benefit of progesterone therapy overall."[13] In fact, I explicitly stated PRISM's conclusion that "[p]rogesterone therapy did not result in a significantly higher rate of live births among women with threatened miscarriage overall."[14] I further noted that PRISM "did identify a differential benefit among women with prior miscarriages, showing a 15% greater live birth rate among women with early pregnancy bleeding and three or more prior miscarriages."[15] Dr. Cohen does not dispute the existence of this differential benefit.

8.   Dr. Cohen instead tries to minimize the benefit PRISM identified by observing that there are "numerous causes" of infertility and miscarriage, "most of which are not addressed by supplemental progesterone."[16] But the existence of other unrelated causes of miscarriage is beside the point. PRISM was specifically designed to "address the possibility that progesterone therapy in the first trimester of pregnancy may reduce the risk of miscarriage in women presenting with early pregnancy bleeding."[17] Based on the "small but positive treatment effect," the PRISM authors recommended that information about progesterone "should be communicated to women at high risk of miscarriages to enable shared decision-making."[18] And the UK's National Institute

---

[13]   Cohen Report Ex. 1-C at 2.

[14]   Expert Report of Monique Chireau Wubbenhorst, M.D., M.P.H. ("Wubbenhorst Report") ¶ 15.

[15]   *Id.*

[16]   Cohen Report Ex. 1-C at 2.

[17]   Coomarasamy, *supra* note 12, at 1.

[18]   Arri Coomarasamy et al., *Micronized vaginal progesterone to prevent miscarriage: a critical evaluation of randomized evidence*, 223 Am. J. Obstetricians Gynecologists 167, 174 (Aug. 2020) (Exhibit 10) ("We believe that a woman at high risk of having a miscarriage may not need absolute scientific certainty to choose to have a treatment. If she is informed about the uncertainty around treatment effects and available safety data, then she could decide for herself the right course of action.").

of Health and Care Excellence (NICE) published guidelines in 2021 recommending progesterone for women with early pregnancy bleeding and at least one previous miscarriage.[19] Consistent with those recommendations, progesterone continues to be widely used to treat recurrent miscarriage. Dr. Cohen's apparent hostility to this use of progesterone is out of step with current research and OB-GYN practice.

9.  Dr. Cohen's discussion of off-label drug use during pregnancy is flawed for similar reasons. She claims that magnesium sulfate is "rarely used for tocolysis in clinical practice today" in patients experiencing preterm labor.[20] This statement conveys a misunderstanding of how magnesium sulfate is used in modern practice. The American College of Obstetricians and Gynecologists (ACOG) specifically recommends that "first-line tocolytic treatment," including with magnesium sulfate and terbutaline, can be used "for short-term prolongation of pregnancy (up to 48 hours) to allow for the administration of antenatal steroids."[21] Clinical references such as UpToDate also recommend magnesium sulfate as a tocolytic. All hospitals in which I have worked, including my current affiliation, regularly use magnesium sulfate for women experiencing preterm labor.[22]

---

[19]  *Ectopic pregnancy and miscarriage: diagnosis and initial management*, National Institute for Health and Care Excellence (NICE) (updated Nov. 24, 2021) (Guideline NG126, Recommendation 1.5.2) (Exhibit 18).

[20]  Cohen Report Ex. 1-C at 1.

[21]  *See* ACOG Practice Bulletin 171, *Management of Preterm Labor*, 128 Obstetrics & Gynecology e155, e158 & Table 1 (Oct. 2016) (Exhibit 49); *see also* World Health Org., *WHO recommendations on interventions to improve preterm birth outcomes* at 31 (2015) (finding "limited evidence that magnesium sulfate was effective in prolonging pregnancy, as compared with no treatment") (Exhibit 50).

[22]  Dr. Cohen's lack of familiarity with tocolysis may or may not be due to her apparent lack of experience with prenatal care and delivery. *See* Dkt. 99-1 at 2 (summarizing experience); *id.* at 7 (noting that a patient who "elect[s] to change their mind" after mifepristone" would "typically transfer to a different provider who specializes in prenatal care").

10.    Dr. Cohen claims that a study has shown that terbutaline is "not only … in-effective but [also] carr[ies] the risk of maternal harm."[23] But that study involved a terbutaline pump, which provides a continuous infusion of the medication and is not currently used in general obstetrical clinical practice. The continuous subcutaneous route of administration, and its associated risks and adverse reactions, is very differ-ent from single-dose terbutaline. The latter is used at hospitals where I have worked as well as my current affiliation.

