IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00939-DDD-SKC

BELLA HEALTH AND WELLNESS, et al.,

    Plaintiffs,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.,

    Defendants.

---

**NOTICE OF SUBSTITUTION OF PARTIES**

---

Notice is hereby given pursuant to Fed. R. Civ. P. 25(d)(1), that undersigned counsel requests that the following substitutions be reflected in the case caption and subsequent proceedings:

<u>Board of Nursing</u>

1. Hayley Hitchcock shall be removed as a member of the Board of Nursing, as her term as a Board member has concluded.

2. Mackenzie Armani shall be removed as a member of the Board Nursing, as her term as a Board member has concluded.

3. Karen Hinojos shall be added as a member of the Board of Nursing, as a recent appointee to the Board.

4. Kathleen Combs shall be added as a member of the Board of Nursing, as a recent appointee to the Board.

5. Jessica Pettigrew shall be added as a member of the Board of Nursing, as a recent appointee to the Board.

### Medical Board

6. Amanda Mixon shall be removed as a member of the Medical Board, as her term as a Board member has concluded.

7. Anita Kumar shall be removed as a member of the Medical Board, as her term as a Board member has concluded.

8. Donald Lefkowits shall be removed as a member of the Medical Board, as his term as a Board member has concluded.

9. Hien H. Ly shall be removed as a member of the Medical Board, as his term as a Board member has concluded.

10. Jennifer Blair shall be removed as a member of the Medical Board, as her term as a Board member has concluded.

11. Julie Ann Harper shall be removed as a member of the Medical Board, as her term as a Board member has concluded.

12. Kian Modanlou shall be removed as a member of the Medical Board, as his term as a Board member has concluded.

13. Robert M. Maulitz shall be removed as a member of the Medical Board, as his term as a Board member has concluded.

14. Saughar Samali shall be removed as a member of the Medical Board, as his term as a Board member has concluded.

15. Christopher Cordova shall be added as a member of the Medical Board, as a recent appointee to the Board.

16. Michelle Kowalis shall be added as a member of the Medical Board, as a recent appointee to the Board.

17. Carrie Horn shall be added as a member of the Medical Board, as a recent appointee to the Board.

18. Gabrielle Mykoniatis shall be added as a member of the Medical Board, as a recent appointee to the Board.

19. Rafael Malgor shall be added as a member of the Medical Board, as a recent appointee to the Board.

20. Andrew Nyberg shall be added as a member of the Medical Board, as a recent appointee to the Board.

21. Brian Gonzales shall be added as a member of the Medical Board, as a recent appointee to the Board.

DATED this 14th day of March 2025.

        PHILIP J. WEISER
        Attorney General

        /s/ Elizabeth V Kenny
        Elizabeth V Kenny, Senior Assistant Attorney General
        Zach Fitzgerald, Assistant Attorney General
        Counsel to the Colorado State Board of Nursing
        1300 Broadway
        Denver, Colorado 80203
        Telephone: (720) 508-6407
        Email: elizabeth.kenny@coag.gov
        Zach.fitzgerald@coag.gov

Attorneys for State Board of Nursing Defendants

/s/ Brian J. Urankar
Brian J. Urankar, Senior Assistant Attorney General
Jennifer H. Hunt, Senior Assistant Attorney General
Counsel to the Colorado Medical Board
1300 Broadway
Denver, Colorado 80203
Telephone: (720) 508-6407
Email: brian.urankar@coag.gov
Jennifer.hunt@coag.gov
Attorneys for Medical Board Defendants

CERTIFICATE OF SERVICE

  I hereby certify that on March 14, 2025, I served a true and complete copy of the foregoing NOTICE OF SUBSTITUTION OF PARTIES upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email.

/s/ Allison Niekerk