# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BELLA HEALTH AND WELLNESS et al., | |
| *Plaintiffs*, | Case No. 1:23-cv-939-DDD-SKC |
| CHELSEA M. MYNYK, | |
| *Plaintiff-Intervenor*, | **INTERVENOR-PLAINTIFFS' UNOPPOSED MOTION TO RESTRICT REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| PHIL WEISER, in his official capacity as Attorney General of Colorado, et al., | |
| *Defendants*. | |

Pursuant to Local Rule 7.2, Intervenor-Plaintiff Chelsea Mynyk seeks leave from this Court to file her Reply in Support of Motion for Summary Judgment and Exhibit 1, Deposition of Chelsea Mynyk, under a Level 1 restriction. Intervenor-Plaintiff further seeks leave to file a redacted version of her Reply on the public docket. In support of this motion, Intervenor-Plaintiff states as follows:

1. Pursuant to the Scheduling Order governing this case, the Intervenor-Plaintiff is filing a reply in support of her motion for summary judgement on March 21, 2025.

2. The parties have engaged in extensive discovery, which included the production of confidential and sensitive information under the Stipulated Protective Order entered in this case. ECF 132.

1

3. Intervenor-Plaintiff is unable to effectively file her reply in support of her motion for summary judgment without explicit reference to and discussion of this confidential information. Without the restriction, otherwise non-public information covered by the stipulated protective order will be publicly disclosed.

4. At this stage of the proceedings, the public's interest in accessing the confidential information reflected in Intervenor-Plaintiffs' reply and deposition transcript does not outweigh the parties' interests in confidentiality and privacy.

5. For these reasons, Intervenor-Plaintiff seeks permission to file her reply to her motion for summary judgment and related exhibits under a Level 1 restriction.

6. Intervenor-Plaintiff further seeks permission to file a redacted version of her reply to her motion for summary judgment on the public docket. This version will redact all confidential information under the stipulated protective order.

7. Defendants do not oppose this motion.

8. For the foregoing reasons, Intervenor-Plaintiff respectfully requests that this Court grant leave to (1) file Intervenor-Plaintiff's Reply to Motion for Summary Judgment and related exhibits under a Level 1 restriction; and (2) file on the public docket a version of the reply redacting all confidential information under the stipulated protective order.

Dated: March 21, 2025                Respectfully submitted,

/s/ Kevin H. Theriot

Kevin H. Theriot
Julia C. Payne
Gabriella M. McIntyre
Alliance Defending Freedom
15100 N. 90th St.
Scottsdale, AZ 85260
(480)-444-0020
ktheriot@adflegal.org

## CERTIFICATE OF CONFERENCE

Pursuant to Local Civil Rule 7.1(a), I hereby certify that, on March 21, 2025, counsel for Intervenor-Plaintiff, Julia C. Payne, conferred with counsel for Defendants, who indicated that they do not oppose this motion.

*s/ Julia C. Payne*
Julia C. Payne

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

*s/ Kevin H. Theriot*
Kevin H. Theriot

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*s/ Kevin H. Theriot*
Kevin H. Theriot