IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00939-DDD-SKC

BELLA HEALTH AND WELLNESS, et al.,

    Plaintiffs,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.,

    Defendants.

---

**UNOPPOSED MOTION TO RESTRICT DEFENDANTS' REPLIES TO PLAINTIFFS' RESPONSES TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

---

    Pursuant to Local Rule 7.2, Defendants Colorado Medical Board and Colorado Board of Nursing ("Boards"), and the Attorney General of Colorado seek leave from this Court to restrict their respective Replies to Plaintiffs' Responses to Defendants' Motions for Summary Judgment, any attachments thereto, and proceedings on that motion to the extent they disclose information made confidential by the Stipulated Protective Order in this matter. [Doc. 132] In support, Defendants state as follows:

    1.    Pursuant to the Scheduling Order governing this case, Defendants are filing replies to motions for summary judgment on March 21, 2025.

    2.    The parties have engaged in extensive discovery, which included the production of confidential and sensitive information under the Stipulated Protective Order. [Doc. 132]

5. In presenting the Court with facts of the case and legal arguments in support of their Motions, the Defendants will need to provide the Court with information that is shielded from public disclosure by Colorado statute or the Stipulated Protective Order. [Doc. 132] For example, Defendants intend to rely, in part, on Plaintiffs and Plaintiff-Intervenor's confidential deposition testimony. At this stage in the proceedings, the public's interest in accessing the confidential information obtained during discovery does not outweigh the Parties' privacy interest.

7. The Defendants are unable to effectively litigate their Motions without explicit reference to and discussion of sensitive information. Without the restriction, otherwise non-public information covered by the Stipulated Protective Order will be publicly disclosed. The Defendants anticipate that the resulting order can be drafted to avoid the disclosures necessary in the pleadings and proceedings.

8. The Defendants thus seek a Level 1 restriction of their pleadings and attached exhibits.

9. For the foregoing reason, the Defendants respectfully move to restrict public access to their Replies to Plaintiffs' Responses to Defendants' Motions for Summary Judgment and attached exhibits with a Level 1 restriction.

DATED this 21st day of March 2025.

        PHILIP J. WEISER
        Attorney General

        /s/ *Elizabeth V. Kenny*
        Elizabeth V Kenny, Senior Assistant Attorney General

Counsel to the Colorado State Board of Nursing
Zach Fitzgerald, Assistant Attorney General
Counsel to the Colorado State Board of Nursing
1300 Broadway
Denver, Colorado 80203
Telephone: (720) 508-6407
Email:  elizabeth.kenny@coag.gov
Zach.fitzgerald@coag.gov
*Attorneys for State Board of Nursing Defendants*

*/s/ Brian J. Urankar*

Brian J. Urankar, Senior Assistant Attorney General
Jennifer H. Hunt, Senior Assistant Attorney General
Counsel to the Colorado Medical Board
1300 Broadway
Denver, Colorado 80203
Telephone: (720) 508-6407
Email: brian.urankar@coag.gov
Jennifer.hunt@coag.gov
*Attorneys for Medical Board Defendants*

*/s/ Brady J. Grassmeyer*

Lauren M. Dickey
First Assistant Attorney General
Brady J. Grassmeyer
Senior Assistant Attorney General
Elizabeth Orem
Assistant Attorney General
Talia Kraemer
Assistant Solicitor General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 7th Floor
Denver, Colorado 80203
Telephone:  720-508-6000
E-Mail:  Brady.Grassmeyer@coag.gov
*Attorney for Defendant Phil Weiser*