### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

BELLA HEALTH AND WELLNESS et al.,

　*Plaintiffs*,

CHELSEA M. MYNYK,

　*Plaintiff-Intervenor*,

　v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.,

　*Defendants*.

Case No. 1:23-cv-939-DDD-SKC

**PLAINTIFFS' UNOPPOSED MOTION TO RESTRICT REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7.2, Plaintiffs Bella Health & Wellness, Denise ("Dede") Chism, Abby Sinnett, and Kathleen Sander (collectively, "Plaintiffs") seek leave from this Court to file their Reply in Support of Plaintiffs' Motions for Summary Judgment ("Reply") under a Level 1 restriction. Plaintiffs further seek leave to file a redacted version of their Reply on the public docket. In support of this motion, Plaintiffs state as follows:

1. Pursuant to the Scheduling Order governing this case, Plaintiffs are filing their Reply on March 21, 2025.

2. The parties have engaged in extensive discovery, which included the production of confidential and sensitive information under the Stipulated Protective Order entered in this case. Dkt.132.

3. Plaintiffs are unable to effectively reply in support of their Motion for Summary Judgment without explicit reference to and discussion of this confidential information. Without the restriction, otherwise non-public information covered by the Stipulated Protective Order will be publicly disclosed.

4. At this stage of the proceedings, the public's interest in accessing the confidential information reflected in the Reply does not outweigh the parties' interests in confidentiality and privacy.

5. For these reasons, Plaintiffs seek permission to file their Reply and related exhibits under a Level 1 restriction.

6. Plaintiffs further seek permission to file a redacted version of their Reply on the public docket. This version will redact all confidential information under the Stipulated Protective Order.

7. Defendants do not oppose this motion.

8. For the foregoing reasons, Plaintiffs respectfully request that this Court grant leave to (1) file Plaintiffs' Reply in Support of Plaintiffs' Motion for Summary Judgment and related exhibits under a Level 1 restriction; and (2) file on the public docket a version of the Reply redacting all confidential information under the Stipulated Protective Order.

Dated: March 21, 2025

Respectfully submitted,

/s/ Mark L. Rienzi

Mark L. Rienzi
Rebekah P. Ricketts
Laura W. Slavis
Michael J. O'Brien
Colten L. Stanberry
Amanda L. Salz
Amy Ren
The Becket Fund for Religious Liberty
  1919 Pennsylvania Ave, N.W.
Suite 400
Washington, D.C. 20006
(202) 955-0095
mrienzi@becketfund.org

Case No. 1:23-cv-00939-DDD-SBP   Document 215   filed 03/21/25   USDC Colorado
pg 3 of 4

## CERTIFICATE OF CONFERENCE

Pursuant to Local Civil Rule 7.1(a), I hereby certify that, on March 21, 2025, counsel for Plaintiffs, Rebekah P. Ricketts, conferred with counsel for Defendants, who indicated that they do not oppose this motion.

/s/ Mark L. Rienzi  
Mark L. Rienzi

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

/s/ Mark L. Rienzi  
Mark L. Rienzi

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2025, I electronically filed the foregoing Unopposed Motion to Restrict Reply to Plaintiffs' Motion for Summary Judgment with the Clerk of Court via CM/ECF, which will provide electronic copies to counsel of record.

/s/ Mark L. Rienzi  
Mark L. Rienzi