IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00939-DDD-SPB

BELLA HEALTH AND WELLNESS, on behalf of itself and its patients, et al,
    Plaintiffs,

CHELSEA M. MYNYK,
    Plaintiff-Intervenor,

    v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.
    Defendants.

## MOTION TO WITHDRAW APPEARANCE OF BRIAN URANKAR

Pursuant to D.C.COLO.LAttyR 5(b), Brian J. Urankar of the Colorado Department of Law hereby withdraws as counsel in this matter. Mr. Urankar is leaving the Colorado Attorney General's Office, effective May 5, 2025. The Colorado Medical Board Defendants will continue to be represented by Jennifer H. Hunt of the Colorado Department of Law.

Dated: April 30, 2025

        PHILIP J. WEISER
        Attorney General

        /s/ *Brian J. Urankar*
        BRIAN J. URANKAR
        Senior Assistant Attorney General
        Telephone: 720-508-6407

E-Mail: brian.urankar@coag.gov
Colorado Department of Law
1300 Broadway
Denver, CO 80203


/s/ *Jennifer H. Hunt*
Jennifer H. Hunt
Senior Assistant Attorney General
Telephone: (720) 508-6215
E-Mail: Jennifer.hunt@coag.gov
Colorado Department of Law
1300 Broadway
Denver, CO 80203
Attorney for Medical Board Defendants