IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00939-DDD-SPB

BELLA HEALTH AND WELLNESS, on behalf of itself and its patients, et al,
Plaintiffs,

CHELSEA M. MYNYK,
Plaintiff-Intervenor,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.
Defendants.

## ENTRY OF APPEARANCE

Ashley B. Carter hereby enters her appearance on behalf of the Defendant, the Colorado Medical Board, in the above captioned matter. Ms. Carter is a member in good standing of the bar of this Court. All parties shall copy all pleadings, motions, and briefs filed with the Court to the undersigned Ashley B. Carter, Senior Assistant Attorney General.

Respectfully submitted this 20th day of May 2025.

        PHILIP J. WEISER
        Attorney General


        /s/ *Ashley B. Carter*
        ASHLEY B. CARTER, #52945*
        Senior Assistant Attorney General
        Revenue and Regulatory Law Section
        Ralph L. Carr Colorado Judicial Center
        1300 Broadway, 8th Floor
        Denver, Colorado 80203

Telephone: 720-508-6373
Email: ashley.carter@coag.gov
*Attorney for Defendants, the Colorado Medical Board Members*
*Counsel of Record

2