IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00939-DDD-SBP

BELLA HEALTH AND WELLNESS et al.,

    Plaintiffs,

v.

PHIL WEISER et al.,

    Defendants.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order on Motions for Summary Judgment, filed August 1, 2025, by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

    ORDERED that judgment is hereby entered in favor of Defendants, and against Plaintiffs, on Defendants' motions for summary judgment. It is further

    ORDERED that plaintiffs' complaint and action are dismissed.

DATED at Denver, Colorado this 1st day of August, 2025.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk