IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

BELLA HEALTH AND WELLNESS et al.,

   *Plaintiffs*,

CHELSEA M. MYNYK,

   *Plaintiff-Intervenor*,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.,

   *Defendants*.

Case No. 1:23-cv-939-DDD-SKC

**PLAINTIFFS AND PLAINTIFF-INTERVENOR'S JOINT PARTIALLY UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE FOR FEES AND COSTS**

Plaintiffs Bella Health and Wellness, Denise ("Dede") Chism, Abby Sinnett, and Kathleen Sander and Plaintiff-Intervenor Chelsea M. Mynyk respectfully submit this partially unopposed motion to extend the time to file their petitions for attorney's fees and proposed bills of costs until 30 days after the expiration of the deadline for appeal (if there is no appeal) or 30 days after final resolution of all appeals (if there is an appeal).

1. On August 1, 2025, the Court entered its final judgment in this case. Dkt. 226. The Court entered judgment in favor of Plaintiffs and Plaintiff-Intervenor on their free exercise claims, ordering "that Defendants, their officers, agents, servants, employees, attorneys, and any others who are in active concert or participation with them are permanently enjoined from taking any enforcement action under Section Three of SB 23-190 or its implementing regulations against Plaintiffs and all those

acting in concert with them based on their provision of abortion pill reversal treatment." *Id.*; *see also* Dkt. 224 at 26-27.

2. Under Rule 54 and this Court's local rules, a petition for attorney's fees and a proposed bill of costs would ordinarily be due within 14 days of the judgment. Fed. R. Civ. P. 54(d)(2)(B)(i); D.C.COLO.LCivR 54.1; *see also* 42 U.S.C. § 1988(b) (providing for reasonable attorney's fees for prevailing party in Section 1983 and similar actions). Thus, the current deadline to file a fee petition and proposed bill of costs is August 15, 2025.

3. In the interests of judicial economy and avoiding duplicative fee litigation, however, Plaintiffs and Plaintiff-Intervenor respectfully request that the Court extend the time to file their petitions for attorney's fees and proposed bills of costs until 30 days after the expiration of the deadline for appeal (if there is no appeal) or 30 days after final resolution of all appeals (if there is an appeal). *See* Fed. R. Civ. P. 54(d)(2)(B) (default deadline applies "[u]nless a ... court order provides otherwise").

4. Proceedings on appeal could significantly affect the scope and contours of Plaintiffs' and Plaintiff-Intervenor's requests for attorney's fees, making any effort to resolve the issue now an inefficient use of the Court's and parties' resources. *See, e.g.*, Order, *Darren Patterson Christian Acad. v. Roy*, No. 1:23-cv-1557 (D. Colo. March 5, 2025), Dkt. 100 (granting similar extension); Order, *St. Mary Catholic Parish v. Roy*, No. 1:23-cv-2079 (D. Colo. June 10, 2024), Dkt. 119 (same).

5. Counsel for Plaintiffs conferred with Defendants' counsel on August 5, 2025, regarding this motion. Counsel for the Nursing Board Defendants indicated that they do not oppose this motion. Plaintiffs have not received a response from counsel for the Attorney General and the Medical Board Defendants.

Dated: August 7, 2025                    Respectfully submitted,

/s/ Gabriella McIntyre                   /s/ Mark L. Rienzi
Kevin H. Theriot                         Mark L. Rienzi
Julia C. Payne                           Rebekah P. Ricketts
Alliance Defending Freedom               Laura W. Slavis
15100 N. 90th Street                     Michael J. O'Brien
Scottsdale, AZ 85260                     Colten L. Stanberry
(480) 444-0020                           Amanda L. Salz
ktheriot@adflegal.org                    Amy Ren
jpayne@adflegal.org                      The Becket Fund for Religious Liberty
                                         1919 Pennsylvania Ave, N.W.
Gabriella McIntyre                          Suite 400
Alliance Defending Freedom               Washington, D.C. 20006
444180 Riverside Pkwy                    (202) 955-0095
(571) 707-4655                           mrienzi@becketfund.org
gmcintyre@adflegal.org

3

## CERTIFICATE OF CONFERENCE

Pursuant to Local Civil Rule 7.1(a), I hereby certify that, on August 5, 2025, counsel for Plaintiffs, Rebekah Ricketts, conferred with counsel for Defendants. Ms. Ricketts subsequently requested a response by close of business on August 6, 2025. On August 6, counsel for the Nursing Board Defendants, Zach Fitzgerald, indicated that the Nursing Board Defendants do not oppose this motion and stated that "[w]e will follow-up with the other defendants and try to get you an answer by the end of the week." Plaintiffs have not received a response from counsel for the Attorney General and the Medical Board Defendants.

/s/ Mark L. Rienzi
Mark L. Rienzi

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing document on all parties via CM/ECF and as required by the relevant federal and local rules.

Dated: August 7, 2025                     /s/ Mark L. Rienzi
                                          Mark L. Rienzi

4