IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

BELLA HEALTH AND WELLNESS et al.,

   *Plaintiffs*,

CHELSEA M. MYNYK,

   *Plaintiff-Intervenor*,

v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.,

   *Defendants*.

Case No. 1:23-cv-939-DDD-SKC

**PLAINTIFFS AND PLAINTIFF-INTERVENOR'S MOTION TO AMEND THE COURT'S AUGUST 1, 2025, ORDER AND AMENDED FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 60(a), Plaintiffs Bella Health and Wellness, Denise ("Dede") Chism, Abby Sinnett, and Kathleen Sander and Plaintiff-Intervenor Chelsea M. Mynyk respectfully move the Court to amend its Order on Motions for Summary Judgment, Dkt. 224, and Amended Final Judgment, Dkt. 226.

On August 1, 2025, the Court granted in part Plaintiffs' and Plaintiff-Intervenor's motions for summary judgment and entered final judgment in their favor on their free exercise claims. It issued a permanent injunction barring Defendants from taking any enforcement action under Section Three of SB 23-190 or its implementing regulations against Plaintiffs, Plaintiff-Intervenor, and all those acting in concert with them based on their provision of abortion-pill-reversal treatment. Dkt. 226 at 2; *see also* Dkt. 224 at 26-27. The Court also granted in part Defendants' motions for

1

summary judgment and dismissed Plaintiffs' and Plaintiff-Intervenor's claims as to Sections One and Two of SB 23-190. Dkt. 224 at 26.

This motion seeks to (1) remove any doubt that Ms. Mynyk is included among the "Plaintiffs" protected by the Court's order prohibiting "any enforcement action under Section Three of SB 23-190 or its implementing regulations against Plaintiffs and all those acting in concert with them based on their provision of abortion pill reversal treatment," Dkt. 226 at 2; Dkt. 224 at 26-27, and (2) clarify that each party's motions for summary judgment were granted in part, Dkt. 226 at 1.

As to the first request, the Court's language describing its injunctive relief omits specific reference to Ms. Mynyk in the final paragraph of the Order and in the Amended Final Judgment, although Ms. Mynyk was otherwise treated identically to the other Plaintiffs throughout the Order. Clarifying the Court's Order and Amended Final Judgment to include Ms. Mynyk will align the relief with the Court's intent and head off future ambiguity. As to the second request, both the record and the Court's Order make clear that each party's motion for summary judgment was granted only in part.

Rule 60(a) permits these corrections. The rule is designed to ensure that the judgment reflects what the court actually intended. *See McNickle v. Bankers Life & Cas. Co.*, 888 F.2d 678, 682 (10th Cir. 1989); *Burton v. Johnson*, 975 F.2d 690, 694 (10th Cir. 1992). Ms. Mynyk was a full participant in the summary judgment proceedings, sought the same free-exercise relief as Plaintiffs, and prevailed alongside them. There

is no indication that the Court intended to exclude Ms. Mynyk from its permanent injunction. And the Court's Order confirms that each party partially prevailed on summary judgment.

These clarifications remove ambiguity and align the Order and Amended Final Judgment with the Court's demonstrated intent. These clarifications also serve the interest of judicial economy by preventing unnecessary disputes about enforcement. Plaintiffs and Plaintiff-Intervenor therefore respectfully request that the Court grant this motion to amend its Order and Amended Final Judgment. A Proposed Amended Conclusion of Order on Motions for Summary Judgment and a Proposed Second Amended Final Judgment are attached for the Court's convenience. Counsel for Plaintiff-Intervenor conferred with Defendants' counsel on August 13, 2025, regarding this motion. They do not oppose this motion.

Dated: August 15, 2025

Respectfully submitted,

/s/ *Kevin H. Theriot*
Kevin H. Theriot
Julia C. Payne
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
ktheriot@adflegal.org
jpayne@adflegal.org

Gabriella McIntyre
Alliance Defending Freedom
444180 Riverside Pkwy
Lansdowne, VA 20176
(571) 707-4655
gmcintyre@adflegal.org

/s/ *Mark L. Rienzi*
Mark L. Rienzi
Rebekah P. Ricketts
Laura W. Slavis
Michael J. O'Brien
Colten L. Stanberry
Amanda L. Salz
Amy Ren
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave, N.W.
Suite 400
Washington, D.C. 20006
(202) 955-0095
mrienzi@becketfund.org

3

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Civil Rule 7.1(a), I hereby certify that, on August 13, 2025, counsel for Plaintiff-Intervenor conferred with counsel for Defendants. On August 14, 2025, counsel for Defendants indicated that they do not oppose this motion.

/s/ *Kevin H. Theriot*
Kevin H. Theriot

**CERTIFICATE OF SERVICE**

I certify that I served this document on all parties through CM/ECF in accordance with applicable federal and local rules.

Dated: August 15, 2025              /s/ *Kevin H. Theriot*
                                    Kevin H. Theriot

4