**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Daniel D. Domenico**

Civil Action No. 1:23-cv-00939-DDD-SKC

BELLA HEALTH AND WELLNESS et al.,

     Plaintiffs,

v.

PHIL WEISER et al.,

     Defendants.

---

**[PROPOSED] AMENDED CONCLUSION OF ORDER ON MOTIONS
FOR SUMMARY JUDGMENT**

---

[. . . .]

## CONCLUSION

It is **ORDERED** that:

The Attorney General and Boards' Motions for Summary Judgment, **Dkt. 177** and **178**, are **granted in part**, and Plaintiffs' claims pertaining to Sections One and Two of SB 23-190 are dismissed; and

Plaintiffs and Plaintiff-Intervenor's Motions for Summary Judgment, **Dkt. 179** and **180**, are **granted in part** and Defendants, their officers, agents, servants, employees, attorneys, and any others who are in active concert or participation with them are **permanently enjoined** from—

Taking any enforcement action under Section Three of SB 23-190 or its implementing regulations against Plaintiffs and Plaintiff-Intervenor

and all those acting in concert with them based on their provision of abortion pill reversal treatment.

DATED: August __, 2025            BY THE COURT:

_____
Daniel D. Domenico
United States District Judge