**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-00939-DDD-SBP

BELLA HEALTH AND WELLNESS et al.,

    *Plaintiffs,*

CHELSEA M. MYNYK,

    *Plaintiff-Intervenor,*

    v.

PHIL WEISER, in his official capacity as
Attorney General of Colorado, et al.,

    *Defendants.*

---

**[PROPOSED] SECOND AMENDED FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order on Motions for Summary Judgment, filed August 1, 2025, by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in part in favor of Defendants, and against Plaintiffs and Plaintiff-Intervenor, on Defendants' motions for summary judgment. It is further

1

2

ORDERED that judgment is hereby entered in part in favor of Plaintiffs and

Plaintiff-Intervenor, and against Defendants, on Plaintiffs and Plaintiff-

Intervenor's motions for summary judgment. It is further

ORDERED that Defendants, their officers, agents, servants, employees,

attorneys, and any others who are in active concert or participation with them are

permanently enjoined from taking any enforcement action under Section Three of

SB 23-190 or its implementing regulations against Plaintiffs and Plaintiff-

Intervenor and all those acting in concert with them based on their provision of

abortion pill reversal treatment.

DATED at Denver, Colorado, this __th day of August, 2025.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

Robert R. Keech,
Deputy Clerk