IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BELLA HEALTH AND WELLNESS et al., *Plaintiffs*, CHELSEA M. MYNYK, *Plaintiff-Intervenor*, v. PHIL WEISER, in his official capacity as Attorney General of Colorado, et al., *Defendants*. | Case No. 1:23-cv-939-DDD-SKC |

## MOTION TO WITHDRAW

The undersigned, Amy Ren, hereby submits this Motion to Withdraw on behalf of Plaintiffs, Bella Health and Wellness, Denise "Dede" Chism, Abby Sinnett, and Kathleen Sander, pursuant to D.C.COLO.LAttyR 5(b):

1. Effective September 3, 2025, I no longer work at The Becket Fund for Religious Liberty.

2. Plaintiffs are aware of any upcoming deadlines and will continue to be represented by Mark L. Rienzi, Rebekah P. Ricketts, Laura Wolk Slavis, Michael Joseph O'Brien, Amanda Salz, and Colten L. Stanberry of The Becket Fund for Religious Liberty.

3. I have complied with all outstanding orders of this Court. A copy of this motion is being served on all counsel of record and on Plaintiffs.

WHEREFORE, Amy Ren respectfully requests that the Court enter an Order permitting her withdrawal from this case.

DATED: September 9, 2025.

/s/ Amy Ren
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave, N.W.
Suite 400
Washington, D.C. 20006
(202) 955-0095
aren@becketfund.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2024, I electronically filed the above motion with the Clerk of Court via CM/ECF, which will provide electronic copies to counsel of record.

/s/ Amy Ren
Amy Ren