IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| BELLA HEALTH AND WELLNESS et al.,<br><br>    *Plaintiffs*,<br><br>CHELSEA M. MYNYK,<br><br>    *Plaintiff-Intervenor*,<br><br>    v.<br><br>PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.,<br><br>    *Defendants*. | Case No. 1:23-cv-939-DDD-SKC<br><br>**PLAINTIFFS AND PLAINTIFF-INTERVENOR'S JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE FOR FEES AND COSTS** |

Plaintiffs Bella Health and Wellness, Denise ("Dede") Chism, Abby Sinnett, and Kathleen Sander and Plaintiff-Intervenor Chelsea M. Mynyk respectfully request that this Court extend the time to file their petitions for attorney's fees and proposed bills of costs for 30 days, to and including November 19, 2025, to permit the parties to engage in settlement negotiations. Defendants do not oppose this motion.

In support of this motion, Plaintiffs and Plaintiff-Intervenor state as follows:

1. On August 1, 2025, the Court entered its final judgment in this case. Dkt. 226. The Court entered judgment in favor of Plaintiffs and Plaintiff-Intervenor on their free exercise claims. *Id.*

2. On August 7, 2025, the Court granted Plaintiffs and Plaintiff-Intervenor's motion to extend the time to file their petitions for attorney's fees and proposed bills

of costs, ordering that they "may be filed within 30 days after the expiration of the deadline for appeal (if there is no appeal) or 30 days after final resolution of all appeals (if there is an appeal)." Dkt. 228.

3. On August 20, 2025, the Court granted Plaintiffs and Plaintiff-Intervenor's motion to amend the Court's August 1, 2025, order and amended final judgment, and directed the Clerk to amend the judgment. Dkt. 230. The Clerk entered the Second Amended Final Judgment the next day. Dkt. 231.

4. The deadline to appeal expired on September 19, 2025. *See* Fed. R. App. P. 4(a)(1)(A), 4(a)(4)(A). Thirty days after September 19, 2025, is Sunday, October 19, 2025. Therefore, by operation of Fed. R. Civ. P. 6(a)(1)(C), petitions for attorney's fees are currently due on Monday, October 20, 2025.

5. Plaintiffs and Plaintiff-Intervenor request a 30-day extension of that deadline, to and including November 19, 2025.

6. The parties are currently discussing the possibility of settlement on the issue of attorney's fees and costs. Defendants have brought on counsel for State Risk Management to handle this phase of the case in consultation with the State's litigation team. Risk-management counsel has advised that additional time is needed for the State to review Plaintiffs' and Plaintiff-Intervenor's billing records and to engage in settlement discussions.

For the foregoing reasons, Plaintiffs and Plaintiff-Intervenor respectfully request that this Court grant a 30-day extension of time, to and including November 19, 2025, in which to file their petitions for attorney's fees and bills of costs.

Respectfully submitted this 10th day of October, 2025.

| | |
|---|---|
| */s/ Kevin H. Theriot* | */s/ Mark L. Rienzi* |
| Kevin H. Theriot | Mark L. Rienzi |
| Julia C. Payne | Rebekah P. Ricketts |
| Alliance Defending Freedom | Laura W. Slavis |
| 15100 N. 90th Street | Michael J. O'Brien |
| Scottsdale, AZ 85260 | Colten L. Stanberry |
| (480) 444-0020 | Amanda L. Salz |
| ktheriot@adflegal.org | Amy Ren |
| jpayne@adflegal.org | The Becket Fund for Religious Liberty |
| | 1919 Pennsylvania Ave, N.W. |
| Gabriella McIntyre | Suite 400 |
| Alliance Defending Freedom | Washington, D.C. 20006 |
| 444180 Riverside Pkwy | (202) 955-0095 |
| Lansdowne, VA 20176 | mrienzi@becketfund.org |
| (571) 707-4655 | |
| gmcintyre@adflegal.org | *Counsel for Plaintiffs* |
| | |
| *Counsel for Plaintiff-Intervenor* | |

3

## CERTIFICATE OF CONFERENCE

Pursuant to Local Civil Rule 7.1(a), I hereby certify that, on October 8, 2025, counsel for Plaintiffs and Plaintiff-Intervenor conferred with counsel for Defendants. Counsel for Defendants communicated that they do not oppose this motion.

<u>/s/ Kevin H. Theriot</u>
Kevin H. Theriot

*Counsel for Plaintiff-Intervenor*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

<u>/s/ Kevin H. Theriot</u>
Kevin H. Theriot

*Counsel for Plaintiff-Intervenor*