IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00939-DDD-SBP

Bella Health and Wellness, et al
    Plaintiff,

v.

Phil Weiser, Roland Flores, et al.
    Defendants.

## ENTRY OF APPEARANCE

Amy Colony, through the Office of the Colorado Attorney General, hereby enters her appearance on behalf of State Defendants Phil Weiser in his official capacity, and members of the Colorado Medical Board in their official capacity, in the above captioned matter. Ms. Colony is a member of good standing with the bar of this Court. All parties shall copy all pleadings, motions, and briefs filed with the Court to the undersigned counsel.

Respectfully submitted this 17th day of October 2025.

    PHILIP J. WEISER
    Attorney General

    s/ *Amy Colony*
    AMY COLONY, 36124*
    Senior Assistant Attorney General
    Tort
    Civil Litigation
    Ralph L. Carr Colorado Judicial Center
    1300 Broadway, 10 Floor
    Denver, Colorado 80203
    Telephone: 720-508-6615

FAX: 720-508-6032
E-Mail:  amy.colony@coag.gov
*Counsel of Record

*Attorneys for State Defendants Phil Weiser,
and Members of the Colorado Medical Board*

CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2025, I served a true and complete copy of the foregoing ENTRY OF APPERANCE, upon all parties herein by e-filing with the CM/ECF system maintained by the court

<u>*s/ LaTasha Canty*</u>
LaTasha Canty, Paralegal

2