## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

BELLA HEALTH AND WELLNESS et al.,

     *Plaintiffs*,

CHELSEA M. MYNYK,

     *Plaintiff-Intervenor*,

   v.

PHIL WEISER, in his official capacity as Attorney General of Colorado, et al.,

     *Defendants*.

Case No. 1:23-cv-939-DDD-SKC

**PLAINTIFFS AND PLAINTIFF-INTEVENOR'S FOURTH JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE FOR FEES AND COSTS**

Plaintiffs Bella Health and Wellness, Denise ("Dede") Chism, Abby Sinnett, and Kathleen Sander and Plaintiff-Intervenor Chelsea M. Mynyk respectfully request that this Court extend the time to file their petitions for attorney's fees and proposed bills of costs for 7 days, to and including December 26, 2025, to permit the parties to obtain the final signature on the settlement agreements as to Plaintiffs' and Plaintiff-Intervenor's claims for attorney's fees and costs. This is the fourth motion for extension of the relevant deadline. Defendants do not oppose this motion.

In support of this motion, Plaintiffs and Plaintiff-Intervenor state as follows:

1. On August 1, 2025, the Court entered its final judgment in this case. Dkt. 226. The Court entered judgment in favor of Plaintiffs and Plaintiff-Intervenor on their free exercise claims. *Id.*

2. On August 7, 2025, the Court granted Plaintiffs and Plaintiff-Intervenor's motion to extend the time to file their petitions for attorney's fees and proposed bills of costs, ordering that they "may be filed within 30 days after the expiration of the deadline for appeal (if there is no appeal) or within 30 days after the final resolution of all appeals (if there is an appeal)." Dkt. 228.

3. On August 20, 2025, the Court granted Plaintiffs and Plaintiff-Intervenor's motion to amend the Court's August 1, 2025 order and amended final judgment, and directed the Clerk to amend the judgment. Dkt. 230. The Clerk entered the Second Amended Final Judgment the next day. Dkt. 231.

4. The deadline to appeal expired on September 19, 2025. *See* Fed. R. App. P. 4(a)(1)(A), 4(a)(4)(A). Per the Court's initial extension, Dkt. 228, petitions for attorney's fees were then due on October 20, 2025.

5. In the interim, the parties began discussing the possibility of settlement on the issue of attorney's fees and costs. Defendants brought on counsel for State Risk Management to handle this phase of the case in consultation with the State's litigation team. Risk management counsel advised that additional time was needed for the State to engage in settlement discussions.

6. On October 10, 2025, Plaintiffs and Plaintiff-Intervenor requested a 30 day-extension of the deadline to file petitions for attorney's fees and costs to facilitate settlement discussions. Dkt. 234. The Court granted that motion on October 14, 2025. Dkt. 235.

7.  On November 14, 2025, Plaintiffs and Plaintiff-Intervenor requested a further 30-day extension of the deadline to file petitions for attorney's fees and costs to advance ongoing settlement discussions. Dkt. 239. The Court granted that motion on November 14, 2025, and petitions are currently due on December 19, 2025. Dkt. 240.

8.  On November 24 and December 4, 2025, counsel for the State notified the Court that the parties had reached agreements in principle regarding attorney's fees and costs, and that the agreements would need to be approved by the State Claims Board to be final.

9.  On December 17, 2025, the State Claims Board voted to approve the settlement of attorney's fees and costs in this case.

10. The parties have finalized the terms of written agreements to settle Plaintiffs' and Plaintiff-Intervenor's claims for attorney's fees and costs, and only one government signature remains outstanding. The parties expected to be able to finalize signatures today and therefore to obviate the need to file an additional motion. However, the process of obtaining the final signature has been delayed because the relevant individual is located in a county that is currently affected by an electricity outage.

11. For the foregoing reasons, Plaintiffs and Plaintiff-Intervenor respectfully request that this Court grant a 7-day extension of time, to and including December 26, 2025, in which to file their petitions for attorney's fees and bills of costs.

Respectfully submitted this 19th day of December, 2025.

*/s/ Kevin H. Theriot*
Kevin H. Theriot
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
ktheriot@adflegal.org

Gabriella McIntyre
Alliance Defending Freedom
444180 Riverside Pkwy
Lansdowne, VA 20176
(571) 707-4655
gmcintyre@adflegal.org

*Counsel for Plaintiff-Intervenor*

*/s/ Michael J. O'Brien*
Mark L. Rienzi
Rebekah P. Ricketts
Laura W. Slavis
Michael J. O'Brien
Colten L. Stanberry
Amanda L. Salz
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave, N.W.
Suite 400
Washington, D.C. 20006
(202) 955-0095
mobrien@becketfund.org

*Counsel for Plaintiffs*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Civil Rule 7.1(a), I hereby certify that, on December 19, 2025, counsel for Plaintiffs conferred with counsel for Defendants. Counsel for Defendants communicated that they do not oppose this motion.

*/s/ Michael J. O'Brien*
Michael J. O'Brien

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Michael J. O'Brien*
Michael J. O'Brien

*Counsel for Plaintiffs*