### *Science of Progesterone and Mifepristone*

11.    Dr. Cohen accurately states that progesterone "promotes continuation of pregnancy" when it binds to progesterone receptors in the uterus, resulting in "a sta-ble thickened uterine lining, suppression of the immune system, [and] relaxation of the uterine muscle."[24] She is also correct that mifepristone works by "bind[ing] to the progesterone receptors" and "block[ing] progesterone from activating the receptors."[25] By blocking progesterone receptors, mifepristone causes the "destabiliz[ation] and break down" of the uterine lining—which eventually kills the embryo.[26] It also sup-presses the production of human chorionic gonadotropin (hCG) and progesterone, sof-tens the cervix, and makes the uterus more responsive to hormones that cause con-tractions.[27]

---

[23]    Cohen Report Ex. 1-C at 1.

[24]    Cohen Report Ex. 1-A at 1; Cohen Report Ex. 1-B at 1.

[25]    Cohen Report Ex. 1-A at 1; Cohen Report Ex. 1-B at 1.

[26]    *Id.*

[27]    *Id.*

12.    Dr. Cohen insists—three separate times—that mifepristone binds to the progesterone receptors "twice as strongly as natural progesterone."[28] There are several problems with this statement, which appears to be a critical premise of her opinion that abortion pill reversal is "unproven."[29]

13.    First, the sole citation Dr. Cohen provides for the proposition that mifepristone binds to the progesterone receptors "twice as strongly" as progesterone itself is a 1987 study by Oskari Heikinheimo et al.[30] The Heikinheimo study was conducted in a lab using samples from three separate human donors: plasma samples from women who volunteered to ingest mifepristone (RU 486), uteri from women undergoing hysterectomy for uterine fibroids, and placentas from women undergoing elective cesarean section.[31] After the separate samples were processed via high-speed centrifugation, assay testing was performed in test tubes, which were "incubated overnight at +4° C"—or 39.2° F, far below normal human body temperature.[32] After comparing the affinity of progesterone and mifepristone for progesterone receptors, the authors concluded that progesterone's affinity for the progesterone receptor was 43% of mifepristone's. I note, however, that the study did not include endometrial tissue from women in early pregnancy. Moreover, the authors expressly state: "[I]t must be kept

---

[28]  Cohen Report Ex. 1-A at 2; Cohen Report Ex. 1-B at 1; Cohen Report Ex. 1-C at 4.

[29]  Cohen Report Ex. 1-A at 1.

[30]  *Id.* at 2 & n.7 (citing Oskari Heikenheimo et al., *Plasma concentrations and receptor binding of RU 486 and its metabolites in humans*, 26 J. of Steroid Biochemistry 279 (Feb. 1987), https://perma.cc/PV6K-2TL7); Cohen Report Ex. 1-B at 1 & n.7 (same); Cohen Report Ex. 1-C at 4 & n.38 (same).

[31]   Heikenheimo et al., *supra* note 30, at 279.

[32]  *Id.* at 281.

in mind that competition studies performed at 0 – +4° C in cell-free conditions do not necessarily correctly reflect the situation at +37° C [98.6° F] and in the whole organism."[33]

14.     Second, Dr. Cohen emphasizes the relative binding affinity of mifepristone without taking into account the relative binding affinities of mifepristone's metabolites (i.e., its breakdown products). The Heikinheimo study itself states that mifepristone reaches "[p]eak plasma concentrations" within one hour after ingestion—and that two of the three mifepristone metabolites also reach peak concentrations within 1–2 hours.[34] This "suggest[s] rapid first pass metabolism of RU 486," resulting in subtherapeutic action.[35] That matters because all three mifepristone metabolites have "a *lower affinity* to the progesterone receptor than progesterone itself."[36] As shown in Heikinheimo Table 1, progesterone binds to the receptor more strongly than RU 486's metabolites—more than twice as strongly as RU 42633, more than three times as strongly as RU 42698, and more than four times as strongly as RU 42848.[37] So even if Dr. Cohen is correct that mifepristone binds "twice as strongly" as progesterone in the first instance, the effect of that affinity rapidly changes as mifepristone is quickly

---

[33]     *Id.* at 283.

[34]     *Id.* at 281-82 & Figure 2 (graph of plasma concentrations of RU 486 and RU 486 metabolites); *cf.* Cohen Report Ex. 1-A at 2 (mifepristone "reaches peak concentrations in the bloodstream in about 90 minutes"); Cohen Report Ex. 1-B at 1 (same); Cohen Report Ex. 1-C at 4 (same).

[35]     Heikinheimo et al., *supra* note 30, at 282-83. The "first-pass metabolism" (or "first-pass effect") is a pharmacological phenomenon that occurs when a drug that is ingested enters the liver and then suffers extensive biotransformation such that its bioavailability is drastically reduced, resulting in subtherapeutic action.

[36]     *Id.* at 282 (emphasis added).

[37]     *Id.* Table 1 at 282.

processed by the liver into its metabolites. And according to Heikinheimo itself—the same study Dr. Cohen relies on—the resulting metabolites bind to the receptor two to four times *less* strongly than progesterone itself.

15.    Third, Dr. Cohen's theory of binding affinity fails to account for the results of the animal studies indicating that progesterone can counteract the effects of mifepristone. She cites a 1984 study (Baulieu and Segal) that measured the binding of mifepristone and progesterone in "a liquid mixture of rat uterine progesterone receptors."[38] She claims that the results "reinforce[] the strength" of mifepristone's bind to the progesterone receptor.[39] However, the citation Dr. Cohen provides for this study is Baulieu & Segal's book at page 353—the last page of the glossary. The source of this data is unclear.

16.    Notably, Dr. Cohen does not attempt to reconcile her reliance on this particular animal study with her other claims about "the harms of relying on animal studies."[40] She also does not account for the results of the two rat studies that directly investigated the use of progesterone to counteract mifepristone. In Yamabe's 1989 study, 100% of the rats who were given progesterone simultaneously with mifepristone remained pregnant.[41] And in Camilleri & Sammut's 2023 study, 81.3% of rats

---

[38]    Cohen Report Ex. 1-A at 2 (citing *The Antiprogestin Steroid RU 386 and Human Fertility Control* 353 (eds. Etienne-Emile Baulieu & Sheldon Segal 1985)); Cohen Report Ex. 1-B at 1 (same); Cohen Report Ex. 1-C at 4 (same).

[39]    *Id.*

[40]    Cohen Report Ex. 1-C at 1.

[41]    Wubbenhorst Report ¶ 36.

9

who received mifepristone followed by progesterone remained pregnant.[42] Thus, whatever the relative binding affinity of mifepristone may be, these animal studies support the conclusion that administering additional progesterone can compete with mifepristone to counteract its effects.

17.    Finally, as outlined in my report, carbon monoxide's binding to hemoglobin (in the case of carbon monoxide poisoning) provides a useful model to understand how it is biologically plausible that exogenous progesterone (that is, progesterone administered to a patient) can compete with mifepristone for progesterone receptor binding sites. Carbon monoxide's affinity for the hemoglobin molecule, which transports oxygen from the lungs to tissues in the body, is much higher than oxygen's affinity for hemoglobin—it binds more than 200 times more tightly to hemoglobin than oxygen does. Yet oxygen therapy, and in particular hyperbaric oxygen therapy, is very effective in treating carbon monoxide poisoning. This is because carbon monoxide's binding to hemoglobin is *not irreversible*—that is, even though it binds more tightly than oxygen, carbon monoxide subsequently dissociates from the receptor, and oxygen in high amounts can compete with and replace carbon monoxide at the receptor.

18.    Similarly, mifepristone "is a competitive antagonist at progesterone receptors during pregnancy and exhibits reversible binding."[43] The fact that its binding is reversible, similar to carbon monoxide, indicates that just as oxygen can compete with

---

[42]    *Id.* ¶ 37.

[43]    Joseph V. Turner et al., *Congenital and Fetal Effects After Mifepristone Exposure and Continuation of Pregnancy: A Systematic Review*, 0 Clinical Pharmacology & Therapeutics 1, 2 (Jul. 2024) (Exhibit 51).

carbon monoxide for binding to hemoglobin, progesterone can compete with mifepristone for binding to the progesterone receptor.

### *Rate of Continuing Pregnancy After Mifepristone Alone*

19.    Dr. Cohen insists that "progesterone therapy after ingestion of mifepristone is not more effective than expectant management (no treatment)."[44] This opinion—that progesterone is "not more effective" than expectant management—critically depends on a comparison with the continuing pregnancy rate after ingestion of mifepristone alone. For several reasons, Dr. Cohen's analysis of that rate is incorrect.

20.    To begin, Dr. Cohen previously claimed that "as many as 46%" of women who take mifepristone without misoprostol will continue their pregnancies, citing the 1989 Zheng study.[45] As I previously explained, the Zheng study is flawed because it did not use ultrasound to verify the presence of a living embryo or fetus, thus failing to distinguish between a continuing pregnancy, retained fetal and placental parts, or ectopic pregnancy.[46] Dr. Cohen now agrees that ultrasound is the "definitive option" to determine an ongoing pregnancy, but defends Zheng on the grounds that it "also includes increasing uterine size as a criterion."[47] But increasing uterine size is not an

---

[44]    Cohen Report Ex. 1-A at 1; Cohen Report Ex. 1-B at 1. I note that this constitutes a change in Dr. Cohen's position, as she previously opined that expectant management (or "watchful waiting") is the "standard of care" for "patients who do not wish to complete a medication abortion." Cohen Decl. at 17, Dkt. 99-1 (cleaned up); *see* Cohen Report Ex. 1-A at 1 (incorporating by reference Dkt. 99-1).

[45]    Cohen Decl. ¶ 9, Dkt. 99-1 (citing Zheng Shu-rong, *RU 486 (Mifepristone): Clinical Trials in China*, 149 Acta Obstetricia Gynecologica Scandinavica. (Suppl.) 19, 21 (1989), https://perma.cc/SAL2-BH6Y).

[46]    Wubbenhorst Report ¶ 28.

[47]    Cohen Report Ex. 1-C at 4.

accurate diagnostic criterion of ongoing intrauterine pregnancy, as it can be a symptom of several medical conditions, including uterine fibroids, adenomyosis, and false pregnancy.

21.     Moreover, a careful reading of the Zheng study reveals that no "ongoing pregnancies" were carried to term; women who remained pregnant up to 14 days after mifepristone administration underwent abortion. Not incidentally, the uterus increases in size at the rate of approximately 1 cm per month of pregnancy. Any increase in size within 2 weeks (after which all women in the study who remained pregnant underwent abortion) would be virtually undetectable on physical exam. Thus, Dr. Cohen's claim (based on the Zheng study) that the 46% rate of ongoing pregnancy "remains within reasonable possibility" is not supported by solid data.[48]

22.     Absent a credible method to rehabilitate Zheng, Dr. Cohen cites a French study (Bernard 2013) that evaluated the frequency of birth defects after exposure to mifepristone.[49] The Bernard study concluded that the rate of birth defects after first-trimester exposure to mifepristone "is only slightly higher than the expected 2–3% rate in the general population," providing "reassuring data for risk evaluation for continuation of pregnancy after mifepristone exposure."[50] Dr. Cohen attempts to use

---

[48]     *Id.*; *see also* Mary L. Davenport et al., *Embryo Survival after Mifepristone: A Systematic Review of the Literature*, 32 Issues L. & Med. 3, 12 (2017) (Exhibit 52) ("the data published in [the Zheng] study is not reliable for determining the rate of embryo survival" after mifepristone).

[49]     Cohen Report Ex. 1-C at 3 (citing N. Bernard et al., *Continuation of pregnancy after first-trimester exposure to mifepristone: an observational prospective study*, BJOG: Int'l J. Obstetrics & Gynaecology 568 (2013) (Exhibit 39).

[50]     Bernard et al., *supra* note 49, at 568.

this same data to draw an inference about the continuing pregnancy rate after mife-pristone alone. Specifically, she appears to claim that the Bernard study supports a stunning rate of continuing pregnancy after mifepristone of **82.2%**—up almost twice as much from the 46% rate she previously endorsed based on Zheng.[51] Such an inference is completely unsupported.

23.    The Bernard study included a total of 105 women, 46 who were exposed to mifepristone alone and 59 who were exposed to both mifepristone and misoprostol. Women enrolled in the study after calling a hotline to inquire about drug exposure during pregnancy, and were included in the analysis if (1) the mifepristone exposure occurred before 13 weeks after last menstrual period (LMP); (2) the first contact for risk evaluation took place before 22 weeks after LMP; and (3) the pregnancy outcome was available.[52] The study reported a total of 94 live births (90.4%), 10 (9.6%) miscar-riages, and one elective abortion.[53]

24.    Dr. Cohen notes that "82.2%" of women in the Bernard study who were ex-posed to mifepristone alone gave birth—and then states that this "reported rate of livebirth" is "higher than that reported in Dr. Delgado's case series of patients receiv-ing progesterone therapy after mifepristone."[54] But the Bernard study was not de-signed to evaluate the continuing pregnancy rate after mifepristone alone, and its

---

[51]  Cohen Report Ex. 1-C at 3 (stating that "the majority (82.2% of patients) had a livebirth" and asserting that "the reported rate of livebirth" in the Bernard study is thus "higher than that reported in Dr. Delgado's case series of patients receiving progesterone therapy after mifepristone").

[52]  Bernard et al., *supra* note 49, at 569.

[53]  *Id*. at 571 tbl.2.

[54]  Cohen Report Ex. 1-C at 3.

results cannot be extrapolated as Dr. Cohen suggests. The proof of this is in the study's miscarriage statistics: "Among the ten miscarriages, eight occurred in the mifepristone-alone group, a *significantly higher rate* compared with the combined mifepristone-misoprostol group (17.8 versus 3.4%)."[55] If Dr. Cohen's proposed mode of analysis were correct, the Bernard study would indicate that the combined mife-pristone-misoprostol regimen has a continuing pregnancy rate of *approximately 97%*. But Dr. Cohen herself has asserted the exact opposite: that the combined mifepris-tone-misoprostol regimen is "more than 97% effective in terminating a pregnancy."[56] Dr. Cohen's attempt to extrapolate a higher continuing pregnancy rate from the Ber-nard study is not credible.[57]

25.    As I previously explained, the data from the 2023 DeBeasi scoping review concludes that the continuing pregnancy rate after mifepristone alone is ≤25% for gestational ages of 49 days or less.[58] Notably, that number is also consistent with Dr. Creinin's own estimate that "only 25%" of patients in his placebo group—who received mifepristone alone—"would have continuing pregnancies."[59]

26.    DeBeasi found "insufficient evidence to establish the continuing pregnancy rate after mifepristone alone for gestational age ≥50 days," though he noted that

---

[55]    Bernard et al., *supra* note 49, at 570 (emphasis added).

[56]    Cohen Decl. ¶ 9, Dkt. 99-1.

[57]    Cohen Report Ex. 1-C at 3.

[58]    Wubbenhorst Report ¶¶ 25-27; Paul L.C. DeBeasi, *Mifepristone Antagonization with Progesterone to Avert Medication Abortion: A Scoping Review*, The Linacre Q. (July 2023) (Exhibit 28); *see also* Davenport et al., *supra* note 48, at 3-4 (estimating continuing pregnancy rate after mifepristone at 10-23.3%).

[59]    Mitchell D. Creinin et al., *Mifepristone Antagonization With Progesterone to Prevent Medical Abor-tion: A Randomized Controlled Trial*, 135 Obstetrics & Gynecology 158, 160 (2020) (Exhibit 29).

"[t]he evidence also shows that continuing pregnancy is more common with lower mifepristone doses and greater gestational ages."[60] Importantly, the continuing pregnancy rate "never exceeded 25 percent" in 11 of the 12 studies that verified embryo survival in DeBeasi's meta-analysis.[61]

27.    Dr. Cohen "maintain[s] [her] criticism of Mr. DeBeasi," including his "educational background" (which she previously denigrated because he graduated from "a small Catholic university").[62] But she does not dispute that DeBeasi is the former chief of research for Gartner, one of the most prestigious research organizations in the world.[63] Instead, she complains that he "frequently cites" the American Association of Pro-Life OBGYNs (AAPLOG), which she characterizes as "an explicitly anti-abortion organization" in "contrast" to the "more mainstream" ACOG.[64] What Dr. Cohen fails to mention is that DeBeasi cites to *both* AAPLOG (8 times) and ACOG (7 times), including to disclose that AAPLOG and ACOG disagree about abortion pill

---

[60]    DeBeasi, *supra* note 58, at 5.

[61]    *Id.* at 4. The remaining study (Elia 1985) had a continuing pregnancy rate of 50%—based on a 6-day follow-up period, and "studies with shorter follow-up periods tended to have higher embryo survival rates." *Id.* at 6.

[62]    Cohen Report Ex. 1-C at 3; Cohen Decl. ¶ 31, Dkt. 99-1.

[63]    Wubbenhorst Report ¶ 27.

[64]    Cohen Report Ex. 1-C at 3.

reversal.[65] She does not identify any inaccuracy in the AAPLOG citations, which primarily address the basic science of mifepristone and progesterone and summarize the organization's stated positions on abortion pill reversal.[66]

28.    *Ad hominem* aside, Dr. Cohen's only substantive critique of DeBeasi's data analysis is that he "gives equal attention to all studies (regardless of size and methodology)."[67] But she does not say which of the studies analyzed in DeBeasi should have received less (or greater) attention. Dr. Cohen's various attempts to discredit DeBeasi and avoid his conclusions are not successful.

### *Additional Evidence Supporting the Use of Progesterone to Counteract the Effects of Mifepristone*

29.    Dr. Cohen's opinion is that "progesterone therapy after ingestion of mifepristone is not more effective than expectant management (no treatment)."[68] Yet she cites no studies to support that conclusion.

---

[65]    DeBeasi, *supra* note 58, at 3.

[66]    *See, e.g.*, DeBeasi, *supra* note 58, at 2 ("[t]he primary effect of mifepristone is to cause a separation of the decidua basalis from the trophoblast, which results in embryo demise"); *id.* at 3 (AAPLOG "fully support[s] informing women of the option of mifepristone antagonization"); *id.* at 6 (summarizing results of Yamabe animal study); *id.* at 8 (AAPLOG recommendations for abortion pill reversal).

[67]    Cohen Report Ex. 1-C at 3. Dr. Cohen also claims that DeBeasi "misinterprets" receptor binding and "fails to acknowledge the limitations of the case series studying progesterone therapy after mifepristone." *Id.* at 3-4. But DeBeasi discusses binding only in passing, and he expressly acknowledges criticisms and limitations of the Delgado case series. DeBeasi, *supra* note 58, at 2, 7. And neither of these alleged errors affect the relevant data analysis.

[68]    Cohen Report Ex. 1-A at 1; Cohen Report Ex. 1-B at 1.

30.    Dr. Cohen states that she "do[es] not dispute the facts of the studies" I rely on, but instead disputes my purported "insistence that these studies 'prove' the effectiveness of progesterone therapy after mifepristone."[69] But my opinion was (and remains) that "[t]here is scientific evidence that supports the clinical use of progesterone to counteract the effects of mifepristone."[70]

31.    Dr. Cohen further claims that I "misinterpret statistical findings" and "plac[e] outsized importance on the findings of small and/or poorly conducted studies."[71] As explained below, that is not correct. My opinion is based not on the "outsized importance" of a handful of studies, but on the body of relevant scientific evidence as a whole.

32.    Dr. Cohen does not mention, much less dispute, the results of the two animal studies (Yamabe 1989 and Camilleri & Sammut 2023) that support the use of progesterone to counteract the effects of mifepristone.[72] She says only that "[t]here are important distinctions between animal studies and human results."[73] I agree. But there are also important anatomical, physiological, and genetic similarities between humans and rodents.[74]

---

[69]    Cohen Report Ex. 1-C at 6.

[70]    Wubbenhorst Report at ¶ 3.

[71]    Cohen Report Ex. 1-C at 1.

[72]    Wubbenhorst Report ¶¶ 36-37 (citing Shingo Yamabe et al., *The Effect of RU486 and Progesterone on Luteal Function During Pregnancy*, 65 Folia Endocrinologica Japonica 497 (1989) (Exhibit 34); Christina Camilleri & Stephen Sammut, *Progesterone-mediated reversal of mifepristone-induced pregnancy termination in a rat model: an exploratory investigation*, 13 Sci. Reps., no.10942 (2023) (Exhibit 35)).

[73]    Cohen Report Ex. 1-C at 6.

[74]    Elizabeth C. Bryda, *The Mighty Mouse: The Impact of Rodents on Advances in Biomedical Research*, 110 Mo. Med. 207 (2013) (Exhibit 53).

33.    Dr. Cohen also admits that the "small increase in ongoing pregnancies" when patients receive depot medroxyprogesterone acetate (DMPA) at the same time as mifepristone may demonstrate the "biological plausibility" of interference with the effects of mifepristone.[75] But she claims to have "personally spoken with the physicians who conducted the research on simultaneous administration," and says that "[t]he researchers characterized the increased chance of ongoing pregnancy as not clinically significant."[76]

34.    Dr. Cohen's claims are not consistent with the underlying study (Raymond 2016), a multinational randomized trial on the effects of DMPA on medical abortion efficacy and repeat pregnancy.[77] The study enrolled 461 women undergoing abortion who wanted to receive DMPA after abortion, and then assigned them to receive DMPA either with mifepristone or after the abortion. It concluded that ongoing pregnancy was "significantly more common" in the group of patients who received DMPA with mifepristone (3.6%) compared with the group who received it after the abortion (0.9%).[78] I disagree with Dr. Cohen's assertion that these findings are "not clinically significant."[79] Indeed, Dr. Cohen herself advises women who receive DMPA with mifepristone of the "slightly elevated risk of ongoing pregnancy."[80]

---

[75]    *Id.* at 4-5.

[76]    *Id.* at 5.

[77]    Elizabeth G. Raymond et al., *Effects of Depot Medroxyprogesterone Acetate Injection Timing on Medical Abortion Efficacy and Repeat Pregnancy: A Randomized Controlled Trial*, 128 Obstetrics & Gynecology 739, 739 (2016) (Exhibit 54).

[78]    *Id.*

[79]    Cohen Report Ex. 1-C at 5.

[80]    *Id.*

35.     Dr. Cohen nonetheless insists that any comparison to abortion pill reversal is "not scientifically accurate" because DMPA is injected "simultaneous[ly]" with mifepristone, while abortion pill reversal "involves progesterone use many hours to days after consuming mifepristone."[81] But by her own admission, the effects of mifepristone are not instantaneous: she says that where a patient changes her mind "within 30 minutes of taking mifepristone," the "standard of care is to induce vomiting so that the drug is expelled *before it takes effect*."[82] Dr. Cohen appears to assume that progesterone is ineffective to reverse the effects of mifepristone *after* "the 90 minutes needed for mifepristone to reach peak concentrations in the bloodstream."[83] But blood concentrations are not the same as receptor activity. And as explained above, mifepristone is also rapidly metabolized into metabolites that bind *less well* to the progesterone receptor than progesterone itself.[84]

36.     Citing Lang 2018, Dr. Cohen claims that "[t]he more appropriate comparison—delayed administration of progesterone after mifepristone—did not show an increase in ongoing pregnancy."[85] But the Lang study evaluated continuing pregnancy "among women who initiated IM DMPA at the time of *misoprostol* administration (24

---

[81]   *Id.*

[82]   *Id.* (emphasis added).

[83]   *Id.*

[84]   *See supra* at ¶14.

[85]   Cohen Ex. 1-C at 5 (citing Christina Lang et al., *Initiating intramuscular depot medroxyprogesterone acetate 24-48 hours after mifepristone administration does not affect success of early medical abortion*, 44 BMJ Sexual & Reprod. Health 242 (2018), https://perma.cc/K6NU-QX9V).

–48 hours after mifepristone) compared with women who initiated no hormonal contraception at this time."[86] Misoprostol is of course not a component of abortion pill reversal; indeed, it would be both malpractice and highly unethical to administer misoprostol to a woman who had taken mifepristone and then decided to continue her pregnancy. The Lang study is thus not an appropriate comparison.[87]

37.    Dr. Cohen admits that four of the five (80%) women who received progesterone in the Creinin study maintained their pregnancies, while only two of the five (40%) women in the placebo group remained pregnant.[88] But she says that these facts "are not the same as evidence establishing causation" given the "small sample sizes."[89] I agree that Creinin's sample sizes are small, and I did not suggest that the study "establish[es] causation." I simply observed that the patient outcomes in the Creinin study—which Dr. Cohen previously cited as "rais[ing] 'significant safety concerns'"[90]—undermine her categorical opinion that progesterone is "no more effective" than expectant management.[91]

---

[86]    Lang et al., *supra* note 85, at 242 (emphasis added).

[87]    Dr. Cohen claims that, by quoting Dr. Harvey Kliman's statements to the *New York Times*, I "deceptively impl[ied]" that he "support[s]" abortion pill reversal. Cohen Report Ex. 1-C at 4. I did not. I accurately quoted Dr. Kliman's statements that the use of progesterone to counteract mifepristone "makes biological sense" and is actually "totally feasible." Wubbenhorst Report ¶ 44. I also noted his statement that, "if one of his daughters came to him and said she had somehow accidentally taken mifepristone during pregnancy," he would recommend taking progesterone three times a day for several days, because "I bet you it would work." *Id.*

[88]    Cohen Ex. 1-C at 5 (discussing Creinin et al., *supra* note 59).

[89]    *Id.*

[90]    Cohen Decl. ¶¶ 37, 40, Dkt. 99-1; Cohen Report Ex. 1-A at 1 (incorporating by reference Dkt. 99-1).

[91]    Wubbenhorst Report ¶ 66.

38.    Dr. Cohen repeats her various criticisms of the Delgado case series, which I have already responded to in detail.[92] To reiterate: Dr. Cohen's complaints about selection "methodolog[y]" and "bias[ ]" are misplaced.[93] The purpose of both Delgado case series was to evaluate the use of progesterone in antagonizing the effects of mifepristone and continuing the pregnancy. It would not make sense to administer progesterone to a woman whose fetus had already experienced demise or to include those women in the analysis. It would also not make sense to include women who "pursued abortion after initiating progesterone therapy," as Dr. Cohen now appears to suggest.[94]

39.    Dr. Cohen admits that Delgado 2018 was "approved by an Institutional Review Board," but then repeats her unsupported claim about the allegedly "deceptive representation" of IRB approval.[95] According to the "Retraction Watch" blog post she cites, the original version of the study was "temporarily withdrawn pending technical corrections" and then replaced with a corrected version.[96] The original version stated that it was an "observational case series with data analysis that received an institutional review board waiver" via the University of San Diego; the final version states that it is a "retrospective analysis of clinical data" that was "reviewed and approved

---

[92]    Cohen Report Ex. 1-C at 6-7 (citing George Delgado et al., *A Case Series Detailing the Successful Reversal of the Effects of Mifepristone Using Progesterone*, 33 Issues L. & Med. 21 (2018) (Exhibit 38)); Cohen Report Ex. 1-B at 4-5 (same); Wubbenhorst Report ¶¶ 49-58.

[93]    Cohen Report Ex. 1-C at 6; *see id.* at 2 (criticizing Dr. Delgado's exclusion of "patients who proceeded with abortion" as "a source of bias"); Cohen Report Ex. 1-B at 4-5 (similar).

[94]    *Id.* at 6.

[95]    *Id.*

[96]    Ivan Oransky, *A study of an "abortion reversal" method has been republished — but its mystery deepens*, Retraction Watch (Sept. 7, 2018), https://perma.cc/VK5Z-K3GY.

by an institutional review board," but with no reference to the University of San Diego.[97]

40.    That sequence of events does not support Dr. Cohen's claim that Dr. Delgado engaged in "deception" and committed a "clear ethical violation."[98] Even the Retraction Watch blog post states only that the "wording changes in the new version … don't seem to clarify much about what happened."[99] A study may be withdrawn and resubmitted without prejudice, generally because an error of some sort was discovered and corrected. Study withdrawal is not the same as study retraction. Based on my experience as a member of an IRB over more than a decade, I see no basis for Dr. Cohen's assertions that Dr. Delgado committed a "clear ethical violation."[100]

41.    Ms. Cullen's report repeats many of Dr. Cohen's claims about the Delgado case series. Her arguments are similarly inaccurate, overstated, or both.

42.    Ms. Cullen's lead complaint appears to be that the Delgado studies are case series rather than randomized controlled trials that "employ a standardized treatment protocol."[101] But as I previously explained, case series are appropriate sources of data—particularly where, as here, it would be unethical to use a placebo arm in a

---

[97]    *Id.* (emphasis omitted).

[98]    Cohen Report Ex. 1-C at 6.

[99]    Oransky, *supra* note 96.

[100]    Cohen Report Ex. 1-C at 6.

[101]    Additions to the Declaration of Patricia L. Cullen ("Cullen Report") Ex. 2-A at 1.

study of abortion pill reversal where women seek to continue their pregnancies.[102]
Ms. Cullen further complains that the Delgado case series did "not specifically note[]"
the basis for excluding 5% of potential subjects who "did not meet the criteria,"[103] did
not "discuss[] . . . the components of the informed consent" provided to subjects, and
did not conduct sufficient "longitudinal follow-up" past 20 weeks.[104] None of these
miscellaneous accusations detract from the validity of the Delgado data. Ms. Cullen's
cursory opinions are inaccurate and not supported.



---

[102]   Wubbenhorst Report ¶¶ 50-51. Dr. Cohen opines that "there are ethical options for randomized
controlled trials studying progesterone therapy after mifepristone," citing Dr. Delgado's own recom-
mendation for further research "to confirm which mode of delivery, dose and duration of progesterone
therapy." Cohen Report Ex. 1-C at 7 (citing Delgado et al., *supra* note 92, at 29). I note that a random-
ized controlled trial *comparing* different doses and routes of administration of progesterone is of course
different from a randomized controlled trial that *denies* progesterone to a woman seeking to continue
her pregnancy. The latter is unethical.

[103]   I note that the balance of the relevant sentence from Delgado 2018 directly answers this question.
Delgado et al., *supra* note 92, at 25 ("Subjects were included in the study if they were 72 hours or less
post-mifepristone and had not taken misoprostol; 38 (5%) did not meet *these criteria*.") (emphasis
added).

[104]   Cullen Report Ex. 2-A at 1-3.

CONFIDENTIAL





**CONFIDENTIAL**



CONFIDENTIAL



**CONFIDENTIAL**



**CONFIDENTIAL**



**CONFIDENTIAL**



29
CONFIDENTIAL





**CONFIDENTIAL**



31
**CONFIDENTIAL**





**CONFIDENTIAL**





**CONFIDENTIAL**



34
**CONFIDENTIAL**



35

CONFIDENTIAL





CONFIDENTIAL

Case No. 1:23-cv-00939-DDD-SBP   Document 200-8   filed 02/28/25   USDC Colorado
pg 38 of 44

███████████ ██ ████████████████████████████████████████
████████████████████████████████████████████████████████
██████████████████████████████████████████████████ ██
  ██  ████████████████████████████████████████████████
████████████████████████████████████████████████████████
███████████████████████████ ██ ███████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
██████████████████████████ ██ █████████ ██ ████████████
████ ██
  ██  ████████████████████████████████████████████████
██████████████████████████████████ ██ ████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
██████████████████████████████

_____

██ ████████████████████████████████████
██ ████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
██████████████
██ ████████████████
██ ████████████████████████████████████████████████████
███████████████████████████████████
██ ████████████████████████████████████████████████████
██ ██████████████████████

CONFIDENTIAL



*Effect of Gestational Age*

**CONFIDENTIAL**





39
**CONFIDENTIAL**



**CONFIDENTIAL**



41
**CONFIDENTIAL**





**CONFIDENTIAL**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this _1____ day of _August__, 2024.

_Monique Chireau Wubbenhorst_
_____
Monique Chireau Wubbenhorst